Anne Chapman (#025965)
Lee Stein (#012368)
Kathleen E. Brody (#026331)
anne@mscclaw.com
lee@mscclaw.com
kathy@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0290
Facsimile: (602) 358-0291

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice

*Attorneys for Mark Meadows*

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, | No. _____ |
| Plaintiff, | |
| v. | |
| Mark Meadows, | |
| Defendant. | |

**INDEX OF ATTACHMENTS TO NOTICE OF REMOVAL**

| Attachment 1 | State Court Docket |
|---|---|
| Attachment 2 | Indictment |
| Attachment 3 | Service Documents |
| Not Applicable | Answers |

| Not Applicable | State Court Order Terminating or Dismissing Parties |
|---|---|
| Attachment 4 | Notices of Appearance |
| Not Applicable | Pending Motion, Responses, and Replies |
| Attachment 5 | Remainder of State Court Record (excluding the Grand Jury Transcripts which are to be filed under seal) |
| Attachment 6 | Verification of True and Complete Copies of Pleadings |
| Attachment 7 | Grand Jury Transcripts (Filed Under Seal) |



**Maricopa Co. Superior Court**

**Docket Case No. CR2024-006850**

# Attachment 1

## Case Information

**Case Type:** Criminal **Location:** Downtown

## Party Information

| Party Name - Number | Relationship | Sex | Attorney | Judge | Case # |
|---|---|---|---|---|---|
| State Of Arizona - (1) | Plaintiff | N/A | Klingerman, Nicholas | | |
| Kelli Ward - (2) | Defendant | F | Miller, Bradley | Cohen | CR2024-006850-001 |
| Tyler Bowyer - (3) | Defendant | M | Pacheco, Andrew | Cohen | CR2024-006850-002 |
| Nancy Cottle - (4) | Defendant | F | Dosdall, John | Cohen | CR2024-006850-003 |
| Jacob Hoffman - (5) | Defendant | M | Lasota, Timothy | Cohen | CR2024-006850-004 |
| Anthony Kern - (6) | Defendant | M | Marcantel, Andrew | Cohen | CR2024-006850-005 |
| James Lamon - (7) | Defendant | M | Wilenchik, Dennis | Cohen | CR2024-006850-006 |
| Robert Montgomery - (8) | Defendant | M | Evans, Maurice | Cohen | CR2024-006850-007 |
| Samuel Moorhead - (9) | Defendant | M | Cloud, Jeffrey | Cohen | CR2024-006850-008 |
| Loraine Pellegrino - (10) | Defendant | F | Kolsrud, Joshua | Cohen | CR2024-006850-009 |
| Gregory Safsten - (11) | Defendant | M | Jones, Richard | Cohen | CR2024-006850-010 |
| Michael Ward - (12) | Defendant | M | Miller, Bradley | Cohen | CR2024-006850-011 |
| Rudolph Giuliani - (13) | Defendant | M | Williams, Mark | Cohen | CR2024-006850-012 |
| John Eastman - (14) | Defendant | M | Adams, Ashley | Cohen | CR2024-006850-013 |
| Boris Epshteyn - (15) | Defendant | M | BAILEY, MICHAEL | Cohen | CR2024-006850-014 |
| Jenna Ellis - (16) | Defendant | F | Brown, Matthew | Cohen | CR2024-006850-015 |
| Christina Bobb - (17) | Defendant | F | Jacobs, Thomas | Cohen | CR2024-006850-016 |
| Michael Roman - (18) | Defendant | M | Altman, Kurt | Cohen | CR2024-006850-017 |
| Mark Meadows - (19) | Defendant | M | Chapman, Anne | Cohen | CR2024-006850-018 |

## Disposition Information

| Party Name | Kelli Ward | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |
| Party Name | Kelli Ward | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Kelli Ward | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Kelli Ward | Crime Date | 11/3/2020 | Date |
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | Kelli Ward | Crime Date | 11/3/2020 | Date |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | Kelli Ward | Crime Date | 11/3/2020 | Date |

| Party Name | | Crime Date | | Date |
|---|---|---|---|---|
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Kelli Ward | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Kelli Ward | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Kelli Ward | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Tyler Bowyer | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Tyler Bowyer | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FRAUDULENT SCHEMES/ARTIFICES | **ARSCode** | 13-2310A (F2) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Tyler Bowyer | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Tyler Bowyer | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Tyler Bowyer | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | CONSPIRACY | **ARSCode** | 13-1003 (F2) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Tyler Bowyer | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Tyler Bowyer | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Tyler Bowyer | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FRAUD SCHEME/PRACTICE-CONCEAL | **ARSCode** | 13-2311 (F5) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Tyler Bowyer | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Nancy Cottle | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FRAUD SCHEME/PRACTICE-CONCEAL | **ARSCode** | 13-2311 (F5) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Nancy Cottle | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Nancy Cottle | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | CONSPIRACY | **ARSCode** | 13-1003 (F2) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Nancy Cottle | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Nancy Cottle | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Nancy Cottle | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Nancy Cottle | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Nancy Cottle | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FRAUDULENT SCHEMES/ARTIFICES | **ARSCode** | 13-2310A (F2) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Nancy Cottle | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Jacob Hoffman | **Crime Date** | 11/3/2020 | **Date** |
| **Description** | FORGERY | **ARSCode** | 13-2002A (F4) | |
| **Disposition Code** | | **Disposition** | | |
| **Party Name** | Jacob Hoffman | **Crime Date** | 11/3/2020 | **Date** |

| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | |
|---|---|---|---|---|
| Disposition Code | | Disposition | | |

| Party Name | Jacob Hoffman | Crime Date | 11/3/2020 | Date |
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |

| Party Name | Jacob Hoffman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Jacob Hoffman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Jacob Hoffman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Jacob Hoffman | Crime Date | 11/3/2020 | Date |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | |
| Disposition Code | | Disposition | | |

| Party Name | Jacob Hoffman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Jacob Hoffman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Anthony Kern | Crime Date | 11/3/2020 | Date |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | |
| Disposition Code | | Disposition | | |

| Party Name | Anthony Kern | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Anthony Kern | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Anthony Kern | Crime Date | 11/3/2020 | Date |
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |

| Party Name | Anthony Kern | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Anthony Kern | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Anthony Kern | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Anthony Kern | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Anthony Kern | Crime Date | 11/3/2020 | Date |
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | |
| Disposition Code | | Disposition | | |

| Party Name | James Lamon | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | James Lamon | Crime Date | 11/3/2020 | Date |
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |

| Party Name | James Lamon | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | James Lamon | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | James Lamon | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | James Lamon | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | James Lamon | Crime Date | 11/3/2020 | Date |

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | James Lamon | Crime Date | 11/3/2020 | Date | |
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | | |
| Disposition Code | | Disposition | | | |
| Party Name | James Lamon | Crime Date | 11/3/2020 | Date | |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Robert Montgomery | Crime Date | 11/3/2020 | Date | |
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Robert Montgomery | Crime Date | 11/3/2020 | Date | |
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Robert Montgomery | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Robert Montgomery | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Robert Montgomery | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Robert Montgomery | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Robert Montgomery | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Robert Montgomery | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Robert Montgomery | Crime Date | 11/3/2020 | Date | |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Samuel Moorhead | Crime Date | 11/3/2020 | Date | |
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Samuel Moorhead | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Samuel Moorhead | Crime Date | 11/3/2020 | Date | |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Samuel Moorhead | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Samuel Moorhead | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Samuel Moorhead | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Samuel Moorhead | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Samuel Moorhead | Crime Date | 11/3/2020 | Date | |
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Samuel Moorhead | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Loraine Pellegrino | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Loraine Pellegrino | Crime Date | 11/3/2020 | Date | |
| Description | FORGERY | ARSCode | 13-2002A (F4) | | |
| Disposition Code | | Disposition | | | |
| Party Name | Loraine Pellegrino | Crime Date | 11/3/2020 | Date | |

| Party Name | | Crime Date | | Date |
|---|---|---|---|---|
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | Loraine Pellegrino | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Loraine Pellegrino | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Loraine Pellegrino | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Loraine Pellegrino | Crime Date | 11/3/2020 | Date |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | Loraine Pellegrino | Crime Date | 11/3/2020 | Date |
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |
| Party Name | Loraine Pellegrino | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Gregory Safsten | Crime Date | 11/3/2020 | Date |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | Gregory Safsten | Crime Date | 11/3/2020 | Date |
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | Gregory Safsten | Crime Date | 11/3/2020 | Date |
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |
| Party Name | Gregory Safsten | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Gregory Safsten | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Gregory Safsten | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Gregory Safsten | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Gregory Safsten | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Gregory Safsten | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Michael Ward | Crime Date | 11/30/2020 | Date |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | Michael Ward | Crime Date | 11/30/2020 | Date |
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | Michael Ward | Crime Date | 11/30/2020 | Date |
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |
| Party Name | Michael Ward | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Michael Ward | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Michael Ward | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Michael Ward | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Description | Disposition Code | Crime Date | ARSCode | Disposition | Date |
|---|---|---|---|---|---|---|
| Michael Ward | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Michael Ward | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Boris Epshteyn | CONSPIRACY | | | 13-1003 (F2) | | 11/3/2020 |
| Boris Epshteyn | FRAUDULENT SCHEMES/ARTIFICES | | | 13-2310A (F2) | | 11/3/2020 |
| Boris Epshteyn | FRAUD SCHEME/PRACTICE-CONCEAL | | | 13-2311 (F5) | | 11/3/2020 |
| Boris Epshteyn | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Boris Epshteyn | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Boris Epshteyn | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Boris Epshteyn | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Boris Epshteyn | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Boris Epshteyn | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Jenna Ellis | CONSPIRACY | | | 13-1003 (F2) | | 11/3/2020 |
| Jenna Ellis | FRAUDULENT SCHEMES/ARTIFICES | | | 13-2310A (F2) | | 11/3/2020 |
| Jenna Ellis | FRAUD SCHEME/PRACTICE-CONCEAL | | | 13-2311 (F5) | | 11/3/2020 |
| Jenna Ellis | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Jenna Ellis | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Jenna Ellis | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Jenna Ellis | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Jenna Ellis | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Jenna Ellis | FORGERY | | | 13-2002A (F4) | | 11/3/2020 |
| Christina Bobb | CONSPIRACY | | | 13-1003 (F2) | | 11/3/2020 |
| Christina Bobb | FRAUDULENT SCHEMES/ARTIFICES | | | 13-2310A (F2) | | 11/3/2020 |
| Christina Bobb | FRAUD SCHEME/PRACTICE-CONCEAL | | | 13-2311 (F5) | | 11/3/2020 |

| Party Name | Christina Bobb | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Christina Bobb | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Christina Bobb | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Christina Bobb | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Christina Bobb | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Christina Bobb | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Michael Roman | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | |
| Disposition Code | | Disposition | | |

| Party Name | Michael Roman | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | |
| Disposition Code | | Disposition | | |

| Party Name | Michael Roman | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |

| Party Name | Michael Roman | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Michael Roman | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Michael Roman | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Michael Roman | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Michael Roman | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Michael Roman | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Mark Meadows | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | |
| Disposition Code | | Disposition | | |

| Party Name | Mark Meadows | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | |
| Disposition Code | | Disposition | | |

| Party Name | Mark Meadows | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |

| Party Name | Mark Meadows | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Mark Meadows | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Mark Meadows | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Mark Meadows | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Mark Meadows | Crime Date | 11/3/2020 | Date |
|---|---|---|---|---|
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

| Party Name | Mark Meadows | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | John Eastman | Crime Date | 11/3/2020 | Date |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | John Eastman | Crime Date | 11/3/2020 | Date |
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | John Eastman | Crime Date | 11/3/2020 | Date |
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |
| Party Name | John Eastman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | John Eastman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | John Eastman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | John Eastman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | John Eastman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | John Eastman | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Rudolph Giuliani | Crime Date | 11/3/2020 | Date |
| Description | CONSPIRACY | ARSCode | 13-1003 (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | Rudolph Giuliani | Crime Date | 11/3/2020 | Date |
| Description | FRAUDULENT SCHEMES/ARTIFICES | ARSCode | 13-2310A (F2) | |
| Disposition Code | | Disposition | | |
| Party Name | Rudolph Giuliani | Crime Date | 11/3/2020 | Date |
| Description | FRAUD SCHEME/PRACTICE-CONCEAL | ARSCode | 13-2311 (F5) | |
| Disposition Code | | Disposition | | |
| Party Name | Rudolph Giuliani | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Rudolph Giuliani | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Rudolph Giuliani | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Rudolph Giuliani | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Rudolph Giuliani | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |
| Party Name | Rudolph Giuliani | Crime Date | 11/3/2020 | Date |
| Description | FORGERY | ARSCode | 13-2002A (F4) | |
| Disposition Code | | Disposition | | |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
| --- | --- | --- | --- |
| 7/25/2024 | 022 - ME: Order Signed - Party (004) | 7/25/2024 | |
| 7/24/2024 | RNM - Returned Mail - Party (010) | 7/24/2024 | |
| NOTE: | | | |
| 7/24/2024 | SND - Supplemental Notice Of Disclosure - Party (002) | 7/26/2024 | |
| NOTE: | PLAINTIFF'S RULE 15.1 FOURTH SUPPLEMENTAL DISCLOSURE | | |
| 7/24/2024 | SND - Supplemental Notice Of Disclosure - Party (003) | 7/26/2024 | |
| NOTE: | PLAINTIFF'S RULE 15.1 FOURTH SUPPLEMENTAL DISCLOSURE | | |
| 7/24/2024 | SND - Supplemental Notice Of Disclosure - Party (016) | 7/26/2024 | |
| NOTE: | PLAINTIFF'S RULE 15.1 FOURTH SUPPLEMENTAL DISCLOSURE | | |

| | | |
|---|---|---|
| 7/24/2024 | SND - Supplemental Notice Of Disclosure - Party (017) | 7/26/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 FOURTH SUPPLEMENTAL DISCLOSURE | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (001) | 7/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Third Supplemental Disclosure | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (003) | 7/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Third Supplemental Disclosure | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (005) | 7/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Third Supplemental Disclosure | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (013) | 7/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 THIRD SUPPLEMENTAL DISCLOSURE | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (016) | 7/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 THIRD SUPPLEMENTAL DISCLOSURE | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (011) | 7/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Third Supplemental Disclosure | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (002) | 7/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 THIRD SUPPLEMENTAL DISCLOSURE | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (004) | 7/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 THIRD SUPPLEMENTAL DISCLOSURE | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (006) | 7/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Third Supplemental Disclosure | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (007) | 7/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 THIRD SUPPLEMENTAL DISCLOSURE | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (009) | 7/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 THIRD SUPPLEMENTAL DISCLOSURE | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (008) | 7/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 THIRD SUPPLEMENTAL DISCLOSURE | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (010) | 7/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Third Supplemental Disclosure | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (012) | 7/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Third Supplemental Disclosure | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (014) | 7/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Third Supplemental Disclosure | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (015) | 7/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Third Supplemental Disclosure | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (017) | 7/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Third Supplemental Disclosure | |
| 7/23/2024 | SND - Supplemental Notice Of Disclosure - Party (018) | 7/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 THIRD SUPPLEMENTAL DISCLOSURE | |
| 7/22/2024 | RMR - Response to Defendant's Motion - Party (012) | 7/23/2024 |
| **NOTE:** | RESPONSE TO DEFENDANT LAMON'S MOTION TO DISMISS PURSUANT TO ARIZ. R. CRIM. P. 16.4 | |
| 7/22/2024 | NOJ – Notice of Joinder - Party (018) | 7/24/2024 |
| **NOTE:** | Defendant Mark Meadows' Notice of Joinder in Lamon's Motion to Dismiss Indictment Pursuant to A.R.S. 12-751 | |
| 7/22/2024 | RMR - Response to Defendant's Motion - Party (006) | 7/24/2024 |
| **NOTE:** | RESPONSE TO DEFENDANT LAMON'S MOTION TO DISMISS PURSUANT TO ARIZ. R. CRIM. P. 16.4 | |
| 7/22/2024 | RMR - Response to Defendant's Motion - Party (013) | 7/24/2024 |
| **NOTE:** | Response to Defendant Lamons Motion to Dismiss Pursuant to Ariz. R. Crim. P. 16.4 | |
| 7/19/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (012) | 7/24/2024 |

**NOTE:**
MOTION FOR TEMPORARY REMOVAL OF OFFICIAL COURT FILES, TRANSCRIPTS OR EXHIBITS PURSUANT TO MARICOPA COUNTY, LOCAL RULE 2.8(e)

| | | |
|---|---|---|
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (016) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (002) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (003) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (004) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (005) | 7/19/2024 |
| 7/19/2024 | 019 - ME: Ruling - Party (012) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (017) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (018) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (013) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (012) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (014) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (015) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (011) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (010) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (006) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (001) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (009) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (008) | 7/19/2024 |
| 7/19/2024 | 023 - ME: Order Entered By Court - Party (007) | 7/19/2024 |
| 7/18/2024 | NOT - Notice - Party (004) | 7/23/2024 |

**NOTE:**
DEFENDANT JACOB HOFFMAN'S NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION TO DISMISS INDICTMENT PURSUANT TO A.R.S § 12-751 EVIDENTIARY HEARING REQUESTED

| | | |
|---|---|---|
| 7/18/2024 | STA - Statement - Party (018) | 7/23/2024 |
| **NOTE:** | Initial Pretrial Conference Statement | |

| | | |
|---|---|---|
| 7/17/2024 | NOT - Notice - Party (011) | 7/19/2024 |
| **NOTE:** | DEFENDANT MICHAEL WARD'S RULE 15.2 NOTICE | |
| 7/17/2024 | MTQ - Motion To Quash - Party (013) | 7/19/2024 |
| **NOTE:** | | |

DEFENDANT EASTMAN'S JOINDER IN DEFENDANT KELLI WARD MOTION TO QUASH INDICTMENT PURSUANT TO A.R.S. § 12-751(A.)

| | | |
|---|---|---|
| 7/17/2024 | NOJ – Notice of Joinder - Party (009) | 7/19/2024 |
| **NOTE:** | DEFENDANT PELLEGRINO'S NOTICE OF JOINDER IN THE ANTI-SLAPP MOTIONS TO DISMISS | |
| 7/17/2024 | STA - Statement - Party (014) | 7/22/2024 |
| **NOTE:** | INITIAL PRETRIAL CONFERENCE STATEMENT | |
| 7/17/2024 | NOJ – Notice of Joinder - Party (009) | 7/19/2024 |
| **NOTE:** | DEFENDANT PELLEGRINO'S NOTICE OF JOINDER IN DEFENDANT KELLI WARD'S MOTION TO QUASH INDICTMENT | |
| 7/17/2024 | NOT - Notice - Party (001) | 7/22/2024 |
| **NOTE:** | DEFENDANT KELLI WARDS 15.2 DISCLOSURE STATEMENT | |
| 7/17/2024 | MTD - Motion To Dismiss - Party (013) | 7/23/2024 |
| **NOTE:** | | |

DEFENDANT EASTMAN'S JOINDER IN DEFENDANT LAMON'S MOTION TO DISMISS PURSUANT TO RULE 16.4(b), U.S. CONST. ART. II AND VI, U.S. CONST. AM. I, V, XII AND XIV, AND ARIZ. CONST. ART II, §§ 4 AND 6

| | | |
|---|---|---|
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (016) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (012) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (013) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (014) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (015) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (006) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (007) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (008) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (009) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (010) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (011) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (017) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (018) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (001) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (002) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (003) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (004) | 7/17/2024 |
| 7/17/2024 | 023 - ME: Order Entered By Court - Party (005) | 7/17/2024 |
| 7/17/2024 | NOJ – Notice of Joinder - Party (013) | 7/19/2024 |
| **NOTE:** | DEFENDANT EASTMAN'S NOTICE OF JOINDER | |
| 7/16/2024 | NOI - Notice Of Intent - Party (011) | 7/19/2024 |
| **NOTE:** | | |

AMENDED NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12-751 AND AMENDED REQUEST TO SET OMNIBUS BRIEFING SCHEDULE (Expedited Ruling Requested) (Assigned to the Honorable Bruce Cohen)

| | | |
|---|---|---|
| 7/16/2024 | NOJ – Notice of Joinder - Party (012) | |
| **NOTE:** | DEFENDANT GIULIANI'S NOTICE OF JOINDER | |
| 7/16/2024 | NOI - Notice Of Intent - Party (001) | 7/19/2024 |
| **NOTE:** | | |

AMENDED NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12-751 AND AMENDED REQUEST TO SET OMNIBUS BRIEFING SCHEDULE

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (009) | 7/19/2024 |
| **NOTE:** | | |

Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (014) | 7/19/2024 |
| **NOTE:** | | |

Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (003) | 7/19/2024 |
| **NOTE:** | | |

Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (007) | 7/19/2024 |
| **NOTE:** | | |

AMENDED NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12-751 AND AMENDED REQUEST TO SET OMNIBUS BRIEFING SCHEDULE (Expedited Ruling Requested) (Assigned to the Honorable Bruce Cohen)

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (008) | 7/19/2024 |
| **NOTE:** | | |

Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (013) | 7/19/2024 |
| **NOTE:** | | |

Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (016) | 7/19/2024 |
| **NOTE:** | | |

Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (018) | 7/19/2024 |

**NOTE:**
Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | 023 - ME: Order Entered By Court - Party (001) | 7/16/2024 |
| 7/16/2024 | NOI - Notice Of Intent - Party (004) | 7/18/2024 |

**NOTE:**
Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (006) | 7/18/2024 |

**NOTE:**
Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (010) | 7/18/2024 |

**NOTE:**
Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (015) | 7/18/2024 |

**NOTE:**
Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (002) | 7/18/2024 |

**NOTE:**
AMENDED NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12-751 AND AMENDED REQUEST TO SET OMNIBUS BRIEFING SCHEDULE

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (005) | 7/18/2024 |

**NOTE:**
Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (012) | 7/18/2024 |

**NOTE:**
Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/16/2024 | NOI - Notice Of Intent - Party (017) | 7/18/2024 |

**NOTE:**
Amended Notice of Intent to File Response to Defendants Motions to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule

| | | |
|---|---|---|
| 7/15/2024 | STA - Statement - Party (017) | 7/17/2024 |

**NOTE:** Initial Pre-Trial Conference Statement

| | | |
|---|---|---|
| 7/15/2024 | MOT - Motion - Party (012) | 7/17/2024 |

**NOTE:**
MOTION TO WAIVE DEFENDANT GIULIANI'S PRESENCE OR APPEAR VIRTUALLY AT AUGUST 26, 2024 COMPLEX CASE SCHEDULING CONFERENCE

| | | |
|---|---|---|
| 7/15/2024 | 022 - ME: Order Signed - Party (004) | 7/15/2024 |
| 7/15/2024 | 016 - ME: Ext/Time/Filing Granted - Party (006) | 7/15/2024 |
| 7/15/2024 | 023 - ME: Order Entered By Court - Party (018) | 7/15/2024 |
| 7/12/2024 | 023 - ME: Order Entered By Court - Party (002) | 7/12/2024 |
| 7/12/2024 | 022 - ME: Order Signed - Party (002) | 7/12/2024 |
| 7/12/2024 | 016 - ME: Ext/Time/Filing Granted - Party (002) | 7/12/2024 |
| 7/12/2024 | 022 - ME: Order Signed - Party (004) | 7/12/2024 |
| 7/12/2024 | NOT - Notice - Party (004) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (005) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (007) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (012) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (014) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (018) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | MOT - Motion - Party (012) | 7/16/2024 |

**NOTE:** MOTION TO MODIFY CONDITIONS OF RELEASE NUNC PRO TUNC

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (006) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (001) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (008) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (010) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (002) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (013) | 7/16/2024 |

**NOTE:** PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE

| | | |
|---|---|---|
| 7/12/2024 | NOT - Notice - Party (016) | 7/16/2024 |

| Date | Action | Date |
|---|---|---|
| **NOTE:** | PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE | |
| 7/12/2024 | NOT - Notice - Party (009) | 7/17/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE | |
| 7/12/2024 | NOT - Notice - Party (011) | 7/17/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE | |
| 7/12/2024 | NOT - Notice - Party (015) | 7/17/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE | |
| 7/12/2024 | NOT - Notice - Party (017) | 7/17/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE | |
| 7/11/2024 | NOT - Notice - Party (003) | 7/16/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SGJ DISCLOSURE | |
| 7/11/2024 | MOT - Motion - Party (006) | 7/16/2024 |
| **NOTE:** | MOTION FOR LEAVE TO APPEAR VIRTUALLY AT THE COMPLEX CASE SCHEDULING CONFERENCE | |
| 7/11/2024 | ORD - Order - Party (002) | 7/23/2024 |
| **NOTE:** | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RULE 12.9 CHALLENGE TO GRAND JURY PROCEEDINGS | |
| 7/11/2024 | ORD - Order - Party (002) | 7/23/2024 |
| **NOTE:** | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANTI-SLAPP MOTION TO DIMISS | |
| 7/11/2024 | ORD - Order - Party (002) | 7/23/2024 |
| **NOTE:** | RE: MOTION TO ASSOCIATE COUNSEL PRO HAC VICE | |
| 7/11/2024 | ORD - Order - Party (004) | 7/23/2024 |
| **NOTE:** | MOTIN TO ASSOIATE COUNSEL PRO HAC VICE-MICHAEL A COLUMBO | |
| 7/11/2024 | ORD - Order - Party (004) | 7/23/2024 |
| **NOTE:** | MOTION TO ASSOCIATE COUNSEL PRO HAC VICE-DAVID A WARRINGTON | |
| 7/11/2024 | NOT - Notice - Party (017) | 7/15/2024 |
| **NOTE:** | DEFENDANT ROMAN'S DISCLOSURE NOTICE PURSUANT TO ARIZONA RULES OF CRIMINAL PROCEDURE, 15.2 | |
| 7/11/2024 | 022 - ME: Order Signed - Party (003) | 7/11/2024 |
| 7/9/2024 | 003 - ME: Hearing Reset - Party (013) | 7/9/2024 |
| 7/9/2024 | ORD - Order - Party (003) | 7/22/2024 |
| **NOTE:** | GRANTING PERMISSION TO TRAVEL FROM ARIZONA TO MILWAUKEE WISCONSIN | |
| 7/9/2024 | CAO - Court Of Appeals Order - Party (018) | 7/18/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (016) | 7/8/2024 |
| 7/8/2024 | 016 - ME: Ext/Time/Filing Granted - Party (012) | 7/8/2024 |
| 7/8/2024 | 016 - ME: Ext/Time/Filing Granted - Party (003) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (004) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (002) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (003) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (009) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (005) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (007) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (001) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (006) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (012) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (011) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (015) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (013) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (014) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (010) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (008) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (017) | 7/8/2024 |
| 7/8/2024 | 023 - ME: Order Entered By Court - Party (018) | 7/8/2024 |
| 7/6/2024 | NDR - Notice of Defenses and Request for Notice of Rebuttal Witnesses - Party (012) | 7/9/2024 |
| **NOTE:** | | |
| DEFENDANT GIULIANI'S NOTICE OF DEFENSES AND DISCLOSURE AND REQUEST FOR DISCLOSURE OF REBUTTAL WITNESSES | | |
| 7/5/2024 | NOJ – Notice of Joinder - Party (009) | 7/9/2024 |
| **NOTE:** | NOTICE OF JOINDER IN MOTION TO DESIGNATE COMPLEX | |
| 7/5/2024 | MET - Motion for Extension Of Time - Party (006) | 7/9/2024 |
| **NOTE:** | STATE'S MOTION TO EXTEND RE: RESPONSE TO MOTION TO DISMISS INDICTMENT UNDER RULE 16.4(b). | |
| 7/4/2024 | NOT - Notice - Party (004) | 7/9/2024 |
| **NOTE:** | DEFENDANT JACOB HOFFMAN'S RULE 15.2 NOTICE | |
| 7/4/2024 | MOT - Motion - Party (004) | 7/9/2024 |
| **NOTE:** | DEFENDANT JACOB HOFFMAN'S MOTION TO ASSOCIATE COUNSEL PRO HAC VICE – GERALD A. URBANEK | |
| 7/3/2024 | REQ - Request - Party (003) | 7/9/2024 |
| **NOTE:** | UNOPPOSED REQUEST FOR PERMISSION TO TRAVEL | |
| 7/3/2024 | RES - Response - Party (012) | 7/8/2024 |
| **NOTE:** | | |
| JOINDER OF DEFENDANT GIULIANI IN DEFENDANT MEADOW'S RESPONSE IN OPPOSITION TO STATE'S MOTION FOR PROTECTIVE ORDER | | |
| 7/3/2024 | NOJ – Notice of Joinder - Party (017) | 7/8/2024 |
| **NOTE:** | | |
| Notice of Joinder in Defendant Lamons Motion to Dismiss Pursuant to 12-751 and Defendants Kelli and Michael Wards Motions to Quash the Indictment | | |
| 7/3/2024 | MET - Motion for Extension Of Time - Party (017) | 7/8/2024 |
| **NOTE:** | MOTION FOR EXTENSION OF TIME TO FILE RULE 12.9 MOTION TO REMAND TO GRAND JURY | |
| 7/3/2024 | ORD - Order - Party (012) | 7/11/2024 |
| **NOTE:** | | |

| | | |
|---|---|---|
| | RE UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTION TO CHALLENGE GRAND JURY AND GRAND JURY PROCEEDINGS | |
| 7/3/2024 | ORD - Order - Party (003) | 7/11/2024 |
| **NOTE:** | MOTION FOR AN EXTENSION OF TIME TO CHALLENGE THE GRAND JURY PROCEEDING UNDER RULE 12.9 | |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (016) | 7/3/2024 |
| 7/3/2024 | 021 - ME: Nunc Pro Tunc Order - Party (018) | 7/3/2024 |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (013) | 7/3/2024 |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (011) | 7/3/2024 |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (012) | 7/3/2024 |
| 7/3/2024 | 194 : Me: Initial Pretrial Conference - Party (003) | 7/3/2024 |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (004) | 7/3/2024 |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (005) | 7/3/2024 |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (008) | 7/3/2024 |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (009) | 7/3/2024 |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (010) | 7/3/2024 |
| 7/3/2024 | 194 : Me: Initial Pretrial Conference - Party (007) | 7/3/2024 |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (001) | 7/3/2024 |
| 7/3/2024 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (002) | 7/3/2024 |
| 7/2/2024 | MOT - Motion - Party (018) | 7/8/2024 |
| **NOTE:** | DEFENDANT MARK MEADOWS'S MOTION FOR PERMISSION TO FILE SUR-REPLY IN OPPOSITION TO STATE'S MOTION FOR PROTECTIVE ORDER | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (002) | 7/8/2024 |
| **NOTE:** | RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (011) | 7/8/2024 |
| **NOTE:** | RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (015) | 7/8/2024 |
| **NOTE:** | RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | RGJ – Request for Extension of Time to Challenge Grand Jury Proceedings - Party (012) | 7/8/2024 |
| **NOTE:** | | |
| | UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTION TO CHALLENGE GRAND JURY AND GRAND JURY PROCEEDINGS | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (004) | 7/8/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | 590 - ME: Complex Case Order - Party (007) | 7/2/2024 |
| 7/2/2024 | 590 - ME: Complex Case Order - Party (003) | 7/2/2024 |
| 7/2/2024 | 016 - ME: Ext/Time/Filing Granted - Party (005) | 7/2/2024 |
| 7/2/2024 | 016 - ME: Ext/Time/Filing Granted - Party (018) | 7/2/2024 |
| 7/2/2024 | NOT - Notice - Party (006) | 7/8/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | NOT - Notice - Party (007) | 7/8/2024 |
| **NOTE:** | RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (001) | 7/8/2024 |
| **NOTE:** | SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (014) | 7/8/2024 |
| **NOTE:** | RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | NOJ – Notice of Joinder - Party (014) | 7/5/2024 |
| **NOTE:** | NOTICE OF JOINDER IN MOTION TO DESIGNATE COMPLEX | |
| 7/2/2024 | NOT - Notice - Party (008) | 7/5/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | REL - Reply - Party (018) | 7/5/2024 |
| **NOTE:** | | |
| | DEFENDANT MARK MEADOWS'S PROPOSED SUR-REPLY IN OPPOSITION TO STATE'S MOTION FOR PROTECTIVE ORDER | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (009) | 7/5/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (016) | 7/8/2024 |
| **NOTE:** | RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | MOT - Motion - Party (006) | 7/8/2024 |
| **NOTE:** | | |
| | SUPPLEMENT TO DEFENDANT LAMON'S MOTION TO DISMISS INDICTMENT PURSUANT TO RULE 16.4(b), U.S. CONST. ART. II AND VI, U.S. CONST. AM. I, V, XII AND XIV, AND ARIZ. CONST. ART II, §§ 4 AND 6 | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (018) | 7/8/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (012) | 7/8/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (013) | 7/8/2024 |

| Date | Entry | Date 2 |
|---|---|---|
| | **NOTE:** PLAINTIFF'S RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (017) | 7/8/2024 |
| | **NOTE:** PLAINTIFF'S RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (003) | 7/8/2024 |
| | **NOTE:** RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (005) | 7/8/2024 |
| | **NOTE:** PLAINTIFF'S RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/2/2024 | SND - Supplemental Notice Of Disclosure - Party (010) | 7/8/2024 |
| | **NOTE:** RULE 15.1 SECOND SUPPLEMENTAL DISCLOSURE | |
| 7/1/2024 | STA - Statement - Party (012) | 7/5/2024 |
| | **NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT | |
| 7/1/2024 | ORD - Order - Party (005) | 7/8/2024 |
| | **NOTE:** GRANTING MOTION FOR EXTENSION OF TIME TO FILE RULE 12.9 MOTION TO REMAND | |
| 7/1/2024 | ORD - Order - Party (018) | 7/8/2024 |
| | **NOTE:** GRANTING THE MOTION | |
| 7/1/2024 | MTD - Motion To Dismiss - Party (016) | 7/5/2024 |
| | **NOTE:** DEFENDANT CHRISTINA BOBB'S MOTION TO DISMISS INDICTMENT PURSUANT TO A.R.S § 12-751 (JOINDER SUPPLEMENT TO DEFENDANT HOFFMAN'S MOTION TO DISMISS) | |
| 7/1/2024 | STA - Statement - Party (004) | 7/3/2024 |
| | **NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT | |
| 7/1/2024 | STA - Statement - Party (010) | 7/3/2024 |
| | **NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT | |
| 6/29/2024 | NAR - Notice Of Appearance - Party (012) | 7/2/2024 |
| | **NOTE:** Notice of Appearance | |
| 6/28/2024 | NOI - Notice Of Intent - Party (013) | 7/3/2024 |
| | **NOTE:** NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12 751 AND REQUEST TO SET OMNIBUS BRIEFING SCHEDULE | |
| 6/28/2024 | STA - Statement - Party (005) | 7/3/2024 |
| | **NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT | |
| 6/28/2024 | STA - Statement - Party (016) | 7/2/2024 |
| | **NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT | |
| 6/28/2024 | NOI - Notice Of Intent - Party (006) | 7/2/2024 |
| | **NOTE:** NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12 751 AND REQUEST TO SET OMNIBUS BRIEFING SCHEDULE | |
| 6/28/2024 | STA - Statement - Party (009) | 7/2/2024 |
| | **NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT IPTC HEARING DATE: July 2, 2024 | |
| 6/28/2024 | STA - Statement - Party (008) | 7/2/2024 |
| | **NOTE:** Initial Pretrial Conference Statement | |
| 6/28/2024 | NOI - Notice Of Intent - Party (011) | 7/2/2024 |
| | **NOTE:** NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12 751 AND REQUEST TO SET OMNIBUS BRIEFING SCHEDULE | |
| 6/28/2024 | NDR - Notice of Defenses and Request for Notice of Rebuttal Witnesses - Party (008) | 7/2/2024 |
| | **NOTE:** NOTICE OF DEFENSES AND REQUEST FOR NOTICE OF REBUTTAL WITNESSES | |
| 6/28/2024 | NOI - Notice Of Intent - Party (001) | 7/2/2024 |
| | **NOTE:** NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12-751 and REQUEST TO SET OMNIBUS BRIEFING SCHEDULE | |
| 6/28/2024 | NOI - Notice Of Intent - Party (004) | 7/2/2024 |
| | **NOTE:** NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12 751 and REQUEST TO SET OMNIBUS BRIEFING SCHEDULE | |
| 6/28/2024 | NOI - Notice Of Intent - Party (014) | 7/3/2024 |
| | **NOTE:** NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12 751 AND REQUEST TO SET OMNIBUS BRIEFING SCHEDULE | |
| 6/28/2024 | STA - Statement - Party (016) | 7/3/2024 |
| | **NOTE:** RULE 15.2 DISCLOSURE STATEMENT OF CHRISTINA BOBB (016) | |
| 6/27/2024 | STA - Statement - Party (002) | 7/2/2024 |
| | **NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT IPTC HEARING DATE: July 2, 2024 | |
| 6/27/2024 | RES - Response - Party (002) | 7/1/2024 |
| | **NOTE:** Joinder of Defendant Bowyer in Defendant Meadows Response in Opposition to States Motion for Protective Order | |
| 6/27/2024 | STA - Statement - Party (001) | 7/1/2024 |
| | **NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT | |
| 6/27/2024 | STA - Statement - Party (011) | 7/1/2024 |
| | **NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT | |
| 6/27/2024 | NOT - Notice - Party (005) | 7/1/2024 |
| | **NOTE:** Defendants Rule 15.2 Disclosure Notice | |
| 6/27/2024 | MOT - Motion - Party (007) | 7/1/2024 |
| | **NOTE:** Motion to Designate Complex | |
| 6/27/2024 | MET - Motion for Extension Of Time - Party (005) | 7/1/2024 |
| | **NOTE:** UNOPPOSED MOTION TO EXTEND TIME FOR FILING RULE 12.9 MOTION TO REMAND | |

| Date | Description | Date |
|---|---|---|
| 6/27/2024 | STA - Statement - Party (002) | 7/2/2024 |

**NOTE:** DEFENDANT'S RULE 15.2 DISCLOSURE STATEMENT, NOTICES OF DEFENSES AND REQUEST FOR DISCLOSURE

| 6/26/2024 | REL - Reply - Party (013) | 7/1/2024 |

**NOTE:** Reply to Meadowss Response to States Motion for Protective Order

| 6/26/2024 | STA - Statement - Party (003) | 6/28/2024 |

**NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT IPTC HEARING DATE: July 2, 2024

| 6/26/2024 | REL - Reply - Party (005) | 6/28/2024 |

**NOTE:** REPLY TO MEADOWS'S RESPONSE TO STATE'S MOTION FOR PROTECTIVE ORDER

| 6/26/2024 | REL - Reply - Party (006) | 6/28/2024 |

**NOTE:** REPLY TO MEADOWS'S RESPONSE TO STATE'S MOTION FOR PROTECTIVE ORDER

| 6/26/2024 | REL - Reply - Party (017) | 6/28/2024 |

**NOTE:** REPLY TO MEADOWS'S RESPONSE TO STATE'S MOTION FOR PROTECTIVE ORDER

| 6/26/2024 | MTD - Motion To Dismiss - Party (004) | 6/28/2024 |

**NOTE:** DEFENDANT JACOB HOFFMAN'S MOTION TO DISMISS INDICTMENT PURSUANT TO A.R.S § 12-751EVIDENTIARY HEARING REQUESTED

| 6/26/2024 | REL - Reply - Party (004) | 6/28/2024 |

**NOTE:** REPLY TO MEADOWS'S RESPONSE TO STATE'S MOTION FOR PROTECTIVE ORDER

| 6/26/2024 | REL - Reply - Party (016) | 6/28/2024 |

**NOTE:** REPLY TO MEADOWS'S RESPONSE TO STATE'S MOTION FOR PROTECTIVE ORDER

| 6/26/2024 | NOT - Notice - Party (003) | 6/28/2024 |

**NOTE:** NOTICE OF DEFENSES AND REQUEST FOR DISCOVERY

| 6/26/2024 | MOT - Motion - Party (004) | 6/28/2024 |

**NOTE:** DEFENDANT JACOB HOFFMAN'S MOTION TO ASSOCIATE COUNSEL PRO HAC VICE – JESSE D. FRANKLIN-MURDOCK

| 6/26/2024 | MOT - Motion - Party (004) | 6/28/2024 |

**NOTE:** DEFENDANT JACOB HOFFMAN'S MOTION TO ASSOCIATE COUNSEL PRO HAC VICE – MICHAEL A. COLUMBO

| 6/26/2024 | STA - Statement - Party (007) | 6/28/2024 |

**NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT IPTC HEARING DATE: July 2, 2024

| 6/26/2024 | MOT - Motion - Party (004) | 6/28/2024 |

**NOTE:** DEFENDANT JACOB HOFFMAN'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION

| 6/26/2024 | MOT - Motion - Party (004) | 6/28/2024 |

**NOTE:** DEFENDANT JACOB HOFFMAN'S MOTION TO ASSOCIATE COUNSEL PRO HAC VICE – DAVID A. WARRINGTION

| 6/26/2024 | REL - Reply - Party (018) | 6/28/2024 |

**NOTE:** REPLY TO MEADOWS'S RESPONSE TO STATE'S MOTION FOR PROTECTIVE ORDER

| 6/26/2024 | NOT - Notice - Party (013) | 6/28/2024 |

**NOTE:** NOTICE OF ERRATA RE: MOTION TO DISMISS PURSUANT TO ARIZONA'S ANTI-SLAPP STATUTE, A.R.S. § 12-751

| 6/26/2024 | 016 - ME: Ext/Time/Filing Granted - Party (016) | 6/26/2024 |
| 6/26/2024 | 016 - ME: Ext/Time/Filing Granted - Party (009) | 6/26/2024 |
| 6/26/2024 | 023 - ME: Order Entered By Court - Party (013) | 6/26/2024 |
| 6/26/2024 | 022 - ME: Order Signed - Party (013) | 6/26/2024 |
| 6/26/2024 | 016 - ME: Ext/Time/Filing Granted - Party (013) | 6/26/2024 |
| 6/25/2024 | STA - Statement - Party (007) | 6/27/2024 |

**NOTE:** DEFENDANT'S RULE 15.2 DISCLOSURE STATEMENT

| 6/25/2024 | MOT - Motion - Party (003) | 6/27/2024 |

**NOTE:** AMENDED MOTION TO DESIGNATE CASE AS COMPLEX

| 6/25/2024 | STA - Statement - Party (013) | 6/27/2024 |

**NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT

| 6/25/2024 | DAR - Notice of Disclosure and Request for Disclosure - Party (013) | 6/27/2024 |

**NOTE:** DEFENDANT JOHN EASTMAN'S 15.2 DISCLOSURE STATEMENT, NOTICES OF DEFENSES AND REQUEST FOR DISCLOSURE

| 6/25/2024 | NOJ – Notice of Joinder - Party (017) | 6/27/2024 |

**NOTE:** Defendant Romans Notice of Joinder in Defendant Hoffmans and Defendant Eastmans Motions to Dismiss Pursuant to ARS 12-751

| 6/24/2024 | MOT - Motion - Party (001) | 6/26/2024 |

**NOTE:** STATE'S MOTION FOR PROTECTIVE ORDER

| 6/24/2024 | NOJ – Notice of Joinder - Party (014) | 6/26/2024 |

**NOTE:** NOTICE OF JOINDER IN ANTI-SLAPP MOTIONS TO DISMISS

| 6/24/2024 | MOT - Motion - Party (003) | 6/26/2024 |

**NOTE:** UNOPPOSED MOTION TO DESIGNATE CASE AS COMPLEX

| 6/24/2024 | MOT - Motion - Party (005) | 6/26/2024 |

**NOTE:** STATE'S MOTION FOR PROTECTIVE ORDER

| 6/24/2024 | MOT - Motion - Party (006) | 6/26/2024 |

**NOTE:** STATE'S MOTION FOR PROTECTIVE ORDER

| 6/24/2024 | MOT - Motion - Party (008) | 6/26/2024 |

**NOTE:** STATE'S MOTION FOR PROTECTIVE ORDER

| 6/24/2024 | MOT - Motion - Party (010) | 6/26/2024 |

**NOTE:** STATE'S MOTION FOR PROTECTIVE ORDER

| 6/24/2024 | MOT - Motion - Party (016) | 6/26/2024 |

**NOTE:** STATE'S MOTION FOR PROTECTIVE ORDER

| 6/24/2024 | NOF - Notice Of Filing - Party (005) | 6/26/2024 |

**NOTE:** Notice of Filing Joinder of Defendant Kern in Defendant Hoffmans Motion to Dismiss Indictment Pursuant to A.R.S. § 12-751

| 6/24/2024 | MET - Motion for Extension Of Time - Party (003) | 6/26/2024 |

**NOTE:** UNOPPOSED MOTION FOR EXTENSION OF TIME TO CHALLENGE THE GRAND JURY PROCEEDINGS UNDER RULE 12.9

| 6/24/2024 | MTD - Motion To Dismiss - Party (006) | 6/26/2024 |

| | | |
|---|---|---|
| **NOTE:** | MOTION TO DISMISS INDICTMENT AND AWARD ATTORNEY'S FEES AND COSTS PURSUANT TO A.R.S. § 12-751 | |
| 6/26/2024 | MTD - Motion To Dismiss - Party (006) | 6/26/2024 |
| **NOTE:** | | |
| MOTION TO DISMISS INDICTMENT PURSUANT TO RULE 16.4(b), U.S. CONST. ART. II AND VI, U.S. CONST. AM. I, V, XII AND XIV, AND ARIZ. CONST. ART II, §§ 4 AND 6 | | |
| 6/24/2024 | MOT - Motion - Party (007) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | MOT - Motion - Party (009) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | MOT - Motion - Party (011) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | NOF - Notice Of Filing - Party (005) | 6/26/2024 |
| **NOTE:** | | |
| NOTICE OF FILING JOINDER OF DEFENDANT KERN IN DEFENDANT MEADOWS'S RESPONSE IN OPPOSITION TO STATE'S MOTION FOR PROTECTIVE ORDER | | |
| 6/24/2024 | MOT - Motion - Party (013) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | MOT - Motion - Party (014) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | MOT - Motion - Party (015) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | MOT - Motion - Party (004) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | MOT - Motion - Party (012) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | MOT - Motion - Party (006) | 6/26/2024 |
| **NOTE:** | Defendant James Lamons Motion to Exceed Page Limit Re Motion to Dismiss | |
| 6/24/2024 | MOT - Motion - Party (003) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | MOT - Motion - Party (002) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | RES - Response - Party (014) | 6/26/2024 |
| **NOTE:** | RESPONSE TO ATTORNEY GENERAL'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | MTQ - Motion To Quash - Party (001) | 6/26/2024 |
| **NOTE:** | MOTION TO QUASH INDICTMENT | |
| 6/24/2024 | MOT - Motion - Party (017) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | MOT - Motion - Party (018) | 6/26/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/24/2024 | RES - Response - Party (006) | 6/26/2024 |
| **NOTE:** | Joinder of Defendant Lamon In Defendant Meadows Response in Opposition to States Motion for Protective Order | |
| 6/24/2024 | MTQ - Motion To Quash - Party (011) | 6/26/2024 |
| **NOTE:** | MOTION TO QUASH INDICTMENT | |
| 6/24/2024 | MET - Motion for Extension Of Time - Party (002) | 6/26/2024 |
| **NOTE:** | Defendants Unopposed Motion for Extension of Time to File Anti-SLAPP Motion to Dismiss | |
| 6/24/2024 | MET - Motion for Extension Of Time - Party (002) | 6/26/2024 |
| **NOTE:** | Defendants Unopposed Motion for Extension of Time to File Rule 12.9 Challenge to Grand Jury Proceedings | |
| 6/24/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (016) | 7/2/2024 |
| 6/21/2024 | SND - Supplemental Notice Of Disclosure - Party (001) | 6/26/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (016) | 6/26/2024 |
| 6/21/2024 | SND - Supplemental Notice Of Disclosure - Party (009) | 6/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | SND - Supplemental Notice Of Disclosure - Party (007) | 6/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 FIRST SUPPLEMENTAL DISCLOSURE | |
| 6/21/2024 | SND - Supplemental Notice Of Disclosure - Party (003) | 6/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | SND - Supplemental Notice Of Disclosure - Party (004) | 6/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | SND - Supplemental Notice Of Disclosure - Party (006) | 6/25/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | NAR - Notice Of Appearance - Party (006) | 6/25/2024 |
| **NOTE:** | NOTICE OF APPEARANCE FOR DEFENDANT JAMES LAMON | |
| 6/21/2024 | MTD - Motion To Dismiss - Party (013) | 6/25/2024 |
| **NOTE:** | MOTION TO DISMISS PURSUANT TO ARIZONA'S ANTI-SLAPP STATUTE, A.R.S. § 12-752 | |
| 6/21/2024 | NJR - Notice of change of Judge for right - Party (006) | 6/25/2024 |
| **NOTE:** | | |
| NOTICE OF CHANGE OF JUDGE AS A MATTER OF RIGHT PURSUANT TO ARIZONA RULES OF CRIMINAL PROCEDURE 10.2 | | |
| 6/21/2024 | NOT - Notice - Party (008) | 6/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 FIRST SUPPLEMENTAL DISCLOSURE | |
| 6/21/2024 | NOT - Notice - Party (015) | 6/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 FIRST SUPPLEMENTAL DISCLOSURE | |
| 6/21/2024 | NOT - Notice - Party (017) | 6/25/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 FIRST SUPPLEMENTAL DISCLOSURE | |

| 6/21/2024 | NOT - Notice - Party (011) | 6/25/2024 |
| NOTE: | PLAINTIFF'S RULE 15.1 FIRST SUPPLEMENTAL DISCLOSURE | |
| 6/21/2024 | NDR - Notice of Defenses and Request for Notice of Rebuttal Witnesses - Party (006) | 6/25/2024 |
| NOTE: | | |

DEFENDANT JAMES LAMON'S 15.2 DISCLOSURE STATEMENT, NOTICE OF DEFENSES AND REQUEST FOR DISCLOSURE

| 6/21/2024 | MOT - Motion - Party (013) | 6/25/2024 |
| NOTE: | | |

MOTION TO EXCEED PAGE LIMIT ON DEFENDANT EASTMAN'S MOTION TO DISMISS PURSUANT TO ARIZONA'S ANTI-SLAPP STATUTE, A.R.S. § 12-752

| 6/21/2024 | RMR - Response to Defendant's Motion - Party (017) | 6/25/2024 |
| NOTE: | | |

DEFENDANT ROMAN'S NOTICE OF JOINDER IN DEFENDANT MARK MEADOWS'S RESPONSE IN OPPOSITION TO STATE'S MOTION FOR PROTECTIVE ORDER

| 6/21/2024 | NOT - Notice - Party (010) | 6/25/2024 |
| NOTE: | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | NOT - Notice - Party (012) | 6/25/2024 |
| NOTE: | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | NOT - Notice - Party (013) | 6/25/2024 |
| NOTE: | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | NOT - Notice - Party (014) | 6/25/2024 |
| NOTE: | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | NOT - Notice - Party (016) | 6/25/2024 |
| NOTE: | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (016) | 6/27/2024 |
| 6/21/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (016) | 6/27/2024 |
| 6/21/2024 | SND - Supplemental Notice Of Disclosure - Party (002) | 6/25/2024 |
| NOTE: | Plaintiffs Rule 15.1 First Supplemental Disclosure | |
| 6/21/2024 | SND - Supplemental Notice Of Disclosure - Party (005) | 6/25/2024 |
| NOTE: | PLAINTIFF'S RULE 15.1 FIRST SUPPLEMENTAL DISCLOSURE | |
| 6/21/2024 | SND - Supplemental Notice Of Disclosure - Party (018) | 6/25/2024 |
| NOTE: | PLAINTIFF'S RULE 15.1 FIRST SUPPLEMENTAL DISCLOSURE | |
| 6/20/2024 | NOJ – Notice of Joinder - Party (004) | 6/24/2024 |
| NOTE: | Notice of Joinder | |
| 6/20/2024 | NOT - Notice - Party (018) | 6/24/2024 |
| NOTE: | NOTICE OF DISCLOSURE PURSUANT TO RULE 15.2 FOR DEFENDANT MARK MEADOWS | |
| 6/20/2024 | RGJ – Request for Extension of Time to Challenge Grand Jury Proceedings - Party (018) | 6/24/2024 |
| NOTE: | | |

DEFENDANT MARK MEADOWS' UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION TO CHALLENGE GRAND JURY AND GRAND JURY PROCEEDINGS

| 6/20/2024 | MET - Motion for Extension Of Time - Party (018) | 6/24/2024 |
| NOTE: | | |

DEFENDANT MARK MEADOWS' MOTION TO EXTEND TIME TO FILE MOTION TO DISMISS OR QUASH UNDER A.R.S. § 12-751 (ANTI-SLAPP STATUTE) EXPEDITED CONSIDERATION REQUESTED

| 6/19/2024 | RES - Response - Party (013) | 6/21/2024 |
| NOTE: | | |

JOINDER OF DEFENDANT EASTMAN IN DEFENDANT MEADOWS' RESPONSE IN OPPOSITION TO STATE'S MOTION FOR PROTECTIVE ORDER

| 6/19/2024 | NOJ – Notice of Joinder - Party (016) | 6/21/2024 |
| NOTE: | NOTICE OF JOINDER IN RESPONSE OF DEFENDANT MEADOWS TO STATES MOTION FOR PROTECTIVE ORDER | |
| 6/19/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (006) | 6/25/2024 |
| 6/19/2024 | 152 - ME: Not Guilty Plea Arraign - Party (015) | 6/19/2024 |
| 6/19/2024 | 152 - ME: Not Guilty Plea Arraign - Party (014) | 6/19/2024 |
| 6/19/2024 | 152 - ME: Not Guilty Plea Arraign - Party (006) | 6/19/2024 |
| 6/19/2024 | ROO – Release Order Own Recognizance - Party (014) | 6/19/2024 |
| NOTE: | Release Order | |
| 6/18/2024 | RES - Response - Party (018) | 6/20/2024 |
| NOTE: | DEFENDANT MARK MEADOWS'S RESPONSE IN OPPOSITION TO STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/18/2024 | NDR - Notice of Defenses and Request for Notice of Rebuttal Witnesses - Party (009) | 6/20/2024 |
| NOTE: | NOTICE OF DEFENSES AND REQUEST FOR DISCLOSURE | |
| 6/18/2024 | ROO – Release Order Own Recognizance - Party (006) | 6/18/2024 |
| NOTE: | Release Order | |
| 6/18/2024 | ROO – Release Order Own Recognizance - Party (015) | 6/18/2024 |
| NOTE: | Release Order | |
| 6/18/2024 | 016 - ME: Ext/Time/Filing Granted - Party (007) | 6/18/2024 |
| 6/18/2024 | MET - Motion for Extension Of Time - Party (009) | 6/20/2024 |
| NOTE: | MOTION TO EXTEND TIME TO FILE MOTION TO REMAND TO GRAND JURY | |
| 6/18/2024 | ORD - Order - Party (006) | 6/24/2024 |
| NOTE: | GRANTING LEAVE TO APPEAR VIRTUALLY AT NOT GUILTY ARRAIGNMENT | |
| 6/18/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (010) | 6/25/2024 |

| Date | Description | Date |
|---|---|---|
| 6/17/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (010) | 6/24/2024 |
| 6/17/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (018) | 6/20/2024 |
| **NOTE:** | | |

DEFENDANT MARK MEADOWS'S MOTION FOR TEMPORARY REMOVAL OF GRAND JURY EXHIBITS PURSUANT TO LOCAL RULE 2.8(e)

| Date | Description | Date |
|---|---|---|
| 6/17/2024 | MOT - Motion - Party (015) | 6/20/2024 |
| **NOTE:** | MOTION TO APPEAR VIRTUALLY OR TELEPHONICALLY FOR ARRAIGNMENT | |
| 6/17/2024 | NJR - Notice of change of Judge for right - Party (004) | 6/20/2024 |
| **NOTE:** | Notice of CHange of Judge as a Matter of Right | |
| 6/17/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (010) | 6/24/2024 |
| 6/17/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (003) | 6/24/2024 |
| 6/17/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (010) | 6/20/2024 |
| 6/17/2024 | MOT - Motion - Party (014) | 6/19/2024 |
| **NOTE:** | MOTION TO APPEAR VIRTUALLY FOR ARRAIGNMENT SET FOR JUNE 18, 2024 | |
| 6/15/2024 | NOJ – Notice of Joinder - Party (016) | 6/18/2024 |
| **NOTE:** | NOTICE OF JOINDER IN MOTION TO EXTEND TIME TO FILE MOTION TO REMAND (RULE 12.9) FOR 30 DAYS | |
| 6/15/2024 | MOT - Motion - Party (016) | 6/18/2024 |
| **NOTE:** | | |

MOTION FOR LEAVE TO ALLOW DEFENDANT TO VIRTUALLY OR TELEPHONICIALLY APPEAR AT JULY 2, 2024, INTIAL PTC

| Date | Description | Date |
|---|---|---|
| 6/14/2024 | MOT - Motion - Party (013) | 6/18/2024 |
| **NOTE:** | | |

UNOPPOSED MOTION TO ALLOW DEFENDANT TO APPEAR VIRTUALLY OR TELEPHONICALLY AT 7-2-24 INITIAL PRETRIAL CONFERENCE

| Date | Description | Date |
|---|---|---|
| 6/14/2024 | MOT - Motion - Party (005) | 6/18/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/14/2024 | MOT - Motion - Party (008) | 6/18/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/14/2024 | MOT - Motion - Party (010) | 6/18/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/14/2024 | MOT - Motion - Party (013) | 6/18/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/14/2024 | MOT - Motion - Party (014) | 6/18/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/14/2024 | MOT - Motion - Party (016) | 6/18/2024 |
| **NOTE:** | state motion for protective order | |
| 6/14/2024 | MOT - Motion - Party (006) | 6/18/2024 |
| **NOTE:** | State Motion for protective order | |
| 6/14/2024 | MOT - Motion - Party (009) | 6/18/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/14/2024 | MOT - Motion - Party (011) | 6/18/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/14/2024 | MET - Motion for Extension Of Time - Party (013) | 6/18/2024 |
| **NOTE:** | Unopposed Motion to Extend Time to File Motion to Remand | |
| 6/14/2024 | MOT - Motion - Party (018) | 6/19/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/14/2024 | MOT - Motion - Party (001) | 6/18/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/14/2024 | MOT - Motion - Party (012) | 6/18/2024 |
| **NOTE:** | STATE'S MOTION FOR PROTECTIVE ORDER | |
| 6/13/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (008) | 6/20/2024 |
| 6/13/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (006) | 6/19/2024 |
| 6/13/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (006) | 6/20/2024 |
| 6/13/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (018) | 6/20/2024 |
| 6/13/2024 | MET - Motion for Extension Of Time - Party (007) | 6/18/2024 |
| **NOTE:** | MOTION TO EXTEND RULE 12.9 DEADLINE | |
| 6/13/2024 | MOT - Motion - Party (006) | 6/17/2024 |
| **NOTE:** | MOTION FOR LEAVE TO APPEAR VIRTUALLY AT NOT GUILTY ARRAIGNMENT | |
| 6/13/2024 | MOT - Motion - Party (002) | 6/17/2024 |
| **NOTE:** | MOTION TO ASSOCIATE COUNSEL PRO HAC VICE | |
| 6/13/2024 | 023 - ME: Order Entered By Court - Party (007) | 6/13/2024 |
| 6/13/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (006) | 6/21/2024 |
| 6/12/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (003) | 6/20/2024 |
| 6/12/2024 | 021 - ME: Nunc Pro Tunc Order - Party (017) | 6/12/2024 |
| 6/12/2024 | RMR - Response to Defendant's Motion - Party (007) | 6/14/2024 |
| **NOTE:** | STATE'S RESPONSE TO DEFENDANT'S MOTION | |
| 6/12/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (003) | 6/19/2024 |

| | | |
|---|---|---|
| 6/12/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (003) | 6/19/2024 |
| 6/11/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (009) | 6/19/2024 |
| 6/11/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (018) | 6/20/2024 |
| 6/11/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (005) | 6/20/2024 |
| 6/11/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (018) | 6/18/2024 |
| 6/11/2024 | RTM - Returned Mail or Returned/ReMailed Mail - Party (013) | 6/11/2024 |
| **NOTE:** | STATUTES | |
| 6/11/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (018) | 6/20/2024 |
| 6/10/2024 | 152 - ME: Not Guilty Plea Arraign - Party (018) | 6/10/2024 |
| 6/10/2024 | 152 - ME: Not Guilty Plea Arraign - Party (017) | 6/10/2024 |
| 6/10/2024 | NDC - Notice Of Deposit With Court - Party (012) | 6/10/2024 |
| **NOTE:** | $10,000 / BOND | |
| 6/10/2024 | MOT - Motion - Party (010) | 6/12/2024 |
| **NOTE:** | MOTION TO ASSOCIATE COUNSEL PRO HAC VICE | |
| 6/9/2024 | MOT - Motion - Party (007) | 6/12/2024 |
| **NOTE:** | MOTION TO WAIVE APPEARANCE AT IPTC AND/OR APPEAR VIRTUALLY OR TELEPHONICALLY | |
| 6/7/2024 | 152 - ME: Not Guilty Plea Arraign - Party (004) | 6/7/2024 |
| 6/7/2024 | ROO – Release Order Own Recognizance - Party (018) | 6/7/2024 |
| **NOTE:** | Release Order | |
| 6/7/2024 | ROO – Release Order Own Recognizance - Party (017) | 6/7/2024 |
| **NOTE:** | Release Order | |
| 6/7/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (008) | 6/24/2024 |
| 6/7/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (005) | 6/24/2024 |
| 6/7/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (008) | 6/25/2024 |
| 6/7/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (005) | 6/25/2024 |
| 6/7/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (005) | 6/25/2024 |
| 6/7/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (008) | 6/25/2024 |
| 6/6/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (013) | 6/11/2024 |
| **NOTE:** | STATUTES | |
| 6/6/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (013) | 6/11/2024 |
| **NOTE:** | STATUTES | |
| 6/6/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (013) | 6/11/2024 |
| **NOTE:** | STATUTES | |
| 6/6/2024 | ROO – Release Order Own Recognizance - Party (004) | 6/6/2024 |
| **NOTE:** | Release Order | |
| 6/6/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (009) | 6/14/2024 |
| 6/6/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (013) | 6/14/2024 |
| **NOTE:** | Return receipt for the temporary removal of official transcripts pursuant to Maricopa County, local rule 2.8 9(e) | |
| 6/6/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (002) | 6/14/2024 |
| 6/6/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (009) | 6/14/2024 |
| 6/6/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (009) | 6/12/2024 |
| 6/5/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (007) | 6/14/2024 |
| 6/5/2024 | NOT - Notice - Party (015) | 6/10/2024 |
| **NOTE:** | Plaintiffs 15.1 Initial Disclosure | |
| 6/5/2024 | NOT - Notice - Party (017) | 6/10/2024 |
| **NOTE:** | Plaintiffs 15.1 Initial Disclosure | |
| 6/5/2024 | NOT - Notice - Party (014) | 6/10/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 INITIAL DISCLOSURE | |
| 6/5/2024 | NOT - Notice - Party (018) | 6/10/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 INITIAL DISCLOSURE | |
| 6/5/2024 | NOT - Notice - Party (010) | 6/10/2024 |
| **NOTE:** | INVOCATION OF FIFTH AND SIXTH AMENDMENT RIGHTS | |
| 6/5/2024 | NOT - Notice - Party (006) | 6/10/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Initial Disclosure | |
| 6/5/2024 | NOT - Notice - Party (004) | 6/10/2024 |

| Date | Description | Date |
|---|---|---|
| **NOTE:** | PLAINTIFF'S RULE 15.1 INITIAL DISCLOSURE | |
| 6/5/2024 | NAR - Notice Of Appearance - Party (010) | 6/7/2024 |
| **NOTE:** | NOTICE OF APPEARANCE | |
| 6/4/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (013) | 6/12/2024 |
| 6/4/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (007) | 6/12/2024 |
| 6/4/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (002) | 6/12/2024 |
| 6/4/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (013) | 6/12/2024 |
| 6/4/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (002) | 6/12/2024 |
| 6/4/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (007) | 6/13/2024 |
| 6/4/2024 | ORD - Order - Party (013) | 6/13/2024 |

**NOTE:**

AUTHORIZING AND DIRECTING THE CLERK OF THE SUPERIOR COURT TO SURRENDER THE FOLLOWING INTO THE TEMPORARY CUSTODY OF THE MOVANT

| Date | Description | Date |
|---|---|---|
| 6/4/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (007) | 6/13/2024 |
| 6/4/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (002) | 6/13/2024 |
| 6/3/2024 | 021 - ME: Nunc Pro Tunc Order - Party (013) | 6/3/2024 |
| 5/31/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (016) | 6/5/2024 |

**NOTE:**

MOTION FOR TEMPORARY REMOVAL OF OFFICIAL COURT FILES, TRANSCRIPTS OR EXHIBITS (M.C. Local Rule 2.8-e)

| Date | Description | Date |
|---|---|---|
| 5/30/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (016) | 6/4/2024 |

**NOTE:**

MOTION FOR TEMPORARY REMOVAL OF OFFICIAL COURT FILES, TRANSCRIPTS OR EXHIBITS (M.C. Local Rule2.8-e)

| Date | Description | Date |
|---|---|---|
| 5/30/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 04/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 3/4/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 04/09/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 1/29/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 1/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 4/9/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 4/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 01/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 01/29/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 03/04/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 04/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 04/09/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 01/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 01/29/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 03/04/22024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 4/9/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 4/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 3/4/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 1/29/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 1/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 1/29/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 1/22/24 | |

| | | |
|---|---|---|
| 5/30/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 4/9/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 4/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 04/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 04/09/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 01/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 01/29/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 03/04/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 3/4/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 3/4/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 1/29/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 1/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 4/9/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 4/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 04/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 04/09/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 3/4/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 1/29/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 01/29/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 1/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 4/9/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 4/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 03/04/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 1/29/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 1/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 4/9/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 4/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 3/4/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 04/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 03/04/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 04/09/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 01/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 01/29/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 3/4/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 1/29/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 1/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 4/9/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 4/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |

| | | |
|---|---|---|
| **NOTE:** | 3/4/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 1/29/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 1/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 4/9/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 4/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 04/09/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 4/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 01/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 01/29/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 1/9//2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 1/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 03/04/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 1/29/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 3/4/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | April 22, 2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 4/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 4/9/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 1/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 1/29/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 3/4/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 04/19/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 04/22/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 01/29/2024 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 4/9/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 4/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 3/4/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 1/29/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 1/22/24 | |
| 5/30/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 03/04/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 2/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 4/8/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 02/05/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 3/11/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 3/18/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 3/26/2024 | |

| | | |
|---|---|---|
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 4/15/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 03/18/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 4/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 4/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 03/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 4/15/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 4/8/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 3/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 04/08/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 3/18/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 2/5/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 1/16/24 Afternoon Session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 04/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 1/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 2/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 2/26/24 Morning Session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 2/5/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 1/16/24 Afternoon Session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 1/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 2/5/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 3/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 1/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 3/18/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 3/11/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 1/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 2/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 4/15/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 4/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 4/8/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 03/29/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 1/16/24 Afternoon Session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 1/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 04/08/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 04/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 1/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |

| | | |
|---|---|---|
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 1/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 2/5/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 2/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 3/11/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 3/18/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 3/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 03/11/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 4/18/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 4/15/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 03/18/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 4/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 03/26/22024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 4/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 4/15/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 4/8/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 3/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 3/18/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 3/11/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 2/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 5/26/24 Morning Session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 2/5/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 04/08/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 04/15/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 04/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 03/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 4/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 04/15/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 4/8/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 3/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 3/18/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 3/11/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 2/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 02/05/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |

| | | |
|---|---|---|
| **NOTE:** | 2/26/24 Morning session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 2/5/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 1/16/24 Morning session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 1/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 03/11/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 03/18/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 2/26/24 Morning session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 2/5/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 02/05/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 4/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 03/11/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 4/15/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 4/8/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 3/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 3/18/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 03/18/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 3/11/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 03/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 04/08/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 2/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 2/26/24 Morning Session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 2/5/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 1/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 04/15/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 1/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 04/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 1/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 3/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 3/18/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 3/11/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 2/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |

| | | |
|---|---|---|
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 03/11/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 03/18/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 03/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 04/08/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 04/15/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 04/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 4/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 4/15/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 4/8/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 3/11/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 03/11/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 2/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 04/15/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 2/26/24 Morning Session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 4/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 4/15/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 4/8/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 3/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 3/18/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 3/11/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 2/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 2/26/24 Morning Session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 2/5/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 02/05/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 1/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 1/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 02/05/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 04/15/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 03/11/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 03/18/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 03/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 04/08/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |

| | | |
|---|---|---|
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 2/5/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 1/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 1/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 2/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 2/26/24 Morning Session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 4/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 4/15/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 4/8/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 3/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 3/18/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 3/11/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 01/16//2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 01/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 02/05/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 02/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 03/11/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 03/18/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 03/26/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 04/08/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 04/15/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 04/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 3/11/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 2/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 4/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 4/15/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 04/16/2024 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 4/8/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 3/26/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 3/18/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 2/26/24 Morning session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 2/5/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 1/16/24 Afternoon session | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 1/16/24 | |
| 5/29/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 1/16/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 02/20/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 03/19/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |

| | | |
|---|---|---|
| **NOTE:** | 03/25/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 03/19/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 03/25/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 02/20/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (012) | 5/31/2024 |
| **NOTE:** | 04/01/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 4/1/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 2/20/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 3/25/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (011) | 5/31/2024 |
| **NOTE:** | 3/19/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (013) | 5/31/2024 |
| **NOTE:** | 04/01/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 2/20/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 3/19/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 04/01/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 2/20/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 2/20/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 4/1/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 3/25/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (004) | 5/31/2024 |
| **NOTE:** | 3/19/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 02/20/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 03/25/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 3/25/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 3/19/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 03/19/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 4/1/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
| **NOTE:** | 2/20/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (016) | 5/31/2024 |
| **NOTE:** | 04/01/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 4/1/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 2/20/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 3/25/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
| **NOTE:** | 3/19/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 4/1/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 2/20/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 03/25/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 02/20/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (015) | 5/31/2024 |
| **NOTE:** | 04/01/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 3/25/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (007) | 5/31/2024 |
| **NOTE:** | 3/19/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 03/19/2024 | |

| 5/28/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
|---|---|---|
| **NOTE:** | 03/25/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 4/1/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 2/20/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 02/20/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 3/25/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (008) | 5/31/2024 |
| **NOTE:** | 3/19/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (014) | 5/31/2024 |
| **NOTE:** | 04/01/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 4/1/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 2/20/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 3/25/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (001) | 5/31/2024 |
| **NOTE:** | 3/19/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 3/19/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 4/1/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 03/19/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 4/1/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 3/25/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (009) | 5/31/2024 |
| **NOTE:** | 2/20/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 2/20/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 3/25/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 02/20/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (002) | 5/31/2024 |
| **NOTE:** | 3/19/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 03/25/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (018) | 5/31/2024 |
| **NOTE:** | 04/01/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 4/1/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 03/19/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 03/25/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
| **NOTE:** | 02/20/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 3/25/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (010) | 5/31/2024 |
| **NOTE:** | 3/19/2024 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 4/1/24 | |
| 5/28/2024 | GJT – Grand Jury Transcript - Party (003) | 5/31/2024 |
| **NOTE:** | 3/25/24 | |
| 5/24/2024 | 021 - ME: Nunc Pro Tunc Order - Party (002) | 5/24/2024 |
| 5/24/2024 | 023 - ME: Order Entered By Court - Party (002) | 5/24/2024 |
| 5/23/2024 | ORD - Order - Party (013) | 5/31/2024 |
| **NOTE:** | GRANTING THE DEFENDANTS EXPEDITED MOTION TO MODIFY CONDITIONS OF RELEASE | |
| 5/22/2024 | NOT - Notice - Party (002) | 5/24/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 INITIAL DISCLOSURE | |
| 5/22/2024 | NOT - Notice - Party (008) | 5/24/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 INITIAL DISCLOSURE | |
| 5/22/2024 | NOT - Notice - Party (010) | 5/24/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Initial Disclosure | |
| 5/22/2024 | NOT - Notice - Party (011) | 5/24/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Initial Disclosure | |
| 5/22/2024 | NOT - Notice - Party (012) | 5/24/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 INITIAL DISCLOSURE | |

| | | |
|---|---|---|
| 5/22/2024 | NOT - Notice - Party (003) | 5/28/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 INITIAL DISCLOSURE | |
| 5/22/2024 | NOT - Notice - Party (016) | 5/28/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Initial Disclosure | |
| 5/22/2024 | NOT - Notice - Party (005) | 5/28/2024 |
| **NOTE:** | PLAINTIFF'S RULE 15.1 INITIAL DISCLOSURE | |
| 5/22/2024 | NOT - Notice - Party (007) | 5/28/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Initial Disclosure | |
| 5/22/2024 | NOT - Notice - Party (009) | 5/28/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Initial Disclosure | |
| 5/22/2024 | NOT - Notice - Party (013) | 5/28/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Initial Disclosure | |
| 5/22/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (013) | 5/30/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (016) | 5/22/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (012) | 5/22/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (007) | 5/22/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (010) | 5/22/2024 |
| 5/22/2024 | 173 - ME: Arraignment Reset - Party (017) | 5/22/2024 |
| 5/22/2024 | 173 - ME: Arraignment Reset - Party (004) | 5/22/2024 |
| 5/22/2024 | 173 - ME: Arraignment Reset - Party (015) | 5/22/2024 |
| 5/22/2024 | 022 - ME: Order Signed - Party (009) | 5/22/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (002) | 5/22/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (003) | 5/22/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (005) | 5/22/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (008) | 5/22/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (009) | 5/22/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (011) | 5/22/2024 |
| 5/22/2024 | 152 - ME: Not Guilty Plea Arraign - Party (001) | 5/22/2024 |
| 5/21/2024 | OTC – Order to Continue - Party (015) | 5/29/2024 |
| **NOTE:** | ARRAIGNMENT | |
| 5/21/2024 | ORD - Order - Party (009) | 5/29/2024 |
| **NOTE:** | GRANTING REQUEST TO APPEAR 5-21-24 AT 8:30 AM | |
| 5/21/2024 | OTC – Order to Continue - Party (017) | 5/29/2024 |
| **NOTE:** | ORIGINAL ARRAIGNMENT AND TO APPEAR BY VIDEO FOR ARRAIGNMENT | |
| 5/21/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (013) | 5/24/2024 |
| 5/21/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (013) | 5/24/2024 |
| 5/21/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (013) | 5/23/2024 |
| 5/21/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (013) | 5/23/2024 |
| 5/21/2024 | ROO – Release Order Own Recognizance - Party (001) | 5/21/2024 |
| **NOTE:** | Release Order | |
| 5/21/2024 | ROO – Release Order Own Recognizance - Party (011) | 5/21/2024 |
| **NOTE:** | Release Order | |
| 5/21/2024 | ROO – Release Order Own Recognizance - Party (005) | 5/21/2024 |
| **NOTE:** | Release Order | |
| 5/21/2024 | ROO – Release Order Own Recognizance - Party (003) | 5/21/2024 |
| **NOTE:** | Release Order | |
| 5/21/2024 | ROO – Release Order Own Recognizance - Party (010) | 5/21/2024 |
| **NOTE:** | Release Order | |
| 5/21/2024 | ROO – Release Order Own Recognizance - Party (008) | 5/21/2024 |
| **NOTE:** | Release Order | |
| 5/21/2024 | ROO – Release Order Own Recognizance - Party (002) | 5/21/2024 |
| **NOTE:** | Release Order | |
| 5/21/2024 | ROO – Release Order Own Recognizance - Party (016) | 5/21/2024 |
| **NOTE:** | Release Order | |
| 5/21/2024 | ROO – Release Order Own Recognizance - Party (007) | 5/21/2024 |
| **NOTE:** | Release Order | |
| 5/21/2024 | ROB – Release Order Secured Appearance Bond - Party (012) | 5/21/2024 |
| **NOTE:** | Release Order | |
| 5/21/2024 | NAR - Notice Of Appearance - Party (007) | 5/22/2024 |
| **NOTE:** | Notice of Appearance | |
| 5/21/2024 | NOF - Notice Of Filing - Party (001) | 5/22/2024 |
| **NOTE:** | Plaintiffs Rule 15.1 Initial Disclosure | |
| 5/21/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (013) | 5/31/2024 |
| 5/20/2024 | MTR - Motion for Temporary Removal of Court File/Transcripts/Exhibit - Party (002) | 5/23/2024 |
| 5/20/2024 | NAR - Notice Of Appearance - Party (015) | 5/20/2024 |
| **NOTE:** | Notice of Appearance | |
| 5/20/2024 | MCO - Motion To Continue - Party (015) | 5/20/2024 |
| **NOTE:** | Motion to Continue Arraignment | |

| | | |
|---|---|---|
| 5/20/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (002) | 5/23/2024 |
| 5/20/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (002) | 5/23/2024 |
| 5/20/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (002) | 5/29/2024 |
| 5/20/2024 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (002) | 5/22/2024 |
| 5/20/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (002) | 5/22/2024 |
| 5/20/2024 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (002) | 5/22/2024 |
| 5/20/2024 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (002) | 5/22/2024 |
| 5/20/2024 | 152 - ME: Not Guilty Plea Arraign - Party (013) | 5/20/2024 |
| 5/20/2024 | SAS - Summons & Affidavit Of Service - Party (012) | 5/20/2024 |
| 5/17/2024 | ROO – Release Order Own Recognizance - Party (013) | 5/17/2024 |
| NOTE: | Release Order | |
| 5/17/2024 | MOT - Motion - Party (013) | 5/20/2024 |
| NOTE: | Unopposed Emergency Motion to Modify Release Conditions | |
| 5/17/2024 | NAR - Notice Of Appearance - Party (017) | 5/20/2024 |
| NOTE: | Notice of Appearance | |
| 5/17/2024 | MCO - Motion To Continue - Party (017) | 5/20/2024 |
| NOTE: | UNOPPOSED MOTION TO CONTINUE ORIGINAL ARRAIGNMENT AND TO APPEAR BY VIDEO FOR ARRAIGNMENT | |
| 5/17/2024 | MOT - Motion - Party (009) | 5/20/2024 |
| NOTE: | Motion to Appear Telephonically | |
| 5/17/2024 | MOT - Motion - Party (009) | 5/20/2024 |
| NOTE: | MOTION TO APPEAR TELEPHONICALLY AND/OR VIRTUALLY | |
| 5/17/2024 | RES - Response - Party (003) | 5/20/2024 |
| NOTE: | STATE'S RESPONSE TO MEDIA CAMERA REQUEST SUBMISSION | |
| 5/17/2024 | RES - Response - Party (016) | 5/20/2024 |
| NOTE: | STATES RESPONSE TO MEDIA CAMERA REQUEST SUBMISSION | |
| 5/17/2024 | RES - Response - Party (018) | 5/20/2024 |
| NOTE: | STATES RESPONSE TO MEDIA CAMERA REQUEST SUBMISSION | |
| 5/17/2024 | 003 - ME: Hearing Reset - Party (014) | 5/17/2024 |
| 5/17/2024 | 003 - ME: Hearing Reset - Party (018) | 5/17/2024 |
| 5/17/2024 | 022 - ME: Order Signed - Party (002) | 5/17/2024 |
| 5/17/2024 | 022 - ME: Order Signed - Party (003) | 5/17/2024 |
| 5/17/2024 | ROO – Release Order Own Recognizance - Party (013) | 5/17/2024 |
| NOTE: | Release Order | |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (001) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (002) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (003) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (004) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (005) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (006) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (007) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (008) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (009) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (010) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (011) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (013) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (014) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (015) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (016) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (017) | 5/16/2024 |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (018) | 5/16/2024 |
| 5/16/2024 | NAR - Notice Of Appearance - Party (005) | 5/20/2024 |
| NOTE: | Notice of Appearance, Entry of Not Guilty Plea, and request for Discovery | |
| 5/16/2024 | GJT – Grand Jury Transcript - Party (012) | 5/20/2024 |
| 5/16/2024 | ORD - Order - Party (003) | 5/22/2024 |
| NOTE: | ORDER TO APPEAR VIRTUALLY | |
| 5/16/2024 | ORD - Order - Party (002) | 5/22/2024 |
| NOTE: | ORDER GRANTING UNOPPOSED MOTION TO APPEAR VIRTUALLY AT ARRAIGNMENT | |
| 5/16/2024 | OTC – Order to Continue - Party (018) | 5/22/2024 |
| 5/16/2024 | OTC – Order to Continue - Party (018) | 5/23/2024 |
| 5/16/2024 | ORD - Order - Party (002) | 5/23/2024 |
| NOTE: | GRANTING UNOPPOSED MOTION TO APPPEAR VIRTUALLY AT ARRAIGNMENT | |
| 5/16/2024 | ORD - Order - Party (003) | 5/23/2024 |
| NOTE: | | |

THE ATTORNEY CAN APPEAR VIRTUALLY ON MAY 21,2024, AT 8:30AM ATTORNEY MUST LOG ON USING LINK PROVIDED IN AN EMAIL AT THE DATE AND TIME NOTED ABOVE

| | | |
|---|---|---|
| 5/16/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (016) | 5/20/2024 |

NOTE:
MOTION FOR TEMPORARY REMOVAL OF OFFICIAL COURT FILES, TRANSCRIPTS OR EXHIBITS (M.C. Local Rule 2.8-e)

| 5/15/2024 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (006) | 5/20/2024 |
|---|---|---|

**NOTE:**
MOTION FOR TEMPORARY REMOVAL OF OFFICIAL COURT FILES, TRANSCRIPTS OR EXHIBITS PURSUANT TO MARICOPA COUNTY LOCAL RULE 2.8(e)

| 5/15/2024 | NOT - Notice - Party (016) | 5/20/2024 |
|---|---|---|

**NOTE:** NOTICE OF NO OBJECTION TO REQUEST FOR MEDIA AT ARRAIGNMENT

| 5/15/2024 | MOT - Motion - Party (002) | 5/20/2024 |
|---|---|---|

**NOTE:** Unopposed Motion to Appear Virtually at Arraignment

| 5/15/2024 | RES - Response - Party (013) | 5/20/2024 |
|---|---|---|

**NOTE:** States Response to Media Camera Request Submission

| 5/15/2024 | NAR - Notice Of Appearance - Party (002) | 5/17/2024 |
|---|---|---|

**NOTE:** NOTICE OF APPEARANCE FOR DEFENDANT

| 5/15/2024 | MCO - Motion To Continue - Party (004) | 5/17/2024 |
|---|---|---|

**NOTE:** MOTION TO CONTINUE ARRAIGNMENT

| 5/15/2024 | NAR - Notice Of Appearance - Party (004) | 5/17/2024 |
|---|---|---|

**NOTE:** Notice of Appearance

| 5/15/2024 | 003 - ME: Hearing Reset - Party (006) | 5/15/2024 |
|---|---|---|
| 5/14/2024 | OTC - Order to Continue - Party (006) | 5/15/2024 |

**NOTE:** INITIAL APPEARANCE OF JAMES LAMON

| 5/14/2024 | NAR - Notice Of Appearance - Party (008) | 5/16/2024 |
|---|---|---|

**NOTE:** Notice of Appearance

| 5/13/2024 | MCO - Motion To Continue - Party (018) | 5/15/2024 |
|---|---|---|

**NOTE:**
Unopposed Motion to Continue Original Arraignment Hearing -and- Motion for Virtual Appearance at the Original Arraignment Hearing

| 5/13/2024 | NAR - Notice Of Appearance - Party (018) | 5/15/2024 |
|---|---|---|

**NOTE:** Notice of Appearance of Counsel

| 5/13/2024 | MOT - Motion - Party (003) | 5/15/2024 |
|---|---|---|

**NOTE:** MOTION TO APPEAR VIRTUALLY FOR THE HEARING ON 5/21/24

| 5/10/2024 | SFC - Stipulation For Continuance - Party (006) | 5/14/2024 |
|---|---|---|

**NOTE:** STIPULATION TO CONTINUE INITIAL APPEARANCE AND ARRAIGNMENT OF JAMES LAMON

| 5/9/2024 | MCO - Motion To Continue - Party (014) | 5/13/2024 |
|---|---|---|

**NOTE:** MOTION TO CONTINUE ARRAIGNMENT SET FOR MAY 21, 2024

| 5/9/2024 | NAR - Notice Of Appearance - Party (003) | 5/14/2024 |
|---|---|---|

**NOTE:** Notice of appearance

| 5/9/2024 | GJT – Grand Jury Transcript - Party (017) | 5/31/2024 |
|---|---|---|

**NOTE:** 03/18/2024

| 5/8/2024 | NAR - Notice Of Appearance - Party (016) | 5/10/2024 |
|---|---|---|

**NOTE:** NOTICE OF APPEARANCE OF COUNSEL

| 5/8/2024 | MOT - Motion - Party (016) | 5/10/2024 |
|---|---|---|

**NOTE:** MOTION FOR LEAVE TO COMPLETE PHOTO AND FINGERPRINT PROCESSING

| 5/8/2024 | NAR - Notice Of Appearance - Party (014) | 5/13/2024 |
|---|---|---|

**NOTE:** NOTICE OF APPEARANCE OF COUNSEL

| 5/7/2024 | NAR - Notice Of Appearance - Party (001) | 5/9/2024 |
|---|---|---|

**NOTE:** NOTICE OF APPEARANCE

| 5/7/2024 | NAR - Notice Of Appearance - Party (009) | 5/9/2024 |
|---|---|---|

**NOTE:** Notice of Appearance

| 5/7/2024 | NAR - Notice Of Appearance - Party (011) | 5/10/2024 |
|---|---|---|

**NOTE:** NOTICE OF APPEARANCE

| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (018) | 5/6/2024 |
|---|---|---|
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (016) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (017) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (011) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (005) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (013) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (014) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (015) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (001) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (002) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (003) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (004) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (006) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (007) | 5/6/2024 |
| 5/6/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (008) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (009) | 5/6/2024 |
| 5/6/2024 | SAS - Summons & Affidavit Of Service - Party (010) | 5/6/2024 |
| 5/6/2024 | NAR - Notice Of Appearance - Party (013) | 5/9/2024 |

**NOTE:** Notice of Appearance for Defendant John Eastman

| 5/3/2024 | GJT – Grand Jury Transcript - Party (006) | 5/31/2024 |
|---|---|---|

**NOTE:** 3/4/24

| 5/2/2024 | GJT – Grand Jury Transcript - Party (005) | 5/31/2024 |
|---|---|---|

**NOTE:** 1/16/24 Afternoon session

| 4/23/2024 | IND - Indictment - Party (012) | 5/20/2024 |
|---|---|---|
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (012) | 5/20/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (012) | 5/20/2024 |
| 4/23/2024 | IND - Indictment - Party (010) | 5/6/2024 |

| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (010) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (010) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (009) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (009) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (009) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (008) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (008) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (008) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (007) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (007) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (007) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (006) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (006) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (006) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (004) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (004) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (004) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (003) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (003) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (003) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (001) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (001) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (001) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (002) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (002) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (002) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (015) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (015) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (015) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (014) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (014) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (014) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (013) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (013) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (013) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (005) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (005) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (011) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (011) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (011) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (017) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (017) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (017) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (016) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (016) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (016) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (018) | 5/6/2024 |
| 4/23/2024 | 600 - ME: GJ True Bill/Summons Issued - Party (018) | 5/6/2024 |
| 4/23/2024 | CID - Court Information Sheet - Party (018) | 5/6/2024 |
| 4/23/2024 | IND - Indictment - Party (005) | 5/6/2024 |

## Case Calendar

| Date | Time | Event |
| --- | --- | --- |
| 5/17/2024 | 9:00 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 8:30 | Original Arraignment Hearing |
| 5/21/2024 | 9:00 | Original Arraignment Hearing |
| 5/21/2024 | 9:00 | Original Arraignment Hearing |
| 6/6/2024 | 9:00 | Original Arraignment Hearing |
| 6/7/2024 | 9:00 | Original Arraignment Hearing |

| Date | Time | Event |
|---|---|---|
| 6/7/2024 | 9:00 | Original Arraignment Hearing |
| 6/18/2024 | 9:00 | Original Arraignment Hearing |
| 6/18/2024 | 9:00 | Original Arraignment Hearing |
| 6/18/2024 | 9:00 | Original Arraignment Hearing |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/2/2024 | 8:15 | Initial Pretrial Conference |
| 7/30/2024 | 8:15 | Initial Pretrial Conference |
| 7/30/2024 | 8:15 | Initial Pretrial Conference |
| 7/30/2024 | 8:15 | Initial Pretrial Conference |
| 7/30/2024 | 8:15 | Initial Pretrial Conference |
| 7/30/2024 | 8:15 | Initial Pretrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Status Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Status Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/1/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |

| | | |
|---|---|---|
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/26/2024 | 9:00 | Complex / Capital Case |
| 8/28/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/28/2024 | 8:31 | Comprehensive PreTrial Conference |
| 8/28/2024 | 8:31 | Comprehensive PreTrial Conference |
| 9/3/2024 | 8:31 | Comprehensive PreTrial Conference |
| 9/3/2024 | 8:31 | Comprehensive PreTrial Conference |
| 10/1/2024 | 8:30 | Pre-Trial Conference |
| 10/3/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 8:30 | Pre-Trial Conference |
| 10/10/2024 | 9:00 | Trial |
| 10/17/2024 | 8:30 | Pre-Trial Conference |
| 10/17/2024 | 8:30 | Pre-Trial Conference |
| 10/17/2024 | 8:30 | Pre-Trial Conference |
| 10/17/2024 | 9:00 | Trial |
| 10/17/2024 | 9:00 | Trial |
| 10/17/2024 | 9:00 | Trial |
| 10/17/2024 | 9:00 | Trial |
| 10/17/2024 | 9:00 | Trial |
| 10/17/2024 | 9:00 | Trial |
| 10/17/2024 | 9:00 | Trial |
| 10/17/2024 | 9:00 | Trial |
| 10/17/2024 | 9:00 | Trial |
| 10/31/2024 | 9:00 | Trial |
| 10/31/2024 | 9:00 | Trial |
| 10/31/2024 | 9:00 | Trial |
| 11/6/2024 | 8:30 | Pre-Trial Conference |
| 11/6/2024 | 8:30 | Pre-Trial Conference |
| 11/6/2024 | 8:30 | Pre-Trial Conference |
| 11/14/2024 | 9:00 | Trial |
| 11/14/2024 | 9:00 | Trial |
| 11/14/2024 | 9:00 | Trial |



**Indictment**

State v. Mark Meadows

Case No. CR2024-006850-018

# Attachment 2

KRISTIN K  MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Case No: CR 2024 - 0 0 6 8 5 0 - 018 |
| Plaintiff, | 93 SGJ 81 |
| v. | **INDICTMENT** |
| **KELLI WARD (001),**<br>*Counts 1-9* | CHARGING VIOLATIONS OF: |
| **TYLER BOWYER (002),**<br>*Counts 1-9* | **COUNT 1: CONSPIRACY**, a Class 2 Felony, in violation of A.R.S. § 13-1003 |
| **NANCY COTTLE (003),**<br>*Counts 1-9* | **COUNT 2: FRAUDULENT SCHEMES AND ARTIFICES**, a Class 2 Felony, in violation of A.R.S. §13-2310(A) |
| **JACOB HOFFMAN (004),**<br>*Counts 1-9* | **COUNT 3: FRAUDULENT SCHEMES AND PRACTICES**, a Class 5 Felony, in violation of A.R.S. § 13-2311 |
| **ANTHONY KERN (005),**<br>*Counts 1-9* | |

**JAMES LAMON (006),**
*Counts 1-9*

**ROBERT MONTGOMERY (007),**
*Counts 1-9*

**SAMUEL MOORHEAD (008),**
*Counts 1-9*

**LORRAINE PELLEGRINO (009),**
*Counts 1-9*

**GREGORY SAFSTEN (010),**
*Counts 1-9*

**MICHAEL WARD (011),**
*Counts 1-9*

**(012),**
*Counts 1-9*

**JOHN EASTMAN (013),**
*Counts 1-9*

**BORIS EPSHTEYN (014),**
*Counts 1-9*

**JENNA ELLIS (015),**
*Counts 1-9*

**CHRISTINA BOBB (016),**
*Counts 1-9*

**MICHAEL ROMAN (017),**
*Counts 1-9*

**COUNTS 4-9: FORGERY,** Class 4 Felonies, in violation of A R.S. § 13-2002(A)

X **MARK MEADOWS (018),**
*Counts 1-9*

**Defendants.**

The 93rd State Grand Jury accuses **KELLI WARD (001), TYLER BOWYER (002),**

**NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES**

**LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008),**

**LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),**

**(012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA**

**ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK**

**MEADOWS (018),** charging on this 23rd day of April, 2024, that in or from

Maricopa County, Arizona:

I. **CHARGES.**

<u>**COUNT 1**</u>
<u>**CONSPIRACY, A CLASS TWO FELONY**</u>

From on or about November 3, 2020 and continuing through on or about

January 6, 2021, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003),**

**JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT**

**MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009),**

**GREGORY SAFSTEN (010), MICHAEL WARD (011),** **(012),**

**JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** with the intent to promote or aid in the commission of an offense, agreed with one and/or more persons **KNOWN** and/or **UNKNOWN,** that at least one of them or another person would engage in conduct constituting one or more of the following offenses, in particular:

1) **FRAUDULENT SCHEMES AND ARTIFICES,** in violation of A.R.S. § 13-2310(A);

2) **FRAUDULENT SCHEMES AND PRACTICES,** in violation of A.R.S. § 13-2311(A);

3) **FORGERY,** in violation of A.R.S. § 13-2002(A)(1) & (A)(3);

4) **CHANGING VOTE OF ELECTOR BY CORRUPT MEANS OR INDUCEMENT,** in violation of A.R.S. § 16-1006(A)(3);

5) **TAMPERING WITH A PUBLIC RECORD,** in violation A.R.S. § 13-2407(A)(3);

6) **PRESENTMENT OF FALSE INSTRUMENT FOR FILING,** in violation of A.R.S. § 39-161.

In furtherance of this conspiracy and to effect the foregoing objects thereof, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009),**

**GREGORY SAFSTEN (010), MICHAEL WARD (011),**               **(012),**

**JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA**

**BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** and their co-

conspirators did commit one or more of the following overt acts, including but not

limited to. the overt acts described in Counts 2 through 9, and Section II of this

Indictment (which is incorporated herein by reference as if set forth in full), in

violation of A.R S. §§ 13-1003, 13-2310(A)(1), 13-2311(A), 13-2002(A)(1) & (A)(3),

16-1006(A)(3), 13-2407(A)(3), 39-161, 13-301, 13-302, 13-303, 13-304, 13-701,

13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314

## COUNT 2
## FRAUDULENT SCHEMES AND ARTIFICES, A CLASS TWO FELONY

From on or about November 3, 2020 and continuing through on or about

January 6, 2021, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003),**

**JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT**

**MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009),**

**GREGORY SAFSTEN (010), MICHAEL WARD (011),**               **(012),**

**JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA**

**BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** pursuant to a

scheme or artifice to defraud, knowingly obtained any benefit by means of false

or fraudulent pretenses, representations, promises, or material omissions, to wit: preventing the lawful transfer of the presidency of the United States, keeping President Donald J. Trump in office against the will of Arizona voters, and depriving Arizona voters of their right to vote and have their votes counted under the United States Constitution, Arizona Constitution Article 7, and Arizona Revised Statutes, Title 16, by means involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2310(A), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

### COUNT 3
### FRAUDULENT SCHEMES AND PRACTICES, A CLASS FIVE FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, in a matter related to the business conducted by any department or agency of this state or any political subdivision thereof, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),** (012), **JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018)**, pursuant to a scheme or artifice to defraud or

deceive, knowingly falsified, concealed or covered up a material fact by any trick, scheme or device or made or used any false writing or document knowing such writing or document contained any false, fictitious or fraudulent statement or entry, to wit: two certificates of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the Arizona Secretary of State, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2311(A), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

## COUNT 4
## FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),                    (012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018)** falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that

contained false information, to wit: a certificate of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the President of the United States Senate, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2002(A)(1) & (A)(3), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

### COUNT 5
### FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud,   KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),                              (012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017), and MARK MEADOWS (018), falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that contained false information, to wit: one of two certificates of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona

Republican electors with the Arizona Secretary of State, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2002(A)(1) & (A)(3), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

## COUNT 6
## FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),                    (012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that contained false information, to wit: the second of two certificates of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the Arizona Secretary of State, involving, but not limited to, the acts described in Section II, in violation of A R S. §§ 13-2002(A)(1) & (A)(3),

13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

## COUNT 7
## FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011), (012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that contained false information, to wit: one of two certificates of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the Archivist of the United States, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2002(A)(1) & (A)(3), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

**FORGERY, A CLASS FOUR FELONY**

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011), (012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that contained false information, to wit: the second of two certificates of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the Archivist of the United States, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2002(A)(1) & (A)(3), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

## COUNT 9
## FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),                        (012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that contained false information, to wit: a certificate of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the Chief Judge of the Federal District Court for the District of Arizona, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2002(A)(1) & (A)(3), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314

## II.     THE CONSPIRACY AND SCHEME.

In Arizona, and the United States, the people elected Joseph Biden as President on November 3, 2020. Unwilling to accept this fact, Defendants and unindicted coconspirators schemed to prevent the lawful transfer of the presidency to keep **Unindicted Coconspirator 1** in office against the will of Arizona's voters. This scheme would have deprived Arizona voters of their right to vote and have their votes counted.

After the general election on November 3, 2020, Defendants raised false claims of widespread election fraud in Arizona to pressure election officials to change the outcome of a democratic election. Those efforts failed when the Maricopa County Board of Supervisors, Secretary of State, and Governor certified Arizona's election. Republican Presidential Elector Defendants then voted for President Donald Trump and Vice President Michael Pence on December 14, 2020, falsely claiming to be the "duly elected and qualified Electors for President and Vice President of the United States from the State of Arizona."

Defendants deceived the citizens of Arizona by falsely claiming that those votes were contingent only on a legal challenge that would change the outcome of the election. In reality, Defendants intended that their false votes for Trump-Pence would encourage Pence to reject the Biden-Harris votes on January 6,

2021, regardless of the outcome of the legal challenge. When combined with the six other States where Republican electors sent in uncertified votes for Trump-Pence, Defendants wanted Pence to either declare **Unindicted Coconspirator 1** the winner of the election, delay the proceeding and have individual state legislatures determine their electors, or have Congress resolve any claimed uncertainty about the validity of election results in Arizona and six other states in **Unindicted Coconspirator 1**'s favor. The scheme failed when Vice President Michael Pence accepted all certified Biden-Harris votes on January 6, 2021.

### A. Background on Presidential Election Procedures.

Defendants deceived the public by arguing the scheme to have Republican electors vote for Trump-Pence in Arizona and six other states was legal. Thus, background on presidential election laws is necessary to understand the scheme.

Presidential elections happen on the first Tuesday of November, following the first Monday, every four years In 2020, the Presidential Election fell on November 3, 2020. **Unindicted Coconspirator 1** ran for reelection with then-Vice President Pence against now-President Biden and now-Vice President Harris.

The popular vote does not determine the President. Instead, the Constitution of the United States provides that "Electors" select the President and Vice President of the United States. This system is known as the Electoral College.

In the Electoral College, each state and the District of Columbia determines how Presidential Electors are selected, and each state's Presidential Electors equals the number of that state's congressional delegation. With the exception of Maine and Nebraska, all states award their entire allotment of Presidential Electors to the person who won the popular vote in that state. A simple majority of Presidential Electors then selects the President and Vice President. There are 538 electors, so it takes 270 votes to win.

The Electoral Count Act of 1887 (ECA), which was in place in 2020, provides the procedure for selecting the President and Vice President in the Electoral College. The ECA first required that each state determine the Presidential Electors at least six days before the electors' vote. The determination is called a "certificate of ascertainment" and must be issued by the executive officer of each state

Under the ECA, each state's Presidential Electors meet and vote "on the first Monday after the second Wednesday in December." In 2020, the electors met and voted on December 14. This also meant the last date for the certificate of ascertainment was December 8, 2020. The electors must send the certificates of their votes, along with the certificate of ascertainment, as follows: one copy to the President of the Senate; two copies to the chief election officer of their state;

two copies to the Archivist of the United States; and one copy to the Chief Judge of the federal District Court where the electors assembled.

The ECA then provided that the Vice President, sitting as the President of the Senate, hold a joint session of Congress on January 6 following the election. At that joint session, the Vice President was directed to open the Presidential Elector votes in alphabetical order by state so the votes could be counted. After the votes are counted, the Vice President declares the next President and Vice President.

Arizona has nine congressional seats and two senators, so it has 11 votes in the Electoral College. Each political party selects its own Presidential Electors, and State law provides that Arizona's Presidential Electors are awarded based on the winner of the popular vote in Arizona. The law provides that Presidential Electors cannot vote for anyone other than the certified winner of the election. Arizona law first requires that counties count the votes in their respective counties following the election. Determining the vote count is called a canvass Once complete, the county boards of supervisors must certify the canvass and report the results to the Secretary of State. The Secretary of State must then determine the statewide vote totals and certify the winner of all general elections on the "fourth Monday following the general election." In 2020, that date was November 30.

On November 30, the Arizona Secretary of State certified Biden-Harris as the winners of Arizona's popular vote. That same day, Governor Ducey issued a certificate of ascertainment, listing the Biden-Harris electors as Arizona's Presidential Electors. Accordingly, the Biden-Harris electors assembled, voted, and mailed their votes on December 14, 2020, consistent with the ECA.

## B. Defendants – Arizona Fake Electors.

In 2020, the following Defendants were selected as Arizona Republican Party Presidential Electors·

- **KELLI WARD (001)**. **WARD (001)** was the chair of the Arizona Republican party She organized the fake electors' vote on December 14, 2020, and voted for Trump-Pence as a fake elector, falsely stating that she was "duly elected and qualified." After voting, **WARD (001)** declared the Arizona Republican electors as the "true electors." She later urged Pence to accept false electoral votes for Trump-Pence on January 6, 2021. She did not withdraw her vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **TYLER BOWYER (002)** **BOWYER (002)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." After voting, **BOWYER (002)** made statements indicating that he intended to have Pence accept the false electoral votes for Trump-Pence on January 6, 2021. **BOWYER (002)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election

- **NANCY COTTLE (003)**. **COTTLE (003)** was the chairperson of the Arizona Republican Presidential Electors. She voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that she was "duly elected

and qualified." **COTTLE (003)** did not withdraw her vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **JACOB HOFFMAN (004). HOFFMAN (004)** was a representative-elect in the Arizona Legislature in November 2020. **HOFFMAN (004)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." Following his vote as an Arizona Republican elector, **HOFFMAN (004)** urged Pence, in a letter dated January 5, 2020, to delay accepting Arizona's certified Democrat elector votes on January 6, 2021, during the Joint Session of Congress in Washington D.C. **HOFFMAN (004)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **ANTHONY KERN (005). KERN (005)** was a member of the Arizona Legislature who had lost his bid for reelection in the November 2020 election. **KERN (005)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." Following December 14, 2020, **KERN (005)** continued to urge Arizona officials and Pence to accept the Arizona Republican electors' votes on January 6, 2021. **KERN (005)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **JAMES LAMON (006). LAMON (006)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." **LAMON (006)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **ROBERT MONTGOMERY (007). MONTGOMERY (007)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." **MONTGOMERY (007)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **SAMUEL MOORHEAD (008). MOORHEAD (008)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly

elected and qualified." **MOORHEAD (008)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **LORRAINE PELLEGRINO (009). PELLEGRINO (009)** was the Secretary of the Arizona Republican fake presidential electors. She voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." **PELLEGRINO (009)** did not withdraw her vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **GREGORY SAFSTEN (010). SAFSTEN (010)** was the Executive Director of the Arizona Republican Party. He helped **KELLI WARD (001)** organize the fake electors' vote on December 14, 2020, and voted for Trump-Pence as a fake elector, falsely stating that he was "duly elected and qualified." **SAFSTEN (010)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **MICHAEL WARD (011). WARD (011)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." **WARD (011)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

### C. Defendants.

Defendants' attempts to declare **Unindicted Coconspirator 1** and Pence the winners of the 2020 Presidential Election contrary to voter intent and the law, involved numerous other charged and uncharged coconspirators. The following is a brief summary of the remaining Defendants' roles in the scheme to keep **Unindicted Coconspirator 1** in office against the will of Arizona voters:

- **(012).** An attorney for **Unindicted Coconspirator 1** who was often identified as "the Mayor." He spread false claims of election fraud in Arizona and nationally shortly after November 3, 2020. He presided over a "hearing" in downtown Phoenix on November 30, 2020, where he falsely claimed that Arizona's election officials "have made no effort to find out" if the results of the recent presidential election were accurate. He pressured the Maricopa County Board of Supervisors and Arizona legislators to change the outcome of Arizona's election, and he was responsible for encouraging Republican electors in Arizona and in six other contested states to vote for Trump-Pence on December 14, 2020.

- **JOHN EASTMAN (013). EASTMAN (013)** was an attorney who encouraged the Republican electors to vote on December 14, 2020, and spread false claims of widespread election fraud. He also pressured the legislature in Arizona and six other states to change the outcome of the election. For example, on January 4, 2021, **EASTMAN (013)** pushed then-Arizona Speaker of the House Rusty Bowers to convene a Special Session to decertify Arizona's presidential electors, telling him to "just do it and let the court sort it out." Bowers declined to do so. Also on January 4, **EASTMAN (013)** met at the White House with **Unindicted Coconspirator 1**, Pence, and others to convince Pence to reject or at least delay the confirmation of the lawfully chosen electors two days later at the Joint Session of Congress.

- **BORIS EPSHTEYN (014). EPSHTEYN (014)** was an attorney and was an advisor to the Trump Campaigns in 2016 and 2020. **EPSHTEYN (014)** assisted **(012)** in implementing the scheme to submit false Republican electors' votes for Trump-Pence in Arizona and to obstruct the certification process during the January 6, 2021, Joint Session of Congress in Washington D.C.

- **JENNA ELLIS (015). ELLIS (015)** was an attorney for the Trump Campaign and worked closely with **(012)** She made false claims of widespread election fraud in Arizona and in six other states. **ELLIS (015)** encouraged the Arizona Legislature to change the outcome of the election. She also encouraged Pence to accept the false Arizona Republican electors' votes on January 6, 2021.

- **CHRISTINA BOBB (016). BOBB (016)** was an attorney for the Trump Campaign and worked closely with        **(012). BOBB (016)** lobbied Arizona's Republican legislators after the 2020 presidential election to disregard the popular vote in Arizona. She additionally helped organize the false Arizona Republican electors' votes on December 14, 2020

- **MICHAEL ROMAN (017). ROMAN (017)** was the Director of Election Day Operations for the Trump Campaign. He worked closely with **(012), EPSHTEYN (014), Unindicted Coconspirator 4**, and others to organize the false Republican electors' votes in Arizona and in six other states.

- **MARK MEADOWS (018). MEADOWS (018)** was **Unindicted Coconspirator 1**'s Chief of Staff in 2020. He worked with members of the Trump Campaign to coordinate and implement the false Republican electors' votes in Arizona and six other states. **MEADOWS (018)** was involved in the many efforts to keep **Unindicted Coconspirator 1** in power despite his defeat at the polls.

### D. Unindicted Co-Conspirators.

The following individuals are included as unindicted members of the conspiracy:

- **Unindicted Coconspirator 1.** A former president of the United States who spread false claims of election fraud following the 2020 election.

- **Unindicted Coconspirator 2.** A former member of the Arizona Legislature who spread false claims of election fraud following the 2020 election. **Unindicted Conspirator 2** helped organize and distribute a false document on December 14, 2020, titled, "Joint Resolution of the 54th Legislature."

- **Unindicted Conspirator 3.** A former member of the Arizona Legislature who spread false claims of election fraud following the 2020 election. **Unindicted Coconspirator 3** helped organize a "hearing" at a hotel in Phoenix on November 30, 2020, that both        **(012)** and

**JENNA ELLIS (015)** attended. **Unindicted Conspirator 3** additionally signed the false December 14, 2020, "Joint Resolution of the 54th Legislature."

- **Unindicted Coconspirator 4.** An attorney for the Trump Campaign who drafted memos that encouraged having the fake Republican electors vote on December 14, 2020. **Unindicted Coconspirator 4** helped plan and organize the fake electors' vote on December 14, 2020, in Arizona, Georgia, Michigan, Pennsylvania, Nevada, New Mexico, and Wisconsin

- **Unindicted Coconspirator 5.** An Arizona attorney who worked for the Trump Campaign. **Unindicted Coconspirator 5** helped organize the Arizona Republican electors' vote on December 14, 2020, and previously represented the Republican Party, and **KELLI WARD (001)** in a lawsuit against the certified Arizona Democrat electors.

### E. The 2020 Presidential Election.

The 2020 Presidential Election occurred during a global pandemic. In response to the pandemic, many states had expanded mail-in voting and that expanded mail-in voting delayed the final vote.

### i. Background.

As states continued to count votes after election day on November 3, 2020, it became apparent that Biden would win, and **Unindicted Coconspirator 1** would lose the election **Unindicted Coconspirator 1** had suggested before the election that expanded mail-in voting was "very dangerous" because mail-in ballots are "fraudulent in many cases." Those statements turned into claims of outright fraud immediately following the election.

While **Unindicted Coconspirator 1** himself was unwilling to accept that he lost the election, **MEADOWS (018)** had confided in a White House staff member in early November 2020 that **Unindicted Coconspirator 1** had lost the election. Nevertheless, **Unindicted Coconspirator 1** wanted to keep fighting the election results, and **MEADOWS (018)** wanted to "pull this off" for **Unindicted Coconspirator 1**

Arizona was ultimately decided by 10,457 votes or 0.31% of the ballots cast. Biden won by small margins in five other states: (1) Georgia, 11,779 votes or 0.24%; (2) Michigan, 154,188 votes or 2.78%; (3) Nevada, 33,596 votes or 2.39%, (4) Pennsylvania, 81,555 votes or 1.16%; and (5) Wisconsin, 20,681 votes or 0.63%. Excluding Nevada, these states all had Republican-controlled Legislatures in 2020. New Mexico, where Biden won by a wider margin—99,720 votes or 10.79%, also had a Democrat-controlled legislature in 2020. These seven states became the focus of legal challenges and false claims of widespread election fraud.

*ii.  Arizona Election Lawsuits.*

In Arizona, multiple parties filed election lawsuits after November 3, 2020. All were unsuccessful, but some were still pending on December 14, 2020, when

the Arizona Republican electors assembled to vote. None of these lawsuits would have changed the outcome of the election

The first suit, *Aguilera v. Fontes*, Maricopa County Superior Court No. CV2020-014562, was filed the day following the election, based on complaints about electronic ballot counting from two voters. It was dismissed by the court on November 29, 2020, for failure to state a claim on which relief could be granted An appeal was filed on December 29, 2020, which was eventually denied on June 15, 2021, for lack of jurisdiction.

The Trump Campaign next filed a suit on November 8, 2020, in *Trump v. Hobbs*, Maricopa County Superior Court No. CV2020-014248. The claims relating to the Presidential election were dismissed five days later because the lawsuit would not have changed the outcome of the election. That prompted **KELLI WARD (001)** to text **MEADOWS (018)**, "WTH," and ask **MEADOWS (018)** "[a]re our lawyers in AZ afraid of being blackballed by the left," and conclude "[i]t sounds like that's a total cop out."

The Arizona Republican Party sued Adrian Fontes, then the Maricopa County Recorder, on November 12, 2020, in *Arizona Republican Party v. Fontes*, Maricopa County No. CV2020-014553. The court dismissed the claim six days

later, finding the "Arizona Republican Party's case was meritless." It was not appealed.

**KELLI WARD (001)** sued all eleven Democrat Party electors on November 30, 2020, in *Ward v. Jackson*, Maricopa County Superior Court No. CV2020-015285. Phoenix-based Trump Campaign attorney **Unindicted Coconspirator 5** told all eleven Arizona Republican electors, "[p]lease be aware that while I will be representing you 'in name' as presidential electors, I am also the attorney for the Arizona Republican Party and Donald J Trump for President, Inc " and that he was waiting on "          [sic] to personally approve" the lawsuit. All eleven electors agreed to join the suit, but for "legal/optical reasons, Kelli [was]     . the only plaintiff "

The court dismissed the suit on December 4, 2020, finding that Maricopa County election officials followed the process for signature verification "faithfully in 2020" and found "no misconduct, no fraud, and no effect on the outcome of the election." The court additionally found that "the evidence did not prove illegal votes, much less enough to affect the outcome of the election" and that **KELLI WARD (001)**, "has not proven that the Biden/Harris ticket did not receive the highest number of votes."

**KELLI WARD (001)** appealed to the Arizona Supreme Court on December 4, 2020. The court denied her appeal, writing that the allegations in the suit were not "sufficient to call the election results into question," that "there are no allegations of any violation of the EPM [Elections Procedures Manual] or any Arizona law," and that "the challenge fail[ed] to present any evidence of 'misconduct,' 'illegal votes' or that the Biden Electors 'did not in fact receive the highest number of votes for office,' let alone establish any degree of fraud or a sufficient error rate that would undermine the certainty of the election results." At the request of the Trump Campaign, **Unindicted Coconspirator 5** expedited an appeal to the United States Supreme Court before December 14, 2020. He later wrote to a Pennsylvania attorney, "Also just FYI—I recall now there was a rush to file our petition in order to give legal 'cover' for the electors in AZ to 'vote' on the 14th . . . ."

All eleven Arizona Republican electors and others sued Governor Doug Ducey on December 2, 2020, in Arizona Federal District Court Case *Bowyer v. Ducey*, No. CV-20-02321-PHX-DJH. The court dismissed their complaint on December 9, 2020, finding that the plaintiffs' claims, "fail in their particularity and plausibility" and that their "'expert reports' reach implausible conclusions, often because they are derived from wholly unreliable sources." The plaintiffs appealed

to the Ninth Circuit the following day, and the appeal was dismissed on April 13, 2021.

Two other election lawsuits were filed in Arizona, *Stevenson v. Ducey*, Maricopa County Superior Court No. CV2020-096490, and *Burk v. Ducey*, Pinal County Superior Court No. CV2020-01869. The plaintiffs in *Stevenson* voluntarily dismissed their case on December 7, 2020. Both the trial court, on December 15, 2020, and later the Arizona Supreme Court, on January 5, 2021, concluded that the plaintiff in *Burk* lacked standing to sue because she was not registered to vote.

### F. Pressure on Arizona Election Officials.

In Arizona, Defendants, unindicted coconspirators, and others pressured the three groups of election officials responsible for certifying election results to encourage them to change the election results: (1) Maricopa Board of Supervisors; (2) the Arizona Legislature; and (3) the Governor. This pressure campaign was initially focused on the Maricopa County Board of Supervisors As it became clear that they would not change the election results, the pressure campaign moved to the Arizona Legislature and Governor Ducey.

*i  Maricopa County Board of Supervisors.*

The Maricopa Board of Supervisors oversees elections in Maricopa County. In 2020, the Maricopa County Board of Supervisors had five members, four of which were Republican: Steve Chucri, Bill Gates, Clint Hickman, and Jack Sellers.

Almost immediately after the election, **KELLI WARD (001)** sent messages to each of the Republican members suggesting serious election fraud and malfeasance had occurred. **KELLI WARD (001)** urged the supervisors to delay certifying Maricopa County's results, and she urged the Republican supervisors to contact lawyers associated with the Trump Campaign about the alleged election fraud.

**(012)**, unindicted coconspirators, and others also tried to contact the Republican Supervisors. For example, an Arizona Congressional Representative sent a text message to **MEADOWS (018)** on November 8, 2020, that he had "placed some calls to the board of supervisors without connecting so far," later writing, "I can give you some idea what's going on with the county supervisors." **KELLI WARD (001)** sent **MEADOWS (018)** a text message on November 13, 2020, "Just talked to POTUS He may call the Chairman of the Maricopa Board of Supervisors," who was then Clint Hickman. Hickman later

received a call from the White House Switchboard on New Year's Eve, but he did not answer.

By mid-November, the Tea Party Phoenix Metro, sent an email to its subscriber list, which included **SAFSTEN (010)**, stating, "By the way, if the electoral college doesn't result in 270 electoral votes for either Presidential candidate, the 12th amendment is exercised, and guess what . . . Trump wins (because the House didn't go the way the Dems counted on it going), and our republic is saved from globalists!!" It then encouraged members to rally at the Maricopa County Board of Supervisors building to a "'Stop the AZ Steal' protest rally against the County Board of Supervisors certifying the election results."

The Maricopa County Board of Supervisors unanimously certified the results of the election in November 2020. Some Defendants posted on social media urging others to contact the Maricopa County Board of Supervisors about delaying certification of the election Following such posts, others publicly attacked the Republican Board of Supervisors, including threatening the Supervisors and their families.

On December 15, 2020, the Senate Judiciary Committee subpoenaed Maricopa County's voting machines. **(012)** was interviewed about the subpoena and stated that it was intended to "start forensically examining the

voting machines in Arizona." The Board of Supervisors sued to quash the subpoenas on December 18, 2020, in *Maricopa v. Fann*, Maricopa County Superior Court CV2020-016840. All eleven Republican electors moved to join the suit on behalf of the Legislature, recognizing that a possible goal of the subpoenas was to "ensur[e] that their rivals, the Democratic Party's electors, are not considered by Congress." After filing the motion to intervene, **KERN (005)** wrote, "[g]reat move AZ GOP Electors! All 11 of us ;),"  promoting a post by the Republican Party of Arizona arguing that "the Legislature should use its power to hold them [the Board of Supervisors] in contempt and throw them in jail."

Throughout December,                    **(012)** then urged the Republican members of the Board of Supervisors to assist in obtaining access to vote-counting machines and ballots. In a voice message to Gates on Christmas Eve, for example,           **(012)** asked to get access to the vote counting machines and ballots, stating, "[y]ou know, I really think it's a shame that Republicans sort of are both in this, kind of, situation." That day he also called Sellers and left the following message· "We're all Republicans, I think we all have the same goal. Let's see if . . . we can get this done outside of the court."

ii. *Arizona Legislature.*

Russell "Rusty" Bowers served in the Arizona Legislature from 2015 until the beginning of 2023. He was elected in 2019 to a two-year term as the House and was Speaker of the House in 2020.

Bowers reported extensive pressure to take action after the election. He noted on November 11, 2020, "getting hundreds of emails demanding that I do my constitutional duty and name electors that will vote for Trump" and "very strange and unsettling phone calls telling me to do my duty and vote to elect electors who will vote for Trump." On November 20, 2020, he wrote, the situation was "very stressful—attacks and tens of thousands of emails to intimidate me."

Bowers received a call from the White House on November 22, 2020. In that call, **(012)** explained he understood there was a law in Arizona that would allow the legislature to meet and if there was sufficient doubt about the legality of the election, the legislature could vote to disallow Biden's electors and put in Trump's electors. **(012)** alleged Arizona had 14,000 dead people voting, 4,000 or 5,000 military ballots stolen, and 200,000 non-citizens voting. Bowers asked for evidence. [012) said he had the names and would give the names to Bowers.

On December 1, 2020, **(012)** held a meeting at the Arizona Legislature with three associates, including **JENNA ELLIS (015)**. Also present at the

meeting were several Republican legislators, including Bowers. **(012)** and his team asked Bowers to hold a committee hearing on the election. When Bowers asked for any proof of election fraud, **(012)** said he had proof, but **ELLIS (015)** advised that it was left back in the hotel room. Bowers left the meeting shortly thereafter. The alleged proof was never provided to Bowers.

Bowers issued a press release on December 4, 2020, rebutting the allegations of election fraud. The next day he wrote, "threats and intimidation all day—thousands of demanding emails, everyone is a constitutional scholar which I am not. I just will not change the rules after the people voted!" On December 14, 2020, the day the Arizona Republican electors voted, Bowers wrote, "Hard days. . . Their hatred is pronounced," referring to outside emails.

**CHRISTINA BOBB (016)** and **KELLI WARD (001)** posted on social media on December 6, 2020 the following.



On January 4, 2021, Bowers spoke with attorney **JOHN EASTMAN (013)**. In the conversation, **EASTMAN (013)** explained that a supermajority was not needed to convene a committee of the legislature. On January 6, 2021, Bowers spoke with an Arizona Congressional Representative. That Representative asked Bowers to support decertification of the election. Bowers declined because he did not believe the election was fraudulent.

### iii.  *Governor Doug Ducey.*

At the end of 2020, Arizona's Governor was Doug Ducey. On the day that then-Governor Ducey signed the certificate of ascertainment, which certified the vote, Governor Ducey received a call from the White House, which he did not answer. That day, **Unindicted Coconspirator 1** posted a series of tweets berating Governor Ducey for certifying the election. On the night of the certification,

**(012)** posted on Twitter that Governor Ducey should not have certified the vote.

### G. The Fake Electors Scheme.

Discussions about using the Republican electors to change the outcome of the election began as early as November 4, 2020. Those plans evolved during November based on memos drafted by Trump Campaign attorney **Unindicted Coconspirator 4**.

As an example, the then-United States Secretary of Energy texted **MEADOWS (018)** on November 4, 2020, "HERE's an AGRESSIVE STRATEGY: Why can't the states of GA NC PENN and other R controlled state houses declare this is BS (where conflicts and election not called that night) and just send their own electors to vote and have it go to the SCOTUS."

Similarly, **MEADOWS (018)** received a text on November 5, 2020, that **Unindicted Coconspirator 1** should "urge GOP officials in close states to expose shenanigans and, if necessary, to refuse to seat Biden electors in the event of a fake count." That same day, **Unindicted Coconspirator 1's** son texted **MEADOWS (018)** a more developed plan revolving around the electors: "It's very simple If through our lawsuits and recounts the Secretary of States on each state cannot 'certify' that states vote the State Assemblies can step in and vote to put forward the electoral slate Republicans control Pennsylvania, Wisconsin, Michigan, North Carolina etc. we get Trump electors."

An Arizona Congressional Representative similarly texted **MEADOWS (018)** on November 6, 2020:

> I'm sure you have heard of this proposal. It is to
> encourage the state legislatures to appoint a look doors
> [sic] in the various states where there's been
> shenanigans. If I understand right most of those states
> have Republican Legislature's [sic]. It seems to be

comport with glorified [sic] Bush as well as the Constitution. And, well highly controversial, it can't be much more controversial than the lunacy that were sitting out there now. And It would be pretty difficult because he would take governors and legislators with collective will and backbone to do that. Is anybody on the team researching and considering lobbying for that?

**MEADOWS (018)** responded, "I love it."

### i. *Unindicted Coconspirator 4's Memos and the Trump Campaign's Response.*

**Unindicted Coconspirator 4** began working as an attorney for the Trump Campaign on a pro bono basis in mid-November 2020. He prepared three memos outlining how to use fake electors to overturn the election: (1) the November 18, 2020, memo; (2) the December 6, 2020, memo; and (3) the December 9, 2020, memo.

**Unindicted Coconspirator 4** claimed that under the ECA the electors needed to vote on December 14, 2020, to be counted. **Unindicted Coconspirator 4** argued that if there was a pending legal challenge that could change the outcome of the election from Biden-Harris to Trump-Pence, the Republican electors were required to meet and vote on December 14, 2020. If they did not, then the Vice President could not count the votes for Trump-Pence on January 6,

2021, even if **Unindicted Coconspirator 1** and Pence won a lawsuit that changed the outcome the election

As support, **Unindicted Coconspirator 4** cited the Hawaii election from 1960. There, initial election results showed that Richard Nixon and Henry Cabot Lodge won the popular vote during the presidential election, defeating John Kennedy and Lyndon Johnson by just 140 votes. Nixon was certified the winner by the Governor in November of 1960. A Hawaii court ordered a recount on December 13, 1960, which was pending on December 19, 1960, when the electors were required to meet and vote.

The Nixon-Lodge electors met and voted on December 19, 1960. On that day, the Kennedy-Johnson electors also met and voted. On December 30, 1960, Hawaii's courts determined that Kennedy-Johnson won the popular vote. The Governor then certified the Kennedy-Johnson electoral votes on January 4, 1961, and Congress received them on January 6, 1961. Nixon, who was the Vice President, and therefore Senate President, accepted the Kennedy-Johnson elector votes.

None of **Unindicted Coconspirator 4's** memos suggested that Republican electors precisely follow what occurred in the 1960 Hawaii election. Trump-Pence had lost in Arizona, Georgia, Michigan, Nevada, New Mexico, Pennsylvania, and

Wisconsin. **Unindicted Coconspirator 4** suggested that in each of these seven states the Trump Campaign should have the Republican electors vote on December 14, 2020, although none had a pending recount. As it became apparent that no election challenge would succeed by January 6, 2021, **Unindicted Coconspirator 4** departed further from the Hawaii example. Each memo is summarized below.

- November 18, 2020: This seven-page memo discussed only the Wisconsin Trump-Pence electors. In it, **Unindicted Coconspirator 4** concluded that the Trump-Pence electors must vote on December 14, 2020, in the event "a court decision (or, perhaps, a state legislative determination) rendered after December 14 in favor of the Trump-Pence slate of electors" changed the outcome of the Wisconsin election.

- December 6, 2020: This six-page memo argued that the Trump-Pence electors in Arizona, Georgia, Michigan, Nevada, Pennsylvania, and Wisconsin should meet and vote on December 14, 2020. It appeared to depart from the November 18, 2020 Memo in parts by suggesting that only a pending lawsuit, rather than a decision in favor of Trump-Pence, was necessary for the Vice President to reject the Biden-Harris electors on January 6, 2021 **Unindicted Coconspirator 4** outlined the general procedure the Republican Electors needed to follow when voting. In the December 6, Memo. **Unindicted Coconspirator 4** claimed he was "not necessarily advising this course of action" and that it was "a bold, controversial strategy."

- December 9, 2020: This five-page memo outlined the Electoral Count Act procedure requirements for

presidential electors. It additionally discussed the state law requirements for presidential electors in Arizona, Georgia, Michigan, Nevada, Pennsylvania, and Wisconsin.

A Wisconsin attorney working on election challenges for the Trump Campaign, sent **Unindicted Coconspirator 4's** analysis to Trump Campaign Deputy Manager Justin Clark on November 25, 2020. Clark and other campaign officials supported **Unindicted Coconspirator 4's** recommendation to have the Republican electors vote in Wisconsin because they believed the lawsuit in Wisconsin could change the outcome of Wisconsin's election. Following both the ECA and the 1960 Hawaii election models, Campaign officials concluded that the Wisconsin Republican electors should vote on December 14, 2020, for Trump-Pence in the event their lawsuit succeeded.

**Unindicted Coconspirator 4** later insisted that Clark receive a copy of his December 6, 2020 Memo, writing a Wisconsin attorney, "I feel this memo—on why it's important all electors vote in all 6 contested states should vote on Dec. 14—should get to Justin Clark and others involved with national strategy ASAP." A Wisconsin attorney forwarded that memo, telling **Unindicted Coconspirator 4**, "I have bypassed Justin and am tryouts [sic] no [sic] to get it circulated at the White House." A Wisconsin attorney then sent **Unindicted Coconspirator 4's** December 6, 2020 Memo to **BORIS EPSHTEYN (014)**.

The memo eventually made its way to members of the Trump Campaign, some who questioned **Unindicted Coconspirator 4's** plan to have the Republican electors vote in all six listed states. With the exception of Wisconsin and possibly Georgia, they concluded that there were no pending lawsuits that could change the outcome of the election in the remaining six states. Trump Campaign officials also had general concerns about **(012)** efforts. For example, Advisor Jason Miller wrote **MEADOWS (018)** on December 6, 2020, "[a]ll guidance appreciated, as the legal turf war thing is new to me!"

> ii.     ***(012)** takes control of the Fake Electors Scheme.*

**(012)** and his team disagreed with the other's concerns, and their effort was bolstered by Texas' decision to sue Georgia, Michigan, Pennsylvania, and Wisconsin on December 8, 2020, to temporarily prevent the presidential electors from voting in those states, in *Texas v. Pennsylvania*. On December 9, 2020, **EPSHTEYN (014)** moved forward with having Republican electors vote in the seven contested states, including Arizona, by writing a Wisconsin attorney and **BOBB (016)**, "Question per Mayor-do you think you could prepare a sample elector ballot for Wisconsin." If so, **EPSHTEYN (014)** then asked if **Unindicted Coconspirator 4** would prepare sample ballots for "PA, Georgia, Michigan, AZ,

Nevada and New Mexico," which was the first time New Mexico was listed for challenges. **Unindicted Coconspirator 4** responded, "[O]h absolutely" and that he "will do a memo on specifics of each state." By December 11, 2020, **Unindicted Coconspirator 4** and a Wisconsin attorney had prepared a draft press release following the Trump-Pence elector voting plan, which they emailed to **EPSHTEYN (014), MICHAEL ROMAN (017),** and Joshua Findlay.

On December 11, 2020, the United States Supreme Court dismissed *Texas v. Pennsylvania*. At that point, some Trump Campaign officials determined the fake elector plan was legally unsound, but                **(012)** wanted "to keep fighting." Campaign attorneys then passed "everything off" to **Unindicted Coconspirator 4**. Clark emailed **Unindicted Coconspirator 4** that morning, "Josh [Findlay] has been running point on our contacts with electors. He can provide an update and hand off what he has to you this morning." Findlay told **Unindicted Coconspirator 4**, "[i]t is my understanding from       team that you are now running point on this. I am happy to hand off what has been done so far."

Trump Campaign officials then deferred much of the Republican elector plan to             **(012), EPSHTEYN (014),** and **Unindicted Coconspirator 4**. **Unindicted Coconspirator 4** had emailed party officials in several of the contested states that he "talked with . . .             [sic], who is focused on doing

everything possible to ensure that that all the Trump-Pence electors vote on Dec. 14." **Unindicted Coconspirator 4** included instructions for voting and a certificate of the vote template, concluding "Pretty simple!"

> III **ROMAN (017)** *refuses to add contingency language to the Republican electors' vote certificates.*

During a conference call on December 12, 2020, a Pennsylvania attorney expressed concern that the certificate of vote falsely claimed that the Republican electors were the "duly elected and certified electors." He requested adding language to the certificates indicating that the Trump-Pence electors' votes were contingent on being certified the duly elected and qualified electors.

Based on that call, **Unindicted Coconspirator 4** texted **ROMAN (017)**, "Mike, I think the language at start of certificate should be changed in all states. Let's look at the language carefully." **ROMAN (017)** responded, "I don't." **Unindicted Coconspirator 4** then offered to "help with drafting in a couple hours," but **ROMAN (017)** responded "fuck these guys."

Pennsylvania insisted on the language. **Unindicted Coconspirator 4** prepared a draft and sent **ROMAN (017)** and Findlay the following email on December 13, 2020:

> Mike, here is my suggested language for dealing with the concern raised in the PA conference call about

Electors possibly facing legal exposure (at the hands of a partisan AG) if they seem to certify that they are currently the valid Electors.

Easily fixed . . . .

It strike [sic] me that if inserting these few words is a good idea for PA, it might be worth suggesting to Electors in other states.

Pennsylvania attorneys eventually added the following introduction to their elector vote certificates:

WE, THE UNDERSIGNED, on the understanding that if, as a result of a final non-appealable Court Order or other proceeding prescribed by law, we are ultimately recognized as being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Pennsylvania, hereby certify the following . . .

By December 12, 2020, **Unindicted Coconspirator 4** had prepared documents for each state except New Mexico. **ROMAN (017)** asked **Unindicted Coconspirator 4** to prepare New Mexico He did, and included his drafted contingency language as follows, "WE, THE UNDERSIGNED, on the understanding that it might later be determined that we are the duty elected and qualified Electors . . . ."

*iv. Trump Campaign members refuse to support the Fake Electors Scheme*

The following day, Jason Miller texted Justin Clark, White House attorney Eric Herschmann, and campaign communications director Tim Murtaugh:

> Just got a call from
>
> -He said tomorrow our local counsels in four states are filing federal cases to keep the effort going (I didn't understand merits of cases), and that POTUS was aware of this.
>
> -He said he's optimistic we win in Wisconsin state court tomorrow.
>
> -He also said Boris [Epshteyn] has been coordinating state elector whip effort and I should connect with he and Christina BOBB.
>
> All I know tomorrow is Elector Voting Day and that train you hear coming down the track isn't Burlington Northern.

Murtaugh had prepared the following statement for December 14, 2020, "As election contests continue in various states, the only prudent course was to have the President's electors vote in those places to preserve the campaigns [sic] rights" During the text conversation, Clark responded, "Now, I am not sure what is telling the president on this stuff so I'm not sure what his expectations are . . . Here's the thing the way this has morphed it's a crazy play so I don't know who wants to put their name on it," referring to the statement Murtaugh

prepared.        **(012)** scheduled a conference call to discuss with **BOBB (016)**, **ELLIS (015)**, and others, which was shared in the text message thread, to which Herschmann responded, "[c]ertifying illegal votes." Murtaugh eventually wrote that he was "not comfortable putting that statement out. . . . I can't stand by it. From the looks of it, neither can any of you." Clark responded, "I cannot. They need to put their names on it.        Boris and Jenna." Herschmann responded, "I agree."

> ### v. **EASTMAN (013)** *Pressures Pence to Change the Vote on January 6.*

On December 23, 2020, **EASTMAN (013)** wrote a memo laying out a scenario for January 6, 2021. In that memo, he recommended that Pence refuse to count Arizona's certified Democratic electors because there were "multiple slates." After refusing to accept the six other states with fake Republican electors, Pence would determine **Unindicted Coconspirator 1** the winner of the election because **Unindicted Coconspirator 1** would have had the majority of the remaining votes: "232 votes for Trump, 222 votes for Biden. Pence then gavels President Trump as re-elected."

**EASTMAN (013)** circulated a lengthier memo on January 3, 2021, discussing the "January 6 scenario" and "**War Gaming the Alternatives.**" **EASTMAN's (013)**

clear intention was to change the result of the 2020 Presidential election on January 6, 2021, writing, "[t]he stakes could not be higher." Without action from Pence, **EASTMAN (013)** concluded that "the sovereign people no longer control the direction of their government" and "will have ceased to be a self-governing people."

**EASTMAN (013)** met with Pence and members of his staff on January 4, 2021, telling Pence that he could reject electoral votes or delay the vote count and ask state legislatures to reexamine the election to declare a winner. Pence rejected those ideas, but on January 5, 2021, **EASTMAN (013)** again met with Pence's Chief Counsel, Greg Jacob, to ask Pence to reject the certified Biden-Harris electors during the counting of the electoral vote at the Joint Session of Congress. During that meeting, **EASTMAN (013)** admitted that his plan would lose if it went before the U.S. Supreme Court.

### H. Arizona Republican Electors Involvement in the Fake Electors Scheme.

On December 8, 2020, a Wisconsin attorney sent **Unindicted Coconspirator 4** and a Trump Campaign staffer, an email that said, the Trump Campaign staffer "is in touch With [sic] White House, Arizona and PA. They are interested I am copying them so they can work directly with you and link to the other States."

That day, **Unindicted Coconspirator 5** called **Unindicted Coconspirator 4** to discuss having the Arizona Republican electors vote on December 14, 2020, prompting a Wisconsin attorney to text **Unindicted Coconspirator 4**, "Heard et al are pushing this and you spoke to Arizona  Congratulations "

**Unindicted Coconspirator 4** responded:

> Hi, I talked to [**Unindicted Coconspirator 5**] in Arizona, and emailed him info, including a draft of the footnote explaining that both electoral slates voting is not an odd thing

> He told me        is really pushing this, and he was trying to understand exactly why

> He asked if I talked to        I said Jim did, and also apparently read the memo

> I got across that unless the Arizona Trump votes are sent to Congress on time, there's no real excuse to debate Arizona

> He also gets that Biden making the safe harbor doesn't prevent Congress from debating, or the Senate from voting as it wants, though the Electoral Count Act obviously is politically problematic

> I told him we might file in WI Supreme Court with that footnote by Saturday, which could help with messaging

> Feel free to pass this on to        It sounds like the states will do this if        insists, especially if the President has specifically asked        to make sure this happens. If any

state is uncertain, maybe a call from the President would be worthwhile. Sounds like he's really hands on!

Arizona GOP Director **GREGORY SAFSTEN (010)** called **Unindicted Coconspirator 4** on December 10, 2020, to discuss "the logistics of the electors voting on Dec 14." That prompted **Unindicted Coconspirator 4** to email **SAFSTEN 010)** and **Unindicted Coconspirator 5** the documents he prepared for the Arizona Republican electors.

**KELLI WARD (001)** organized Arizona Republican electors for December 14, 2020, and worked directly with **SAFSTEN (010), Unindicted Coconspirator 4**, and a Republican National Committee attorney for planning. **Unindicted Coconspirator 4** emailed **Unindicted Coconspirator 5** on December 11, 2020, to confirm that he still planned to file an appeal in *Ward v. Jackson*, writing:

> Reason is that Kelli Ward & [**Unindicted Coconspirator 2**] just spoke to the Mayor about the campaign's request that all electors vote Monday in all contested states.
>
> Ward and [**Unindicted Coconspirator 2**] are concerned it could appear **treasonous** for the AZ electors to vote on Monday if there is no pending court proceeding that might, eventually, lead to the electors being ratified as the legitimate ones.
>
> Which is a valid point—in the Hawaii 1960 incident, when the Kennedy electors voted there was a pending recount.

**Unindicted Coconspirator 4** followed, "Just spoke with [**Unindicted Coconspirator 5**]. I now [sic] longer see cause for concern. His Supreme Court filing is at the printer." **Unindicted Coconspirator 5** confirmed, "Correct. The attached are being 'e-filed' as we speak . . . ."

On December 13, 2020, **KELLI WARD (001)** sent **Unindicted Coconspirator 4** an email with concerns that certified Democratic electors for Biden-Harris would not be voting in the state capitol building. **Unindicted Coconspirator 4** responded that Arizona law did "not specify a location for the vote" and that voting did not need "to be in the capitol bldg."

The Arizona Republican electors met on December 14, 2020, at the Arizona Republican Party Headquarters, posting a picture to twitter.com. The Arizona Republican electors additionally recorded themselves voting and posted the video to social media websites, prompting **KELLI WARD (001)** to write, "Oh yes we did! We are the electors who represent the legal voters of Arizona! #Trump2020 #MAGA" The Arizona Republican Party's official statement was largely copied from a template that **Unindicted Coconspirator 4** and a Wisconsin attorney prepared for all states. The party claimed it was following what happened in 1960 in Hawaii until there was "a final resolution of Arizona's 11 electoral votes."

In late December 2020, the Trump Campaign had Pennsylvania attorney Bruce Marks and **EASTMAN (013)** file an appeal to the United States Supreme Court regarding Pennsylvania's election in *Trump v. Boockvar*. Following that decision, Marks emailed a Wisconsin attorney, "[t]he Campaign wants us to work together with professor eastman to file an Article II cert petition from Wisconsin." Related to that discussion, Marks emailed **Unindicted Coconspirator 5** asking questions about his Supreme Court appeal in *Ward v. Jackson*. That prompted **Unindicted Coconspirator 5** to respond, "(Also just FYI – I recall now that there was a rush to file our petition in order to give legal 'cover' for the electors in AZ to 'vote on the 14th . . that discussion is below, as well as [**Unindicted Coconspirator 4's**] comments on the petition.)"

Marks responded by questioning how *Ward v. Jackson* would change the outcome of the election:

> Even if the court erred in not allowing further examination, what is the argument that reason further discovery would have led to changing the election, if the error rate is 2%, the higher number, and the ballots at issue is 450,000?
>
> The petition does not argue that these ballots (9,000 at my estimate) were improperly counted for Biden when they should have been counted for Trump.

Thanks, we are trying to understand this in formulating the [Supreme Court] strategy.

All 11 Arizona Republican electors, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010),** and **MICHAEL WARD (011),** joined then-Texas Congressional Representative Louie Gohmert in suing Pence on December 27, 2020. Their complaint alleged that "Gohmert will object to the counting of Arizona electors voting for Biden, as well as to the Biden electors from the remaining Contested States." The plaintiffs attempted to have the court declare that Pence could "exercise the exclusive authority and sole discretion in determining which electoral votes to count for a given State." **KELLI WARD (001)** explained the purpose of the suit on twitter:

 **Dr. Kelli Ward** 💬 ✅ @kelliwardaz · Dec 30, 2020 ···
"Friendly" in that we are in the same political party - but know this: we are suing VP Pence to ensure he understands that he has the power to do his constitutional duty on January 6. And we expect him to do it. That's it.

> **The Epoch Times** ✅ @EpochTimes · Dec 30, 2020
> #Arizona GOP Chairwoman @KelliWardAZ, a co-plaintiff in a lawsuit against VP @Mike_Pence, described the suit as a "friendly" one.
>
> The lawsuit, according to Ward, argues that the "Constitution takes precedent over statute." theepochtimes.com/arizona-gop-ch...

In addition to their lawsuit against Pence, other Arizona Republican electors made statements directly contradicting any intention that their votes would only be used if they succeeded in a legal challenge that changed the outcome of Arizona's election.

### i. KELLI WARD (001).

The day before voting as a Republican elector, **KELLI WARD (001)** posted to twitter indicating that her goal was to have the Arizona Legislature certify the fake Republican electors' votes:





On December 15, 2020, **KELLI WARD (001)** posted a video explaining why she and the other "true" electors had voted for **Unindicted Coconspirator 1** on December 14, 2020 She stated, "We believe that we are the electors for the legally cast votes here in Arizona."

Leading up to January 6, 2021, **KELLI WARD (001)** continued calling for the Arizona Legislature to change the outcome of the election. She published Pence's

January 6, 2021, letter explaining that he would accept the certified Democratic electors for Biden-Harris on January 6, 2021, and wrote, "Pray that @VP @Mike_Pence doesn't send our Republic to it's [sic] demise—crashing and burning into socialism, communism, & tyranny " Later that day, she thanked Arizona Congressman for objecting to Arizona's certified Democratic electors' votes during the Joint Session of Congress. And when Congress adjourned because the January 6, 2021 rioters breached the Capitol, she wrote, "Congress is adjourned. Send the elector choice back to the legislatures."

### ii. *TYLER BOWYER (002).*

**BOWYER (002)** made public statements demonstrating the contingency plan was cover for his attempt to change the outcome of the election. On November 27, 2020, he wrote, "#BidenCheated" and "Americans deserve the true election results."

On December 15, 2020, after voting for Trump-Pence, **BOWYER (002)** wrote, "this just gives potential ground to not accept electors from states with competing electors." **BOWYER (002)**, after *Gohmert v. Pence* was filed, posted to twitter·



**Tyler Bowyer** ✅ ~ @tylerbowyer · Dec 28, 2020 ···

It's pretty simple: The President of the United States Senate (VP) has the awesome power of acknowledging a specific envelope of electoral votes when there are two competing slates— or none at all.

The 12th amendment covers dispute resolution when it occurs in the House of Reps.

He followed with:



Tyler Bowyer ✅ 🅴

We don't live in a Democracy. The presidential election isn't democratic.

### iii  *JACOB HOFFMAN (004).*

**HOFFMAN (004)** signed the fake December 14, 2020, "Joint Resolution of the 54[th] Legislature" declaring that "the Legislature is required to exercise its best judgment as to which slate of electors the voters prefer" and requesting "that the alternate 11 votes electoral votes be accepted for to Donald J. Trump or to have all electoral votes nullified completely until a full forensic audit can be conducted."

On January 5, 2021, **HOFFMAN (004)** sent a letter to Pence asking him to "delay the certification of the election results and instead seek clarification from the Arizona Legislature as to which slate of Presidential Electors are proper and accurate." **HOFFMAN (004)** was later interviewed by a reporter on January 11, 2021. When asked about voting as an elector, he responded

> In unpresented times, unprecedented action is occurred. There is no case law, there's no precedent that exists as to whether or not an election that is currently being litigated in the courts has due standing. Which is why, we felt it appropriate to provide Congress and the Vice President with dueling opinions.

### iv.  *ANTHONY KERN (005).*

On December 15, 2020, **KERN (005)** was interviewed by a reporter for Epoch Times. He was asked about the Republican electors voting on December 14, 2020. He responded:

> So yesterday, as you know, December 14, the electors cast their vote for the presidential, uh, elect. In Arizona and several other states, the Biden electors voted for Biden and the Trump electors at the same time voted for President Trump. So both those slates of electors went to the Capitol. And uh and on January 6, Vice President Mike Pence gets a choice on which electors he's going to choose, and I'm, I'm almost positive that the, uh that, on January 6 there going to be a contested uh electoral process and if that's contested there's going to be a debate, and once there's debate, they're going to come back and vote, and it's going to be just a nice constitutional lesson for all America to see

On December 17, 2020, **KERN (005)** posted on social media, "I'm calling on @SpeakerBowers and @dougducey to call an emergency session to decertify the Biden electors Then I want a grand jury convened based on the evidence brought to light today. The Coup cannot hide in the darkness." He later suggested that Americans "[c]all or email" certain US Senators "and ask to object to the Biden electoral ballots," and he falsely claimed on December 31, 2020, that "[a] majority of legal Arizona voters chose @realDonaldTrump for a second term. #J6 #DoNotCertify."

On January 5, 2021, **KERN (005)** spoke at "Stop the Steal" rally in D.C., claiming **Unindicted Coconspirator 1** was the "true winner" of the election, and would be named President the following day at the Joint Session of Congress

#### v. *SAMUEL MOORHEAD (008).*

On June 18, 2022, **MOORHEAD (008)** wrote on Twitter.com·

> We need to take some action about the 2020 election. I advocate in AZ the legislature decertify the slate of Biden Electors and certify the slate of Trump electors I would hate to go to my grave knowing the electoral vote I cast was not counted."

#### vi. *MICHAEL WARD (011).*

Before voting as a fake elector, **MICHAEL WARD (011)** accompanied his wife, **KELLI WARD (001)**, to Washington D.C., where he posted a picture of Kelli talking to **Unindicted Coconspirator 1:**



Michael P Ward
December 1 2020

Another call tonight from POTUS...can t say what he said but I can say keep the pressure on Ducey!

Following his vote on December 14, 2020, **MICHAEL WARD (011)** posted to Facebook.com:



Michael P Ward
December 14 2020

Proud to cast my vote today as one of Arizona s 11 legitimate Electors for President Donald J Trump and VP Mike Pence!

As late as May 2022, **MICHAEL WARD (011)** continued to reinforce that the election was stolen, writing on Twitter: "Hey #J6 FU."

Based on the above, and other information reviewed, Defendants and their unindicted coconspirators deceived the public with false claims of election fraud in order to prevent the lawful transfer of the presidency, to keep **Unindicted Coconspirator 1** in office against the will of Arizona's voters, and deprive Arizona voters of their right to vote and have their votes counted. By sending in false

electoral votes, they obtained a benefit under Arizona law by creating the opportunity for Pence to reject the legitimate certified Democratic elector votes for Biden-Harris and declare **Unindicted Coconspirator 1** the winner of the 2020 Presidential election.

Pursuant to A.R.S. § 21-425, the State Grand Jurors find that the offenses described above were committed in Maricopa County, Arizona.

_____True Bill_____
(A "True Bill")

KRISTIN K. MAYES
ATTORNEY GENERAL
STATE OF ARIZONA

Dated: 4/23/2024

NICHOLAS KLINGERMAN
Assistant Attorney General

Foreperson of the Grand Jury



**Service Documents**

Summons of the State Grand Jury

and Affidavit of Service

# Attachment 3

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA,<br><br>          Plaintiff,<br><br>v.<br><br>**MARK MEADOWS (018)**,<br><br>          Defendant. | Case No: **CR 2024 - 0 0 6 8 5 0 - 0 1 8**<br><br>**93 SGJ 81**<br><br>**SUMMONS OF THE<br>STATE GRAND JURY** |

An Indictment has been filed on this 23rd day of April, 2024, in this Court, against you, **MARK RANDALL MEADOWS (018)**, charging that in the Superior Court, Maricopa County, Arizona, on or about November 3, 2020 and continuing through on or about January 6, 2021, the crimes of **COUNT 1: CONSPIRACY**, a Class 2 Felony, in violation of A.R.S. § 13-1003, **COUNT 2: FRAUDULENT SCHEMES AND ARTIFICES**, a Class 2 Felony in violation of A.R.S. § 13-2310(A), **COUNT 3: FRAUDULENT SCHEMES AND PRACTICES**, a Class 5 Felony, in violation of A.R.S. § 13-2311, **COUNTS 4-9: FORGERY**, Class 4 Felonies, in violation of A.R.S. § 13-2002(A), have been committed.

**YOU ARE HEREBY SUMMONED** to appear before this Court to answer the Indictment at the Central Court Building – Lower Level, Court Room 4, 201 W. Jefferson, Phoenix, Arizona 85003 at **8:30 a.m.** on **May 21, 2024**.

**Failure to appear without good cause as summoned will place you in contempt of Court, and a warrant will be issued for your arrest.**

Requests for reasonable accommodation for persons with disabilities must be made to

the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding and may be done by calling (602) 506-0094. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

**YOU ARE FURTHER ORDERED** to appear to be photographed and fingerprinted, prior to the arraignment date above, by the Maricopa County Sheriff's Office, Records and Identification Division, 201 W. Jefferson, West Court Building, 4th Floor, Phoenix, Arizona, between the hours of 7:30 a.m. to 4:30 p.m., Monday through Friday. __An appointment is not necessary; however, if you need more information, please call (602) 876-1047__.

**TO BE PROCESSED YOU __MUST__ BRING THIS SUMMONS, SOME FORM OF IDENTIFICATION (i.e., Arizona Driver's License, Arizona Social Services card, Arizona I.D. card, Resident Alien card, or Military I.D. card, AND if you are under eighteen (18) years of age, a copy of the minute entry remanding your case to adult court).**

**GIVEN UNDER MY HAND AND SEAL** of said Court this 23 day of April , 2024, by order of the Court.

Defendant's Address:

606 Wind Flower Dr.
Sunset, SC 29685

JEFF FINE
Clerk of the Superior Court

By: _____
Deputy Clerk

#12030438

61

**OFFICER'S RETURN**

I certify that:

_____ ✓ This summons was served by ~~certified mail, receipt attached;~~ EMAIL

_____ ✓ I personally served this summons;

_____ I personally attempted to serve this summons

on ___4/24/24___ at __3:55__ a.m/p.m on the 24 Tʰ day of __APRIL__ ,
Mark Meadows

20_24_ at ___EMAIL SERVICE - GEORGE @ GJTLAW.COM___ , ~~Arizona~~.

If not served, reason: _____

Agency: ___AZAG___

By: _____
Deputy Sheriff/Officer James Cope

---

TO BE COMPLETED BY OFFICER TAKING FINGERPRINTS & PHOTOGRAPH:

Case No.: _____ Date: _____

Time: _____ Location: _____

Officer: _____



ATTORNEYS AT LAW

**Notice of Appearance**

# Attachment 4

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice motion pending

*Attorneys for Defendant Mark Meadows*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Case No. CR2024-006850-018 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| MARK MEADOWS (18), | |
| Defendant. | |

The law firm of Mitchell Stein Carey Chapman, PC and attorney George J. Terwilliger III, enter their notice of appearance on behalf of Defendant Mark Meadows in the above-captioned matter.

//

//

//

RESPECTFULLY SUBMITTED this 13th day of May, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: _/s/ Anne Chapman_

Anne Chapman
Lee Stein
George J. Terwilliger III*
*Pro Hac Vice motion pending*
*Attorneys for Defendant Mark Meadows*

**ORIGINAL** of the foregoing **E-FILED**
this 13th day of May, 2024 with:

Clerk of the Superior Court
Maricopa County Superior Court

**COPY** of the foregoing
**DELIVERED VIA E-FILING**
this 13th day of May, 2024 to:

Nicholas Klingerman, Esq.
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004

Attorneys for Plaintiff

_/s/ B. Wolcott_



**Remainder of the State Court Record**

(excluding the Grand Jury Transcripts which are to be

filed under seal)

# Attachment 5

**State of Arizona v. Mark Meadows**
CR2024-006850-018

Maricopa County Superior Court Record

| DATE | DOCUMENT |
|------|----------|
| 4/23/2024 | Indictment |
| 4/23/2024 | Venue Set |
| 5/6/2024 | Summons & Affidavit of Service |
| 5/13/2024 | Notice of Appearance of Counsel |
| 5/13/2024 | Unopposed Motion to Continue and Unopposed Motion for Virtual Appearance at Original Arraignment Hearing |
| 5/16/2024 | Grand Jury Transcript |
| 5/16/2024 | Minute Entry Re Arraignment |
| 5/16/2024 | Order to Continue |
| 5/17/2024 | State's Response to Media Camera Request Submission |
| 5/28/2024 | Grand Jury Transcript |
| 5/28/2024 | Grand Jury Transcript |
| 5/28/2024 | Grand Jury Transcript |
| 5/28/2024 | Grand Jury Transcript |
| 5/29/2024 | Grand Jury Transcript |
| 5/29/2024 | Grand Jury Transcript |
| 5/29/2024 | Grand Jury Transcript |
| 5/29/2024 | Grand Jury Transcript |
| 5/29/2024 | Grand Jury Transcript |
| 5/29/2024 | Grand Jury Transcript |
| 5/29/2024 | Grand Jury Transcript |
| 5/29/2024 | Grand Jury Transcript |
| 5/29/2024 | Grand Jury Transcript |

| | |
|---|---|
| 5/29/2024 | Grand Jury Transcript |
| 5/30/2024 | Grand Jury Transcript |
| 5/30/2024 | Grand Jury Transcript |
| 5/30/2024 | Grand Jury Transcript |
| 5/30/2024 | Grand Jury Transcript |
| 5/30/2024 | Grand Jury Transcript |
| 5/30/2024 | Grand Jury Transcript |
| 6/5/2024 | Plaintiff's Rule 15.1 Initial Disclosure |
| 6/7/2024 | Final Release Order |
| 6/10/2024 | Motion to Associate Counsel Pro Hac Vice (Part 1 of 2) |
| 6/10/2024 | Motion to Associate Counsel Pro Hac Vice (Part 2 of 2) |
| 6/10/2024 | Not Guilty Arraignment |
| 6/11/2024 | Motion for Temporary Removal of official Court Transcripts Pursuant to Maricopa County, Local Rule 2.8(e) |
| 6/11/2024 | Order for Temporary Removal of Official Court Transcripts Pursuant to Maricopa, Local Rule2.8(e) |
| 6/11/2024 | Temporary Release Receipt of Official court Transcripts Pursuant to Maricopa County Local Rule 2.8(e) |
| 6/13/2024 | Return Receipt for Temporary Removal of Official Court Transcripts Pursuant to Maricopa County, Local Rule2.8(e) |
| 6/14/2024 | State's Motion for Protective Order |
| 6/17/2024 | Defendant Mark Meadows's Motion for Temporary Removal of Grand Jury Exhibits Pursuant to Local Rule 2.8(e) (Part 1 of 3) |
| 6/17/2024 | Defendant Mark Meadows's Motion for Temporary Removal of Grand Jury Exhibits Pursuant to Local Rule 2.8(e) (Part 2 of 3) |
| 6/17/2024 | Defendant Mark Meadows's Motion for Temporary Removal of Grand Jury Exhibits Pursuant to Local Rule 2.8(e) (Part 3 of 3) |
| 6/18/2024 | Defendant Mark Meadows's Response in Opposition to State's Motion for Protective Order |
| 6/20/2024 | Defendant Mark Meadows' Motion to Extend Tile to File Motion to Dismiss or Quash under A.R.S 12-751 (Anti-SLAPP Statue) |

| 6/20/2024 | Defendant Mark Meadows' Unopposed Motion to Extend Time to File Motion to Challenge Grandy Jury and Grand Jury Proceedings |
|---|---|
| 6/20/2024 | Notice of Disclosure Pursuant to Rule15.2 for Defendant Mark Meadows |
| 6/21/2024 | Plaintiff's Rule 15.1 First Supplemental Disclosure |
| 6/24/2024 | [Lamon's] Motion to Dismiss Indictment and Award Attorney's Fees and Costs Pursuant to ARS 12-751 |
| 6/24/2024 | State's Motion for Protective Order |
| 6/26/2024 | Reply to Meadows's Response to State's Motion for Protective Order |
| 6/28/2024 | [State's] Notice of Intent to File Response to Defendants' Motions to Dismiss Pursuant to ARS 12-751 and Request for Omnibus Briefing Schedule |
| 7/1/2024 | Order Re Motion to Extend Time |
| 7/2/2024 | Defendant Mark Meadows's Motion for Permission to file Sur-reply in Opposition of State's Motion for Protective Order |
| 7/2/2024 | Defendant Mark Meadows's Proposed Sur-reply in Opposition of State's Motion for Protective Order |
| 7/2/2024 | Minute Entry re Motion to Extend Time |
| 7/2/2024 | Plaintiff's Rule 15.1 Second Supplemental Disclosure |
| 7/3/2024 | Nunc Pro Tunc Order |
| 7/8/2024 | Preliminary Case Management Order Protective Order and Extension of Time Travel Authorization |
| 7/9/2024 | CofA1 order Declining Special Action Jurisdiction |
| 7/12/2024 | Plaintiff's Rule 15.1 SGJ Disclosure |
| 7/15/2024 | Minute Entry Granting Motion to File Sur-Reply |
| 7/16/2024 | Amended Notice of Intent to File Response to Defendant's Motion to Dismiss Pursuant to ARS 12-751 and Amended Request to Set Omnibus Briefing Schedule |
| 7/17/2024 | Briefing Schedule for Motions to Dismiss |
| 7/18/2024 | Initial Pretrial Conference Statement |
| 7/19/2024 | Order RE Briefing and Argument on Ant-SLAPP Motion to Dismiss Order Permitting Virtual Appearances |

| | |
|---|---|
| 7/22/2024 | Defendant Mark Meadows' Notice of Joinder in Lamon's Motion to Dismiss Indictment Pursuant to ARS 12-751 |
| 7/22/2024 | Order Associating Counsel Pro Hac Vice |
| 07/23/2024 | 2024-07-23 Plaintiff's Rule 15.1 Third Supplemental Disclosure |

KRISTIN K MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Case No: CR 2024 - 0 0 6 8 5 0 - 018 |
| Plaintiff, | 93 SGJ 81 |
| v. | **INDICTMENT** |
| **KELLI WARD (001),**<br>*Counts 1-9* | CHARGING VIOLATIONS OF: |
| **TYLER BOWYER (002),**<br>*Counts 1-9* | **COUNT 1: CONSPIRACY,** a Class 2 Felony, in violation of A.R.S. § 13-1003 |
| **NANCY COTTLE (003),**<br>*Counts 1-9* | **COUNT 2: FRAUDULENT SCHEMES AND ARTIFICES,** a Class 2 Felony, in violation of A.R.S. §13-2310(A) |
| **JACOB HOFFMAN (004),**<br>*Counts 1-9* | **COUNT 3: FRAUDULENT SCHEMES AND PRACTICES,** a Class 5 Felony, in violation of A.R.S. § 13-2311 |
| **ANTHONY KERN (005),**<br>*Counts 1-9* | |

1

**JAMES LAMON (006),**
*Counts 1-9*

**ROBERT MONTGOMERY (007),**
*Counts 1-9*

**SAMUEL MOORHEAD (008),**
*Counts 1-9*

**LORRAINE PELLEGRINO (009),**
*Counts 1-9*

**GREGORY SAFSTEN (010),**
*Counts 1-9*

**MICHAEL WARD (011),**
*Counts 1-9*

**(012),**
*Counts 1-9*

**JOHN EASTMAN (013),**
*Counts 1-9*

**BORIS EPSHTEYN (014),**
*Counts 1-9*

**JENNA ELLIS (015),**
*Counts 1-9*

**CHRISTINA BOBB (016),**
*Counts 1-9*

**MICHAEL ROMAN (017),**
*Counts 1-9*

**COUNTS 4-9: FORGERY,** Class 4 Felonies, in violation of A R.S. § 13-2002(A)

**MARK MEADOWS (018),**
*Counts 1-9*

　　　　　　　Defendants.

The 93rd State Grand Jury accuses **KELLI WARD (001), TYLER BOWYER (002),**

**NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES**

**LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008),**

**LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),**

**(012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA**

**ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK**

**MEADOWS (018),** charging on this 23rd day of April, 2024, that in or from

Maricopa County, Arizona:

I.　　**CHARGES.**

**COUNT 1**
**CONSPIRACY, A CLASS TWO FELONY**

From on or about November 3, 2020 and continuing through on or about

January 6, 2021, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003),**

**JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT**

**MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009),**

**GREGORY SAFSTEN (010), MICHAEL WARD (011),** 　　　　　　　　**(012),**

**JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** with the intent to promote or aid in the commission of an offense, agreed with one and/or more persons **KNOWN** and/or **UNKNOWN,** that at least one of them or another person would engage in conduct constituting one or more of the following offenses, in particular·

1) **FRAUDULENT SCHEMES AND ARTIFICES,** in violation of A.R.S. § 13-2310(A);

2) **FRAUDULENT SCHEMES AND PRACTICES,** in violation of A.R.S. § 13-2311(A),

3) **FORGERY,** in violation of A.R.S. § 13-2002(A)(1) & (A)(3);

4) **CHANGING VOTE OF ELECTOR BY CORRUPT MEANS OR INDUCEMENT,** in violation of A.R.S. § 16-1006(A)(3);

5) **TAMPERING WITH A PUBLIC RECORD,** in violation A.R.S. § 13-2407(A)(3);

6) **PRESENTMENT OF FALSE INSTRUMENT FOR FILING,** in violation of A.R.S. § 39-161.

In furtherance of this conspiracy and to effect the foregoing objects thereof, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009),**

**GREGORY SAFSTEN (010), MICHAEL WARD (011),**                **(012),**

**JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA**

**BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** and their co-

conspirators did commit one or more of the following overt acts, including but not

limited to. the overt acts described in Counts 2 through 9, and Section II of this

Indictment (which is incorporated herein by reference as if set forth in full), in

violation of A.R S. §§ 13-1003, 13-2310(A)(1), 13-2311(A), 13-2002(A)(1) & (A)(3),

16-1006(A)(3), 13-2407(A)(3), 39-161, 13-301, 13-302, 13-303, 13-304, 13-701,

13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314

**COUNT 2**
**FRAUDULENT SCHEMES AND ARTIFICES, A CLASS TWO FELONY**

From on or about November 3, 2020 and continuing through on or about

January 6, 2021, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003),**

**JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT**

**MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009),**

**GREGORY SAFSTEN (010), MICHAEL WARD (011),**                **(012),**

**JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA**

**BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** pursuant to a

scheme or artifice to defraud, knowingly obtained any benefit by means of false

5

or fraudulent pretenses, representations, promises, or material omissions, to wit: preventing the lawful transfer of the presidency of the United States, keeping President Donald J. Trump in office against the will of Arizona voters, and depriving Arizona voters of their right to vote and have their votes counted under the United States Constitution, Arizona Constitution Article 7, and Arizona Revised Statutes, Title 16, by means involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2310(A), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

**COUNT 3**
**FRAUDULENT SCHEMES AND PRACTICES, A CLASS FIVE FELONY**

From on or about November 3, 2020 and continuing through on or about January 6, 2021, in a matter related to the business conducted by any department or agency of this state or any political subdivision thereof, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),** (012), **JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** pursuant to a scheme or artifice to defraud or

deceive, knowingly falsified, concealed or covered up a material fact by any trick,

scheme or device or made or used any false writing or document knowing such

writing or document contained any false, fictitious or fraudulent statement or

entry, to wit: two certificates of votes for President Donald J. Trump and Vice

President Michael Pence, filed by the Arizona Republican electors with the

Arizona Secretary of State, involving, but not limited to, the acts described in

Section II, in violation of A.R.S. §§ 13-2311(A), 13-301, 13-302, 13-303, 13-304, 13-

701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

## COUNT 4
## FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about

January 6, 2021, with intent to defraud, **KELLI WARD (001), TYLER BOWYER**

**(002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005),**

**JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD**

**(008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD**

**(011),** **(012), JOHN EASTMAN (013), BORIS EPSHTEYN (014),**

**JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK**

**MEADOWS (018)** falsely made, completed or altered a written instrument and/or

offered or presented, whether accepted or not, a forged instrument or one that

contained false information, to wit: a certificate of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the President of the United States Senate, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2002(A)(1) & (A)(3), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

## COUNT 5
## FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011), [012], JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017), and MARK MEADOWS (018),** falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that contained false information, to wit: one of two certificates of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona

8

Republican electors with the Arizona Secretary of State, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2002(A)(1) & (A)(3), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

## COUNT 6
## FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),                   (012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that contained false information, to wit: the second of two certificates of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the Arizona Secretary of State, involving, but not limited to, the acts described in Section II, in violation of A R S. §§ 13-2002(A)(1) & (A)(3),

13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

## COUNT 7
## FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),                         (012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that contained false information, to wit: one of two certificates of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the Archivist of the United States, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2002(A)(1) & (A)(3), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

## COUNT 8
## FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud,   **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),                         (012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017)**, and **MARK MEADOWS (018),** falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that contained false information, to wit: the second of two certificates of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the Archivist of the United States, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2002(A)(1) & (A)(3), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314.

## COUNT 9
## FORGERY, A CLASS FOUR FELONY

From on or about November 3, 2020 and continuing through on or about January 6, 2021, with intent to defraud, **KELLI WARD (001), TYLER BOWYER (002), NANCY COTTLE (003), JACOB HOFFMAN (004), ANTHONY KERN (005), JAMES LAMON (006), ROBERT MONTGOMERY (007), SAMUEL MOORHEAD (008), LORRAINE PELLEGRINO (009), GREGORY SAFSTEN (010), MICHAEL WARD (011),                    (012), JOHN EASTMAN (013), BORIS EPSHTEYN (014), JENNA ELLIS (015), CHRISTINA BOBB (016), MICHAEL ROMAN (017),** and **MARK MEADOWS (018),** falsely made, completed or altered a written instrument and/or offered or presented, whether accepted or not, a forged instrument or one that contained false information, to wit: a certificate of votes for President Donald J. Trump and Vice President Michael Pence, filed by the Arizona Republican electors with the Chief Judge of the Federal District Court for the District of Arizona, involving, but not limited to, the acts described in Section II, in violation of A.R.S. §§ 13-2002(A)(1) & (A)(3), 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-703, 13-801, 13-804, 13-811, 13-2313, and 13-2314

## II.    THE CONSPIRACY AND SCHEME.

In Arizona, and the United States, the people elected Joseph Biden as President on November 3, 2020. Unwilling to accept this fact, Defendants and unindicted coconspirators schemed to prevent the lawful transfer of the presidency to keep **Unindicted Coconspirator 1** in office against the will of Arizona's voters. This scheme would have deprived Arizona voters of their right to vote and have their votes counted.

After the general election on November 3, 2020, Defendants raised false claims of widespread election fraud in Arizona to pressure election officials to change the outcome of a democratic election. Those efforts failed when the Maricopa County Board of Supervisors, Secretary of State, and Governor certified Arizona's election. Republican Presidential Elector Defendants then voted for President Donald Trump and Vice President Michael Pence on December 14, 2020, falsely claiming to be the "duly elected and qualified Electors for President and Vice President of the United States from the State of Arizona."

Defendants deceived the citizens of Arizona by falsely claiming that those votes were contingent only on a legal challenge that would change the outcome of the election. In reality, Defendants intended that their false votes for Trump-Pence would encourage Pence to reject the Biden-Harris votes on January 6,

2021, regardless of the outcome of the legal challenge. When combined with the six other States where Republican electors sent in uncertified votes for Trump-Pence, Defendants wanted Pence to either declare **Unindicted Coconspirator 1** the winner of the election, delay the proceeding and have individual state legislatures determine their electors, or have Congress resolve any claimed uncertainty about the validity of election results in Arizona and six other states in **Unindicted Coconspirator 1**'s favor. The scheme failed when Vice President Michael Pence accepted all certified Biden-Harris votes on January 6, 2021.

### A. Background on Presidential Election Procedures.

Defendants deceived the public by arguing the scheme to have Republican electors vote for Trump-Pence in Arizona and six other states was legal. Thus, background on presidential election laws is necessary to understand the scheme.

Presidential elections happen on the first Tuesday of November, following the first Monday, every four years In 2020, the Presidential Election fell on November 3, 2020. **Unindicted Coconspirator 1** ran for reelection with then-Vice President Pence against now-President Biden and now-Vice President Harris.

The popular vote does not determine the President. Instead, the Constitution of the United States provides that "Electors" select the President and Vice President of the United States. This system is known as the Electoral College.

In the Electoral College, each state and the District of Columbia determines how Presidential Electors are selected, and each state's Presidential Electors equals the number of that state's congressional delegation. With the exception of Maine and Nebraska, all states award their entire allotment of Presidential Electors to the person who won the popular vote in that state. A simple majority of Presidential Electors then selects the President and Vice President. There are 538 electors, so it takes 270 votes to win.

The Electoral Count Act of 1887 (ECA), which was in place in 2020, provides the procedure for selecting the President and Vice President in the Electoral College. The ECA first required that each state determine the Presidential Electors at least six days before the electors' vote. The determination is called a "certificate of ascertainment" and must be issued by the executive officer of each state

Under the ECA, each state's Presidential Electors meet and vote "on the first Monday after the second Wednesday in December." In 2020, the electors met and voted on December 14. This also meant the last date for the certificate of ascertainment was December 8, 2020. The electors must send the certificates of their votes, along with the certificate of ascertainment, as follows: one copy to the President of the Senate; two copies to the chief election officer of their state;

two copies to the Archivist of the United States; and one copy to the Chief Judge of the federal District Court where the electors assembled.

The ECA then provided that the Vice President, sitting as the President of the Senate, hold a joint session of Congress on January 6 following the election. At that joint session, the Vice President was directed to open the Presidential Elector votes in alphabetical order by state so the votes could be counted. After the votes are counted, the Vice President declares the next President and Vice President.

Arizona has nine congressional seats and two senators, so it has 11 votes in the Electoral College. Each political party selects its own Presidential Electors, and State law provides that Arizona's Presidential Electors are awarded based on the winner of the popular vote in Arizona. The law provides that Presidential Electors cannot vote for anyone other than the certified winner of the election. Arizona law first requires that counties count the votes in their respective counties following the election. Determining the vote count is called a canvass  Once complete, the county boards of supervisors must certify the canvass and report the results to the Secretary of State. The Secretary of State must then determine the statewide vote totals and certify the winner of all general elections on the "fourth Monday following the general election." In 2020, that date was November 30.

On November 30, the Arizona Secretary of State certified Biden-Harris as the winners of Arizona's popular vote. That same day, Governor Ducey issued a certificate of ascertainment, listing the Biden-Harris electors as Arizona's Presidential Electors. Accordingly, the Biden-Harris electors assembled, voted, and mailed their votes on December 14, 2020, consistent with the ECA.

### B. Defendants – Arizona Fake Electors.

In 2020, the following Defendants were selected as Arizona Republican Party Presidential Electors·

- **KELLI WARD (001). WARD (001)** was the chair of the Arizona Republican party She organized the fake electors' vote on December 14, 2020, and voted for Trump-Pence as a fake elector, falsely stating that she was "duly elected and qualified." After voting, **WARD (001)** declared the Arizona Republican electors as the "true electors." She later urged Pence to accept false electoral votes for Trump-Pence on January 6, 2021. She did not withdraw her vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **TYLER BOWYER (002) BOWYER (002)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." After voting, **BOWYER (002)** made statements indicating that he intended to have Pence accept the false electoral votes for Trump-Pence on January 6, 2021. **BOWYER (002)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election

- **NANCY COTTLE (003). COTTLE (003)** was the chairperson of the Arizona Republican Presidential Electors. She voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that she was "duly elected

and qualified." **COTTLE (003)** did not withdraw her vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **JACOB HOFFMAN (004). HOFFMAN (004)** was a representative-elect in the Arizona Legislature in November 2020. **HOFFMAN (004)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." Following his vote as an Arizona Republican elector, **HOFFMAN (004)** urged Pence, in a letter dated January 5, 2020, to delay accepting Arizona's certified Democrat elector votes on January 6, 2021, during the Joint Session of Congress in Washington D.C. **HOFFMAN (004)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **ANTHONY KERN (005). KERN (005)** was a member of the Arizona Legislature who had lost his bid for reelection in the November 2020 election. **KERN (005)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." Following December 14, 2020, **KERN (005)** continued to urge Arizona officials and Pence to accept the Arizona Republican electors' votes on January 6, 2021. **KERN (005)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **JAMES LAMON (006). LAMON (006)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." **LAMON (006)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **ROBERT MONTGOMERY (007). MONTGOMERY (007)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." **MONTGOMERY (007)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **SAMUEL MOORHEAD (008). MOORHEAD (008)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly

elected and qualified." **MOORHEAD (008)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **LORRAINE PELLEGRINO (009). PELLEGRINO (009)** was the Secretary of the Arizona Republican fake presidential electors. She voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." **PELLEGRINO (009)** did not withdraw her vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **GREGORY SAFSTEN (010). SAFSTEN (010)** was the Executive Director of the Arizona Republican Party. He helped **KELLI WARD (001)** organize the fake electors' vote on December 14, 2020, and voted for Trump-Pence as a fake elector, falsely stating that he was "duly elected and qualified." **SAFSTEN (010)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

- **MICHAEL WARD (011). WARD (011)** voted for Trump-Pence as a fake elector on December 14, 2020, falsely stating that he was "duly elected and qualified." **WARD (011)** did not withdraw his vote even though no legal challenge successfully changed the outcome of Arizona's 2020 Presidential Election.

### C. Defendants.

Defendants' attempts to declare **Unindicted Coconspirator 1** and Pence the winners of the 2020 Presidential Election contrary to voter intent and the law, involved numerous other charged and uncharged coconspirators. The following is a brief summary of the remaining Defendants' roles in the scheme to keep **Unindicted Coconspirator 1** in office against the will of Arizona voters:

- **(012).** An attorney for **Unindicted Coconspirator 1** who was often identified as "the Mayor." He spread false claims of election fraud in Arizona and nationally shortly after November 3, 2020. He presided over a "hearing" in downtown Phoenix on November 30, 2020, where he falsely claimed that Arizona's election officials "have made no effort to find out" if the results of the recent presidential election were accurate. He pressured the Maricopa County Board of Supervisors and Arizona legislators to change the outcome of Arizona's election, and he was responsible for encouraging Republican electors in Arizona and in six other contested states to vote for Trump-Pence on December 14, 2020.

- **JOHN EASTMAN (013). EASTMAN (013)** was an attorney who encouraged the Republican electors to vote on December 14, 2020, and spread false claims of widespread election fraud. He also pressured the legislature in Arizona and six other states to change the outcome of the election. For example, on January 4, 2021, **EASTMAN (013)** pushed then-Arizona Speaker of the House Rusty Bowers to convene a Special Session to decertify Arizona's presidential electors, telling him to "just do it and let the court sort it out." Bowers declined to do so. Also on January 4, **EASTMAN (013)** met at the White House with **Unindicted Coconspirator 1**, Pence, and others to convince Pence to reject or at least delay the confirmation of the lawfully chosen electors two days later at the Joint Session of Congress.

- **BORIS EPSHTEYN (014). EPSHTEYN (014)** was an attorney and was an advisor to the Trump Campaigns in 2016 and 2020. **EPSHTEYN (014)** assisted **(012)** in implementing the scheme to submit false Republican electors' votes for Trump-Pence in Arizona and to obstruct the certification process during the January 6, 2021, Joint Session of Congress in Washington D.C.

- **JENNA ELLIS (015). ELLIS (015)** was an attorney for the Trump Campaign and worked closely with **(012)** She made false claims of widespread election fraud in Arizona and in six other states. **ELLIS (015)** encouraged the Arizona Legislature to change the outcome of the election. She also encouraged Pence to accept the false Arizona Republican electors' votes on January 6, 2021.

- **CHRISTINA BOBB (016). BOBB (016)** was an attorney for the Trump Campaign and worked closely with _____ **(012). BOBB (016)** lobbied Arizona's Republican legislators after the 2020 presidential election to disregard the popular vote in Arizona. She additionally helped organize the false Arizona Republican electors' votes on December 14, 2020

- **MICHAEL ROMAN (017). ROMAN (017)** was the Director of Election Day Operations for the Trump Campaign. He worked closely with **(012), EPSHTEYN (014), Unindicted Coconspirator 4,** and others to organize the false Republican electors' votes in Arizona and in six other states.

- **MARK MEADOWS (018). MEADOWS (018)** was **Unindicted Coconspirator 1's** Chief of Staff in 2020. He worked with members of the Trump Campaign to coordinate and implement the false Republican electors' votes in Arizona and six other states. **MEADOWS (018)** was involved in the many efforts to keep **Unindicted Coconspirator 1** in power despite his defeat at the polls.

### D. Unindicted Co-Conspirators.

The following individuals are included as unindicted members of the conspiracy:

- **Unindicted Coconspirator 1.** A former president of the United States who spread false claims of election fraud following the 2020 election.

- **Unindicted Coconspirator 2.** A former member of the Arizona Legislature who spread false claims of election fraud following the 2020 election. **Unindicted Conspirator 2** helped organize and distribute a false document on December 14, 2020, titled, "Joint Resolution of the 54th Legislature."

- **Unindicted Conspirator 3.** A former member of the Arizona Legislature who spread false claims of election fraud following the 2020 election. **Unindicted Coconspirator 3** helped organize a "hearing" at a hotel in Phoenix on November 30, 2020, that both _____ **(012)** and

**JENNA ELLIS (015)** attended. **Unindicted Conspirator 3** additionally signed the false December 14, 2020, "Joint Resolution of the 54th Legislature."

- **Unindicted Coconspirator 4.** An attorney for the Trump Campaign who drafted memos that encouraged having the fake Republican electors vote on December 14, 2020. **Unindicted Coconspirator 4** helped plan and organize the fake electors' vote on December 14, 2020, in Arizona, Georgia, Michigan, Pennsylvania, Nevada, New Mexico, and Wisconsin

- **Unindicted Coconspirator 5.** An Arizona attorney who worked for the Trump Campaign. **Unindicted Coconspirator 5** helped organize the Arizona Republican electors' vote on December 14, 2020, and previously represented the Republican Party, and **KELLI WARD (001)** in a lawsuit against the certified Arizona Democrat electors.

### E. The 2020 Presidential Election.

The 2020 Presidential Election occurred during a global pandemic. In response to the pandemic, many states had expanded mail-in voting and that expanded mail-in voting delayed the final vote.

### i. Background.

As states continued to count votes after election day on November 3, 2020, it became apparent that Biden would win, and **Unindicted Coconspirator 1** would lose the election. **Unindicted Coconspirator 1** had suggested before the election that expanded mail-in voting was "very dangerous" because mail-in ballots are "fraudulent in many cases." Those statements turned into claims of outright fraud immediately following the election.

While **Unindicted Coconspirator 1** himself was unwilling to accept that he lost the election, **MEADOWS (018)** had confided in a White House staff member in early November 2020 that **Unindicted Coconspirator 1** had lost the election. Nevertheless, **Unindicted Coconspirator 1** wanted to keep fighting the election results, and **MEADOWS (018)** wanted to "pull this off" for **Unindicted Coconspirator 1**

Arizona was ultimately decided by 10,457 votes or 0.31% of the ballots cast. Biden won by small margins in five other states: (1) Georgia, 11,779 votes or 0.24%; (2) Michigan, 154,188 votes or 2.78%; (3) Nevada, 33,596 votes or 2.39%, (4) Pennsylvania, 81,555 votes or 1.16%; and (5) Wisconsin, 20,681 votes or 0.63%. Excluding Nevada, these states all had Republican-controlled Legislatures in 2020. New Mexico, where Biden won by a wider margin—99,720 votes or 10.79%, also had a Democrat-controlled legislature in 2020. These seven states became the focus of legal challenges and false claims of widespread election fraud.

*ii. Arizona Election Lawsuits.*

In Arizona, multiple parties filed election lawsuits after November 3, 2020. All were unsuccessful, but some were still pending on December 14, 2020, when

the Arizona Republican electors assembled to vote. None of these lawsuits would have changed the outcome of the election

The first suit, *Aguilera v. Fontes*, Maricopa County Superior Court No. CV2020-014562, was filed the day following the election, based on complaints about electronic ballot counting from two voters. It was dismissed by the court on November 29, 2020, for failure to state a claim on which relief could be granted An appeal was filed on December 29, 2020, which was eventually denied on June 15, 2021, for lack of jurisdiction.

The Trump Campaign next filed a suit on November 8, 2020, in *Trump v. Hobbs*, Maricopa County Superior Court No. CV2020-014248. The claims relating to the Presidential election were dismissed five days later because the lawsuit would not have changed the outcome of the election. That prompted **KELLI WARD (001)** to text **MEADOWS (018)**, "WTH," and ask **MEADOWS (018)** "[a]re our lawyers in AZ afraid of being blackballed by the left," and conclude "[i]t sounds like that's a total cop out."

The Arizona Republican Party sued Adrian Fontes, then the Maricopa County Recorder, on November 12, 2020, in *Arizona Republican Party v. Fontes*, Maricopa County No. CV2020-014553. The court dismissed the claim six days

later, finding the "Arizona Republican Party's case was meritless." It was not appealed.

**KELLI WARD (001)** sued all eleven Democrat Party electors on November 30, 2020, in *Ward v. Jackson*, Maricopa County Superior Court No. CV2020-015285. Phoenix-based Trump Campaign attorney **Unindicted Coconspirator 5** told all eleven Arizona Republican electors, "[p]lease be aware that while I will be representing you 'in name' as presidential electors, I am also the attorney for the Arizona Republican Party and Donald J Trump for President, Inc " and that he was waiting on "          [sic] to personally approve" the lawsuit. All eleven electors agreed to join the suit, but for "legal/optical reasons, Kelli [was]     . the only plaintiff "

The court dismissed the suit on December 4, 2020, finding that Maricopa County election officials followed the process for signature verification "faithfully in 2020" and found "no misconduct, no fraud, and no effect on the outcome of the election." The court additionally found that "the evidence did not prove illegal votes, much less enough to affect the outcome of the election" and that **KELLI WARD (001)**, "has not proven that the Biden/Harris ticket did not receive the highest number of votes."

**KELLI WARD (001)** appealed to the Arizona Supreme Court on December 4, 2020. The court denied her appeal, writing that the allegations in the suit were not "sufficient to call the election results into question," that "there are no allegations of any violation of the EPM [Elections Procedures Manual] or any Arizona law," and that "the challenge fail[ed] to present any evidence of 'misconduct,' 'illegal votes' or that the Biden Electors 'did not in fact receive the highest number of votes for office,' let alone establish any degree of fraud or a sufficient error rate that would undermine the certainty of the election results." At the request of the Trump Campaign, **Unindicted Coconspirator 5** expedited an appeal to the United States Supreme Court before December 14, 2020. He later wrote to a Pennsylvania attorney, "Also just FYI—I recall now there was a rush to file our petition in order to give legal 'cover' for the electors in AZ to 'vote' on the 14th . . . ."

All eleven Arizona Republican electors and others sued Governor Doug Ducey on December 2, 2020, in Arizona Federal District Court Case *Bowyer v. Ducey*, No. CV-20-02321-PHX-DJH. The court dismissed their complaint on December 9, 2020, finding that the plaintiffs' claims, "fail in their particularity and plausibility" and that their "'expert reports' reach implausible conclusions, often because they are derived from wholly unreliable sources." The plaintiffs appealed

to the Ninth Circuit the following day, and the appeal was dismissed on April 13, 2021.

Two other election lawsuits were filed in Arizona, *Stevenson v. Ducey*, Maricopa County Superior Court No. CV2020-096490, and *Burk v. Ducey*, Pinal County Superior Court No. CV2020-01869. The plaintiffs in *Stevenson* voluntarily dismissed their case on December 7, 2020. Both the trial court, on December 15, 2020, and later the Arizona Supreme Court, on January 5, 2021, concluded that the plaintiff in *Burk* lacked standing to sue because she was not registered to vote.

### F. Pressure on Arizona Election Officials.

In Arizona, Defendants, unindicted coconspirators, and others pressured the three groups of election officials responsible for certifying election results to encourage them to change the election results: (1) Maricopa Board of Supervisors; (2) the Arizona Legislature; and (3) the Governor. This pressure campaign was initially focused on the Maricopa County Board of Supervisors As it became clear that they would not change the election results, the pressure campaign moved to the Arizona Legislature and Governor Ducey.

*i   Maricopa County Board of Supervisors.*

The Maricopa Board of Supervisors oversees elections in Maricopa County. In 2020, the Maricopa County Board of Supervisors had five members, four of which were Republican: Steve Chucri, Bill Gates, Clint Hickman, and Jack Sellers.

Almost immediately after the election, **KELLI WARD (001)** sent messages to each of the Republican members suggesting serious election fraud and malfeasance had occurred. **KELLI WARD (001)** urged the supervisors to delay certifying Maricopa County's results, and she urged the Republican supervisors to contact lawyers associated with the Trump Campaign about the alleged election fraud.

**(012)**, unindicted coconspirators, and others also tried to contact the Republican Supervisors. For example, an Arizona Congressional Representative sent a text message to **MEADOWS (018)** on November 8, 2020, that he had "placed some calls to the board of supervisors without connecting so far," later writing, "I can give you some idea what's going on with the county supervisors." **KELLI WARD (001)** sent **MEADOWS (018)** a text message on November 13, 2020, "Just talked to POTUS He may call the Chairman of the Maricopa Board of Supervisors," who was then Clint Hickman. Hickman later

received a call from the White House Switchboard on New Year's Eve, but he did not answer.

By mid-November, the Tea Party Phoenix Metro, sent an email to its subscriber list, which included **SAFSTEN (010)**, stating, "By the way, if the electoral college doesn't result in 270 electoral votes for either Presidential candidate, the 12th amendment is exercised, and guess what . . . Trump wins (because the House didn't go the way the Dems counted on it going), and our republic is saved from globalists!!" It then encouraged members to rally at the Maricopa County Board of Supervisors building to a "'Stop the AZ Steal' protest rally against the County Board of Supervisors certifying the election results."

The Maricopa County Board of Supervisors unanimously certified the results of the election in November 2020. Some Defendants posted on social media urging others to contact the Maricopa County Board of Supervisors about delaying certification of the election  Following such posts, others publicly attacked the Republican Board of Supervisors, including threatening the Supervisors and their families.

On December 15, 2020, the Senate Judiciary Committee subpoenaed Maricopa County's voting machines.          **(012)** was interviewed about the subpoena and stated that it was intended to "start forensically examining the

voting machines in Arizona." The Board of Supervisors sued to quash the subpoenas on December 18, 2020, in *Maricopa v. Fann*, Maricopa County Superior Court CV2020-016840. All eleven Republican electors moved to join the suit on behalf of the Legislature, recognizing that a possible goal of the subpoenas was to "ensur[e] that their rivals, the Democratic Party's electors, are not considered by Congress." After filing the motion to intervene, **KERN (005)** wrote, "[g]reat move AZ GOP Electors! All 11 of us ;)," promoting a post by the Republican Party of Arizona arguing that "the Legislature should use its power to hold them [the Board of Supervisors] in contempt and throw them in jail."

Throughout December, **(012)** then urged the Republican members of the Board of Supervisors to assist in obtaining access to vote-counting machines and ballots. In a voice message to Gates on Christmas Eve, for example, **(012)** asked to get access to the vote counting machines and ballots, stating, "[y]ou know, I really think it's a shame that Republicans sort of are both in this, kind of, situation." That day he also called Sellers and left the following message· "We're all Republicans, I think we all have the same goal. Let's see if . . . we can get this done outside of the court."

    *ii. Arizona Legislature.*

Russell "Rusty" Bowers served in the Arizona Legislature from 2015 until the beginning of 2023. He was elected in 2019 to a two-year term as the House and was Speaker of the House in 2020.

Bowers reported extensive pressure to take action after the election. He noted on November 11, 2020, "getting hundreds of emails demanding that I do my constitutional duty and name electors that will vote for Trump" and "very strange and unsettling phone calls telling me to do my duty and vote to elect electors who will vote for Trump." On November 20, 2020, he wrote, the situation was "very stressful—attacks and tens of thousands of emails to intimidate me."

Bowers received a call from the White House on November 22, 2020. In that call,             **(012)** explained he understood there was a law in Arizona that would allow the legislature to meet and if there was sufficient doubt about the legality of the election, the legislature could vote to disallow Biden's electors and put in Trump's electors.             **(012)** alleged Arizona had 14,000 dead people voting, 4,000 or 5,000 military ballots stolen, and 200,000 non-citizens voting. Bowers asked for evidence.             [**012)** said he had the names and would give the names to Bowers.

On December 1, 2020,             **(012)** held a meeting at the Arizona Legislature with three associates, including **JENNA ELLIS (015)**. Also present at the

meeting were several Republican legislators, including Bowers. **(012)** and his team asked Bowers to hold a committee hearing on the election. When Bowers asked for any proof of election fraud, **(012)** said he had proof, but **ELLIS (015)** advised that it was left back in the hotel room. Bowers left the meeting shortly thereafter. The alleged proof was never provided to Bowers.

Bowers issued a press release on December 4, 2020, rebutting the allegations of election fraud. The next day he wrote, "threats and intimidation all day—thousands of demanding emails, everyone is a constitutional scholar which I am not. I just will not change the rules after the people voted!" On December 14, 2020, the day the Arizona Republican electors voted, Bowers wrote, "Hard days. . . Their hatred is pronounced," referring to outside emails.

**CHRISTINA BOBB (016)** and **KELLI WARD (001)** posted on social media on December 6, 2020 the following.



On January 4, 2021, Bowers spoke with attorney **JOHN EASTMAN (013)**. In the conversation, **EASTMAN (013)** explained that a supermajority was not needed to convene a committee of the legislature. On January 6, 2021, Bowers spoke with an Arizona Congressional Representative. That Representative asked Bowers to support decertification of the election. Bowers declined because he did not believe the election was fraudulent.

### iii. Governor Doug Ducey.

At the end of 2020, Arizona's Governor was Doug Ducey. On the day that then-Governor Ducey signed the certificate of ascertainment, which certified the vote, Governor Ducey received a call from the White House, which he did not answer. That day, **Unindicted Coconspirator 1** posted a series of tweets berating Governor Ducey for certifying the election. On the night of the certification, **(012)** posted on Twitter that Governor Ducey should not have certified the vote.

### G. The Fake Electors Scheme.

Discussions about using the Republican electors to change the outcome of the election began as early as November 4, 2020. Those plans evolved during November based on memos drafted by Trump Campaign attorney **Unindicted Coconspirator 4**.

As an example, the then-United States Secretary of Energy texted **MEADOWS (018)** on November 4, 2020, "HERE's an AGRESSIVE STRATEGY: Why can't the states of GA NC PENN and other R controlled state houses declare this is BS (where conflicts and election not called that night) and just send their own electors to vote and have it go to the SCOTUS."

Similarly, **MEADOWS (018)** received a text on November 5, 2020, that **Unindicted Coconspirator 1** should "urge GOP officials in close states to expose shenanigans and, if necessary, to refuse to seat Biden electors in the event of a fake count." That same day, **Unindicted Coconspirator 1's** son texted **MEADOWS (018)** a more developed plan revolving around the electors: "It's very simple If through our lawsuits and recounts the Secretary of States on each state cannot 'certify' that states vote the State Assemblies can step in and vote to put forward the electoral slate Republicans control Pennsylvania, Wisconsin, Michigan, North Carolina etc. we get Trump electors."

An Arizona Congressional Representative similarly texted **MEADOWS (018)** on November 6, 2020:

> I'm sure you have heard of this proposal. It is to
> encourage the state legislatures to appoint a look doors
> [sic] in the various states where there's been
> shenanigans. If I understand right most of those states
> have Republican Legislature's [sic]. It seems to be

comport with glorified [sic] Bush as well as the Constitution. And, well highly controversial, it can't be much more controversial than the lunacy that were sitting out there now. And It would be pretty difficult because he would take governors and legislators with collective will and backbone to do that. Is anybody on the team researching and considering lobbying for that?

**MEADOWS (018)** responded, "I love it."

#### i. *Unindicted Coconspirator 4's Memos and the Trump Campaign's Response.*

**Unindicted Coconspirator 4** began working as an attorney for the Trump Campaign on a pro bono basis in mid-November 2020. He prepared three memos outlining how to use fake electors to overturn the election: (1) the November 18, 2020, memo; (2) the December 6, 2020, memo; and (3) the December 9, 2020, memo.

**Unindicted Coconspirator 4** claimed that under the ECA the electors needed to vote on December 14, 2020, to be counted. **Unindicted Coconspirator 4** argued that if there was a pending legal challenge that could change the outcome of the election from Biden-Harris to Trump-Pence, the Republican electors were required to meet and vote on December 14, 2020. If they did not, then the Vice President could not count the votes for Trump-Pence on January 6,

2021, even if **Unindicted Coconspirator 1** and Pence won a lawsuit that changed the outcome the election

As support, **Unindicted Coconspirator 4** cited the Hawaii election from 1960. There, initial election results showed that Richard Nixon and Henry Cabot Lodge won the popular vote during the presidential election, defeating John Kennedy and Lyndon Johnson by just 140 votes. Nixon was certified the winner by the Governor in November of 1960. A Hawaii court ordered a recount on December 13, 1960, which was pending on December 19, 1960, when the electors were required to meet and vote.

The Nixon-Lodge electors met and voted on December 19, 1960. On that day, the Kennedy-Johnson electors also met and voted. On December 30, 1960, Hawaii's courts determined that Kennedy-Johnson won the popular vote. The Governor then certified the Kennedy-Johnson electoral votes on January 4, 1961, and Congress received them on January 6, 1961. Nixon, who was the Vice President, and therefore Senate President, accepted the Kennedy-Johnson elector votes.

None of **Unindicted Coconspirator 4's** memos suggested that Republican electors precisely follow what occurred in the 1960 Hawaii election. Trump-Pence had lost in Arizona, Georgia, Michigan, Nevada, New Mexico, Pennsylvania, and

Wisconsin. **Unindicted Coconspirator 4** suggested that in each of these seven states the Trump Campaign should have the Republican electors vote on December 14, 2020, although none had a pending recount. As it became apparent that no election challenge would succeed by January 6, 2021, **Unindicted Coconspirator 4** departed further from the Hawaii example. Each memo is summarized below.

- November 18, 2020: This seven-page memo discussed only the Wisconsin Trump-Pence electors. In it, **Unindicted Coconspirator 4** concluded that the Trump-Pence electors must vote on December 14, 2020, in the event "a court decision (or, perhaps, a state legislative determination) rendered after December 14 in favor of the Trump-Pence slate of electors" changed the outcome of the Wisconsin election.

- December 6, 2020: This six-page memo argued that the Trump-Pence electors in Arizona, Georgia, Michigan, Nevada, Pennsylvania, and Wisconsin should meet and vote on December 14, 2020. It appeared to depart from the November 18, 2020 Memo in parts by suggesting that only a pending lawsuit, rather than a decision in favor of Trump-Pence, was necessary for the Vice President to reject the Biden-Harris electors on January 6, 2021 **Unindicted Coconspirator 4** outlined the general procedure the Republican Electors needed to follow when voting. In the December 6, Memo. **Unindicted Coconspirator 4** claimed he was "not necessarily advising this course of action" and that it was "a bold, controversial strategy."

- December 9, 2020: This five-page memo outlined the Electoral Count Act procedure requirements for

presidential electors. It additionally discussed the state law requirements for presidential electors in Arizona, Georgia, Michigan, Nevada, Pennsylvania, and Wisconsin.

A Wisconsin attorney working on election challenges for the Trump Campaign, sent **Unindicted Coconspirator 4's** analysis to Trump Campaign Deputy Manager Justin Clark on November 25, 2020. Clark and other campaign officials supported **Unindicted Coconspirator 4's** recommendation to have the Republican electors vote in Wisconsin because they believed the lawsuit in Wisconsin could change the outcome of Wisconsin's election. Following both the ECA and the 1960 Hawaii election models, Campaign officials concluded that the Wisconsin Republican electors should vote on December 14, 2020, for Trump-Pence in the event their lawsuit succeeded.

**Unindicted Coconspirator 4** later insisted that Clark receive a copy of his December 6, 2020 Memo, writing a Wisconsin attorney, "I feel this memo—on why it's important all electors vote in all 6 contested states should vote on Dec. 14—should get to Justin Clark and others involved with national strategy ASAP." A Wisconsin attorney forwarded that memo, telling **Unindicted Coconspirator 4**, "I have bypassed Justin and am tryouts [sic] no [sic] to get it circulated at the White House." A Wisconsin attorney then sent **Unindicted Coconspirator 4's** December 6, 2020 Memo to **BORIS EPSHTEYN (014)**.

The memo eventually made its way to members of the Trump Campaign, some who questioned **Unindicted Coconspirator 4's** plan to have the Republican electors vote in all six listed states. With the exception of Wisconsin and possibly Georgia, they concluded that there were no pending lawsuits that could change the outcome of the election in the remaining six states. Trump Campaign officials also had general concerns about **(012)** efforts. For example, Advisor Jason Miller wrote **MEADOWS (018)** on December 6, 2020, "[a]ll guidance appreciated, as the legal turf war thing is new to me!"

> ii. **(012)** takes control of the Fake Electors Scheme.

**(012)** and his team disagreed with the other's concerns, and their effort was bolstered by Texas' decision to sue Georgia, Michigan, Pennsylvania, and Wisconsin on December 8, 2020, to temporarily prevent the presidential electors from voting in those states, in *Texas v. Pennsylvania*. On December 9, 2020, **EPSHTEYN (014)** moved forward with having Republican electors vote in the seven contested states, including Arizona, by writing a Wisconsin attorney and **BOBB (016)**, "Question per Mayor-do you think you could prepare a sample elector ballot for Wisconsin." If so, **EPSHTEYN (014)** then asked if **Unindicted Coconspirator 4** would prepare sample ballots for "PA, Georgia, Michigan, AZ,

Nevada and New Mexico," which was the first time New Mexico was listed for challenges. **Unindicted Coconspirator 4** responded, "[O]h absolutely" and that he "will do a memo on specifics of each state." By December 11, 2020, **Unindicted Coconspirator 4** and a Wisconsin attorney had prepared a draft press release following the Trump-Pence elector voting plan, which they emailed to **EPSHTEYN (014), MICHAEL ROMAN (017)**, and Joshua Findlay.

On December 11, 2020, the United States Supreme Court dismissed *Texas v. Pennsylvania*. At that point, some Trump Campaign officials determined the fake elector plan was legally unsound, but                    **(012)** wanted "to keep fighting." Campaign attorneys then passed "everything off" to **Unindicted Coconspirator 4**. Clark emailed **Unindicted Coconspirator 4** that morning, "Josh [Findlay] has been running point on our contacts with electors. He can provide an update and hand off what he has to you this morning." Findlay told **Unindicted Coconspirator 4**, "[i]t is my understanding from        team that you are now running point on this. I am happy to hand off what has been done so far."

Trump Campaign officials then deferred much of the Republican elector plan to                **(012), EPSHTEYN (014)**, and **Unindicted Coconspirator 4**. **Unindicted Coconspirator 4** had emailed party officials in several of the contested states that he "talked with . . .                    [sic], who is focused on doing

everything possible to ensure that that all the Trump-Pence electors vote on Dec. 14." **Unindicted Coconspirator 4** included instructions for voting and a certificate of the vote template, concluding "Pretty simple!"

> iii   *ROMAN (017) refuses to add contingency language to the Republican electors' vote certificates.*

During a conference call on December 12, 2020, a Pennsylvania attorney expressed concern that the certificate of vote falsely claimed that the Republican electors were the "duly elected and certified electors." He requested adding language to the certificates indicating that the Trump-Pence electors' votes were contingent on being certified the duly elected and qualified electors.

Based on that call, **Unindicted Coconspirator 4** texted **ROMAN (017)**, "Mike, I think the language at start of certificate should be changed in all states. Let's look at the language carefully." **ROMAN (017)** responded, "I don't." **Unindicted Coconspirator 4** then offered to "help with drafting in a couple hours," but **ROMAN (017)** responded "fuck these guys."

Pennsylvania insisted on the language. **Unindicted Coconspirator 4** prepared a draft and sent **ROMAN (017)** and Findlay the following email on December 13, 2020:

> Mike, here is my suggested language for dealing with the concern raised in the PA conference call about

Electors possibly facing legal exposure (at the hands of a partisan AG) if they seem to certify that they are currently the valid Electors.

Easily fixed . . . .

It strike [sic] me that if inserting these few words is a good idea for PA, it might be worth suggesting to Electors in other states.

Pennsylvania attorneys eventually added the following introduction to their elector vote certificates:

WE, THE UNDERSIGNED, on the understanding that if, as a result of a final non-appealable Court Order or other proceeding prescribed by law, we are ultimately recognized as being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Pennsylvania, hereby certify the following . . .

By December 12, 2020, **Unindicted Coconspirator 4** had prepared documents for each state except New Mexico. **ROMAN (017)** asked **Unindicted Coconspirator 4** to prepare New Mexico He did, and included his drafted contingency language as follows, "WE, THE UNDERSIGNED, on the understanding that it might later be determined that we are the duty elected and qualified Electors . . . ."

> iv. *Trump Campaign members refuse to support the Fake Electors Scheme*

The following day, Jason Miller texted Justin Clark, White House attorney Eric Herschmann, and campaign communications director Tim Murtaugh:

> Just got a call from
>
> -He said tomorrow our local counsels in four states are filing federal cases to keep the effort going (I didn't understand merits of cases), and that POTUS was aware of this.
>
> -He said he's optimistic we win in Wisconsin state court tomorrow.
>
> -He also said Boris [Epshteyn] has been coordinating state elector whip effort and I should connect with he and Christina BOBB.
>
> All I know tomorrow is Elector Voting Day and that train you hear coming down the track isn't Burlington Northern.

Murtaugh had prepared the following statement for December 14, 2020, "As election contests continue in various states, the only prudent course was to have the President's electors vote in those places to preserve the campaigns [sic] rights" During the text conversation, Clark responded, "Now, I am not sure what is telling the president on this stuff so I'm not sure what his expectations are . . . Here's the thing the way this has morphed it's a crazy play so I don't know who wants to put their name on it," referring to the statement Murtaugh

prepared.        **(012)** scheduled a conference call to discuss with **BOBB (016)**, **ELLIS (015)**, and others, which was shared in the text message thread, to which Herschmann responded, "[c]ertifying illegal votes." Murtaugh eventually wrote that he was "not comfortable putting that statement out. . . . I can't stand by it. From the looks of it, neither can any of you." Clark responded, "I cannot. They need to put their names on it.        Boris and Jenna." Herschmann responded, "I agree."

                *v.* ***EASTMAN (013)*** *Pressures Pence to Change the Vote*
                *on January 6.*

On December 23, 2020, **EASTMAN (013)** wrote a memo laying out a scenario for January 6, 2021. In that memo, he recommended that Pence refuse to count Arizona's certified Democratic electors because there were "multiple slates." After refusing to accept the six other states with fake Republican electors, Pence would determine **Unindicted Coconspirator 1** the winner of the election because **Unindicted Coconspirator 1** would have had the majority of the remaining votes: "232 votes for Trump, 222 votes for Biden. Pence then gavels President Trump as re-elected."

**EASTMAN (013)** circulated a lengthier memo on January 3, 2021, discussing the "January 6 scenario" and "**War Gaming the Alternatives.**" **EASTMAN's (013)**

clear intention was to change the result of the 2020 Presidential election on January 6, 2021, writing, "[t]he stakes could not be higher." Without action from Pence, **EASTMAN (013)** concluded that "the sovereign people no longer control the direction of their government" and "will have ceased to be a self-governing people."

**EASTMAN (013)** met with Pence and members of his staff on January 4, 2021, telling Pence that he could reject electoral votes or delay the vote count and ask state legislatures to reexamine the election to declare a winner. Pence rejected those ideas, but on January 5, 2021, **EASTMAN (013)** again met with Pence's Chief Counsel, Greg Jacob, to ask Pence to reject the certified Biden-Harris electors during the counting of the electoral vote at the Joint Session of Congress. During that meeting, **EASTMAN (013)** admitted that his plan would lose if it went before the U.S. Supreme Court.

## H. Arizona Republican Electors Involvement in the Fake Electors Scheme.

On December 8, 2020, a Wisconsin attorney sent **Unindicted Coconspirator 4** and a Trump Campaign staffer, an email that said, the Trump Campaign staffer "is in touch With [sic] White House, Arizona and PA. They are interested I am copying them so they can work directly with you and link to the other States."

That day, **Unindicted Coconspirator 5** called **Unindicted Coconspirator 4** to discuss having the Arizona Republican electors vote on December 14, 2020, prompting a Wisconsin attorney to text **Unindicted Coconspirator 4**, "Heard et al are pushing this and you spoke to Arizona  Congratulations "

**Unindicted Coconspirator 4** responded:

> Hi, I talked to [**Unindicted Coconspirator 5**] in Arizona, and emailed him info, including a draft of the footnote explaining that both electoral slates voting is not an odd thing
>
> He told me        is really pushing this, and he was trying to understand exactly why
>
> He asked if I talked to        I said Jim did, and also apparently read the memo
>
> I got across that unless the Arizona Trump votes are sent to Congress on time, there's no real excuse to debate Arizona
>
> He also gets that Biden making the safe harbor doesn't prevent Congress from debating, or the Senate from voting as it wants, though the Electoral Count Act obviously is politically problematic
>
> I told him we might file in WI Supreme Court with that footnote by Saturday, which could help with messaging
>
> Feel free to pass this on to        It sounds like the states will do this if        insists, especially if the President has specifically asked        to make sure this happens. If any

state is uncertain, maybe a call from the President would be worthwhile. Sounds like he's really hands on!

Arizona GOP Director **GREGORY SAFSTEN (010)** called **Unindicted Coconspirator 4** on December 10, 2020, to discuss "the logistics of the electors voting on Dec 14." That prompted **Unindicted Coconspirator 4** to email **SAFSTEN 010)** and **Unindicted Coconspirator 5** the documents he prepared for the Arizona Republican electors.

**KELLI WARD (001)** organized Arizona Republican electors for December 14, 2020, and worked directly with **SAFSTEN (010), Unindicted Coconspirator 4**, and a Republican National Committee attorney for planning. **Unindicted Coconspirator 4** emailed **Unindicted Coconspirator 5** on December 11, 2020, to confirm that he still planned to file an appeal in *Ward v. Jackson*, writing:

> Reason is that Kelli Ward & [**Unindicted Coconspirator 2**] just spoke to the Mayor about the campaign's request that all electors vote Monday in all contested states.
>
> Ward and [**Unindicted Coconspirator 2**] are concerned it could appear **treasonous** for the AZ electors to vote on Monday if there is no pending court proceeding that might, eventually, lead to the electors being ratified as the legitimate ones.
>
> Which is a valid point—in the Hawaii 1960 incident, when the Kennedy electors voted there was a pending recount.

**Unindicted Coconspirator 4** followed, "Just spoke with [**Unindicted Coconspirator 5**]. I now [sic] longer see cause for concern. His Supreme Court filing is at the printer " **Unindicted Coconspirator 5** confirmed, "Correct. The attached are being 'e-filed' as we speak . . . ."

On December 13, 2020, **KELLI WARD (001)** sent **Unindicted Coconspirator 4** an email with concerns that certified Democratic electors for Biden-Harris would not be voting in the state capitol building. **Unindicted Coconspirator 4** responded that Arizona law did "not specify a location for the vote" and that voting did not need "to be in the capitol bldg."

The Arizona Republican electors met on December 14, 2020, at the Arizona Republican Party Headquarters, posting a picture to twitter.com. The Arizona Republican electors additionally recorded themselves voting and posted the video to social media websites, prompting **KELLI WARD (001)** to write, "Oh yes we did! We are the electors who represent the legal voters of Arizona! #Trump2020 #MAGA " The Arizona Republican Party's official statement was largely copied from a template that **Unindicted Coconspirator 4** and a Wisconsin attorney prepared for all states. The party claimed it was following what happened in 1960 in Hawaii until there was "a final resolution of Arizona's 11 electoral votes "

In late December 2020, the Trump Campaign had Pennsylvania attorney Bruce Marks and **EASTMAN (013)** file an appeal to the United States Supreme Court regarding Pennsylvania's election in *Trump v. Boockvar*. Following that decision, Marks emailed a Wisconsin attorney, "[t]he Campaign wants us to work together with professor eastman to file an Article II cert petition from Wisconsin." Related to that discussion, Marks emailed **Unindicted Coconspirator 5** asking questions about his Supreme Court appeal in *Ward v. Jackson*. That prompted **Unindicted Coconspirator 5** to respond, "(Also just FYI – I recall now that there was a rush to file our petition in order to give legal 'cover' for the electors in AZ to 'vote on the 14th . . that discussion is below, as well as [**Unindicted Coconspirator 4's**] comments on the petition.)"

Marks responded by questioning how *Ward v. Jackson* would change the outcome of the election:

> Even if the court erred in not allowing further examination, what is the argument that reason further discovery would have led to changing the election, if the error rate is 2%, the higher number, and the ballots at issue is 450,000?

> The petition does not argue that these ballots (9,000 at my estimate) were improperly counted for Biden when they should have been counted for Trump.

Thanks, we are trying to understand this in formulating the [Supreme Court] strategy.

All 11 Arizona Republican electors, **KELLI WARD (001)**, **TYLER BOWYER (002)**, **NANCY COTTLE (003)**, **JACOB HOFFMAN (004)**, **ANTHONY KERN (005)**, **JAMES LAMON (006)**, **ROBERT MONTGOMERY (007)**, **SAMUEL MOORHEAD (008)**, **LORRAINE PELLEGRINO (009)**, **GREGORY SAFSTEN (010)**, and **MICHAEL WARD (011)**, joined then-Texas Congressional Representative Louie Gohmert in suing Pence on December 27, 2020. Their complaint alleged that "Gohmert will object to the counting of Arizona electors voting for Biden, as well as to the Biden electors from the remaining Contested States." The plaintiffs attempted to have the court declare that Pence could "exercise the exclusive authority and sole discretion in determining which electoral votes to count for a given State." **KELLI WARD (001)** explained the purpose of the suit on twitter:



**Dr. Kelli Ward** 📧 ✅ @kelliwardaz · Dec 30, 2020     •••
"Friendly" in that we are in the same political party - but know this: we are suing VP Pence to ensure he understands that he has the power to do his constitutional duty on January 6. And we expect him to do it. That's it.

> **The Epoch Times** ✅ @EpochTimes · Dec 30, 2020
> #Arizona GOP Chairwoman @KelliWardAZ, a co-plaintiff in a lawsuit against VP @Mike_Pence, described the suit as a "friendly" one.
>
> The lawsuit, according to Ward, argues that the "Constitution takes precedent over statute." theepochtimes.com/arizona-gop-ch...

In addition to their lawsuit against Pence, other Arizona Republican electors made statements directly contradicting any intention that their votes would only be used if they succeeded in a legal challenge that changed the outcome of Arizona's election.

### i. KELLI WARD (001).

The day before voting as a Republican elector, **KELLI WARD (001)** posted to twitter indicating that her goal was to have the Arizona Legislature certify the fake Republican electors' votes:





On December 15, 2020, **KELLI WARD (001)** posted a video explaining why she and the other "true" electors had voted for **Unindicted Coconspirator 1** on December 14, 2020 She stated, "We believe that we are the electors for the legally cast votes here in Arizona."

Leading up to January 6, 2021, **KELLI WARD (001)** continued calling for the Arizona Legislature to change the outcome of the election. She published Pence's

January 6, 2021, letter explaining that he would accept the certified Democratic electors for Biden-Harris on January 6, 2021, and wrote, "Pray that @VP @Mike_Pence doesn't send our Republic to it's [sic] demise—crashing and burning into socialism, communism, & tyranny" Later that day, she thanked Arizona Congressman for objecting to Arizona's certified Democratic electors' votes during the Joint Session of Congress. And when Congress adjourned because the January 6, 2021 rioters breached the Capitol, she wrote, "Congress is adjourned. Send the elector choice back to the legislatures."

### ii. *TYLER BOWYER (002).*

**BOWYER (002)** made public statements demonstrating the contingency plan was cover for his attempt to change the outcome of the election. On November 27, 2020, he wrote, "#BidenCheated" and "Americans deserve the true election results."

On December 15, 2020, after voting for Trump-Pence, **BOWYER (002)** wrote, "this just gives potential ground to not accept electors from states with competing electors." **BOWYER (002)**, after *Gohmert v. Pence* was filed, posted to twitter·



**Tyler Bowyer** 🔵 ~ @tylerbowyer · Dec 28, 2020 ···

It's pretty simple: The President of the United States Senate (VP) has the awesome power of acknowledging a specific envelope of electoral votes when there are two competing slates— or none at all.

The 12th amendment covers dispute resolution when it occurs in the House of Reps.

WE NEED MIKE PENCE TO DEFEND OUR REPUBLIC & KEEP OUR ELECTIONS SECURE!

He followed with:



**Tyler Bowyer** 🔵

We don't live in a Democracy. The presidential election isn't democratic.

### iii JACOB HOFFMAN (004).

**HOFFMAN (004)** signed the fake December 14, 2020, "Joint Resolution of the 54th Legislature" declaring that "the Legislature is required to exercise its best judgment as to which slate of electors the voters prefer" and requesting "that the alternate 11 votes electoral votes be accepted for to Donald J. Trump or to have all electoral votes nullified completely until a full forensic audit can be conducted."

On January 5, 2021, **HOFFMAN (004)** sent a letter to Pence asking him to "delay the certification of the election results and instead seek clarification from the Arizona Legislature as to which slate of Presidential Electors are proper and accurate." **HOFFMAN (004)** was later interviewed by a reporter on January 11, 2021. When asked about voting as an elector, he responded

> In unpresented times, unprecedented action is occurred. There is no case law, there's no precedent that exists as to whether or not an election that is currently being litigated in the courts has due standing. Which is why, we felt it appropriate to provide Congress and the Vice President with dueling opinions.

### iv. ANTHONY KERN (005).

On December 15, 2020, **KERN (005)** was interviewed by a reporter for Epoch Times. He was asked about the Republican electors voting on December 14, 2020. He responded:

> So yesterday, as you know, December 14, the electors cast their vote for the presidential, uh, elect. In Arizona and several other states, the Biden electors voted for Biden and the Trump electors at the same time voted for President Trump. So both those slates of electors went to the Capitol. And uh and on January 6, Vice President Mike Pence gets a choice on which electors he's going to choose, and I'm, I'm almost positive that the, uh that, on January 6 there going to be a contested uh electoral process and if that's contested there's going to be a debate, and once there's debate, they're going to come back and vote, and it's going to be just a nice constitutional lesson for all America to see

On December 17, 2020, **KERN (005)** posted on social media, "I'm calling on @SpeakerBowers and @dougducey to call an emergency session to decertify the Biden electors Then I want a grand jury convened based on the evidence brought to light today. The Coup cannot hide in the darkness." He later suggested that Americans "[c]all or email" certain US Senators "and ask to object to the Biden electoral ballots," and he falsely claimed on December 31, 2020, that "[a] majority of legal Arizona voters chose @realDonaldTrump for a second term. #J6 #DoNotCertify."

On January 5, 2021, **KERN (005)** spoke at "Stop the Steal" rally in D.C., claiming **Unindicted Coconspirator 1** was the "true winner" of the election, and would be named President the following day at the Joint Session of Congress

### v. *SAMUEL MOORHEAD (008)*.

On June 18, 2022, **MOORHEAD (008)** wrote on Twitter.com·

> We need to take some action about the 2020 election. I advocate in AZ the legislature decertify the slate of Biden Electors and certify the slate of Trump electors I would hate to go to my grave knowing the electoral vote I cast was not counted."

### vi. *MICHAEL WARD (011)*.

Before voting as a fake elector, **MICHAEL WARD (011)** accompanied his wife, **KELLI WARD (001)**, to Washington D.C., where he posted a picture of Kelli talking to **Unindicted Coconspirator 1:**



Michael P Ward
December 1 2020

Another call tonight from POTUS...can t say what he said but I can say keep the pressure on Ducey!

Following his vote on December 14, 2020, **MICHAEL WARD (011)** posted to Facebook.com:



Michael P Ward
December 14 2020

Proud to cast my vote today as one of Arizona s 11 legitimate Electors for President Donald J Trump and VP Mike Pence!

As late as May 2022, **MICHAEL WARD (011)** continued to reinforce that the election was stolen, writing on Twitter: "Hey #J6 FU."

Based on the above, and other information reviewed, Defendants and their unindicted coconspirators deceived the public with false claims of election fraud in order to prevent the lawful transfer of the presidency, to keep **Unindicted Coconspirator 1** in office against the will of Arizona's voters, and deprive Arizona voters of their right to vote and have their votes counted. By sending in false

electoral votes, they obtained a benefit under Arizona law by creating the opportunity for Pence to reject the legitimate certified Democratic elector votes for Biden-Harris and declare **Unindicted Coconspirator 1** the winner of the 2020 Presidential election.

Pursuant to A.R.S. § 21-425, the State Grand Jurors find that the offenses described above were committed in Maricopa County, Arizona.

_____ True Bill _____
(A "True Bill")

KRISTIN K. MAYES
ATTORNEY GENERAL
STATE OF ARIZONA

Dated: 4/23/2024

NICHOLAS KLINGERMAN
Assistant Attorney General

Foreperson of the Grand Jury

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018                                    04/23/2024

CLERK OF THE COURT

HONORABLE MONICA GARFINKEL                    A Higuera
                                                                        Deputy

IN THE MATTER OF THE

93RD STATE GRAND JURY                         KRISTA WOOD


VENUE SET


Present are the above-named Assistant Attorney General and 15 members of the 93rd State Grand Jury

Court Reporter, Kristyn Lobry, is present

Starletta Brown, Foreman, presents to the Court Indictment 93 SGJ 81, a True Bill Attached is one folder containing the minutes and all physical evidence presented to or considered by the State Grand Jury

The Attorney General makes recommendation as to venue

IT IS ORDERED designating Maricopa County as the county of venue for the purpose of trial and all further proceedings

IT IS ORDERED assigning this cause a criminal number

The Attorney General makes recommendation as to process

As to Defendant's 001 through 018,

IT IS FURTHER ORDERED that a Summons issue in lieu of a Warrant to be delivered by the Clerk to the Sheriff

IT IS FURTHER ORDERED that these count(s) remain secret until execution of the Summons

Filed EXHIBITS

Docket Code 600                      Form G602A                           Page 1

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Case No: CR 2024-006850-018 |
| Plaintiff, | |
| v. | 93 SGJ 81 |
| **MARK MEADOWS (018)**, | **SUMMONS OF THE** |
| Defendant. | **STATE GRAND JURY** |

An Indictment has been filed on this 23rd day of April, 2024, in this Court, against you, **MARK RANDALL MEADOWS (018)**, charging that in the Superior Court, Maricopa County, Arizona, on or about November 3, 2020 and continuing through on or about January 6, 2021, the crimes of **COUNT 1: CONSPIRACY**, a Class 2 Felony, in violation of A.R.S. § 13-1003, **COUNT 2: FRAUDULENT SCHEMES AND ARTIFICES**, a Class 2 Felony in violation of A.R.S. § 13-2310(A), **COUNT 3: FRAUDULENT SCHEMES AND PRACTICES**, a Class 5 Felony, in violation of A.R.S. § 13-2311, **COUNTS 4-9: FORGERY**, Class 4 Felonies, in violation of A.R.S. § 13-2002(A), have been committed.

**YOU ARE HEREBY SUMMONED** to appear before this Court to answer the Indictment at the Central Court Building – Lower Level, Court Room 4, 201 W. Jefferson, Phoenix, Arizona 85003 at **8:30 a.m.** on **May 21, 2024.**

**Failure to appear without good cause as summoned will place you in contempt of Court, and a warrant will be issued for your arrest.**

Requests for reasonable accommodation for persons with disabilities must be made to

the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding and may be done by calling (602) 506-0094. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

**YOU ARE FURTHER ORDERED** to appear to be photographed and fingerprinted, prior to the arraignment date above, by the Maricopa County Sheriff's Office, Records and Identification Division, 201 W. Jefferson, West Court Building, 4th Floor, Phoenix, Arizona, between the hours of 7:30 a.m. to 4:30 p.m., Monday through Friday. **An appointment is not necessary; however, if you need more information, please call (602) 876-1047**.

**TO BE PROCESSED YOU <u>MUST</u> BRING THIS SUMMONS, SOME FORM OF IDENTIFICATION (i.e., Arizona Driver's License, Arizona Social Services card, Arizona I.D. card, Resident Alien card, or Military I.D. card, AND if you are under eighteen (18) years of age, a copy of the minute entry remanding your case to adult court).**

**GIVEN UNDER MY HAND AND SEAL** of said Court this 23 day of April _____, 2024, by order of the Court.

Defendant's Address:

606 Wind Flower Dr.
Sunset, SC 29685

JEFF FINE
Clerk of the Superior Court

By:_____
Deputy Clerk

#12030438

61

**OFFICER'S RETURN**

I certify that:

_____ ✓ This summons was served by ~~certified mail, receipt attached;~~ EMAIL

_____ ✓ I personally served this summons;

_____ I personally attempted to serve this summons

on ___4/24/24___ at 3:55 a.m./p.m. on the 24ᵗ day of _APRIL_ ,
Mark Meadows

20_24_ at ___EMAIL SERVICE - GEORGE @ GTJLAW.COM___ , ~~Arizona~~.

If not served, reason: _____

Agency: _AZAG_____

By: _____
Deputy Sheriff/Officer James Cope

---

**TO BE COMPLETED BY OFFICER TAKING FINGERPRINTS & PHOTOGRAPH:**

Case No.: _____  Date: _____

Time: _____  Location: _____

Officer: _____

62

Clerk of the Superior Court
*** Electronically Filed ***
I. Osuna, Deputy
5/13/2024 9:14:41 AM
Filing ID 17806458

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice motion pending

Attorneys for Defendant Mark Meadows

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | ) Case No. CR2024-006850-018 |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF APPEARANCE OF** |
| v. | ) **COUNSEL** |
| | ) |
| MARK MEADOWS (18), | ) |
| | ) |
| Defendant. | ) |

The law firm of Mitchell Stein Carey Chapman, PC and attorney George J. Terwilliger III, enter their notice of appearance on behalf of Defendant Mark Meadows in the above-captioned matter.

//

//

//

RESPECTFULLY SUBMITTED this 13th day of May, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: _/s/ Anne Chapman_

Anne Chapman
Lee Stein
George J. Terwilliger III*
*Pro Hac Vice motion pending*
*Attorneys for Defendant Mark Meadows*

**ORIGINAL** of the foregoing **E-FILED**
this 13th day of May, 2024 with:

Clerk of the Superior Court
Maricopa County Superior Court

**COPY** of the foregoing
**DELIVERED VIA E-FILING**
this 13th day of May, 2024 to:

Nicholas Klingerman, Esq.
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004

Attorneys for Plaintiff

_/s/ B. Wolcott_

Clerk of the Superior Court
*** Electronically Filed ***
T. Ford, Deputy
5/13/2024 9:17:44 AM
Filing ID 17806565

1  Anne Chapman (#025965)
   anne@mscclaw.com
2  Lee Stein (#012368)
   lee@mscclaw.com
3  MITCHELL | STEIN | CAREY | CHAPMAN, PC
4  2600 North Central Avenue, Suite 1000
5  Phoenix, AZ 85004
   Telephone: (602) 358-0292
6  Facsimile: (602) 358-0291

7  George J. Terwilliger III*
   P.O. Box 74
8  Delaplane VA 20144
9  George@gjt3law.com
   *Pro Hac Vice motion pending
10
11 *Attorneys for Defendant Mark Meadows*

12            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

13                 IN AND FOR THE COUNTY OF MARICOPA

14

15 STATE OF ARIZONA,                    ) No. CR2024-006850-018
                                        )
16            Plaintiff,                ) **UNOPPOSED MOTION TO**
                                        ) **CONTINUE**
17 v.                                   ) **-AND-**
                                        ) **UNOPPOSED MOTION FOR**
18 MARK MEADOWS (18),                   ) **VIRTUAL APPEARANCE AT**
                                        ) **ORIGINAL ARRAIGNMENT**
19            Defendant.                ) **HEARING**
20                                      )
                                        ) ***EXPEDITED CONSIDERATION***
21                                      ) ***REQUESTED***
                                        )
22                                      ) **[HONORABLE SHELLIE SMITH]**
23 _____     )

24

25        Defendant Mark Meadows, through undersigned counsel, respectfully requests the

26 Court continue the Original Arraignment Hearing ("OAH"), currently scheduled for May

27 21, 2024 at 8:30 a.m. for a period of two (2) weeks and further respectfully requests the

28 Court permit him to appear virtually at the OAH.

Defendant resides in Sunset, South Carolina. The Defense anticipates the OAH will be procedural only and that nothing substantive requiring Defendant's in-person participation will occur. To avoid the expense of traveling from South Carolina to Arizona for a procedural hearing, Defendant respectfully requests he be permitted to appear virtually for the OAH.

Prior to filing this Motion, undersigned conferred with Nicholas Klingerman, the Assistant Attorney General assigned to this matter. Mr. Klingerman indicated the State does not oppose this Motion.

Defendant has provided the fingerprints to the Maricopa County Sheriff's Office as required.

For the foregoing reasons, Defendant requests to continue the OAH, currently scheduled for May 21, 2024 at 8:30 a.m. for a period of two (2) weeks and further requests the Court permit him to appear virtually at the OAH. A form of order is attached for the Court's convenience.

RESPECTFULLY SUBMITTED this 13th day of May, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: _/s/ Anne Chapman_

Anne Chapman
Lee Stein
George J. Terwilliger III*
*Pro Hac Vice motion pending*
*Attorneys for Defendant Mark Meadows*

**ORIGINAL** of the foregoing **E-FILED**
this 13th day of May, 2024 with:

Clerk of the Superior Court
Maricopa County Superior Court

//

//

1  **COPY** of the foregoing
   **DELIVERED VIA E-FILING**
2  this 13th day of May, 2024 to:

3
   Nicholas Klingerman, Esq.
4  Assistant Attorney General
   Arizona Attorney General's Office
5  2005 N. Central Avenue
   Phoenix, AZ 85004
6
7  Attorneys for Plaintiff

8
    _/s/ B. Wolcott_____
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE 93RD   )
                               )
STATE GRAND JURY              )
                               )
IN RE:                     )  93 SGJ 81
                               )
██████████████  )  CR2024-006850-018
————————————————————)

CLERK OF THE
SUPERIOR COURT
FILED
S.KELBAUGH, DEP
2024 MAY 16 PH 2: 46

Phoenix, Arizona
April 23, 2024

REPORTER'S TRANSCRIPT OF GRAND JURY PROCEEDINGS

SGJ
ORIGINAL

PREPARED BY:
KRISTYN L. LOBRY, RPR
Certified Reporter #50954
(602) 506-1608
kristyn.lobry@jbazmc.maricopa.gov

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                               05/16/2024

                                          CLERK OF THE COURT
HONORABLE SHELLIE SMITH                        A. Chee
                                                Deputy


STATE OF ARIZONA                        NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                      ANNE M CHAPMAN

                                        COMM. SHELLIE SMITH



MINUTE ENTRY


The Court is in receipt of the Defendant's Motion to Continue.

IT IS ORDERED granting the motion, vacating the Not Guilty Arraignment on 5/21/2024 and resetting the same to 6/7/2024 at 9:00 a.m. before this division.

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| STATE OF ARIZONA, | ) | No. CR2024-006850-018 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MARK MEADOWS (18), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having before it Defendant Mark Meadows' Motion to Continue Original

Arraignment Hearing -and- Motion for Virtual Appearance at the Original Arraignment

Hearing, there being no objection from the State, and good cause appearing therefore:

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** continuing the Original Arraignment Hearing

from May 21, 2024 at 8:30 a.m. to June 07, 2024 at 9:00 a.m./p.m.

**IT IS FURTHER ORDERED** Defendant Mark Meadows may appear virtually at

the Original Arraignment Hearing.

DATED this 15 day of May, 2024.

Maricopa County Superior Court

**COMMISSIONER SHELLIE SMITH**

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone 602-542-3881
crmfraud@azag.gov

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**MARK MEADOWS (018)**,<br><br>　　　　　Defendant. | Case No: CR2024-006850-018<br><br>**STATE'S RESPONSE TO MEDIA CAMERA REQUEST SUBMISSION**<br><br>(Assigned to the Honorable Shellie Smith) |

The State has no objection to the media request on May 13, 2024 for the arraignment of June 7, 2024.

RESPECTFULLY SUBMITTED this 17th day of May, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL

/s/ Nicholas Klingerman
NICHOLAS KLINGERMAN
Assistant Attorney General

ORIGINAL of the foregoing e-filed
this 17th day of May, 2024, with the:

Clerk of the Superior Court
175 W. Madison Street
Phoenix, Arizona  85003

The Honorable Shellie Smith
Maricopa County Superior Court
175 W. Madison Street
Phoenix, Arizona  85003

COPY of the foregoing mailed
this 17th day of May, 2024, to:

Anne Chapman
MITCHELL STEIN CAREY CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, Arizona 85004
Attorney for Mark Meadows


/s/ Gilda Martinez
#12087706

1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE )
93rd STATE GRAND JURY )
IN RE: )          93 SGJ 81

███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )
AND                        )
███████████          )          CR2024-006850-018

Phoenix, Arizona
March 19, 2024
REPORTER'S TRANSCRIPT OF PROCEEDINGS

PREPARED FOR:
ORIGINAL
SGJ
PREPARED BY: CATHERINE L. TURNER, RPR
             Certified Reporter #50949

1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE        )
93rd STATE GRAND JURY         )
            IN RE:            )      93 SGJ 81
                             )
███████████                   )
AND                          )
███████████                   )
AND                          )
███████████                   )
AND                          )
███████████                   )
AND                          )
███████████                   )
AND                          )
██████████                    )
AND                          )
█████████████                 )
AND                          )
████████████                  )
AND                          )
██████████████                )
AND                          )
████████████                  )
AND                          )
██████████                    )
AND                          )
█████████████                 )
AND                          )
██████████                    )
AND                          )
████████████                  )
AND                          )
█████████                     )
AND                          )
████████████                  )
AND                          )
██████████                    )
AND                          )
██████████.                   )      CR2024-006850-018

Phoenix, Arizona
March 25, 2024
REPORTER'S TRANSCRIPT OF PROCEEDINGS
PREPARED FOR:
ORIGINAL
SGJ
PREPARED BY: CATHERINE L. TURNER, RPR
            Certified Reporter #50949

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA



PROCEEDINGS BEFORE THE 93rd          )
STATE GRAND JURY                     )
                                     )
IN RE:                               )    93 SGJ 81
                                     )
                 )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )    CR 2024-006850-018

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Phoenix, Arizona
February 20, 2024

1:16 p.m.

GJT                                       TREVA B. COLWELL, RPR
                                          Certified Reporter
                                          (Arizona No. 50275)
ORIGINAL

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

2024 MAY 28 PM 1:52

PROCEEDINGS BEFORE THE 93rd )
STATE GRAND JURY )
)
IN RE: )  93 SGJ 81
)
 )
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)  
)  CR 2024-006850-018

---

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Phoenix, Arizona
April 1, 2024

9:01 a.m.

GJT


ORIGINAL

TREVA B. COLWELL, RPR
Certified Reporter
(Arizona No. 50275)

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

CLERK OF THE
SUPERIOR COURT
FILED
A. HIGUERA. DEP
24 MAY 29 PM 5: 00

PROCEEDINGS BEFORE THE 93rd )
)    STATE GRAND JURY
ARIZONA STATE GRAND JURY )
IN RE: )
)    93rd SGJ 81
)
)    CR 2024-006850-018
– – – – – – – – – – – – – – )
)    VENUE: MARICOPA COUNTY
)
Defendant. )
_____ )

Phoenix, Arizona

January 16, 2024

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**STATE GRAND JURY PROCEEDINGS**

(AFTERNOON SESSSION)

Lisa A. Bradley, CSR #9938, RPR
Certified Reporter
Certificate No. 50442

(ORIGINAL)

SGJ

1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE 93RD STATE GRAND JURY

In Re:                          )
                                )       93 SGJ 81
                                )
████████████████               )       CR2024-006850-018
                                )
                                )
_____)
                                )

Phoenix, Arizona
February 5, 2024

REPORTER'S TRANSCRIPT OF PROCEEDINGS

ORIGINAL
SGJT

PREPARED BY:
LORI L. THIELMANN, CR, RPR
Certified Reporter #50877
lori.thielmann@jbazmc.maricopa.gov

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE 93rd          )
STATE GRAND JURY                     )
                                     )
IN RE:                               )   No. 93 SGJ 81
                                     )
                                     )   CR2024-006850-018
                                     )
                                     )

Phoenix, Arizona

February 26, 2024
(Morning Session)

REPORTER'S TRANSCRIPT OF STATE GRAND JURY PROCEEDINGS

**SGJT**

Prepared for:  (Original)

Reported by:  Robin G. Lawlor, RMR, CRR, FCRR
         Certified Court Reporter 50851

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE 93rd          )
STATE GRAND JURY                     )
                                     )
IN RE:                               )   No. 93 SGJ 81
                                     )
                                     )   CR2024-006850-018
                                     )
                                     )

Phoenix, Arizona

February 26, 2024

REPORTER'S TRANSCRIPT OF STATE GRAND JURY PROCEEDINGS

**SGJT**

Prepared for:  (Original)

Reported by:  Robin G. Lawlor, RMR, CRR, FCRR
              Certified Court Reporter 50851

24 MAY 29 PM 5:00
CLERK OF THE
SUPERIOR COURT
FILED
A HIGUERA DEP

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

24 MAY 29 PM 5: 00

CLERK OF THE
SUPERIOR COURT
FILED
A HIGUERA, DEP

| | |
|---|---|
| PROCEEDINGS BEFORE THE 93rd ) | STATE GRAND JURY |
| ARIZONA STATE GRAND JURY ) | 93rd SGJ 81 |
| IN RE: ) | CR 2024-006850-018 |
| -------------- ) | VENUE: MARICOPA COUNTY |
| Defendant. ) | |

Phoenix, Arizona

March 11, 2024


**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**STATE GRAND JURY PROCEEDINGS**


Lisa A. Bradley, CSR #9938, RPR
Certified Reporter
Certificate No. 50442

(ORIGINAL)

SGJ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

CLERK OF THE
SUPERIOR COURT
FILED
A HICULARA.DEP
24 MAY 29 PM 5:00

PROCEEDINGS BEFORE THE 93rd )
                             )    STATE GRAND JURY
ARIZONA STATE GRAND JURY     )
IN RE:                       )      93rd SGJ 81
                             )
                             )    CR 2024-006850-018
-------------                )
                             )    VENUE: MARICOPA COUNTY
                             )
            Defendant.       )
----------------------------- )


Phoenix, Arizona

March 18, 2024


**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**STATE GRAND JURY PROCEEDINGS**


Lisa A. Bradley, CSR #9938, RPR
Certified Reporter
Certificate No. 50442

(ORIGINAL)

SGJ

CLERK OF THE SUPERIOR COURT
FILED
MAY 2 9 2024 5:00pm
A. Higuera, Deputy

1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA
PROCEEDINGS BEFORE THE 93rd STATE GRAND JURY

ARIZONA STATE GRAND JURY
IN RE:

)
) 93 SGJ 81
)
)



)
)
)
)
)
)
)
)
)
)
)
)
)
) CR2024-006850-018
)
)
)

Phoenix, Arizona
March 26, 2024

REPORTER'S TRANSCRIPT OF PROCEEDINGS
STATE GRAND JURY PROCEEDINGS

PREPARED FOR:
ORIGINAL
SGJT

PREPARED BY:  Kristine M. Mayo, RPR, CRR, CRC
              Certified Court Reporter #50958
              kristine.mayo@JBAZMC.maricopa.gov

CLERK OF THE
. SUPERIOR COURT
FILED
A HIC. :33.DEP

24 MAY 29 PM 5: 00

1          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

2               IN AND FOR THE COUNTY OF MARICOPA

3

4

5

6    PROCEEDINGS BEFORE THE 93rd          )
     ARIZONA STATE GRAND JURY             )
7                                         )
     RE:                                  )   93 SGJ 81
8                                         )
                                          )   CR2024-006850-018
9                                         )
                                          )
10   --------------------------------

11

12

13               REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                  STATE GRAND JURY PROCEEDINGS

15

16

17

18                      April 8, 2024
                        Phoenix, Arizona

19

20

21

22

23                              Vanessa Gartner, RPR
                                Certified Reporter
24   SGJT                       Arizona No. 50601
     ORIGINAL
25

1    IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
     IN AND FOR THE COUNTY OF MARICOPA
2    PROCEEDINGS BEFORE THE 93rd STATE GRAND JURY

3

4    ARIZONA STATE GRAND JURY    )  93 SGJ 81
     IN RE:                      )
5                                )
                                 )
6                                )
                                 )
7                                )
                                 )
8                                )
                                 )
9                                )
                                 )
10                               )
                                 )
11                               )
                                 )
12                               )
                                 )
13                               )
                                 )
14                               )  CR2024-006850-018
                                 )
15                               )
                                 )
16   ─────────────────────────── )




17              Phoenix, Arizona
                April 15, 2024

18

19       REPORTER'S TRANSCRIPT OF PROCEEDINGS
            STATE GRAND JURY PROCEEDINGS

20

21   PREPARED FOR:
     ORIGINAL
     SGJT

22

23

24   PREPARED BY:  Kristine M. Mayo, RPR, CRR, CRC
                   Certified Court Reporter #50958
25                 kristine.mayo@JBAZMC.maricopa.gov

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

CLERK OF THE
SUPERIOR COURT
FILED
A HIG... A, DEP
24 MAY 29 PM 5: 00

| | |
|---|---|
| PROCEEDINGS BEFORE THE 93rd ) | STATE GRAND JURY |
| ARIZONA STATE GRAND JURY ) IN RE: ) | 93rd SGJ 81 |
| -------------- ) | CR 2024-006850-018 |
| ) | VENUE: MARICOPA COUNTY |
| Defendant. ) | |

Phoenix, Arizona

January 16, 2024

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**STATE GRAND JURY PROCEEDINGS**

Lisa A. Bradley, CSR #9938, RPR
Certified Reporter
Certificate No. 50442

(ORIGINAL)

SGJ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE 93RD )
                                )
STATE GRAND JURY )
                                )
IN RE: )    93 SGJ 81
                                )
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ )    CR2024-006850-018
————————————————————————————— )

Phoenix, Arizona
January 29, 2024

2024 MAY 30 PM 1:00
CLERK OF THE
SUPERIOR COURT
FILED
D MERKLING, DEP

REPORTER'S TRANSCRIPT OF GRAND JURY PROCEEDINGS

SGJ
ORIGINAL

PREPARED BY:
KRISTYN L. LOBRY, RPR
Certified Reporter #50954
(602) 506-1608
kristyn.lobry@jbazmc.maricopa.gov

1

CLERK OF THE
SUPERIOR COURT
FILED
D. MERKLING, DEP
2024 MAY 30 PM 1:13

1    IN THE SUPERIOR COURT OF ARIZONA

2    IN AND FOR THE COUNTY OF MARICOPA

3

4    PROCEEDINGS BEFORE THE 93RD          )
     MARICOPA COUNTY GRAND JURY            )
5    IN RE:                               )
                                          )    93 SGJ 81
6                                          )



CR2024-006850-018

18                    Phoenix, Arizona
                      March 4, 2024
19

20

21
                 REPORTER'S TRANSCRIPT OF PROCEEDINGS
22

23

24
     SGJT
25
     Luz Franco, RMR, CRR, CR No. 50591

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE 93RD )
)
STATE GRAND JURY )
)
IN RE: )  93 SGJ 81
)
███████████████████ )  CR2024-006850-018
_____)

Phoenix, Arizona
April 22, 2024

REPORTER'S TRANSCRIPT OF GRAND JURY PROCEEDINGS

SGJ
ORIGINAL

PREPARED BY:
KRISTYN L. LOBRY, RPR
Certified Reporter #50954
(602) 506-1608
kristyn.lobry@jbazmc.maricopa.gov

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE 93RD      )
                                 )
STATE GRAND JURY                 )
                                 )
IN RE:                           )   93 SGJ 81
                                 )
██████████████████               )   CR2024-006850-018
_____  )

CLERK OF THE
SUPERIOR COURT
FILED
D MERKLING, DEP
2024 MAY 30 PM 12: 56

Phoenix, Arizona
April 9, 2024

REPORTER'S TRANSCRIPT OF GRAND JURY PROCEEDINGS

SGJ
ORIGINAL

PREPARED BY:
KRISTYN L. LOBRY, RPR
Certified Reporter #50954
(602) 506-1608
kristyn.lobry@jbazmc.maricopa.gov

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

PROCEEDINGS BEFORE THE 93RD      )
                                 )
STATE GRAND JURY                 )
                                 )
IN RE:                           )    93 SGJ 81
                                 )
███████████████████████          )    CR2024-006850-018
_____  )

CLERK OF THE
SUPERIOR COURT
FILED
D MERKLING, DEP
2024 MAY 30 PM 12: 57

Phoenix, Arizona
January 22, 2024

REPORTER'S TRANSCRIPT OF GRAND JURY PROCEEDINGS

SGJ
ORIGINAL

PREPARED BY:
KRISTYN L. LOBRY, RPR
Certified Reporter #50954
(602) 506-1608
kristyn.lobry@jbazmc.maricopa gov

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

CLERK OF THE
SUPERIOR COURT
F: ED
A Hiʒ. ːːːːʌ. DEP
24 MAY 29 PM 5:00

PROCEEDINGS BEFORE THE 93rd      )
                                 )   STATE GRAND JURY
ARIZONA STATE GRAND JURY         )
IN RE:                           )     93rd SGJ 81
                                 )
                                 )   CR 2024-006850-018
--------------                   )
                                 )   VENUE: MARICOPA COUNTY
                                 )
            Defendant.           )
_____)


Phoenix, Arizona

April 16, 2024


**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**STATE GRAND JURY PROCEEDINGS**

(AFTERNOON SESSSION)


Lisa A. Bradley, CSR #9938, RPR
Certified Reporter
Certificate No. 50442

(ORIGINAL)

SGJ

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA,<br><br>                 Plaintiff,<br>v.<br><br>**JACOB HOFFMAN (004),**<br>**JAMES LAMON (006),**<br>**BORIS EPSHTEYN (014),**<br>**JENNA ELLIS (015),**<br>**MICHAEL ROMAN (017),**<br>**MARK MEADOWS (018),**<br><br>          Defendants. | Cause No.  **CR2024006850-004**<br>**CR2024006850-006**<br>**CR2024006850-014**<br>**CR2024006850-015**<br>**CR2024006850-017**<br>**CR2024006850-018**<br><br>**PLAINTIFF'S RULE 15.1**<br>**INITIAL DISCLOSURE**<br><br>Hon. Daniel G. Martin |

The State, pursuant to Arizona Rule of Criminal Procedure 15.1, makes available the following material and information. All of the materials subject to disclosure, presently in the State's possession, are referenced in this document. Additional disclosure, if any, will be made available as received, in accordance with Rule 15.6. Any such disclosure may be used in the State's case-in-chief or as rebuttal

evidence in this case.

*1.    Witnesses, Rule 15.1(b(1))*

State witnesses include, but are not limited to the following persons:

**AGO Special Investigations Section**

1.  SA Jeff Ignowski #475

2.  SA William Knuth #460

3.  SSA John Hillman #469

4.  Chief James Cope #453

5.  Analyst Brooke Brown

**Witnesses**

6.  Bill Gates, Former Member–Maricopa County Board of Supervisors

7.  Jack Sellers, Former Member–Maricopa County Board of Supervisors

8.  Steve Chucri, Former Member–Maricopa County Board of Supervisors

9.  Clint Hickman, Former Member–Maricopa County Board of Supervisors

10. Gregory Jacob, Former Counsel to Vice President Mike Pence

11. Russell Bowers, Former Speaker of the House–AZ House of Representatives

12. Justin Clark, Former Trump Presidential Campaign Official

13. Brian Seitchik, Former Trump Presidential Campaign Official

14. William Stepien, Former Trump Presidential Campaign Manager

15. Cassidy Hutchinson, Former Aide to Mark Meadows

16. Doug Ducey, Former Governor of Arizona

17. Jamie Fleet, Former Advisor to Former Speaker Nancy Pelosi

18. Vincent Leach, Former Arizona State Senator

19. Kenneth Chesebro, Former Attorney for Trump Presidential Campaign

If a witness becomes unavailable pursuant to Arizona Rule of Evidence 804(a), the State will attempt to introduce prior statements under Arizona Rules of Evidence 803(24) and 804(b)(5).

Interviews of any of the above referenced witnesses, or other witnesses identified through the State's disclosure, will be arranged and attended by the State. The State requests the defense notify the State, in writing, as to which witnesses will be interviewed, dates and times available for the interviews, and how long the interviews are expected to take.

2. *Defendants' Statements, Rule 15.1(b)(2)*

The State will use any such statements whether recorded, summarized, transcribed, referenced or alluded to in the disclosure materials.

3. *Law Enforcement Reports, Rule 15.1(b)(3)*

The State will use any such reports or supplements, as well as information and materials referenced therein.

4. *Experts, Rule 15.1(b)(4)*

Examination notes made by experts listed shall be provided after written request. Additional names and materials will be disclosed as they become known. The State may use any such expert or materials.

Additionally, any law enforcement officer listed in the disclosure materials may be called as an expert witness with respect to an area within the officer's training and

experience, including expert knowledge of any area pertinent to this case.

5.      *Papers, Documents, Photographs and Tangible Objects, Rule 15.1(b)(5)*

All items in Rule 15.1(b)(5) are listed below with other disclosure. Upon request, the State will arrange and attend the inspection of materials referenced in the disclosure materials. The State requests the defense notify the State, in writing, as to which items they request to inspect, dates and times available for the inspection, and how long the inspection is expected to take.

6.      *Prior Felony Convictions of Defendants, Rule 15.1(b)(6)*

The State will provide documentation of any prior felony convictions for these defendants, alleged in a prior convictions allegation, that the State intends to use as evidence at the trial or sentencing phase of the case. The State reserves the right to supplement this information should additional material become available to the State.

7.      *Prior Acts, Rule 15.1(b)(7)*

The State's intent to use prior or other acts may change depending on disclosed defenses and on the material revealed during interviews of defense witnesses, and/or if new facts arise in the discovery process. If either of these scenarios should occur, the State will notify defense counsel and file a formal 404(b) Notice and Motion.

8.      *Brady Material, Rule 15.1(b)(8)*

To the extent material covered by Rule 15.1(b)(7) exists, it is included within the State's disclosure. The State does not possess additional *Brady* impeachment material.

The State will disclose within thirty days prior to trial in Superior Court any prior felony convictions and/or misdemeanor convictions involving dishonesty, which are

contained within ACJIS records available to the Arizona Attorney General's Office, of non-law enforcement witnesses disclosed by the State.

9.    *Electronic Surveillance, Rule 15.1(b)(9)*

Defendants were not subject to electronic surveillance.

10.    *Search Warrant, Rule 15.1(b)(10)*

Search warrants were executed in this case.

11.    *Informant, Rule 15.1(b)(11)*

There is no informant involved in this case whose existence or identity the State is required to disclose pursuant to Rule 15.4(b)(2) of the Arizona Rules of Criminal Procedure.

12.    *Disclosure Materials*

The following disclosure materials have been uploaded to the AG Fileshare server and are available for downloading:

EXHIBITS:                                                                BATES No.:

**REPORTS**
SIS Supplement 1 (Steve Chucri)                        000001-000007
SIS Supplement 2 (Wilinchik and Bartness ATT Subpoenas)   000008-000009
SIS Supplement 3 (Jack Sellers)                        000010-000015
SIS Supplement 4 (Bill Gates)                          000016-000021
SIS Supplement 5 (Clint Hickman)                       000022-000027
SIS Supplement 6 (Safsten Email Subpoena)              000028-000030
SIS Supplement 7 (Safsten Cell Phone SW)               000031-000033
SIS Supplement 8 (Hoffman TMobile Results)             000034-000036
SIS Supplement 9 (Maricopa County Subpoena Production)   000037-000039
SIS Supplement 10 (SWs)                                000040-000042
SIS Supplement 13 (Christine Ferreiria Subpoena)       000049-000051
SIS Supplement 14 (Aaron Green Subpoena)               000052-000054
SIS Supplement 15 (Josh Offenhartz Subpoena)           000055-000057
SIS Supplement 16 (Kelli and Michael Ward Subpoena)    000058-000059

SIS Supplement 17 (Wilinchik & Bartness ATT Subpoenas)   000060-000063
SIS Supplement 18 (Kelli Ward Subpoena)   000064-000066
SIS Supplement 19 (Kelly Townsend Subpoena)   000067-000069
SIS Supplement 20 (Jason Miller Subpoena)   000070-000072
SIS Supplement 21 (Lee Miller)   000073-000076
SIS Supplement 22 (Kelly Townsend)   000077-000081
SIS Supplement 26 (Rusty Bowers Interview 2)   000082-000085
SIS Supplement 27 (Greg Jacob)   000086-000088
SIS Supplement 28 (Judge Snow Documents)   000089-000092

**ANTHONY KERN**
1-26-21 Kern tweet about refusal to hand over records about J6   002750
12-7-23 Kern tweet refuses to cooperate with AZ GOP   002751
12-17-20 Kern retweet about no president elect   002752
12-17-20 Kern tweet calling Ducey and Bowers to decertify   002753
12-17-20 Kern tweet calling on Ducey and Bowers   002754
12-23-20 Kern tweet about filing a amicus brief   002755
12-30-20 Kern tweet saying he will be in DC on J6   002756
12-31-20 Kern tweet calling for Pence to decertify   002757
A Kern Exhibits   002758-002792
Anthoney Kern Interview 12 15 2020   002793
Anthony Kern Speaks at Stop the Steal in DC on Jan 6th   002794
AZ Republic front page abt Kern at US capitol on J6   002795
CNN Speaks to Anthony Kern 2023   002796
Dec 14 Joint Resolution to accept fake electors   002797
Epoch Times Kern 3 4 2021   002798
Hoffman email to Pence staffer   002799
Kern 2024 election ad for US Congress   002800
Kern epoch 2   002801
Kern Epoch times for 3 4 2024   002802
Kern FB   002803
Kern on CNN   002804
Kern pic at the J6 capitol steps   002805
Kern speech   002806
Kern won't answer 3 4 2024   002807
Kern would not answer reporters ask about DOJ   002808
Twitter person asking Kern if pic is him at J6   002809

**BILL GATES**
Bill Gates Interview 10-9-23   002810

**BRIAN SEITCHIK**
Dec 11th Email from Josh Findlay to Chesebro etc.   002811-002812

2020-12-11 - 1850 - Chesebro sends Findlay and Roamn Draft AZ…002813-002814
2020-12-12 - 1047 - Reg Pol Director Brian Seitchik forwards… 002815-002817
2020-12-12 - 1830 - Chesebro e-mail to AZ noting Guiliani says … 002818-002863
2020-12-12 - 1942 - E-mail from Kelli Ward on AZ status 002864-002866
2020-12-12 - 1759 - AZ update from Thomas Lane 002867-002869
Snip from Ronna McDaniel's J6 Depo 002870

**CASSIDY HUTCHINSON**
Cassidy Hutchinson Int 1 3-26-24 002871
Cassidy Hutchinson Int 2 3-26-24 002872

**CHRISTINA BOBB**
Azmirror.com 002873
Christina Bobb NYT story 002874-002877
Christina Bobb to Mike Roman on 12-14 Plan (written 12-12-20) 002878-002879
Youtube.com 002880

**CLINT HICKMAN**
Clint Hickman Interview 10-9-26 002881
Clint Hickman WAPO Interview 002882
Giuliani VM to Hickman circa 11-30-20 002883

**GREG JACOB**
Greg Jacob depo 002884-003111
Greg Jacob Interview 2-23-24 003112
Greg-jacob-jan-5-memo 003113-003115
J6h-greg-jacob-testimony-61622 003116-003118

**GREG SAFSTEN**
2020-12-10 1219 KC WRITES GREG SAFSTEN OF AZ IN RES…003119-003119
2020-12-10 1221 KC reports e-mail to Safsten bounced back 003120-003121
2020-12-10 1221 Safsten e-mail bounces back 003122-003124
2020-12-10 1234 E-MAIL FROM EPSHTYN TO CHESEBRO… 003125-003127
2020-12-10 1434 CHESEBRO E-MAIL TO AZ WITH DRAFT… 003128-03129
2020-12-10 1459 Chesebro copies Wilenchik on e-mail… 003131
Azmirror.com 003132
Blake Masters has hired two 'fake electors' as campaign staffers 003133-003137
Elector Exhibits (1st 12pgs) 003138-003149
Greg Safsten 003150

**JACK SELLERS**
Jack Sellers Interview 10-9-23 003151
Jack Sellers Text Messages Dec 24 into 2021 003152-003164

**JACK WILENCHIK**
ATT Results for Jun 2023 to Jan 2024 Calls
    ATT Records Key                                 003165-003181
    Declaration 3855883                   003182
    Original 20240206-173041306       003183
    ReportAU 3855883 Cellphone       003184-003402
    ReportAU 3855883                   003403-003557
    ReportCT 3855883 Subscriber Info   003558
    ReportCT 3855883                   003559-003560
    ReportICDR 3855883 International Calls 003561
    ReportICDR 3855883                 003562
    ReportLandline 3855883 Wireline    003563-003582
    ReportLandline 3855883             003583-003597
    Wilenchik Cellphone Log June 2023 to Jan 2024   003598-003816
Jack Wilenchik calls to Czech Republic   003917
Jack Wilenchik Wired line Phone Logs June 20 2023 to Jan 24 2…  003918-003937

**JAKE HOFFMAN**
AZ Central Story Rep. Jack Hoffman asked Pence to not accept …  003938-003941
Elector Exhibits (1st 12pgs)               003942-003953
Hoffman dodges                      003954
Hoffman email to Pence staffer         003955
Hoffman letter to Pence 1               003956
Hoffman letter to Pence 2               003957
Hoffman on twitter                  003958
Hoffman Story                        003959
Hoffman video for SGJ 3-4-2024        003960
MSNBC Alex Wagner story about Jake Hoffman Letter  003961
Stonewalldemsaz.org                003962
CNN.com                         003963
Defendyourvotingrights.org        003964
USAtoday.com                   003965

**JAMES TROUPIS**
3.1.24 Redacted Troupis Settlement_Redacted  003966-003969
Redacted Troupis Privilege Log        003970-004236
Troupis 008910 – Troupis 010348      004237-005675

**JASON MILLER**
Jason Miller Interview 3-22-24        005676

**JENNA ELLIS**

Ellis Initial Bar complaint (May '22)                                005677-005719
Ellis 2nd Bar Complaint in Colorado (late-'23)           005720-005853
Ellis New Bar Complaint (Jan 24)                                     005854-005870
Jenna Ellis w Rudy Giuliani                                          005871

**JIM LAMON**
Jim Lamon 01 30 2022 Interview Contingency                           005872
Jim Lamon explains elector role in news story contingency           005873
Jim Lamon Interview 3-26-24                                          005874
Jim Lamon news story Jan 31 2022 Contingency                        005875
Lamon Exhibits                                                       005876-005900
Lamon's Lame Excuse                                                  005901
Roselawgroupreporter.com                                            005902
Azcentral.com                                                        005903

**JOHN EASTMAN**
Eastman asks to be on pardon list                                    005904
Testimony at Cali Bar hearing                                        005905-006108

**JOSH FINDLAY**
Findlay J6 Depo                                                      006109-006198
Josh Findlay (12-10-20) email on electors                           006199-006200

**JUDGE MICHAEL LUTTIG**
Luttig statement to J6 Committee                                     006201-006206

**JUSTIN CLARK**
2020-12-10 - 1727 - JUSTIN CLARK SAYS GO GET EM KEN     006207
2020-12-10 - 1853 - KEY THREAD WITH MORGAN ON RAT…    006208-006217
2020-12-11 - 1301 - Chesebro e-mail to Troupis with draft press …   006218-006219
Justin Clark Interview 3-26-24                                       006220
Boris telling everyone press release on hold until mayor and DJT…   006220-006224

**KELLI WARD**
2-20CV02321_DocketEntry_12-02-2020_1                                 006225-006277
5-24 Ward v. Jackson                                                 006278-006296
25-30 Legal Cover Email Chain                                        006297-006301
AA Ward Phone Log-Call Data                                          006302-006415
AA Ward Phone Log-Sheet1                                             006416-006417
AA Ward Phone Log-Sheet2                                             006418-006422
CNN Article                                                          006423-006432
Gohmert & K Ward etc. vs Pence (Dec. '20)                           006433-006460
K Ward 12 1 2020                                                     006461

| | |
|---|---|
| Kelli Ward & electors – GOP tweets | 006462 |
| Kelli Ward & fake electors pray | 006463 |
| Kelli Ward (States United) summary of J6 materials | 006464-006486 |
| Kelli Ward book Justified | 006487-006581 |
| Kelli Ward Communications with Electors | 006582-006605 |
| Kelli Ward Facebook 12 15 2020 | 006606 |
| Kelli Ward J6 Depo | 006607-006674 |
| Kelli Ward texts with Supervisor Steve Chucri | 006675-006691 |
| Kelli Wards call log 2023 to 2024-Sheet1 | 006692-006742 |
| Kelli Wards call log 2023 to 2024-Sheet2 | 006743-006802 |
| Kelli Wards call log 2023 to 2024-Sheet3 | 006803 |
| Kelli Wards call log 2023 to 2024-Sheet4 | 006804 |
| KelliWard & electors—GOP tweet | 006805 |
| KW 2020-12-12 -1047 - REG POL DIRECTOR SEITCHIK FWS… | 006806-006808 |
| KW AZGOP State of the Race Update_12.28.2020 | 006809 |
| KW AZGOP tweet 12.28.2020 | 006810 |
| KW Calls with Meadows | 006811 |
| KW Docs | 006812-006814 |
| KW Oh Yes | 006815 |
| P5 Treasonous Email | 006816 |
| P31-36 | 006817-006821 |
| Page 3-4 Wilenchik | 006822-006823 |
| So does doctor Kelli Ward | 006824 |
| Ward & Meadows Communication Timeline | 006825-006829 |
| Ward Facebook about losing lawsuit | 006830 |

**KELLY TOWNSEND**

| | |
|---|---|
| Kelly Townsend Call #1 | 006831 |
| Kelly Townsend Call #2 | 006832 |
| Kelly Townsend Phone Log 2023-2024 | 006833-007549 |

**KEN CHESEBRO**

Chesebro Discovery (provided by him)

| | |
|---|---|
| 2020-09-23 - Atlantic - The Election the Could Break America | 007550-007583 |
| 2020-10-30 - Politico - Trump and Biden Temas Prep for Elec… | 007584-007592 |
| 2020-11-04 - Rick Perry text | 007593-007596 |
| 2020-11-05 - Donald Trump Jr text | 007597-007601 |
| 2020-11-05 - Mark Levin tweet | 007602 |
| 2020-11-06 - Biggs-Meadows texts | 007603-007605 |
| 2020-11-12 - Newt Gingrich text | 007606-007608 |
| 2020-11-17 - 0900 - setting up conference call | 007609 |
| 2020-11-17 - 0905 - setting up conference call | 007610 |
| 2020-11-17 - 2200 - draft of Chesebro memo on real deadline | 007611-007615 |

2020-11-17 - 2320 - cover e-mail to Nov 17 draft memo          007616
2020-11-18 - CHESEBRO MEMO ON JAN 6 AS REAL D…          007617-007623
2020-11-23 - CHESEBRO E-MAIL ON STATE NOT HAV…          007624-007626
2020-11-25 - 1545 - E-MAIL FROM TROUPIS TO CLARK…          007627
2020-11-25 - 1607 - Clark response to Troupis thanking him          007628
2020-12-06 - 0115 - CHESEBRO MEMO ON USING ALT E…          007629-007634
2020-12-07 - 0115 - cover e-mail to Troupis with memo          007635
2020-12-07 - 1906 - followup to Troupis on circulating memo          007636-007637
2020-12-07 - 2052 - E-MAIL CHAIN STARTING WITH TRO…          007638-007644
2020-12-08 - 0115 - E-MAIL TO TROUPIS ON ELECTORS…          007645-007647
2020-12-08 - 0958 - e-mails with Troupis on TX case          007648-007651
2020-12-08 - 1227 - e-mail thread on Texas case          007652-007653
2020-12-08 - 1310 - FOLLOWUP WITH TROUPIS          007654-007657
2020-12-08 - 1843 - E-MAILS WITH TROUPIS ON CALL…          007658-007659
2020-12-08 - 1914 - E-MAILS WITH JACK WILENCIK          007660-007662
2020-12-08 - 2129 - E-MAIL TO TROUPIS ON NEED TO F…          007663
2020-12-09 - 0003 - e-mail to Bock          007664-007667
2020-12-09 - 1427 - Chesebro corr with WI GOP          007668-007669
2020-12-09 - 1427 - more e-mails with WI GOP          007670-007671
2020-12-09 - 2236 - Chesebro e-mail to Austin Browning          007672
Chesebro to states Dec 13, 2020
    Chesebro coordinates w AZ          007673-007674
    Chesebro coordinates w GA          007675-007677
    Chesebro coordinates w NM          007678
    Chesebro coordinates w NV 1          007679-007680
    Chesebro coordinates w NV 2          007681-007683
    Chesebro coordinates w NV 3          007684-007686
    Chesebro coordinates w PA          007687-007688
    Chesebro coordinates w WI          007689-007691
March 8 Discovery – 282 curated PDFs
    2020-09-23 - Atlantic - The Election that Could Break America          007692-007725
    2020-10-30 - Politico - Trump, Biden Teams Prep for Election…          007726-007734
    2020-11-04 - Rick Perry text          007735-007738
    2020-11-05 - Donald Trump Jr text          007739-007743
    2020-11-05 - Mark Levin tweet          007744
    2020-11-06 - Biggs-Meadows texts          007745-007747
    2020-11-12 - Newt Gingrich text          007748-007750
    2020-11-17 - 0900 - setting up conference call          007751
    2020-11-17 - 0905 - setting up conference call          007752
    2020-11-17 - 2200 - draft of Chesebro memo on real deadline          007753-007757
    2020-11-17 - 2320 - cover e-mail to Nov 17 draft memo          007758
    2020-11-18 - CHESEBRO MEMO ON JAN 6 AS REAL DE…          007759-007765
    2020-11-23 - CHESEBRO E-MAIL ON STATE LEGISLAT…          007766-007768

2020-11-25 - 1545 - E-MAIL FROM TROUPIS TO CLARK…   007769
2020-11-25 - 1607 - Clark response to Troupis thanking him   007770
2020-12-06 - 0115 - CHESEBRO MEMO RE ALTERNATE…   007771-007776
2020-12-07 - 0115 - cover e-mail to Troupis with memo   007777
2020-12-07 - 1906 - followup to Troupis on circulating memo   007778-007779
2020-12-07 - 2052 - E-MAIL CHAIN STARTING WITH TR…   007780-007786
2020-12-08 - 0115 - E-MAIL TO TROUPIS ON ELECTORS…   007787-007789
2020-12-08 - 0958 - e-mails with Troupis on TX case   007790-007793
2020-12-08 - 1227 - e-mail thread on Texas case   007794-007795
2020-12-08 - 1310 - FOLLOWUP WITH TROUPIS   007796-007799
2020-12-08 - 1843 - E-MAILS WITH TROUPIS ON CALL…   007800-007801
2020-12-08 - 1914 - E-MAILS WITH WILENCIK   007802-007804
2020-12-08 - 2129 - E-MAIL TO TROUPIS TO FLIP STATES   007805
2020-12-09 - 0003 - e-mail to Bock that electors will vote Dec…   007806-007809
2020-12-09 - 1427 - Chesebro correspondence with Wisconsin…   007810-007811
2020-12-09 - 1427 - more e-mails with WI GOP   007812-007813
2020-12-09 - 2236 - Chesebro e-mail to Browning   007814
2020-12-09 - 2236 - e-mails on links to 2016 certificates   007815
2020-12-09 - 2240 - Chesebro cover e-mail for Dec 9   007816
2020-12-09 - 2240 - CHESEBRO LOGISTICS MEMO   007817-007822
2020-12-10 - 1007 - TROUPIS E-MAIL TO CHESEBRO   007823
2020-12-10 - 1040 - FIRST CONTACT WITH CLARK   007824-007825
2020-12-10 - 1101 - e-mail from Epshtyn   007826-007828
2020-12-10 - 1212 - Justin Clark explains what RPD means   007829-007831
2020-12-10 - 1219 - KC WRITES GREG SAFSTEN   007832-007833
2020-12-10 - 1221 - e-mail to Safsten bounced back   007834-007835
2020-12-10 - 1221 - Safsten e-mail bounces back   007836-007838
2020-12-10 - 1234 - E-MAIL FROM EPSHTYN TO CHESE…   007839-007841
2020-12-10 - 1311 - e-mails with Wilenchik   007842-007846
2020-12-10 - 1329 - CHESEBRO TO REVIEW DRAFT CERT   007847-007851
2020-12-10 - 1416 - CHESEBRO EDITS ON WI PAPERS   007852-007858
2020-12-10 - 1419 - CHESEBRO EMAIL TO CLARK   007859-007862
2020-12-10 - 1422 - Chesebro asks Nick Trainer for more info   007863
2020-12-10 - 1434 - CHESEBRO E-MAIL TO AZ   007864-007865
2020-12-10 - 1436 - Epshtyn assignment to coordinate with st…   007866-007868
2020-12-10 - 1458 - Chesebro answers Troupis questions   007869-007875
2020-12-10 - 1459 - copies Wilenchik on e-mail to Safsten   007876
2020-12-10 - 1503 - Chesebro additional e-mail to Troupis   007877-007880
2020-12-10 - 1530 - Chesebro e-mail to Trainor   007881-007882
2020-12-10 - 1655 - e-mail agreeing on pre-Dec 14 press release   007883-007884
2020-12-10 - 1700 - elector info from Nick Trainor   007885
2020-12-10 - 1701 - E-MAILS WI GOP WITH REVISED FO…   007886-007888
2020-12-10 - 1706 - Chesebro e-mail to Nick Trainor   007889

2020-12-10 - 1712 - Chesebro writes Trainor 007890
2020-12-10 - 1719 - Jason Miller asks about identifying people 007891
2020-12-10 - 1724 - KEN ANSWERS MILLER 007892-007893
2020-12-10 - 1727 - CLARK SAYS GO GET EM KEN 007894
2020-12-10 - 1731 - E-MAIL SUGG ADVANCE PRESS RE… 007895-007897
2020-12-10 - 1755 - INTRODUCTORY E-MAIL TO GA 007898-007899
2020-12-10 - 1759 - INTRODUCTORY E-MAIL TO MI 007900-007901
2020-12-10 - 1800 - EPSHTYN E-MAIL INTRODUCING… 007902-007904
2020-12-10 - 1810 - CHESEBRO E-MAIL TO GUILIANI 007905-007908
2020-12-10 - 1814 - CHESEBRO E-MAIL TO GUILIANI 007909-007910
2020-12-10 - 1827 - Chesebro e-mail to DeGraffenreid 007911-007912
2020-12-10 - 1851 - Chesebro e-mail to Tom King 007913-007915
2020-12-10 - 1853 - KEY THREAD WITH MORGAN 007916-007925
2020-12-10 - 1904 - e-mail to Tom King 007956
2020-12-10 - 1910 - DeGraffenreid e-mail 007957
2020-12-10 - 1944 - e-mail to Troupis 007929-007933
2020-12-10 - 1944 - e-mails campaign and Troupis 007934-007938
2020-12-10 - 1946 - email to Clark and Morgan 007939-007943
2020-12-10 - 2024 - Epshteyn with phone # so Guilani can call 007944-007949
2020-12-10 - 2051 - CHESEBRO E-MAIL TO MI 007950-007952
2020-12-10 - 2111 - GUILIANI IS INCLINED TO HAVE NV… 007953-007959
2020-12-10 - 2117 - Chesebro e-mails with Troupis 007960-007962
2020-12-10 - 2128 - Epshteyn thanks Chesebro for update on… 007963-007969
2020-12-10 - 2128 - Troupis requests Chesebro attend meeting 007970-007972
2020-12-10 - 2203 - Chesebro e-mail to Tom King 007973-007974
2020-12-10 - 2208 - CHESEBRO E-MAIL TO GUILIANI… 007975-007976
2020-12-10 - 2226 - CHESEBRO E-MAILS WITH SHERIDAN 007977-007980
2020-12-10 - 2237 - CHESEBRO E-MAIL TO AZ ELECTORS 007981-007982
2020-12-10 - 2244 - Epshteyn says NV should vote 007983-007989
2020-12-10 - 2318 - Chesebro e-mail 2 to DeGraffenreid 007990-007992
2020-12-10 - 2344 - Introductory e-mail to GA 007993-007995
2020-12-11 - 0102 - Chesebro followup e-mail to GA 007996-007998
2020-12-11 - 0120 - Chesebro e-mail 3 to DeGraffenreid 007999-008002
2020-12-11 - 0155 - CHESEBRO E-MAIL TO MORGAN 008003-008004
2020-12-11 - 0714 - e-mail from Guiliani fw info to Epshten… 008005-008006
2020-12-11 - 0913 - Clark tells Findlay that Chesebro running pt 008007-008011
2020-12-11 - 0942 - Chesebro e-mails with Clark re Findlay 008012-008017
2020-12-11 - 0944 - e-mail from Findlay to Chesebro 008018-008023
2020-12-11 - 0954 - CHESEBRO E-MAILS FINDLAY 008024-008030
2020-12-11 - 1003 - Chesebro e-mails with Tom King 008031-008033
2020-12-11 - 1007 - FINDLAY SENDS CHESEBRO DRAFT… 008034-008100
2020-12-11 - 1026 - e-mail from Chesebro re PA 008101-008108
2020-12-11 - 1027 - CLARK re NEED FOR GORUND TEAM 008109-008117

2020-12-11 - 1029 - Chesebro e-mail to Clark      008118-008126
2020-12-11 - 1031 - CLARK ASKS TO KEEP HIM POSTED      008127-008136
2020-12-11 - 1059 - Chesebro e-mail to Findlay      008137
2020-12-11 - 1202 - CHESEBRO RE DISCUSSION WITH…      008138
2020-12-11 - 1216 - E-MAIL FROM JACK WILENCHIK      008139-008141
2020-12-11 - 1223 - CHESEBRO E-MAIL TO WILENCHIK      008142-008144
2020-12-11 - 1231 - e-mail from Jack Wilenchik      008145-008148
2020-12-11 - 1301 - Chesebro e-mail to Troupis      008149
2020-12-11 - 1428 - Chesebro e-mail to Findlay      008150-008151
2020-12-11 - 1454 - Chesebro e-mail to Bernie Kerik      008152-008153
2020-12-11 - 1504 - Chesebro e-mail on options for WI      008154-008155
2020-12-11 - 1527 - Chesebro e-mail updating Findlay, Roman      008156
2020-12-11 - 1528 - CHESEBRO E-MAIL TO ROMAN      008157-008158
2020-12-11 - 1536 - e-mail from Ted Christian on PA      008159-008161
2020-12-11 - 1545 - Epshteyn thanks Wilenchik      008162-008165
2020-12-11 - 1625 - Chesebro updated packet PA      008166-008169
2020-12-11 - 1642 - Christian copies Black on PA materials      008170-008173
2020-12-11 - 1643 - Chesebro e-mail to Bill Bock      008174
2020-12-11 - 1720 - Roman copies James Fitzpatrick      008175-008178
2020-12-11 - 1729 - Chesebro e-mail to Findlay      008179
2020-12-11 - 1740 - Roman copies Robert Sinners      008180
2020-12-11 - 1743 - e-mail from Roman      008181
2020-12-11 - 1755 - CHESEBRO TO FINDLAY, ROMAN…      008182-008183
2020-12-11 - 1758 - email to Findlay and Roman      008184-008188
2020-12-11 - 1817 - email fixing mistake on GA docs      008189
2020-12-11 - 1839 - CHESEBRO SENDS BLACK INFO ON…      008190-008191
2020-12-11 - 1850 – EMAIL TO FINDLAY, ROMAN AZ D…      008192-008193
2020-12-11 - 1853 - email to Findlay, Roman on PA      008194-008199
2020-12-11 - 1954 - Chesebro e-mail to Roman re NV      008200-008202
2020-12-11 - 2013 - TROUPIS ABOUT PRESS RELEASE      008203
2020-12-11 - 2046 - Chesebro copies Brown on NV      008204-008206
2020-12-11 - 2051 - DONE DRAFTING      008207-008209
2020-12-11 - 2058 - E-MAILS WI FINAL DRAFT OF PACKET 008210
2020-12-11 - 2101 - DeGraffenreid defers to Binnall      008211-008214
2020-12-12 - 1047 - SEITCHIK FW DOCS FOR AZ ELECT…      008215-008217
2020-12-12 - 1119 - EPSHTEYN REQ MEMO ON VP JAN 6… 008218-008227
2020-12-12 - 1418 - Michael Brown update on AZ      008228-008231
2020-12-12 - 1600 roughly - TEXT FROM ROMAN      008232-008235
2020-12-12 - 1753 - AZ WHIP UPDATE WILENCHIK      008236-008237
2020-12-12 - 1759 - AZ update from Lane      008238-008240
2020-12-12 - 1830 - E-MAIL TO AZ RE GUILIANI      008241-008286
2020-12-12 - 1837 - e-mail to Findlay re Guiliani      008287
2020-12-12 - 1912 - E-MAIL TO ROMAN, FINDLAY      008288

2020-12-12 - 1916 - E-MAIL CHAIN WITH ROMAN              008289-008290
2020-12-12 - 1942 - E-mail from KWard on AZ              008291-008293
2020-12-12 - 1959 - AZ update from Lane                 008294-008295
2020-12-12 - 2006 - e-mail answering KWard questions    008296-008299
2020-12-12 - 2007 - email chain on AZ whip operation    008300-008302
2020-12-12 - 2021 - EPSHTEYN REQ PACKET FOR NM          008303-008312
2020-12-12 - 2044 - Chesebro e-mail to Morgan           008313-008314
2020-12-12 - 2232 - FITZPATRICK ADOPTS CHESEBRO…        008315-008316
2020-12-13 - 0028 - E-MAIL TO ROMAN RE NM               008317
2020-12-13 - 1135 - e-mail to KWard on AZ logistics     008318-008322
2020-12-13 - 1138 - e-mail to Fitzpatrick of PA         008323
2020-12-13 - 1145 - e-mail to Wilenchik on AZ logistics 008324-008329
2020-12-13 - 1148 - e-mail to Fitzpatrick of PA on typo 008330-008331
2020-12-13 - 1521 - e-mail to Fitzpatrick, Roman re Foley art… 008332
2020-12-13 - 1526 - e-mail to Fitzpatrick, Roman full Foley ar… 008333
2020-12-13 - 1535 - TEXTS TO EPSHTEYN RE SENATE M… 008334-008344
2020-12-13 - 1545 - FITZPATRICK SENDS REVISED LANG  008345
2020-12-13 - 1604 - Roman asks what if                  008346
2020-12-13 - 1624 - EMAIL TO FITPATRICK OF PA           008347-008348
2020-12-13 - 1640 - E-MAIL TO ROMAN, FITZPATRICK        008349-008351
2020-12-13 - 1954 - e-mail to Sinners on GA docs        008352-008353
2020-12-13 - 2004 - e-mail to Sinners on Guiliani       008354-008356
2020-12-13 - 2207 - E-MAIL ON SENATE STRATEGY T…       008357-008363
2020-12-14 - 0153 - Chesebro draft press release        008364-008365
2020-12-14 - 0924 - Epshteyn questions logic of a press release 008366
2020-12-14 - 1049 - Epshteyn resp on revised press release 008367-008369
2020-12-14 - 1120 - ROMAN E-MAIL RE NO PRESS REL        008370-008372
2020-12-14 - 1128 - e-mail to Troupis on no press release 008373-008376
2020-12-14 - 1130 - e-mails with Roman on no press release 008377-008380
2020-12-14 - 1146 - Schimming confirms no press release 008381-008384
2020-12-14 - 1633 - e-mail on mailing of WI certificates 008385-008386
2020-12-14 - 2021 - e-mail from MI we did it            008387
2020-12-14 - 2034 - e-mail from Troupis re WI cert petition 008388
2020-12-14 - 2039 - e-mail from MI on Dominion report   008389
2020-12-14 - 2314 - DeGraffenreid documentation of votes 008390
2020-12-14 - 2358 - Chesebro responds to DeGraffenreid  008391-008393
2020-12-15 - 0030 - Roman says great job on NV          008394-008396
2020-12-15 - 0213 - Law comments on WaPo article        008397-008398
2020-12-15 - 1215 - e-mail to Roman re MI certificates  008399-008400
2020-12-15 - 1338 - followup e-mail to Roman            008401-008403
2020-12-15 - 1344 - e-mail on WI mailing of certificates 008404
2020-12-15 - 1505 - answer on mailing of MI certs       008405-008408
2020-12-15 - GPO-J6-DOC-CTRL0000040476_00025 Findla… 008409-008413

2020-12-16 - 1222 - e-mail on mailing WI certificates      008414-008417
2020-12-18 - 1149 - Troupis on keeping meeting with Trump…      008418
2020-12-20 - 1401 - Youtube removing Troupis testimony      008419-008420
2020-12-20 - 1617 - Yourtube scrubbing video of fed ct argu…      008421-008423
2020-12-21 - 1744 - EPSHTEYN REQ WI WORK W EAST…      008424-008433
2020-12-21 - 1951 - Troupis e-mail on WI cert petition      008434-008435
2020-12-21 - 2019 - e-mail planning WI cert petition      008436-008439
2020-12-22 - 0812 - e-mails arranging conference call on cert…      008440-008443
2020-12-22 - 0814 - further e-mail arranging conference call      008444
2020-12-22 - 0826 - DEFERENCE ON STRATEGY EVEN I…      008445-008448
2020-12-23 - 1106 - e-mail to Eastman      008449
2020-12-23 - 1111 - Eastman e-mail 1st draft of memo      008450-008452
2020-12-23 - 1116 - e-mail to Eastman will look at draft      008453
2020-12-23 - 1135 - e-mail to Eastman with edits      008454-008456
2020-12-23 - 1140 - Eastman e-mail to Epshteyn      008457-008459
2020-12-23 - 1146 - e-mail to Eastman link to Tribe article      008460
2020-12-23 - 1203 - E-MAIL TO EPSHTEYN ON CONG H…      008461-008463
2020-12-23 - 1217 - Eastman e-mail to Epshteyn      008464
2020-12-24 - 0820 - E-MAIL CHAIN WITH CLARK      008465-008467
2020-12-24 - 0944 - Eastman e-mail on WI cert petition      008468-008470
2020-12-24 - 0953 - FURTHER E-MAILS ON WI CERT PE…      008471-008475
2020-12-24 - 1002 - Bruce Marks e-mail on WI cert petition      008476-008480
2020-12-24 - 1003 - Troupis e-mail on budget for WI cert pet…      008481
2020-12-24 - 1137 - further Clark comments on WI      008482-008489
2020-12-24 - 1139 - further Eastman comments on WI      008490-008494
2020-12-24 - 1141 - further Eastman comment on WI      008495-008501
2020-12-24 - 1145 - CHESEBRO COMMENT ON WI      008502-008509
2020-12-24 - 1151 - final comment by Clark on WI      008510-008517
2020-12-24 - 1253 - TROUPIS ONQUALITY OF AZ CERT…      008518
2020-12-24 - 1302 - MARKS ON QUALITY OF AZ CERT…      008519
2020-12-24 - 1305 - E-MAIL CIRCULATING AZ CERT PET      008520-008521
2020-12-24 - 1434 - WI CERT PET LAUNCHED      008522-008530
2020-12-24 - 1437 - e-mail to Troupis on WI cert pet      008531-008533
2020-12-24 - 1458 - more logistics e-mails w Troupis      008534-008535
2020-12-25 - 1719 - MARKS E-MAIL TO WILENCHIK ON…      008536-008540
2020-12-26 - 1525 - TROUPIS E-MAIL TO CLARK ON WI…      008541
2020-12-26 - 1857 - E-MAIL ON PENCE FORCING ACTION      008542-008544
2020-12-26 - 1908 - Marks asks Chesebro for GA help      008545-008547
2020-12-27 - 1335 - Troupis e-mail on WI cert pet      008548-008549
2020-12-27 - 2303 - TROUPIS RE ADVICE TO PREIBUS…      008550-008554
2020-12-28 - 1622 - E-MAILS FOCUS ON REV OF WI PET      008555-008556
2020-12-28 - 1800 - e-mail on burden-shifting argument      008557-008559
2020-12-28 - 1821 - e-mails on motion to expedite      008560-008561

2020-12-28 - 1846 - e-mails on waiving reply — 008562-008868
2020-12-28 - 2356 - Troupis on poss work at merits stage — 008569
2020-12-29 - 0946 - e-mails on leaving GA out of mot to ex… — 008570-008571
2020-12-29 - 1052 - Epshteyn sends Guiliani auth to file cert pet — 008572-008574
2020-12-29 - 1810 - WI CERT PETITION FILED — 008575-008576
2020-12-30 - 1514 - E-MAIL EMPHASIZING FILIBUSTER… — 008577-008579
2020-12-30 - 2105 - e-mail on second WI cert petition — 008580-008581
2020-12-30 - 2329 - Marks email for input on PA reply — 008582
2020-12-30 - 2332 - Marks e-mail asking for more help in GA — 008583-008585
2020-12-30 - 2350 - e-mail to Marks on reviewing PA reply — 008586
2020-12-31 - 0021 - e-mail joke about lining Trump's pockets — 008587
2020-12-31 - 0036 - e-mail on GA strategy — 008588-008590
2020-12-31 - 0935 - GA STRATEGY FOCUS ON JUSTICE… — 008591-008601
2020-12-31 - 0945 - Eastman e-mail on GA strategy — 008602-008612
2020-12-31 - 0947 - Chesebro and Eastman e-mails on GA str… — 008613-008624
2020-12-31 - 0955 - E-MAIL ON OVERALL SUPREME C… — 008625-008637
2020-12-31 - 1025 - E-MAIL THAT GA VIOLATED ART 2 — 008638-008648
2020-12-31 - 1549 - Bock e-mail on GA strategy — 008649-008664
2020-12-31 - 1700 - Marks e-mail on Trump not signing — 008665-008681
2021-01-01 - 0003 - Marks e-mail on GA filing in Supreme Ct — 008682-008683
2021-01-01 - 0910 - further e-mail on GA filing in Sup Ct — 008684-008685
2021-01-01 - 1213 - Marks e-mail on GA status — 008686-008702
2021-01-01 - 1529 - FORCE ACTION, HOLD UP COUNT — 008703
2021-01-01 - 1617 - E-MAIL TO EASTMAN, EPSHTEYN… — 008704-008707
2021-01-01 - 1622 - Marks e-mail agreeing with Bock sugg… — 008708-008709
2021-01-01 - 1701 - e-mails Eastman and Epshteyn earlier texts — 008710-008714
2021-01-01 - 1707 - Chesebro defers to Eastman — 008715-008721
2021-01-01 - 1822 - Chesebro and Eastman e-mails — 008722-008728
2021-01-01 - 1918 - Epshteyn on talking points — 008729-008731
2021-01-01 - 2000 - JAN 6 STRATEGY OVERVIEW — 008732-008736
2021-01-01 - 2024 - Eastman on talking points — 008737-008740
2021-01-01 - 2036 - Eastman on deleting N&P Clause — 008741-008743
2021-01-01 - 2225 - EASTMAN, EPSHTHYN ON JAN 6 FIL…— 008744-008746
2021-01-02 - 1511 - to Eastman attaching Nov 18 e-mail — 008747
2021-01-02 - 1524 - Marks e-mail saying he will be in DC Jan… — 008748
2021-01-02 - 1943 - to Eastman FW Dec 13 e-mail — 008749-008756
2021-01-03 - 2235 - Supreme Ct filing in PA case — 008757-008774
2021-01-04 - 1530 - MORGAN RE DELIVERY MI & WI… — 008775-008781
2021-01-04 - 1540 - E-MAIL TO MORGAN RE ROMAN — 008782-008789
2021-01-04 - 2050 - MORGAN SUGG TROUPIS TO HELP… — 008790-008793
2021-01-04 - 2251 - Dec 13 e-mail to Eastman 2nd time — 008794-008801
2021-01-04 - 2321 - Kesavan article to Eastman — 008802
2021-01-05 - 0005 - law rev article to Eastman, Epshteyn — 008803

2021-01-05 - 0010 - e-mails Seigel article to Eastman, Guiliani 008804
2021-01-05 - 0016 - Yoo article to Eastman 008805
2021-01-05 - 0049 - Foley article to Eastman, Guiliani 008806
2021-01-05 - 0059 - Josephson & Ross article to Eastman, Gui… 008807
2021-01-05 - 0100 - WI GOP on duplicate originals 008808-008812
2021-01-05 - 0743 - e-mail Alesha the WI courier 008813
2021-01-05 - 0754 - Ackerman article to Eastman, Guiliani 008814
2021-01-05 - 0758 - Eastman and Guiliani on Jefferson ex 008815-008816
2021-01-05 - 0954 - e-mail Brown on MI certs 008817
2021-01-05 - 1141 - logistics for getting WI certs 008818-008820
2023-10-15 - LESSIG EXPERT REPORT – FINAL 008821-008833
March 8 Discovery - 211 attachments
    2020-12-09 - 0003
        Chesebro draft of II-C 008834-008836
    2020-12-09
        2020-12-09 Chesebro memo on Dec 14 req 008837-008841
        Dec 9 draft of WI certificate 008842-008843
    2020-12-10 - 1219
        2020-11-18 memo on real deadline 008844-008850
        2020-12-09 memo on Dec 14 reqs for votes 008851-008855
        Dec 9 draft of WI certificate 008856-008857
    2020-12-10 - 1329
        elector certificate 008858-008859
    2020-12-10 - 1419
        Dec 10 - DRAFT OF WI CERTIFICATES 008860-008862
    2020-12-10 - 1434
        Dec 10 draft of cert of AZ electors 008863-008865
    2020-12-10 - 1459
        2020-11-18 Chesebro memo on real deadline 008866-008872
        2020-12-09 Chesebro memo on Dec 14 req 008873-008877
        Dec 9 draft of WI certificate 008878-008879
    2020-12-10 - 1530
        AZ-Dec 10 draft of cert of AZ 008880-008882
        GA-Dec 10 draft of cert of GA 008883-008885
        MI-Dec 10 draft of cert of MI 008886-008888
        NV-Dec 10 draft of cert of NV 008889-008891
    2020-12-10 - 1700
        Elector List 008892
    2020-12-10 - 1701
        WI Dec 10 draft of certificate 008893-008895
        WI Dec 10 draft of cover memo 008896-008897
    2020-12-10 - 1810
        2020-12-09 Dec 14 req for elec votes 008898-008902

| | |
|---|---|
| WI Dec 10 draft of cert of WI | 008903-008905 |
| WI Dec 10 draft of cover memo | 008906 |
| 2020-12-10 - 1904 | |
| 2020-11-18 memo on real deadline | 008907-008913 |
| 2020-12-09 memo on Dec 14 req for votes | 008914-008918 |
| 2020-12-10 - 1946 | |
| 2020-12-09 memo on Dec 14 req for votes | 008919-008923 |
| 2020-12-10 - 2051 | |
| 2020-11-18 memo on real deadline | 008924-008930 |
| 2020-12-09 memo on Dec 14 reqs for votes | 008931-008935 |
| MI Dec 10 draft of certificate | 008936-008938 |
| 2020-12-10 - 2203 | |
| PA Dec 10 draft of certificate of PA | 008939-008943 |
| PA Dec 10 draft of cover memo | 008944 |
| 2020-12-10 - 2208 | |
| PA Dec 10 draft of certificate | 008945-008949 |
| PA Dec 10 draft of cover memo | 008950 |
| 2020-12-10 - 2226 | |
| MI Dec 10 draft of cover memo | 008951-008952 |
| 2020-12-10 - 2237 | |
| AZ Dec 10 draft of cover memo | 008953 |
| 2020-12-10 - 2318 | |
| 2020-11-18 memo on real deadline | 008954-008960 |
| 2020-12-09 memo on Dec 14 reqs for votes | 008961-008965 |
| NV Dec 10 draft of certificate | 008966-008968 |
| NV Dec 10 draft of cover memo | 008969 |
| 2020-12-10 - 2344 | |
| 2020-11-18 memo on real deadline | 008970-008976 |
| 2020-12-09 memo on Dec 14 reqs for votes | 008977-008981 |
| GA Dec 10 draft of certificate | 008982-008984 |
| GA Dec 10 draft of cover memo | 008985 |
| 2020-12-10 -1416 | |
| Dec 10 DRAFT OF WI ELECTORS CERT | 008986-008988 |
| 2020-12-11 - 0102 | |
| GA Dec 10 draft of certificate | 008989-008993 |
| 2020-12-11 - 0120 | |
| 2020-11-18 memo on real deadline | 008994-009000 |
| 2020-12-09 memo on Dec 14 reqs for votes | 009001-009005 |
| NV Dec 10 draft of cert | 009006-009008 |
| NV Dec 10 draft of cover memo | 009009 |
| 2020-12-11 - 1007 | |
| DRAFT-Draft Ballots for PA Electors | 009010 |
| DRAFT-Electoral College Certificate PA | 009011-009012 |

| | |
|---|---|
| DRAFT-Electoral College How To-MI | 009013 |
| DRAFT-Electoral College How To-NV | 009014 |
| DRAFT-Electoral College How To-PA | 009015 |
| DRAFT-MI Ballots_President | 009016-009031 |
| DRAFT-MI Ballots_Vice President | 009032-009047 |
| DRAFT-State of NV Certificate of Vote Form | 009048 |
| Electoral College Certificate of Vote-MI | 00904+ |
| Electoral College Certificate of Vote-AZ | 009050-009051 |
| Electoral College Certificate of Vote-GA | 009052-009054 |
| Electoral College How To-AZ | 009055 |
| Electoral College How To-GA | 009056 |

2020-12-11 - 1216

| | |
|---|---|
| Appendix Ward v. Jackson, et al | 009057-009143 |
| motion to expedite Ward v. Jackson | 009144 |
| Petition for Writ Ward v. Jackson, et al | 009145-009166 |
| service Ward v. Jackson | 009167 |

2020-12-11 - 1231

| | |
|---|---|
| Your Electronic Filing record has been submitted | 009168 |

2020-12-11 - 1428

| | |
|---|---|
| 1-How to cast Electoral votes in PA-edited | 009169-009170 |

2020-12-11 - 1454

| | |
|---|---|
| 1-How to cast Electoral votes in MI | 009171-009173 |
| 2-Draft press release for MI Republican party | 009174 |
| 3-Form to fill MI Electoral College vacancies | 009175 |
| 4 -MI Electoral College Ballots for President | 009176-009199 |
| 4B-MI Electoral College Ballots for VP | 009200-009223 |
| 5-Certificate of the Votes of MI | 009224-009225 |
| 6-Cover memo to enclose in mailing | 009226 |

2020-12-11 - 1527

| | |
|---|---|
| 1-How to cast Electoral votes in PA edited | 009227-009228 |
| 2-Draft press release for PA Republican party | 009229 |
| 4A-PA Electoral College Ballots for President | 009230-009257 |
| 4B-PA Electoral College Ballots for VP | 009258-009285 |
| 5-Certificate of the Votes of PA | 009286-009287 |
| 6-Cover memo to enclose in mailing | 009288 |
| 2020-11-18 Chesebro memo on real deadline | 009289-009295 |
| 2020-12-09 Chesebro memo on Dec 14 reqs | 009296-009300 |

2020-12-11 - 1528

| | |
|---|---|
| 1-How to cast Electoral votes in MI | 009301-009303 |
| 2-Draft press release for MI Republican party | 009304 |
| 3-Form to fill MI Electoral College vacancies | 009305 |
| 4A-MI Electoral College Ballots for President | 009306-009329 |
| 4B-MI Electoral College Ballots for VP | 009330-009353 |

| | |
|---|---|
| 5-Certificate of the Votes of MI | 009354-009355 |
| 6-Cover memo to enclose in mailing | 009356 |

2020-12-11 - 1625

| | |
|---|---|
| 1-How to cast Electoral votes in PA-edited | 009357-009358 |
| 2-Draft press release for PA Republican party | 009359 |
| 3-Forms to fill PA Electoral College vacancies | 009360-009362 |
| 4A-PA Electoral College Ballots for President | 009363-009390 |
| 4B-PA Electoral College Ballots for VP | 009391-009418 |
| 5-Certificate of the Votes of PA | 009419-009420 |
| 6-Cover memo to be enclosed in mailing | 009421 |

2020-12-11 - 1729

| | |
|---|---|
| 1-How to cast Electoral votes in GA | 009422-009423 |
| 2-Draft press release for GA Republican party | 009424 |
| 4A-GA Electoral College Ballots for President | 009425-009442 |
| 4B-GA Electoral College Ballots for VP | 009443-009460 |
| 5-Certificate of the Votes of GA | 009461-009463 |
| 6-GA Cover memo to enclose in mailing | 009464 |

2020-12-11 - 1817

| | |
|---|---|
| 1-How to cast Electoral votes in GA–CORRECTED | 009465-009466 |

2020-12-11 - 1839

| | |
|---|---|
| 1-How to cast Electoral votes in MI | 009467-009469 |
| 2-Draft press release for MI Republican party | 009470 |
| 3-Form to fill MI Electoral College vacancies | 009471 |
| 4A-MI Electoral College Ballots for President | 009472-009495 |
| 4B-MI Electoral College Ballots for VP | 009496-009519 |
| 5-Certificate of the Votes of MI | 009520-009521 |
| 6-Cover memo to enclose in mailing | 009522 |

2020-12-11 - 1850

| | |
|---|---|
| 1-How to cast Electoral votes in AZ | 009523-009524 |
| 2-Draft press release for AZ Republican party | 009525 |
| 3-Form to fill AZ Electoral College vacancies | 009526 |
| 4A-AZ Electoral College Ballots for President | 009527-009540 |
| 4B-AZ Electoral College Ballots for VP | 009541-009554 |
| 5-Certificate of the Votes of AZ | 009555-009557 |
| 6-AZ Cover memo to enclose in mailing | 009558 |

2020-12-11 - 1954

| | |
|---|---|
| 1-How to cast Electoral votes in NV | 009559-009561 |
| 2-Draft press release for NV Republican party | 009562 |
| 3-Form to fill NV Electoral College vacancies | 009563 |
| 4A-NV Electoral College Ballots for President | 009564-009572 |
| 4B-NV Electoral College Ballots for VP | 009573-009581 |
| 5-Certificate of the Votes of NV | 009582-009584 |
| 6-AZ Cover memo to enclose in mailing | 009585 |

2020-12-11 - 2013
    Draft press release for state Republican party        009586
2020-12-11 – 2051-1
    1-How to cast Electoral votes in WI        009587-009588
    2-Draft press release for WI Republican party        009589
    3-Form to fill WI Electoral College vacancies        009590
    4A-WI Electoral College Ballots for President        009591-009603
    4B-WI Electoral College Ballots for VP        009604-009616
    5-WI Certificate of the Votes        009617-009618
    6-WI Cover memo to enclose in mailing        009619
2020-12-11 – 2051-2
    1-How to cast Electoral votes in WI        009620-009621
    2-Draft press release for WI Republican party        009622
    3-Form to fill WI Electoral College vacancies        009623
    4A-WI Electoral College Ballots for President        009624-009636
    4B-WI Electoral College Ballots for VP        009637-009649
    5-WI Certificate of the Votes        009650-009651
    6-WI Cover memo to enclose in mailing        009652
2020-12-11 - 2058
    1-How to cast Electoral votes in WI        009653-009654
    2-Draft press release for WI Republican party        009655
    3-Form to fill WI Electoral College vacancies        009656
    4A-WI Electoral College Ballots for President        009657-009669
    4B-WI Electoral College Ballots for VP        009670-009682
    5-WI Certificate of the Votes        009683-009684
2020-12-12 - 1047
    1-How to cast Electoral votes in AZ        009685-009686
    2-Draft press release for AZ Republican party        009687
    3-Form to fill AZ Electoral College vacancies        009688
    4A-AZ Electoral College Ballots for President        009689-009702
    4B-AZ Electoral College Ballots for VP        009703-009716
    5-Certificate of the Votes of AZ        009717-009719
    6-AZ Cover memo to enclose in mailing        009720
2020-12-12 - 1830
    1-How to cast Electoral votes in AZ        009721-009722
    2-Draft press release for AZ Republican party        009723
    3-Form to fill AZ Electoral College vacancies        009724
    4A-AZ Electoral College Ballots for President        009725-009738
    4B-AZ Electoral College Ballots for VP        009739-009752
    5-Certificate of the Votes of AZ        009753-009755
    6-AZ Cover memo to enclose in mailing Certs        009756
2020-12-12 - 2007
    1-How to cast Electoral votes in AZ        009757-009758

| | |
|---|---|
| 2-Draft press release for AZ Republican party | 009759 |
| 3-Form to fill AZ Electoral College vacancies | 009760 |
| 4A-AZ Electoral College Ballots for President | 009761-009774 |
| 4B-AZ Electoral College Ballots for Vice President | 009775-009788 |
| 5-Certificate of the Votes of AZ Trump-Pence electors | 009789-009791 |
| 6-AZ Cover memo to be enclosed in mailing | 009792 |

2020-12-12 – 2232

| | |
|---|---|
| 2020-12-09 Chesebro memo on Dec 14 reqs for votes | 009793-009797 |
| UPDATED LANGUAGE Cert of the Votes of PA | 009798-009799 |

2020-12-13 - 0028

| | |
|---|---|
| 1-How to cast Electoral votes in NM | 009800-009802 |
| 2-Draft press release for NM Republican party | 009803 |
| 3-NM Form to fill Electoral College vacancies | 009804 |
| 4A-NV Electoral College Ballots for President | 009805-009812 |
| 4B-NM Electoral College Ballots for VP | 009813-009820 |
| 5-NM Certificate of the Votes | 009821-009823 |
| 6-NM Cover memo to be enclosed in mailing | 009824 |

2020-12-13 – 1521

| | |
|---|---|
| 51 Loyola U Chi Rev at 345 | 009825 |

2020-12-13 - 1526

| | |
|---|---|
| 2009 Foley article | 009826-009879 |

2020-12-13 - 1545

| | |
|---|---|
| 12.13.20 UPDATED LANG Cert of Votes PA | 009880-009881 |

2020-12-13 - 1954

| | |
|---|---|
| 3-Form to fill GA Electoral College vacancies | 009882-009884 |

2020-12-14 - 0153 Attachment

| | |
|---|---|
| Draft press rel for state Rep parties 4 after vote | 009885 |

2020-12-14 - 2314

| | |
|---|---|
| Addressed outer envelopes Dec 14 2020 | 009886 |
| Cover Memo for Electoral Votes Dec 14 2020 | 009887 |
| Elector process instructions Dec 2020 | 009888-009892 |
| Pres Elector Cert and Ballots Dec 14 2020 | 009893-009900 |
| Tracking Forms Elector Mailings Dec 14 2020 | 009901 |
| USPS Receipt Nevada Dec 14 2020 | 009902 |
| VP Elector Cert and Ballots Dec 14 2020 | 009903-009910 |

2020-12-23 - 1111

| | |
|---|---|
| January 6 scenario | 00911-009912 |

2020-12-23 - 1135

| | |
|---|---|
| PRIVILEGED…Dec 23 memo on Jan 6 | 009913-009914 |

2020-12-23 - 1140

| | |
|---|---|
| PRIVILEGED…Dec 23 memo on Jan 6 | 009915-009916 |

2020-12-23 - 1217

| | |
|---|---|
| PRIVILEGED…Dec 23 memo on Jan 6 | 009917-009918 |

2020-12-24 - 1305
    Appendix Ward v. Jackson, et al            009919-010005
    motion to expedite Ward v. Jackson       010006
    Petition for Writ Ward v. Jackson, et al     010007-010028
    service Ward v. Jackson               010029
2020-12-26 - 1908
    PD 1 Emergency Pet For Writ of Certiorari   010030-010278
2020-12-29 - 1810
    Certificate of Compliance             010279
    Certificate of Service              010280-010281
    MotionForExpeditedConsideration      010282-010286
    No. 20-__PetitionForAWritOfCertiorari     010287-010511
2020-12-30 – 1514
    Kesavan excerpts on limited debate      010512-010515
2020-12-30 - 2329
    Trump SCOTUS PA Reply Exp Mot      010516-010521
2020-12-30 - 2332
    Trump Georgi PI Memo of Law        010522-010538
2020-12-31 - 0036
    Trump Georgi PI Memo of Law KC      010539-010556
2021-01-01 - 0003
    Certificate of Service - Reply         010557-010570
    Reply ISO Expedite Motion           010571-010577
2021-01-02 -1511
    2020-11-18 Chesebro memo on real deadline  010578-010584
2021-01-03 - 2235
    Reply ISO Expedite Motion           010585-010591
2021-01-05 - 0005
    Land & Schultz 2016               010592-010612
March 8 Discovery - 11 native emails
    2020-12-09 - 1427 - FW_ elector certificate draft  010613-010618
    2020-12-10 - 1329 - Fwd_ elector certificate   010619-010623
    2020-12-10 - 1416 - Re_ elector certificate    010624-010630
    2020-12-10 - 1419 - Re_ [EXTERNAL]Re_ Electors  010631-010637
    2020-12-10 - 1458 - Re_ elector certificate    010638-010643
    2020-12-10 - 1530 - Re_ Urgent - getting names of electors  010644-010663
    2020-12-10 - 1701 - Fw_ Statement on electors mtg _ Draft  010664-010671
    2020-12-10 - 1810 - Re_ [EXTERNAL]Re_ Elector info  010672-010684
    2020-12-11 - 1007 - Re_ [EXTERNAL]Re_ Electors  010685-010738
    2020-12-11 - 2051 - Re_ Presidential Electors Litigation States  010739-010774
    2020-12-11 - 2058 - Dec. 14 vote of Electors 7 documents f…  010775-010807
March 8 Discovery - Badger Pundit
    DanODonnellShow 12-16-20to 1-9-21     010808-010809

| | |
|---|---|
| BrianSchimming 2014 | 010810 |
| DBRodriguez5 12-29-20 | 010811 |
| JedShug 12-29-20 | 010812 |
| RealAlexJones 2017 | 010813 |
| JudgeTroupis 2017 | 010814 |
| LegInsurrection 12-16-20 to 12-29-20 | 010815 |
| GatewayPundit (Jim Hoft) 11-9-20 to 1-10-21 | 010816-010819 |
| JWigderson 12-16-20 to 12-29-20 | 010820 |
| VickiMcKenna 11-5-20 to 1-20-21 | 010821-010837 |
| Replies to others' tweets from Sept 2020 to 6 Jan 2021 | 010838-010979 |
| Sept 2020 tweets to final tweets in August 2022 | 010980-010992 |
| March 8 Discovery - 7 photos of WI Trump electors voting | |
| IMG_5234 | 010993 |
| IMG_5240 | 010994 |
| IMG_5241 | 010995 |
| IMG_5242 | 010996 |
| IMG_5243 | 010997 |
| IMG_5245 | 010998 |
| IMG_5247 | 010999 |
| March 8 Discovery - video of electors meeting | |
| Chesebro video of WI Trump electors meeting (1) | 011000 |
| The Chesebro Memos | |
| Dec 6 Chesebro Memo | 011001-011006 |
| Dec 9 Chesebro Memo | 011007-011011 |
| Dec 13 Chesebro Memo | 011012-011015 |
| Dec 23 Eastman Memo | 011016-011017 |
| Jan 3 Eastman Memo | 011018-011022 |
| Nov 18 Chesebro Memo | 011023-011029 |
| via Law Forward_Wisconsin Civil Case 3-4-2024 | |
| 2023-12-09 Confidential Chesebro Proffer | |
| 200EC0~1 | 011030-011031 |
| 2008BA~1 | 011032-011035 |
| 2015CC~1 | 011036-011038 |
| Troupis via Law Forward_WI Civil Case 3-4-2024 | |
| 3.1.24 Redacted Troupis Settlement | 011039-011042 |
| Redacted Troupis Privilege Log | 011043-011309 |
| Troupis 008910 - Troupis 010348 | 011310-012748 |
| 2020-12-14 - photos at WI capitol of Trump electors voting | 012749-012755 |
| 2020-12-14 - WI Trump-Pence electors meeting | 012756 |
| Chesebro Docs Index   PRINT, SCAN, BATES | 012757-012763 |
| Chesebro Signed Settlement Agreement | 012764-012771 |
| Texts Chesebro-Troupis | 012772-012871 |
| Another Chesebro law complaint | 012872-012887 |

| | |
|---|---|
| Chesebro at Nevada GJ | 012888-012944 |
| Chesebro Badger Pundit tweets (uncovered feb 2024) | 012945-015023 |
| Chesebro Dec. 6, 2020 memo & NYT story | 015024-015032 |
| Chesebro Flew Wisconsin Vote to DC | 015033 |
| Chesebro FT Audio 12-11-23 (1) | 015034 |
| Chesebro FT Audio 12-11-23 (2) | 015035 |
| Chesebro FT Audio 12-11-23 (2) | 015036 |
| Chesebro FT Audio 12-11-23 (4) | 015037 |
| Chesebro FT Audio 12-11-23 (complete) | 015038 |
| Chesebro FT Transcript 12-11-23 (1) | 015039-015067 |
| Chesebro FT Transcript 12-11-23 (2) | 015068-015094 |
| Chesebro FT Transcript 12-11-23 (3) | 015095-015120 |
| Chesebro FT Transcript 12-11-23 (4) | 015121-015144 |
| Chesebro Interview 3-8-24 (1) | 015145 |
| Chesebro Interview 3-8-24 (2) | 015146 |
| Chesebro Interview 3-8-24 (3) | 015147 |
| Chesebro J6 Depo | 015148-015252 |
| Chesebro Law Complaint | 015253-015267 |
| Chesebro says Congress has debate opportunity in email | 015268-015270 |
| K. Chesebros Reply Brief In Support Mot To Dismiss Indictment… | 015271-015278 |
| Ken Chesebro Exhibits for Interview last update 12 10 23 2246 | 015279-015406 |
| Untitled email 2-16-24 | 015407-015408 |

**LEE MILLER**

| | |
|---|---|
| Lee Miller Interview 1-9-24 | 015409 |

**LORRAINE PELLEGRINO**

| | |
|---|---|
| L Pellegrino Exhibits | 015410-015431 |
| Arizona's Trump backers refuse to explain alternate electors plan | 015432-015437 |

**MARK FINCHEM**

| | |
|---|---|
| Finchem J6 Interview | 015438-015598 |
| GOP officials still fighting Arizona's vote tally... | 015599-015621 |

**MARK MEADOWS**

| | |
|---|---|
| How Mark Meadows Became the Least Trusted Man in Washing… | 015622-015643 |

**MICHAEL WARD**

| | |
|---|---|
| MW Exhibit | 015644-015650 |
| Tweet – M Ward 7 | 015651 |
| Tweet – M Ward 8 | 015652 |
| Tweet – M Ward 9 | 015653 |
| Tweet – M Ward 10 | 015654 |

| | |
|---|---|
| Tweet – M Ward 11 | 015655 |
| Tweet – M Ward 12 | 015656 |
| Tweet – M Ward 13 | 015657 |
| Tweet – M Ward 14 | 015658 |
| Tweet – M Ward 15 | 015659 |
| Tweet – M Ward 16 | 015660 |
| Tweet – M Ward 19 | 015661 |
| Tweet – M Ward 155 | 015662 |

**NANCY COTTLE**

| | |
|---|---|
| N Cottle 11-4-2020 | 015663 |
| N Cottle 11-5-2020 | 015664 |
| N Cottle Exhibits | 015665-015685 |
| Nancy Cottle us Parler @AzGopGirl on Twitter__Well done patri… | 015686-015687 |
| Throat Punch Tweet | 015688-015735 |

**ROBERT MONTGOMERY**

| | |
|---|---|
| AZ Alt Electors vote via National Archives | 019899-019903 |
| Group Picture | 019904-019905 |
| RM Exhibit | 019906 |
| RM SGJ Exhibit | 019907-019915 |
| Sierra Vista Herald Article | 019916-019924 |
| Signing Video | 019925-019926 |

**ROBERT SINNERS**

| | |
|---|---|
| Robert Sinners Call w AGO 2-28-24 | 019927 |

**RUDY GIULIANI**

| | |
|---|---|
| Giuliani J6 Depo | 019928-020172 |
| Produced to J6 by Rudy | 020173-020174 |
| Rudy on 12-14 coordinating with Trump etc | 020175-020184 |

**RUSTY BOWERS**

| | |
|---|---|
| 2023-11-22 Diary Scan Final - redacted | 020185-020195 |
| Bowers Dec 2 Diary Entry 2.7 | 020196 |
| Rusty Bowers Interview #1 (in person) | 020197 |
| Rusty Bowers Interview #2 1-12-24 | 020198 |
| Rusty Bowers on 60 Minutes | 020199 |
| Rusty video of threats | 020200 |
| Rusty video to have a hearing | 020201 |

**SAMUEL MOOREHEAD**

| | |
|---|---|
| Sam Moorehead Interview 6-20-23 | 020202 |

SM Exhibit                                              020203-020208

**STEVE CHUCRI**
Steve Chucri Interview 9-18-23                          020209
Steve Chucri Interview 10-4-23                          020210

**TYLER BOWYER**
Arizona fake electors led vocal campaign to overturn…   020211-020214
Arizona's Trump backers refuse to explain alternate electors plan   020215-020220
Elector Exhibits (1st 12pgs)                            020221-020232

**ELECTORAL COLLEGE FACTS 2020**
Electoral College Facts (1)                             020233-020234
Electoral College Facts (2)                             020235-020236
Electoral College Facts (3)                             020237-020250

**J6 DEPOSITIONS AND INTERVIEWS**
Bernard Kerik Interview 1-13-22                         020251-020477
Bill Stepien J6 Interview 2-10-22                       020478-020695
BOS J6 Production 1                                     020696
BOS J6 Production 2                                     020697-020709
Christina Bobb J6 Interview 4-21-22                     020710-020890
Jason Miller J6 Deposition 2-3-22                       020891-021193
Jenna Ellis J6 Deposition 3-8-22                        021194-021259
Marc Short J6 Deposition 1-26-22                        021260-021516
Matt Morgan J6 Deposition 3-24-22                       021517-021663
Molly Michaels J6 Deposition 3-24-22                    021664-021885
Ronna McDaniel J6 Interview 6-1-22                      021886-021944
Russell Bowers J6 Interview 6-19-22                     021945-022002

**OTHER INDICTMENTS**
Coup in Search of a Theory (J6 Committee)               022003-022072
General Demurrers Indictment – Chesebro                 022073-022083
Georgia Indictment                                      022084-022181
Michigan Indictment                                     022182-022202
US v Trump et al. Indictment                            022203-022247

**LAWSUITS AND COURT RULINGS**
Gohmert-Ward vs Pence 12-27-20 (Complaint)             022248-022275
Gohmert-Ward vs Pence 12-27-20 (Exhibit A Joint Resolution)   022276-022279
Gohmert-Ward vs Pence 12-31-20 (Pence reply)           022280-022305
Judge Carter Ruling in Eastman Bar Case 3-28-22        22306-022349
Master Dates of Trump Cases 10-2-23                     022350-022355

Trump vs Hobbs Lawsuit 11-2020                              022356-022391

**PRESSURE CAMPAIGN**
Basic Script                                                022392
Can someone be the affiant Mr. Lane                         022393-022396
Chesebro email to Eastman on VP role on Jan 6              022397-022401
Giuliani 12-27-2020 Plan                                   022402-022422
Giuliani text to Karen Fann Pressure                       022423-022435
Got Freedom Meeting about Pressure Campaign                022436-022437
Jack Sellers Text Messages Dec 24 into 2021               022438-022450
Jason Miller's email call to action call Govs and Legislature  022451-022458
Jason Miller's text with Jared about legislature pressure  022459-022472
Kerik email to Meadows re Pressure Campaign               022473-022474
Rusty Bowers J6 Interview                                  022475-022532
Stephen Miller Lets the cat out of the bag                022533-022537
WH group call with Clint Hickman                          022538-022546
WH Switchboard Log call to Gohmert et al                 022547-022556

**BILL STEPIEN**
Bill Stepien Interview 4-11-24                             022557

**GREG SAFSTEN #2**
Spam and Trash
    AZGOP Update Petition, Certification, and Election Hearing  022558-022559
    Certificate of Election Biggs                          022560
    Christina's Cover Letter 2020                          022561
    Congress Challenging the Election Results & Electors   022562-022564
    Did you see my last email                              022565-022568
    Dr. Peter A. just messaged you                         022569
    Dr. Rebecca just messaged you                          022570
    Election Crisis Update                                 022571-022580
    Electors                                               022581
    Freedom under assault in AZ                            022582-022593
    Fwd #1 – Email from Terrie Frankel November 1, 2020 – 45…  022594-022596
    Fwd #1 – Email from Terrie Frankel November 1, 2020 – 45…  022597-022599
    Fwd 2020 Maricopa County Presidential Race Independent A…  022600-022602
    Fwd 2020 Maricopa County Presidential Race Independent A…  022603-022604
    Fwd 2020 Maricopa County Presidential Race Independent A…  022605-022606
    Fwd Decision in lawsuit challenging policies and procedures…  022607-022608
    Fwd Decision in lawsuit challenging policies and procedures…  022609
    Fwd Election Day File 147                              022610-022611
    Fwd Election Day File                                  022612-022613
    Fwd Maricopa canvass-undervote counts                 022614-022616

| | |
|---|---|
| Fwd Master Contact List By Role & State | 022617 |
| Fwd Tamara Holley Observer Pima County | 022618-022620 |
| Fwd Tamara Holley Observer Pima County_106 | 022621-022622 |
| Fwd The Duty of Legislators 150 | 022623 |
| Fwd The Duty of Legislators | 022624-022625 |
| Fwd Today I attended Maricopa County… | 022626-022628 |
| Fwd Today I attended Maricopa County…90 | 022629-022630 |
| Fwd Tuba City Coconino | 022631-022634 |
| Fwd Tuba City Coconino_176 | 022635-022637 |
| Fwd With 163 precincts | 022638-022639 |
| Fwd With 163 precincts_188 | 022640-022641 |
| Have you stepped up yet | 022642-022645 |
| House and Senate are in Session | 022646-022651 |
| Maricopa Server | 022652-022655 |
| Master Contact List By Role & State | 022656 |
| Online Access to VPN Folder State Republican Rep Party | 022657-022658 |
| Re Electors 184 | 022659-022665 |
| Re Electors 185 | 022666-022672 |
| RE Electors 186 | 022673-022678 |
| Re Electors 189 | 022679-022686 |
| Re Electors | 022687-022694 |
| Re Electors_190 | 022695-022702 |
| Re Electors_191 | 022703-022710 |
| Re Electors_192 | 022711-022718 |
| Re Electors_193 | 022719-022725 |
| Re Electors_194 | 022726-022732 |
| Re Electors_195 | 022733-022738 |
| Re Electors_196 | 022739-022744 |
| Re Electors_197 | 022745-022749 |
| Re Electors_198 | 022750-022755 |
| Re Electors_199 | 022756-022760 |
| RE Electors_200 | 022761-022765 |
| Re Electors_201 | 022766-022770 |
| RE Electors_202 | 022771-022774 |
| Re Electors_203 | 022775-022778 |
| Re Electors_204 | 022779-022782 |
| RE Electors_205 | 022783-022786 |
| RE Electors_206 | 022787-022789 |
| RE Electors_207 | 022790-022791 |
| Re Maricopa Canvass-undervote counts | 022792-022794 |
| Re Master Contact List By Role & State | 022795 |
| Re The Duty of Legislators | 022796-022797 |
| Re Tuba City Coconino | 022798-022801 |

| | |
|---|---|
| Read Before Hearing Tomorrow | 022802-022803 |
| Save AZ & Video Evidence | 022804-022809 |
| Tweet | 022810 |
| Urgent–Trump campaign | 022811 |
| Garbage | |
| 1 new job for government affairs 18 | 022812-022813 |
| 1 new job for government affairs 24 | 022814-022815 |
| 1 new job for government affairs 41 | 022816-022817 |
| new job for government affairs 42 | 022818-022819 |
| 1 new job for government affairs 49 | 022820-022821 |
| 1 new job for government affairs | 022822-022823 |
| 1 new job for government relations 115 | 022824-022825 |
| 1 new job for government relations 32 | 022826-022827 |
| 1 new job for government relations 37 | 022828-022829 |
| 1 new job for government relations 68 | 022830-022831 |
| 1 new job for government relations 78 | 022832-022833 |
| 1 new job for government relations 97 | 022834-022835 |
| 1 new job for government relations | 022836-022837 |
| 2 new jobs for government affairs | 022838-022839 |
| 2 new jobs for government relations 169 | 022840-022841 |
| 2 new jobs for government relations | 022842-022843 |
| 5 new jobs for government affairs | 022844-022845 |
| 92 | 022846 |
| 160000 fraudulent votes in Arizona Plus upcoming events | 022847-022856 |
| A Bunch of F ers | 022857-022860 |
| Advocate this Holiday season with Hownd for the Holidays… | 022861-022864 |
| Are YOU Ready | 022865-022868 |
| Arizona's wants to join your network | 022869 |
| At San Tan Ford servicing your vehicle is easy at our clean sa… | 022870-022878 |
| AZ HAND COUNT | 022879-022881 |
| Black Friday | 022882-022884 |
| Can we share your resume with Indeed | 022885-022886 |
| Changes to YouTube's Terms of Service | 022887-022888 |
| Chris Farrell on Onve America News Network this Weekend! | 022889-022891 |
| Christina's Resume 2020 | 022892 |
| Clinton Judge Sides with Leftist Groups to Stop Asylum | 022893-022899 |
| December Network QC Luncheon Virtual Edition | 022900-022903 |
| December Vehicle Update for your 2019 FORD MUSTANG… | 022904-022905 |
| Dues Letter | 022906 |
| Election Day Tomorrow | 022907-022909 |
| Enter for Your Chance to Win $5,000 Towards Your Vacation! | 022910-022911 |
| Ex-Con Hired by D.C. as Violence Interrupter Arrested, Cha… | 022912-022918 |
| Facebook password change 50 | 022919 |

| | |
|---|---|
| Facebook password change | 022920 |
| FINAL 10 DAYS! | 022921-022923 |
| FINAL 9 DAYS! | 022924-022926 |
| Fwd Dues Letter | 022927 |
| FWD If everyone gave 3 | 022928-022930 |
| Fwd New Name | 022931 |
| Fwd Re Join us for our LD12 Christmas Party and Service Proj… | 022932-022936 |
| Fwd Safsten Family Christmas 2020 Invite | 022937-022938 |
| Fwd Thank you from the LD12 Republican's for your hard work | 022939-022941 |
| Gary just messaged you | 022942 |
| Gilbert Chamber News and Upcoming Events | 022943-022947 |
| Grand Lodge of Virginia Announcement Light A Publication | 022948-022950 |
| GREG 1 new job for government affairs in Arizona, United Sta… | 022951-022952 |
| GREG 1 new job for government relations' in Arizona, United… | 022953-022954 |
| GREG 1 new job for government relations' in Arizona, United… | 022955-022956 |
| GREG 2 new jobs for government affairs' in Arizona, United… | 022957-022958 |
| GREG 2 new jobs for government relations' in Arizona, Unite… | 022959-022960 |
| GREG 3 new jobs for government affairs' in Arizona, United… | 022961-022962 |
| GREG 5 new jobs for government relations' in Arizona, Unite… | 022963-022964 |
| GREG 6 new jobs for government affairs' in Arizona, United… | 022965-022966 |
| Greg Management opportunity | 022967 |
| Greg Senior role candidature 170 | 022968 |
| Greg Senior role candidature | 022969 |
| GREG, it's been a while | 022970-022971 |
| Greg, log into Facebook with one click | 022972 |
| GREG, our COVID Support Team Needs Your Help | 022973-022974 |
| GREG, you have new privacy suggestions | 022975-022977 |
| Gregory, finish the year strong with a new Ford | 022978-022986 |
| Gregory, get the Ford for your lifestyle | 022987-022993 |
| Happy Birthday | 022994 |
| Happy Holidays from the Mesa Chamber of Commerce | 022995-022997 |
| HAPPY HOLIDAYS | 022998 |
| Happy New Year!!! | 022999 |
| Happy Thanksgiving! | 023000-023001 |
| HAPPY THANKSGIVING | 023002 |
| Hassell Family 2020 Christmas Video Card | 023003 |
| HKF-JB December Tresleboard | 023004 |
| HKF-JB Trestleboard January 2021 | 023005 |
| Homeless Veterans Need Your Help 157 | 023006-023007 |
| Homeless Veterans Need Your Help! 134 | 023008-023009 |
| Homeless Veterans Need Your Help! 62 | 023010-023011 |
| Homeless Veterans Need Your Help! 85 | 023012-023013 |
| Homeless Veterans Need Your Help! | 023014-023015 |

| | |
|---|---|
| House Debates National Defense Authorization Act | 023016-023022 |
| How was your support from Instacart | 023023-023025 |
| Ian just messaged you | 023026 |
| Important policy changes for Google Account storage | 023027-023029 |
| In Reference to Your 2019 Ford | 023030 |
| In Reference to Your 2019 Ford_110 | 023031 |
| In Regards to Your 2019 Ford | 023032 |
| January Vehicle Update for your 2019 FORD MUSTANG B… | 023033-023034 |
| John just messaged you | 023035 |
| Judicial Watch TV Weekend Playback | 023036-023041 |
| LAST 2 DAYS! | 023042-023044 |
| LAST CHANCE Gregory, a brand new Ford is a gift we all… | 023045-023051 |
| LAST CHANCE Gregory, finish the year strong with a new Ford | 023052-023060 |
| Lodge Ritual School | 023061 |
| LRS Installation Practice Tomorrow 630pm!! | 023062 |
| LRS This Tuesday 630pm | 023063 |
| LRS tonight! HKF JB lodge room | 023064 |
| LRS tonight!!! | 023065 |
| Lucas just messaged you | 023066 |
| Mesa Chamber Monday Message Aging & Healthcare, Non-P… | 023067-023077 |
| Mesa Chamber Monday Message Join us for Lunch, Prepare… | 023078-023089 |
| Mesa Chamber Monday Message Prepare for the Holidays… | 023090-023102 |
| Mesa Chamber Monday Message RSVP for #MesaTakeout M… | 023103-023114 |
| Mesa Chamber Monday Message RSVP for Non Profit Vitali… | 023115-023128 |
| Mesa Chamber Monday Message The Giving Catalog is here… | 023129-023142 |
| Mesa Chamber Monday Message Use our calendar to reengag… | 023143-023151 |
| New Name | 023152 |
| NO LRS TONIGHT | 023153 |
| Open early Our cozy holiday guide is here. | 023154-023158 |
| PC Appointment Form Please Return ASAP | 023159-023162 |
| Re Christina's Resume 2020 | 023163 |
| Re follow up | 023164 |
| Robert just messaged you | 023165 |
| Safsten Family Christmas 2020 Invited | 023166-023167 |
| Safsten Family Info Spreadsheet | 023168 |
| Security alert | 023169 |
| Share your resume with Indeed | 023170-023171 |
| Stated Communication Closed Installation tomorrow. | 023172 |
| Stephen A. just messaged you 58 | 023173 |
| Stephen A. just messaged you | 023174 |
| Tell us how we did | 023175-023176 |
| Thank you from the LD12 Republican's for your hard work! | 023177-023179 |
| Thankful for our Customers Unlimited Meetings November 26th | 023180-023183 |

Thanks for shopping with us! Here's your order 9067315035…  023184-023187
The Crux of Our Pre-Cyber Sale Choosing From Hundreds of…  023188-023193
The one and only…  023194-023195
TODAY IS THE LAST DAY!  023196-023198
Trump Calendat  023199-023202
U.S. Pays Costa Rica to Hire More Female Cops as Police at H…023203-023209
Virtual Travel Talk Close to Home Destinations with GLOBU…  023210-023213
We make it easy to follow the new Congress  023214-023220
Welcome to Apres Cybe After-Hour Deals  023221-023222
We've updates our Terms of Use  023223-023224
William G. just messaged you  023225
William G. wants to join your network  023226
Your Dropbox needs more space  023227
Your Fry's order is confirmed for December 6  023228-023230
Your Instacart order receipt  023231-023236
Your order is ready for in-store pickup at Gilbert Gateway!...  023237-023240
Your password has been updated successfully  023241-023242
Your Receipt #123933 from AZ Jolly Jumpers Party Rentals-…  023243-023244

Entire Gmail Return

greg***@gmail.com.846745226756.AccessLogAc4bea530a  023245
greg***@gmail.com.846745226756.AccessLogAcfb37605d  023246
greg***@gmail.com.846745226756.AccessLogActivity...  023247
greg***@gmail.com.846745226756.AccessLogActivity...  023248
greg***@gmail.com.846745226756.Calendar.Ca0f77c79b  023249
greg***@gmail.com.846745226756.Calendar.Calendars_...  023250
greg***@gmail.com.846745226756.Calendar.Use799869c  023251
greg***@gmail.com.846745226756.Calendar.UserSettings...  023252
greg***@gmail.com.846745226756.Contacts.Co3fb005e8  023253
greg***@gmail.com.846745226756.Contacts.Contacts_001  023254
greg***@gmail.com.846745226756.Drive.Drive9f53aa37  023255
greg***@gmail.com.846745226756.Drive.DriveFiles_001  023256
greg***@gmail.com.846745226756.DriveAssoci0f0e3e76  023257
greg***@gmail.com.846745226756.DriveAssociatedTarge...  023258
greg***@gmail.com.846745226756.DriveMobile0690e9e3  023259
greg***@gmail.com.846745226756.DriveMobileBackups....  023260
greg***@gmail.com.846745226756.GoogleAccou2410113a  023261
greg***@gmail.com.846745226756.GoogleAccount.Subsr...  023262
greg***@gmail.com.846745226756.GoogleChat.3c4615f2  023263
greg***@gmail.com.846745226756.GoogleChat.a94f814b  023264
greg***@gmail.com.846745226756.GoogleChat.aaafd496  023265
greg***@gmail.com.846745226756.GoogleChat.dc636db6  023266
greg***@gmail.com.846745226756.GoogleChat.GroupInf...  023267
greg***@gmail.com.846745226756.GoogleChat.GroupTa...  023268

greg***@gmail.com.846745226756.GoogleChat.Messages...    023269
greg***@gmail.com.846745226756.GoogleChat.UserInfo...    023270
greg***@gmail.com.846745226756.GooglePhoto72b6876c    023271
greg***@gmail.com.846745226756.GooglePhoto385b24ee    023272
greg***@gmail.com.846745226756.GooglePhoto8445ebdf    023273
greg***@gmail.com.846745226756.GooglePhotos.PhotoR...    023274
greg***@gmail.com.846745226756.GooglePhotos.PrintSu...    023275
greg***@gmail.com.846745226756.Mail.Messag6ca2a674    023276
greg***@gmail.com.846745226756.Mail.Messag2360d6c3    023277
greg***@gmail.com.846745226756.Mail.Messagb28f9128    023278
greg***@gmail.com.846745226756.Mail.MessageContent...    023279
greg***@gmail.com.846745226756.Mail.MessageInformati    023280
greg***@gmail.com.846745226756.Mail.Messagf3c1a599    023281
greg***@gmail.com.846745226756.Tasks.TaskL0bae23b1    023282
greg***@gmail.com.846745226756.Tasks.TaskList_001    023283
msgFilterRules    023284
Trash    023285
Trash.msf    023286
Unsent Messages    023287
Unsent Messages.msf    023288

**JASON MILLER #2**
Jason Miller text that need lawsuits to keep effort going    023289-023298

**MARK MEADOWS #2**
Mark Meadows FULL text log(1) PROD003    023299-023433
Mark Meadows FULL text log(2) Orig Chat Metadata    023434-023512
Mark Meadows FULL text log(3) Sheet 1    023513
Mark Meadows FULL text log(4) Sheet 2    023514

**BRIAN SEITCHIK #2**
Brian Seitchik Interview 2-22-24    023515

**CASSIDY HUTCHINSON #2**
Cassidy Hutchinson Interview 5-15-24    023516

**DOUG DUCEY**
Doug Ducey Interview 2-21-24    023517

**JAKE HOFFMAN #2**
2023 CRP Reimbursement Rate Schedule 022123    023518
2023 Interpreting All T-Mobile Records 20230905    023519-023550
4677300 ARO    023521-023553

| | |
|---|---|
| 4677300_20231020_Certification | 023554 |
| 4677300_20231020_OBJ | 023555 |
| 4809805132 Sprint sub 2023-037786 | 023556-023557 |
| FAQ - Data Retention Changes – 230501 | 023558 |
| SUB_Tibco_4809805132_13869440 | 023559 |

**JASON MILLER #2**

| | |
|---|---|
| Jason Miller Interview 3-22-24 | 023560 |

**MURRAY SNOW**

| | |
|---|---|
| 02356AZ GOP Cov | 023561-023563 |
| Certified envelope from Judge Snow | 023564 |
| Inside envelope from Judge Snow | 023565 |
| Judge Snow's Cover for POTUS | 023566 |
| Judge Snow's Cover for VP | 023567 |
| Judge Snow's Final Vote | 023568-023572 |
| Judge Snow's SOS Folder | 023573 |
| Letter from SOS to Judge Snow | 023574-023575 |

**ROBERT SINNERS**

| | |
|---|---|
| Robert Sinners Interview 5-6-24 | 023576 |

**GREG SAFSTEN #3**

| | |
|---|---|
| Verizon 23485124 CDR Alternative Records | |
|    AttachedFax_10-11-2023_17-01-37 | 023576-023584 |
|    Certification of records NJ conformed copy sesig | 023585 |
|    VISION.PR.254442.EAST.20231123Redacted DEC122020-… | 023586-023599 |
|    VISION.PR.254442.EAST.20231123RedactedNOV03-DEC1… | 023600-023638 |
| Verizon 23485124 Records | |
|    ActDeact__MTN-4807109266_2020-11-03_to_2021-01-07.798 | 023639 |
|    AttachedFax_10-11-2023_17-01-37 | 023640-023647 |
|    Certification of records NJ conformed copy sesig | 023648 |
|    DeviceId__MTN-4807109266_2020-11-03_to_2021-01-07.216 | 023649 |
|    Features__4807109266_2020-11-03_to_2021-01-07.466 | 023650-023651 |
|    OwnerEmail__4807109266_2020-11-03_to_2021-01-07.013 | 023652 |
|    Payment_Codes | 023653 |
|    PaymentActivity__MTN-4807109266_2020-11-03_to_2021-… | 023654 |
|    PaymentHistory__MTN-4807109266_2020-11-03_to_2021-… | 023655 |
|    SSN__MTN-4807109266_2020-11-03_to_2021-01-07.152.x… | 023656 |
|    Subscriber__MTN-4807109266_2020-11-03_to_2021-01-07… | 023657 |

**DANIEL SCARPINATO**

| | |
|---|---|
| Daniel Scarpinato Interview 4-15-24 | 023658 |

**ROBERT SINNERS #3**

| | |
|---|---|
| Robert Sinners J6 Interview 6-15-22 | 023659-023714 |
| Roman to Sinners etc emails 12-14-20 | 023715-023716 |
| Sinners to GA fake elector email | 023717 |

**VICTORIA STEVENS**

| | |
|---|---|
| Victoria Stevens Interview 4-12-24 | 023718 |

**REPORTS #2**

| | |
|---|---|
| SIS Supplement 23 (Rusty Bowers Interview) | 023719-023726 |
| SIS Supplement 24 (Victoria Stevens Interview) | 023727-023729 |
| SIS Supplement 25 (Evidence Item #1) | 023730-023731 |
| SIS Supplement 29 (Wilenchik ATT Results) | 023732-023733 |
| SIS Supplement 30 (Robert Sinners Interview) | 023734-023737 |
| SIS Supplement 31 (Mark Meadows Subpoena) | 023738-023740 |
| SIS Supplement 32 (Justin Clark Subpoena) | 023741-023743 |
| SIS Supplement 33 (Thoughtspan Error) | 023744-023746 |
| SIS Supplement 34 (Evidence Item #3) | 023747-023749 |
| SIS Supplement 35 (Six Subpoenas) | 023750-023752 |
| SIS Supplement 36 (SWs for X Accounts) | 023753-023755 |
| SIS Supplement 37 (Josh Findlay Subpoena) | 023756-023758 |
| SIS Supplement 38 (Cassidy Hutchinson Interview) | 023759-023767 |
| SIS Supplement 40 (Pellegrino Email Return) | 023768-023769 |
| SIS Supplement 41 (Doug Ducey Interview) | 023770-023777 |
| SIS Supplement 42 (Boris Epshteyn Subpoena) | 023778-023780 |
| SIS Supplement 43 (John Eastman Subpoena) | 023781-023783 |
| SIS Supplement 44 (Jenna Ellis Subpoena) | 023784-023786 |
| SIS Supplement 45 (8 Electors Subpoenas) | 023787-023789 |
| SIS Supplement 46 (Christina Bobb Subpoena) | 023790-023792 |
| SIS Supplement 47 (Mark Meadows Subpoena) | 023793-023795 |
| SIS Supplement 48 (Robert Sinners Interview) | 023796-023807 |
| SIS Supplement 49 (William Stepien Interview) | 023808-023812 |
| SIS Supplement 50 (Daniel Scarpinato Interview) | 023813-023816 |
| SIS Supplement 51 (Vince Leach Interview) | 023817-023819 |
| SIS Supplement 52 (Rudy Giuliani Subpoena) | 023820-023821 |
| SIS Supplement 53 (Jake Hoffman Subpoena) | 023822-023823 |

13. *State's Request for Disclosure*

The State requests all disclosure required under Arizona Rule of Criminal Procedure 15.2(a)(1)(A)(H) and (e)(7)(A)-(B).

*14.* *Continuing Disclosure*

The State will continue to disclose evidence and/or witnesses it plans to use at the

trial in this matter, as required pursuant to Rule 15.6.

RESPECTFULLY SUBMITTED this 5th day of June, 2024.

KRISTIN K. MAYES
Attorney General


*/s/Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General


Original of the foregoing e-filed this
5th day of June, 2024, via:

Maricopa County Superior Court
efilingonline.clerkofcourt.maricopa.gov

A copy of the foregoing document
emailed, with attachments made available
via the AG fileshare server, this 5th
day of June, 2024, to:

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Dennis Wilenchik
diw@wb-law.com
*Counsel for J. Lamon 006*

Michael Bailey
mbailey@tullybailey.com
*Counsel for B. Epsthyn 014*

Michael Melito
melito@melitolaw.com
*Counsel for J. Ellis 015*

Kurt Altman
admin@altmanaz.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
*Counsel for M. Meadows 018*

PHX #12097176



# IN THE SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

### Final Release Order

Clerk of the Superior Court
*** Electronically Filed ***
COC Auto-Accept
6/7/2024 9:11:00 AM
Filing ID 17953123

State of Arizona

CaseNumber: **CR2024-006850-018**

| | |
|---|---|
| 6 Cnt 13-2002A  FORGERY F4N | 1 Cnt 13-1003  CONSPIRACY F2N |
| 1 Cnt 13-2310A  FRAUDULENT SCHE F2N | 1 Cnt 13-2311  FRAUD SCHEME/PR F5N |

**vs.**

**Mark  Meadows**

It is hereby ordered that **Mark  Meadows  shall be released** as indicated and must comply with ALL release conditions.

### NEXT HEARING (S)

**Initial Pretrial Conference**  July 30, 2024  at 08:15 AM  at South Court Tower, 175 W. Madison Street, 6th Floor, Phoenix, AZ, 85003-2243 Courtroom:  6D **Docket: CMC05**

**Comprehensive PreTrial Conference**  September 03, 2024  at 08:31 AM  at South Court Tower, 175 W. Madison Street, 5th Floor, Phoenix, AZ, 85003-2243 Courtroom:  5C **Docket: CRJ07**

**Pre-Trial Conference**  October 17, 2024  at 08:30 AM  at South Court Tower, 175 W. Madison Street, 5th Floor, Phoenix, AZ, 85003-2243 Courtroom:  5C **Docket: CRJ07**

**Trial**  October 31, 2024  at 09:00 AM  at South Court Tower, 175 W. Madison Street, 5th Floor, Phoenix, AZ, 85003-2243 Courtroom:  5B **Docket: CPJ03**

### RELEASE TYPE

**Bailable As a Matter of Right**

The defendant has been found to be bailable as a matter of right. IT IS HEREBY ORDERED that the defendant must comply with all release conditions and shall be released from custody in this Cause Number as follows:

**Own Recognizance**

The defendant is released without any condition of an undertaking relating to, or deposit of security, and promises to appear in Court as required.

You must return to the police department that arrested you and have them 10-Print fingerprint you. If you are released from custody you must complete this before your next hearing. You must bring proof of your fingerprinting to your next hearing or your release may be revoked.

You may travel outside of the State of Arizona to the State(s) of as needed. Because you have been permitted to travel outside of the State of Arizona, you must continue to provide the court with proof of the address and telephone numbers of where you can be reached.



# IN THE SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

### Final Release Order

Case#: **CR2024-006850-018**

---

### RELEASE CONDITIONS

1. You are not to initiate contact with the arresting officers.
2. You are not to initiate contact with the alleged victim or victims.
3. You must continue to provide the court with proof of your local address.
4. You must return to the police department that arrested you and have them 10-Print fingerprint you. If you are released from custody you must complete this before your next hearing. You must bring proof of your fingerprinting to your next hearing or your release may be revoked.
5. You must continue to reside at your present local address.
6. You may travel outside of the State of Arizona to the State(s) of as needed. Because you have been permitted to travel outside of the State of Arizona, you must continue to provide the court with proof of the address and telephone numbers of where you can be reached.

You must appear at all court proceedings in this case or your release conditions can be revoked, a warrant will be issued and proceedings may go forward in your absence. You must maintain contact with your attorney. If convicted, you will be required to appear for Sentencing. If you fail to appear, you may lose your right to a direct appeal. In addition, failure to appear at a future court proceeding may result in a waiver of any claim that you were not informed of a plea offer made in your case by the State. **a.** You will appear to answer and submit to all further orders and processes of the court having jurisdiction of the case. **b.** You will refrain from committing any criminal offenses. **c.** You will diligently prosecute any appeal. **d.** You will not leave the state without permission of the court. If you violate any conditions of this release order, the court may order the bond and any security deposited in connection therewith forfeited to the State of Arizona. In addition, the court may issue a warrant for your arrest upon learning of your violation of any conditions of your release. After a hearing, if the court finds that you have not complied with the conditions of release, it may modify the conditions or revoke your release altogether.

If you are released on a felony charge, and the court finds the proof evident or the presumption great that you committed a felony during the period of release, the court must revoke your release. You may also be subject to an additional criminal charge, and upon conviction you could be punished by imprisonment in addition to the punishment which would otherwise be imposable for the crime committed during the period of release. Upon finding that you violated conditions of release, the court may also find you in contempt of court and sentence you to a term of imprisonment, a fine, or both.

---

### ACKNOWLEDGEMENT BY DEFENDANT

I have received a copy of this order. I understand the standard conditions, all other conditions and the consequences of violating this release order. I agree to comply fully with each of the conditions imposed in this release order, and to promptly notify the court in the event I change my place of residence.

Date 6/7/2024 9:06 AM

Address:

City, State, Zip:

**Shellie Smith**
Judge / Commissioner

Signature: Party Signature Not Collected

**Mark  Meadows**
Defendant

---

1

Anne Chapman (#025965)
anne@mscclaw.com

2

Lee Stein (#012368)
lee@mscclaw.com

3

MITCHELL | STEIN | CAREY | CHAPMAN, PC

4

2600 North Central Avenue, Suite 1000

5

Phoenix, AZ 85004
Telephone: (602) 358-0292

6

Facsimile: (602) 358-0291

7

8

George J. Terwilliger III*
P.O. Box 74

9

Delaplane VA 20144
George@gjt3law.com

10

*Pro Hac Vice motion pending

11

*Attorneys for Defendant Mark Meadows*

12

13

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

14

IN AND FOR THE COUNTY OF MARICOPA

15

| STATE OF ARIZONA, | ) | Case No. CR2024-006850-018 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO ASSOCIATE COUNSEL** |
| v. | ) | ***PRO HAC VICE*** |
| | ) | |
| MARK MEADOWS (18), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

16

17

18

19

20

21

22

Anne Chapman, pursuant to Rule 39 (b), Ariz. R. Sup. Ct., moves the Court to

23

associate George J. Terwilliger III as counsel *pro hac vice* while Mr. Terwilliger's

24

application is pending with the State Bar of Arizona in connection with his representation

25

of defendant Mark Meadows in this matter. Upon receipt of the Notice from the Arizona

26

27

28

State Bar, counsel will file a Supplement to this Motion attaching a copy.[1]  In support of this motion and pursuant to Rule 39(c)(1)(A), the following documents are attached as Exhibit 1:

      1.      Verified Application to Appear *Pro Hac Vice*; and

      2.      Certificate of Good Standing.

      Anne Chapman hereby agrees to serve as local counsel in this matter and accept the responsibilities detailed in Rule 39(b), Ariz. R. Sup. Ct.  As local counsel, Ms. Chapman further agrees to file a Supplement to this Motion upon receipt of the Notice from the Arizona State Bar concerning Mr. Terwilliger's *Pro Hac Vice* admission.

      A proposed form of order is attached for the Court's convenience.

RESPECTFULLY SUBMITTED June 10, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By:   */s/ Anne Chapman*

      Anne Chapman
      Lee Stein
      George J. Terwilliger III*
      * *Pro Hac Vice motion pending*
      *Attorneys for Defendant Mark Meadows*

**ORIGINAL** of the foregoing **E-FILED**
June 10, 2024 with:

Clerk of the Superior Court
Maricopa County Superior Court

//

//

---

[1] Mr. Terwilliger has submitted the required documents, including his application, certificate of good standing and payment to the Arizona State Bar.  The application is being processed and counsel expects to receive the Notice soon.

-2-

COPY of the foregoing
**DELIVERED VIA E-FILING**
June 10, 2024 to:

Nicholas Klingerman, Esq.
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004

Attorneys for Plaintiff


  /s/ B. Wolcott



**EXHIBIT 1**



**STATE BAR**
OF **ARIZONA**

Attn: Pro Hac Vice Dept
P.O. Box 53099
Phoenix, AZ 85072-3099
Phone: 602-340-7239

Overnight or Hand Delivery:
4201 N. 24th St., Ste 100
Phoenix, AZ 85016-6266

For Official Use Only
App#_____
Bar Number#_____

## Application for Appearance Pro Hac Vice

**PART I: Applicant Information**

Name of Applicant: George J. Terwilliger

Firm/Company Name: Terwilliger Law PLLC

Office Address: PO Box 74 Drelaplane VA 20144

Telephone: 202 255 0553      Fax:_____      Email Address: george@gjt3law.com

Residence Address: 11017 Pleasant Vale Rd Delaplane VA 20144

Title of cause or case where applicant seeks to appear: State v. Mark R. Meadows

Docket Number: CR2024-006850-018

Court, Board, or Administrative Agency: Superior Court Maricopa County

Party on whose behalf applicant seeks to appear: Mark R. Meadows

**Pursuant to Arizona Supreme Court Rule 39(a)(2), the applicant shall complete the information below:**

| Courts to Which Applicant Has Been Admitted: (Attach additional pages if necessary) | Date of Admission: | Bar Number: |
|---|---|---|
| District of Columbia Court of Appeals  Active | May 26, 1978 | 956532 |
| Supreme Court of Virginia  Active | August 23, 2023 | 99088 |
| | | |
| | | |

☑ Applicant is a member in good standing in such courts.

☑ Applicant is not currently disbarred or suspended in any court.

Applicant ☐ is / ☑ is not **(select one)** currently subject to any pending disciplinary proceeding or investigation by any court, agency or organization authorized to discipline attorneys at law. If yes, specify the jurisdiction, nature of investigation and contact information of the disciplinary authority investigating on an additional page.

In the preceding three (3) years, applicant has filed applications to appear as counsel under Ariz. R. Sup. Ct., Rule 39(a) in the following:

| Title of Matter: | Docket #: | Court or Agency: | App Granted? (Y/N) |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

This case or cause ☐ is / ☑ is not **(select one)** a related or consolidated matter for which applicant has previously applied to appear pro hac vice in Arizona. If this matter is a related or consolidated with any previous application, Applicant certifies that he/she will review and comply with appropriate rules of procedure as required in the underlying cause.
If applicable, please provide related or consolidated matter application or docket#_____

## PART II: Local Counsel Information

Name of Arizona Local Counsel: Anne Chapman

State Bar of Arizona Number: 25965

Address: MITCHELL | STEIN | CAREY | CHAPMAN, PC 2600 North Central Avenue, Suite 1000 Phoenix, AZ 85004 Telephone: Facsimile: (

Telephone: (602) 358-0292     Fax: 602) 358-0291     Email Address: anne@mscclaw.com

☑ Local Counsel is a member in good standing.

☑ Local Counsel associating with a nonresident attorney in a particular cause shall accept joint responsibility with the nonresident attorney to the client, to opposing parties and counsel, and to court, board, or administrative agency in that particular cause.

## PART III: Parties and Certification
Name(s) of each party in this cause and name and address of all counsel of record:

| Party: | Counsel of Record: | Address: |
| --- | --- | --- |
| State of Arizona | Nicholas Klingerman | Office of AZ Attorney General |
| {others unknown} | | |
| | | |
| | | |

☑ Applicant is including with this application a nonrefundable application fee, payable to the State Bar of Arizona, in the amount of $505.00. Fifteen percent of the non-refundable application fee paid pursuant to this section shall be deposited into a civil legal services fund to be distributed by the Arizona Foundation for Legal Services and Education entirely to approved legal services organizations, as that term is defined in subparagraph (2)(c) of this rule.

☑ Applicant is furnishing a certificate from the state bar or from the clerk of the highest admitting court of each state, territory, or insular possession of the United States in which the nonresident attorney has been admitted to practice law certifying the nonresident attorney's date of admission to such jurisdiction and the current status of the nonresident attorney's membership or eligibility to practice therein. The certificate furnished shall be no more than forty-five (45) days old.

Applicant certifies the following:
1. Applicant shall be subject to the jurisdiction of the courts and agencies of the State of Arizona and to the State Bar of Arizona with respect to the law of this state governing the conduct of attorneys to the same extent as an active member of the State Bar of Arizona, as provided in Ariz. R. Sup. Ct. Rule 46(b).
2. Applicant will review and comply with appropriate rules of procedure as required in the underlying cause.
3. Applicant understands and shall comply with the standards of conduct required of members of the State Bar of Arizona.

### Verification

STATE OF  Virginia                                    )

County of  Fauquier                                   ) ss.

I, George J. Terwilliger III, swear that all statements in the application are true, correct and complete to the best of my knowledge and belief.

Dated: June 7, 2024          Applicant's Signature: _____

SUBSCRIBED AND SWORN TO before me this  7  day of June, 2024, by

George Terwilligce
Name of Applicant

Jennifer N. Edmonds
Notary Public

JENNIFER N. EDMONDS
Notary Public
Commonwealth of Virginia
Registration No. 7084515
My Commission Expires Dec 31, 2027

Revised 05/01/20



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *George Terwilliger III*

*was duly qualified and admitted on May 26, 1978 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 15, 2024.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                06/07/2024


                                        CLERK OF THE COURT
HONORABLE SHELLIE SMITH                     I. Alvarado
                                              Deputy


STATE OF ARIZONA                        NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                      ANNE M CHAPMAN

                                        COMM. HENDERSON
                                        COMM. SHELLIE SMITH
                                        JUDGE DANIEL MARTIN
                                        VICTIM WITNESS DIV-AG-CCC


NOT GUILTY ARRAIGNMENT


8:59 a.m.

Courtroom CCB LL4

State's Attorney:          Nicholas Klingerman
Defendant's Attorney:      Anne Chapman
Defendant:                 Present

A record of the proceedings is made digitally in lieu of a court reporter.

Defendant was present for the group advisement given on the record at 8:40 a.m. this date in CCB LL4.

Defense counsel waives formal reading of the charge(s).

CR2024-006850-018 DT                                          06/07/2024

IT IS ORDERED entering a Not Guilty Plea to all charges on behalf of the Defendant at this time.

As to Count(s) 1-9, for which the Court conducts an Initial Appearance this date,

In preparation for the Initial Pretrial Conference (IPTC), the parties shall do the following:

1. The defense attorney shall conduct a conflicts check within the office to determine whether a conflict exists. If a conflict exists, counsel shall staff the conflict with the appropriate supervisor, and counsel shall file the appropriate Motion to Withdraw so new counsel can appear at the Initial Pretrial Conference.

2. Motions to Modify Release Conditions shall be heard at the Initial Pretrial Conference. Motions shall be filed with the assigned Commissioner not later than 10 days prior to the Initial Pretrial Conference.

3. If a plea agreement is extended by the State, the State shall extend the plea not later than 10 days before the Initial Pretrial Conference. Defense Counsel shall make reasonable efforts to present the plea to in custody defendants before the Initial Pretrial Conference.

4. Motion for Rule 11 Evaluations shall be heard at the Initial Pretrial Conference. Motions shall be filed with the assigned Commissioner not less than 10 days before the Initial Pretrial Conference.

5. Defense Counsel shall prepare and file a List of Specific Items of Discovery required under Rule 15.1 (b), but which were not disclosed. See Rule 15.2(e). Such list shall be filed with the assigned Commissioner not less than 5 days before the Initial Pretrial Conference.

6. All electronic media (audio tapes, CD's, etc.) or documents which require language translation shall be submitted to the Court Interpretation and Translation Department (CITS) on or before the IPTC hearing date.

7. The Initial Pretrial Statement shall be filed with the assigned Commissioner not less than 3 days before the Initial Pretrial Conference hearing date.

ANY MOTION TO MODIFY RELEASE CONDITIONS, OR RULE 11 MOTIONS NOT FILED BEFORE THE INITIAL PRETRIAL CONFERENCE WILL BE HEARD AT THE COMPREHENSIVE PRETRIAL CONFERENCE BEFORE THE DESIGNATED MASTER

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    06/07/2024

CALENDAR JUDICIAL OFFICER.  ALL MOTIONS SHALL BE IN WRITING WITH
SPECIFIC FACTS TO SUPPORT THE MOTIONS.

This case is assigned to Judge Martin.

IT IS FURTHER ORDERED setting an Initial Pretrial Conference for 07/30/2024 at 8:15
a.m. before Commissioner Henderson.

IT IS ORDERED setting a Comprehensive Pretrial Conference for 09/03/2024 at 8:30
a.m. before Judge Martin.

IT IS ORDERED that the attorneys for both the State and Defense be prepared to provide
the court with the following information at the Comprehensive Pretrial Conference (CPTC):

A.      The status of plea negotiations. This includes whether or not the State has
tendered an offer; if so, when it expires; the results of the settlement conference; and whether or
not a Donald advisement is required.

B.      The status of disclosure by both the State and Defense. This includes what
discovery has been disclosed and what discovery still needs to be disclosed. If any discovery is
left undisclosed, it is required that all parties comply with Rule 15.6 and provide appropriate
affidavits.

C.      The number of days required for trial.

D.      The number of witnesses to be used at trial, including any out-of-town witnesses.
And the number of expert witnesses to be used at trial.

E.      The status of interviews. This includes how many interviews have been conducted
and how many are left to complete. This includes whether or not any depositions are going to be
required. If depositions are required, it is ordered that the party file a motion requesting same no
later than two days before the CPTC date.

F.      Whether or not an interpreter is going to be required for either a witness or the
defendant or both.

G.      The number of jurors required for trial along with the recommended number of
alternates.

H.      Whether or not the State is requesting an aggravating factors trial to the jury.

CR2024-006850-018 DT                                    06/07/2024


      I.      Any special jury instructions.

      J.      Whether or not either party is requesting a lesser-included offense.

      K.      Whether or not there are any anticipated substantive motions to be filed by either party.

      L.      Whether or not there are any motions in limine anticipated.

IT IS FURTHER ORDERED setting a Final Trial Management Conference (FTMC) on 10/17/2024 at 8:30 a.m. before Judge Martin.

IT IS ORDERED setting the Trial Assignment date on 10/31/2024 at 9:00 a.m. before the Master Calendar Assignment Judge. The Trial Assignment hearing is in person for all lawyers and defendants. The parties should contact the Trial Assignment division prior to the Trial Assignment date to request to appear virtually. The purpose of the hearing is to set dates for (1) the Trial Procedure Conference and (2) the jury selection date.

All self- represented litigants shall appear in person at the trial assignment date unless otherwise ordered. All in custody defendants shall be transported unless otherwise ordered.

Should the Trial Assignment Judge approve a virtual appearance, the Assignment Judge's division will email parties instructions and a link to join the Court Connect videoconference (for more information, visit https://superiorcourt.maricopa.gov/court-connect/). A hearing participant can also join by telephone by dialing 917-781-4590 and entering Access Code 103 815 458# If a virtual appearance has been approved counsel of record and defendants are ordered to appear via videoconference with their webcams enabled.

IT IS ORDERED that the Defendant shall contact and meet with his/her attorney in person no later than three weeks from this date, for the purpose of preparing for the Initial Pretrial Conference.

NOTICE TO DEFENDANTS:

Failure to comply with the above orders may result in revocation of Defendant's release from custody and/or the imposition of other sanctions.

The Defendant may be tried in his/her absence if he/she fails to appear for trial.

CR2024-006850-018 DT                                    06/07/2024

The Defendant is advised that, if convicted, the Defendant will be required to appear for sentencing.  If the Defendant chooses not to appear, and the Defendant's absence prevents the Defendant from being sentenced within ninety days from the conviction, the Defendant may lose the right to a direct appeal.

LAST DAY: 12/04/2024.

IT IS ORDERED releasing Defendant on own recognizance.

Defendant is directed to appear at all scheduled court hearings and advised of the potential consequences should he/she fail to appear.

9:04 a.m.  Matter concludes.

CLERK OF THE
SUPERIOR COURT
FILED
*Ancelo* DEP
2024 JUN 11 PM 4: 32

1   Anne Chapman (#025965)
    anne@mscclaw.com
2   Lee Stein (#012368)
    lee@mscclaw.com
3   MITCHELL | STEIN | CAREY | CHAPMAN, PC
4   2600 North Central Avenue, Suite 1000
    Phoenix, AZ 85004
5   Telephone: (602) 358-0292
6   Facsimile: (602) 358-0291

7

8   *Attorneys for Defendant Mark Meadows*

9           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

10          IN AND FOR THE COUNTY OF MARICOPA

11  STATE OF ARIZONA,                ) Case No. CR2024-006850-018   x 21
12                                   )
            Plaintiff,               )
13                                   )
                                     )   **MOTION FOR TEMPORARY**
14  v.                               )   **REMOVAL OF OFFICIAL COURT**
                                     )   **TRANSCRIPTS PURSUANT TO**
15                                   )   **MARICOPA COUNTY, LOCAL RULE**
    MARK MEADOWS (18),               )   **2.8 (e)**
16                                   )
            Defendant.               )
17  ─────────────────────────────────)

18          The law firm of Mitchell Stein Carey Chapman, PC and attorney George J.

19  Terwilliger III, attorneys for Mark Meadows, hereby move this Court to temporarily

20  remove from the Clerk's custody the ***Grand Jury Transcript*** filed in this matter.

21          RESPECTFULLY SUBMITTED this 21st day of May, 2024.

22                          MITCHELL | STEIN | CAREY | CHAPMAN, PC

23
                            By:___*/s/ Anne Chapman*_____
24
                                    Anne Chapman
25

26

27

28

1   Anne Chapman (#025965)
    anne@mscclaw.com
2   Lee Stein (#012368)
3   lee@mscclaw.com
    MITCHELL | STEIN | CAREY | CHAPMAN, PC
4   2600 North Central Avenue, Suite 1000
    Phoenix, AZ 85004
5   Telephone: (602) 358-0292
6   Facsimile: (602) 358-0291
7   *Attorneys for Defendant Mark Meadows*

8              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
9
10             IN AND FOR THE COUNTY OF MARICOPA

11  STATE OF ARIZONA,                )   Case No. CR2024-006850-018
                                     )                            *X 21*
12             Plaintiff,            )
                                     )
13  v.                               )   **ORDER FOR TEMPORARY**
                                     )   **REMOVAL OF OFFICIAL COURT**
14                                   )   **TRANSCRIPTS PURSUANT TO**
    MARK MEADOWS (18),               )   **MARICOPA COUNTY, LOCAL**
15                                   )   **RULE 2.8(e)**
                                     )
16             Defendant.            )
17  _____ )

18         **IT IS ORDERED** authorizing and directing the Clerk of the Court to surrender

19  the following into the temporary custody of the Movant: ***Grand Jury Transcript***

20         **IT IS FURTHER ORDERED** that the transcript shall be returned to the Clerk of

21  the Court no later than 5:00 p.m. on ___6/18___ , 2024; 7 days from the date it is

22  removed. In the event the transcript is not timely returned, the Clerk shall notify the

23  Court so an Order to Show Cause Hearing may be set. In addition to any other sanction,

24  counsel may be found responsible for the cost to reproduce transcripts not returned at a

25  flat rate of $2.50 per page.

26         DATED: _5/21/2024_

27                                   _____
                                     Criminal Presiding Judge, Superior Court
28                                              Jennifer E. Green

1   Anne Chapman (#025965)
     anne@mscclaw.com
2   Lee Stein (#012368)
     lee@mscclaw.com
3   MITCHELL | STEIN | CAREY | CHAPMAN, PC
4   2600 North Central Avenue, Suite 1000
     Phoenix, AZ 85004
5   Telephone: (602) 358-0292
6   Facsimile: (602) 358-0291

7   *Attorneys for Defendant Mark Meadows*

8         IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9

10          IN AND FOR THE COUNTY OF MARICOPA

11   STATE OF ARIZONA,        ) Case No. CR2024-006850-018 ✗ 21
                           )
12        Plaintiff,        )
                           ) **TEMPORARY RELEASE RECEIPT**
13                      ) **OF OFFICIAL COURT**
   v.                      ) **TRANSCRIPTS PURSUANT TO**
14                      ) **MARICOPA COUNTY, LOCAL RULE**
15   MARK MEADOWS (18),     ) **2.8(e)**
                           )
16        Defendant.     )
17   _____)

18       On this // day of *June* 2024, the undersigned acknowledges temporary

19

20   receipt of the ***Grand Jury Transcript*** pursuant to the Order of the court:

21   Released To: Salim Mangoli

22   Signature: *Salim Mangoli*

23

24   Address:     2600 North Central Avenue, Suite 1000, Phoenix, Arizona 85004

25   Telephone:  602-358-0290

   Form of Identification: ☐  badge  ☒  driver's license  ☐  other _____
26

27   Releasing Clerk's Signature: *Ancelo*

28

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

*Attorneys for Defendant Mark Meadows*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Case No. CR2024-006850-018 |
| Plaintiff, | X21 |
| | **RETURN RECEIPT FOR** |
| v. | **TEMPORARY REMOVAL OF** |
| | **OFFICIAL COURT TRANSCRIPTS** |
| MARK MEADOWS (18), | **PURSUANT TO MARICOPA** |
| | **COUNTY, LOCAL RULE 2.8(e)** |
| Defendant. | |

On this 13 day of ~~May,~~ June 2024, the undersigned acknowledges return of the ***Grand Jury Transcript*** to the custody of the Clerk of the Superior Court, pursuant to the order for temporary removal signed by the Court.

Damage or alteration noted:  No ☒  Yes ☐

If yes, brief description of damage or alteration:  _N/A_

_____

Court Ordered Return Date: _6 / 18_, 2024

Receiving Clerk's Signature: _____

CLERK OF THE
SUPERIOR COURT
FILED
S. Mancillas   DEP
2024 JUN 13 PM 1:55

KRISTIN K. MAYES
Attorney General
Firm Bar No. 014000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 North Central Ave.
Phoenix, AZ 85004
Telephone: 602-542-3881
crmfraud@azag.gov

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | Case No.:  CR2024-006850-001 |
| Plaintiff, | CR2024-006860-002 |
| | CR2024-006860-003 |
| | CR2024-006860-004 |
| vs. | CR2024-006860-005 |
| | CR2024-006860-006 |
| **KELLI WARD (001),** | CR2024-006860-007 |
| **TYLER BOYWER (002),** | CR2024-006860-008 |
| **NANCY COTTLE (003),** | CR2024-006860-009 |
| **JACOB HOFFMAN (004),** | CR2024-006860-010 |
| **ANTHONY KERN (005),** | CR2024-006860-011 |
| **JAMES LAMON (006),** | CR2024-006860-012 |
| **ROBERT MONTGOMERY (007),** | CR2024-006860-013 |
| **SAMUEL MOORHEAD (008),** | CR2024-006860-014 |
| **LORAINE PELLIGRINO (009),** | CR2024-006860-015 |
| **GREGORY SAFSTEN (010),** | CR2024-006860-016 |
| **MICHAEL WARD (011),** | CR2024-006860-017 |
| **RUDOLPH GIULIANI (012),** | CR2024-006860-018 |
| **JOHN EASTMAN (013),** | |

**STATE'S MOTION FOR  PROTECTIVE ORDER**
(Assigned to the Honorable Christina Henderson)

**BORIS EPSHTEYN (014),**

**JENNA ELLIS (015),**

**CHRISTINA BOBB (016),**

**MICHAEL ROMAN (017),**

**MARK MEADOWS (018),**

Defendants.

The State requests this Court grant a protective order that (1) authorizes the State to disclose the State Grand Jury transcripts and 31 exhibits to defense counsel and (2) limits the dissemination of these materials by defense counsel, as authorized by Rule 15.5. Based on the number of transcripts and exhibits, disclosure will allow defense counsel a better opportunity to review the materials. A protective order will account for Arizona's "broader statutory framework protecting grand jury secrecy." *State v. Bergin*, 256 Ariz. 462, ¶ 21 (App. 2023); ER 3.8, cmt. 3 ("a prosecutor may seek an appropriate protective order from the tribunal if disclosure of information to the defense could result in substantial harm to an individual or to the public interest.").

Pursuant to Arizona Rules of Criminal Procedure 15.5(a)(2), this Court, for good cause, may regulate disclosure under Rule 15. Regulation is appropriate if the Court finds disclosure would result in a risk or harm outweighing any usefulness to any party and the risk cannot be eliminated by a less substantial

restriction. Due to the sensitive nature of grand jury proceedings, the State requests this Court enter a limited order restricting the defendant's use and dissemination of such sensitive information.

The State also will redact the names of the State Grand Jurors. *Morgan v. Dickerson*, 253 Ariz. 207, 213, ¶ 25 (2022) (holding that "public access to jurors' names promotes neither fairness in voir dire proceedings nor the perception of fairness."). Defense counsel may still access the redacted transcripts at the court if necessary to consider the jurors' names or challenge a grand juror under Rule 12.8.

Accordingly, the State requests this Court to issue an order providing that:

1. Defense counsel shall maintain the State Grand Jury transcripts and exhibits from the State in defense counsels' custody. Defense counsel may scan, reproduce and disclose such information only to support staff, defense investigators, agents and/or experts (the "defense team") as necessary for purposes of the defense of this case. Members of the defense teams receiving such information shall not reproduce or disseminate any discovery materials without further order of the Court. The defendants may review the grand jury transcripts and exhibits in the presence of defense counsel or other members of the defense teams. The parties agree that

review at the office of defense counsel constitutes being the presence of the defense team for purposes of this Order. The defendant may not retain a copy of the grand jury transcripts and exhibits. Any copies must be kept secure so as to reasonably prevent loss, theft, or accidental disclosure to third parties.

2. Defense counsel shall maintain a copy of the order and shall ensure that the State Grand Jury transcripts and exhibits are identified in any case management system as subject to this protective order.

3. With respect to any discovery provided by the State under this Order, said discovery is for use in the defense of this criminal case only, but also includes any appeal, collateral attack, or other post-conviction proceeding.

RESPECTFULLY SUBMITTED this 14th day of June, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL


*/s/ Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General
Criminal Division


ORIGINAL of the foregoing e-filed
this 14th day of June, 2024 with:

Clerk of the Court
Maricopa County Superior Court
175 West Madison Street
Phoenix, Arizona 85003

The Honorable Christina Henderson
Maricopa County Superior Court

COPY of the foregoing emailed
this 14th day of June, 2024 to:

Bradley Lewis Miller
Brad Miller Law LLC
office@bradlmiller.com
*Counsel for Defendant Kelli Ward (001) and Michael Ward (011)*

Andrew Pacheco
Ryan Rapp Pacheco Sorensen PLC
apacheco@rrpklaw.com
*Counsel for Defendant Tyler Bowyer (002)*

John Dosdall
Jackson White
jdosdall@jacksonwhitelaw.com
*Counsel for Defendant Nancy Cottle (003)*

Timothy LaSota
Timothy A. LaSota PLC
tim@timlasota.com
*Counsel for Defendant Jacob Hoffman (004)*

Andrew Mercantel
Attorneys for Freedom Law Firm
Andy@attorneysforfreedom.com
*Counsel for Defendant Anthony Kern (005)*

Dennis Wilenchik
Wilenchik & Bartness
admin@wb-law.com
Lacy Cooper
Schmitt Schneck Casey Even & Williams, PC
Lacy@azbarristers.com
*Counsel for Defendant James Lamon (006)*

M. Daniel Evans
Amanda Lauer
Office of the Legal Defender

minute@old.maricopa.gov
*Counsel for Defendant Robert Montgomery (007)*

Jeffrey Cloud
JCloud Law PLLC
jcloud@jcloudlaw.com
*Counsel for Defendant Samuel Moorhead (008)*

Joshua Kolsrud
Kolsrud Law Offices
josh@kolsrudlawoffices.com
*Counsel for Defendant Loraine Pellegrino (009)*

Richard K. Jones
Office of the Public Defender
OPD_Minute_entries@maricopa.gov
*Counsel for Defendant Gregory Safsten (010)*

Rudy Giuliani
Mailed to residential address in New York, New York

Ashley Adams
Adams & Associates PLC
aadams@azwhitecollarcrime.com
*Counsel for Defendant John Eastman (013)*

Michael Bailey
Arizona Chamber of Commerce & Industry
mbailey@azchamber.com
*Counsel for Defendant Boris Epshteyn (014)*

Matthew Brown
Matt@brownandlittlelaw.com
*Counsel for Defendant Jenna Ellis (015)*

Thomas Jacobs
Law Offices of Thomas Jacobs
tjacobs@jacobsazlaw.com
*Counsel for Defendant Christina Bobb (016)*

Kurt Altman
Ashley Fitzwilliams
Altman Law & Policy
Admin@altmanaz.com
Patricia Gitre
patgitre@patriciagitre.com
*Counsel for Defendant Michael Roman (017)*

Anne Chapman
Mitchell Stein Cary Chapman PC
anne@mscclaw.com
*Counsel for Defendant Mark Meadows (018)*

1  Anne Chapman (#025965)
   anne@mscclaw.com
2  Lee Stein (#012368)
   lee@mscclaw.com
3  MITCHELL | STEIN | CAREY | CHAPMAN, PC
4  2600 North Central Avenue, Suite 1000
5  Phoenix, AZ 85004
   Telephone: (602) 358-0292
6  Facsimile: (602) 358-0291

7  George J. Terwilliger III*
   P.O. Box 74
8  Delaplane VA 20144
9  George@gjt3law.com
   *Pro Hac Vice motion pending
10
11 *Attorneys for Defendant Mark Meadows*

12          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
13
14          IN AND FOR THE COUNTY OF MARICOPA

15 STATE OF ARIZONA,                 )  No. CR2024-006850-018
                                     )
16          Plaintiff,               )  **DEFENDANT MARK MEADOWS'S**
                                     )  **MOTION FOR TEMPORARY**
17 v.                                )  **REMOVAL OF GRAND JURY**
                                     )  **EXHIBITS PURSUANT TO LOCAL**
18 MARK MEADOWS (18),                )  **RULE 2.8(e)**
                                     )
19                                   )
20          Defendant.               )  (Assigned to Honorable Daniel Martin)
                                     )
21                                   )  (Honorable Jennifer E. Green, Presiding
22 _____)  Criminal)

23

24          Undersigned counsel for Defendant Mark Meadows moves the Court to allow

25 temporary removal from the Clerk's custody the 31 evidentiary exhibits presented to the

26 grand jury in this matter.  Maricopa County Super. Ct. Local Rule 2.8(e) ("Attorneys

27 admitted to the State Bar of Arizona may obtain temporary custody of official court files,

28 transcripts and exhibits . . . .  Upon execution of a receipt therefor, the attorney shall be

responsible for the safety, security and integrity of the file, transcript or exhibits in that attorney's custody.").[1]

Meadows, his counsel, and his defense team are entitled to receive and review the grand jury exhibits in support of Meadows's defense. *See, e.g.*, *Willis v. Bernini*, 253 Ariz. 453, 460 ¶ 23 (2022) ("Inherent in a fair and impartial hearing [before the grand jury] is the fair and impartial presentation of evidence."); *Franzi v. Super. Ct.*, 139 Ariz. 556, 566-67 (1984) (indicted defendant entitled to review "everything that transpires before the grand jury, except the deliberations of the jurors") (quoting *State v. Super. Ct*, 26 Ariz. App. 482, 484 (1976)); *see also* A.R.S. § 21-411(A) ("The reporter's notes containing the proceedings from which an indictment is returned shall be transcribed and . . . [s]uch transcript shall be made available to . . . the defendant."); Ariz. R. Crim. P. 12.7(c) ("The certified reporter's record of grand jury proceedings must be transcribed . . . and may be made available . . . to . . . the defendant."); U.S. Const. amends. V, VI, XIV; Ariz. Const. art. 2, §§ 4, 24.[2]

Access to these materials impacts Constitutional and procedural rights and having a copy to review is important particularly where, as here, the volume of materials is purported to be flash drives, large-format documents, and a large binder containing approximately 500-700 pages. Counsel is able to copy and return the original exhibits just as with respect to the grand jury transcripts. Allowing counsel to prepare a copy will permit counsel to perform the constitutionally required careful review and analysis in this case.

A proposed form of order is provided for the Court's convenience.

//

//

---

[1] Counsel is informed by the Clerk's office that the grand jury exhibits are located at the Clerk's exhibit department at the fourth floor of the South Court Tower at 175 W. Madison.

[2] Counsel for Defendant Meadows already obtained, copied, and returned the transcripts of the grand jury proceedings on June 12, 2024.

RESPECTFULLY SUBMITTED June 17, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: _/s/ Anne Chapman_

Anne Chapman
Lee Stein
George J. Terwilliger III*
*Pro Hac Vice motion pending*
*Attorneys for Defendant Mark Meadows*

**ORIGINAL** of the foregoing **E-FILED**
June 17, 2024 with:

Clerk of the Superior Court
Maricopa County Superior Court

**COPY** of the foregoing
**DELIVERED VIA E-FILING**
June 17, 2024 to:

Nicholas Klingerman, Esq.
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004

Attorneys for Plaintiff

_/s/ B. Wolcott_

-3-

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

*Attorneys for Defendant Mark Meadows*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| STATE OF ARIZONA, | ) | Case No. CR2024-006850-018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **TEMPORARY RELEASE RECEIPT** |
| v. | ) | **OF OFFICIAL COURT TRANSCRIPT** |
| | ) | **EXHIBITS PURSUANT TO** |
| MARK MEADOWS (18), | ) | **MARICOPA COUNTY, LOCAL RULE** |
| | ) | **2.8(e)** |
| Defendant. | ) | |
| | ) | |

On this ___ day of _____ 2024, the undersigned acknowledges temporary

receipt of the ***Grand Jury Exhibits*** pursuant to the Order of the court:

Released To: _____

Signature: _____

Address: 2600 North Central Avenue, Suite 1000, Phoenix, Arizona 85004

Telephone: 602-358-0290

Form of Identification: ☐  badge  ☐  driver's license  ☐  other _____

Releasing Clerk's Signature: _____

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

*Attorneys for Defendant Mark Meadows*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| STATE OF ARIZONA, | ) | Case No. CR2024-006850-018 |
| | ) | |
| Plaintiff, | ) | **RETURN RECEIPT FOR** |
| | ) | **TEMPORARY REMOVAL OF** |
| v. | ) | **OFFICIAL COURT TRANSCRIPT** |
| | ) | **EXHIBITS PURSUANT TO** |
| MARK MEADOWS (18), | ) | **MARICOPA COUNTY, LOCAL RULE** |
| | ) | **2.8(e)** |
| Defendant. | ) | |

On this \_\_\_\_ day of June, 2024, the undersigned acknowledges return of the ***Grand Jury Exhibits*** to the custody of the Clerk of the Superior Court, pursuant to the order for temporary removal signed by the Court.

Damage or alteration noted:        No ☐        Yes ☐

If yes, brief description of damage or alteration:  _____

_____

Court Ordered Return Date: _____  \_\_\_\_ **, 2024**

Receiving Clerk's Signature: _____

1  Anne Chapman (#025965)
   anne@mscclaw.com
2  Lee Stein (#012368)
   lee@mscclaw.com
3  MITCHELL | STEIN | CAREY | CHAPMAN, PC
4  2600 North Central Avenue, Suite 1000
   Phoenix, AZ 85004
5  Telephone: (602) 358-0292
   Facsimile: (602) 358-0291
6
7  George J. Terwilliger III*
   P.O. Box 74
8  Delaplane VA 20144
9  George@gjt3law.com
   *Pro Hac Vice motion pending
10
11 *Attorneys for Defendant Mark Meadows*

12          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

13                IN AND FOR THE COUNTY OF MARICOPA

14

15 STATE OF ARIZONA,                    ) No. CR2024-006850-018
                                        )
16          Plaintiff,                  ) **DEFENDANT MARK MEADOWS'S**
                                        ) **RESPONSE IN OPPOSITION TO**
17 v.                                   ) **STATE'S MOTION FOR**
                                        ) **PROTECTIVE ORDER**
18                                      )
   MARK MEADOWS (18),                   )
19                                      ) (Assigned to Honorable Daniel Martin)
20          Defendant.                  )
                                        ) (Honorable Jennifer E. Green, Presiding
21 _____      ) Criminal)
22

23          Defendant Mark Meadows opposes the State's Motion for Protective Order

24 because it violates his automatic right under applicable statutes and rules to receive and

25 review the entirety of the grand jury proceedings that resulted in his indictment, and his

26 rights under the U.S. and Arizona Constitutions, including the right to due process and

27 the right to participate in his own defense. *See* A.R.S. § 21-411(A) ("The reporter's notes

28 containing the proceedings from which an indictment is returned shall be transcribed and

. . . [s]uch transcript shall be made available to . . . the defendant."); Ariz. R. Crim. P. 12.7(c) ("The certified reporter's record of grand jury proceedings must be transcribed . . . and may be made available . . . to . . . the defendant."); U.S. Const. amends. V, VI, XIV; Ariz. Const. art. 2, §§ 4, 24. Attempting to rely on the disclosure provisions of Rule 15 and entirely inapplicable case law, the State's Motion seeks to place unlawful limitations on defendant Meadows's ability to review the testimony and evidence of the grand jury proceedings that led to his indictment. But the State's Motion is both legally baseless and filed too late.

Under the "automatic procedures" of A.R.S. § 21-411(A), Meadows has the right to review "everything that transpires before the grand jury, except the deliberations of the jurors." *Franzi v. Super. Ct.*, 139 Ariz. 556, 566-67 (1984) (quoting *State v. Franzi v. Super. Ct*, 26 Ariz. App. 482, 484 (1976)); *see State v. Bergin*, 256 Ariz. 462, --- ¶ 22 (App. 2023) (discussing the "automatic preparation and disclosure of a grand jury transcript following an indictment" required by § 21-411(A)). The State may not rely on the rules governing its disclosure obligations in Rule 15 to place limitations on Meadows's automatic right to receive and review information about the grand jury proceedings under statute and court rule. Rule 15.5, the cited basis for the State's request, applies only to materials subject to disclosure under Rule 15. The evidence presented during grand jury proceedings is subject to automatic disclosure to the defendant who has been indicted under A.R.S. § 21-411(A) and Rule 12.7(c).

Moreover, at the time the State filed its Motion, on Friday June 14, 2024, after 4:00 pm, counsel for Meadows had already obtained copies of the grand jury transcripts, copied and scanned those transcripts, and distributed them to Meadows and other counsel on Meadows's defense team. The State cannot now, retroactively, seek to limit Meadows's review of information to which he has an automatic right, particularly with an inapplicable rule as the only cited basis.

//

//

-2-

1     The grand jury proceedings in this case consist of more than 20 transcripts, and,

2     according to the State's Motion, 31 exhibits. Meadows, his counsel, and defense team are

3     entitled to review those materials, without the limitations proposed in the State's Motion.

4          The grand jury transcripts were filed with the Clerk of Court on or about May 16,

5     2024. Counsel for Meadows requested to remove the transcripts for copying on May 21,

6     2024. Because there is only one copy of the transcripts, and eighteen defendants in this

7     case, Meadows had to wait to obtain the transcripts for copying. Counsel for Meadows

8     were notified on June 11 that the transcripts were available. Counsel obtained the

9     transcripts on June 12, processed and distributed the transcripts among the defense team,

10    and returned them to the Clerk of Court the same day.

11         The State has no legal basis for its retroactive request to limit defendant Meadows

12    himself from receiving and reviewing information concerning the grand jury proceedings

13    (including the transcripts which he already has), or to limit him to "review[ing] the grand

14    jury transcripts and exhibits in the presence of defense counsel or other members of the

15    defense teams." Motion at 3. Those proposed restrictions unduly burden his right to

16    participate in his own defense, particularly given the voluminous record of the grand jury

17    proceedings in this case. And neither of the cases cited by the State in its Motion apply to

18    a criminal defendant's automatic right to receive a copy of the grand jury proceedings

19    that led to his indictment. *See Bergin*, 256 Ariz. at --- ¶ 1 (addressing unindicted person's

20    "request for a transcript of a grand jury proceeding that resulted in the grand jurors

21    declining to return an indictment against him"); *Morgan v. Dickerson*, 253 Ariz. 207, 208

22    ¶ 2 (2022) (addressing "whether the First Amendment provides the public a qualified

23    right of access to jurors' names during voir dire").

24         The State has no legal basis for its request to restrict defendant Meadows from

25    receiving and reviewing information about the grand jury proceedings that led to his

26    indictment. The Court should deny the State's Motion for Protective Order. With respect

27    to the grand jury transcripts, which Meadows, his counsel, and defense team have already

28    received and reviewed, the Court should not retroactively impose restrictions with no

-3-

legal basis.[1] With respect to the 31 exhibits that were presented to the grand jury, Meadows, his counsel, and defense team have not yet received those materials, and they are entitled to receive and review them in support of Meadows's defense, likewise without the restrictions proposed in the State's Motion. *See, e.g.*, *Willis v. Bernini*, 253 Ariz. 453, 460 ¶ 23 (2022) ("Inherent in a fair and impartial hearing [before the grand jury] is the fair and impartial presentation of evidence.").[2]

RESPECTFULLY SUBMITTED June 18, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By:  */s/ Anne Chapman*

  Anne Chapman
  Lee Stein
  George J. Terwilliger III*
  * *Pro Hac Vice motion pending*
  *Attorneys for Defendant Mark Meadows*

**ORIGINAL** of the foregoing **E-FILED**
June 18, 2024 with:

Clerk of the Superior Court
Maricopa County Superior Court

//

//

//

//

//

---

[1] Counsel for Meadows, Meadows, and other members of his defense team are aware of the laws governing grand jury secrecy in Arizona. *E.g.*, A.R.S. § 13-2812.
[2] Counsel for Meadows have filed a motion for temporary release of the grand jury exhibits pursuant to Local Rule 2.8(e).

-4-

**COPY** of the foregoing
**DELIVERED VIA E-FILING**
June 18, 2024 to:

Nicholas Klingerman, Esq.
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004

Attorneys for Plaintiff

  _/s/ B. Wolcott_____

Clerk of the Superior Court
*** Electronically Filed ***
T. Alameda, Deputy
6/20/2024 1:06:44 PM
Filing ID 18025102

1
2
3
4
5
6

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

7
8
9
10

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice motion pending

11

*Attorneys for Defendant Mark Meadows*

12

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

13

IN AND FOR THE COUNTY OF MARICOPA

14

15 | STATE OF ARIZONA, ) No. CR2024-006850-018
16 | )
| Plaintiff, ) **DEFENDANT MARK MEADOWS'**
17 | ) **MOTION TO EXTEND TIME TO**
| v. ) **FILE MOTION TO DISMISS OR**
18 | ) **QUASH UNDER A.R.S. § 12-751**
| ) **(ANTI-SLAPP STATUTE)**
19 | MARK MEADOWS (18), )
20 | ) **EXPEDITED CONSIDERATION**
| Defendant. ) **REQUESTED**
21 | )
22 | ) (Honorable Daniel Martin)

23

24

Defendant Mark Meadows requests that the Court extend his time to file a motion

25

to dismiss or quash the State's prosecution against him pursuant to A.R.S. § 12-751, the

26

anti-SLAPP statute. That statute provides that "[t]he motion to dismiss or quash may be

27

filed within sixty days after the service of the complaint or other document on which the

28

motion is based or, in the court's discretion, at any later time on terms that the court

deems proper . . . ." A.R.S. § 12-751(D). The indictment in this case was served on Mr.

Meadows on April 24, 2024. Sixty days from that service is June 23, 2024. Mr. Meadows requires additional time beyond June 23 in which to analyze, prepare, and file a motion under § 12-751, and respectfully requests that the Court grant him until August 26, 2024, to file the motion.

As the Court is aware, this is a complicated case with obvious political and constitutional overtones. The anti-SLAPP statute allows a person to challenge a legal action against him, including a criminal prosecution, if the action "involves a person's lawful exercise of the right of petition, the right of speech, the freedom of the press, the right to freely associate or the right to peaceably assemble pursuant to the United States Constitution or Arizona constitution." A.R.S. § 12-751(A), (J)(1)(a)(ii). Mr. Meadows is currently evaluating and preparing a motion under § 12-751 but needs additional time given the complexity of this case in general, the complexity of issues related to the anti-SLAPP statute, the early stages of this case, and the lack of information available so far to the defense.

Mr. Meadows therefore asks the Court to grant him until August 26, 2024 to file his motion to dismiss or quash the State's prosecution against him pursuant to A.R.S. § 12-751. Counsel for Plaintiff have advised they have no objection to this request. A proposed form of order is attached for the Court's convenience.

RESPECTFULLY SUBMITTED June 20, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By:___/s/ Anne Chapman_____

Anne Chapman
Lee Stein
George J. Terwilliger III*
*Pro Hac Vice motion pending*
*Attorneys for Defendant Mark Meadows*

-2-

**ORIGINAL** of the foregoing **E-FILED**
June 20, 2024 with:

Clerk of the Superior Court
Maricopa County Superior Court


**COPY** of the foregoing
**DELIVERED VIA E-FILING**
June 20, 2024 to:

Nicholas Klingerman, Esq.
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for Plaintiff*

  */s/ PLMcClellan*

Clerk of the Superior Court
*** Electronically Filed ***
T. Alameda, Deputy
6/20/2024 1:03:57 PM
Filing ID 18025096

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice motion pending

*Attorneys for Defendant Mark Meadows*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| STATE OF ARIZONA, | ) | No. CR2024-006850-018 |
| | ) | |
| Plaintiff, | ) | **DEFENDANT MARK MEADOWS'** |
| | ) | **UNOPPOSED MOTION TO EXTEND** |
| v. | ) | **TIME TO FILE MOTION TO** |
| | ) | **CHALLENGE GRAND JURY AND** |
| MARK MEADOWS (18), | ) | **GRAND JURY PROCEEDINGS** |
| | ) | |
| Defendant. | ) | (Honorable Daniel Martin) |

Defendant Mark Meadows requests that the Court extend his time to file a motion to challenge the grand jury and grand jury proceedings. *See* Ariz. R. Crim. P. 12.9, 12.21, 12.22, 12.28. Meadows was arraigned on June 7, 2024, making July 22, 2024, the current deadline for such a motion. *See* Ariz. R. Crim. P. 12.9(b) (motion due "no later than 45 days after the certified transcript and minutes of the grand jury proceedings are filed or no later than 45 days after the defendant's arraignment, whichever is later"). Given the lengthy grand-jury proceedings, spanning several months, the voluminous disclosures that the State has already produced, and the remaining discovery that needs to be

completed, Meadows needs additional time to review the relevant materials and adequately evaluate the grounds for challenging the grand jury and proceedings.

The requested extension is necessary in the interests of justice to ensure that Meadows's constitutional rights are protected, including his due process rights under the U.S. and Arizona Constitutions. Meadows therefore asks the Court to grant him until September 23, 2024, to file his motion challenging the grand jury and grand jury proceedings. Counsel for the Plaintiff have advised they have no objection to this request. A proposed form of order is attached for the Court's convenience.

RESPECTFULLY SUBMITTED June 20, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: _/s/ Anne Chapman_

Anne Chapman
Lee Stein
George J. Terwilliger III*
*Pro Hac Vice motion pending*
*Attorneys for Defendant Mark Meadows*

**ORIGINAL** of the foregoing **E-FILED**
June 20, 2024 with:

Clerk of the Superior Court
Maricopa County Superior Court

**COPY** of the foregoing
**DELIVERED VIA E-FILING**
June 20, 2024 to:

Nicholas Klingerman, Esq.
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for Plaintiff*

_/s/ PLMcClellan_

-2-

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

George J. Terwilliger, III*
P.O. Box 74
Delaplane, VA 20144
george@gjt3law.com
*Pro Hac Vice motion pending

Attorneys for Defendant Mark Meadows

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | No. CR2024-006850-018 |
| Plaintiff, | **NOTICE OF DISCLOSURE PURSUANT TO RULE 15.2 FOR DEFENDANT MARK MEADOWS** |
| v. | |
| MARK MEADOWS (18), | (Honorable Daniel Martin) |
| Defendant. | |

Defendant Mark Meadows, through undersigned counsel, makes the following disclosure pursuant to Rule 15.2 of the Arizona Rules of Criminal Procedure. Defendant Meadows reserves all rights to amend or supplement this disclosure statement as circumstances dictate.

## I. DEFENSES

| | | | |
|---|---|---|---|
| ☐ | Alibi | ☐ | Necessity |
| ☐ | Insanity | ☐ | Invalidity of Prior Conviction |
| ☐ | Self-Defense | ☒ | Good Character |

| | | | |
|---|---|---|---|
| ☐ | Defense of Others | ☐ | No <u>Mens Rea</u> of Recklessness/Negligence |
| ☐ | Entrapment | ☒ | No <u>Mens Rea</u> of Intent/Knowledge |
| ☐ | Consent | ☒ | No <u>Actus Reus</u> |
| ☐ | Impotency | ☐ | Insufficiency of Prior Conviction |
| ☐ | Mistaken Identification | ☒ | Insufficiency of State's Evidence |
| ☒ | Mere Presence | ☐ | Justification |
| ☐ | Immaturity | ☐ | Coercion |
| ☐ | Intoxication | ☐ | Suicide |
| ☐ | Diminished Capacity | ☐ | Defense of Premises |
| ☐ | Accident | ☐ | Defense of Property |
| ☐ | Illegal Search | ☐ | No Illegal Substances in System |
| ☐ | Third Party Defense | ☐ | Insufficient Factual/Legal Basis |
| ☐ | Duress | ☐ | Invalidity of State's Blood Test |
| ☐ | Invalidity of State's Chemical Testing | ☐ | Blood Alcohol Not in Excess of .08/.15/.20 |
| ☐ | Invalidity of State's Breath Test | ☒ | Other: Supremacy Clause Immunity from Prosecution, U.S. CONST., art. vi, cl. 2; First Amendment/Anti-SLAPP, A.R.S. § 12-751 |

## II. <u>WITNESSES</u>

Defendant Meadows may call the following witnesses:

1. Custodians of records, as needed, to establish foundation for any exhibits used at trial, including, but not limited to, the Archivist and a custodian of records of the National Archives and Records Administration; and Jack Smith, as Special Counsel and a custodian of records of the Department of Justice.

2. Any individuals listed or referred to in the law enforcement reports or disclosure produced by the State pursuant to Ariz. R. Crim. P. 15.1.

3. Any person named in the State's disclosure notice pursuant to Ariz. R. Crim. P. 15.1.

4. Any experts/technicians called by the State or named in the disclosure provided by the State pursuant to Ariz. R. Crim. P. 15.1.

5. Members of the White House staff during Defendant Meadows's tenure as the 29th Chief of Staff to the President of the United States.

6. Former President Donald Trump.

The defense is in the process of reviewing disclosures and conducting its investigation in this matter and will supplement this list as witnesses become known. Also, pursuant to Ariz. R. Crim. P. 15.1(h), Defendant Meadows hereby requests disclosure of all persons who will be called as rebuttal witnesses, together with their written or recorded statements.

## III.   EXHIBITS AND EVIDENCE

Defendant Meadows may use as exhibits any tangible item, document, or other material identified or referred to in the law enforcement investigative reports or other disclosures provided by the State, as well as any other item the defense discloses to the State prior to trial, including curricula vitae and reports of any experts listed or called as a witness, and any documents or other evidence upon which said experts may rely for their opinions rendered.

Defendant Meadows also may use as exhibits relevant documents and materials in the possession of the Archivist and a custodian of records of the National Archives and Records Administration, which include Defendant Meadows's official records during his tenure as the former Chief of Staff and leader of the Executive Office of the President, as well as communications after the 2020 Presidential election between certain members of his team in the Executive Office of the President, certain call records involving offices within Meadows's control as the Chief of Staff, and the schedules and calendars of certain Executive officials after the 2020 Presidential Election.

In addition, Defendant Meadows may use a exhibits relevant documents and materials in the possession of Jack Smith, as Special Counsel and a custodian of records of the Department of Justice, which include (1) documents the United States has produced in discovery *United States v. Trump*, No. 1:23-cr-00257-TSC (D.D.C.); (2) official records of Meadows obtained by the Special Counsel; and (3) documents exculpatory to Meadows.

By indicating the possibility of using these exhibits as the situation may warrant, Defendant Meadows in no way waives any challenges to the foundation or authenticity

of the exhibits and does not waive any objections under Ariz. R. Evid. 1001-1006, specifically, or any other Rule of Evidence.

The State is further placed on notice that Defendant Meadows may use as exhibits for impeachment or corroboration written or electronically recorded statements of any witness, including transcripts of any electronically recorded statements conducted in this matter.

This exhibit list may be amended upon further discovery and/or interviews.

RESPECTFULLY SUBMITTED June 20, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Anne Chapman*
    Anne Chapman
    Lee Stein
    George J. Terwilliger III*
    * Pro Hac Vice motion pending
    *Attorneys for Defendant Mark Meadows*

**ORIGINAL** of the foregoing **E-FILED**
June 20, 2024, with:

Clerk of Court
Maricopa County Superior Court

**COPY** of the foregoing
**DELIVERED VIA E-FILING**
June 20, 2024, to:

Nicholas Klingerman, Esq.
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for Plaintiff*

  */s/ PLMcClellan*

-4-

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA,<br><br>               Plaintiff,<br><br>v.<br><br>**KELLI WARD (001),**<br>**TYLER BOWYER (002),**<br>**NANCY COTTLE (003),**<br>**JACOB HOFFMAN (004),**<br>**ANTHONY KERN (005),**<br>**JAMES LAMON (006),**<br>**ROBERT MONTGOMERY (007),**<br>**SAMUEL MOORHEAD (008),**<br>**LORRAINE PELLEGRINO (009),**<br>**GREGORY SAFSTEN (010),**<br>**MICHAEL WARD (011),**<br>**RUDOLPH GIULIANI (012),**<br>**JOHN EASTMAN (013),**<br>**BORIS EPSTHEYN (014),**<br>**JENNA ELLIS (015),**<br>**CHRISTINA BOBB (016),**<br>**MICHAEL ROMAN (017),**<br>**MARK MEADOWS (018),**<br><br>               Defendants. | Cause No.   **CR2024006850-001**<br>**CR2024006850-002**<br>**CR2024006850-003**<br>**CR2024006850-004**<br>**CR2024006850-005**<br>**CR2024006850-006**<br>**CR2024006850-007**<br>**CR2024006850-008**<br>**CR2024006850-009**<br>**CR2024006850-010**<br>**CR2024006850-011**<br>**CR2024006850-012**<br>**CR2024006850-013**<br>**CR2024006850-014**<br>**CR2024006850-015**<br>**CR2024006850-016**<br>**CR2024006850-017**<br>**CR2024006850-018**<br><br>**PLAINTIFF'S RULE 15.1**<br>**FIRST SUPPLEMENTAL**<br>**DISCLOSURE**<br><br>Hon. Daniel G. Martin |

The State, pursuant to Arizona Rule of Criminal Procedure 15.1, makes available the following material and information. All of the materials subject to disclosure, presently in the State's possession, are referenced in this document. Additional disclosure, if any, will be made available as received, in accordance with Rule 15.6. Any such disclosure may be used in the State's case-in-chief or as rebuttal evidence in this case.

*1.    Disclosure Materials*

The following disclosure materials have been uploaded to the AG Fileshare server and are available for downloading:

EXHIBITS:                                                        BATES No.:

**RUSTY BOWERS #2**
Bowers J6 Production
   _2022.04.13 - Production No. 1 Cover Ltr.                023824
   _2022.04.26 - Cover Ltr re Production No. 2              023825
   2020 Natelson Legal Analysis Legislative Authority       023826-023829
   2020-11-12 Letter to President Fann and Speaker Bowers   023830-023831
   2022.04.26 - Bowers Production No. 2                      023832-023838
   20201129_Plenary Power                                   023839-024225
   POST-ELECTION FREQUENTLY ASKED QUESTIONS                 024226-024229
   Trump Campaign - Arizona Election Anomalies & Concerns   024230-024340

**SEARCH WARRANTS**
SW 2023-010100 K Ward Tmobile Cell Phone added 5 14              024341-024347
SW 2023-010101 Safsten Cell Phone                               024348-024353
SW 2023-010102 Hoffman Cell Phone                               024354-024358
SW 2023-010108 Safsten AT&T email                               024359-024362
SW 2023-010109 Safsten Google email                             024363-024367
SW 2023-010110 Hoffman email                                    024368-024371
SW 2024-020289 Bowyer X Account                                 024372-024376
SW 2024-020290 Cottle X Account                                 024377-024381

SW 2024-020291 Kern X Account                         024382-024386
SW 2024-020292 Lamon X Account                  024387-024391

| Document | Bates Range |
|---|---|
| SW 2024-020291 Kern X Account | 024382-024386 |
| SW 2024-020292 Lamon X Account | 024387-024391 |
| SW 2024-020293 Mike Ward X Account | 024392-024396 |
| SW 2024-020294 Moorhead X Account | 024397-024401 |
| SW 2024-020295 Kelli Ward X Account | 024402-024406 |
| SW 2024-020296 Hoffman X Account | 024407-024410 |
| SW 2024-020297 Pellegrino X Account | 024411-024415 |
| SW 2024-020309 Pellegrino Yahoo Email | 024416-024421 |
| SW 2024-020310 Multiple Gmail Account Emails | 024422-024427 |
| SW 2024-020311 Multiple MSN Hotmail Email Accounts | 024428-024433 |
| SW 2024-020312 Wild West Email Accounts | 024434-024439 |
| SW 2024-020313 Mutilple Political Media Emails | 024440-024445 |
| SW 2024-020314 Bobb Email Account | 024446-024451 |
| SW 2024-020329 Apple Cloud | 024452-024454 |
| SW 2024-020330 Google Cloud | 024455-024459 |
| SW 2024-020332 Meadows Highlands Email | 024460-024462 |
| SW 2024-020333 Trump Organization Accounts | 024463-024465 |
| SW 2024-020334 Google Email Accounts | 024466-024468 |
| SW2024-020289 Request & Order to Unseal | 024469-024471 |
| SW2024-020290 Request & Order to Unseal | 024472-024474 |
| SW2024-020291 Request & Order to Unseal | 024475-024477 |
| SW2024-020292 Request & Order to Unseal | 024478-024480 |
| SW2024-020293 Request & Order to Unseal | 024481-024483 |
| SW2024-020294 Request & Order to Unseal | 024484-024486 |
| SW2024-020295 Request & Order to Unseal | 024487-024489 |
| SW2024-020296 Request & Order to Unseal | 024490-024492 |
| SW2024-020297 Request & Order to Unseal | 024493-024495 |
| SW2024-020309 Request & Order to Unseal | 024496-024498 |
| SW2024-020310 Request & Order to Unseal | 024499-024501 |
| SW2024-020311 Request & Order to Unseal | 024502-024504 |
| SW2024-020312 Request & Order to Unseal | 024505-024507 |
| SW2024-020313 Request & Order to Unseal | 024508-024510 |
| SW2024-020314 Request & Order to Unseal | 024511-024513 |

**NEWS ARTICLES AND VIDEOS**

| Article | Bates Range |
|---|---|
| AZ Mirrir.Com PDF | 024514-024515 |
| Bobb and Rudy podcast see 1115 | 024516 |
| Bobb before inauguration day on December scheme | 024517 |
| Bobb paid by Blake Masters in Senate campaign | 024518-024522 |
| Boris telling everyone press release on hold until mayor and DJT… | 024523-024527 |
| Chesebro Flew Wisconsin Vote to DC | 024528-024546 |
| Clint Hickman WAPO interview | 024547 |

| | |
|---|---|
| CNN Story about 5 Electors | 024548-024559 |
| Copy of Joint Resolution from AZ Legislators 12 14 2020 | 024560-024570 |
| Dec 14 Joint Resplution to accept fake electors | 024571-024581 |
| Hoffman Story | 024582-024597 |
| Jim Lamon explains elector role in news story Contingency | 024598-024606 |
| Jim Lamon news story Jan 31 2022 Contingency | 024607-024616 |
| Key email about green light and court case for all states | 024617-024620 |
| MSNBC Alex Wagner story about Jake Hoffman Letter | 024621 |
| Rose Law Group Reporter | 024622-024631 |
| Rusty video of threats | 024632 |
| Rusty video to have a hearing | 024633 |
| Stonewalldemsaz | 024634-024649 |
| Tucson News Story | 024650-024674 |
| www.azcentral.com | 024675-024678 |
| www.defendyourvotingrights.org | 024979-024686 |
| www.phoenixnewtimes.com | 024687-024691 |
| www.usatoday.com | 024692-024698 |
| www.yahoo.com | 024699 |

**REPORTS #3**

| | |
|---|---|
| SIS Supplement 17 (Evidence Item #2) | 024700-024702 |
| SIS Supplement 39 (Greg Jacob Interview) | 021703-024709 |
| SIS Supplement 54 (Email Search Warrants) | 024710-024712 |
| SIS Supplement 55 (Email Search Warrants) | 024713-024715 |
| SIS Supplement 57 (Pellegrino Email Return) | 024716-024718 |
| SIS Supplement 58 (Kelli Ward TMobile Results) | 024719-024721 |
| SIS Supplement 59 (Gmail Results) | 024722-024725 |
| SIS Supplement 60 (Townsend TMobile Results) | 024726-024728 |
| SIS Supplement 61 (Kelli Ward TMobile SW) | 024729-024731 |
| SIS Supplement 62 (Epshteyn Verizon Results) | 024732-024734 |
| SIS Supplement 63 (Kelli Ward TMobile Results) | 024735-024737 |

2.    *State's Request for Disclosure*

The State requests all disclosure required under Arizona Rule of Criminal

Procedure 15.2(a)(1)(A)(H) and (e)(7)(A)-(B).

3.    *Continuing Disclosure*

The State will continue to disclose evidence and/or witnesses it plans to use

at the trial in this matter, as required pursuant to Rule 15.6.

RESPECTFULLY SUBMITTED this 21st day of June, 2024.

KRISTIN K. MAYES
Attorney General

*/s/Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General

Original of the foregoing e-filed this
21st day of June, 2024, via:

Maricopa County Superior Court
efilingonline.clerkofcourt.maricopa.gov

A copy of the foregoing document
emailed, with attachments made available
via the AG fileshare server, this 21st
day of May, 2024, to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik
diw@wb-law.com
*Counsel for J. Lamon 006*

Roger Contreras
rcontreras@cochise.az.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Rudy Giuliani
truthandjustice4u@protonmail.com
*Pro Se Defendant 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
*Counsel for B. Epsthyn 014*

Michael Melito
melito@melitolaw.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsArizonalaw.com
*Counsel for C. Bobb 016*

Kurt Altman
admin@altmanaz.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
*Counsel for M. Meadows 018*

PHX #12103772

WILENCHIK & BARTNESS
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810      Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com

SCHMITT SCHNECK
EVEN & WILLIAMS P.C.
1221 East Osborn Road, Suite 105
Phoenix, Arizona 85014
Lacy A. N. Cooper, #024064
Lacy@azbarristers.com

*Attorneys for Defendant James Lamon*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| STATE OF ARIZONA,<br><br>                        Plaintiff,<br><br>v.<br><br>JAMES LAMON (006),<br><br>                        Defendant. | Case No.: CR2024-006850-006<br><br>**MOTION TO DISMISS INDICTMENT AND AWARD ATTORNEY'S FEES AND COSTS PURSUANT TO A.R.S. § 12-751**<br><br>**(Evidentiary Hearing Requested Pursuant to A.R.S. § 12-751(C))** |

The State of Arizona has vindictively brought criminal charges against Defendant James Lamon ("Jim Lamon" or "Jim") for actions he took in December 2020 that were wholly protected by the United States and Arizona Constitutions.  The Arizona Attorney General seeks to punish Jim Lamon for exercising his constitutional rights and deter him and others from doing so again in the future. This political prosecution cannot stand.

1

The Indictment must be dismissed, and Jim Lamon should be awarded his reasonable attorney's fees and costs for having to defend himself against such a brazen attack on his constitutional rights pursuant to A.R.S. § 12-751.

## MEMORANDUM OF POINTS AND AUTHORITIES

"In any [criminal prosecution] that involves a person's lawful exercise of the right of petition, the right of speech, … the right to freely associate or the right to peaceably assemble pursuant to the United States Constitution or the Arizona constitution, the person … may file a motion to dismiss or quash the action." A.R.S. § 12-751(A) and (J)(1)(a)(ii). A defendant need only present prima facie proof that the criminal prosecution "was substantially motivated by a desire to deter, retaliate against or prevent the lawful exercise of a constitutional right." A.R.S. § 12-751(B). Once the defendant has met his burden, the Court must dismiss the charges unless the State can prove <u>both</u> that (1) the criminal prosecution "is justified by clearly established law," <u>and</u> (2) the State did not bring the prosecution to deter, prevent or retaliate against the moving party's exercise of constitutional rights." A.R.S. § 12-751(B)(1). As discussed below, this prosecution tramples on Jim Lamon's constitutional rights and is designed to retaliate against, deter, and prevent constitutionally protected acts. Therefore, the Indictment must be dismissed.

## I. Jim Lamon made himself a political target for Attorney General Kris Mayes.

Jim Lamon is a successful businessman and veteran, who served in the military in the footsteps of his father and grandfather and cares deeply about doing good for others in this country and state. Jim Lamon's company gave preference to hiring veterans, donated 10% of its net margin (to the tune of millions of dollars) to charity, and prioritized buying goods from American companies. Jim felt honored when he was selected by the Arizona State Republican Party Chairwoman to serve as one of Arizona's presidential electors ("Electors") during the 2020 election.

When the results of the 2020 presidential election were challenged in the courts, Jim Lamon was asked to sign his name to a contingent vote certificate that would be used only

in the event the election results were overturned.[1]  Those court cases were ultimately resolved in favor of President Biden, the election results were affirmed, and the Certificate signed by Jim Lamon and the other Trump-Pence Electors was disregarded.

Although Jim Lamon's actions were wholly protected by the United States and Arizona Constitutions, they became fodder for Kris Mayes ("Mayes") during her 2022 race to become the next Attorney General for the State of Arizona. Mayes campaigned on a promise to investigate Jim and the other Republican Electors. (Exhibit 1, Washington Post article, at 4.)  According to news reports at the time, Mayes asserted, "There has to be a <u>deterrent</u> to this happening again." (*Id*. at 5) (emphasis added).

In the Summer of 2021, Jim Lamon provided funding for security at the election audit conducted by the Arizona Senate.  Jim's position was that the "audit will help ensure that the American people have full confidence that all eligible Arizonans who cast ballots had their votes accurately counted."[2]  Jim readily acknowledges that, in the end, the audit uncovered more votes for President Biden, but as a businessman, he believed in going through the process of ensuring integrity in the vote count.  Meanwhile, Mayes has openly and disparagingly referred to the Senate's recount as a "fraudit."[3]

At the same time Mayes was running for Attorney General, Jim Lamon was running for the United States Senate.  Surely, his Senate bid only increased the size of the target on his back.  During his campaign, Jim was endorsed by numerous federal and state police and sheriff's organizations.  Even former Acting United States Attorney General Matthew Whitaker endorsed Jim in his run for Senate and campaigned for him.  None of these groups

---

[1]  When he was interviewed about the Trump-Pence Certificate, Jim Lamon made unequivocal statements consistent with his view that the Certificate was a contingency plan.  *See*  https://www.azcentral.com/story/news/politics/arizona/2022/01/30/us-senate-candidate-jim-lamon-explains-false-trump-elector-claim/9280572002/.    Unfortunately, Jim's original interview with Dennis Welch on "Politics Unplugged" has been scrubbed from the Internet by KTVX-TV.

[2]  https://www.politico.com/news/2021/05/15/arizona-audit-divides-wobbling-state-gop-488438

[3]  https://thedgt.org/kris-mayes-candidate-for-az-attorney-general-will-take-the-fight-to-the-republicans/

were concerned that Jim was disqualified to serve in the U.S. Senate or believed he had engaged in felonious conduct.

Yet, Mayes had already decided Jim's fate. She vowed to take down the Electors before she even had access to the investigative files.[4] She promised: "I will investigate the fake electors scheme" in order to "make sure that what happened in 2020 <u>never happens again</u>."[5]

Once Mayes entered the Attorney General's Office, she made good on her promise and opened an investigation. When asked about her ongoing investigation into what she derogatorily referred to as the "fake electors," Mayes proclaimed, "I campaigned on the notion of protecting our elections and protecting our democracy," and "We obviously <u>can't ever have this happen again</u> or anything close to it." (Exhibit 2, The Buckmaster Show, at 14:52-15:20.)

## II. This criminal prosecution must be dismissed because it tramples on Jim Lamon's constitutional rights.

The Indictment alleges that Jim Lamon committed three acts: first, he met with the other Republican Electors on December 14, 2020 and cast a vote (Indictment at 13, 18); second, he signed his name to an election Certificate (Indictment at 18); and third, he was a named plaintiff in an election lawsuit (Indictment at 50). In other words, Jim Lamon is being prosecuted for exercising his lawful rights to associate, speak, and petition the government for redress of grievances, which are all protected by the United States and Arizona Constitutions. A.R.S. § 12-751(A) and (J)(1)(a)(ii).

The First Amendment to the United States Constitution, incorporated against the states by the Fourteenth Amendment, protects the freedom of speech and the right of the people to petition the government for a redress of grievances. U.S. Const. Am. I and XIV. These rights necessarily also include the freedom to associate. *Roberts v. U.S. Jaycees*, 468

---

[4] https://www.nbcnews.com/politics/2020-election/arizona-attorney-general-probing-alternate-electors-2020-presidential-rcna94113

[5] *Id.*

U.S. 609, 622, 104 S.Ct. 3244, 3252 (1984) ("An individual's freedom to speak, to worship, and to petition the government for the redress of grievances could not be vigorously protected from interference by the State unless a correlative freedom to engage in group effort toward those ends were not also guaranteed."). The Arizona Constitution ensures that "[e]very person may freely speak, write, and publish on all subjects, being responsible for the abuse of that right," Ariz. Const. Art. 2, § 6, and that "[t]he right of petition … shall never be abridged," Ariz. Const. Art. 2, § 5. This prosecution, which seeks to criminalize Jim Lamon's rights to speak, petition, and associate, must be dismissed.

### A. Freedom to Speak

Freedom of speech is "foremost within our pantheon of constitutional liberties." *Rodgers v. Mroz*, 252 Ariz. 335, 339 ¶ 16 (2022). "[S]peech on matters of public concern [] is at the heart of the First Amendment's protection." *Dun & Bradstreet, Inc. v. Greenmoss Builders, Inc.*, 472 U.S. 749, 758-59, 105 S. Ct. 2939, 2944-45 (1985) (internal citations omitted). This is because "speech concerning public affairs is more than self-expression; it is the essence of self-government." *Garrison v. State of La.*, 379 U.S. 64, 74–75, 85 S.Ct. 209, 216, 13 L. Ed. 2d 125 (1964). "Speech deals with matters of public concern when it can be fairly considered as relating to any matter of political, social, or other concern to the community … or when it is a subject of legitimate news interest; that is, a subject of general interest and of value and concern to the public." *Snyder v. Phelps*, 562 U.S. 443, 453, 131 S. Ct. 1207, 1216 (2011) (internal citations omitted). "[I]n public debate our own citizens must tolerate insulting, and even outrageous, speech in order to provide adequate breathing space to the freedoms protected by the First Amendment." *Boos v. Barry*, 485 U.S. 312, 322, 108 S. Ct. 1157, 1164, 99 L. Ed. 2d 333 (1988) (internal citations omitted). "[S]tates tread perilously close to the limits of their authority" when they decide to "enforce[e] laws that impose liability for mere speech, a right explicitly guaranteed to the people in the United States Constitution." *Knievel v. ESPN*, 393 F.3d 1068, 1073 (9th Cir. 2005).

The Ninth Circuit case of *Porter v. Bowen*, 496 F.3d 1009 (2007), is instructive here. In that case, website operators created a platform for third-party candidate supporters in

swing states to swap their votes with major-party candidate supporters in safe states. *Id*. at 1012. The California Secretary of State threatened to prosecute the website operators with various state election and penal code provisions. *Id*. Finding the websites amounted to constitutionally protected speech, the Ninth Circuit held:

> At their core, they amounted to efforts by politically engaged people to support their preferred candidates and to avoid election results that they feared would contravene the preferences of a majority of voters in closely contested states. Whether or not one agrees with these voters' tactics, such efforts, when conducted honestly and without money changing hands, are at the heart of the liberty safeguarded by the First Amendment.

*Id*. at 1020. The Court rejected the Secretary of State's arguments that California had an interest in curbing corruption, fraud, and the subversion of the Electoral College. *Id*. at 1023-25. In addressing the latter concern, the Court held that the desired outcome of the website operators "would not have represented a subversion of the Electoral College" because the Electoral College "would have continued to operate precisely as set forth in the Constitution." *Id*. at 1025. The Court struck down the Secretary of State's threatened prosecution as an unconstitutional infringement on First Amendment speech. *Id*.

Similarly, this criminal prosecution infringes on Jim Lamon's constitutionally protected political speech. Jim had the constitutionally protected right to meet with the other Electors, cast his vote, and sign a contingent vote certificate. In fact, according to Harvard Law Professor Lawrence Lessig, one of the top constitutional law scholars in the country, Jim *had* to vote on December 14, 2020 in order to preserve his vote should the election results be overturned. (*See* Declaration of Professor Lawrence Lessig, attached hereto as Exhibit 3, ¶¶ 23-25.) Because Jim was privileged to meet and cast his vote on December 14, 2020, it is unconstitutional for the State of Arizona to prosecute him for doing so. (*See Id*. ¶¶ 45-46.)

Moreover, as in *Porter*, the Electoral College was not subverted by Jim's actions. On the contrary, as more fully explained in Jim Lamon's Motion to Dismiss Pursuant to

Rule 16.4(b), U.S. Const. Art. II and VI, U.S. Const. Am. I, V, XII and XIV, and Ariz. Const. Art. II, §§ 4 and 6, filed contemporaneously herewith, and Professor Lessig's Declaration (Exhibit 3), Jim's act of signing his name to a contingent ballot was contemplated by the Twelfth Amendment to the United States Constitution and the Electoral Count Act of 1887, 3 U.S.C. § 1, *et al*. The Electoral College "continued to operate precisely as set forth in the Constitution." *See Porter*, 496 F.3d at 1025.

### B. Freedom to Petition

The right to freely petition the Government for a redress of grievances includes the right to solicit governmental action with respect to enforcement of the law. *See E. R. R. Presidents Conf. v. Noerr Motor Freight, Inc.*, 365 U.S. 127, 137–38 (1961). More specifically, "[t]he right to petition bars state action interfering with access to … the judicial branch." *Ruiz v. Hull*, 191 Ariz. 441, 457, 957 P.2d 984, 1000 (1998). And yet, the State seeks to do exactly that by prosecuting Jim Lamon for being a named plaintiff in a lawsuit seeking declaratory relief regarding the meaning of the Electoral Count Act. (Indictment at 50.) As the Arizona Supreme Court recently held, "'[R]aising questions" by petitioning our courts to clarify the meaning and application of our laws and noting the potential consequences of the failure to do so—particularly in the context of our elections—is never a threat to the rule of law, even if the claims are charitably characterized as "long shots." *Arizona Republican Party v. Richer*, 547 P.3d 356, 370 (Ariz. 2024). Criminalizing a petition to the government for redress of grievances is exactly the weaponization of government that the First Amendment and the Arizona Constitution are designed to protect against.

### C. Freedom to Associate

"[T]he right to engage in activities protected by the First Amendment" necessarily includes a "corresponding right to associate with others in pursuit of a wide variety of political, social, economic, educational, religious, and cultural ends." *Roberts*, 468 U.S. at 622, 104 S. Ct. at 3252. "According protection to collective effort on behalf of shared goals is especially important in preserving political and cultural diversity and in shielding

dissident expression from suppression by the majority." *Id*. Prosecuting Jim Lamon for meeting with other Republicans to take a vote and engage in protected political speech is a clear violation of his First Amendment rights. Protection of these rights is critical in order to "shield[] dissident expression from suppression by the majority." *See id.* Therefore, the Indictment must be dismissed.

**III.  Mayes brought this criminal prosecution to retaliate against Jim Lamon's lawful exercise of his constitutional rights and to deter or prevent Jim and others from exercising their rights in the future.**

This Indictment tramples on Jim Lamon's constitutional rights, and the Attorney General's substantial motivation for bringing the Indictment was her desire to deter, retaliate against, or prevent the lawful exercise of those rights. Mayes' own words reveal her motivation:

- "Which one of us is going to be strong enough to stand up and file lawsuits against these Republicans … I mean, this is the group that gave us the fraud and the Big Lie."[6]

- "There has to be a deterrent to this happening again. We can't have this occurring again in Arizona – or in the country." (Ex 1, at 5.)

- "We have to make sure that it's clear to everyone it's unacceptable to try to steal an election, to undermine and overthrow an election, and that's what happened in 2020, and I've said that as Attorney General, I will investigate the fake electors scheme, so we just have to make sure that what happened in 2020 never happens again."[7]

- "I campaigned on the notion of protecting our elections and protecting our democracy … We obviously can't ever have this happen again or anything close to it." (Ex 2, at 14:52-15:20.)

---

[6] https://thedgt.org/kris-mayes-candidate-for-az-attorney-general-will-take-the-fight-to-the-republicans/

[7] *Id*.

What Mayes seeks to punish, deter and prevent from happening again is the exercise of citizens' constitutional rights. The only appropriate remedy is for the Indictment to be dismissed and Jim Lamon to be awarded his reasonable attorney's fees and costs for having to defend against this clear violation of his constitutionally protected freedoms to speak, petition, and associate.

## IV. Conclusion

For generations courts have warned that "we should be eternally vigilant against attempts to check the expression of opinions" that the powerful might find objectionable. *Abrams v. United States*, 250 U.S. 616, 630 (1919) (Holmes, J. dissenting); *West Virginia Board of Education v. Barnette*, 319 U.S. 624, 642 (1943) ("But freedom to differ is not limited to things that do not matter much. That would be a mere shadow of freedom… If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion."). These warnings are at their apogee when public figures seek to silence others from exercising their constitutional rights as is the case here. A.R.S. § 12-751 ensures that Arizonans' rights to petition, speak, and associate will not be chilled as a result of wrongful prosecutions such as this one.

As Professor Lessig explains:

> We have entered a period of extremely close national elections. We can be confident that in the foreseeable future there will be many states in every election that have extremely close contests, and some that cannot be resolved finally in the period before Electors Day. Arizona's criminal prosecution of uncertified electors who met and voted on Electors Day will only add to the uncertainty and ultimate risk that the results will fail to reflect the vote of the people. Criminal liability will certainly dissuade future uncertified electors from meeting and voting, even though their candidate would, ultimately, prevail through ongoing litigation. But their failing to meet and vote would terminate that litigation, regardless of its merits.

(Professor Lessig's Declaration, Exhibit 3, ¶¶ 43-44.)

Jim Lamon has met his burden of presenting prima facie proof that this prosecution is substantially motivated by a desire to deter, retaliate or prevent the lawful exercise of a

constitutional right, and therefore, moves this Court to: (1) dismiss the Indictment outright with prejudice, pursuant to A.R.S. § 12-751(B), or in the alternative, set an evidentiary hearing, pursuant to A.R.S. § 12-751(C), at which testimony and evidence concerning the Attorney General's impure motives for bringing this Indictment may be laid bare; and (2) award Jim Lamon all of his attorney's fees and costs incurred in defending himself against this political prosecution, pursuant to A.R.S. § 12-751(F).

**RESPECTFULLY SUBMITTED** June 24, 2024.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik Esq.
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

**SCHMITT SCHNECK**
**EVEN & WILLIAMS, P.C.**
Lacy A. N. Cooper
1221 East Osborn Road, Suite 105
Phoenix, Arizona 85014

*Attorneys for Defendant James Lamon*

**ELECTRONICALLY FILED** June 24, 2024,
via the Court's E-filing online website

**ELECTRONICALLY SERVED** June 24,
2024, via the Court's E-filing online website
and **E-MAILED** to:
Kristin K. Mayes, Esq.
Attorney General
Nicholas Klingerman, Esq.
Krista Wood, Esq.
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
crmfraud@azag.gov
*Attorneys for the State of Arizona*

10

Brad Miller, Esq.
3377 S. Price Rd., Suite 2042A
Chandler, Arizona 85248
Office@BradLMiller.com
*Attorney for Defendants Michael Ward and Kelli Ward*

Ashley D. Adams, Esq.
Chase T. Wortham, Esq.
ADAMS & ASSOCIATES, PLC
7502 East Monterey Way
Scottsdale, Arizona 85251
aadams@azwhitecollarcrime.com; chase@azwhitecollarcrime.com
*Attorneys for Defendant John Eastman*

Joshua S. R. Kolsrud, Esq.
Sandra Schutz, Esq.
KOLSRUD LAW OFFICES
3101 N. Central Ave., Ste. 250
Phoenix, Arizona 85012
Josh@KolsrudLawOffices.com
*Attorneys for Defendant Lorraine Pellegrino*

Michael G. Biley, Esq.
TULLY BAILEY LLP
11811 N. Tatum Blvd., #3031
Phoenix, Arizona 85028
mbailey@tullybailey.com
*Attorneys for Defendant Boris Epshteyn*

Thomas Jacobs, Esq.
LAW OFFICES OF THOMAS JACOBS
271 North Stone Avenue
Tucson, Arizona 85701
tjacobs@jacobsazlaw.com
*Attorneys for Christina Bobb*

Anne Chapman, Esq.
Lee Stein, Esq.
MITCHELL STEIN CAREY CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, Arizona 85004
anne@mscclaw.com; lee@mscclaw.com
*Attorneys for Defendant Mark Meadows*

11

John K. Dosdall, Esq.
JACKSON WHITE ATTORNEYS AT LAW, PC
40 North Center, Suite 200
Mesa, Arizona 85201
criminaldocket@jacksonwhitelaw.com
*Attorneys for Defendant Nancy Cottle*

Anthony Pacheco, Esq.
RYAN RAPP UNDERWOOD & PACHECO PLC
3200 N. Central Ave., Suite 2250
Phoenix, Arizona 85012
apacheco@rrpklaw.com
*Attorneys for Defendant Tyler Bowyer*

*George J. Terwilliger III
P.O. Box 74
Delaplane, VA 20144
george@gjt3law.com
*Pro Hac Vice motion pending*
*Attorneys for Defendant Mark Meadows*

/s/ W. Denetsosie

# EXHIBIT 1



Obituaries • Games • ADN Store • e-Edition • Sponsored Content • Promotions •

Get our free newsletters

ADVERTISEMENT

Nation/World

# Arizona escalates probe into alleged efforts to swing election for Trump

By Yvonne Wingett Sanchez, The Washington Post

Updated: July 13, 2023

Published: July 13, 2023