

Sections

Get our free newsletters    LOG IN    SUBSCRIBE



The certification of Electoral College votes for the state of Arizona is unsealed during a joint session of the House and Senate convenes to confirm the electoral votes cast in November's election, at the Capitol, Jan 6, 2021. (AP Photo/Andrew Harnik, File)

PHOENIX - Arizona's top prosecutor is ramping up a criminal investigation into alleged attempts by Republicans to overturn the 2020 presidential election results in the state by signing and transmitting paperwork falsely declaring Donald Trump the winner, according to two people familiar with the investigation.

Arizona Attorney General Kris Mayes (D) assigned a team of prosecutors to the case in May, and investigators have contacted many of the pro-Trump electors and their lawyers, according to the two people who spoke on the condition of anonymity to candidly describe the probe. Investigators have requested records and other information from local officials who administered the 2020 election, the two people said, and a prosecutor has inquired about evidence collected by the Justice

Department and an Atlanta-area prosecutor for similar probes.

It is unclear if the investigation will broaden into other attempts to undermine President Biden's victory in the state, including a pressure campaign by Trump and his allies to thwart the will of voters and remain in office.

ADVERTISEMENT



**Minnesota is a paddler's paradise.**

Explore Minnesota - Sponsored

Learn More

Dan Barr, Mayes's chief deputy, said the investigation is in the "fact-gathering" phase. He declined to say whether subpoenas have been issued and which state statutes the team thinks might have been broken.

"This is something we're not going to go into thinking, 'Maybe we'll get a conviction,' or 'Maybe we have a pretty good chance,'" he said. "This has to be ironclad shut."

This is one of several investigations into attempts to overturn the election results. There is a federal criminal probe being led by special counsel Jack Smith, who was appointed by Attorney General Merrick Garland to examine the sprawling efforts in

several states intended to reverse Trump's loss.

Smith's team has interviewed and subpoenaed about a dozen Arizonans. In Georgia, Fulton County District Attorney Fani T. Willis (D) has spent more than two years investigating efforts by Trump and others to overturn his narrow loss in the state, and she is expected to announce a charging decision this summer.

ADVERTISEMENT

Both of those investigations are much more sprawling in scope and further along than the new one in Arizona.

Mayes campaigned during the 2022 midterm election on a pledge to investigate the 22 Republicans who signed two sets of documents claiming to be the state's chosen electors for Trump in the electoral college, despite his loss. One set was signed by the state party chair and other high-profile Republicans, while the other involved party activists. Shortly after taking office in January, Mayes said that her office had launched a probe - but for several months there were no outward signs of an inquiry.

ADVERTISEMENT



Mayes declined to comment Wednesday. In an interview in February, she said her administration was in the "very, very" early phase of reviewing information about the elector activities but wouldn't discuss details about a coming probe.

"There has to be a deterrent to this happening again," she said. "We can't have this occurring again in Arizona - or in the country."

Prosecutors at the local, state and federal levels have grappled with the question of whether the elector scheme violated the law and, if so, whether it would be best to pursue it state-by-state or at the federal level.

In January 2022, Democratic state attorneys general in Michigan, New Mexico and Wisconsin referred information about the elector scheme to the Justice Department, indicating that they believed the effort was coordinated by the Trump campaign nationally and would be best investigated by federal authorities. Those referrals ultimately resulted in the Justice Department probe now led by Smith.

But in Georgia, an investigation of whether the elector effort and other actions by Trump after the 2020 election broke state law has been ongoing. The district attorney has offered some form of immunity to 12 of the 16 electors, according to

three people with knowledge of the investigation.

The activity in Arizona represents a new attempt to tackle the issue at the state level, as Mayes explores whether Arizona law was violated.

In the aftermath of the 2020 presidential election, Arizona became a centerpiece of Trump's unfounded accusations of widespread voter fraud. Republican candidates for president traditionally win Arizona, and Biden was the first Democrat to win the state in 24 years.

Trump and his allies tried to pressure state and local officials to employ strategies to help him stay in power. Election officials and others in the state faced violent threats and harassment. In 2021, the GOP-controlled state Senate commissioned a taxpayer-funded review by a firm with no election auditing experience that confirmed Biden's win.

Continued denial of the election results became central to the campaigns of nearly every major Republican candidate in the midterm election, including gubernatorial candidate Kari Lake. Many Democratic candidates campaigned on a promise of restoring democracy and unexpectedly swept key races. Now in control of most major statewide offices, they have an opportunity to hold Republicans accountable for their actions after the 2020 election.

Mayes's Republican predecessor, Mark Brnovich, did not pursue an investigation into the efforts to use invalid Trump electors. He said at the time that information about the elector efforts should be provided to federal investigators and his special unit created to crack down on illegal voting and other election-related crimes instead dug into conspiracies.

Alexander Kolodin, an attorney representing some of the Republicans who were

Trump's electors, declined to comment. The electors who were part of a pro-Trump slate promoted by the state party either declined to comment or did not respond. Most of the electors from the second slate could not be reached for comment or declined to comment. One person from that slate said Wednesday that the group "didn't even fully understand what that paperwork was for." He declined to explain how that effort came together.

The electors have said little about their activities, which were intensely scrutinized in the aftermath of the Jan. 6, 2021, insurrection at the U.S. Capitol. Kolodin argued in an August 2022 court filing that Trump electors simply created a backup plan in case legal challenges to Arizona's outcome were successful. The filing was part of a lawsuit seeking to prevent the U.S. House committee investigating Jan. 6 from accessing cellphone records of Kelli Ward, an elector who was the Arizona GOP chair. Ward did not respond to a request for comment.

"Their beliefs and the actions they took were no secret," the filing said. "Their vote was posted on YouTube and Dr. Kelli Ward wrote a book about it.

"The connection between that action, which took place on December 14, 2020, and the riot at the Capitol on January 6, is far from obvious," the filing said.

Experts in Arizona's election law said state law doesn't specifically address a competing elector scenario, but prosecutors may try to build a case around state statutes ranging from fraud to forgery to conspiracy, or offering a document to a government office that has been falsely made, or contains false information.

ADVERTISEMENT

A successful case could hinge on the state of mind of the electors, two Arizona criminal defense attorneys said.

"You're going to have to have some meat on the bones and show there is some evidence of intent," said Ashley Adams, a criminal defense attorney and former federal prosecutor.

Tim Eckstein, a criminal defense lawyer who has worked on election-related cases, said the argument at the time by some Republicans that the state legislature had the constitutional authority to name the electors could complicate a criminal case.

"The very bottom line is you don't want to criminalize conduct that wasn't clearly criminal at the time somebody engaged in it," he said.

Republicans in seven states that Trump lost in 2020 have said they wanted the pro-Trump elector slates in place to compete with official slates for Biden in case election outcomes were somehow changed on or before Jan. 6, 2021, when Congress met to affirm Biden's win.

After Trump's defeat, Arizona Republicans mounted legal fights as they sought to overturn Trump's loss. Among them was a lawsuit filed by the Trump electors in U.S.

District Court in Arizona that alleged widespread fraud and argued that the state had the authority to choose its electors by other means.

With those challenges underway, representatives for Trump's campaign called an Arizona Republican in early December 2020 and proposed assembling an alternate slate of electors on Dec. 14, 2020, the day the electoral college formally convened, according to a person familiar with the conversation, who spoke on the condition of anonymity for fear of retribution.

During one conversation, which has not been previously reported, the campaign representatives described the plan as a legal maneuver to keep alive Trump's prospects for a second term, the person said. A spokesman for Trump has not responded to a request for comment.

ADVERTISEMENT

"It came out of the blue," the person said of the call. "This was to show [Trump] that everyone was doing everything they could."

Days later, Trump's electors in Arizona and in other states followed-through on the plan.

In Phoenix, the electors gathered at the state party's headquarters for a signing ceremony. The party publicized the event on Twitter, writing, "The Signing."

Another group that called itself "The Sovereign Citizens of the Great State of Arizona" sent signed and notarized certifications declaring themselves the state's electors to the National Archives and the Arizona secretary of state's office. Katie Hobbs, then the secretary of state, asked the state attorney general's office to investigate that group's use of the state seal without authorization. No inquiry publicly materialized. Mayes told The Washington Post in February that the statute

of limitations had passed on misuse of the state seal. Those familiar with the current investigation said that the group may have violated other statutes.

Aside from the elector probe, the state prosecutor has weighed scrutinizing other efforts to delegitimize Trump's loss, a person familiar with the office's discussions said.

"When you start investigating one thing, you find out stuff about another," the person said. "No one is foreclosing anything."

- - -

*The Washington Post's Josh Dawsey contributed to this report.*

## Most read by subscribers

**1**   Spring reveals a mess on Anchorage's trails, and a vexing conversation about homelessness



**2**   From right-on-red to homelessness to zoning, Anchorage Assembly to vote on a bevy of proposals Tuesday



**3**   'A victim of his own depravity': The explosive tale of a 1902 Skagway bank robbery



**4**   Reigning state long jump champions break records at Region

**4**  Reigning state long jump champions break records at Region
IV track and field championships



**5**  Helicopter carrying Iran's hard-line president apparently
crashes in foggy, mountainous region



ADVERTISEMENT

ADVERTISEMENT

## Around the Web





### Top Doctor: If You Eat Eggs Every Day, This Is What Happens

GundryMD



### Plastic Surgeon Tells: If You Have Wrinkles, Do This Immediately (It's Genius!)

Beverly Hills MD



### If Anyone Has Ear Ringing Try This Immediately

WellnessGuide



### Md: Building Muscle After 60 Comes Down to This 1 Thing

ApexLabs



### A New $59 Smartwatch That Can Test Blood Sugar Painlessly Just in a Few Seconds

Shirem



### Neuropathy: Relieve Nerve Pain - Try This at Home Today

Wellness Gaze Nuero

ADVERTISEMENT

## Latest

Airstrike kills 27 in central Gaza and fighting rages as Israel's



Airstrike kills 27 in central Gaza and fighting rages as Israel's leaders are increasingly divided



OPINION: Broadband partnerships will power progress in rural Alaska



'A victim of his own depravity': The explosive tale of a 1902 Skagway bank robbery



How YouTube became must-see TV: Shorts, sports and Coachella livestreams



A lonely desert fire station, the only lifeline for millions of Vegas travelers

ADVERTISEMENT

ADVERTISEMENT





### Sleepy Hollow Parent & Me Golf League!

Tuesday, June 4, 2024

Get Tickets



### Sleepy Hollow Farm and Agriculture Camp!

Monday, June 10, 2024

Get Tickets



### Sleepy Hollow Parent & Me Golf League!

Tuesday, June 11, 2024

Get Tickets

More Events

---

**Download Our App**

**Newsletters**

**Get The Newspaper**

**Contact Us**

# EXHIBIT 2



Exhibit 2:  The following is a link to "The Buckmaster Show" saved in MP3 audio format:

[Ex 2 The Buckmaster Show.mp3](Ex 2 The Buckmaster Show.mp3)


A copy of this MP3 file can be requested from Wilenchik & Bartness, P.C. at (602) 606-2810 or via e-mail at [admin@wb-law.com](mailto:admin@wb-law.com).

# EXHIBIT 3





# HARVARD LAW SCHOOL

LAWRENCE LESSIG
ROY L. FURMAN PROFESSOR OF LAW AND LEADERSHIP
CAMBRIDGE · MASSACHUSETTS · 02138
TEL. (617) 496-8853
LESSIG@LAW.HARVARD.EDU

June 24, 2024

Re: *Arizona v. Lamon,* CR2024-006850-006

I have been asked to provide my views on the issues raised in the Anti-Slapp Motion filed by Mr. Lamon. I do so below.

## My qualifications

1. I am the Roy L. Furman Professor of Law and Leadership at Harvard Law School. I have been teaching law, and specifically constitutional law, for more than 30 years. I am the author of many academic works addressing the election of the president and presidential power. I have litigated numerous cases about the Electoral College and the power of presidential electors. I am the co-author (with Matthew Seligman) of *How To Steal A Presidential Election* (Yale Press 2024). My CV is attached as Exhibit A.

**Procedural History of Arizona Election**

2.      The results of the 2020 presidential election in Arizona were close and hotly contested. Joe Biden won the popular vote by about 10,000 votes out of 3.3 million votes cast.

3.      The chair of the Arizona Republican Party, challenged those results on several grounds, including the claim that certain duplicated ballots did not accurately reflect the voter's apparent intent as reflected on the original ballot. Though the Superior Court found the testimony "credible" and "corroborated by the review of the 1,626 duplicate ballots," the judge declined to permit further review, believing the Electoral Count Act required resolution of election claims six days before the day presidential electors were to vote ("Electors Day").

4.      In the Arizona Supreme Court, the Arizona Republican Party Chair challenged the holding that the Electoral Count Act required resolution of any contest six days before Electors Day. The Arizona Supreme Court found the alleged errors not substantial enough to change the results. It, therefore, declined to consider whether the Electoral Count Act required the resolution of election disputes six days before Electors Day.

5.      On December 11, 2020, three days before Electors Day, the Arizona Republican Party Chair filed certiorari to the United States Supreme Court, challenging the Superior Court's determination that election disputes must be resolved six days

before Electors Day. The U.S. Supreme Court denied the petition on February 22, 2001. *Ward v. Jackson,* 141 S.Ct 1381 (2021).

6.     Based on the evidence of tabulation errors presented to the Superior Court, the Arizona Republican Party Chair apparently believed that had a recount of the duplicated ballots been permitted, as well as a recount of other "adjudicated" ballots, the results in Arizona could have been reversed.

7.     Subsequent recounts completed after President Biden's election had been confirmed by Congress found no errors sufficiently substantial to reverse the Arizona results.

8.     You have asked for my opinion about whether the Republican Electors were privileged to meet and cast their ballots on Electors Day 2020 without fear of criminal liability.

9.     I have agreed to offer you this opinion without compensation.

**The Role of Contingent Electors Under the Constitution**

10.     Under Article II of the Constitution and the 12th Amendment, the President and Vice President are to be elected by the vote of presidential electors, so long as a majority of electors supports each candidate. If a majority does not support the election of the President, the choice moves "immediately" to the House of Representatives.

11.     Three dates determine this process. The Constitution expressly
        gives Congress the power to decide when Electors are
        appointed. It also expressly gives Congress the power to decide
        when Electors cast their ballot. Congress has exercised the
        power to specify by statute when electoral votes shall be
        counted.

12.     Congress has determined that electors shall be appointed on
        "the Tuesday next after the first Monday in November"
        ("Election Day"). It has determined that electors shall cast their
        ballot "on the first Tuesday after the second Wednesday in
        December next following their appointment" ("Electors Day").
        And Congress has set January 6 as the day when electoral votes
        are to be counted.

13.     Since at least 1876, it has been clear that election contests may
        well not be resolved by Electors Day, and that even after
        Electors Day, multiple slates of electors might be sent to
        Congress. In 1876, that is precisely what happened. Contests in
        Florida, Louisiana, Oregon, and South Carolina resulted in
        electors from both parties meeting and voting on Electors Day;
        those multiple slates were then sent to Congress. Congress
        determined to resolve the contest within each state by
        appointing a commission to review claims supporting each slate.
        By a single vote, that commission ruled in favor of the
        Republican slate in each state, resulting in the election of
        Rutherford B. Hayes by a single electoral vote.

14.     That conflict led Congress to adopt a statutory scheme to address elections in which multiple slates of electors are presented by a state. The Electoral Count Act of 1887 ("ECA") specified a complicated scheme for determining which slate of electors is to be counted, depending upon (a) whether the state had a process for contesting election results, (b) if it did, when that contest was resolved, (c) whether there were competing authorities certifying different slates, or (d) whether there was no authority for determining finally which slate should count.

15.     To enable its mechanism to work, the ECA expressly obligated the President of the Senate to open "all the certificates and *papers purporting to be certificates of the electoral votes*" (emphasis added).

16.     The law thus presumed that there would continue to be cases in which multiple slates of electors would be presented to Congress.

17.     The law thus also presumed that the electors whose votes were recorded in those multiple slates would have met on Electors Day and cast ballots for their candidate, despite, at most, only half being properly certified at the time they voted.

18.     The ECA thus plainly contemplated electors meeting on Electors Day and casting their ballots for President and Vice President without having been properly certified under state law.

19. In meeting and voting, presidential electors perform a "federal function." *Ray v. Blair,* 343 U.S. 214, 224 (1952). It is foundational to American constitutional law that no state may substantively interfere with the performance of a federal function. The state cannot prohibit electors from meeting; it cannot punish them for meeting and casting their ballots.

20. Since 1887 and before 2020, there has been only one election where multiple slates were genuinely presented to Congress. In 1960, Hawaii's vote was originally determined to favor Richard Nixon. That result was challenged. However, the recount of the Hawaii ballots could not be completed before Electors Day. To ensure that they met the constitutional requirement that votes be cast on the same day, electors for both John Kennedy and Richard Nixon met on Electors Day and cast their ballots for their respective candidates. When the recount was completed, Kennedy was determined to have been the winner. Papers certifying this result were then immediately sent to Capitol Hill.

21. On January 6, 1961, Richard Nixon, as President of the Senate, noted that there were three sets of "papers purporting to be certificates of the electoral votes" — the votes of Republican electors, with their original certificate of ascertainment, the votes of Democratic electors with no certificate of ascertainment, and a corrected certificate of ascertainment confirming the appointment of the Kennedy electors. Nixon

determined, without objection, to count the slate favoring Kennedy. And though he indicated that he did not mean that decision to establish a precedent, his actions were, in fact, perfectly consistent with the ECA: Congress had been presented with multiple slates; under the ECA, neither slate benefited from §5's "safe harbor" determination; it was therefore for Congress to select which slate should be counted; Vice President Nixon made a presumptive ruling favoring the Kennedy slate; no sufficient objection to that determination was made.

22. The Hawaii example demonstrates a sensible, pro-democratic accommodation to the rules of the Constitution. By recognizing that contests about an election will not necessarily be resolved by Electors Day, its innovation permits the legal process to be completed without interfering with the ability of a state to be properly represented. By allowing the process for resolving a contest to continue for three more weeks, between Electors Day and January 6, the Hawaii accommodation gives a state the maximum opportunity to determine which candidate is properly entitled to the electoral votes from the state. Had Hawaii been forced to truncate that process on Electors Day, the will of its voters would not have been reflected on January 6, 1961. By permitting the process to continue, the vote finally recorded on January 6 properly accorded with the will of Hawaii's voters.

23.	The Hawaii accommodation is also appropriate to permit the orderly resolution of any election-related claim that could not be resolved before Electors Day. If there is a contest about either the results of the election or the legal principles under which those results should be determined, and both slates of electors have not met and cast their ballots on Electors Day, then subsequent adjudication would be moot: The Constitution expressly requires that the "Day" on which electors "shall give their Votes" "shall be the same throughout the United States"; litigation after Electors Day cannot change when "their Votes" were actually given; thus, if electoral votes were not actually cast on Electors Day, no resolution by a court could affect the ultimate result; such litigation would therefore be moot.

24.	There is no principled justification for limiting to a recount the reasons why electors from both slates might be permitted to meet and cast their ballots on Electors Day. Consider a hypothetical suggested by the HBO series *Succession* to make the point: In season 4, episode 8, an election in Wisconsin is marred by a fire at the largest Milwaukee polling place, destroying the ballots cast that day. Because of that destruction, there were fewer votes from Milwaukee to count, and the election was therefore called for the Republican candidate. Under the Electoral Count Reform Act of 2022, such an event would likely entitle the governor of Wisconsin to extend the time for voting in Milwaukee. Imagine the governor tries to do

that, but a state court enjoins the move, finding the federal law unconstitutional. Imagine litigation challenging that injunction continues past Electors Day. Assume the United States Supreme Court ultimately decides in favor of the Wisconsin governor and permits the voting in Milwaukee to continue. And imagine, finally, that vote, when complete, is enough to swing the state for the Democrat. If the Democratic electors in this hypothetical had not met on Electors Day, then there would be no votes for Congress to count on January 6. Indeed, if the Democratic electors in this hypothetical had not met on Electors Day, any litigation after Electors Day would be moot. Thus, in this hypothetical, if the Democratic electors had not met on Electors Day and cast their ballot, there would be no way to ensure that the electoral votes for Wisconsin could have been cast for the Democratic candidate. The fire — if intentional — would have achieved its intended results: the election would have been stolen from the Democratic candidate, because the Democratic electors had not cast their ballot on Electors Day.

25.     In such cases, there could be no sufficient reason to permit the state to interfere with the federal function of electors meeting and voting on Electors Day. If they do meet and cast their ballots, and the litigation fails, then their votes are just extra paper in the National Archive. If they do meet and cast their ballots, and the litigation resolves in their favor, then the will of

the voters from their state would be recognized in the tally completed on January 6. But if, because of threatened criminal prosecutions under state law, they do not meet and cast their ballots, then there is no opportunity for any litigation about their claims to be completed, and there is a real chance that the will of the voters from their state will not be recorded on January 6.

26. In every multiple-slate case contemplated by the ECA, electors supporting both major candidates would have met to cast their ballots on Electors Day. No doubt, such electors could be said to be "fake," and be engaged in a "conspiracy" to elect their candidate for President. But the ECA provided an adequate mechanism for protecting the nation against any malign consequences from such a "conspiracy," by providing a method for determining which slate would, in the end, be counted. There is nothing in our history to suggest that Congress is incapable of resolving contests under the statute. Even in the face of violence, Congress has demonstrated that it has the institutional capacity to determine such contests appropriately

27. Further, it is my view that the Superior Court in the *Ward v. Jackson* case was fundamentally mistaken about whether the Electoral Count Act purported to require the resolution of any election-related claims by the "safe harbor" date, six days before Electors Day. Not only does the law not purport to require any such resolution, it would, in my view, be unconstitutional for

Congress to regulate the manner by which the states determine which slate of electors shall represent it in the Electoral College. The Constitution gives Congress the power to say when electors shall be appointed, and when electors shall cast their ballots. But it does not give Congress the power to regulate how the states adjudicate election-related claims, and it certainly would not give Congress the power to ignore the certification by a governor of a different slate of electors — as Hawaii did in the 1960 election — simply because that certification happens after Electors Day — at least if the later-certified electors had, in fact, met and cast their ballots on Electors Day.

28. These arguments suggest two important implications for federal constitutional power. First, presidential electors must be free to exercise their federal function, state law notwithstanding. Second, the ECA clearly contemplated electors exercising that federal function, even though they had not yet been finally certified as the electors of a state.

29. It is my view, therefore, that no criminal action could stand against any 2020 Arizona Republican elector:

    1. When the Arizona Republican electors met and cast their ballots on Electors Day, they were performing a federal function;

2.    That function was appropriate, given the ongoing litigation of claims related to the results of the election;

3.    Whether or not those claims would change the results in Arizona, they certainly had legal merit: to the extent the lower court believed itself blocked by the Electoral Count Act of 1887 from considering evidence of error, that belief was clearly incorrect; it was certainly plausible that the United States Supreme Court would, on the precedent of *Bush v. Gore,* have taken the case, to at least correct that mistaken view, and permit a recount consistent with the correct view;

4.    Had the Republican electors not performed their federal function and cast their ballots on Electors Day, any subsequent litigation about the election would have been moot, defeating the substantial state and federal interest that the will of the legislature — that the vote of the people of Arizona determine its electoral votes — be respected;

5.    For litigation to create the need for an elector to perform his or her federal function, that litigation must have a basis in law and fact. But the judgment about whether such litigation has a legitimate basis should be made by the lawyers pursuing that litigation, subject to professional obligations; it is not appropriate to force presidential

electors, many of whom are not trained in the law, to make an independent judgment about the appropriateness of legal arguments within a contested election.

30. Finally, I offer my view about two more possible arguments said to justify the Arizona Republican electors meeting to cast their ballots on Electors Day.

31. In the 2020 election, both the Trump campaign and some in Congress believed that the President of the Senate had a constitutional power to determine which slate of electors from a state should be counted.

32. That view had been suggested in a 2004 law review article by Professor Bruce Ackerman and then-future Professor David Fontana. It was also advanced by Republicans in 1876 when they threatened to exercise such power and rule Hayes into office. A handful of scholars have pointed to this mid-19th-century view of some within Congress. Taken together, these views might well suggest that there was a plausible legal basis for the President of the Senate to exercise independent judgment about which slate to count. An elector convinced of this reasoning could, therefore, have had a good faith belief that it was appropriate to meet and cast ballots on Electors Day, if only to preserve the power of the President of the Senate.

33. I believe there is no constitutional authority in the President of the Senate to determine — independently of the Joint Session

— which slate of electors shall be counted. The contrary view is, in my view, based on an incomplete and inaccurate understanding of our constitution and history. Thus, whether or not one could, in good faith, believe that the President of the Senate was vested with constitutional discretion, I do not believe such a view was correct in 2020. Congress's amendment of the ECA confirms it is not correct today.

34. Nonetheless, whether that view was correct or not, the proper question about an elector's privilege to meet and cast their ballot on Electors Day without fear of criminal sanction cannot depend on whether a novel legal argument is ultimately deemed correct. Electors are not Supreme Court Justices, or lawyers or law professors. If our system is to have an adequate opportunity to adjudicate novel legal arguments, electors must be privileged to cast their ballot if only to preserve the opportunity for that argument to be resolved. The appropriateness of those arguments should be regulated by the rules of the legal profession, not the judgment of untrained electors. Certainly, before 2020, more scholars had suggested that the Vice President had a constitutional discretion to determine which slate of electors shall be counted than had been suggested, before 2000, that the Equal Protection Clause gave a presidential campaign the power to challenge varying recount procedures. Yet that latter claim formed the basis of the

injunction that stopped the 2000 recount in Florida, thereby determining the election for George Bush.

35.   Similarly, beginning in November 2020, certain Members of Congress began to insist that regardless of any power that the President of the Senate might have, Congress itself was the ultimate forum for determining whether fraud or constitutional flaws had marred state elections, at least where the state courts had failed to address the substance of such claims adequately. That argument could well have been made against the Arizona proceedings because, again, the Arizona Superior Court truncated its review of duplicate ballots and related "adjudicated" ballots based on an incorrect interpretation of the Electoral Count Act.

36.   It is my view that this view of congressional power is incorrect. Under the Constitution, Congress's job is to count the electoral votes presented to Congress. It is not its job to adjudicate state election returns or oversee state judicial processes. Nonetheless, as the Senators advancing this view were among the most educated in the United States Senate (Yale-educated Senator Josh Hawley, for example, had been a law professor before joining the Senate), an elector could well, in good faith, believe that insufficiently adjudicated claims of fraud or maladministration could be resolved by Congress on January 6.

37.   However, for the same reason as offered in ¶34, the correctness of that view cannot affect an elector's privilege to meet and cast their ballot on Electors Day without fear of criminal sanction. If Congress indeed determines that its power includes the power to police the administration of election results, it can exercise that power in a particular state only if there is an alternative slate of electoral votes to count. It would certainly simplify the system of selecting the President if a court would rule — or Congress would resolve — that Senator Hawley's view was plainly incorrect. But it cannot be a crime for an elector to act on the basis of the views of prominent members of the United States Congress, if only to give Congress the opportunity to resolve those views. Again, had the Arizona electors failed to cast their ballots, there would have been no basis for Congress to determine which slate of electors was proper since there would have been no alternative votes from those electors for Congress to count.

## Conclusion

38.   For these reasons, it is my view that neither the states nor Congress could limit the privilege of an uncertified elector to meet and cast their ballot on Electors Day, so long as a proper authority could determine that that elector had been properly appointed on Election Day.

39. It follows that the Arizona Republican Electors were privileged to meet and cast their ballots on Electors Day, because they could have been determined to have been properly appointed on Election Day, either because:

    1. there was a petition before the United States Supreme Court that, under the rationale of *Bush v. Gore*, could have raised a federal question about the effect of the Electoral Count Act upon the time the state had to resolve election contests;

    2. there was a still unresolved view, however strongly I believe it to be erroneous, that the Vice President had a constitutional discretion to determine any contest between slates of electors;

    3. there was a still unresolved view, however strongly I believe it to be erroneous, that Congress has the ultimate power to adjudicate state election administration questions, at least when state courts have not, in Congress's view, adequately resolved such claims.

40. In each of the above three cases, without a privilege to cast their ballot, there would be no opportunity, because of mootness, to resolve either the legal claim, the claim about the Vice President's constitutional authority, or the claim about Congress's congressional authority in the face of incompletely adjudicated state claims.

41.     There could be no sufficient interest, in my view, to support suppressing such an elector's privilege, so as to avoid the chance of Congress mis-determining the results on January 6. The Electoral Count Act of 1887 is a mechanism designed precisely to resolve cases where Congress is presented with multiple slates of electors. It worked well in the thirteen decades before the 2020 election. And even in the face of a violent insurrection, Congress has demonstrated that it has the institutional capacity to determine those contests appropriately.

42.     I base my view on an understanding of the nature of the federalist choice that the selection of our President involves. States have enormous power in that process. But the function of presidential electors is, ultimately, federal. That federal function privileges electors to perform their role without substantive interference by state law or state authorities.

43.     My view is reinforced by a practical recognition of the challenges that our presidential election system is certain to face. We have entered a period of extremely close national elections. We can be confident that in the foreseeable future, there will be many states in every election that have extremely close contests, and some that cannot be resolved finally in the period before Electors Day.

44.     Arizona's criminal prosecution of uncertified electors who met and voted on Electors Day will only add to the uncertainty and

ultimate risk that the results will fail to reflect the vote of the people. Criminal liability will certainly dissuade future uncertified electors from meeting and voting, even though their candidate would, ultimately, prevail through ongoing litigation. But their failing to meet and vote would terminate that litigation, regardless of its merits.

45.    By contrast, recognizing the privilege of electors to meet and cast their ballot, so long as a proper authority could determine them to be the properly appointed electors, secures to the process an additional three weeks during which close elections can be adjudicated.

46.    For these reasons, I believe it would have been completely appropriate for Arizona's Republican electors to meet on Electors Day and cast their ballots for Donald Trump. State criminal prosecution of those acts would, therefore, be unconstitutional.

I make these statements above based on my considered views and sworn under the penalty of perjury.

Lawrence Lessig



# EXHIBIT A

**Lawrence Lessig**
Brookline, MA 02446

## EDUCATION

**Yale Law School, New Haven, CT**
*J.D., 1989.*

**Trinity College, Cambridge University, Cambridge, UK**
*M.A. Philosophy, Honors First Class, 1986.*

**University of Pennsylvania, Philadelphia, PA**
*B.A. Economics, B.S. Management (Wharton), 1983.*

## HONORARY DEGREES

**University of Victoria, Victoria, BC, Canada**
*Honorary Doctorate of Education, 2022*

**Université catholique de Louvain, Louvain, Belgium**
*Honorary Doctorate, 2014.*

**Lund University, Lund, Sweden**
*Honorary Doctorate in Sociology, 2013.*

**John Marshall Law School, Atlanta, GA**
*Honorary Doctorate in Law, 2012.*

**Athabasca University, Athabasca, Canada**
*Honorary Doctorate of Law, 2010.*

**University of Amsterdam, Amsterdam, Netherlands**
*Honorary Doctorate of Law, 2010.*

## EMPLOYMENT AND POSITIONS

**Harvard University, Cambridge, MA**
*Roy L. Furman Professor of Law and Leadership, 2009-present; Director, Edmond J. Safra Center for Ethics, 2009-2015; Courses taught: Constitutional Law I, Contracts, Institutional Corruption, Comparative Constitutional Law, Contextual Constitutionalism: The view through race. Seminars taught: Corruption, Digital Platforms, Article V Convention Process, Fidelity in Constitutional Interpretation, Law and Narrative, Birthing Constitutions, Secession and Reconstruction, Wargaming 2020, Reconstruction Originalism, Governing Virtual Worlds, Readings in Reconstruction, The Surveillance Society.*

**Stanford Law School, Stanford, CA**
*C. Wendell and Edith M. Carlsmith Professor of Law, 2005-2009; John A. Wilson Distinguished Faculty Scholar, 2003-2005; Wilson Faculty Scholar, 2002; Professor of Law,*

2000–2002; Co–Director, Center for Internet and Society, 2000–present; Courses taught: Contracts, Constitutional Law I (structure, equal protection, due process), Constitutional Law II (First Amendment), Torts, Contracts. Seminars taught: Open Sources, Patents in Developing Worlds, Architectures of Identity, Law of the Virtual World, Contracts II; Immunity; Research on Corruption; Fair Use in Film.

**American Academy in Berlin, Berlin, Germany**
Fellow, 2007–2008.

**Wired Magazine, San Francisco, CA**
Columnist, 2003–2007.

**Creative Commons, San Francisco, CA**
CEO, 2001–2007.

**Red Herring, San Francisco, CA**
Columnist, 2002–2003.

**CIO Insight, New York, NY**
Columnist, 2002–2003.

**Business Law Center, Tokyo University, Tokyo, Japan**
Fellow, 2002.

**Wissenschaftskolleg zu Berlin, Berlin, Germany**
Fellow, 1999–2000.

**Harvard Law School, Cambridge, MA**
Jack N. and Lillian R. Berkman Professor for Entrepreneurial Legal Studies, 1998; Professor of Law, 1997–2000; Visiting Professor of Law, Winter term, 1997. Courses taught: Contracts, Constitutional Law. Seminars taught: The Microsoft Case, The Law of Cyberspace: Social Protocols, The High-Tech Entrepreneur, Fidelity.

**The Industry Standard, San Francisco, CA**
Columnist, 1998–2001.

**Program on Ethics and the Professions, Harvard University, Cambridge, MA**
Fellow, 1996–1997.

**The Yale Law School, New Haven, CT**
Visiting Professor of Law, Spring term, 1995. Course taught: Antitrust. Seminar taught: The Law of Cyberspace.

**University of Chicago Law School, Chicago, IL**
Professor of Law, 1995–1997; Assistant Professor of Law, 1991–1995. Co-Director, Center for the Study of Constitutionalism in Eastern Europe. Courses taught: Constitutional Law I (federalism, separation of powers, judicial review); Constitutional Law II (free speech); Contracts. Seminars taught: The Law of Cyberspace; The Public Good;

*Comparative Constitutional Law; Legal Theory Workshop; Fidelity Theory: Theories of Originalism.*

**Lexis Counsel Connect, Miamisburg, OH**
*Moderator, Constitutional Law Discussion Group, 1994–1995.*

**Legal Studies Program, CEU Budapest College, Budapest, Hungary**
*Lecturer in LLM program for Eastern and Central European lawyers. Courses taught: Law and Economics, Separation of Powers, and Constitutional Privacy. Summer, 1992, 1993, 1995 (Budapest); 1994 (Moscow).*

**Justice Antonin Scalia, United States Supreme Court, Washington, DC**
*Law Clerk, 1990–1991.*

**Judge Richard Posner, U.S. Court of Appeals, Seventh Circuit, Chicago, IL**
*Law Clerk, 1989–1990.*

## BOARDS

**Equal Citizens**
*Founder, Member of the Board, 2017–present.*

**The Metagovernance Project**
*Member of the Board, 2019–2023.*

**AXA Scientific Research Fund, Paris, France**
*Member of the Advisory Board, 2011–present.*

**Creative Commons, San Francisco, CA**
*Emeritus, 2015–present.*
*Member of the Board, 2007–2015.*
*Chairman of the Board, 2001–2007.*

**Authors' Alliance**
*Member of the Advisory Board, 2021–present.*

**MaydayPAC**
*Founder, Member of the Board, 2014–2015.*

**Rootstrikers**
*Founder, Member of the Board, 2009–2014.*

**Sunlight Foundation, Washington, DC**
*Member of the Advisory Board, 2008–2016.*

**iCommons, London, England**
*Member of the Board, 2005–2012.*

**Brave New Films Foundation, Los Angeles, CA**
*Chairman of the Board, 2008–2012.*

*Member of the Board, 2007-2008.*

**Change Congress, San Francisco, CA**
*Member of the Board, 2008-2011.*

**MAPLight.org, Berkeley, CA**
*Member of the Board, 2008-2012.*

**Americans Elect**
*Member of the Advisory Board, 2011-2012.*

**Freedom House, Washington, DC**
*Member of the Board, 2008.*

**Free Press, Washington, DC**
*Member of the Board, 2007-2009.*

**Journal of Academic Legal Studies**
*Member of the Advisory Board, 2008-2009.*

**LifeJournal, San Francisco, CA**
*Member of the Advisory Board, 2008-2009.*

**American Academy in Berlin, Berlin, Germany**
*Member of the Board, 2008-2012.*

**Software Freedom Law Center, New York, NY**
*Member of the Board, 2005-2008.*

**Public Library of Science, San Francisco, CA**
*Member of the Board of Directors, 2003-2007.*

**Public Knowledge, Washington, DC**
*Member of the Board, 2002-2007.*

**Electronic Frontier Foundation, San Francisco, CA**
*Member of the Board, 2002-2007.*

**Free Software Foundation, Cambridge, MA,**
*Member of the Board, 2004-2007.*

**Red Hat Center for the Public Domain, Durham, NC**
*Board Member, 2000-2001.*

**Penn National Commission on Society, Culture and Community, Philadelphia, PA**
*Commission Member, 1997-98.*

**Lexis-Nexis Electronic Authors Press, Miamisburg, OH**
*Member of the Editorial Advisory Board, 1995-1997.*

## Honors and Awards

**Oxford Internet Institute's Lifetime Achievement Award, 2016**

**Distinguished Alumni Award, The Lancer Foundation of the Loyalsock Township School District, 2016**

**Brookline PAX, Ethel & Ben Alper Progressive Activism Award, 2015**

**Common Cause of Illinois, Champions of Democracy, 2015**

**The Politico 50, 2014**

**Webby Lifetime Achievement Award, 2014**

**Fastcase 50 Award, 2011**

**American Philosophical Society, Philadelphia, PA**
*Fellow, 2007.*

**American Academy of Arts and Sciences, Cambridge, MA**
*Fellow, 2006.*

**Monaco Media Prize, 2008**

**Finalist, FT Business Book of the Year, 2008**

**National Law Journal "100 Most Influential Lawyers in America," 2000, 2006, 2013**

**Free Software Foundation Award for the Advancement of Free Software, 2003**

**Scientific American, Top 50 Innovators, 2002**

**Editors' Choice, Best Non-Technical Book, Linux Journal, 2002**

**World Technology Award for Law, 2001, 2009**

**BusinessWeek "25 Top eBiz Leaders," 2001, 2000**

## Testimonies and Litigation

**Baxter v. MA Attorney General (2023)**
*Counsel for Plaintiff*

**Patrick v. Alaska Public Offices' Commission (2021)**
*Counsel for Plaintiff*

**Baca v. Colorado (2020)**
*Counsel for Plaintiff.*

**Chiafalo v. Washington (2020)**
*Counsel for Plaintiff.*

**CTIA v. City of Berkeley (2015)**
*Counsel for Defendant.*

**Hearing on SCR 6, Article V Convention to Amend the US Constitution**
*148th Regular Session, Delaware General Assembly, May 13, 2015.*

**Hearing on Ordinance Requiring Notice Concerning Carrying of Cell Phones**
*Regular Meeting, Berkeley City Council, May 12, 2015.*

**Hearing on Article V Convention**
*Assembly of State Legislatures Judiciary Committee Meeting on Capitol Hill, December 8, 2014.*

**Hearing on SJR 42, US Constitutional Convention**
*98th Regular Session, Illinois General Assembly, May 20, 2014.*

**The Case for an Article V Convention of the States**
*With several MA State Representatives and Wolf PAC volunteers, Massachusetts Statehouse, July 10, 2013.*

**Hearing on JRS 27, Campaign Finance Reform**
*Vermont House Government Operations Committee, Vermont Legislature, April 18, 2013.*

**Hearing on "Taking Back Our Democracy: Responding to Citizens United and the Rise of Super PACs"**
*US Senate Judiciary Committee, Subcommittee on the Constitution, Civil Rights, and Human Rights, 2012.*

**Hearing on "The High Cost of High Prices for HIV/AIDS Drugs and the Prize Fund Alternative"**
*US Senate Committee on Health, Education, Labor and Pensions, 2012.*

**Hearing on "The Future of the Internet"**
*US Senate Committee on Commerce, Science, and Transportation, 2008.*

**Hearing on "Network Neutrality"**
*US Senate Committee on Commerce, Science, and Transportation, 2006.*

**H.R. 107 – The Digital Media Consumers' Rights act of 2003**
*House Subcommittee on Commerce, Trade, and Consumer Protection, 2004.*

**Kahle v. Ashcroft (2004)**
*Counsel for Plaintiff.*

**Hardwicke v. American Boychoir (2003)**
*Counsel for Plaintiff.*

**Eldred v. Ashcroft (2003)**
  *Counsel of Record in challenge to 1998 Sonny Bono Copyright Term Extension Act.*

**Government Role in Promoting the Future of Telecommunications Industry and Broadband Deployment**
  *US Senate Committee on Commerce, Science, and Transportation, 2002.*

**Exemptions from Section 1201 of the Digital Millennium Copyright Act**
  *Copyright Office, 2002.*

**Universal Music v. Corley (2001)**
  *Author, Amicus Brief.*

**Simon v. AT&T (2001)**
  *Plaintiffs' expert.*

**A&M Records v. Napster (2000)**
  *Defendant's expert.*

**Microsystems Software v. Scandinavia Online (1999)**
  *Author, Amicus Brief.*

**United States v. Microsoft (1997-2002)**
  *Author, Amicus Brief, 2000.*

  *Testimony before Senate Committee on the Judiciary, 2001.*

**In the Matter of AT&T/Media One**
  *FCC filing (with Mark Lemley), 1999.*

**ICANN DNS Proposal**
  *NTIA comments, 1998.*

**Child Online Protection Act**
  *Testimony before House Subcommittee on Telecommunications and Consumer Protection, 1998.*

**Anti-Paparazzi Legislation**
  *Testimony before House Judiciary Committee, 1998.*

## PUBLICATIONS

### BOOKS

(1) **How to Steal a Presidential Election**
  *Yale University Press, 2024.*

(2) **They Don't Represent Us: Reclaiming Our Democracy**
  *Dey Street Books, 2019.*

**(3)     Fidelity & Constraint: How the Supreme Court Has Read the American Constitution**
   *Oxford University Press, 2019.*

**(4)     America, Compromised**
   *University of Chicago Press, 2018.*

**(5)     Republic, Lost Version 2: The Corruption of Equality and the Steps to End It**
   *Twelve Books, 2015.*

**(6)     The United States is Lesterland**
   *TED Books, 2013.*

**(7)     One Way Forward**
   *Byliner Originals, 2012.*

**(8)     Republic, Lost: How Money Corrupts Congress And a Plan to Stop It**
   *Twelve Books, 2011.*

**(9)     Remix: Making Art and Commerce Thrive in the Hybrid Economy**
   *Penguin Press, 2008.*

**(10)    Code Version 2**
   *Basic Books, 2007.*

**(11)    Free Culture: How Big Media Uses Technology and the Law to Lock Down Culture and Control Creativity**
   *Penguin Press, 2004.*

**(12)    The Future of Ideas: The Fate of the Commons in a Connected World**
   *Random House, 2001.*

**(13)    Code, and Other Laws of Cyberspace**
   *Basic Books, 1999.*

## ARTICLES

**(1)     The Brilliance in *Slaughterhouse*: A Judicially Restrained and Original Understanding of "Privileges or Immunities"**
   *26 University of Pennsylvania Journal of Constitutional Law 1 (2024)*

**(2)     Scalia the Legal Sociologist,**
   *Harvard Journal of Law & Public Policy Per Curiam, No. 4 (Winter 2023)*

**(3)     The First Amendment Does Not Protect Replicants**
   in *Social Media and Democracy* by Lee Bollinger & Geoffrey Stone, eds. (Oxford 2022)

**(4)     Foreword**
   *Democracy Vouchers: How bringing money into politics can drive money out of politics* by Tom Latkowski (Democracy Policy Network Books: July 26, 2021).

**(5)**     **Foreword**
> *Harvard Law & Policy Review, Vol. 15-1 (Winter 2020).*

**(6)**     **Repairing a Fractured America**
> in *Which Side of History?: How Technology Is Reshaping Democracy and Our Lives* by James P. Steyer, editor (Chronicle Prism, October 13, 2020).

**(7)**     **Foreword**
> *The University of Chicago Law Review 86 Special: Symposium: Commemorating the Career of Judge Richard A. Posner* (2019): 1027-036.

**(8)**     **How Academic Corruption Works**
> *65 Chron. Higher Education (October 7, 2018).*

**(9)**     **Rendering Sensible Salient**
> *The Good Society, Vol. 27, No. 1–2 (2018).*

**(10)**    **Institutional Corruption Revisited: Exploring Open Questions within the Institutional Corruption Literature**
> *with E. Amit, J. Koralnik, A.–C. Posten, and M. Muethel, 26 S. Cal. Interdisc. L.J. 447 (2017).*

**(11)**    **The Lesson Patterson Taught**
> *11 Journal of Intellectual Property Law 1 (April 2016).*

**(12)**    **Corrupt and Unequal, Both,**
> *Fordham Law Review, Volume 84, Issue 2 (November 2015).*

**(13)**    **Perma: Scoping and Addressing the Problem of Link and Reference Rot in Legal Citations**
> *with Jonathan Zittrain and Kendra Albert, 127 Harv. L. Rev. F. 176 (2014).*

**(14)**    **A Reply to Professors Cain and Charles**
> *California Law Review, Volume 102, Issue 1 (February 2014).*

**(15)**    **What an 'Originalist' Would Understand 'Corruption' to Mean: The 2013 Jorde Lecture**
> *California Law Review, Volume 102, Issue 1 (February 2014).*

**(16)**    **Foreword: 'Institutional Corruption' Defined**
> *Journal of Law, Medicine and Ethics, Vol. 41, No. 3 (Fall 2013).*

**(17)**    **Institutional Corruptions**
> *Edmond J. Safra Working Papers, No. 1 (March 15, 2013.)*

**(18)**    **On What Being a (small-r) Republican Means**
> *74 Montana Law Review 37 (2013).*

**(19)**   **Contagious Inferences in Institutional Trust: The Costs of
           Transparency**
           *with Piercarlo Valdesolo, Steven Lehr, Mahzarin Banaji,
           (unpublished, 2012).*

**(20)**   **Foreword**
           *Citations, Out of the Box: Adapting Zotero for legal and
           multilingual research* by Frank G. Bennett (2012).

**(21)**   **A Reply to Professor Hasen**
           *126 Harv. L. Rev. F. 61 (2012).Foreword*

           *Good Faith Collaboration: the Culture of Wikipedia* by Joseph
           Reagle (The MIT Press, August 27, 2010)

**(22)**   **Getting Our Values around Copyright Right,**
           *Educause Review, vol. 45, no. 2, March/April 2010.*

**(23)**   **What Everybody Knows and What Too Few Accept: Comment on
           *Caperton v. A.T. Massey Coal Co.***
           *123 Harv. L. Rev. 104 (2009).*

**(24)**   **Foreword**
           Symposium: Cultural Environmentalism at *10, 70 Law and
           Contemporary Problems 1 (2007).*

**(25)**   **Does Copyright Have Limits? *Eldred v. Ashcroft* and Its Aftermath**
           in *Open Content Licensing: Cultivating the Creative
           Commons* by Brian Fitzgerald, principal editor (Sydney
           University Press, March 22, 2007).

**(26)**   **The Vision for the Creative Commons: What are We and Where are
           We Headed? Free Culture,**
           in *Open Content Licensing: Cultivating the Creative
           Commons* by Brian Fitzgerald, principal editor, (Sydney
           University Press, March 22, 2007).

**(27)**   **The Future**
           with Stuart Cunningham and Sal Humphreys in *Open
           Content Licensing: Cultivating the Creative Commons* by
           Brian Fitzgerald, principal editor (Sydney University Press,
           March 22, 2007).

**(28)**   **What Things Regulate Speech: CDA2.0 vs. Filtering**
           in *Law and Society Approaches to Cyberspace* by Paul Schiff
           Berman, editor (Ashgate Publishing, 2007).

**(29)**   **The Code of Privacy**
           *151 Proceedings of the American Philosophical Society 283
           (2007).*

**(30)** **Foreword**
　　　　*Freedom of Expression: Resistance and Repression in the Age of*
　　　　*Intellectual Property,* University of Minnesota Press (2007).

**(31)** **.commons**
　　　　in *Norms and the Law,* Cambridge University Press (2006).

**(32)** **The Second Annual Distinguished Lecture in Intellectual Property and**
　　　　**Communications Law: Creative Economies**
　　　　*1 Michigan State Law Review 1 (2006).*

**(33)** **Re-crafting a Public Domain**
　　　　*18 Yale Journal of Law & the Humanities 56 (Special Issue*
　　　　*2006).*

**(34)** **(Re)Creativity: How Creativity Lives**
　　　　*in* Copyright and Other Fairy Tales by Helle Porsdam
　　　　*(Elgar Publishers, March 30, 2006).*

**(35)** **Creative Freedom for All**
　　　　*in* The Best American Legal Commentary *by Rosemary*
　　　　*Passantino, editor (Universal Publishers, February 15, 2005).*

**(36)** **The Failures of Fair Use and the Future of Free Culture**
　　　　*in* Cut: Film as Found Object in Contemporary Video,
　　　　*(Milwaukee Art Museum, 2005).*

**(37)** **Reply: Re-Marking the Progress in Frischmann**
　　　　*89 Minnesota Law Review 1031 (2005).*

**(38)** **Preface**
　　　　*Du bon usage de la piraterie: Culture libre, sciences ouvertes* by
　　　　Florent Latrive (Exils Editeur, December 16, 2004).

**(39)** **The Creative Commons**
　　　　*65 Montana Law Review (Winter 2004).*

**(40)** **Coase's First Question**
　　　　*27 Regulation (Fall 2004).*

**(41)** **Foreword**
　　　　*Open Source Licensing: Software Freedom and Intellectual*
　　　　*Property Law* by Lawrence Rosen (Prentice Hall, July 1,
　　　　2004).

**(42)** **Free(ing) Culture for Remix**
　　　　*4 Utah Law Review 961–975 (2004).*

**(43)** **The Laws of Cyberspace**
　　　　*in* Readings in Cyberethics *(Jones and Bartlett Publishers,*
　　　　*February 23, 2004).*

**(44)** **The Commons that Libraries Build**
　　　　*Library Journal (February 15, 2004).*

**(45)**      **Keynote: The International Information Society**
*24 Loyola of Los Angeles Entertainment Law Review 1 (2004) Symposia—2003 Stanford Law & Technology Association Conference: Ideas without Boundaries: Creating and Protecting Intellectual Property in the International Arena and At the Crossroads of Law & Technology: Fourth Annual Conference, Patenting the Human Genome*

**(46)**      **The Balance of Robert Kastenmeier**
*4 Wisconsin Law Review (2004).*

**(47)**      **Law Regulating Code Regulating Law**
*Loyola University Chicago Law Journal, Vol. 35, Issue 1 (Fall 2003).*

**(48)**      **The Creative Commons**
*55 Florida Law Review 763 (2003).*

**(49)**      **The Place of Cyberlaw**
*in* The Place of Law *by Austin Sarat & Martha Merrill Umphrey, editors (August 28, 2003).*

**(50)**      **An Information Society: Free or Feudal?**
*The COOK Report on Internet (April 2003).*

**(51)**      **Governance**
*The COOK Report on Internet XI, No. 12 (March 2003).*

**(52)**      **Introduction**
*in* Free Software, Free Society: Selected Essays of Richard M. Stallman and Joshua Gay *(Free Software Foundation, October 1, 2002).*

**(53)**      **Innovating Copyright**
*20 Cardozo Arts & Entertainment Law Journal 611 (June 2002).*

**(54)**      **The Architecture of Innovation**
*51 Duke Law Journal 1783 (April 2002).*

**(55)**      **Privacy as Property**
*69 Social Research 247-269 (March 2002).*

**(56)**      **A regra dos direitos autorais**
*in* Propriedade intelectual e internet: uma perspectiva integrada à sociedade da informação by Marcos Wachowicz *(Juruá Editora, 2002).*

**(57)**      **Open Source Baselines: Compared to What?**
*in* Government Policy toward Open Source Software *by Robert W. Hahn, editor (January 1, 2002).*

**(58)**    **Ley del caballo: Lo que el ciberderecho podría enseñar**
*in* Derecho y tecnologías de la información by Iñigo de la Maza Gazmuri *(Fundación Fernando Fueyo Laneri, January 1, 2002).*

**(59)**    **Privacy and Attention Span**
*89 Georgetown Law Journal 2063 (June 2001).*

**(60)**    **Architecting Innovation**
*49 Drake Law Review 397 (June 2001).*

**(61)**    **A Roundtable Discussion with Lawrence Lessig, David G. Post, and Jeffrey Rosen**
*49 Drake Law Review 441 ( June 2001).*

**(62)**    **Preface to a Conference on Trust**
*81 Boston University Law Review 329 (April 2001).*

**(63)**    **The End of End-to-End: Preserving the Architecture of the Internet in the Broadband Era**
*with Mark Lemley, 48 UCLA Law Review 925 (April 2001).*

**(64)**    **Copyright's First Amendment**
*48 UCLA Law Review 1057 (April 2001).*

**(65)**    **The Law of the Horse: What Cyberlaw Might Teach**
*in* Communications Law and Policy: Cases and Materials by Jerry Kang *(Aspen Law and Business, March 1, 2001).*

**(66)**    **Foreword: Symposium Cyberspace and Privacy**
*52 Stanford Law Review 987 (2000).*

**(67)**    **The Death of Cyberspace**
*57 Washington & Lee Law Review 337 (2000).*

**(68)**    **Open Access to Cable Modems**
*with Mark A. Lemley, 22 Whittier Law Review 3 (2000).*

**(69)**    **Zoning Speech on the Internet: A Legal and Technical Model**
*with Paul Resnick, 98 Michigan Law Review 395(1999).*

**(70)**    **Change and Choices: Introduction to "On the Social Role of Computer Communications" by Robert Fano**
*Proceedings of the IEEE (December 1999).*

**(71)**    **The Law of the Horse: What Cyberlaw Might Teach**
*113 Harvard Law Review 501 (1999).*

**(72)**    **Open Code and Open Societies: Values of Internet Governance**
*74 Chicago Kent Law Review 1405 (1999).*

**(73)**    **The Limits in Open Code: Regulatory Standards and the Future of the Net**
*14 Berkeley Technology Law Journal 759 (1999).*

**(74)    The Architecture of Mandated Access Controls**
    *in* Competition, Regulation, and Convergence: Current
    Trends In Telecommunications Policy Research by Sharon
    Gillett and Ingo Vogelsang, Editors *(Routledge, September
    1, 1999).*

**(75)    Keynote Address: Commons and Code**
    *9 Fordham Intellectual Property, Media and Entertainment
    Law Journal 459 (1999).*

**(76)    The Architecture of Privacy**
    *1 Vanderbilt Journal of Entertainment Law & Practice 56
    (1999).*

**(77)    Understanding Federalism's Text**
    *66 George Washington Law Review 1218 (1998).*

**(78)    What Things Regulate Speech**
    *38 Jurimetrics 629 (Summer 1998).*

**(79)    The New Chicago School**
    *27 Journal of Legal Studies 661 (1998).*

**(80)    Judicial Influence: a Citation Analysis of Federal Courts of Appeals
    Judges**
    *with William Landes and Michael Solimine, 27 Journal of
    Legal Studies 271 (1998).*

**(81)    Lessons from a Line Item Veto Law**
    *47 Case Western Reserve Law Review 1659 (1997).*

**(82)    *Erie*-Effects of Volume 110: an Essay on Context in Interpretive Theory**
    *110 Harvard Law Review 1785 (1997).*

**(83)    The Puzzling Persistence of Bellbottom Theory: What a Constitutional
    Theory Should Be**
    *15 Georgetown Law Journal 1837 (1997).*

**(84)    The Constitution of Code: Limitations on Choice-Based Critiques of
    Cyberspace Regulation**
    *5 CommLaw Conspectus 181 (1997).*

**(85)    Intellectual Property and Code**
    *11 St. Johns Journal of Legal Commentary 635 (1997).*

**(86)    Constitution and Code**
    *27 Cumberland Law Review 1 (1997).*

**(87)    Fidelity and Constraint**
    *65 Fordham Law Review 1365 (1997).*

**(88)    The Zones of Cyberspace**
    *48 Stanford Law Review 1403 (1996).*

**(89)    Translating Federalism: *United States v. Lopez***
    *1995 Supreme Court Review 125 (1996).*

**(90)**    **What Drives Derivability: Response to Responding to Imperfection (Book Review)**
       *74 Texas Law Review 839 (1996).*

**(91)**    **Post-Constitutionalism (Book Review)**
       *94 Michigan Law Review 1422 (1996).*

**(92)**    **Grounding the Virtual Magistrate**
       *with Jack Goldsmith (1996).*

**(93)**    **Social Meaning and Social Norms**
       *144 University of Pennsylvania Law Review 2181 (1996).*

**(94)**    **Making Sense of the Hague Tribunal**
       *Eastern European Constitutional Review, Fall 1996.*

**(95)**    **Reading the Constitution in Cyberspace**
       *45 Emory Law Review 869 (1996).*

**(96)**    **The Limits of Lieber**
       *16 Cardozo Law Review 2249 (1995).*

**(97)**    **The Path of Cyberlaw**
       *104 Yale Law Journal 1743 (1995).*

**(98)**    **The Regulation of Social Meaning**
       *62 University of Chicago Law Review 943 (1995).*

**(99)**    **Understanding Changed Readings: Fidelity and Theory**
       *47 Stanford Law Review 395 (1995).*

**(100)**    **Introduction, Redesigning the Russian Court Roundtable**
       *3 East European Constitutional Review 72-73 (Fall 1994).*

**(101)**    **Evaluation of the United States Court of Appeals for the Seventh Circuit**
       *with Chicago Council of Lawyers, 43 DePaul Law Review 673 (Spring 1994).*

**(102)**    **Lessons of the American Presidency**
       *with Cass Sunstein, Eastern European Constitutional Review (Fall 1993/Winter 1994).*

**(103)**    **A Review of the Russian Constitution: Separation of Powers**
       *ABA CEELI Project Report, January 1994.*

**(104)**    **The President and the Administration**
       *with Cass Sunstein, 94 Columbia Law Review 1 (1994).*

**(105)**    **The Path of the Presidency**
       *2/3 East European Constitutional Review 104 (1994).*

**(106)**    **Readings by Our Unitary Executive**
       *15 Cardozo Law Review 175 (1993).*

**(107)**    **Fidelity in Translation**
       *71 Texas Law Review 1165 (1993).*

**(108)** **The Supreme Court and Our Future**
*38 University of Chicago Law School Record 13 (1992).*

**(109)** **Plastics: Unger and Ackerman on Transformation**
*98 Yale Law Review 1173 (1989).*

## Essays

**(1)** **Here's One Way to Steal the Presidential Election**
*(with Matthew Seligman) New York Times, January 22, 2024*

**(2)** **When Billionaires Say: "Give us less."**
*Medium, January 16, 2024*

**(3)** **Cenk's best argument**
*Medium, January 8, 2024*

**(4)** **Why Trump Should Not Be Removed, v3**
*Medium, January 4, 2024*

**(5)** **Steamboat Willie, reborn in peace**
*Medium, January 1, 2024*

**(6)** **The Supreme Court Must Unanimously Strike Down Trump's Ballot Removal**
*Slate, December 20, 2023*

**(7)** **ChatGPT, or: How I Learned to Stop Worrying and Love AI**
*Medium, November 28, 2023*

**(8)** **The Key to Saving Our Atrocious Campaign Finance Laws Might Be … Josh Hawley?**
*Slate, November 14, 2023*

**(9)** **Should First Amendment Rights Really Be Getting in the Way of Kids' Privacy Online?**
*(with Tristan Harris) Slate, November 2, 2023*

**(10)** **True but misleading: The New Yorker quote I should have quibbled with.**
*Medium, October 1, 2023*

**(11)** **A Terrible Plan to Neutralize Trump Has Entranced the Legal World**
*Slate, September 19, 2023*

**(12)** **On Data Colada**
*Medium, August 22, 2023*

**(13)** **On Francesca Gino**
*Medium, August 18, 2023*

**(14)** **The costs of distraction**
*Medium, July 30, 2023*

**(15)** **On Electors: For the (obviously) confused**
*Medium, July 20, 2023*

**(16)** **The unbearable lightness of No Labels' "Common Sense" (unmetered)**
*Medium, July 18, 2023*

**(17)** **The Age of the Fantasist**
*Medium, July 16, 2023*

**(18)** **What's sauce for the goose…**
*Medium, July 2, 2023*

**(19)** **The argument that will end SuperPACs**
*Medium, July 1, 2023*

**(20)** **On being a skunk at a data privacy conference**
*Medium, June 21, 2023*

**(21)** **How AI could take over elections — and undermine democracy**
*Medium, June 15, 2023*

**(22)** **A Proposed 28th Amendment**
*Medium, June 13, 2023*

**(23)** **For AI copyright (for AI artists)**
*Medium, May 30, 2023*

**(24)** **For a 2024 moratorium on political LLM AIs**
*Medium, May 18, 2023*

**(25)** **Jesus, Masnick, just give it a rest**
*Medium, April 21, 2023*

**(26)** **Making a Constitutional Convention Safe for Democracy**
*The New York Review of Books, April 17, 2023.*

**(27)** **Code may be law, but not all law is legal.**
*Medium, April 16, 2023*

**(28)** **Scapegoating Thomas?**
*Medium, April 11, 2023*

**(29)** **Herrmann v. Attorney General: post argument reflections**
*Medium, February 7, 2023*

**(30)** **Has the virus of © term extension been beaten?**
*Medium, January 15, 2023*

**(31)** **Theorizing Context**
*Balkinization, January 15, 2023.*

**(32)** **The Web 3 Movement**
*The Oriental Economist, December 20, 2022.*

**(33)** **A Response to Professor Maltz on the Slaughterhouse Case**
*The Originalism Blog, November 7, 2022.*

**(34)** **A Crowdsourced War: a reflection**
*Medium, October 23, 2022.*

**(35)** **How Merrick Garland Can Put the Supreme Court's Originalists On Notice**
*Slate, October 13, 2022.*

**(36)** **On the Massachusetts Initiative to End SuperPACs**
*Medium, September 10, 2022.*

(37)    "Privileges or Immunities": The genius in the Slaughterhouse Cases
        *Medium, August 22, 2022.*

(38)    Freeing Mickey, Unconstitutionally
        *Medium, May 31, 2022*

(39)    Pushers v2.0: A regulatory solution?
        *Medium, May 21, 2022*

(40)     Tucker's war for non-binaries
        *Medium, March 17, 2022*

(41)     How patriots resist unjust wars
        *Medium, March 1, 2022*

(42)    The Supreme Court Needs Its Own Filibuster
        *Slate, February 15, 2022.*

(43)    Many Trump Electors Facing Criminal Referrals Were Just Following
        Precedent
        *Slate, January 27, 2022.*

(44)    Congress' Plan to Protect the 2024 Election From Sabotage Has One
        Huge Flaw
        *Slate, January 11, 2022.*

(45)    Filibuster-backers are Framer-wannabes
        *The Hill, December 18, 2021.*

(46)    Why the US Is a Failed Democratic State
        *New York Review of Books, December 10, 2021.*

(47)    The Democrats Are Walking Right Into a Trap on Voting Rights
        *with Guy-Uriel Charles, Slate, May 24, 2021.*

(48)    Op-Ed: Epstein at Harvard: We're Not Finished Yet
        *The Harvard Crimson, April 13, 2021.*

(49)    If Joe Biden Is Serious About Protecting American Democracy, Here's
        Where He Can Start
        *Slate, February 22, 2021.*

(50)    More Commentary: Nebraska should close loophole that could affect
        presidential election
        *with Hassaan Shahawy, Omaha World Herald, February 13,
        2021.*

(51)    On faithless legislatures
        *Medium, December 8, 2020.*

(52)    On alleged inconsistencies
        *Medium, November 24, 2020.*

(53)    State legislatures do not have the power to veto the people's choice in an
        election
        *USA Today, November 18, 2020.*

**(54)** **State Legislatures Can't Ignore the Popular Vote in Appointing Electors**
*with Jason Harrow, Lawfare, November 6, 2020.*

**(55)** **Why Pennsylvania should take its time counting votes**
*with Van Jones, CNN, November 4, 2020.*

**(56)** **RCV in Massachusetts: When the piper gets ignored**
*Medium, October 30, 2020.*

**(57)** **The Mess Congress Could Make**
*The Atlantic, October 19, 2020.*

**(58)** **What happens if a nominee dies shortly before or after the election? It's complicated.**
*with Jason Harrow, The Washington Post, October 6, 2020.*

**(59)** **How Ginsburg's Seat is Saved**
*Medium, September 19, 2020.*

**(60)** **The Scary Result of a Black Man Arguing With a Cop: Getting hit by a police car isn't justifiable**
*Level, September 1, 2020.*

**(61)** **Hey NYT, please just don't**
*Medium, June 26, 2020.*

**(62)** **Fearing bubbles**
*Medium, June 1, 2020.*

**(63)** **The Supreme Court v. the coronavirus**
*The Boston Globe, May 14, 2020.*

**(64)** **Morning after thoughts**
*Medium, May 14, 2020.*

**(65)** **What Rick Hasen is Missing**
*Medium, May 6, 2020.*

**(66)** **It won't be 1972; don't make it 1968**
*Medium, March 1, 2020.*

**(67)** **On suing the Times**
*Medium, January 13, 2020.*

**(68)** **Don't allow McConnell to swear a false oath**
*The Washington Post, January 8, 2020.*

**(69)** **Why Mayor Pete's 'wine cave' dinner is beside the point**
*Los Angeles Times, December 20, 2019.*

**(70)** **This is the silent political revolution of 2020**
*CNN, December 12, 2019.*

**(71)** **How Twitter just might save democracy in America**
*The Philadelphia Inquirer, November 14, 2019.*

**(72)    Clickbait Defamation: On the careful reading of the New York Times editors**
*Medium, September 15, 2019.*

**(73)    On Joi and MIT**
*Medium, September 8, 2019.*

**(74)    Response to Commentators, Symposium on Lawrence Lessig's *Fidelity and Constraint***
*Balkinization, August 13, 2019.*

**(75)    Why John Roberts may be right about gerrymandering**
*The Washington Post, July 10, 2019.*

**(76)    Fundamental reform must be on the Democrats' Debate Stage**
*Medium, June 4, 2019.*

**(77)    American democracy is broken. We must demand 2020 candidates commit to a fix**
*The Guardian, May 5, 2019.*

**(78)    Trump's border wall demand is constitutionally illegitimate**
*The Guardian, January 4, 2019.*

**(79)    Beto O'Rourke's biggest blind spot cost him Texas. Democrats, take note.**
*The Guardian, November 11, 2018.*

**(80)    Congress' Latest Move to Extend Copyright Is Misguided**
*Wired, May 18, 2018.*

**(81)    Mick Mulvaney shows why we need to radically change our elections**
*The Washington Post, April 29, 2018.*

**(82)    Let's fix Electoral College. It'll be easy compared to gerrymandering**
*with Richard Painter, USA Today, October 13, 2017.*

**(83)    The Time Has Come: Reform the Electoral College Now**
*The Daily Beast, September 13, 2017.*

**(84)    The Constitution lets the electoral college choose the winner. They should choose Clinton.**
*The Washington Post, November 24, 2016.*

**(85)    The cleanup of our polluted political ecosystem will require the energy of citizens across the political spectrum**
*Sierra Magazine (August 1, 2016).*

**(86)    Three ways Congress can muscle-up to your voting rights**
*with Michael Golden, Chicago Sun-Times, August 19, 2016.*

**(87)    How Gingrich broke Congress**
*CNN, July 13, 2016.*

**(88)    Democrats Campaign-Finance Reform Sham**
*The Daily Beast, June 3, 2016.*

**(89)    Jolly's folly: Lawmakers still beholden to funders**
        *Orlando Sentinel, May 7, 2016.*

**(90)    Scalia set a principled example**
        *USA Today, February 17, 2016.*

**(91)    The campaign finance fight can't wait**
        *The Washington Post, February 12, 2016.*

**(92)    Dear Bernie Sanders: Don't follow in Obama's footsteps on campaign
          finance reform**
        *The Washington Post, February 11, 2016.*

**(93)    Why I Dropped Out**
        *The New Yorker, January 28, 2016.*

**(94)    Why I Ran for President**
        *The New Yorker, January 27, 2016.*

**(95)    Open Letter: Let's Sit-In to Save Democracy From the Billionaire
          Class**
        *The Nation, December 2, 2015.*

**(96)    Europe Vote Threatens Net Neutrality. Help Save the Open Internet.**
        *with Barbara van Schewick, The Huffington Post, October 26,
        2015.*

**(97)    What Was Missing From the Democrats' Debate Stage**
        *The Huffington Post, October 21, 2015.*

**(98)    Larry Lessig: I'm All In**
        *The Atlantic, October 17, 2015.*

**(99)    How Our Democracy Got Vetoed — And How To Fix It**
        *The Daily Beast, September 22, 2015.*

**(100)   Citizens, First**
        *The Huffington Post, September 19, 2015.*

**(101)   Launching the Campaign**
        *The Huffington Post, September 9, 2015.*

**(102)   The Question for My Critics**
        *The Huffington Post, September 2, 2015.*

**(103)   On Being 'Serious' About Reform**
        *The Huffington Post, August 31, 2015.*

**(104)   On 'Dumbing Down' the Democratic Debate**
        *The Huffington Post, August 28, 2015.*

**(105)   The Plan, Part 2: Referendum Representatives**
        *The Huffington Post, August 24, 2015.*

**(106)   We Are Not Thinking Big Enough**
        *The Huffington Post, August 19, 2015.*

**(107)**    **I'm Running for President to Quit**
       *The Daily Beast, August 13, 2015.*

**(108)**    **Why I Want to Run**
       *The Huffington Post, August 11, 2015.*

**(109)**    **The Only Realistic Way to Fix Campaign Finance**
       *The New York Times, July 21, 2015.*

**(110)**    **Why No One Will Reform Washington**
       *The Daily Beast, July 16, 2015.*

**(111)**    **Should We Convene?**
       *The New York Review of Books, July 9, 2015.*

**(112)**    **On the Trustee President: Not EITHER/OR but BOTH/AND**
       *Medium, June 10, 2015.*

**(113)**    **Frodo Baggins for President**
       *Medium, June 6, 2015.*

**(114)**    **On Rejecting the Clinton Defense: What Reform Democrats Need**
       *Medium, June 5, 2015.*

**(115)**    **In Washington, money talks louder than ordinary Americans — and we do nothing**
       *New Statesman, June 4, 2015.*

**(116)**    **Could Hillary Clinton Be the Champion Campaign-Finance Reform Needs?**
       *The Atlantic, May 28, 2015.*

**(117)**    **Democrats Embrace the Logic of "Citizens United"**
       *The Washington Post, May 8, 2015.*

**(118)**    **How a Reform Republican Can Topple Hillary By Taking on Crony Capitalism**
       *The Daily Beast, May 5, 2015.*

**(119)**    **Something Is Going Right: Net Neutrality and the FCC**
       *The Huffington Post, February 19, 2015.*

**(120)**    **Obama's Stand on Net Neutrality Finally Feels Like the President We've Been Waiting For**
       *The Guardian, November 12, 2014.*

**(121)**    **We Should Be Protesting, Too**
       *The Huffington Post, October 1, 2014.*

**(122)**    **What New Yorkers Can Do About Money in Politics**
       *The Huffington Post, September 8, 2014.*

**(123)**    **Campaign-Finance Reform Has to Be Cross-Partisan**
       *The Atlantic, June 18, 2014.*

**(124) Our New SuperPAC Is Going to Change American Politics for $12 Million**
*The Daily Beast, June 6, 2014.*

**(125) What's So Bad About a SuperPAC?**
*Medium, June 4, 2014.*

**(126) A Real Step to Fix Democracy**
*The Atlantic, May 30, 2014.*

**(127) Campaign Finance and the Nihilist Politics of Resignation**
*The Atlantic, April 10, 2014.*

**(128) Originalists Making It Up Again: McCutcheon and 'Corruption'**
*The Daily Beast, April 2, 2014.*

**(129) The Republican Street Fight Over Transparency in Government**
*The Daily Beast, March 26, 2014.*

**(130) D.C. Needs a Grassroots Fix That Will Come When Left and Right Find Common Ground**
*The Daily Beast, February 9, 2014.*

**(131) How to Make Americans Care About Money Corrupting Politics**
*The Atlantic, January 31, 2014.*

**(132) Why We're Marching Across New Hampshire to Honor Aaron Swartz**
*The Atlantic, January 10, 2014.*

**(133) A New Hampshire Rebellion for Aaron Swartz**
*The Daily Beast, January 10, 2014.*

**(134) Aaron's Walk: The New Hampshire Rebellion**
*The Huffington Post, January 10, 2014.*

**(135) Congress Can Be Corrupt Without Corrupt People**
*The Daily Beast, December 13, 2013.*

**(136) Why Money Is the Root of All That's Wrong With Washington**
*The Daily Beast, October 21, 2013.*

**(137) Obama's Lawyer Should Have Used Originalism to Sway Originalist Justices**
*The Atlantic, October 10, 2013.*

**(138) Republicans Against the Republic**
*The Daily Beast, October 3, 2013.*

**(139) The Court Case That Pivots on What 'Corrupt' Really Means**
*The Daily Beast, September 26, 2013.*

**(140) The Roots of the Next Financial Crisis: How Wall Street Undermines Reform**
*The Daily Beast, June 23, 2013.*

**(141)  It's Time to Rewrite the Internet to Give Us Better Privacy, and
          Security**
              *The Daily Beast, June 12, 2013.*

**(142)  Congressmen Come and Go, but Corruption is Here to Stay**
              *The Daily Beast, June 7, 2013.*

**(143)  Can Democrats Get a New Party, Too?**
              *The Atlantic, May 29, 2013.*

**(144)  Why Is Congress Trying to Make Our Internet Abuse Laws Worse,
          Not Better?**
              *with Orin Kerr, The Atlantic, April 22, 2013.*

**(145)  Why Washington is Corrupt**
              *CNN, April 8, 2013.*

**(146)  Super PACs — The story the election didn't tell**
              *with John Sarbanes, Chicago Tribune, February 15, 2013.*

**(147)  "They Know We Know It." Get Politicians On The Record About
          Corruption**
              *The Huffington Post, February 14, 2013.*

**(148)  Aaron's Law: Violating a Site's Terms of Service Should Not Land You
          in Jail**
              *The Atlantic, January 16, 2013.*

**(149)  Prosecutor as Bully**
              *The Huffington Post, January 13, 2013.*

**(150)  Online Artists Share Work—Tyrants Would Prefer They Share a Cell**
              *The Wall Street Journal, January 8, 2013.*

**(151)  Why a Democratic Tea Party Is the Best Hope for Fixing Corrupt
          Government**
              *The Atlantic, December 6, 2012.*

**(152)  Seizing 'Forward': 3 Steps Obama Must Take to Fight Corruption and
          Gridlock**
              *The Atlantic, November 8, 2012.*

**(153)  What the Hell Is Being a Moderator For?**
              *The Huffington Post, October 21, 2012.*

**(154)  The Founders Versus the Funders**
              *The Progressive, September 12, 2012.*

**(155)  The No Lobbying Pledge**
              *The Huffington Post, September 11, 2012.*

**(156)  Obama's Chance to Keep His Reform Promise**
              *The Atlantic, September 6, 2012.*

**(157)  EmTech Preview: The Politics of the Outsider**
              *Technology Review, August 29, 2012.*

**(158)  The (Almost) Brilliance of Representative Dingell and His Friends**
*The Atlantic, August 4, 2012.*

**(159)  Big Campaign Spending: Government by the 1%**
*The Atlantic, July 10, 2012.*

**(160)  Upon the People Alone**
*Slate, June 16, 2012.*

**(161)  Contagious Inferences in Institutional Trust: The Costs of Transparency**
*with Piercarlo Valdesolo, Steven Lehr, Mahzarin Banaji, unpublished, June 15, 2012.*

**(162)  A Message to Law Grads: Instead of Corporations, Help Ordinary People**
*The Atlantic, May 31, 2012.*

**(163)  Buddy Roemer, the Anti-Spoiler**
*The Atlantic, May 13, 2012.*

**(164)  The Last Best Chance for Campaign Finance Reform: Americans Elect**
*The Atlantic, April 25, 2012.*

**(165)  Obamacare and the Supreme Court: More on the Rule of Politics**
*The Atlantic, April 15, 2012.*

**(166)  Why Scalia Could Uphold Obamacare**
*The Atlantic, April 13, 2012.*

**(167)  An Open Letter to the Citizens Against Citizens United**
*The Atlantic, March 23, 2012.*

**(168)  What's Really Wrong With Goldman Sachs**
*Special to CNN, March 15, 2012.*

**(169)  After the Battle Against SOPA — What's Next?**
*The Nation, January 26, 2012.*

**(170)  Calling for a Convention**
*The American Prospect, January 4, 2012.*

**(171)  The Great Promise of Super-PACs**
*The Huffington Post, December 20, 2011.*

**(172)  Newt Gingrich, the man who changed Washington**
*CNN, November 21, 2011.*

**(173)  More Money Can Beat Big Money**
*The New York Times, November 16, 2011.*

**(174)  One More Try: The Rules Versus the Game**
*The Huffington Post, October 27, 2011.*

**(175)  A Reply to the @EdgeofSports: Who Exactly Are the 99%?**
*The Huffington Post, October 26, 2011.*

**(176)   A response to Dave Zirin's "Memo to Lawrence Lessig: The Tea Party is No Answer for Occupy USA"**
*The Nation, October 26, 2011.*

**(177)   Something More Than Polarization**
*The Huffington Post, October 25, 2011.*

**(178)   A Letter to the #Occup(iers): The Principle of Non-Contradiction**
*The Huffington Post, October 12, 2011.*

**(179)   #OccupyWallSt v2: What Cross-Partisanship Must Mean**
*The Huffington Post, October 7, 2011.*

**(180)   #OccupyWallSt, Then #OccupyKSt, Then #OccupyMainSt**
*The Huffington Post, October 5, 2011.*

**(181)   Report from the Conference on the Constitutional Convention**
*The Huffington Post, September 30, 2011.*

**(182)   The Good Soul Howard Schultz: Exploiting an Addict Rather Than Ending an Addiction**
*The Huffington Post, August 25, 2011.*

**(183)   A Conference on the Constitutional Convention**
*The Huffington Post, August 10, 2011.*

**(184)   An Open Letter to North Carolina Gov. Bev Perdue: Support Community Broadband**
*The Huffington Post, May 20, 2011.*

**(185)   On the Significance of the Roemer Announcement**
*The Huffington Post, March 3, 2011.*

**(186)   An Obvious Distinction**
*The Huffington Post, November 12, 2010.*

**(187)   In Praise of Tea**
*The Huffington Post, November 11, 2010.*

**(188)   The "Imbecile" and "Moron" Responds: On the Freedoms of Remix Creators**
*The Huffington Post, October 15, 2010.*

**(189)   A Letter to FixCongressFirst.Org: Where We Are, Where We're Going**
*The Huffington Post, October 15, 2010.*

**(190)   Sorkin vs. Zuckerberg**
*The New Republic, October 1, 2010.*

**(191)   How the campaign finance system is eroding confidence in Congress**
*The Washington Post, October 1, 2010.*

**(192)   Democracy After Citizens United**
*Boston Review, September/October 2010.*

**(193)   Neo-Progressives**
*The Huffington Post, September 3, 2010.*

**(194)  Google-Verizon should prompt FCC to demand Net Neutrality**
        *with Susan Crawford, The Mercury News, August 12, 2010.*

**(195)  On the Rage of Gibbs**
        *The Huffington Post, August 12, 2010.*

**(196)  ASCAP's attack on Creative Commons**
        *The Huffington Post, July 10, 2010.*

**(197)  Adding Pathetic to Puny: On Why We're Joining Others to Oppose the DISCLOSE Act**
        *The Huffington Post, June 16, 2010.*

**(198)  Rhode Island's David Segal's Call for a Constitutional Convention**
        *The Huffington Post, June 14, 2010.*

**(199)  The Moment**
        *The Huffington Post, May 22, 2010.*

**(200)  Delusion on the Hill? The Earmark Puzzle**
        *The Huffington Post, May 17, 2010.*

**(201)  Citizens Unite**
        *The Huffington Post, May 16, 2010.*

**(202)  Italy and the Internet**
        *The Huffington Post, May 16, 2010.*

**(203)  OK, So Now I'm a Liar**
        *The Huffington Post, May 11, 2010.*

**(204)  Obama's Pick of Kagan Recognizes the Difference Between 4 and 5**
        *The Huffington Post, May 11, 2010.*

**(205)  Systemic Denial**
        *The Huffington Post, May 4, 2010.*

**(206)  The Democrats' Dirty Money Problem**
        *The Huffington Post, April 27, 2010.*

**(207)  A Better Chance at Justice for Abuse Victims**
        *The New York Times, April 27, 2010.*

**(208)  A Case for Kagan**
        *The Huffington Post, April 26, 2010.*

**(209)  "A Dose of Realism"? How About This for "Realism": We Need Leadership**
        *The Huffington Post, April 19, 2010.*

**(210)  The Democrats' Response to Citizens United: Not (Even Close to) Good Enough**
        *The Huffington Post, April 17, 2010.*

**(211)  Anti-counterfeiting agreement raises constitutional concerns**
        *with Jack Goldsmith, The Washington Post, March 26, 2010.*

**(212)  Letter: Campaign Finance Ruling**
               *The New York Times, February 20, 2010.*

**(213)  For the Love of Culture: Google, copyright, and our future**
               *The New Republic, February 4, 2010.*

**(214)  How to Get Our Democracy Back**
               *The Nation, February 3, 2010*

**(215)  The Internet Under Siege**
               *Foreign Policy, November 16, 2009.*

**(216)  Against Transparency**
               *The New Republic, October 9, 2009.*

**(217)  Prosecuting Online File Sharing Turns a Generation Criminal**
               *US News & World Report, December 22, 2008.*

**(218)  It's Time To Demolish The FCC**
               *Newsweek, December 22, 2008.*

**(219)  Change 2.0**
               *Newsweek, December 3, 2008.*

**(220)  Can Obama Create a Transformational Presidency?**
               *Newsweek, November 30, 2008.*

**(221)  Why The Banks All Fell Down**
               *Newsweek, October 27, 2008.*

**(222)  Copyright and Politics Don't Mix**
               *The New York Times, October 21, 2008.*

**(223)  In Defense of Piracy**
               *Wall Street Journal, October 12, 2008.*

**(224)  How the Founders Failed**
               *Stanford Magazine, September 1, 2008.*

**(225)  Independence 2.0**
               *Metroactive, August 6, 2008.*

**(226)  Little Orphan Artworks**
               *The New York Times, May 20, 2008.*

**(227)  Public Must Fight to Maintain Net Neutrality**
               *with Ben Scott, San Francisco Chronicle, April 17, 2008.*

**(228)  Lucasfilm's Phantom Menace**
               *The Washington Post, July 12, 2007, at A23.*

**(229)  Credit where Credit's Due**
               *Harper's Magazine, April 1, 2007.*

**(230)  Make Way for Copyright Chaos**
               *The New York Times, March 18, 2007.*

**(231)  I Blew it on Microsoft**
*Wired, January 1, 2007.*

**(232)  Do Not Bow Down Before the Famous on Copyright**
*Financial Times, December 7, 2006.*

**(233)  A Costly Addiction**
*Wired, November 1, 2006.*

**(234)  Congress Must Keep Broadband Competition Alive**
*Financial Times, October 19, 2006.*

**(235)  Free, as in Beer**
*Wired, September 1, 2006.*

**(236)  Where the Truth Lies**
*Wired, July 1, 2006.*

**(237)  No Tolls on the Internet**
*with Robert McChesney, The Washington Post, June 8, 2006.*

**(238)  Crushing Competition**
*Wired, May 1, 2006.*

**(239)  Can Microsoft Save the Net?**
*Wired, March 1, 2006.*

**(240)  The People Own Ideas!**
*MIT Technology Review, February 5, 2006.*

**(241)  When Theft Serves Art**
*Wired, January 1, 2006.*

**(242)  Creatives Face a Closed Net**
*Financial Times, December 29, 2005.*

**(243)  Why Crush Them?**
*Newsweek, November 28, 2005.*

**(244)  Google's Tough Call**
*Wired, November 1, 2005.*

**(245)  The march of the web-enabled amateurs**
*Financial Times, September 20, 2005.*

**(246)  A Rotten Ruling**
*Wired, September 1, 2005.*

**(247)  Do You Floss?**
*London Review of Books Vol. 27 No. 16, August 18, 2005.*

**(248)  The Same Old Song**
*Wired, July 1, 2005.*

**(249)  Lessig's Rebuttal to Epstein: Epstein is Smart, but Still Wrong**
*MIT Technology Review, June 1, 2005.*

**(250)  Voice-Over-IP's Unlikely Hero**
*Wired, May 1, 2005.*

**(251)  Why Your Broadband Sucks**
*Wired, March 1, 2005.*

**(252)  Why Wilco is the Future of Music**
*Wired, February 1, 2005.*

**(253)  Let a Thousand Googles Bloom**
*Los Angeles Times, January 12, 2005.*

**(254)  They're Not Worthy**
*Wired, January 1, 2005.*

**(255)  Technology over Ideology**
*Wired, December 1, 2004.*

**(256)  Bytes and Bullets**
*The Washington Post, November 24, 2004.*

**(257)  Our Kids Are in Big Trouble**
*Wired, October 1, 2004.*

**(258)  Porn Free**
*Wired, September 1, 2004.*

**(259)  Copyrighting the President**
*Wired, August 1, 2004.*

**(260)  Fair Use of 'Fair and Balanced'?**
*Daily Variety, July 14, 2004.*

**(261)  Stamping out Good Science**
*Wired, July 1, 2004.*

**(262)  Antitrust Smackdown**
*Wired, June 1, 2004.*

**(263)  Protectionism Will Kill Recovery!**
*Wired, May 1, 2004.*

**(264)  Insanely Destructive Devices**
*Wired, April 1, 2004.*

**(265)  How I Lost the Big One**
*Legal Affairs, March/April 2004.*

**(266)  Some Like it Hot**
*Wired, March 1, 2004.*

**(267)  Internet Providers Must Not Dictate Content**
*Financial Times, February 20, 2004.*

**(268)  The Commons That Libraries Build**
*Library Journal, February 15, 2004*

**(269)  Stop Making Pills Political Prisoners**
*Wired, February 1, 2004.*

**(270)  A Taste of Our Own Poison**
*Wired, January 1, 2004.*

**(271)  Fiber to the People**
*Wired, December 1, 2003.*

**(272)  The New Road to the White House**
*Wired, November 1, 2003.*

**(273)  Code Breaking: Open Source, Closed Minds**
*CIO Insight, October 1, 2003.*

**(274)  The BBC's lessons for America**
*Financial Times, September 8, 2003.*

**(275)  Code Breaking: Service Calls**
*CIO Insight, June 16, 2003.*

**(276)  Spamsters Know the Law Will Never Be Enforced**
*The Philadelphia Enquirer, May 9, 2003.*

**(277)  Spectrum for All**
*eWeek, March 14, 2003.*

**(278)  Wireless Spectrum: Defining the 'Commons' in Cyberspace**
*eWeek, March 13, 2003.*

**(279)  Laying Down the Law**
*The Guardian, March 13, 2003.*

**(280)  Protecting Mickey Mouse at Art's Expense**
*The New York Times, January 18, 2003.*

**(281)  Copy cats and robotic dogs**
*Red Herring, January 10, 2003.*

**(282)  A Threat to Innovation on the Web**
*Financial Times, December 12, 2002.*

**(283)  Code Breaking: Racing Against Time**
*CIO Insight, December 1, 2002.*

**(284)  Copyright Law and Roasted Pig**
*Red Herring, October 22, 2002.*

**(285)  Time to End the Race for Ever-Longer Copyright**
*Financial Times, October 17, 2002.*

**(286)  Code Breaking: A Bounty on Spammers**
*CIO Insight, September 16, 2002.*

**(287)  Anti-Trusting Microsoft**
*Red Herring, September 10, 2002.*

**(288)  Hollywood v. Silicon Valley: Make New Code, Not War**
*CIO Insight, June 17, 2002.*

**(289)  The End of Innovation?**
*Stanford Lawyer, Spring 2002.*

**(290)  US Should Speed Broadband Development**
*Newsday, January 10, 2002.*

**(291)  Who's Holding Back Broadband?**
*The Washington Post, January 8, 2002.*

**(292)  Innovation, Regulation, and the Internet**
*The American Prospect, December 19, 2001.*

**(293)  May the Source Be With You**
*Wired, December 1, 2001.*

**(294)  The Internet's Undoing**
*Financial Times, November 29, 2001.*

**(295)  It's Still a Safe World for Microsoft**
*The New York Times, November 9, 2001.*

**(296)  Visible Hand**
*The Industry Standard, August 13, 2001.*

**(297)  Jail Time in the Digital Age**
*The New York Times, July 30, 2001.*

**(298)  Jail Time, Digital Style**
*The Moscow Times, July 30, 2001.*

**(299)  Antitrust and Verify: Will Microsoft Admit It Has Lost?**
*The New Republic, July 23, 2001.*

**(300)  The Limits of Credibility**
*The Industry Standard, July 23, 2001.*

**(301)  Artful Dodges**
*The Industry Standard, June 18, 2001.*

**(302)  Copyright Thugs**
*The Industry Standard, May 7, 2001.*

**(303)  Copyright Extensions Absurd**
*The New York Times, April 30, 2001.*

**(304)  Let the Stories Go**
*The New York Times, April 30, 2001.*

**(305)  Just Compensation**
*The Industry Standard, April 16, 2001.*

**(306)  Adobe in Wonderland**
*The Industry Standard, March 19, 2001.*

**(307)**   **The Rules of Politics**
        *The Industry Standard, January 15, 2001.*

**(308)**   **The Rules of Law**
        *The Industry Standard, December 4, 2000.*

**(309)**   **Government Property**
        *The Industry Standard, October 30, 2000.*

**(310)**   **Straitjacket on the Internet?**
        *The Washington Post, October 25, 2000.*

**(311)**   **Copyrights Rule**
        *The Industry Standard, October 2, 2000.*

**(312)**   **Behind the Curtain**
        *The Industry Standard, September 4, 2000.*

**(313)**   **Microsoft Misreads Professor Lessig. Tie Game.**
        *The New Republic, August 14, 2000.*

**(314)**   **Right Back At Ya**
        *The Industry Standard, July 24, 2000.*

**(315)**   **Europe's "Me-Too" Patent Law**
        *Financial Times, July 11, 2000.*

**(316)**   **End Game**
        *The New Republic, June 19, 2000.*

**(317)**   **The Limits of Copyright**
        *The Industry Standard, June 19, 2000.*

**(318)**   **Will AOL Own Everything?**
        *Time, June 19, 2000.*

**(319)**   **A Letter to Bill**
        *The Industry Standard, June 5, 2000.*

**(320)**   **Cracking the Microsoft Case**
        *with Larry Kramer, The Boston Globe, June 5, 2000*

**(321)**   **Technology Will Solve Web Privacy Problems**
        *The Wall Street Journal, May 31, 2000.*

**(322)**   **In Search of Skeptics**
        *The Industry Standard, April 17, 2000.*

**(323)**   **Battling Censorware**
        *The Industry Standard, April 3, 2000.*

**(324)**   **Online Patents: Keep Them Pending**
        *The Wall Street Journal, March 23, 2000.*

**(325)**   **Cyberspace Prosecutor**
        *The Industry Standard, February 21, 2000.*

**(326)  Who's Controlling Cyberspace?**
            *Computerworld, February 7, 2000.*

**(327)  Judgment Calls**
            *Daily Deal, February 2, 2000.*

**(328)  Code is Law: On Liberty in Cyberspace**
            *Harvard Magazine (January/February 2000).*

**(329)  Patent Problems**
            *The Industry Standard, January 21, 2000.*

**(330)  Connection Trouble**
            *Slate, January 20, 2000.*

**(331)  Common Ground**
            *Slate, January 19, 2000.*

**(332)  Cyber-Liberty Depends on the Architecture**
            *Slate, January 18, 2000.*

**(333)  Real World Libertarians and the Net**
            *Slate, January 17, 2000.*

**(334)  The Net, Version 2000**
            *The Industry Standard, December 27, 1999.*

**(335)  The Values of Code (and *Code*)**
            *The Atlantic Online, December 13, 1999.*

**(336)  The Code of Cyberspace**
            *The Industry Standard, December 6, 1999.*

**(337)  G-Rated Browsers**
            *The Industry Standard, December 3, 1999.*

**(338)  The Prolific Iconoclast: Richard Posner**
            *American Lawyer, Vol. 21 Issue 11, December 1, 1999.*

**(339)  Architecting Innovation**
            *The Industry Standard, November 14, 1999.*

**(340)  Filtering Content**
            *The Industry Standard, October 15, 1999.*

**(341)  Thinking Different(ly)**
            *The Industry Standard, September 10, 1999.*

**(342)  The Cable Debate, Pt. II**
            *The Industry Standard, July 20, 1999.*

**(343)  Broadband Blackmail**
            *The Industry Standard, June 15, 1999.*

**(344)  Coding Privacy**
            *The Industry Standard, May 20, 1999.*

**(345)  The Problem with Patents**
*The Industry Standard, April 23, 1999.*

**(346)  The Code is the Law**
*The Industry Standard, April 9, 1999.*

**(347)  Memo to the Leviathan**
*The Industry Standard, March 5, 1999.*

**(348)  Pain in the OS**
*The Industry Standard, February 5, 1999.*

**(349)  The Spam Wars**
*The Industry Standard, December 31, 1998.*

**(350)  Net Gains: Will Technology Make CBS Unconstitutional?**
*with Yochai Benkler, The New Republic, December 14, 1998.*

**(351)  Sign It and Weep**
*The Industry Standard, November 20, 1998.*

**(352)  Digital Dog Tags**
*The Industry Standard, October 16, 1998.*

**(353)  A Bad Turn for Net Governance**
*The Industry Standard, September 18, 1998.*

**(354)  In Defiance of the Public Interest**
*with Pamela Samuelson, The Washington Post, July 13, 1998.*

**(355)  Tyranny in the Infrastructure**
*Wired, July 1, 1997.*

**(356)  A Good Plan for a Bad Idea**
*The Wall Street Journal, December 6, 1996.*

**(357)  An End Run to a Balanced Budget**
*Los Angeles Times, January 17, 1995.*

## ADDRESSES, CONFERENCES, AND WORKSHOPS

*available at https://lessig.org/gigs/*

KRISTIN K. MAYES
Attorney General
Firm Bar No. 014000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 North Central Ave.
Phoenix, AZ 85004
Telephone: 602-542-3881
crmfraud@azag.gov

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>        Plaintiff,<br><br>vs.<br><br>**KELLI WARD (001),**<br>**TYLER BOYWER (002),**<br>**NANCY COTTLE (003),**<br>**JACOB HOFFMAN (004),**<br>**ANTHONY KERN (005),**<br>**JAMES LAMON (006),**<br>**ROBERT MONTGOMERY (007),**<br>**SAMUEL MOORHEAD (008),**<br>**LORAINE PELLIGRINO (009),**<br>**GREGORY SAFSTEN (010),**<br>**MICHAEL WARD (011),**<br>**RUDOLPH GIULIANI (012),**<br>**JOHN EASTMAN (013),** | Case No.:  **CR2024-006850-001**<br>**CR2024-006850-002**<br>**CR2024-006850-003**<br>**CR2024-006850-004**<br>**CR2024-006850-005**<br>**CR2024-006850-006**<br>**CR2024-006850-007**<br>**CR2024-006850-008**<br>**CR2024-006850-009**<br>**CR2024-006850-010**<br>**CR2024-006850-011**<br>**CR2024-006850-012**<br>**CR2024-006850-013**<br>**CR2024-006850-014**<br>**CR2024-006850-015**<br>**CR2024-006850-016**<br>**CR2024-006850-017**<br>**CR2024-006850-018**<br><br>**STATE'S MOTION FOR PROTECTIVE ORDER**<br>(Assigned to the Honorable Christina Henderson) |

**BORIS EPSHTEYN (014),**

**JENNA ELLIS (015),**

**CHRISTINA BOBB (016),**

**MICHAEL ROMAN (017),**

**MARK MEADOWS (018),**

Defendants.

The State requests this Court grant a protective order that (1) authorizes the State to disclose the State Grand Jury transcripts and 31 exhibits to defense counsel and (2) limits the dissemination of these materials by defense counsel, as authorized by Rule 15.5. Based on the number of transcripts and exhibits, disclosure will allow defense counsel a better opportunity to review the materials. A protective order will account for Arizona's "broader statutory framework protecting grand jury secrecy." *State v. Bergin*, 256 Ariz. 462, ¶ 21 (App. 2023); ER 3.8, cmt. 3 ("a prosecutor may seek an appropriate protective order from the tribunal if disclosure of information to the defense could result in substantial harm to an individual or to the public interest.").

Pursuant to Arizona Rules of Criminal Procedure 15.5(a)(2), this Court, for good cause, may regulate disclosure under Rule 15. Regulation is appropriate if the Court finds disclosure would result in a risk or harm outweighing any usefulness to any party and the risk cannot be eliminated by a less substantial

restriction. Due to the sensitive nature of grand jury proceedings, the State requests this Court enter a limited order restricting the defendant's use and dissemination of such sensitive information.

The State also will redact the names of the State Grand Jurors. *Morgan v. Dickerson*, 253 Ariz. 207, 213, ¶ 25 (2022) (holding that "public access to jurors' names promotes neither fairness in voir dire proceedings nor the perception of fairness."). Defense counsel may still access the redacted transcripts at the court if necessary to consider the jurors' names or challenge a grand juror under Rule 12.8.

Accordingly, the State requests this Court to issue an order providing that:

1. Defense counsel shall maintain the State Grand Jury transcripts and exhibits from the State in defense counsels' custody. Defense counsel may scan, reproduce and disclose such information only to support staff, defense investigators, agents and/or experts (the "defense team") as necessary for purposes of the defense of this case. Members of the defense teams receiving such information shall not reproduce or disseminate any discovery materials without further order of the Court. The defendants may review the grand jury transcripts and exhibits in the presence of defense counsel or other members of the defense teams. The parties agree that

review at the office of defense counsel constitutes being the presence of the defense team for purposes of this Order. The defendant may not retain a copy of the grand jury transcripts and exhibits. Any copies must be kept secure so as to reasonably prevent loss, theft, or accidental disclosure to third parties.

2. Defense counsel shall maintain a copy of the order and shall ensure that the State Grand Jury transcripts and exhibits are identified in any case management system as subject to this protective order.

3. With respect to any discovery provided by the State under this Order, said discovery is for use in the defense of this criminal case only, but also includes any appeal, collateral attack, or other post-conviction proceeding.

RESPECTFULLY SUBMITTED this 24th day of June, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL


*/s/  Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General
Criminal Division

ORIGINAL of the foregoing e-filed
this 24th day of June, 2024 with:

Clerk of the Court
Maricopa County Superior Court
175 West Madison Street
Phoenix, Arizona 85003

The Honorable Christina Henderson
Maricopa County Superior Court

COPY of the foregoing emailed
this 24th day of June, 2024 to:

Bradley Lewis Miller
Brad Miller Law LLC
office@bradlmiller.com
*Counsel for Defendant Kelli Ward (001) and Michael Ward (011)*

Andrew Pacheco
Ryan Rapp Pacheco Sorensen PLC
apacheco@rrpklaw.com
*Counsel for Defendant Tyler Bowyer (002)*

John Dosdall
Jackson White
jdosdall@jacksonwhitelaw.com
*Counsel for Defendant Nancy Cottle (003)*

Timothy LaSota
Timothy A. LaSota PLC
tim@timlasota.com
*Counsel for Defendant Jacob Hoffman (004)*

Andrew Mercantel
Attorneys for Freedom Law Firm
Andy@attorneysforfreedom.com
*Counsel for Defendant Anthony Kern (005)*

Dennis Wilenchik
Wilenchik & Bartness
admin@wb-law.com
Lacy Cooper
Schmitt Schneck Casey Even & Williams, PC
Lacy@azbarristers.com
*Counsel for Defendant James Lamon (006)*

M. Daniel Evans
Amanda Lauer
Office of the Legal Defender
minute@old.maricopa.gov
*Counsel for Defendant Robert Montgomery (007)*

Jeffrey Cloud
JCloud Law PLLC
jcloud@jcloudlaw.com
*Counsel for Defendant Samuel Moorhead (008)*

Joshua Kolsrud
Kolsrud Law Offices
josh@kolsrudlawoffices.com
*Counsel for Defendant Loraine Pellegrino (009)*

Richard K. Jones
Office of the Public Defender
OPD_Minute_entries@maricopa.gov
*Counsel for Defendant Gregory Safsten (010)*

Rudy Giuliani
Mailed to residential address in New York, New York

Ashley Adams
Adams & Associates PLC
aadams@azwhitecollarcrime.com
*Counsel for Defendant John Eastman (013)*

Michael Bailey
Arizona Chamber of Commerce & Industry
mbailey@azchamber.com
*Counsel for Defendant Boris Epshteyn (014)*

Matthew Brown
Matt@brownandlittlelaw.com
*Counsel for Defendant Jenna Ellis (015)*

Thomas Jacobs
Law Offices of Thomas Jacobs
tjacobs@jacobsazlaw.com
*Counsel for Defendant Christina Bobb (016)*

Kurt Altman
Ashley Fitzwilliams
Altman Law & Policy
Admin@altmanaz.com
Patricia Gitre
patgitre@patriciagitre.com
*Counsel for Defendant Michael Roman (017)*

Anne Chapman
Mitchell Stein Cary Chapman PC
anne@mscclaw.com
*Counsel for Defendant Mark Meadows (018)*

KRISTIN K. MAYES
Attorney General
Firm Bar No. 014000
NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | Case No.: **CR2024-006850-004** |
| Plaintiff, | **CR2024-006850-005** |
| | **CR2024-006850-006** |
| vs. | **CR2024-006850-016** |
| | **CR2024-006850-017** |
| **JACOB HOFFMAN (004),** | **CR2024-006850-018** |
| **ANTHONY KERN (005),** | |
| **JAMES LAMON (006),** | **REPLY TO MEADOWS'S RESPONSE** |
| **CHRISTINA BOBB (016),** | **TO STATE'S MOTION FOR** |
| **MICHAEL ROMAN (017),** | **PROTECTIVE** |
| | **ORDER** |
| **MARK MEADOWS (018),** | |
| Defendant. | (Assigned to the Honorable Christina Henderson) |

The State requests this Court grant a protective order that (1) authorizes the State to disclose a redacted version of the State Grand Jury transcripts and 31 exhibits to defense counsel, (2) limits the dissemination of these materials, as

authorized by Rule 15.5, and (3) requires defendant to return or destroy all copies of unredacted versions of the state grand jury transcript.

Defendant Meadows contends there is no legal basis for the State's request for a protective order, *see* Resp. at 3, but A.R.S. § 21-411(A) permits the Court to deny a portion or even the entire grand jury transcript to a defendant "upon a showing of extraordinary circumstances by a prosecuting officer." And Rule 15.5 provides the mechanism for the State to disseminate a redacted copy of the grand jury transcripts.

"Unlike an ordinary judicial inquiry, where publicity is the rule, grand jury proceedings are secret." *Levine v. United States*, 362 U.S. 610, 617 (1960). Grand jury proceedings and records have been "kept from the public eye" since the 17th century. *Douglas Oil Co. v. Petrol Stops Nw.*, 441 U.S. 211, 218 n.9 (1979). This common-law "rule of grand jury secrecy" remains "an integral part of our criminal justice system." *Id*. The Supreme Court has identified a "public interest in [this] secrecy." *Id.* at 223. Secrecy "insulates the grand jury from public pressure, protects witnesses and targets of grand jury investigations, and encourages witness cooperation." *State v. Bergin*, 256 Ariz. 462, ¶ 34 (App. 2023) (citing *Samaritan Health Sys. v. Superior Court*, 182 Ariz. 219, 221 (App. 1994)). There is no public interest in disclosing the names of the grand jurors. *See Morgan v. Dickerson*, 253

Ariz. 207, 213, ¶ 25 (2022) (holding that "public access to jurors' names promotes neither fairness in voir dire proceedings nor the perception of fairness.").

Extraordinary circumstances justify limiting the dissemination of unredacted versions of the grand jury transcript, including: (1) widespread and invasive public interest about these state grand jury proceedings, and in particular the makeup of the grand jury, has already been demonstrated in this case; (2) similarly situated grand jurors in the Georgia fake elector case had their identities and personal information disseminated online, accompanied by threats, slurs, and other vitriol; (3) given the number of defendants and defense counsel teams, the risk of one or more copies of the unredacted transcripts being disseminated to the public is high; and (4) there have already been leaks about the grand jury proceedings.

First, widespread public attention to this case necessitates limits on the dissemination of the unredacted grand jury transcript. This has led to several apparently unlawful disclosures of details from the State Grand Jury proceedings to national media by anonymous sources,[1] including a particular interest on the

---

[1] *See, e.g.*, Betsy W. Swan, *Pro-Trump fake electors in Arizona have pleaded the Fifth before grand jury*, Politico (Mar. 28, 2024), https://www.politico.com/news/2024/03/28/arizona-fake-electors-grand-jury-plead-fifth-00149605 (last accessed June 22, 2024); Kyle Cheney & Betsy W. Swan, *Arizona grand jury indicts Meadows, Giuliani, other Trump allies for 2020 election interference*, Politico (April 24, 2024), https://www.politico.com/news/2024/04/24/arizona-election-indictments-giuliani-meadows-trump-00154241.

composition of the State Grand Jury.[2] *See* A.R.S. § 13-2812 (criminalizing unauthorized disclosure of the "nature or substance" of grand jury proceedings).

Second, a similar case out of Georgia involving some of the same defendants demonstrates the risk of harassment to the State Grand Jurors should an unredacted version of the transcripts find its way into the public. Unlike in Arizona, the names of the grand jurors in Georgia are listed on the indictment. Within days of the indictment becoming public, the grand jurors' identities and personal information were circulated on far-right websites, along with threats, slurs, and vitriol. *See Odette Yousef, Threats, slurs and menace: Far-right websites target Fulton County grand jurors*, NPR (August 18, 2023), https://www.npr.org/2023/08/18/1194471162/trump-indictment-fulton-county-grand-jurors-threats (last accessed June 22, 2024) ("Amid a torrent of other posts speculating on the race and religion of the jurors, and rife with derogatory slurs, the implication was clear: This was a target list."). Given the similarity of the two cases, a similar result could reasonably be expected should an unredacted version of the grand jury transcripts be disclosed to the public.

Throughout the grand jury proceedings, there have already been leaks to the media. Much of this information could only have been known by attorneys or witnesses

---

[2] Betsy W. Swan & Kyle Cheney, *Inside the unusually aggressive Arizona grand jury that indicted Trump's allies*, POLITICO (May 10, 2024), https://www.politico.com/news/2024/05/10/inside-arizona-grand-jury-trump-indictment-00157447

involved in the grand jury proceedings. For example, one news article relied extensively on an anonymous witness to describe the makeup of the grand jury, the types of questions asked of the witness, and the length of the questioning. Betsy W. Swan & Kyle Cheney, *Inside the unusually aggressive Arizona grand jury that indicted Trump's allies*, POLITICO (May 10, 2024), https://www.politico.com/news/2024/05/10/inside-arizona-grand-jury-trump-indictment-00157447. And another article reported on several witness receiving subpoenas to testify before the grand jury, despite acknowledging that the disclosure of such information was prohibited by Arizona law. *See* Betsy W. Swan & Kyle Cheney, *Reps. Andy Biggs, Paul Gosar subpoenaed in Arizona probe of Trump fake electors*, POLITICO (May 10, 2024). Unless the Court puts in place appropriate protective measures, therefore, the risk of further leaks and unauthorized disclosure of the grand jury proceedings is high.

Given that there are eighteen defendants in this case, most represented by different attorneys and their staff, and there are several days of grand jury transcripts, the sheer number of unredacted transcripts exponentially increases the risk of dissemination to the public. As Defendant Meadows has noted in his response, his counsel has already made numerous copies of the unredacted transcripts and disseminated them to his legal team and to the defendant himself. Presumably other defense counsel have done so as well. A protective order ordering the return or destruction of any unredacted copies is therefore necessary to prevent the risk of dissemination to the public.

The State recognizes the defendants have the right and need to review the grand jury transcripts and exhibits. A.R.S. § 21-411(A). A protective order permitting the State to disclose the redacted version will both account for Arizona's "broader statutory framework protecting grand jury secrecy," while also allowing defense counsel a better opportunity to review the materials from the convenience of their offices rather than taking turns reviewing a copy at the courthouse. *State v. Bergin*, 256 Ariz. 462, ¶ 21 (App. 2023); ER 3.8, cmt. 3 ("a prosecutor may seek an appropriate protective order from the tribunal if disclosure of information to the defense could result in substantial harm to an individual or to the public interest."). And to the extent Defense counsel needs to consider the jurors' names or challenge a grand juror under Rule 12.8, they would still have access the unredacted transcripts at the court.

The State has a redacted version of the State Grand Jury transcripts ready to share with defense counsel for each defendant, so the requested protective order will not be unduly disruptive to their ability to prepare any motions to remand under Rule 12.9. Nor will an order to return or destroy the unredacted copy be unduly burdensome, given the competing interests of maintaining grand jury secrecy outlined above.

Accordingly, the State requests this Court to issue an order providing that:

1. Defense counsel shall maintain the State Grand Jury transcripts and exhibits

from the State in defense counsels' custody. Defense counsel may scan, reproduce and disclose such information only to support staff, defense investigators, agents and/or experts (the "defense team") as necessary for purposes of the defense of this case. Members of the defense teams, including the Defendants, receiving such information shall not reproduce or disseminate any discovery materials without further order of the Court. Any copies, including copies provided to the Defendants, must be kept secure so as to reasonably prevent loss, theft, or accidental disclosure to third parties.

2. Defense counsel shall maintain a copy of the order and shall ensure that the State Grand Jury transcripts and exhibits are identified in any case management system as subject to this protective order.

3. With respect to any discovery provided by the State under this Order, said discovery is for use in the defense of this criminal case only, but also includes any appeal, collateral attack, or other post-conviction proceeding.

Respectfully submitted June 26, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL

*/s/ Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General
Criminal Division

ORIGINAL of the foregoing e-filed
This 26th day of June, 2024 with:

Clerk of the Court
Maricopa County Superior Court
175 West Madison Street
Phoenix, Arizona 85003

The Honorable Christina Henderson
Maricopa County Superior Court

COPY of the foregoing emailed
this 26th day of June, 2024 to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik
diw@wb-law.com
*Counsel for J. Lamon 006*

Roger Contreras
rcontreras@cochise.az.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Rudy Giuliani
truthandjustice4u@protonmail.com
*Pro Se Defendant 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittlelaw.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsArizonalaw.com
*Counsel for C. Bobb 016*

Kurt Altman
admin@altmanaz.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
*Counsel for M. Meadows 018*

*/s/Krista Wood*
PHX-#12097075-v1

KRISTIN K. MAYES
Attorney General
Firm Bar No. 014000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**KELLI WARD (001),**<br><br>**JACOB HOFFMAN (004),**<br><br>**JAMES LAMON (006),**<br><br>**MICHAEL WARD (011),**<br><br>**JOHN EASTMAN (013),**<br><br>**BORIS EPSHTEYN (014),**<br><br>　　　　　Defendants. | Case No**.: CR2024-006850-001**<br>　　　　　**CR2024-006850-004**<br>　　　　　**CR2024-006850-006 X**<br>　　　　　**CR2024-006850-011**<br>　　　　　**CR2024-006850-013**<br>　　　　　**CR2024-006850-014**<br><br>**NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12-751**<br><br>**AND**<br><br>**REQUEST TO SET OMNIBUS BRIEFING SCHEDULE**<br><br>(Assigned to the Honorable Daniel Martin)<br><br>(Honorable Jennifer E. Green, Presiding Judge) |

The State of Arizona, through undersigned counsel, hereby informs the Court that

the State intends to file a limited response addressing the "prima facie proof" component

of Defendants Kelli Ward, Jacob Hoffman, James Lamon, John Eastman, and Boris Epshteyn's respective motions to dismiss under Arizona's anti-SLAPP law, A.R.S. § 12-751(B).[1] In the interest of avoiding repetitive filings and to preserve judicial economy, the State also requests the Court exercise its discretion to align its consideration of these motions by allowing the State to file a single omnibus response.

## DISCUSSION

"A trial court has broad discretion over the management of its docket." *Findlay v. Lewis*, 172 Ariz. 343, 346 (1992). Under Arizona's anti-SLAPP law,

> a motion to dismiss or quash may be filed within sixty days after the service of the complaint or other document on which the motion is based or, in the court's discretion, at any later time on terms that the court deems proper, including a later time after there is actual notice of a party's misconduct.

A.R.S. § 12-751(D). Thus, A.R.S. § 12-751 vests the Court with discretion to address a motion to dismiss in the manner that most promotes judicial efficiency and the interests of all involved parties. Moreover, because the statute does not provide a deadline for a response to a motion to dismiss filed in a criminal case, the Arizona Rules of Criminal Procedure apply and provide the Court explicit authority to adjust motion deadlines where appropriate. Ariz. R. Crim. P. 1.9(d); *State v. Colvin*, 231 Ariz. 269, 271, ¶ 7 (App. 2013) ("Trial courts have discretion to extend the time for filing motions . . . .").

Here, since June 21, 2024, five defendants—Kelli Ward, Michael Ward, Jacob Hoffman, James Lamon, and John Eastman—have filed separate motions to dismiss

---

[1] The State reserves the right to further respond to rebut the Defendants' claims in the event the Court finds the defendants have established "prima facie proof that the legal action was substantially motivated by a desire to deter, retaliate against or prevent the lawful exercise of a constitutional right." A.R.S. § 12-571(B)

invoking A.R.S. § 12-751.[2] Given these circumstances, as well as the overlapping legal arguments and factual issues presented in each motion, a single, omnibus response, followed by a single reply deadline provides the most efficient solution to resolve the motions.

Accordingly, the State respectfully requests that the Court permit the State to file an omnibus response on the following timeline:

- Response Deadline for any Motion to Dismiss under A.R.S § 12-751 filed by June 28, 2024: **July 22, 2024.**

- Reply Deadline to State's Response: **August 9, 2024.**

The State has contacted defense counsel for each of the named Defendants above, who do not object to this motion.

## CONCLUSION

For the reasons stated above, the State requests the Court grant its request to align the briefing schedule for Defendants' motions to dismiss under A.R.S. § 12-751 and adopt the State's proposed deadlines.

---

[2] The State anticipates that additional motions to dismiss pursuant to A.R.S. § 12-751 will be filed by other defendants in this case. Those motions can either be grouped together as suggested by the above, or the parties and the Court can formulate other solutions.

Respectfully submitted June 28, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL

*/s/ Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General
Criminal Division

ORIGINAL of the foregoing e-filed
this 28th day of June, 2024 with:

Clerk of the Court
Maricopa County Superior Court
175 West Madison Street
Phoenix, Arizona 85003

The Honorable Daniel Martin
Maricopa County Superior Court

The Honorable Jennifer E. Green
Presiding Judge
Maricopa County Superior Court

COPY of the foregoing emailed
this 28th day of June, 2024 to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik
diw@wb-law.com
*Counsel for J. Lamon 006*

Danny Evans
Danny.Evans@maricopa.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Rudy Giuliani
truthandjustice4u@protonmail.com
*Pro Se Defendant 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittlelaw.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsArizonalaw.com
*Counsel for C. Bobb 016*

Kurt Altman
admin@altmanaz.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
*Counsel for M. Meadows 018*

By: /s/ Gilda Martinez
#12106968

1
2
3
4
5
6
7
8
9
10
11
12
13
14

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| STATE OF ARIZONA, | ) | No. CR2024-006850-018 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MARK MEADOWS (18), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having before it Defendant Mark Meadows' Unopposed Motion to Extend Time
to File Motion to Challenge Grand Jury and Grand Jury Proceedings, there being no
objection from the State, and good cause appearing therefore:

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** any Motion to Challenge Grand Jury and Grand
Jury Proceedings shall be filed on or before September 23, 2024.

DATED this _1st_ day of July 2024.

Maricopa County Superior Court

1   Anne Chapman (#025965)
    anne@mscclaw.com
2   Lee Stein (#012368)
    lee@mscclaw.com
3   MITCHELL | STEIN | CAREY | CHAPMAN, PC
4   2600 North Central Avenue, Suite 1000
5   Phoenix, AZ 85004
    Telephone: (602) 358-0292
6   Facsimile: (602) 358-0291

7   George J. Terwilliger III*
    P.O. Box 74
8   Delaplane VA 20144
9   George@gjt3law.com
    *Pro Hac Vice motion pending
10
11  *Attorneys for Defendant Mark Meadows*

12          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

13              IN AND FOR THE COUNTY OF MARICOPA

14

15  STATE OF ARIZONA,              ) No. CR2024-006850-018
                                   )
16              Plaintiff,         ) **DEFENDANT MARK MEADOWS'S**
                                   ) **MOTION FOR PERMISSION TO**
17  v.                             ) **FILE SUR-REPLY IN OPPOSITION**
                                   ) **TO STATE'S MOTION FOR**
18                                 ) **PROTECTIVE ORDER**
    MARK MEADOWS (18),             )
19                                 )
20              Defendant.         ) (Assigned to Honorable Daniel Martin)
                                   )
21                                 ) (Honorable Jennifer E. Green, Presiding
22  _____) Criminal)

23          Defendant Mark Meadows respectfully requests the Court accept and consider his

24  proposed Sur-reply in opposition to the State's Motion for Protective Order, which is

25  being filed contemporaneously with this request. The Court should allow and consider

26  the Sur-reply because, as explained in that filing, the State's Reply raises issues,

27  arguments, and legal authorities that were not included in its Motion for Protective Order.

28  Meadows should have the chance to respond to those new matters raised for the first time

    in the State's Reply. A form of order is attached for the Court's convenience.

RESPECTFULLY SUBMITTED July 2, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: ___*/s/ Anne Chapman*___

Anne Chapman
Lee Stein
George J. Terwilliger III*
*\* Pro Hac Vice motion pending*
*Attorneys for Defendant Mark Meadows*

**ORIGINAL** of the foregoing **E-FILED**
July 2, 2024, with:

Clerk of the Superior Court
Maricopa County Superior Court

**COPY** of the foregoing
**DELIVERED VIA E-FILING**
July 2, 2024, to:

Nicholas Klingerman, Esq.
Krista Wood, Esq.
Assistant Attorney Generals
2005 N. Central Avenue
Phoenix, Arizona 85004
crmfraud@azag.gov
*Counsel for the State of Arizona*

Bradley Lewis Miller, Esq.
Brad Miller Law LLC
office@bradmiller.com
*Counsel for Defendants Kelli Ward (001)*
*and Michael Ward (011)*

Andrew Pacheco, Esq.
Ryan Rapp Pacheco Sorensen PLC
apacheco@rrpklaw.com
*Counsel for Defendant Tyler Bowyer (002)*

//

-2-

John Dosdall, Esq.
Jackson White, Esq.
jdosdall@jacksonwhitelaw.com
*Counsel for Defendant Nancy Cottle*
*(003)*

Timothy LaSota, Esq.
Timothy A. LaSota PLC
tim@timlasota.com
*Counsel for Defendant Jacob Hoffman (004)*

Andrew Mercantel, Esq.
Attorneys for Freedom Law Firm
Andy@attorneysforfreedom.com
*Counsel for Defendant Anthony Kern (005)*

Dennis Wilenchik, Esq.
Wilenchik & Bartness
admin@wb-law.com
Lacy Cooper, Esq.
Schmitt Schneck Casey Even & Williams, PC
Lacy@azbarristers.com
*Counsel for Defendant James Lamon (006)*

Jeffrey Cloud, Esq.
JCloud Law PLLC
jcloud@jcloudlaw.com
*Counsel for Defendant Sammuel Moorhead (008)*

Joshua Kolsrud, Esq.
Kolsrud Law Offices
josh@kolsrudlawoffices.com
*Counsel for Defendant Loraine Pellegrino (009)*

Richard K. Jones, Esq.
Office of the Public Defender
OPD_Minute_entries@maricopa.gov
*Counsel for Defendant Gregory Safsten (010)*

//
//
//

Ashley Adams, Esq.
Adams & Associates PLC
aadams@azwhitecollarcrime.com
*Counsel for Defendant John Eastman (013)*

Michael Bailey, Esq.
Arizona Chamber of Commerce & Industry
Mbailey@azchamber.com
*Counsel for Defendant Boris Epshteyn (014)*

Matthew Brown, Esq.
Matt@brownandlittlelaw.com
*Counsel for Defendant Jenna Ellis (015)*

Thomas Jacobs, Esq.
Law Offices of Thomas Jacobs
tjacobs@jacobsazlaw.com
*Counsel for Defendant Christina Bobb (016)*

Kurt Altman, Esq.
Ashley Fitzwilliams, Esq.
Altman Law & Policy
Admin@altmanaz.com
Patricia Gitre, Esq.
patgitre@patriciagitre.com
*Counsel for Defendant Michael Roman (017)*


  /s/ B. Wolcott

-4-

1  Anne Chapman (#025965)
   anne@mscclaw.com
2  Lee Stein (#012368)
   lee@mscclaw.com
3  MITCHELL | STEIN | CAREY | CHAPMAN, PC
4  2600 North Central Avenue, Suite 1000
   Phoenix, AZ 85004
5  Telephone: (602) 358-0292
   Facsimile: (602) 358-0291
6

7  George J. Terwilliger III*
   P.O. Box 74
8  Delaplane VA 20144
9  George@gjt3law.com
   *Pro Hac Vice motion pending
10

11 *Attorneys for Defendant Mark Meadows*

12        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

13            IN AND FOR THE COUNTY OF MARICOPA

14

15 STATE OF ARIZONA,              )  No. CR2024-006850-018
                                  )
16        Plaintiff,              )  **DEFENDANT MARK MEADOWS'S**
                                  )  **PROPOSED SUR-REPLY IN**
17 v.                             )  **OPPOSITION TO STATE'S MOTION**
                                  )  **FOR PROTECTIVE ORDER**
18                                )
   MARK MEADOWS (18),             )
19                                )  (Assigned to Honorable Daniel Martin)
20        Defendant.              )
                                  )  (Honorable Jennifer E. Green, Presiding
21 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  )  Criminal)
22

23        Defendant Mark Meadows submits this proposed Sur-reply for the Court's

24 consideration in opposition to the State's Motion for Protective Order. The Court should

25 allow and consider this Sur-reply because the State's Reply raises issues, arguments, and

26 legal authorities that were not included in its Motion. Meadows should have the chance to

27 respond to those new matters raised for the first time in the State's Reply. And the Court

28 should deny the State's Motion for Protective Order because the State has failed to make

the required "showing of extraordinary circumstances" that is required before the Court may deny the defendant a portion of the grand-jury transcript. A.R.S. § 21-411(A); *see also* Ariz. R. Crim. P. 12.7(c).

As noted in Meadows's Response, the State did not include a single legal authority in its Motion that would support its request for a protective order. In its Reply, the State now argues that A.R.S. § 21-411(A), which was not even cited in its Motion, provides a legal basis for the Court to grant the requested protected order. That statute states in relevant part:

> The [grand-jury] transcript or a portion of the transcript may be denied to a defendant by the court upon a showing of extraordinary circumstances by a prosecuting officer.

A.R.S. § 21-411(A). The State's attempt to make the required showing for the first time in its Reply is plainly deficient and does not justify the Court withholding any portion of the grand-jury proceedings from defendant Meadows or ordering the other unlawful limitations on defendant Meadows's ability to review the grand-jury proceedings that led to his indictment.

An indicted defendant "is entitled to all transcripts of the proceeding from which his indictment was returned." *See Franzi v. Super. Ct.*, 139 Ariz. 556, 567 (1984). In particular, a defendant is entitled to review "a list of the names of the grand jurors" and their voir dire "examination conducted by the court." *State ex rel. Hastings v. Sult*, 162 Ariz. 112, 114 (1989). The defendant needs this material so he "can determine . . . whether the grand jurors were properly voir dired and whether the requisite number of grand jurors voted to indict." *Id.*

Only "[o]n a showing of extraordinary circumstances by the prosecutor, portions of the transcript may be withheld from the defendant." *Franzi*, 139 Ariz. at 567 (citing A.R.S. § 21–411(A)). If the prosecutor fails to make the required showing, "all testimony of the proceedings from which the indictment is returned is to be turned over to the defendant." *Id.*

-2-

The State has failed to make the required "showing of extraordinary circumstances" that would justify the Court withholding a portion of the grand-jury transcript from Meadows or otherwise limiting his ability to review those proceedings. None of the circumstances advanced by the State, separately or together, provide a legally sufficient basis.

First, the State claims that widespread public interest in this case, and particularly the previous media reports about the grand-jury proceedings, justifies limiting Meadows's ability to review the proceedings. But the media reports cited by the State came in March, April, and May 2024, months and weeks before Meadows's counsel obtained copies of the grand-jury transcripts on June 12. And Meadows himself was not a witness in the grand-jury proceedings – meaning any disclosure of grand-jury information did not come from Meadows or from his counsel.

Second, relying only on a single news report, the State claims that Meadows should not have access to information about the grand-jury proceedings that resulted in his indictment in Arizona because grand jurors in a totally separate prosecution in the state of Georgia, where the names of grand jurors who returned an indictment are presumptively public, faced online harassment. What reportedly happened in Georgia is not an extraordinary circumstance justifying the Court's limiting Meadows's ability to defend himself here. The grand juror's names have already been provided to defense counsel here and there have been no reports of harassment.

Third, the State suggests that the number of defendants in this case justifies its proposed protective order, and blames any media leaks on "attorneys or witnesses involved in the grand jury proceedings." But, again, Meadows and his lawyers were not involved in those proceedings, and the State itself decided how many defendants to prosecute in this case. In any event, the State has no information or evidence linking the media leaks to witnesses or their attorneys – the leaks could have just as easily come from the grand jurors themselves, the prosecutors presenting the case, or others involved in the proceedings.

Additionally, as the State acknowledges, Meadows and his counsel obtained and began reviewing the grand-jury transcripts before the State filed its Motion for Protective Order. The State points to nothing suggesting that Meadows or his lawyers improperly disseminated these materials in the weeks that have passed since then, and they have not. Simply because there are many defendants and lawyers in this case does not justify placing post-hoc limits on Meadows's ability to review the grand-jury proceedings that led to his indictment.

The materials from the grand jury in this matter are indisputably voluminous. The limitations proposed by the State will therefore unduly burden Meadows's right to participate in his own defense. The State has no legal basis for its retroactive request to limit defendant Meadows himself from receiving and reviewing information concerning the grand-jury proceedings (including the transcripts which he already has), or to limit him to reviewing the transcripts and exhibits from the proceedings in the presence of his counsel. *Willis v. Bernini*, 253 Ariz. 453, 460 ¶ 23 (2022) ("Inherent in a fair and impartial hearing [before the grand jury] is the fair and impartial presentation of evidence.").

The Court should deny the State's Motion for Protective Order.

RESPECTFULLY SUBMITTED July 2, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By:   */s/ Anne Chapman*

Anne Chapman
Lee Stein
George J. Terwilliger III*
*\* Pro Hac Vice motion pending*
*Attorneys for Defendant Mark Meadows*

//
//
//

-4-

**ORIGINAL** of the foregoing **E-FILED**
July 2, 2024, with:

Clerk of the Superior Court
Maricopa County Superior Court

**COPY** of the foregoing
**DELIVERED VIA E-FILING**
July 2, 2024, to:

Nicholas Klingerman, Esq.
Krista Wood, Esq.
Assistant Attorney Generals
2005 N. Central Avenue
Phoenix, Arizona 85004
crmfraud@azag.gov
*Counsel for the State of Arizona*

Bradley Lewis Miller, Esq.
Brad Miller Law LLC
office@bradmiller.com
*Counsel for Defendants Kelli Ward (001)*
*and Michael Ward (011)*

Andrew Pacheco, Esq.
Ryan Rapp Pacheco Sorensen PLC
apacheco@rrpklaw.com
*Counsel for Defendant Tyler Bowyer (002)*

John Dosdall, Esq.
Jackson White, Esq.
jdosdall@jacksonwhitelaw.com
*Counsel for Defendant Nancy Cottle*
*(003)*

Timothy LaSota, Esq.
Timothy A. LaSota PLC
tim@timlasota.com
*Counsel for Defendant Jacob Hoffman (004)*

//
//

-5-

Andrew Mercantel, Esq.
Attorneys for Freedom Law Firm
Andy@attorneysforfreedom.com
*Counsel for Defendant Anthony Kern (005)*

Dennis Wilenchik, Esq.
Wilenchik & Bartness
admin@wb-law.com
Lacy Cooper, Esq.
Schmitt Schneck Casey Even & Williams, PC
Lacy@azbarristers.com
*Counsel for Defendant James Lamon (006)*

Jeffrey Cloud, Esq.
JCloud Law PLLC
jcloud@jcloudlaw.com
*Counsel for Defendant Sammuel Moorhead (008)*

Joshua Kolsrud, Esq.
Kolsrud Law Offices
josh@kolsrudlawoffices.com
*Counsel for Defendant Loraine Pellegrino (009)*

Richard K. Jones, Esq.
Office of the Public Defender
OPD_Minute_entries@maricopa.gov
*Counsel for Defendant Gregory Safsten (010)*

Ashley Adams, Esq.
Adams & Associates PLC
aadams@azwhitecollarcrime.com
*Counsel for Defendant John Eastman (013)*

Michael Bailey, Esq.
Arizona Chamber of Commerce & Industry
Mbailey@azchamber.com
*Counsel for Defendant Boris Epshteyn*
*(014)*

Matthew Brown, Esq.
Matt@brownandlittlelaw.com
*Counsel for Defendant Jenna Ellis (015)*

-6-

Thomas Jacobs, Esq.
Law Offices of Thomas Jacobs
tjacobs@jacobsazlaw.com
*Counsel for Defendant Christina Bobb (016)*

Kurt Altman, Esq.
Ashley Fitzwilliams, Esq.
Altman Law & Policy
Admin@altmanaz.com
Patricia Gitre, Esq.
patgitre@patriciagitre.com
*Counsel for Defendant Michael Roman
(017)*


  /s/ B. Wolcott

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CR2024-006850-018 DT                                    07/01/2024


                                         CLERK OF THE COURT
HONORABLE CHRISTINA HENDERSON                 E. Ross
                                             Deputy


STATE OF ARIZONA                         NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                       ANNE M CHAPMAN

                                         COMM. HENDERSON
                                         VICTIM WITNESS DIV-AG-CCC



MINUTE ENTRY


        The Court is in receipt of Defendant Mark Meadows' Unopposed Motion to Extend Time
to File Motion to Challenge Grand Jury and Grand Jury Proceedings.

        There being good cause appearing,

        IT IS ORDERED granting the motion and extending the deadline to 09/23/2024.

        All in accordance with the formal written Order signed by the Court on 07/01/2024 and
filed by the Clerk on 07/01/2024.

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**KELLI WARD (001),**<br>**TYLER BOWYER (002),**<br>**NANCY COTTLE (003),**<br>**JACOB HOFFMAN (004),**<br>**ANTHONY KERN (005),**<br>**JAMES LAMON (006),**<br>**ROBERT MONTGOMERY (007),**<br>**SAMUEL MOORHEAD (008),**<br>**LORRAINE PELLEGRINO (009),**<br>**GREGORY SAFSTEN (010),**<br>**MICHAEL WARD (011),**<br>**RUDOLPH GIULIANI (012),**<br>**JOHN EASTMAN (013),**<br>**BORIS EPSTHEYN (014),**<br>**JENNA ELLIS (015),**<br>**CHRISTINA BOBB (016),**<br>**MICHAEL ROMAN (017),**<br>**MARK MEADOWS (018),**<br><br>　　　　　　Defendants. | Cause No.　**CR2024006850-001**<br>**CR2024006850-002**<br>**CR2024006850-003**<br>**CR2024006850-004**<br>**CR2024006850-005**<br>**CR2024006850-006**<br>**CR2024006850-007**<br>**CR2024006850-008**<br>**CR2024006850-009**<br>**CR2024006850-010**<br>**CR2024006850-011**<br>**CR2024006850-012**<br>**CR2024006850-013**<br>**CR2024006850-014**<br>**CR2024006850-015**<br>**CR2024006850-016**<br>**CR2024006850-017**<br>**CR2024006850-018**<br><br>**PLAINTIFF'S RULE 15.1**<br>**SECOND SUPPLEMENTAL**<br>**DISCLOSURE**<br><br>Honorable Bruce Cohen |

The State, pursuant to Arizona Rule of Criminal Procedure 15.1, makes available the following material and information. All of the materials subject to disclosure, presently in the State's possession, are referenced in this document. Additional disclosure, if any, will be made available as received, in accordance with Rule 15.6. Any such disclosure may be used in the State's case-in-chief or as rebuttal evidence in this case.

*1.    Disclosure Materials*

The following disclosure materials have been uploaded to the AG Fileshare server and are available for downloading:

EXHIBITS:                                                                    BATES No.:

**X (TWITTER)**
Anthony Kern
    Extracted Kern Subscriber Info
        51740855-account                                      024738
        51740855-account-creation-ip                    024739
        51740855-ip-audit                                      024740-024970
        51740855-phone-number                            024971
        Declaration                                                024972
        README                                                    024973
        Twitter-public-key-gpg.asc                          024974
    Extracted Kern Tweets
        51740855_tweets_media                            024976-025028
            024976 1323658819361124352-EI6UqPpVcAAtZSn
            024977 1323967096233947139-EI-tDoWU4AENioK
            024978 1326524617389846528-EmjDHAeU0AEne-I
            024979 1328502739446460416-Em-iQ3XW8AAIc-K
            024980 1328502739446460416-Em-iQ3XW8AE84ZM
            024981 1331956084739698693-EnwO_9yUUAlTuuc
            024982 1332458469757095936-EnwpPDvVgAAcv0U
            024983 1332829540167557120-En8pY-gVkAImkSP

024984 1332829540167557120-En8pZasUwAIUvHr
024985 1332829540167557120-En8pZKOUwAEbQYx
024986 1332829540167557120-En8pZvqVQAAPq67
024987 1333448782629859332-EoFck1YUcAoaNZs
024988 1333448782629859332-EoFcIVOUcAY2K7B
024989 1333448782629859332-EoFcIycUcAwiBd3
024990 1333448782629859332-EoFcmQrVkAAjdXP
024991 1333465897676140544-EoFsKBBUcAA8xUi
024992 1333465897676140544-EoFsKbKVcAADHuw
024993 1333468605116104705-EoFuoDZVEAAEgg2
024994 1335692631121137667-EoIVXnmVQAAo5dS
024995 1335695733014458369-EobK0sjXEAAiZBO
024996 1336745417795543042-Eo0EAjgW8Ag9Tb3
024997 1336745417795543042-Eo0EAk_XMAMSpOj
024998 1336745417795543042-Eo0EAkRXYAQfo-8
024999 1336745417795543042-Eo0EAItWMAUyivX
025000 1338998954680258560-EpN2MLDXUAE3OFr
025001 1339351095957544960-S1-IHf_Gd6SFacEi
025002 1339365632261976066-PMT_85ttKbxzo0AI
025003 1339381551931375616-7_MlgswmYy4iLfzC
025004 1339578986859360256-Epcj_PPUcAAH7cq
025005 1339616214377615362-EpdF2GhU0AEDfez
025006 1339657322747060224-EpdrCfAXEAEicFn
025007 1339670105404317697-Epd227KU8AECTuJ
025008 1339750835757015040-Q_6Vcaf5E1dnELQL
025009 1339975693879312385-EpiMyttVgAAFZ5V
025010 1340004586472390657-EpinEXQU0AAUkOG
025011 1340344571947962369-qSnL6V6kv8Bt2-U3
025012 1340400586596892672-BhoAyKj_Zt8Glouh
025013 1340513290481332225-LY-G_uVDTwn5hK6j
025014 1340817037711482880-kyuZFYoFsilzeFVx
025015 1342531358657155072-EqGhJ-XVQAAV9pS
025016 1344901302199848962-EqoMmuhVQAEv7FG
025017 1345198159866130432-EqsalenUYAANT1X
025018 1346846099915632640-ErD06s8XMAAfnsi
025019 1346910038284140549-ErEviAjU0AIJv48
025020 1347605335859552256-ErKrcNBXEAMuOhx
025021 1347739274670587908-ErQZWwAUUAUZSGT
025022 1348494972631175170-Eran37yWMAEuVhT

3

025023 1348669113086824450-ErdvaRtVEAAxj5L
025024 1349735814553473026-A30UpaLd4C10qFEB
025025 1349932870324817921-ErvsypdUYAE4pGS
025026 1350492236572622848-Erzk-OyXAAUwJ9z
025027 1350812491631087616-Er8MxCNVEAE_u9n
025028 1351904420456407040-EsLt5uIVgAABLjs

| | |
|---|---|
| 51740855-community-tweet | 025029 |
| 51740855-deleted-direct-messages | 025030 |
| 51740855-deleted-direct-messages-group | 025031 |
| 51740855-deleted-note-tweet | 025032 |
| 51740855-deleted-tweets | 025033 |
| 51740855-direct-messages | 025034-025036 |
| 51740855-direct-messages-group | 025037 |
| 51740855-note-tweet | 025038 |
| 51740855-periscope-broadcast-metadata | 025039 |
| 51740855-tweets | 025040-025549 |
| Declaration | 025550-025551 |
| README | 025552-025557 |
| Twitter-public-key-gpg.asc | 025558 |
| anthonykernAZ-51740855-2024-04-05-21-31-12-72399078 | 025559 |
| anthonykernAZ-51740855-2024-04-05-21-31-12-72399359 | 025560 |

Boris Epshteyn
    Unzipped Files Boris EP      025561

76543481-account
76543481-account-creation-ip
76543481-community-tweet
76543481-deleted-direct-messages
76543481-deleted-direct-messages-group
76543481-deleted-tweets
76543481-direct-messages
76543481-direct-messages-group
76543481-ip-audit
76543481-periscope-broadcast-metadata
76543481-phone-number
76543481-tweets
declaration
README
twitter-public-key-gpg.asc

| | |
|---|---|
| Zipped Files BorisEP-76543481-2024-05-29-23-11-25-7576… | 025562 |

Christina Bobb                                                           025563

- 2388042907-account
- 2388042907-account-creation-ip
- 2388042907-community-tweet
- 2388042907-deleted-direct-messages
- 2388042907-deleted-direct-messages-group
- 2388042907-deleted-tweets
- 2388042907-direct-messages
- 2388042907-direct-messages-group
- 2388042907-ip-audit
- 2388042907-periscope-broadcast-metadata
- 2388042907-phone-number
- 2388042907-tweets
- declaration
- README
- twitter-public-key-gpg.asc

Jake Hoffman

    Extracted Hoffman Subscriber Info

| | |
|---|---|
| 1711236257312014336-account | 025564 |
| 1711236257312014336-account-creation-ip | 025565 |
| 1711236257312014336-ip-audit | 025566-025653 |
| 1711236257312014336-phone-number | 025654 |
| Declaration | 025655 |
| README | 025656-025657 |
| Twitter-public-key-gpg.asc | 025658 |

    Extracted Hoffman Tweets

| | |
|---|---|
| 1711236257312014336-community-tweet | 025659 |
| 1711236257312014336-deleted-direct-messages | 025660 |
| 1711236257312014336-deleted-direct-messages-group | 025661 |
| 1711236257312014336-deleted-note-tweet | 025662 |
| 1711236257312014336-direct-tweets | 025663 |
| 1711236257312014336-direct-messages | 025664 |
| 1711236257312014336-direct-messages-group | 025665 |
| 1711236257312014336-note-tweet | 025666 |
| 1711236257312014336-periscope-broadcast-metadata | 025667 |
| 1711236257312014336-tweets | 025668 |
| Declaration | 025669-025670 |
| README | 025671-025676 |
| Twitter-public-key-gpg.asc | 025677 |
| JakeHoffmanAZ-1711236257312014336-2024-04-05-21-31-11-… | 025678 |
| JakeHoffmanAZ-1711236257312014336-2024-04-05-21-31-23-… | 025679 |

Jenna Ellis                                                                025680

- 778763106289758208-account
- 778763106289758208-account-creation-ip
- 778763106289758208-community-tweet
- 778763106289758208-deleted-direct-messages
- 778763106289758208-deleted-direct-messages-group
- 778763106289758208-deleted-tweets
- 778763106289758208-direct-messages
- 778763106289758208-direct-messages-group
- 778763106289758208-ip-audit
- 778763106289758208-periscope-broadcast-metadata
- 778763106289758208-phone-number
- 778763106289758208-tweets
- declaration
- README
- twitter-public-key-gpg.asc

Jim Lamon
    Extracted Lamon Subscriber Info

| | |
|---|---|
| 1381993390968086533-account | 025681 |
| 1381993390968086533-account-creation-ip | 025682 |
| 1381993390968086533-ip-audit | 025683-025724 |
| 1381993390968086533-phone-number | 025725 |
| Declaration | 025726 |
| README | 025727-025728 |
| Twitter-public-key-gpg.asc | 025728 |

    Extracted Lamon Tweets

| | |
|---|---|
| 1381993390968086533-community-tweet | 025729 |
| 1381993390968086533-deleted-direct-messages | 025730 |
| 1381993390968086533-deleted-direct-messages-group | 025731 |
| 1381993390968086533-deleted-note-tweet | 025732 |
| 1381993390968086533-deleted-tweets | 025733 |
| 1381993390968086533-direct-messages | 025734 |
| 1381993390968086533-direct-messages-group | 025735 |
| 1381993390968086533-note-tweet | 025736 |
| 1381993390968086533-periscope-broadcast-metadata | 025737 |
| 1381993390968086533-tweets | 025738 |
| Declaration | 025739-025740 |
| README | 025741-025746 |
| Twitter-public-key-gpg.asc | 025747 |
| jim_lamon-1381993390968086533-2024-04-05-21-31-10-723… | 025748 |
| jim_lamon-1381993390968086533-2024-04-05-21-38-26-723… | 025749 |

John Eastman          025750

- 62932362-account
- 62932362-account-creation-ip
- 62932362-community-tweet
- 62932362-deleted-direct-messages
- 62932362-deleted-direct-messages-group
- 62932362-deleted-tweets
- 62932362-direct-messages
- 62932362-direct-messages-group
- 62932362-ip-audit
- 62932362-periscope-broadcast-metadata
- 62932362-phone-number
- 62932362-tweets
- declaration
- README
- twitter-public-key-gpg.asc

Kelli Ward

| | |
|---|---|
| Extracted Kelli Ward Subscriber Info | |
|  359403242-account-creation-ip | 025751 |
|  359403242-ip-audit | 025752-025764 |
|  359403242-phone-number | 025765 |
|  Declaration | 025766 |
|  README | 025767-025768 |
|  359403242-account | 025769 |
|  ~$itter-public-key-gpg.asc | 025770 |
|  twitter-public-key-gpg.asc | 025771 |
| Extracted Kelli Ward Tweets | |
|  359403242_direct_messages_group_media | |
|   1323422154642378758-2l-QJ-d1 | 025772 |
|   1324755761604550660-pcj-8pUw | 025773 |
|  359403242_direct_messages_media | |
|   1324188973955207173-5AqJGr5k | 025774 |
|   1324188973955207173-5AqJGr5k | 025775 |
|   1327097973382148100-wfq9QsGd | 025776 |
|   1327358314762563589-tYhEAIvd | 025777 |
|   1328457818672807940-MYtbDfVP | 025778 |
|   1328457906199560197-c7IR2Ir_ | 025779 |
|   1328457957114212356-_eWh381G | 025780 |
|   1322942444090974213-32I4xLl5 | 025781 |
|   1323638520909426692-OdCCIzB6 | 025782 |
|  359403242-community-tweet | 025783 |

| | |
|---|---|
| 359403242-deleted-direct-messages-group | 025784 |
| 359403242-deleted- note-tweet | 025785 |
| 359403242-deleted-tweets | 025786 |
| 359403242-direct-messages | 025787-026233 |
| 359403242-direct-messages-group | 026234-026444 |
| 359403242-note-tweet | 026445 |
| 359403242-periscope-broadcast-metadata | 026446 |
| 359403242-tweets | 026447-029529 |
| Declaration | 029530-029531 |
| README | 029532-029537 |
| 359403242-deleted-direct-messages | 029538-029539 |
| Twitter-public-key-gpg.asc | 029540 |
| kelliwardaz-359403242-2024-04-05-21-31-11-72399063 | 029541 |
| kelliwardaz-359403242-2024-04-05-22-14-33-72399353 | 029542 |

Lorraine Pellegrino

Extracted Pellegrino Subscriber Info

| | |
|---|---|
| 76402703-account | 029543 |
| 76402703-account-creation-ip | 029544 |
| 76402703-ip-audit | 029545 |
| 76402703-phone-number | 029546 |
| Declaration | 029547 |
| README | 029548-029549 |
| Twitter-public-key-gpg.asc | 029550 |

Extracted Pellegrino Tweets

| | |
|---|---|
| 76402703-deleted-direct-messages | 029551 |
| 76402703-deleted-direct-messages-group | 029552 |
| 76402703-deleted-note-tweet | 029553 |
| 76402703-deleted-tweets | 029554 |
| 76402703-direct-messages | 029555 |
| 76402703-direct-messages-group | 029556 |
| 76402703-note-tweet | 029557 |
| 76402703-periscope-broadcast-metadata | 029558 |
| 76402703-tweets | 029559 |
| Declaration | 029560 |
| README | 029561-029566 |
| Twitter-public-key-gpg.asc | 029567 |
| lorrainna1-76402703-2024-04-05-21-31-11-72399083 | 029568 |
| lorrainna1-76402703-2024-04-05-21-38-23-72399352 | 029569 |

## Mark Meadows                                                    029570

- 963480595-account
- 963480595-account-creation-ip
- 963480595-community-tweet
- 963480595-deleted-direct-messages
- 963480595-deleted-direct-messages-group
- 963480595-deleted-tweets
- 963480595-direct-messages
- 963480595-direct-messages-group
- 963480595-ip-audit
- 963480595-periscope-broadcast-metadata
- 963480595-phone-number
- 963480595-tweets
- declaration
- README
- twitter-public-key-gpg.asc

## Mark Meadows (Rep)                                              029571

- 975198558461800449-account
- 975198558461800449-account-creation-ip
- 975198558461800449-community-tweet
- 975198558461800449-deleted-direct-messages
- 975198558461800449-deleted-direct-messages-group
- 975198558461800449-deleted-tweets
- 975198558461800449-direct-messages
- 975198558461800449-direct-messages-group
- 975198558461800449-ip-audit
- 975198558461800449-periscope-broadcast-metadata
- 975198558461800449-phone-number
- 975198558461800449-tweets
- declaration
- README
- twitter-public-key-gpg.asc

## Mike Roman                                                      029572

- 14407458-account
- 14407458-account-creation-ip
- 14407458-community-tweet
- 14407458-deleted-direct-messages
- 14407458-deleted-direct-messages-group
- 14407458-deleted-tweets

14407458-direct-messages
14407458-direct-messages-group
14407458-ip-audit
14407458-periscope-broadcast-metadata
14407458-phone-number
14407458-tweets
declaration
README
twitter-public-key-gpg.asc

Mike Ward
    Extracted Mike Ward Subscriber Info
        448162969-account              029573
        448162969-account-creation-ip   029574
        448162969-ip-audit            029575-029577
        448162969-phone-number      029578
        Declaration               029579
        README               029580-029581
        Twitter-public-key-gpg.asc    029582
    Extracted Mike Ward Tweets       029583
        DDMikeWard-448162969-2024-04-05-21-38-23-72399358
            9ee7e0d4
                9ee7e0d4
                    index
            9ee7e0d4fd7
                index
            448162969_tweets_media
                1347900868511690755-3TrUi4VRQKa7j7E9
448162969-community-tweet
448162969-deleted-direct-messages
448162969-deleted-direct-messages-group
448162969-deleted-note-tweet
448162969-deleted-tweets
448162969-direct-messages
448162969-direct-messages-group
448162969-note-tweet
448162969-periscope-broadcast-metadata
448162969-tweets
declaration
README
twitter-public-key-gpg.asc

 index

| | |
|---|---|
| DDMikeWard-448162969-2024-04-05-21-31-11-72399074 | 029584 |
| DDMikeWard-448162969-2024-04-05-21-38-23-72399358 | 029585 |
| Nancy Cottle | |
|     Extracted Cottle Tweets | |
|         1038289909_tweets_media | |
|             1325285732299104257-EmRcWaKUYAIuZ7Y | 029586 |
|             1325454089266716672-EmT1eEjVcAIHZco | 029587 |
|             1328162875899146240-Em6VFmBVEAIr66H | 029588 |
|             1330277511922651137-3CQJvC4pLDjqHsaj | 029589 |
|             1330534060926541824-GdMS_QBAZh_VCX2K | 029590 |
|             1331742660768493569-ezxq1BGI6kApvLVu | 029591 |
|             1336321741174423553-EosF84OUUAI1aNq | 029592 |
|             1340527691628306434-EpnCRaDUwAEv8bx | 029593 |
|             1342592978037043202-EqHZMrpUUAAvHtv | 029594 |
|             1342843905683820545-EqK9aj9VgAABTxL | 029595 |
|         1038289909-community-tweet | 029596 |
|         1038289909-deleted-direct-messages | 029597 |
|         1038289909-deleted-direct-messages-group | 029598-029603 |
|         1038289909-deleted-note-tweet | 029604 |
|         1038289909-deleted-tweets | 029605 |
|         1038289909-direct-messages | 029606 |
|         1038289909-direct-messages-group | 029607-029616 |
|         1038289909-note-tweet | 029617 |
|         1038289909-periscope-broadcast-metadata | 029618 |
|         1038289909-tweets | 029619-029924 |
|         Declaration | 029925-029926 |
|         README | 029927-029932 |
|         Twitter-public-key-gpg.asc | 029933 |
|     Extracted Cottle X Subscriber Info | |
|         1038289909-account | 029934 |
|         1038289909-account-creation-ip | 029935 |
|         1038289909-ip-audit | 029936-029959 |
|         1038289909-phone-number | 029960 |
|         Declaration | 029961 |
|         README | 029962-029963 |
|         Twitter-public-key-gpg.asc | 029964 |
|       NancyCottle1-1038289909-2024-04-05-21-31-11-72399081 | 029965 |
|       NancyCottle1-1038289909-2024-04-05-21-46-08-72399355 | 029966 |
| Sam Moorhead | |
|     Extracted Moorhead Subscriber Info | |
|         1500981167989821440-account | 029967 |

| | |
|---|---|
| 1500981167989821440-account-creation-ip | 029968 |
| 1500981167989821440-ip-audit | 029969-030095 |
| 1500981167989821440-phone-number | 030096 |
| Twitter-public-key-gpg.asc | 030097 |
| ~$itter-public-key-gpg.asc | 030098 |
| Extracted Moorhead Tweets | |
| 1500981167989821440-community-tweet | 030099 |
| 1500981167989821440-deleted-direct-messages | 030100 |
| 1500981167989821440-deleted-direct-messages-group | 030101 |
| 1500981167989821440-deleted-note-tweet | 030102 |
| 1500981167989821440-deleted-tweets | 030103 |
| 1500981167989821440-direct-messages | 030104 |
| 1500981167989821440-direct-messages-group | 030105 |
| 1500981167989821440-note-tweet | 030106 |
| 1500981167989821440-periscope-broadcast-metadata | 030107 |
| 1500981167989821440-tweets | 030108 |
| Declaration | 030109-030110 |
| README | 030111-030116 |
| Twitter-public-key-gpg.asc | 030117 |
| samuel_moorhead-1500981167989821440-2024-04-05-21-31… | 030118 |
| samuel_moorhead-1500981167989821440-2024-04-05-21-38… | 030119 |
| Rudy Giuliani | 030120 |

- 770781940341288960-account
- 770781940341288960-account-creation-ip
- 770781940341288960-community-tweet
- 770781940341288960-deleted-direct-messages
- 770781940341288960-deleted-direct-messages-group
- 770781940341288960-deleted-tweets
- 770781940341288960-direct-messages
- 770781940341288960-direct-messages-group
- 770781940341288960-ip-audit
- 770781940341288960-periscope-broadcast-metadata
- 770781940341288960-phone-number
- 770781940341288960-tweets
- declaration
- README
- twitter-public-key-gpg.asc

Tyler Bowyer

| | |
|---|---|
| Extracted Bowyer Subscriber Info | |
| 98906083-account | 030121 |
| 98906083-account-creation-ip | 030122 |

98906083-ip-audit                               030123-030543
98906083-phone-number                           030544
Declaration                                      030545
README                                           030546-030547
Twitter-public-key-gpg.asc                       030548
Extracted Bowyer Tweets
    98906083_dm_group_media   030549-030557

       030549 1340706739021332484-Med84hYS
       030550 1340708673576980484-yLzx4NTjGFZ...
       030551 1340708952594649093-_U9sBivY6Kxp...
       030552 1341047642298576900-P3GPu1PACM...
       030553 1341460956514279429-CxDRIcUa
       030554 1341797987509542918-6M_Ncews
       030555 1341938593711927300-QIHG2tav
       030556 1341950684250443781-pcqMiEe2
       030557 1342882939546296325-qdmBKahj

    98906083_dm_media                030558-030625

       030558 1324031300861263878-niRF78sF
       030559 1324041606878486537-1U2wM-r6
       030560 1324042800921391108-gj7Thh-G
       030561 1324044978213941254-KASmH8cx
       030562 1324045015832645636-GGtnB_OO
       030563 1324050120434921476-EWFaFSmIQ9jh_HMUQ00Sth7x4pUKaaJAAC8HTmKJN_g
       030564 1324054889073238022-_MbOMAwe
       030565 1324057252601319429-LaMEM2yg
       030566 1324057602993520644-wC_HhWqb
       030567 1324061683300532229-TCZXofs4
       030568 1324061706453049348-2BKB3JBd
       030569 1324061842247884807-u6MnPJ7Y
       030570 1324062193831178244-iMxzY200
       030571 1324066133901746182-Z0KZj-SC
       030572 1324068137663229957-mMEVydnQ
       030573 1324070364352184324-ucrrJfT4
       030574 1324070477128626180-6-fd3Mkt
       030575 1324084884441337860-MreFR4vJaeHfH30TiZer_le14zbmxDp0ZXyTA3E0KQ8
       030576 1324089188224962564-1bE-dGAQ
       030577 1324089231631806468-a0kJNqyQ
       030578 1324101213470756868-0Rn9Wg2e
       030579 1324101632163041284-OfuS6iT-

- 030580 1324101647350571014-NNVvUNZb
- 030581 1324101663054090244-51-YSpSf
- 030582 1324113983574470660-XkxH9G_N
- 030583 1324118927429918725-uNF-zdSY
- 030584 1324133214827393028-VBlnDYhq
- 030585 1324168585829249030-_QVkYyHI
- 030586 1324176388983791621-aBXD2aDu
- 030587 1324270308602257414-b-Jtzcap
- 030588 1324273158929657861-XJdRDdr0
- 030589 1324346339199574020-rWsfJ7Tw
- 030590 1324346358053040133-B1zraO9q
- 030591 1324414427131641860-hkLrSd66
- 030592 1324415887227543556-LepiMb_R
- 030593 1324416200768593925-FAy8X8gU
- 030594 1324428498849591300-euY10Nn-
- 030595 1324431779629948932-GZT5zq-F
- 030596 1324466550062030852-8AtJ5cWH
- 030597 1324466964949999622-hbtTVW4h
- 030598 1324467007463460870-nx-ExymY
- 030599 1324500757006094340-mSAKsmlo
- 030600 1324500838568529925-dMeVAjSO
- 030601 1324615698933534727-1hU-F3TM
- 030602 1324932857647783940-uPohX4Zb
- 030603 1325236596136845317-exfhJJz9xF4156XykhcBwoKUNph54C8HWEtT3Lo4qlE
- 030604 1326027087526862858-hD4Rmrju
- 030605 1326205362442276875-FOM_D6Dp
- 030606 1327029314013958148-sRezE2q1
- 030607 1329560495066468356-4CkbNd_N
- 030608 1329596130062045189-nuINVhJG
- 030609 1329596371557441540-GV81p0NBbFtFdDrFfdPLmg4iMEiB687D605laMfM3gs
- 030610 1329637257431564292-ozusRydD
- 030611 1329640046236901380-xm_laH8O
- 030612 1329640269910708232-9iEUts25
- 030613 1329906340957863941-8Gg53VC3OP3WLKL5c9DNXBPKiu1kYq5...
- 030614 1329944927493529605-g3exHn2e
- 030615 1331746891160121349-0ewHlYU1
- 030616 1334698965841760260-2YeVFCzL

- 030617 1335080159368507396-4Fm-2A5V
- 030618 1340959231873314820-0oYkgia0
- 030619 1342164415404072964-tGKY3rT2
- 030620 1343301997437579268-qqPivgj7
- 030621 1344153081936629764-78RuvKKGUURTdXg1NXLzeaRFckZf2TMsocvHnK3wL0Y
- 030622 1345432968773464069-XbX1s6FH
- 030623 1346334953819131908-rAzLseUX
- 030624 1347215776919465993-8-DjUERmm9ZfFV86q1xVJV2_yKgP43YxpUl_Yfdry-w
- 030625 1352193099238416388-2tWsahAH

98906083_tweets_media                                    030626-030942

- 1356389517561909248-EtLUMbWUcAAtEU4
- 1356349423349944320-OUG73x38gcxqdPxs
- 1356128779639386115-EsZrmBeVcAA38mw
- 1356124567408881665-EtG-PtRUYAADgjT
- 1356008043427885069-myqmRrCrMGJff50O
- 1355984546269945861-LA9NGjiHvrzrgaJI
- 1355966313336860680-EtEMG6OXcAEIYe3
- 1355937634074439681-EtC_H7IVEAcfgQ5
- 1355929758773686286-LA9NGjiHvrzrgaJI
- 1355907121959862272-EtAgbmAUwAEbr1X
- 1355907121959862272-EtAgbmAUcAMSA-j
- 1355891005443231746-EtClH-HVcAEvvJB
- 1355766974333247491-AHEfSoYYESXYB-IE
- 1355703934439055360-EtBDQ-wXUAQi90e
- 1355702297754480641-EtBsDUMXAAEUTC6
- 1355621745156358147-Es--FnLXIAApxg0
- 1355590743021285381-EtAGmDdXIAEBe53
- 1355559554344484866-Es_nMTRVoAIsf02
- 1355541727885590528-Es-eczBXIAIMrBS
- 1355385774489948162-Es7QGjWXcAMopFO
- 1355385774489948162-Es7QGjVXYAQEW3t
- 1355379956017147906-Es8c-hiU0AEbQ7O
- 1355379763641262084-0c78VgfpJWHw6VkN
- 1355379582480904195-Es8lyk2XIAE_QRW
- 1355379582480904195-Es8lyk0XYAIAKxu
- 1355379582480904195-Es8lyk0XMAcn30S
- 1355379582480904195-Es8lyk0W8AEjAuu
- 1355377483860893700-Es9DNbaUcAIQ4kg
- 1355376211216764934-Es5Lv-7W4AYhNjd
- 1355376211216764934-Es5Lv_GXMAwhZmA

- 1355306244668612610-Es8Dd7vVgAQ9aNP
- 1355293697542385664-Es7lTXrUUAlTyM4
- 1355291472220860423-Es7FLVSUYAMtenK
- 1355284759665115137-Es7uKIOU0AAhDVj
- 1355279684276260864--4933il7bGVT5x6s
- 1355222290078834692-Es39dSxUcAAMnUS
- 1355222268868255744-Es3-QDoVgAE2pnM
- 1355209784069337089-Es20XJYUYAohUmh
- 1355079549994860545-Es1NXAMVoAADP9-
- 1355079549994860545-Es1NW_zXUAAuiws
- 1354999841022074880-Es3qMiTUwAEY5kr
- 1354986976198311936-yqzwgXJiJwwZDjT7
- 1354971314130309124-EszPZphU4AlTwjb
- 1354971248854401025-Es3SN8fUYAMMQRT
- 1354809997708857344-Es0zhewXYAl89ss
- 1354809997708857344-Es0zhevW8AAOtW9
- 1354807240046219267-5JUrS67uSVSY8kMN
- 1354681653856067584-TCvlYXrNI28CU3jU
- 1354659472740737027-Esx1daUW8AQLs_J
- 1354650531872993282-EsytdtiW8AE3Zd4
- 1354618600666001409-EsySbooUYAQpcCB
- 1354455081215610884-Esv9t06UYAEqhrt
- 1354455081215610884-Esv9t05U4AEuYv1
- 1354451233835159553-EsuW3F3U0AER-KB
- 1354314791691538432-Ess0rOYW8AkACmD
- 1354241768980586499-EsqpJYMXMAAylbr
- 1354225893703475202-EsspnkAXAAQKF3M
- 1354161805501767680-EsozA1BUYAAl_py
- 1354132827323813888-t6dxnZSkgDZNmSXT
- 1354127310086004741-EsrTm-YU4AEvtUV
- 1353943131264147456-EsgmV0SVEAA7Hc-
- 1353859254373912576-EsnX7BmUUAAJOtu
- 1353789988316409856-EsjRV2LXIAEIdSS
- 1353760024149954561-EsjUSwWVoAAZbU0
- 1353724575754854400-GhHm7rLx-1oPYczM
- 1353722912826511363-dlmuZ3QKKs8H3-na
- 1353589615899234305-Esi-DsgXEAIzw5W
- 1353589615899234305-Esi-Dm2XUAEdne-
- 1353547540772179969-EsjET3mUwAE0syP
- 1353512262628122625-EsijsTuXMAIDdWn

16

1353475050809171968-EseJR0FXYAED0m1
1353378757264871430-mHGQ_ivep3OQcxIV
1353209503836033024-EsYkKUEW8AAbOHx
1353203434770505729-EseLWc0UcAEzPMJ
1353170998363738117-EscWg_ZUcAY2SxI
1353170998363738117-EscWg_WVkAY-WB6
1353165963827367936-EsdG0M_W8AogBl-
1353165963827367936-EsdG0M_W4Ac54gn
1353134646096064512-EsdMye5VkAI4Q45
1353133590817566720-EscUK9oVcAAh7-k
1353099029735895041-MZYzHQTW7i5IgEaz
1353050878815608832-Esb-OfXVoAEttiX
1353044967204130817-Esb0wD_U4AEEGU1
1352879830862229504-EsZkxo-UUAAuePB
1352866078360219649-EsY7CLFWMAUA4o_
1352802296946585602-_44rQUNbKo3Ch-uo
1352641260507467776-EsUgBC_UUAAHrNb
1352641060120399873-EsWL30DUcAEEiTa
1352518334663680000-EsRRFF8W8BAy7UF
1352506978715586561-r6EGS3X0CNyQqtHF
1352495630287998979-EsT-h6jUUAATR6k
1352495630287998979-EsT-h6iUUAA8KqL
1352495630287998979-EsT-h6fVkAEsu1e
1352495630287998979-EsT-h6eUcAYm1C6
1352429403813203969-EsSkF76VkAEz_-Z
1352328416360607746-EsPJgDfU0AAPtEB
1352283000369672193-EsQprRMXAAEIUZM
1352283000369672193-EsQprREXIAlfRNH
1352027868042129408-EsKvIGZXIAEEUMB
1352027868042129408-EsKvIGZWMAAPqBS
1352027868042129408-EsKvIGYW8AAlLez
1352027868042129408-EsKvIGiXYAEcO4T
1352027538323775488-EsMXyhOVkAA5bNY
1351997202713858048-EsM2m3gXcAAI6_C
1351997202713858048-EsM2m3fW8AMKgYX
1351997202713858048-EsM2m3fW4AYfk3D
1351992663868805120-EslOXisXUAEskzH
1351915486183714816-Er74BvxXMAAhXrA
1351915021807206402-EsLhzbMWMAAuloc
1351914964844363786-EsLt9qFXIAlxmbj

1351241988167888897-EsCTKw_XAAETwVM
1350988140631175171-Er98h_UXIAMNBRt
1350889384854253569-Er9Sf2MXYAI0Y5r
1350889292042682368-Er9SiCHXUAk3nq6
1350689039356030978-Er5tFMVW8AkDNpU
1350688469329145866-Er4qWvFXcFAsGlt
1350688469329145866-Er4qWv6XUAEkUtG
1350687667592130562-Er6Si4eVcAIPHCz
1350687535840673793-LzTtzElEXamdkUJV
1350623945066639360-Er5b84SVkAAZN5N
1350596069273473027-7f3I5A4g1YU0uzMZ
1350491775748608000-Er2Z37cXUAIwveE
1350484317667954688-Er3Q84ZVEAAz3o3
1350127975648305152-ErybCXRU0AEfmQT
1349469428178509830-Erofh58XUAAoblp
1349469428178509830-Erofh56XMAEBAIF
1349081566027288576-Y1Va4eC_2Xyfk3cI
1349039578582110210-ErjANMIVQAAgWcZ
1349038357033062401-hkP1adC07MmxhhFY
1348830858023555074-Erf17cwXMAEfpDw
1348811418661916672-Erfw1fwUcAMi42Q
1348766938793603072-ErflHN8XUAIoGxe
1348759535041671168-Erey_ozVoAMTsSb
1348093345961103364-ErVYdzeVoAEXvG8
1351241988167888897-EsCTKw_XAAETwVM
1350988140631175171-Er98h_UXIAMNBRt
1350889384854253569-Er9Sf2MXYAI0Y5r
1350889292042682368-Er9SiCHXUAk3nq6
1350689039356030978-Er5tFMVW8AkDNpU
1350688469329145866-Er4qWvFXcFAsGlt
1350688469329145866-Er4qWv6XUAEkUtG
1350687667592130562-Er6Si4eVcAIPHCz
1350687535840673793-LzTtzElEXamdkUJV
1350623945066639360-Er5b84SVkAAZN5N
1350596069273473027-7f3I5A4g1YU0uzMZ
1350491775748608000-Er2Z37cXUAIwveE
1350484317667954688-Er3Q84ZVEAAz3o3
1350127975648305152-ErybCXRU0AEfmQT
1349469428178509830-Erofh58XUAAoblp
1349469428178509830-Erofh56XMAEBAIF

1349081566027288576-Y1Va4eC_2Xyfk3cI
1349039578582110210-ErjANMlVQAAgWcZ
1349038357033062401-hkP1adC07MmxhhFY
1348830858023555074-Erf17cwXMAEfpDw
1348811418661916672-Erfw1fwUcAMi42Q
1348766938793603072-ErfIHN8XUAIoGxe
1348759535041671168-Erey_ozVoAMTsSb
1348093345961103364-ErVYdzeVoAEXvG8
1348093302260727814-ErT8_HqVcAE5yaD
1348026265488429057-ErT7OTQXEAA1H_N
1347632401258713089-ErOfui9WMAU88OG
1347630684454621184-ErOHhqXW8AYuhQK
1347566160980578307-ErLJ9dQXEAESaPd
1347401639255179265-ErK1XI9WMAI57cQ
1347219987870543872-N_kjJ0ARpRXIixQg
1347213980582887427-ErliBN9XUAEdvsd
1346960351393316866-r9jQ_RWtGyXlxiAz
1346898020533641216-ErEePWRXEAAjeJb
1346887246851371008-VgBJJfEsv_Uf_NWy
1346885723119439873-zyuXA5hWArLkHF6x
1346885699157463041-VycNE3bswhxusoCd
1346884997781749762-ErEPov1WMAEN38E
1346861935099219968-ErDznBnU0AAly1k
1346861592961458176-_LZLdR1sF7aAq4Vm
1346838481092415489-ySc5ggJkyhP_dAP8
1346602607561887746-m75nGdrbm3UPXpw0
1346275215580360706-1SBzPaJH89JxLZBi
1345553695052685312-2tEr8fNBsXILXlyV
1345544141774589953-EqvbIhUXEAMj0hi
1345238600577761280-Eqs7wwAXIAEfTKM
1345238600577761280-Eqs7ww8W4AEOQ-h
1345218381897560067-EqsF-0uVgAAeqlX
1345133407366365185-xBTHDFp_yb9XVcWN
1345059657610534912-EqpYEIAVgAApdzM
1345049746239471616-EqmnqD1XUAEQqLA
1344912700317450242-EqnvQSXXYAAlpe2
1344906668975349762-EqoM8cfVEAEbjdj
1344871808290308098-qWeDwXMOOwlxZR7h
1344865565605650434-EqnsGabU0AEt1yJ
1344852604539473920-EqnGvZbW4AA1vS-

1344852604539473920-EqnGtjtXMAllp_g
1344843655526318081-EqnNCjpVoAEIO7P
1344488752140279808-HSWrVM7qUmdSFV_F
1344051714517684224-Eqb2ISZW4AcuH0P
1343735071878987778-EqXn6ttUwAAZq6h
1343456426220347394-EqSH_axUYAAUfmF
1343398478957801473-EqS1y3IVoAEfptB
1343368994334547968-EqSRkXQU0AldG2G
1343322521144156160-EqM0ti0U8AARBUW
1343258461488914432-NWgJzMNWwPDP3nD5
1343251771326517249-EqQwXaCUYAE2-9O
1343238380818034690-EqQOzN9UcAAvkXU
1343047599868182531-EqNuNIUU8AEgdSO
1342920765591625729-EqMDSCnXAAEHdqO
1342506576700043264-EqFj6qrWMAEZyS3
1342506136952401920-EqFmc6xU8AEGxCF
1342208381688324096-UxpUdgaZEVhERw-d
1342202782518968320-3o8SjCj9raEERHDv
1341547278692089856-Ep0Oo9SXUAEq9T4
1341439931168649216-Ep2bAe2W4AEvEUL
1341439908750082048-Ep2IqbOXEAl2Rgs
1341161087337603072-8kAerJgT0o3mCLVv
1340800460626644993-Ept57EMW8AAvV7c
1340573476906704897-4TgY22HSJqMcPI7h
1340568601556705281-EpqoCTIVQAA5YRR
1340567224537341952-Epqmx9HUwAAlp7T
1340567224537341952-Epqmx9HUcAAaW5I
1340567224537341952-Epqmx9HU0AARfvc
1340567224537341952-Epqmx9FU8AEkZX2
1340478609153126401-jyIBomm5Ox8XfbXJ
1340444025879326721-f8sC5ci_6W-FkWri
1339648604655374342-EpdiwSzW4AEPjvh
1339065453591879681-EpVNKx-XUAAEgOI
1339065453591879681-EpVNKx9XEAA-aRJ
1339050260715483137-EpUifqHXIAAWfjb
1338727170533851137-EpQdQ3EUUAly-FM
1338619289952112641-EpO7JV0UUAISuO8
1338364611288911873-EpK5KHnUwAEJ7lq
1338303189909557248-JbVsTWWc-sB4Ykmw
1338231529672065025-EpJaev4VgAEee12

20

1338187008510840833-XqP6FSuTBpAKfZMW
1337982339641528320-BNkxN3sCDb-haVL3
1337956585306423296-4d5WLRNAyY1gbkdd
1337925838000386048-BcV8apgDKjVXZ15-
1337925694597128193-EpD2JpQXIAAkkvu
1337925276265631744-EpEFi1LXEAEx1EV
1337909094703742976-C2ReEm8yE1aD21oE
1337880491421126656-eqjjFa4OoLurL1K9
1337613770550472706-EpAbSZQU0AlhA7e
1337592489083990017-EpATFILU8AAyr3Z
1337589365371854849-Eo_UiEEVEAEmDPy
1337418462881218562-Eo9276GUwAAjvVG
1337093720328433666-Eo5A8CbXcAMvWNM
1337076270413201409-Eo4PCDdXYAEvH8y
1337076270413201409-Eo4PCB9XEAAroWs
1336904638834995200-Eo2jrtmUwAELO9C
1336794746312818689-Eo052VGVgAACojD
1336750477334224897-Eo0CB0fXEAl7f2d
1335464619817787392-Eog7A0hXYAA4kkB
1335347438345842689-kvv0zMjLQ8BMcfnC
1335276373561069568-Eofax_RVQAlLz3Z
1335276373561069568-Eofax_RUYAMCW3I
1335276373561069568-Eofax_EUYAAY-CC
1335276373561069568-Eofax_EUcAUv4tc
1334620605522485248-EoVozPsVoAAt5I0
1334542227993894912-EoU-MDvW4AlJwyN
1334523006543044609-EoUthTHXUAEbcw0
1334523006543044609-EoUtfWHWMAlujVI
1334378250802323461-O7USQCcgCpk5RNuG
1334308910048534528-EoRjGE_W4AAuUsf
1334276978766094336-EoRNfSwXcAkHUjX
1334274346567647232-aNjrGziAs63su1Fw
1334274296034693120-EoRKc1nXcAAkQkW
1334274146889420801-EoQkI7CXEAQkpuK
1334057772304920577-EoM0gKIVkAlSW7y
1334044158151933952-EoMHk4YXIAlfVjn
1333463535020478466-sOqdZ34HznyvnpOV
1333463130597335040-EoFcmQrVkAAjdXP
1333463130597335040-EoFclycUcAwiBd3
1333463130597335040-EoFcIVOUcAY2K7B

21

1333463130597335040-EoFck1YUcAoaNZs
1333430924214640640-EoE2tRgXMAA8jAW
1333230214529236992-EoCTq1UUYAAUcVD
1333187156831944709-EoBukBoVkAASXgC
1333092199228002304-EoANKEQVgAEll66
1332554831999889410-En3zwC7VoAEbTXu
1332445948098670592-En2-2BGXEAYuo_W
1332146452043218944-Enw1fXtXYAIB56I
1331720765935210496-EnrQUufUwAAjxQe
1331012048738684928-Eni0ZuoUwAAHldj
1331012048738684928-Eni0ZuiVQAAdnfP
1330271346912342016-EnXcT0uXcAkLukc
1330153867292667910-EnWn4kNXcAAMiMk
1330039366924767235-dLXMDXtu8igtQCVu
1329635437875400707-EnN49zFVkAEuBg0
1329635437875400707-EnN49xdVgAUBHtm
1328506968164581376-Em9t45eUUAAsjNO
1328070121839988737-Em4YPx3XlAEdhm1
1328048971298729984-8oVz_9Kp_-2r1cXZ
1327824188288057344-Em1hD45VkAAm74s
1327821675459534849-Em1exhNVoAAg_5B
1327821581200945153-Em1esH8VcAA7N2y
1326747877067034624-EmmK3hIXcAISy08
1326699433753415681-oRH3L8BOJSwdzjuJ
1326610941690089473-EmkRnilVcAAQiul
1326610889651318784-EmkRkooVkAACRvN
1326610848861745152-EmkRiQ0VkAEI2WX
1326342415259627521-EmgdZZOU8AAxVoo
1326339887767801856-EmgbGMXVgAA8Y8d
1326217081352642560-Embn6vQXUAAr9Hb
1326217081352642560-Embn6tmW4AE0nl-
1326202928927928320-EmeHD_-XEAlm6nw
1325998859256950784-Embi0DqXMAAWToH
1325883131266654208-EmZ7rU2VkAIKnm_
1325861748755243008-EmZoO41U0AAch8L
1325621626419859456-EmWN17zUYAIxTqg
1325532368203997184-EmU8qcPUcAA6yi6
1325470760819781632-N749_0G7y6jzAq1w
1325235544477986816-EmQl4rxVMAI_LNv
1325119919957004290-EmPFim4VkAUvTOW

1324960851111997440-EmM03ynU4AAfpi-
1324853621486284800-EmLSI1DWMAk77uW
1324817814293606401-56DUOHe3PhCtaZHF
1324797791852441600-EmKSdzRX0AEeSzW
1324783273776566272-ABG91JP6CzWZEJTB
1324773498116435969-BlhurEWe7OROm5Cr
1324382995634032641-EmEnNnlW0AlcrNr
1324099696751603712-EmAHMkrU0AozAuR
1324092779656474624-EI_ysETX0AE6NT3
1324068393268383744-EmAJHapXEAMK3-m
1323731113320226817-EI7WbhyU0AAPqWY
1323712835004690433-EI6ZZQDVMAUI5YC
1323701001363156997-EI67CbwVMAE7Y17
1323691174381588480-EI6yGulVgAAfNIT
1323672639915782144-EI6hP1eVgAACYS8
1323654560737501184-g2QDfoeVrvF0CAdz
1323654287038111744-EI6MqveVoAs8-nO
1323507421025726464-kWg1lrGg4vmMqD7c
1323340697664069632-EI1zWUqVcAAMwjX
1323339292295323648-LaHozwMKyHG5QKx8
1322972494546886656-EIwVmwUU4AA4gl9
1322972494546886656-EIwVmk0VcAEW8x1
1322972494546886656-EIwVmdvVoAA5v4W
1322972494546886656-EIwVmdtU0AAAKuB
1322734608706805760-EItL9TLXEAUuPJT
1322734608706805760-EItL9TKXUAUoBie
1322734608706805760-EItL9TKXUAEGI33
1322734608706805760-EItL9TKWMAEsbaY
1322721156013596672-EIs_4EnVMAA-uhU
1322721156013596672-EIs_4EnU0AAw40Y

| | |
|---|---|
| 98906083-community-tweet | 030943 |
| 98906083-deleted-direct-messages | 030944-030955 |
| 98906083-deleted-direct-messages-group | 030956 |
| 98906083-deleted-note-tweet | 030957 |
| 98906083-deleted-tweets | 030958 |
| 98906083-direct-messages | 030959-031478 |
| 98906083-direct-messages-group | 031479-031526 |
| 98906083-note-tweet | 031527 |
| 98906083-periscope-broadcast-metadata | 031528 |
| 98906083-tweets | 031529-033950 |
| Declaration | 033951-034470 |

README 034471-034476
Twitter-public-key-gpg.asc 034477
tylerbowyer-98906083-2024-04-05-21-31-13-72399084 034478
tylerbowyer-98906083-2024-04-05-21-54-10-72399360 034479

**ANDREW HITT**
Andrew Hitt Interview Audio Jun 11 2024 034480

**CASSIDY HUTCHINSON #3**
Cassidy Hutchinson Int 3 3-26-24 034481

**GREG JACOBS #2**
Greg Jacobs Emails (Supplement 27) 034482-034483

**JENNA ELLIS #2**
001.139_20201201_YS_11-30-20.pdf (1) 034484-034490
Jenna Ellis J6 Deposition 3-8-22 034491-034556
Bobb J6 Excerpts 034557-034560
Boris telling everyone press release 034561-034565
Bowers J6 Excerpts 034566-034568
Ellis and Nancy Cottle 034569
Ellis Bob Tweet 034570
Ellis December 22 Plenary Power Tweet 034571
Ellis Exhibits from June 17 2024 Interview 034572-034646
Ellis Nov Tweet Promoting Hearings 034647
Ellis November OAN Interview about Hearings in AZ 034648-034653
Ellis Post Arizona Hearing Tweet 034654
Ellis Stop the Steal Tweet 12-21-2020 034655-034656
Ellis Tweet Election was Stolen 034657
Ellismemos 034658-034660
Epshteyn Communication Timeline_WORKING 034661
Giuliani J6 Excerpts 034662-034665
Herschmann J6 Excerpts 034666-034669
Hodgson J6 Excerpts 034670-034672
Kerik J6 Excerpts 034673-034678
Kerin Retweeting ellis on stop the steal 034679
Miller group text 2020 12 1 034680-034689
Miller J6 Excerpts 034690-034891
Waldron PowerPoint 034892-034927
Jenna Ellis interview 034928

**LORAINE PELLEGRINO #2**

Interview 6-15-24

| | |
|---|---|
| Loraine Pellegrino #1 | 034929 |
| Loraine Pellegrino #3 (1) | 034930 |
| Loraine Pellegrino #3 (2) | 034931 |
| lorraine pellegrino news statement | 034932 |
| Pellegrino Stuff | 034933-034960 |
| Safsten CDR with Lee Miller | 034961-034974 |
| 001.11_20210105 AZGOP Update Decertify | 034975 |
| 001.13_20210105 Google Alert Loraine Pellegrino | 034976 |
| 001.100_20201203 Rae - 11-24-20 | 034977-034982 |
| 001.100_20201203 Rae | 034983 |
| 001.101_20201203 Fwd What next Request To Speak trainin | 034984-034985 |
| 001.102_20201203 Fwd Who we need to contact All AZ Rep | 034986-034987 |
| 001.102_20201203 Arizona State Legislators | 034988 |
| 001.102_20201203 AZ Leg Do You Have The Will | 034989 |
| 001.103_20201203_Board_Resignation | 034990 |
| 001.104_20201203 | 034991 |
| 001.105_20201203_AZGOP_Update_Our_Next_Steps | 034992 |
| 001.106_20201203_social_media | 034993 |
| 001.108_20201202_Fwd_ - proxy | 034994 |
| 001.108_20201202_Fwd_ - Untitled attachment 00023 | 034995 |
| 001.108_20201202_Fwd | 034996 |
| 001.109_20201202 Your Tickets for December Executive Comm | 034997-034999 |
| 001.109_20201202 131389289903-1545323539-ticket | 035000-035001 |
| 001.110_20201202 RSVP Executive Committee Meeting Saturda | 035002-035003 |
| 001.111_20201202_PVRW_December_Newsletter | 035004-035008 |
| 001.112_20201202_- LD18_Sign_In_Sheet_2020 12 02 | 035009 |
| 001.112_20201202 | 035010 |
| 001.113_20201202_Fwd_Robert_s_Rules_on_Approving_Meeting | 035011-035012 |
| 001.114_20201202_ - Tyranny of the Administrative State AdT | 035013 |
| 001.114_20201202 | 035014 |
| 001.115_20201202 IMPORTANT REMINDERS | 035015-035016 |
| 001.116_20201202_Congrats | 035017 |
| 001.117_20201202_Fwd_Your_Debit_Card_Transactions_Refund | 035018 |
| 001.118_20201202_Re_Robert_s_Rules_on_Approving | 035019 |
| 001.119_20201202_Robert_s_Rules_on_Approving | 035020 |
| 001.120_20201202_Fwd_Your_Debit_Card_Transactions_Refund | 035021 |
| 001.121_20201202_Re_Your_Debit_Card_Transactions_Refund | 035022 |
| 001.123_20201202_Prayer | 035023 |
| 001.123_20201202_Prayer – novprayer | 035024 |
| 001.124_20201202_FW_ARIZONA_FEDERATION | 035025 |

| | |
|---|---|
| 001.125_20201202_Who_we_need_to_ocntact | 035026 |
| 001.125_20201202 Arizona State Legislators | 035027 |
| 001.125_20201202 AZ Leg Do You Have The Will | 035028 |
| 001.127_20201202_Fwd_What_s_next_Request_To_Speak_trainin | 035029-035030 |
| 001.128_20201201_Re_On_behalf_of_Sidney_Powell | 035031-035033 |
| 001.128_20201201 AZ DTR Engagement Agreement | 035034 |
| 001.129_20201201_Re_On_behalf_of_Sidney_Powell | 035035-035036 |
| 001.129_20201201 AZ DTR Engagement Agreement copy | 035037 |
| 001.131_20201201_Re_On_behalf_of_Sidney_Powell | 035038-035039 |

**MARK MEADOWS**

| | |
|---|---|
| Mark Meadows texts (Edited AZ references) | 035040-035051 |

2.     *State's Request for Disclosure*

The State requests all disclosure required under Arizona Rule of Criminal

Procedure 15.2(a)(1)(A)(H) and (e)(7)(A)-(B).

3.     *Continuing Disclosure*

The State will continue to disclose evidence and/or witnesses it plans to use

at the trial in this matter, as required pursuant to Rule 15.6.

RESPECTFULLY SUBMITTED this 2nd day of July, 2024.

KRISTIN K. MAYES
Attorney General


*/s/Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General


Original of the foregoing e-filed this
2nd day of July, 2024, via:

Maricopa County Superior Court
efilingonline.clerkofcourt.maricopa.gov

A copy of the foregoing document
emailed, with attachments made available
via the AG fileshare server, this 2nd
day of July, 2024, to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
jzook@rrpklaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
criminalparalegals@attorneysforfreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik  / Lacy Cooper
diw@wb-law.com / lacy@azbarristers.com
admin@wb-law.com
*Counsel for J. Lamon 006*

Amanda Lauer
amanda_lauer@maricopa.gov
kay.nelson@maricopa.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
staff@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
Janeth.Lira@maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Mark Williams
markwilliamsesq@yahoo.com
*Counsel for R. Giuliani 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittle.com
info@brownandlittle.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsazlaw.com
lmcondado3@gmail.com
*Counsel for C. Bobb 016*

*/ / /*

Kurt Altman
admin@altmanaz.com
admin@altmanaz.com  patgitre@patriciagitre.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
Karissa@mscclaw.com
*Counsel for M. Meadows 018*

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    07/01/2024


                                              CLERK OF THE COURT
HONORABLE JENNIFER E. GREEN                        B. Navarro
                                                    Deputy


STATE OF ARIZONA                              NICHOLAS KLINGERMAN
                                              JESSICA FOTINOS

v.

MARK MEADOWS (018)                            ANNE M CHAPMAN
                                              LEE D STEIN

                                              GRAND JURY CLERKS
                                              JUDGE GREEN
                                              VICTIM WITNESS DIV-AG-CCC



                      *NUNC PRO TUNC* ORDER

                        <u>MINUTE ENTRY</u>

        The Court has been contacted by the Clerk's Office regarding the June 11, 2024 Order
(file date) granting defense counsel permission to temporarily remove grand jury exhibits from
the custody of the Clerk's Office for 7 days.  The Clerk's Office has informed the Court that the
grand jury exhibits in this case consist of flash drives, large-format documents, and a large
binder containing approximately 500-700 pages.

        The Court is aware there are 18 defendants in this case.  Due to the number of defendants
in this case and because of the nature of the grand jury exhibits, the Court has issued previous
orders as to co-defendants that restricted defense counsel to viewing the grand jury exhibits
inside the courthouse with a Clerk's Office employee present rather than allowing the exhibits to
leave the courthouse. The Court finds the orders should be consistent and is concerned that
exhibits checked out temporarily by one defense team would unnecessarily delay a request to
view the same exhibits from another defense team.  The Court will follow that process in this
case.

CR2024-006850-018 DT                                          07/01/2024

IT IS ORDERED, *nunc pro tunc*, modifying the order filed June 11, 2024 regarding temporary release of grand jury exhibits to defense counsel.

IT IS FURTHER ORDERED allowing defense counsel to make an appointment with the Clerk's Office to view the grand jury exhibits with an employee of the Clerk's Office present.

IT IS FURTHER ORDERED that the Clerk's Office will follow its previous protocol utilized with co-defendants' defense counsel in allowing counsel in this case to view the grand jury exhibits.

IT IS FURTHER ORDERED that this *nunc pro tunc* order does not affect the separate order as to the grand jury transcript.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                         07/05/2024

                                                    CLERK OF THE COURT
HONORABLE BRUCE R. COHEN                                  D. MacErnie
                                                            Deputy

STATE OF ARIZONA                            NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                          ANNE M CHAPMAN

                                            VICTIM WITNESS DIV-AG-CCC
                                            JUDGE BRUCE COHEN

**PRELIMINARY CASE MANAGEMENT ORDER
PROTECTIVE ORDER AND EXTENSION OF TIME
TRAVEL AUTHORIZATION**

        This matter is now assigned to this division.  Upon receiving notice of the assignment,
this court reviewed the court record, which showed that a number of substantive and procedural
pleadings ha**ve** already been filed.  Consistent with the regular processing of multi-defendant
cases in this Court, an overall case plan is developed.  The purpose of this minute entry is to
begin that process.

### *Complex Case Scheduling Conference*

        Following an Initial Pretrial Conference, all cases designated as complex are set for a
Complex Case Scheduling Conference ("CCSC").  At the CCSC, the court and counsel focus on
overall case management, including determining a realistic trial date.

        IT IS ORDERED setting this matter for **Complex Case Scheduling Conference for
August 26, 2024 at 9:00 am** in this division.  Proceedings set before this division are routinely
conducted in courtroom 6B of the South Court Tower.  However, given the number of parties
involved in this matter, this August 26 proceeding only **shall be conducted in Courtroom 5A** of
the South Court Tower, which better accommodates the parties.

CR2024-006850-018 DT                                          07/05/2024

IT IS FURTHER ORDERED that **all parties shall appear in-person** for the CCSC.  Absent extraordinary circumstances, no virtual appearance or waiver of appearance shall be considered.

At the CCSC, there shall be discussion about future case management conferences.  Some of those conferences may proceed as a "non-appearance" Complex Case Management Conference, where parties submit a detailed, written report on the case status rather than appear personally in court.  Other proceedings may require parties to appear but, when they are anticipated to be procedural in nature, this court routinely grants requests for virtual appearances for any out-of-state defendants for those future Complex Case Management Conferences.

### *Vacating of Hearing*

For some defendants, a Status Conference was set by another judicial officer for August 1, 2024.

IT IS ORDERED vacating the August 1, 2024 Status Conference in favor of the CCSC set above.

### *Pro Hac Vice Representation*

By separate orders, this Court has granted motions filed by Defendants Bowyer (002) and Defendant Meadows (018) to associate counsel, *pro hac vice*.

### *Extension of Time*

This Court is in receipt of unopposed motions to extend time for the filing of Motions To Dismiss and Motions to Challenge Grand Jury Proceedings from some of the named defendants.  It is anticipated that others may seek a similar extension.  Rather than requiring the filing of separate motions, the court is issuing a blanket extension.

IT IS ORDERED that the deadline for the filing of any Motion To Dismiss, Motion To Remand, or Motion To Challenge Grand Jury is extended until September 23, 2024 for each named defendant, whether the extension has been sought or not.  Nothing prevents any party from seeking such relief earlier than the deadline herein.

CR2024-006850-018 DT                                           07/05/2024

### *Page Limit Extension*

There has been a motion filed by Defendant Lamon (006) to exceed page limitation on his motion to dismiss, which is hereby granted.  It is anticipated that other parties may be seeking similar relief.  Rather than requiring separate motions, which will cause delay, this Court is electing to grant leave to all parties.

IT ORDERED granting the expansion of the page limitation for motions to dismiss and any responsive pleading thereto to a presumptive total of 25 pages.  This expansion of the page limits on motions to dismiss shall apply to all parties to this proceeding.  Any further expansion of the page limitation shall require an order of the court.

### *Pending Motions*

The Court has identified a number of motions that have already been filed.  Those motions are not yet fully briefed.  However, it is anticipated that many of the motions shall be ripe for judicial determination by the date of the CCSC.

This court is reserving time for motions to be argued during the CCSC.  To facilitate those matters, this court is setting aside the times of 9 am to noon and 1:30 pm to 4:30 pm on August 26, 2024 to hear oral argument **or conduct an** evidentiary hearing on any motions ready for determination.

With this plan, there must be coordination as to how the motions shall be considered, including its sequencing.  To assist with this process,

IT IS ORDERED that the parties shall confer and create a joint pleading entitled "Notice of Pending Motions."  It shall be filed no later than August 1, 2024.  The pleading shall include the following:

- Identification of each pending motion before the court, including the names of the specific defendants who are the subject of the motion or who have joined in the motion.  Further, the notice shall include a statement as to whether the motion is fully briefed and, if not, by what date it shall be fully briefed.
- Whether the motion can be decided based on the pleadings filed or whether oral argument is sought.  If there is to be oral argument, the court will assume that the oral argument shall be conducted on August 26, 2024 unless otherwise requested by the parties.  If any motion requires an evidentiary hearing, the parties shall detail the scope of the hearing, the anticipated length of time needed for the hearing, and whether it may be conducted as

part of the August 26, 2024 proceedings.  The notice shall further identify which specific defendants are subject to each pending motion.
- Identification of any motions that are now moot given the orders contained herein.
- A list of other motions that are anticipated to be filed within the following 90 days so that appropriate scheduling can be addressed at the CCSC.

### *States' Motion For Protective Order*

The State filed a Motion For Protective Order on June 14, 2024.  The Court has reviewed the Motion, along with opposition thereto and joinder in the opposition from various defendants.  The motion will require oral argument, which shall be conducted on August 26, 2024.

However, it is noted that any delay in ruling will delay the opportunities for defendants to review documentation critical to motions that either have or may be filed.  To ensure the right to be heard and to avoid delay,

IT IS ORDERED granting the State's *Motion For Protective Order*, **without prejudice**.  At the time of oral argument, the Court shall consider the substantive propriety of any protective order and may rescind this order or modify its terms.  Until then,

IT IS ORDERED as follows:

1. Counsel for each defendant shall maintain the State Grand Jury transcripts and exhibits from the State in defense counsels' custody.  Defense counsel may scan, reproduce, and disclose such information only to support staff, defense investigators, agents and/or experts (the "defense team") as necessary for the purposes of the defense of this case.  Members of the defense teams receiving such information shall not reproduce or disseminate any discovery materials without further order of the Court.  The defendants may review the grand jury transcripts and exhibits in the presence of defense counsel of other members of the defense teams.  No defendant may retain or copy the grand jury transcripts and exhibits or remove them from the office of the defense team.  All copies must be secure so as to reasonably prevent loss, theft, or accidental disclosure in any fashion to any person or entity outside of the scope of this authorization.
2. Defense counsel shall maintain a copy of this order and shall ensure that the State Grand Jury transcripts and exhibits are identified in any case management systems as being subject to this protective order.
3. This discovery is for use in the defense of this criminal case only and not for any other proceedings, unless and until otherwise ordered by the Court.

4.  The names or other identifying information of any Grand Jurors shall be redacted.

### *Media Coverage*

Representatives of various media outlets appear to have already made inquiries about video and photographic coverage of the proceedings.  As is this Court's practice in all cases before it, court proceedings are public and absent just cause, the Court allows for media coverage of proceedings.  The parties are therefore on notice that absent a sustained objection to media coverage in advance of August 26, 2024, this Court will be granting media coverage, to include video recording of the proceedings.  Any objection to such coverage shall be filed no later than August 1, 2024.

### *Travel Authorization*

Defendant Nancy Cottle (003) filed a motion on July 3, 2024 seeking permission to travel to Wisconsin to attend the Republican National Convention scheduled for the week of July 15, 2024.  The court recognizes that there may be other named defendants seeking similar relief.

Good cause appearing,

IT IS ORDERED granting Defendant Cottle (and any other named defendant in this matter who may need a similar order) permission to travel to Wisconsin to attend the Republican National Convention scheduled for the week of July 15, 2024.

### *Notice of Long-Term Case Management*

The parties are hereby on notice that this court shall continue to manage this case through December 31, 2024.  **It is anticipated that as of January 1, 2025, another judicial officer shall be assuming management of the case.**

IN THE

# COURT OF APPEALS

STATE OF ARIZONA

DIVISION ONE



DIVISION ONE
FILED: 07/9/2024
AMY M. WOOD,
CLERK
BY: **AMI**

| | |
|---|---|
| MARK MEADOWS, | Court of Appeals |
| | Division One |
| Petitioner, | No. 1 CA-SA 24-0137 |
| | |
| v. | Maricopa County |
| | Superior Court |
| THE HONORABLE JENNIFER E. GREEN, | No. CR2024-006850-018 |
| Judge of the SUPERIOR COURT OF | |
| THE STATE OF ARIZONA, in and for | |
| the County of MARICOPA, | |
| | |
| Respondent Judge, | |
| | |
| STATE OF ARIZONA | |
| | |
| Real Party in Interest. | |

**ORDER DECLINING SPECIAL ACTION JURISDICTION**

The Court, Presiding Judge Michael J. Brown, Judge D. Steven
Williams, and Judge Daniel J. Kiley has considered the petition
for special action filed by Petitioner.

**IT IS ORDERED** that the Court of Appeals, in the exercise of
its discretion, declines to accept jurisdiction over this special
action.

**IT IS FURTHER ORDERED** vacating this court's previous order in
its entirety including the obligation requiring the filing and
service of a response to the petition.

_____/s/_____
Michael J. Brown, Presiding Judge

A copy of the foregoing
was sent to:

Anne M Chapman
Lee D Stein
Kathleen E Brody
George J Terwilliger III
Nicholas Klingerman
Hon Jennifer E Green
Hon Jeff Fine

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA,<br><br>          Plaintiff,<br>v.<br><br>**KELLI WARD (001),**<br>**TYLER BOWYER (002),**<br>**NANCY COTTLE (003),**<br>**JACOB HOFFMAN (004),**<br>**ANTHONY KERN (005),**<br>**JAMES LAMON (006),**<br>**ROBERT MONTGOMERY (007),**<br>**SAMUEL MOORHEAD (008),**<br>**LORRAINE PELLEGRINO (009),**<br>**GREGORY SAFSTEN (010),**<br>**MICHAEL WARD (011),**<br>**RUDOLPH GIULIANI (012),**<br>**JOHN EASTMAN (013),**<br>**BORIS EPSTHEYN (014),**<br>**JENNA ELLIS (015),**<br>**CHRISTINA BOBB (016),**<br>**MICHAEL ROMAN (017),**<br>**MARK MEADOWS (018),**<br><br>          Defendants. | Cause No.   **CR2024006850-001**<br>**CR2024006850-002**<br>**CR2024006850-003**<br>**CR2024006850-004**<br>**CR2024006850-005**<br>**CR2024006850-006**<br>**CR2024006850-007**<br>**CR2024006850-008**<br>**CR2024006850-009**<br>**CR2024006850-010**<br>**CR2024006850-011**<br>**CR2024006850-012**<br>**CR2024006850-013**<br>**CR2024006850-014**<br>**CR2024006850-015**<br>**CR2024006850-016**<br>**CR2024006850-017**<br>**CR2024006850-018**<br><br>**PLAINTIFF'S RULE 15.1**<br>**SGJ DISCLOSURE**<br><br>Hon. Bruce Cohen |

The State, pursuant to Arizona Rule of Criminal Procedure 15.1, makes available the following material and information. All of the materials subject to disclosure, presently in the State's possession, are referenced in this document. Additional disclosure, if any, will be made available as received, in accordance with Rule 15.6. Any such disclosure may be used in the State's case-in-chief or as rebuttal evidence in this case.

Defense counsel shall maintain the State Grand Jury transcripts and exhibits from the State in defense counsels' custody. Defense counsel may scan, reproduce and disclose such information only to support staff, defense investigators, agents and/or experts (the "defense team") as necessary for purposes of the defense of this case. Members of the defense teams receiving such information shall not reproduce or disseminate any discovery materials without further order of the Court. The defendants may review the grand jury transcripts and exhibits in the presence of defense counsel or other members of the defense teams. The parties agree that review at the office of defense counsel constitutes being the presence of the defense team for purposes of this Order. The defendant may not retain a copy of the grand jury transcripts and exhibits. Any copies must be kept secure so as to reasonably prevent loss, theft, or accidental disclosure to third parties.

1.    *Disclosure Materials*

The following disclosure materials have been uploaded to the AG Fileshare server and are available for downloading:

EXHIBITS:                                                    BATES No.:

**SGJ TRANSCRIPTS**

1. 2024-01-16_Redacted                                       SGJ000001-SGJ000110
2. 2024-01-22_Redacted                                       SGJ000111-SGJ000185
3. 2024-01-29_Redacted                                       SGJ000186-SGJ000291
4. 2024-02-20_Redacted                                       SGJ000292-SGJ000363
5. 2024-02-26-am scheduling_Redacted                         SGJ000364-SGJ000372
6. 2024-02-26_Redacted                                       SGJ000373-SGJ000482
7. 2024-03-04 Daily Admonitions_Redacted                     SGJ000483-SGJ000487
8. 2024-03-04_Redacted                                       SGJ000488-SGJ000713
9. 2024-03-11_Redacted                                       SGJ000714-SGJ000719
10. 2024-03-18_Redacted                                      SGJ000720-SGJ000873
11. 2024-03-19_Redacted                                      SGJ000874-SGJ000878
12. 2024-03-25_Redacted                                      SGJ000879-SGJ001041
13. 2024-03-26_Redacted                                      SGJ001042-SGJ001053
14. 2024-04-01_Redacted                                      SGJ001054-SGJ001062
15. 2024-04-08 Daily Admonitions_Redacted                    SGJ001063-SGJ001067
16. 2024-04-08 2nd part_Redacted                             SGJ001068-SGJ001208
17. 2024-04-09 Daily Admonitions_Redacted                    SGJ001209-SGJ001213
18. 2024-04-09_Redacted                                      SGJ001214-SGJ001333
19. 2024-04-15_Redacted                                      SGJ001334-SGJ001345
20. 2024-04-16_Redacted                                      SGJ001346-SGJ001351
21. 2024-04-22_Redacted                                      SGJ001352-SGJ001488
22. 2024-04-23_Redacted                                      SGJ001489-SGJ001531

**SGJ EXHIBITS**

Ex 1 01 16 2024 Power Point                                  SGJ001532-SGJ001604
Ex 2 01 22 2024 Power Point                                  SGJ001605-SGJ001615
Ex 3 01 29 2024 Power Point                                  SGJ001616-SGJ001634
Ex 4 CV 2020-015285 Decision Order Filed 12 08 2020          SGJ001635-SGJ001641
Ex 5 2 20 2024 Power Point State Grand Jury Subpoenae…       SGJ001642-SGJ001659
Ex 6 02 20 2024 Power Point Completed Investigative Int…     SGJ001660-SGJ001675
Ex 7 January 6 Executive Summary                            SGJ001676-SGJ001868
Ex 8 02 26 2024 Power Point                                  SGJ001869-SGJ001936
Ex 8 Slide 29 Did you bring the evidence                     SGJ001937
Ex 8 Slide 30 Give the man what he needs, Rudy               SGJ001938
Ex 8 Slide 31 We've got lots of theories, we just don't hav… SGJ001939
Ex 8 Slide 32 Bowers emotionally describes threats from…    SGJ001940
Ex 8 Slide 56 Hail the Chief                                 SGJ001941
Ex 9 03 04 2024 Power Point                                  SGJ001942-SGJ002049
Ex 9 Slide 33 Jake Hoffman interviewed by reporter on J…    SGJ002050

| | |
|---|---|
| Ex 9 Slide 42 Anthony Kern Interview with Epoch Time… | SGJ002051 |
| Ex 9 Slide 47 Anthony Kern sidesteps question from repo… | SGJ002052 |
| Ex 9 Slide 48 Anthony Kern | SGJ002053 |
| Ex 9 Slide 58 Anthony Kern speaks at Stop the Steal in D… | SGJ002054 |
| Ex 9 Slide 61 Jim Lamon interview on Politics Unplugged… | SGJ002055 |
| Ex 10 Fake Electors' Memorandum and Mailings to the Pr… | SGJ002056-SGJ002060 |
| Ex 11 Arizona Certificate of Ascertainment 11 30 2022 Ce… | SGJ002061-SGJ002067 |
| Ex 12 Document signed 12 14 2020 by legislators and me… | SGJ002068-SGJ002072 |
| Ex 13 Letter from Vice President Pence 01 06 2021 | SGJ002073-SGJ002075 |
| Ex 14 SGJ diagram Rings 03 04 2024 | SGJ002076 |
| Ex 15 SGJ diagram List of Individuals 03 04 2024 | SGJ002077-SGJ002080 |
| Ex 16 SGJ diagram Individuals from Exhibit 12 03 04 2024 | SGJ002081 |
| Ex 17 SGJ diagram List of possible charges 03 04 2024 | SGJ002082 |
| Ex 18 03 18 2024 Power Point | SGJ002083-SGJ002150 |
| Ex 18 Slide 42 Pence Lawyer warned Trump adviser | SGJ002151 |
| Ex 18 Slide 43 Pence lawyer warned Trump adviser | SGJ002152 |
| Ex 18 Slide 44 Pence lawyer warned Trump adviser | SGJ002153 |
| Ex 18 Slide 45 Eastman and Giuliani | SGJ002154 |
| Ex 18 Slide 66 Rusty Bowers | SGJ002155 |
| Ex 18 Slide 68 January 6 Committee Interview | SGJ002156 |
| Ex 19 Text Message Chain between Miller, Clark and Mur… | SGJ002157-SGJ002166 |
| Ex 20 Eastman Memo dated 12 23 2020 | SGJ002167-SGJ002168 |
| Ex 21 Eastman Memo dated 01 03 2021 | SGJ002169-SGJ002173 |
| Ex 22 Grand Jury Media Exhibits | SGJ002174-SGJ002191 |
| Ex 23 Anthony Kern Press Conference held 03 25 2024, t… | SGJ002192-SGJ002193 |
| Ex 23 Anthony Kern video | SGJ002194 |
| Ex 24 03 25 2024 Power Point | SGJ02195-SGJ002199 |
| Ex 25 SGJ Diagram Timeline and Target List 03 25 2024 | SGJ002200-SGJ002203 |
| Ex 26 Letter from counsel of Jake Hoffman | SGJ002204-SGJ002233 |
| Ex 27 04 08 2024 Power Point | SGJ002234-SGJ002260 |
| Ex 28 Draft Indictment 04 08 2024 | SGJ002261-SGJ002317 |
| Ex 29 Slide 53 Kelli Ward | SGJ002318-SGJ002386 |
| Ex 29 Slide 69 Kern at Stop the Steal January 6 | SGJ002387 |
| Ex 29 Timeline Power Point 04 08 2024 | SGJ002388 |
| Ex 30 04 22 2024 Power Point | SGJ002389-SGJ002400 |
| Ex 30 Slide 6 Judge Michael Luttig | SGJ002401 |
| Ex 30 Slide 7 Rusty Bowers | SGJ002402 |
| Ex 31 04 22 2024 Power Point | SGJ002403-SGJ002434 |

2. *State's Request for Disclosure*

The State requests all disclosure required under Arizona Rule of Criminal

Procedure 15.2(a)(1)(A)(H) and (e)(7)(A)-(B).

        3.     *Continuing Disclosure*

The State will continue to disclose evidence and/or witnesses it plans to use

at the trial in this matter, as required pursuant to Rule 15.6.

RESPECTFULLY SUBMITTED this 12th day of July, 2024.

                           KRISTIN K. MAYES
                           Attorney General


                           */s/Nicholas Klingerman*
                           NICHOLAS KLINGERMAN
                           Assistant Attorney General




Original of the foregoing e-filed this
12th day of July, 2024, via:

Maricopa County Superior Court
efilingonline.clerkofcourt.maricopa.gov

A copy of the foregoing document
emailed, with attachments made available
via the AG fileshare server, this 12th
day of July, 2024, to:

Brad Miller                                    Andrew Pacheco
Office@BradLMiller.com                apacheco@rrulaw.com
*Counsel for K. Ward 001*             jzook@rrpklaw.com
                                       *Counsel for T. Bowyer 002*


John Dosdall                                   Timothy La Sota
criminaldocket@jacksonwhitelaw.com     tim@timlasota.com
*Counsel for N. Cottle 003*            *Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
criminalparalegals@attorneysforfreedom.com
*Counsel for A. Kern 005*

Amanda Lauer
amanda_lauer@maricopa.gov
kay.nelson@maricopa.gov
*Counsel for R. Montgomery 007*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
staff@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Matthew Brown
matt@brownandlittle.com
info@brownandlittle.com
*Counsel for J. Ellis 015*

Kurt Altman
admin@altmanaz.com
admin@altmanaz.com  patgitre@patriciagitre.com
*Counsel for M. Roman 017*

Dennis Wilenchik  / Lacy Cooper
diw@wb-law.com / lacy@azbarristers.com
admin@wb-law.com
*Counsel for J. Lamon 006*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Richard Jones
Richard.Jones@Maricopa.gov
Janeth.Lira@maricopa.gov
*Counsel for G. Safsten 010*

Mark Williams
markwilliamsesq@yahoo.com
*Counsel for R. Giuliani 012*

Michael Bailey
mbailey@tullybailey.com
vneumann@tullybailey.com
*Counsel for B. Epsthyn 014*

Thomas Jacobs
tjacobs@jacobsazlaw.com
lmcondado3@gmail.com
*Counsel for C. Bobb 016*

Anne Chapman
anne@mscclaw.com
Karissa@mscclaw.com
*Counsel for M. Meadows 018*

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                         07/12/2024

                                                    CLERK OF THE COURT
HONORABLE BRUCE R. COHEN                                    S. Allen
                                                            Deputy

STATE OF ARIZONA                          NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                        ANNE M CHAPMAN

                                          JUDGE BRUCE COHEN
                                          VICTIM WITNESS DIV-AG-CCC

MINUTE ENTRY

        The Court having received and considered Defendant Mark Meadows' Motion for
Permission to File Sur-Reply in Opposition to State's Motion for Protective Order, filed
07/02/2024, and good cause shown,

        IT IS ORDERED granting Defendant's Motion.

KRISTIN K. MAYES
Attorney General
Firm Bar No. 014000
NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| THE STATE OF ARIZONA,<br>            Plaintiff,<br><br>vs.<br><br>**KELLI WARD (001),**<br>**TYLER BOWYER (002),**<br>**NANCY COTTLE (003),**<br>**JACOB HOFFMAN (004),**<br>**ANTHONY KERN (005),**<br>**JAMES LAMON (006),**<br>**ROBERT MONTGOMERY (007),**<br>**SAMUEL MOORHEAD (008),**<br>**LORRAINE PELLEGRINO (009),**<br>**GREGORY SAFSTEN (010),**<br>**MICHAEL WARD (011),**<br>**RUDOLPH GIULIANI (012),**<br>**JOHN EASTMAN (013),**<br>**BORIS EPSHTEYN (014),**<br>**JENNA ELLIS (015),**<br>**CHRISTINA BOBB (016),**<br>**MICHAEL ROMAN (017),**<br>**MARK MEADOWS (018),**<br>            Defendants. | Case No**.:** **CR2024-006850-001**<br>**CR2024-006850-002**<br>**CR2024-006850-003**<br>**CR2024-006850-004**<br>**CR2024-006850-005**<br>**CR2024-006850-006**<br>**CR2024-006850-007**<br>**CR2024-006850-008**<br>**CR2024-006850-009**<br>**CR2024-006850-010**<br>**CR2024-006850-011**<br>**CR2024-006850-012**<br>**CR2024-006850-013**<br>**CR2024-006850-014**<br>**CR2024-006850-015**<br>**CR2024-006850-016**<br>**CR2024-006850-017**<br>**CR2024-006850-018 X**<br><br>**AMENDED NOTICE OF INTENT TO**<br>**FILE RESPONSE TO DEFENDANTS'**<br>**MOTIONS TO DISMISS PURSUANT**<br>**TO A.R.S. § 12-751**<br><br>**AND**<br><br>**AMENDED REQUEST TO SET**<br>**OMNIBUS BRIEFING SCHEDULE**<br>(Expedited Ruling Requested)<br>(Assigned to the Honorable Bruce Cohen) |

1

The State of Arizona, through undersigned counsel, hereby provides the Court with an amended notice of its intent to file a response to Defendants' Motions to Dismiss under A.R.S. § 12–751, based on the Court's July 5, 2024 case scheduling minute entry. As stated in the State's previous filing, although the State is not required to file a response concerning the prima facie component of Arizona's anti-SLAPP statute, A.R.S. § 12–751(B), the State would like an opportunity to address Defendants' arguments given that they raise a matter of first impression and public importance.[1]

Since the filing of the State's initial notice, the Court set a universal response deadline of September 23, 2024 for motions to dismiss under A.R.S. § 12–751. Based on this new information, as well as the interests of judicial economy and efficiency, the State now requests it be permitted to file its response 15 days after the Court's deadline, or **October 8, 2024**. *See* Ariz. R. Crim. P. 1.9(b) (response to be filed ten days after service); 1.10(a)(5) (five calendar days are added if served through electronic filing).

## DISCUSSION

"A trial court has broad discretion over the management of its docket." *Findlay v. Lewis*, 172 Ariz. 343, 346 (1992); *see also* Ariz. R. Crim. P. 1.9(d); *State v. Colvin*, 231 Ariz. 269, 271, ¶ 7 (App. 2013) ("Trial courts have discretion to extend the time for filing motions . . . .").

---

[1] The State reserves its right, as provided by A.R.S. § 12–751, to separate address the stage of the anti-SLAPP statute should the Court find the Defendants' have met their prima facie burden under the first stage.

As outlined in the State's previous filing on this issue, numerous defendants have submitted Motions to Dismiss invoking A.R.S. § 12–751, or have sought the Court's approval to extend the deadline to file their anti-SLAPP motions. To serve the interests of judicial economy, the Court granted those extension requests and set a general deadline for all defendants to submit a Motion to Dismiss under A.R.S. § 12–751 by September 23, 2024. Given these circumstances, as well as the overlapping legal arguments and factual issues presented so far and likely to be presented in each motion, the State believes that a single, omnibus response, followed by a single reply deadline for all defendants, provides the most efficient method to resolve the motions. Doing so will, for example:

(1) Allow motions to be addressed on a single timeline, rather than piecemeal;

(2) Avoid potentially redundant oral arguments or other hearings;

(3) Permit the Court to issue a single decision if it so desires; and

(4) Greatly simplify the logistics of any special action or appeal, should any party seek review of the Court's ruling.

Accordingly, the State respectfully requests that the Court permit the State to file an omnibus response to all Defendants' Motions to Dismiss under A.R.S. § 12–751 on the following schedule:

- State's Response Deadline for All Motions to Dismiss under A.R.S. § 12–751: **October 8, 2024**

- Defendants' Reply Deadline for All Motions to Dismiss Under A.R.S. § 12–751: **October 16, 2024**, subject to change if any Defendant later seeks additional time to reply.

Of course, if all Defendants submit anti-SLAPP Motions (or indicate they do not plan to file an anti-SLAPP Motion) before the Court's September 23, 2024 deadline, the State will file an omnibus response according to the Arizona Rules of Criminal Procedure.

## CONCLUSION

For the reasons stated above, the State requests the Court allow the State to file a limited response to the prima facie component of Defendants' Motions to Dismiss under A.R.S. § 12–751 following the Court's deadline of September 23, 2024.

Respectfully submitted July 16, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL

*/s/ Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General
Criminal Division

ORIGINAL of the foregoing e-filed
This 16th day of July, 2024 with:

Clerk of the Court
Maricopa County Superior Court
175 West Madison Street
Phoenix, Arizona 85003

The Honorable Bruce Cohen
Maricopa County Superior Court

COPY of the foregoing emailed
this 16th day of July, 2024 to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik
diw@wb-law.com
*Counsel for J. Lamon 006*

Danny Evans
Danny.Evans@maricopa.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Mark Williams
markwilliamsesq@yahoo.com
*Counsel for R. Giuliani 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittlelaw.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsArizonalaw.com
*Counsel for C. Bobb 016*

Kurt Altman
admin@altmanaz.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
*Counsel for M. Meadows 018*

/s/ *Krista Wood*

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    07/16/2024

CLERK OF THE COURT
HONORABLE BRUCE R. COHEN                           D. MacErnie
                                                          Deputy

STATE OF ARIZONA                          NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                        ANNE M CHAPMAN

                                          JUDGE BRUCE COHEN
                                          VICTIM WITNESS DIV-AG-CCC

**BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**

Pending before the Court are motions to dismiss pursuant to ARS § 12-751. These motions were either initiated by or joined with by many of the named defendants. It is noted that there is a separate motion to dismiss filed by Defendant Lamon on other grounds.

As set forth in the court's minute entry of July 5, 2024 entitled "Preliminary Case Management Order," the parties are required to file a joint pleading entitled "Notice of Pending Motions" by no later than August 1, 2024. As part of that pleading, those defendants who are joining in the ARS § 12-751 motion to dismiss shall be identified to ensure that the any rulings made thereon are properly applied to those specific defendants seeking this relief.

The State filed pleadings entitled "Notice of Intent To File Response" and "Request For Briefing Schedule." In addressing this pleading, the court notes that ARS § 12-751(B) does not require a responsive pleading "unless and until the court finds that the moving party has established the *prima facie* proof" required and the court directs the filing of a responsive pleading. Here, the State has indicated its intention to file a responsive pleading before being directed to by the court. The State is focused on whether the *prima facie* showing can be met. For that purpose, the court concludes that full briefing on this statutory threshold would be of assistance to the court and in the interests of justice.

CR2024-006850-018 DT                                    07/16/2024

IT IS THEREFORE ORDERED granting to the State the right to file a responsive pleading to the Motions to Dismiss pursuant to ARS § 12-751 on or before **July 22, 2024**.  The Response shall address facts and law that focus only Defendants' *prima facie* proof component of ARS § 12-751(B).  If the court later finds that the *prima facie* showing required of Defendants has been met, the court shall set a briefing schedule, argument and any required evidentiary hearing to address additional provisions of ARS § 12-751(B)(1)(a), (b) and (c).

IT IS FURTHER ORDERED that any Reply to the State's Response shall be filed on or before **August 9, 2024**.

IT IS FURTHER ORDERED that absent any further orders of the Court, oral argument/evidentiary hearing shall be held on August 26, 2024, as previously ordered, on the issue of whether a *prima facie* showing pursuant to ARS § 12-751(B) has been established.

IT IS FURTHER ORDERED that as to Defendant Lamon's "*Motion To Dismiss Indictment Pursuant to Rule 16.4(b), U.S. Const. Art. II and VI, U.S. Const. Am I, V and XIV, and Ariz. Const. Art. II,  §§ 4 and 6* " filed on June 24, 2024, the same briefing schedule detailed above shall apply.  Unless otherwise ordered, oral argument on this motion shall be held on August 26, 2024.

IT IS FURTHER ORDERED that the scope of the August 26, 2024 proceedings may be further expanded or limited upon agreement of the parties and order of the Court.

**Prosecutor**

| | |
|---|---|
| Name: | Nicholas Klingerman |
| Bar Number: | 028231 |
| Address: | 2005 N Central Avenue |
| | Phoenix, AZ 85004 |
| Email: | Nicholas.Klingerman@azag.gov; |
| | crmfraud@azag.gov |
| Telephone: | (602) 542-3881 |

**Defense Counsel or Self-Represented Defendant**

| | |
|---|---|
| Name: | Anne Chapman |
| Bar Number: | 025965 |
| Address: | 2600 North Central Avenue, Suite 1000 |
| | Phoenix, AZ 86004 |
| Email: | anne@mscclaw.com |
| Telephone: | (602) 358-0292 |

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| **STATE OF ARIZONA,** | No. CR: CR2024-006850-018 |
| Plaintiff, | Commissioner Christina Henderson |
| v. | **INITIAL PRETRIAL CONFERENCE STATEMENT** |
| MARK MEADOWS (018), | **IPTC HEARING DATE:** July 30, 2024 |
| Defendant. | ***\*\*Parties must file this statement 3 court days before hearing date.\*\**** |

---

**REQUEST FOR APPEARANCE HEARING**

**Note:** *To request that the IPTC be an appearance hearing, <u>file</u> this statement no less than 3 court days <u>before</u> the IPTC date and <u>email a courtesy copy</u> to the IPTC Commissioner.*

1.  Is any party requesting an appearance hearing?  ☐ Yes   ☒ No

    If yes, who is requesting the hearing?  ☐ State   ☐ Defendant

2.  Provide the basis for the requested hearing (e.g., missing disclosures, pending motions):

    _____

3.  Does the Defendant want their presence waived?  ☒ Yes   ☐ No

**Case Status**

The parties hereby avow to the Court that the following activities have occurred in this case (check all that apply):

☒ Defense counsel and Defendant have been in communication.

☒ The State has complied with Rule 15.1, Ariz. R Crim. P.

☒ The Defendant has complied with Rule 15.2, Ariz. R Crim. P.

☒ There are no disclosure or discovery disputes at this time between the parties that require the Court's involvement.

☐ There are no pending motions (including Notice of Change of Judge) before the court.

For any item(s) **not** checked above, please explain why and the parties' plan for addressing these issues:

Defendant Meadows and the State have been in contact about discovery. The State has been working to answer any requests and questions by Defendant Meadows. There is no need for court intervention at this time.

Defendant Meadows has a pending motion to associate counsel *pro hac vice*.

Defendant Meadows has a pending objection to the State's Motion for Protective Order regarding State Grand Jury transcripts and exhibits.

**Plea Discussions**

The status of plea negotiations is as follows (check applicable boxes):

☐ There is a written plea offer that expires on EXPIRATION DATE. The plea offer has been communicated in writing to: ☐ defense attorney / ☐ Defendant.

☒ A plea offer is forthcoming from State/being discussed/or a deviation request is pending.

☐ No plea offer will be made.

☐ A settlement conference has been held.

**Hearing Dates**

☐ Defendant has been advised of the upcoming hearing dates, including the Comprehensive Pre-Trial Conference (CPTC), the Final Trial Management Conference (FTMC), and Trial Dates.

☒ Victims' Rights have been complied with (as applicable).

☐ The Court still needs to set the following hearing(s). (The hearings will be set via minute entry and defense counsel will need to file a declaration with the Court within 10 business days confirming that they have informed Defendant of the dates.)

    ☐ CPTC      ☐ FMTC      ☐ Trial

**Defendants with Multiple Cases / Codefendant Matters / Complex**

☐ Defendant has multiple cases pending Maricopa County Superior Court. If checked, list all case numbers here (including probation violation matters): _____

☐ The State and Defendant agree to align all last days to the case listed above with the latest last day and align all hearing dates.

☐ Defendant agrees to waive Rule 8 time on all pending cases (to the extent necessary) to allow for last days to be aligned.

☒ This is a co-Defendant case. If checked, list the co-Defendant(s) name(s), assigned Case Management Judge(s), and next hearing date(s).

| <u>Name</u> | <u>Judge</u> | <u>Next Hearing</u> |
|---|---|---|
| Kelli Ward (001) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Tyler Bowyer (002) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Nancy Cottle (003) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Jacob Hoffman (004) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Anthony Kern (005) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| James Lamon (006) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Robert Montgomery (007) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Samuel Moorhead (008) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Lorraine Pellegrino (009) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Gregory Safsten (010) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Michael Ward (011) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Rudolph Giuliani (012) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| John Eastman (013) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Boris Epshteyn (014) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Jenna Ellis (015) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Christina Bobb (016) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Michael Roman (017) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |

☐ The parties intend to file a request for the Court to designate this case as complex by Click or tap to enter a date.:

**Prosecutor**

**Defense Counsel or**
**Self-Represented Defendant**

| **Signature: /s/ Nicholas Klingerman** | **Signature: /s/ Anne Chapman** |
|---|---|
| **Name:** Nicholas Klingerman | **Name: Anne Chapman** |

Date Submitted: July 18, 2024

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    07/18/2024

                                              CLERK OF THE COURT
HONORABLE BRUCE R. COHEN                            D. MacErnie
                                                      Deputy


STATE OF ARIZONA                          NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                        ANNE M CHAPMAN

                                          JUDGE BRUCE COHEN
                                          VICTIM WITNESS DIV-AG-CCC



**ORDER RE: BRIEFING AND ARGUMENT ON ANTI-SLAPP MOTIONS TO DISMISS
ORDER PERMITTING VIRTUAL APPEARANCES**

        This court previously issued scheduling orders. Before and since those orders were entered, the parties have filed a variety of motions, some of which address briefing schedules. This court has reviewed its prior orders as well as the pleadings from the parties and from that, has concluded that there a number of proposed schedules that have been communicated and that could become the source of confusion and delay.

        Many of the Defendants have filed for dismissal pursuant to ARS Section 12-751 or have joined in the motion filed by others. The statute was enacted to ensure that a party is not subjected to litigation brought for the purpose of impacting that party's constitutionally protected right to free speech, press, and assembly. By its nature, it is an issue that requires timely intervention.

        For the purpose of developing a briefing schedule and oral argument, the court makes particular note of the provisions of subsection B of the statute. It provides:

        B. A person who files a motion pursuant to subsection A of this section has the
        burden of establishing prima facie proof that the legal action was substantially
        motivated by a desire to deter, retaliate against or prevent the lawful exercise of
        a constitutional right. The moving person may submit evidence based on the
        record, a sworn affidavit or other evidence that is submitted with the motion to
        dismiss or quash. A party is not required to file a response to a motion filed

pursuant to subsection A of this section unless and until the court finds that the moving party has established the prima facie proof and orders the party to file a response. The court shall grant the motion unless one of the following applies:

1. If the responding party is a state actor, the responding party shows that the legal action on which the motion is based is justified by clearly established law and that the responding party did not act in order to deter, prevent or retaliate against the moving party's exercise of constitutional rights. A state actor may satisfy the requirements of this paragraph by doing any of the following:

(a) Establishing that the person who initiated and conducted an investigation that resulted in the legal action and that made the decision to pursue the legal action was unaware of the movant's lawful exercise of the constitutional right.

(b) Establishing that the state actor has a consistent practice of pursuing similar legal actions against similarly situated persons who did not lawfully exercise constitutional rights.

(c) Producing any other evidence that the court finds sufficient.

The statute provides for two separate and distinct determinations. At this time, the court is focused on the first of the two; that being, whether the Defendants have established *prima facie* proof that "…the legal action was substantially motivated by a desire to deter, retaliate against or prevent the lawful exercise of a constitutional right." For this determination, the court is not required to seek a responsive pleading from the State. Yet in the interests of justice, this Court has ordered that the State may file a responsive pleading focused only on this first prong of the statute. If and only if the court finds that the *prima facie* showing has been met by Defendants, the court then turns to subsection (B)(1)(a), (b) and (c) of ARS Section 12-751.

The statute does not require the court to allow for oral argument or the presentation of evidence. It authorizes the determination to be made based upon the court record and supportive affidavits. Here, the record has not been developed and based thereon, the court is extending to Defendants a full opportunity to meet their burden of proof and is allowing the State to respond in opposition thereto. That is one of the purposes of the hearing set for August 26, 2024. If this court were now to extend further the threshold determination (as is sought by the State in their Amended Notice of Intent" that was filed on July 16, 2024 and apparently agreed to by at least some of the named defendants), the motion to dismiss will be delayed by months.

Based upon the foregoing, the Court is settling on the following schedule during these preliminary stages of the litigation:

CR2024-006850-018 DT                                    07/18/2024

### *August 1, 2024*

As ordered in the minute entry of July 5, 2024, the parties shall confer and create a joint pleading entitled "Notice of Pending Motions." It shall be filed no later than August 1, 2024. The pleading shall include the following:

- Identification of each pending motion before the court, including the names of the specific defendants who are the subject of the motion or who have joined in the motion. Further, the notice shall include a statement as to whether the motion is fully briefed and, if not, by what date it shall be fully briefed.
- Whether the motion can be decided based on the pleadings filed or whether oral argument is sought. If there is to be oral argument, the court will assume that the oral argument shall be conducted on August 26, 2024 unless otherwise requested by the parties. If any motion requires an evidentiary hearing, the parties shall detail the scope of the hearing, the anticipated length of time needed for the hearing, and whether it may be conducted as part of the August 26, 2024 proceedings. The notice shall further identify which specific defendants are subject to each pending motion.
- Identification of any motions that are now moot given the orders contained herein.
- A list of other motions that are anticipated to be filed within the following 90 days so that appropriate scheduling can be addressed at the CCSC.

### *August 5, 2024*

Replacing prior scheduling orders, the State may file its responsive pleading to the Anti-Slapp motions to dismiss on or before August 5, 2024. The response shall be limited to the threshold determination of whether a *prima facie* showing has been made by Defendants, as contemplated under ARS Section 12-751(B).

### *August 19, 2024*

To the extent that any Defendant wishes to file a Reply in support of whether the Anti-Slapp motions to dismiss are sufficient to meet the burden of proof threshold, defendants may do so on or before August 19, 2024.

CR2024-006850-018 DT                                        07/18/2024

### *August 26, 2024*

This is the date presently set for the Complex Case Scheduling Conference.  As part of this Conference, the court shall work with the parties to develop a meaningful and viable pretrial and trial schedule.

Further, there shall be oral argument on the issue of whether Defendants have met their *prima facie* burden of proof for the Anti-Slapp motions to dismiss.  The Court shall then either rule in open court or may take that issue under advisement.  If the court does not decide the threshold question under ARS Section 12-751 at the end of oral argument or if the court finds that the burden of proof has been met, a hearing schedule shall be developed to address the second prong of the statute.  This will ensure that if the *prima facie* showing is established either at the Conference or as found in a later-issued ruling, there is an agreed-upon schedule for the next stage in the proceedings.

The Court shall also review with counsel the issues identified in the "Notice of Pending Issues" required from the parties by August 1, 2024.  To the extent that the issues are fully briefed, they may also be addressed at the Conference. If they are not fully briefed or if they require an evidentiary hearing or additional time, a schedule shall be developed for those matters to be heard.

The Court notes that there are other motions to dismiss that have been filed.  The full briefing schedule on all such motions (other than the Anti-Slapp motions) shall be finalized at the Conference.

The Court has received requests from some defendants for their appearances to be waived or for them to be allowed to appear virtually.  No waiver of appearance is granted.  Each defendant must participate in the August 26 proceedings.

The issue left to be decided relates to whether any non-Arizona resident defendants may appear virtually rather than in person.  The August 26th proceedings will not be limited merely to developing a schedule.  This court intends to address as many substantive issues as possible. Proceedings of this nature are facilitated when all parties are present, in-person.  But while this court is disinclined to allow for appearances to be through a virtual platform, the court also recognizes the costs associated with travelling to Arizona for this hearing.

Accordingly, but <u>only as to any Defendant who does not reside in Arizona,</u>

IT IS ORDERED that said Defendant(s) may appear virtually for the August 26, 2024 proceedings.  Each such Defendant shall ensure that they are at a location that is private and not subject to interference or outside activity.

CR2024-006850-018 DT                                        07/18/2024


IT IS FURTHER ORDERED that Mr. Wilenchik may appear virtually on behalf of Defendant Lamon, as he requests in the recently filed motion.  This authorization is based upon the understanding that co-counsel for Defendant Lamon will be appearing in-person at the hearing.

The Court notes that for subsequent Complex Case Management Conferences, this court often allows for virtual appearances or for non-appearance conferences.  This shall be addressed further at the CCSC.

1   Anne Chapman (#025965)
    anne@mscclaw.com
2   Lee Stein (#012368)
    lee@mscclaw.com
3   MITCHELL | STEIN | CAREY | CHAPMAN, PC
4   2600 North Central Avenue, Suite 1000
    Phoenix, AZ 85004
5   Telephone: (602) 358-0292
6   Facsimile: (602) 358-0291

7
    George J. Terwilliger III*
8   P.O. Box 74
9   Delaplane VA 20144
    George@gjt3law.com
10  *Pro Hac Vice

11
    Attorneys for Defendant Mark Meadows
12
13          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

14              IN AND FOR THE COUNTY OF MARICOPA

15  STATE OF ARIZONA,              )   Case No. CR2024-006850-018
                                   )
16              Plaintiff,         )
                                   )
17                                 )   **DEFENDANT MEADOWS' NOTICE**
    v.                             )   **OF JOINDER IN LAMON'S MOTION**
18                                 )   **TO DISMISS INDICTMENT**
                                   )   **PURSUANT TO A.R.S. § 12-751.**
19  MARK MEADOWS (18),             )
20                                 )
                Defendant.         )
21                                 )
                                   )
22  _____

23          Mr. Meadows, through counsel, and pursuant to A.R.S. § 12-751, hereby joins in

24  the Motion to Dismiss Indictment Pursuant to A.R.S. § 12-751 filed by Mr. Lamon. Mr.

25  Meadows adopts the arguments set forth in Mr. Lamon's Motion.

26          To the extent he had any involvement concerning the alternate slate of electors,

27  Mr. Meadows involvement was in his role as Chief of Staff to the President. Mr.

28  Meadows received communications directed to him in his role as Chief of Staff. These

communications from legislators, State Party Representatives, and others, to Mr. Meadows in his role as Chief of Staff, were efforts to petition the government for the redress of grievances. The right of those individuals to so petition the government are protected by the First Amendment to the United States Constitution, incorporated against the states by the Fourteenth Amendment. U.S. Const. Am. I and XIV. The Arizona Constitution likewise protects the right of petition. Ariz. Const. Art. 2 § 5.

As Mr. Lamon's Motion persuasively demonstrates, this criminal prosecution involves the lawful exercise of the rights of petition, the right of speech, and the right to freely associate, protected by the United States Constitution and the Arizona Constitution. A defendant need only present prima facia proof that the criminal prosecution "was substantially motivated by a desire to determine, retaliate against or prevent the lawful exercise of a constitutional right." A.R.S. § 12-751(B). Once the defendant's burden is met, the Court must dismiss the charges unless the State is able to prove that (1) the criminal prosecution "is justified by clearly established law," and (2) the State did not bring the prosecution to deter, prevent or retaliate against the moving party's exercise of constitutional rights." A.R.S. §12-751(B)(1). Here, the evidence is overwhelming that the prosecution was brought to retaliate against the lawful exercise of constitutional rights and to deter the exercise of those rights in the future; and the State is unable to show that its novel and unprecedented theories are justified by clearly established law. Under this test, the Indictment must be dismissed.

RESPECTFULLY SUBMITTED this 22nd day of July, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By:___/s/ Anne Chapman_____

Anne Chapman
Lee Stein
George J. Terwilliger III*
* Pro Hac Vice
Attorneys for Defendant Mark Meadows

-2-

**ORIGINAL** of the foregoing **E-FILED**
this 22nd day of July, 2024 with:

Clerk of the Superior Court
Maricopa County Superior Court

**COPY** of the foregoing **DELIVERED VIA E-FILING**
this 22nd day of July, 2024 to:

Nicholas Klingerman, Esq.
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004
nicholas.klingerman@azag.gov
krista.wood@azag.gov
crmfraud@azag.gov

Attorneys for Plaintiff

  /s/ PLMcClellan

1
2
3
4
5

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

6

IN AND FOR THE COUNTY OF MARICOPA

7

8 | STATE OF ARIZONA,                    | Case No. CR2024-006850-018

9 |          Plaintiff,

10

11 | v.

12 | MARK MEADOWS (18),

**ORDER ASSOCIATING COUNSEL**
***PRO HAC VICE***

13

14 |          Defendant.

15

16      Upon Review of the Motion to Associate Counsel *Pro Hac Vice* of Anne

17 Chapman of Mitchell Stein Carey Chapman, PC and the consent of Anne Chapman to

18 appear as local counsel,

      IT IS HEREBY ORDERED that George J. Terwilliger III be admitted *pro hac*

19 *vice* as counsel for Defendant Mark Meadows (018).

20      IT IF FURTHER ORDERED that Local Counsel is to file a Supplement to its

21 Motion to Associate Counsel attaching a copy of the Notice from the State Bar upon

22 receipt.

23

24      DATED this **5th** day of July, 2024.

25

26

27                                    Maricopa County Superior Court

28

                                    Hon. Bruce R. Cohen

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Cause No.  CR2024006850-001 |
| | CR2024006850-002 |
| Plaintiff, | CR2024006850-003 |
| v. | CR2024006850-004 |
| | CR2024006850-005 |
| **KELLI WARD (001),** | CR2024006850-006 |
| **TYLER BOWYER (002),** | CR2024006850-007 |
| **NANCY COTTLE (003),** | CR2024006850-008 |
| **JACOB HOFFMAN (004),** | CR2024006850-009 |
| **ANTHONY KERN (005),** | CR2024006850-010 |
| **JAMES LAMON (006),** | CR2024006850-011 |
| **ROBERT MONTGOMERY (007),** | CR2024006850-012 |
| **SAMUEL MOORHEAD (008),** | CR2024006850-013 |
| **LORRAINE PELLEGRINO (009),** | CR2024006850-014 |
| **GREGORY SAFSTEN (010),** | CR2024006850-015 |
| **MICHAEL WARD (011),** | CR2024006850-016 |
| **RUDOLPH GIULIANI (012),** | CR2024006850-017 |
| **JOHN EASTMAN (013),** | CR2024006850-018 |
| **BORIS EPSTHEYN (014),** | |
| **JENNA ELLIS (015),** | **PLAINTIFF'S RULE 15.1** |
| **CHRISTINA BOBB (016),** | **THIRD SUPPLEMENTAL** |
| **MICHAEL ROMAN (017),** | **DISCLOSURE** |
| **MARK MEADOWS (018),** | |
| | |
| Defendants. | Hon. Bruce Cohen |

1

The State, pursuant to Arizona Rule of Criminal Procedure 15.1, makes available the following material and information. All of the materials subject to disclosure, presently in the State's possession, are referenced in this document. Additional disclosure, if any, will be made available as received, in accordance with Rule 15.6. Any such disclosure may be used in the State's case-in-chief or as rebuttal evidence in this case.

1.   *Disclosure Materials*

The following disclosure materials have been uploaded to the AG Fileshare server and are available for downloading:

EXHIBITS:                                                          BATES No.:

**MARICOPA COUNTY BOS PRODUCTION**
MC-AG_ 000001 - MC-AG_002748
    Emails
        Donald Trump                                              035052-035709
            035052-035053 MC-AG_000001-MC-AG_000002
            035054 MC-AG_000003-MC-AG_000003
            035055-035056 MC-AG_000004-MC-AG_000005
            035057 MC-AG_000006-MC-AG_000006
            035058 MC-AG_000007-MC-AG_000007
            035059 MC-AG_000008-MC-AG_000008
            035060 MC-AG_000009-MC-AG_000009
            035061 MC-AG_000010-MC-AG_000010
            035062 MC-AG_000011-MC-AG_000011
            035063 MC-AG_000012-MC-AG_000012
            035064 MC-AG_000013-MC-AG_000013
            035065 MC-AG_000014-MC-AG_000014
            035066-035069 MC-AG_000015-MC-AG_000018
            035070-035073 MC-AG_000019-MC-AG_000022

- 035074-035077 MC-AG_000023-MC-AG_000026
- 035078-035081 MC-AG_000027-MC-AG_000030
- 035082-035087 MC-AG_000031-MC-AG_000036
- 035088-035089 MC-AG_000037-MC-AG_000038
- 035090-035091 MC-AG_000039-MC-AG_000040
- 035092-035096 MC-AG_000041-MC-AG_000045
- 035097 MC-AG_000046-MC-AG_000046
- 035098-035102 MC-AG_000047-MC-AG_000051
- 035103-035105 MC-AG_000052-MC-AG_000054
- 035106 MC-AG_000055-MC-AG_000055
- 035107-035110 MC-AG_000056-MC-AG_000059
- 035111-035114 MC-AG_000060-MC-AG_000063
- 035115 MC-AG_000064-MC-AG_000064
- 035116-035117 MC-AG_000065-MC-AG_000066
- 035118-035123 MC-AG_000067-MC-AG_000072
- 035124-035126 MC-AG_000073-MC-AG_000075
- 035127 MC-AG_000076-MC-AG_000076
- 035128 MC-AG_000077-MC-AG_000077
- 035129 MC-AG_000078-MC-AG_000078
- 035130-035134 MC-AG_000079-MC-AG_000083
- 035135-035136 MC-AG_000084-MC-AG_000085
- 035137-035142 MC-AG_000086-MC-AG_000091
- 035143 MC-AG_000092-MC-AG_000092
- 035144-035145 MC-AG_000093-MC-AG_000094
- 035146-035152 MC-AG_000095-MC-AG_000101
- 035153-035154 MC-AG_000102-MC-AG_000103
- 035155 MC-AG_000104-MC-AG_000104
- 035156 MC-AG_000105-MC-AG_000105
- 035157 MC-AG_000106-MC-AG_000106
- 035158-035160 MC-AG_000107-MC-AG_000109
- 035161-035163 MC-AG_000110-MC-AG_000112
- 035164 MC-AG_000113-MC-AG_000113
- 035165 MC-AG_000114-MC-AG_000114
- 035166 MC-AG_000115-MC-AG_000115
- 035167 MC-AG_000116-MC-AG_000116
- 035168 MC-AG_000117-MC-AG_000117
- 035169 MC-AG_000118-MC-AG_000118
- 035170-035171 MC-AG_000119-MC-AG_000120
- 035172-035173 MC-AG_000121-MC-AG_000122

- 035174 MC-AG_000123-MC-AG_000123
- 035175-035177 MC-AG_000124-MC-AG_000126
- 035178-035180 MC-AG_000127-MC-AG_000129
- 035181-035183 MC-AG_000130-MC-AG_000132
- 035184-035186 MC-AG_000133-MC-AG_000135
- 035187-035189 MC-AG_000136-MC-AG_000138
- 035190-035192 MC-AG_000139-MC-AG_000141
- 035193-035195 MC-AG_000142-MC-AG_000144
- 035196-035198 MC-AG_000145-MC-AG_000147
- 035199-035201 MC-AG_000148-MC-AG_000150
- 035202-035204 MC-AG_000151-MC-AG_000153
- 035205-035207 MC-AG_000154-MC-AG_000156
- 035208-035210 MC-AG_000157-MC-AG_000159
- 035211 MC-AG_000160-MC-AG_000160
- 035212 MC-AG_000161-MC-AG_000161
- 035213 MC-AG_000162-MC-AG_000162
- 035214 MC-AG_000163-MC-AG_000163
- 035215 MC-AG_000164-MC-AG_000164
- 035216 MC-AG_000165-MC-AG_000165
- 035217 MC-AG_000166-MC-AG_000166
- 035218-035219 MC-AG_000167-MC-AG_000168
- 035220 MC-AG_000169-MC-AG_000169
- 035221 MC-AG_000170-MC-AG_000170
- 035222 MC-AG_000171-MC-AG_000171
- 035223 MC-AG_000172-MC-AG_000172
- 035224-035225 MC-AG_000173-MC-AG_000174
- 035226 MC-AG_000175-MC-AG_000175
- 035227 MC-AG_000176-MC-AG_000176
- 035228 MC-AG_000177-MC-AG_000177
- 035229 MC-AG_000178-MC-AG_000178
- 035230 MC-AG_000179-MC-AG_000179
- 035231 MC-AG_000180-MC-AG_000180
- 035232-035233 MC-AG_000181-MC-AG_000182
- 035234 MC-AG_000183-MC-AG_000183
- 035235-035238 MC-AG_000184-MC-AG_000187
- 035239 MC-AG_000188-MC-AG_000188
- 035240-035242 MC-AG_000189-MC-AG_000191
- 035243-035246 MC-AG_000192-MC-AG_000195
- 035247-035251 MC-AG_000196-MC-AG_000200

035247-035251 MC-AG_000196-MC-AG_000200
035252 MC-AG_000201-MC-AG_000201
035253 MC-AG_000202-MC-AG_000202
035254 MC-AG_000203-MC-AG_000203
035255-035258 MC-AG_000204-MC-AG_000207
035259-035262 MC-AG_000208-MC-AG_000211
035263-035266 MC-AG_000212-MC-AG_000215
035267-035270 MC-AG_000216-MC-AG_000219
035271 MC-AG_000220-MC-AG_000220
035272 MC-AG_000221-MC-AG_000221
035273-035274 MC-AG_000222-MC-AG_000223
035275 MC-AG_000224-MC-AG_000224
035276 MC-AG_000225-MC-AG_000225
035277 MC-AG_000226-MC-AG_000226
035278 MC-AG_000227-MC-AG_000227
035279 MC-AG_000228-MC-AG_000228
035280 MC-AG_000229-MC-AG_000229
035281-035282 MC-AG_000230-MC-AG_000231
035283-035285 MC-AG_000232-MC-AG_000234
035286-035287 MC-AG_000235-MC-AG_000236
035288 MC-AG_000237-MC-AG_000237
035289-035290 MC-AG_000238-MC-AG_000239
035291 MC-AG_000240-MC-AG_000240
035292-035293 MC-AG_000241-MC-AG_000242
035294 MC-AG_000243-MC-AG_000243
035295-035296 MC-AG_000244-MC-AG_000245
035297 MC-AG_000246-MC-AG_000246
035298-035299 MC-AG_000247-MC-AG_000248
035300-035302 MC-AG_000249-MC-AG_000251
035303-035305 MC-AG_000252-MC-AG_000254
035306-035307 MC-AG_000255-MC-AG_000256
035308-035310 MC-AG_000257-MC-AG_000259
035311-035315 MC-AG_000260-MC-AG_000264
035316-035320 MC-AG_000265-MC-AG_000269
035321-035329 MC-AG_000270-MC-AG_000278
035330-035332 MC-AG_000279-MC-AG_000281
035333-035342 MC-AG_000282-MC-AG_000291
035343-035365 MC-AG_000292-MC-AG_000314
035366-035368 MC-AG_000315-MC-AG_000317

- 035369-035371 MC-AG_000318-MC-AG_000320
- 035372-035377 MC-AG_000321-MC-AG_000326
- 035378 MC-AG_000327-MC-AG_000327
- 035379-035387 MC-AG_000328-MC-AG_000336
- 035388-035389 MC-AG_000337-MC-AG_000338
- 035390-035391 MC-AG_000339-MC-AG_000340
- 035392-035396 MC-AG_000341-MC-AG_000345
- 035397-035400 MC-AG_000346-MC-AG_000349
- 035401-035404 MC-AG_000350-MC-AG_000353
- 035405-035407 MC-AG_000354-MC-AG_000356
- 035408-035410 MC-AG_000357-MC-AG_000359
- 035411-035412 MC-AG_000360-MC-AG_000361
- 035413-035414 MC-AG_000362-MC-AG_000363
- 035415 MC-AG_000364-MC-AG_000364
- 035416 MC-AG_000365-MC-AG_000365
- 035417-035421 MC-AG_000366-MC-AG_000370
- 035422-035423 MC-AG_000371-MC-AG_000372
- 035424-035425 MC-AG_000373-MC-AG_000374
- 035426-035427 MC-AG_000375-MC-AG_000376
- 035428-035429 MC-AG_000377-MC-AG_000378
- 035430-035431 MC-AG_000379-MC-AG_000380
- 035432-035433 MC-AG_000381-MC-AG_000382
- 035434-035435 MC-AG_000383-MC-AG_000384
- 035436-035437 MC-AG_000385-MC-AG_000386
- 035438-035439 MC-AG_000387-MC-AG_000388
- 035440-035444 MC-AG_000389-MC-AG_000393
- 035445-035447 MC-AG_000394-MC-AG_000396
- 035448-035450 MC-AG_000397-MC-AG_000399
- 035451-035453 MC-AG_000400-MC-AG_000402
- 035454-035458 MC-AG_000403-MC-AG_000407
- 035459-035462 MC-AG_000408-MC-AG_000411
- 035463-035466 MC-AG_000412-MC-AG_000415
- 035467-035470 MC-AG_000416-MC-AG_000419
- 035471-035474 MC-AG_000420-MC-AG_000423
- 035475-035478 MC-AG_000424-MC-AG_000427
- 035479-035481 MC-AG_000428-MC-AG_000430
- 035482-035489 MC-AG_000431-MC-AG_000438
- 035490-035493 MC-AG_000439-MC-AG_000442
- 035494-035497 MC-AG_000443-MC-AG_000446

- 035498-035502 MC-AG_000447-MC-AG_000451
- 035503-035504 MC-AG_000452-MC-AG_000453
- 035505-035509 MC-AG_000454-MC-AG_000458
- 035510-035513 MC-AG_000459-MC-AG_000462
- 035514-035519 MC-AG_000463-MC-AG_000468
- 035520-035522 MC-AG_000469-MC-AG_000471
- 035523-035524 MC-AG_000472-MC-AG_000473
- 035525-035529 MC-AG_000474-MC-AG_000478
- 035530-035532 MC-AG_000479-MC-AG_000481
- 035533-035536 MC-AG_000482-MC-AG_000485
- 035537-035538 MC-AG_000486-MC-AG_000487
- 035539-035540 MC-AG_000488-MC-AG_000489
- 035541-035542 MC-AG_000490-MC-AG_000491
- 035543-035544 MC-AG_000492-MC-AG_000493
- 035545-035546 MC-AG_000494-MC-AG_000495
- 035547-035549 MC-AG_000496-MC-AG_000498
- 035550-035551 MC-AG_000499-MC-AG_000500
- 035552-035555 MC-AG_000501-MC-AG_000504
- 035556-035570 MC-AG_000505-MC-AG_000519
- 035571-035574 MC-AG_000520-MC-AG_000523
- 035575-035578 MC-AG_000524-MC-AG_000527
- 035579-035581 MC-AG_000528-MC-AG_000530
- 035582-035584 MC-AG_000531-MC-AG_000533
- 035585-035587 MC-AG_000534-MC-AG_000536
- 035588-035590 MC-AG_000537-MC-AG_000539
- 035591-035592 MC-AG_000540-MC-AG_000541
- 035593-035594 MC-AG_000542-MC-AG_000543
- 035595-035596 MC-AG_000544-MC-AG_000545
- 035597-035602 MC-AG_000546-MC-AG_000551
- 035603-035605 MC-AG_000552-MC-AG_000554
- 035606-035610 MC-AG_000555-MC-AG_000559
- 035611-035612 MC-AG_000560-MC-AG_000561
- 035613-035618 MC-AG_000562-MC-AG_000567
- 035619-035620 MC-AG_000568-MC-AG_000569
- 035621-035622 MC-AG_000570-MC-AG_000571
- 035623-035683 MC-AG_000572-MC-AG_000632
- 035684-035685 MC-AG_000633-MC-AG_000634
- 035686-035688 MC-AG_000635-MC-AG_000637
- 035689-035690 MC-AG_000638-MC-AG_000639

- 035691-035693 MC-AG_000640-MC-AG_000642
- 035694-035699 MC-AG_000643-MC-AG_000648
- 035700-035704 MC-AG_000649-MC-AG_000653
- 035705-035709 MC-AG_000654-MC-AG_000658

Federal Appeals 035710-035713

- 035710 MC-AG_000659-MC-AG_000659
- 035711 MC-AG_000660-MC-AG_000660
- 035712 MC-AG_000661-MC-AG_000661
- 035713 MC-AG_000662-MC-AG_000662

Thomas More 035714-035760

- 035714-035716 MC-AG_000663-MC-AG_000665
- 035717-035718 MC-AG_000666-MC-AG_000667
- 035719-035720 MC-AG_000668-MC-AG_000669
- 035721 MC-AG_000670-MC-AG_000670
- 035722-035723 MC-AG_000671-MC-AG_000672
- 035724-035725 MC-AG_000673-MC-AG_000674
- 035726-035728 MC-AG_000675-MC-AG_000677
- 035729-035731 MC-AG_000678-MC-AG_000680
- 035732-035734 MC-AG_000681-MC-AG_000683
- 035735-035738 MC-AG_000684-MC-AG_000687
- 035739-035740 MC-AG_000688-MC-AG_000689
- 035741-035743 MC-AG_000690-MC-AG_000692
- 035744-035746 MC-AG_000693-MC-AG_000695
- 035747-035749 MC-AG_000696-MC-AG_000698
- 035750-035752 MC-AG_000699-MC-AG_000701
- 035753-035754 MC-AG_000702-MC-AG_000703
- 035755-035757 MC-AG_000704-MC-AG_000706
- 035758-035760 MC-AG_000707-MC-AG_000709

ZDeleted Items 035761-035791

- 035761-035765 MC-AG_000710-MC-AG_000714
- 035766-035769 MC-AG_000715-MC-AG_000718
- 035770-035774 MC-AG_000719-MC-AG_000723
- 035775-035776 MC-AG_000724-MC-AG_000725
- 035777-035779 MC-AG_000726-MC-AG_000728
- 035780-035782 MC-AG_000729-MC-AG_000731
- 035783-035787 MC-AG_000732-MC-AG_000736
- 035788 MC-AG_000737-MC-AG_000737
- 035789 MC-AG_000738-MC-AG_000738
- 035790 MC-AG_000739-MC-AG_000739
- 035791 MC-AG_000740-MC-AG_000740

Combined – Sent to Select Committee                    035792-036252

- 035792 MC-AG_000741-MC-AG_000741
- 035793 MC-AG_000742-MC-AG_000742
- 035794 MC-AG_000743-MC-AG_000743
- 035795 MC-AG_000744-MC-AG_000744
- 035796 MC-AG_000745-MC-AG_000745
- 035797-035799 MC-AG_000746-MC-AG_000748
- 035800 MC-AG_000749-MC-AG_000749
- 035801 MC-AG_000750-MC-AG_000750
- 035802 MC-AG_000751-MC-AG_000751
- 035803-035805 MC-AG_000752-MC-AG_000754
- 035806-035808 MC-AG_000755-MC-AG_000757
- 035809 MC-AG_000758-MC-AG_000758
- 035810-035812 MC-AG_000759-MC-AG_000761
- 035813 MC-AG_000762-MC-AG_000762
- 035814 MC-AG_000763-MC-AG_000763
- 035815 MC-AG_000764-MC-AG_000764
- 035816 MC-AG_000765-MC-AG_000765
- 035817-035818 MC-AG_000766-MC-AG_000767
- 035819 MC-AG_000768-MC-AG_000768
- 035820 MC-AG_000769-MC-AG_000769
- 035821 MC-AG_000770-MC-AG_000770
- 035822 MC-AG_000771-MC-AG_000771
- 035823-035825 MC-AG_000772-MC-AG_000774
- 035826 MC-AG_000775-MC-AG_000775
- 035827-035829 MC-AG_000776-MC-AG_000778
- 035830-035831 MC-AG_000779-MC-AG_000780
- 035832 MC-AG_000781-MC-AG_000781
- 035833-035834 MC-AG_000782-MC-AG_000783
- 035835 MC-AG_000784-MC-AG_000784
- 035836-035841 MC-AG_000785-MC-AG_000790
- 035842-035847 MC-AG_000791-MC-AG_000796
- 035848 MC-AG_000797-MC-AG_000797
- 035849 MC-AG_000798-MC-AG_000798
- 035850 MC-AG_000799-MC-AG_000799
- 035851 MC-AG_000800-MC-AG_000800
- 035852 MC-AG_000801-MC-AG_000801
- 035853 MC-AG_000802-MC-AG_000802
- 035854 MC-AG_000803-MC-AG_000803

- 035855 MC-AG_000804-MC-AG_000804
- 035856 MC-AG_000805-MC-AG_000805
- 035857 MC-AG_000806-MC-AG_000806
- 035858 MC-AG_000807-MC-AG_000807
- 035859 MC-AG_000808-MC-AG_000808
- 035860 MC-AG_000809-MC-AG_000809
- 035861 MC-AG_000810-MC-AG_000810
- 035862-035864 MC-AG_000811-MC-AG_000813
- 035865-035866 MC-AG_000814-MC-AG_000815
- 035867-035894 MC-AG_000816-MC-AG_000843
- 035895 MC-AG_000844-MC-AG_000844
- 035896 MC-AG_000845-MC-AG_000845
- 035897 MC-AG_000846-MC-AG_000846
- 035898-035899 MC-AG_000847-MC-AG_000848
- 035900-035901 MC-AG_000849-MC-AG_000850
- 035902-035929 MC-AG_000851-MC-AG_000878
- 035930 MC-AG_000879-MC-AG_000879
- 035931-035958 MC-AG_000880-MC-AG_000907
- 035959 MC-AG_000908-MC-AG_000908
- 035960 MC-AG_000909-MC-AG_000909
- 035961 MC-AG_000910-MC-AG_000910
- 035962 MC-AG_000911-MC-AG_000911
- 035963 MC-AG_000912-MC-AG_000912
- 035964-035966 MC-AG_000913-MC-AG_000915
- 035967 MC-AG_000916-MC-AG_000916
- 035968-035972 MC-AG_000917-MC-AG_000921
- 035973-035974 MC-AG_000922-MC-AG_000923
- 035975 MC-AG_000924-MC-AG_000924
- 035976 MC-AG_000925-MC-AG_000925
- 035977 MC-AG_000926-MC-AG_000926
- 035978 MC-AG_000927-MC-AG_000927
- 035979 MC-AG_000928-MC-AG_000928
- 035980 MC-AG_000929-MC-AG_000929
- 035981-035982 MC-AG_000930-MC-AG_000931
- 035983-035985 MC-AG_000932-MC-AG_000934
- 035986-035987 MC-AG_000935-MC-AG_000936
- 035988-035989 MC-AG_000937-MC-AG_000938
- 035990 MC-AG_000939-MC-AG_000939
- 035991 MC-AG_000940-MC-AG_000940
- 035992 MC-AG_000941-MC-AG_000941

035993 MC-AG_000942-MC-AG_000942
035994 MC-AG_000943-MC-AG_000943
035995 MC-AG_000944-MC-AG_000944
035996 MC-AG_000945-MC-AG_000945
035997-035999 MC-AG_000946-MC-AG_000948
036000-036002 MC-AG_000949-MC-AG_000951
036003-036005 MC-AG_000952-MC-AG_000954
036006-036008 MC-AG_000955-MC-AG_000957
036009-036014 MC-AG_000958-MC-AG_000963
036015 MC-AG_000964-MC-AG_000964
036016 MC-AG_000965-MC-AG_000965
036017 MC-AG_000966-MC-AG_000966
036018 MC-AG_000967-MC-AG_000967
036019 MC-AG_000968-MC-AG_000968
036020 MC-AG_000969-MC-AG_000969
036021 MC-AG_000970-MC-AG_000970
036022-036023 MC-AG_000971-MC-AG_000972
036024-03625 MC-AG_000973-MC-AG_000974
036026-036027 MC-AG_000975-MC-AG_000976
036028-036033 MC-AG_000977-MC-AG_000982
036034-036039 MC-AG_000983-MC-AG_000988
036040-036043 MC-AG_000989-MC-AG_000992
036044-036047 MC-AG_000993-MC-AG_000996
036048-036051 MC-AG_000997-MC-AG_001000
036052-036054 MC-AG_001001-MC-AG_001003
036055-036057 MC-AG_001004-MC-AG_001006
036058-036060 MC-AG_001007-MC-AG_001009
036061-036062 MC-AG_001010-MC-AG_001011
036063-036064 MC-AG_001012-MC-AG_001013
036065-036066 MC-AG_001014-MC-AG_001015
036067-036070 MC-AG_001016-MC-AG_001019
036071-036072 MC-AG_001020-MC-AG_001021
036073-036074 MC-AG_001022-MC-AG_001023
036075-036076 MC-AG_001024-MC-AG_001025
036077-036079 MC-AG_001026-MC-AG_001028
036080-036085 MC-AG_001029-MC-AG_001034
036086-036087 MC-AG_001035-MC-AG_001036
036088 MC-AG_001037-MC-AG_001037
036089-036091 MC-AG_001038-MC-AG_001040
036092 MC-AG_001041-MC-AG_001041

- 036093 MC-AG_001042-MC-AG_001042
- 036094 MC-AG_001043-MC-AG_001043
- 036095 MC-AG_001044-MC-AG_001044
- 036096 MC-AG_001045-MC-AG_001045
- 036097-036099 MC-AG_001046-MC-AG_001048
- 036100 MC-AG_001049-MC-AG_001049
- 036101-036103 MC-AG_001050-MC-AG_001052
- 036104-036106 MC-AG_001053-MC-AG_001055
- 036107 MC-AG_001056-MC-AG_001056
- 036108 MC-AG_001057-MC-AG_001057
- 036109 MC-AG_001058-MC-AG_001058
- 036110 MC-AG_001059-MC-AG_001059
- 036111-036112 MC-AG_001060-MC-AG_001061
- 036113 MC-AG_001062-MC-AG_001062
- 036114 MC-AG_001063-MC-AG_001063
- 036115 MC-AG_001064-MC-AG_001064
- 036116 MC-AG_001065-MC-AG_001065
- 036117-036119 MC-AG_001066-MC-AG_001068
- 036120 MC-AG_001069-MC-AG_001069
- 036121 MC-AG_001070-MC-AG_001070
- 036122 MC-AG_001071-MC-AG_001071
- 036123 MC-AG_001072-MC-AG_001072
- 036124 MC-AG_001073-MC-AG_001073
- 036125 MC-AG_001074-MC-AG_001074
- 036126-036128 MC-AG_001075-MC-AG_001077
- 036129 MC-AG_001078-MC-AG_001078
- 036130 MC-AG_001079-MC-AG_001079
- 036131 MC-AG_001080-MC-AG_001080
- 036132 MC-AG_001081-MC-AG_001081
- 036133 MC-AG_001082-MC-AG_001082
- 036134 MC-AG_001083-MC-AG_001083
- 036135-036137 MC-AG_001084-MC-AG_001086
- 036138 MC-AG_001087-MC-AG_001087
- 036139 MC-AG_001088-MC-AG_001088
- 036140-036142 MC-AG_001089-MC-AG_001091
- 036143-036148 MC-AG_001092-MC-AG_001097
- 036149 MC-AG_001098-MC-AG_001098
- 036150 MC-AG_001099-MC-AG_001099
- 036151 MC-AG_001100-MC-AG_001100
- 036152 MC-AG_001101-MC-AG_001101

- 036153 MC-AG_001102-MC-AG_001102
- 036154 MC-AG_001103-MC-AG_001103
- 036155 MC-AG_001104-MC-AG_001104
- 036156 MC-AG_001105-MC-AG_001105
- 036157 MC-AG_001106-MC-AG_001106
- 036158-036159 MC-AG_001107-MC-AG_001108
- 036160 MC-AG_001109-MC-AG_001109
- 036161 MC-AG_001110-MC-AG_001110
- 036162-036164 MC-AG_001111-MC-AG_001113
- 036165-036167 MC-AG_001114-MC-AG_001116
- 036168-036170 MC-AG_001117-MC-AG_001119
- 036171 MC-AG_001120-MC-AG_001120
- 036172-036176 MC-AG_001121-MC-AG_001125
- 036177 MC-AG_001126-MC-AG_001126
- 036178-036179 MC-AG_001127-MC-AG_001128
- 036180-036181 MC-AG_001129-MC-AG_001130
- 036182-036185 MC-AG_001131-MC-AG_001134
- 036186-036188 MC-AG_001135-MC-AG_001137
- 036189 MC-AG_001138-MC-AG_001138
- 036190 MC-AG_001139-MC-AG_001139
- 036191-036193 MC-AG_001140-MC-AG_001142
- 036194-036200 MC-AG_001143-MC-AG_001149
- 036201-036202 MC-AG_001150-MC-AG_001151
- 036203 MC-AG_001152-MC-AG_001152
- 036204-036207 MC-AG_001153-MC-AG_001156
- 036208-036210 MC-AG_001157-MC-AG_001159
- 036211 MC-AG_001160-MC-AG_001160
- 036212 MC-AG_001161-MC-AG_001161
- 036213-036214 MC-AG_001162-MC-AG_001163
- 036215 MC-AG_001164-MC-AG_001164
- 036216 MC-AG_001165-MC-AG_001165
- 036217-036219 MC-AG_001166-MC-AG_001168
- 036220 MC-AG_001169-MC-AG_001173
- 036221-036222 MC-AG_001174-MC-AG_001175
- 036223-036229 MC-AG_001176-MC-AG_001182
- 036230-036235 MC-AG_001183-MC-AG_001188
- 036236 MC-AG_001189-MC-AG_001189
- 036237-036239 MC-AG_001190-MC-AG_001192
- 036240-036241 MC-AG_001193-MC-AG_001194
- 036242-036244 MC-AG_001195-MC-AG_001197

- 036245 MC-AG_001198-MC-AG_001198
- 036246-036247 MC-AG_001199-MC-AG_001200
- 036248-036252 MC-AG_001201-MC-AG_001205

Combined Texts – Sent to Select Comm                    036253-036375
1

- 036253 MC-AG_001206-MC-AG_001206
- 036254 MC-AG_001207-MC-AG_001207
- 036255 MC-AG_001208-MC-AG_001208
- 036256 MC-AG_001209-MC-AG_001209
- 036257 MC-AG_001210-MC-AG_001210
- 036258 MC-AG_001211-MC-AG_001211
- 036259 MC-AG_001212-MC-AG_001212
- 036260 MC-AG_001213-MC-AG_001213
- 036261 MC-AG_001214-MC-AG_001214
- 036262 MC-AG_001215-MC-AG_001215
- 036263 MC-AG_001216-MC-AG_001216
- 036264 MC-AG_001217-MC-AG_001217
- 036265 MC-AG_001218-MC-AG_001218
- 036266 MC-AG_001219-MC-AG_001219
- 036267 MC-AG_001220-MC-AG_001220
- 036268 MC-AG_001221-MC-AG_001221
- 036269 MC-AG_001222-MC-AG_001222
- 036270 MC-AG_001223-MC-AG_001223
- 036271 MC-AG_001224-MC-AG_001224
- 036272 MC-AG_001225-MC-AG_001225
- 036273 MC-AG_001226-MC-AG_001226
- 036274 MC-AG_001227-MC-AG_001227
- 036275 MC-AG_001228-MC-AG_001228
- 036276 MC-AG_001229-MC-AG_001229
- 036277 MC-AG_001230-MC-AG_001230
- 036278 MC-AG_001231-MC-AG_001231
- 036279 MC-AG_001232-MC-AG_001232
- 036280 MC-AG_001233-MC-AG_001233
- 036281 MC-AG_001234-MC-AG_001234
- 036282 MC-AG_001235-MC-AG_001235
- 036283 MC-AG_001236-MC-AG_001236
- 036284 MC-AG_001237-MC-AG_001237
- 036285 MC-AG_001238-MC-AG_001238
- 036286 MC-AG_001239-MC-AG_001239
- 036287 MC-AG_001240-MC-AG_001240

- 036288 MC-AG_001241-MC-AG_001241
- 036289 MC-AG_001242-MC-AG_001242
- 036290 MC-AG_001243-MC-AG_001243
- 036291 MC-AG_001244-MC-AG_001244
- 036292 MC-AG_001245-MC-AG_001245
- 036293 MC-AG_001246-MC-AG_001246
- 036294 MC-AG_001247-MC-AG_001247
- 036295 MC-AG_001248-MC-AG_001248
- 036296 MC-AG_001249-MC-AG_001249
- 036297 MC-AG_001250-MC-AG_001250
- 036298 MC-AG_001251-MC-AG_001251
- 036299 MC-AG_001252-MC-AG_001252
- 036300 MC-AG_001253-MC-AG_001253
- 036301 MC-AG_001254-MC-AG_001254
- 036302 MC-AG_001255-MC-AG_001255
- 036303 MC-AG_001256-MC-AG_001256
- 036304 MC-AG_001257-MC-AG_001257
- 036305 MC-AG_001258-MC-AG_001258
- 036306 MC-AG_001259-MC-AG_001259
- 036307 MC-AG_001260-MC-AG_001260
- 036308 MC-AG_001261-MC-AG_001261
- 036309 MC-AG_001262-MC-AG_001262
- 036310 MC-AG_001263-MC-AG_001263
- 036311 MC-AG_001264-MC-AG_001264
- 036312 MC-AG_001265-MC-AG_001265
- 036313 MC-AG_001266-MC-AG_001266
- 036314 MC-AG_001267-MC-AG_001267
- 036315 MC-AG_001268-MC-AG_001268
- 036316 MC-AG_001269-MC-AG_001269
- 036317 MC-AG_001270-MC-AG_001270
- 036318 MC-AG_001271-MC-AG_001271
- 036319 MC-AG_001272-MC-AG_001272
- 036320 MC-AG_001273-MC-AG_001273
- 036321 MC-AG_001274-MC-AG_001274
- 036322 MC-AG_001275-MC-AG_001275
- 036323 MC-AG_001276-MC-AG_001276
- 036324 MC-AG_001277-MC-AG_001277
- 036325 MC-AG_001278-MC-AG_001278
- 036326 MC-AG_001279-MC-AG_001279
- 036327 MC-AG_001280-MC-AG_001280

036328 MC-AG_001281-MC-AG_001281
036329 MC-AG_001282-MC-AG_001282
036330 MC-AG_001283-MC-AG_001283
036331 MC-AG_001284-MC-AG_001284
036332 MC-AG_001285-MC-AG_001285
036333 MC-AG_001286-MC-AG_001286
036334 MC-AG_001287-MC-AG_001287
036335 MC-AG_001288-MC-AG_001288
036336 MC-AG_001289-MC-AG_001289
036337 MC-AG_001290-MC-AG_001290
036338 MC-AG_001291-MC-AG_001291
036339 MC-AG_001292-MC-AG_001292
036340 MC-AG_001293-MC-AG_001293
036341 MC-AG_001294-MC-AG_001294
036342 MC-AG_001295-MC-AG_001295
036343 MC-AG_001296-MC-AG_001296
036344 MC-AG_001297-MC-AG_001297
036345 MC-AG_001298-MC-AG_001298
036346 MC-AG_001299-MC-AG_001299
036347 MC-AG_001300-MC-AG_001300
036348 MC-AG_001301-MC-AG_001301
036349 MC-AG_001302-MC-AG_001302
036350 MC-AG_001303-MC-AG_001303
036351 MC-AG_001304-MC-AG_001304
036352 MC-AG_001305-MC-AG_001305
036353 MC-AG_001306-MC-AG_001306
036354 MC-AG_001307-MC-AG_001307
036355 MC-AG_001308-MC-AG_001308
036356 MC-AG_001309-MC-AG_001309
036357-036369 MC-AG_001310-MC-AG_001322
036370-036375 MC-AG_001323-MC-AG_001328
2                                        036376-036769
036376-036390 MC-AG_001329-MC-AG_001343
036391 MC-AG_001344-MC-AG_001344
036392 MC-AG_001345-MC-AG_001345
036393 MC-AG_001346-MC-AG_001346
036394 MC-AG_001347-MC-AG_001347
036395 MC-AG_001348-MC-AG_001348
036396 MC-AG_001349-MC-AG_001349

036397 MC-AG_001350-MC-AG_001350
036398 MC-AG_001351-MC-AG_001351
036399 MC-AG_001352-MC-AG_001352
036400 MC-AG_001353-MC-AG_001353
036401 MC-AG_001354-MC-AG_001354
036402 MC-AG_001355-MC-AG_001355
036403 MC-AG_001356-MC-AG_001356
036404 MC-AG_001357-MC-AG_001357
036405 MC-AG_001358-MC-AG_001358
036406 MC-AG_001359-MC-AG_001359
036407 MC-AG_001360-MC-AG_001360
036408 MC-AG_001361-MC-AG_001361
036409 MC-AG_001362-MC-AG_001362
036410 MC-AG_001363-MC-AG_001363
036411 MC-AG_001364-MC-AG_001364
036412-036701 MC-AG_001365-MC-AG_001654
036702 MC-AG_001655-MC-AG_001655
036703 MC-AG_001656-MC-AG_001656
036704 MC-AG_001657-MC-AG_001657
036705 MC-AG_001658-MC-AG_001658
036706 MC-AG_001659-MC-AG_001659
036707 MC-AG_001660-MC-AG_001660
036708 MC-AG_001661-MC-AG_001661
036709 MC-AG_001662-MC-AG_001662
036710 MC-AG_001663-MC-AG_001663
036711 MC-AG_001664-MC-AG_001664
036712 MC-AG_001665-MC-AG_001665
036713 MC-AG_001666-MC-AG_001666
036714 MC-AG_001667-MC-AG_001667
036715 MC-AG_001668-MC-AG_001668
036716 MC-AG_001669-MC-AG_001669
036717 MC-AG_001670-MC-AG_001670
036718 MC-AG_001671-MC-AG_001671
036719 MC-AG_001672-MC-AG_001672
036720 MC-AG_001673-MC-AG_001673
036721 MC-AG_001674-MC-AG_001674
036722 MC-AG_001675-MC-AG_001675
036723 MC-AG_001676-MC-AG_001676
036724 MC-AG_001677-MC-AG_001677
036725 MC-AG_001678-MC-AG_001678

- 036726 MC-AG_001679-MC-AG_001679
- 036727 MC-AG_001680-MC-AG_001680
- 036728 MC-AG_001681-MC-AG_001681
- 036729 MC-AG_001682-MC-AG_001682
- 036730 MC-AG_001683-MC-AG_001683
- 036731 MC-AG_001684-MC-AG_001684
- 036732 MC-AG_001685-MC-AG_001685
- 036733 MC-AG_001686-MC-AG_001686
- 036734 MC-AG_001687-MC-AG_001687
- 036735 MC-AG_001688-MC-AG_001688
- 036736-036769 MC-AG_001689-MC-AG_001722

Jen Fifield PRR 1080                     036770-036815

- 036770 MC-AG_002337-MC-AG_002337
- 036771 MC-AG_002338-MC-AG_002338
- 036772 MC-AG_002339-MC-AG_002339
- 036773 MC-AG_002340-MC-AG_002340
- 036774 MC-AG_002341-MC-AG_002341
- 036775 MC-AG_002342-MC-AG_002342
- 036776 MC-AG_002343-MC-AG_002343
- 036777 MC-AG_002344-MC-AG_002344
- 036778 MC-AG_002345-MC-AG_002345
- 036779 MC-AG_002346-MC-AG_002346
- 036780 MC-AG_002347-MC-AG_002347
- 036781 MC-AG_002348-MC-AG_002348
- 036782 MC-AG_002349-MC-AG_002349
- 036783 MC-AG_002350-MC-AG_002350
- 036784 MC-AG_002351-MC-AG_002351
- 036785-036786 MC-AG_002352-MC-AG_002353
- 036787 MC-AG_002354-MC-AG_002354
- 036788 MC-AG_002355-MC-AG_002355
- 036789 MC-AG_002356-MC-AG_002356
- 036790 MC-AG_002357-MC-AG_002357
- 036791-036794 MC-AG_002358-MC-AG_002361
- 036795-036800 MC-AG_002362-MC-AG_002367
- 036801-036803 MC-AG_002368-MC-AG_002370
- 036804 MC-AG_002371-MC-AG_002371
- 036805 MC-AG_002372-MC-AG_002372
- 036806 MC-AG_002373-MC-AG_002373
- 036807 MC-AG_002374-MC-AG_002374
- 036808 MC-AG_002375-MC-AG_002375

- 036808 MC-AG_002375-MC-AG_002375
- 036809 MC-AG_002376-MC-AG_002376
- 036810 MC-AG_002377-MC-AG_002377
- 036811 MC-AG_002378-MC-AG_002378
- 036812 MC-AG_002379-MC-AG_002379
- 036813 MC-AG_002380-MC-AG_002380
- 036814 MC-AG_002381-MC-AG_002381
- 036815 MC-AG_002382-MC-AG_002382

Linda So PRR 1329                                             036816-037138

- 036816 MC-AG_002383-MC-AG_002383
- 036817 MC-AG_002384-MC-AG_002384
- 036818 MC-AG_002385-MC-AG_002385
- 036819-036821 MC-AG_002386-MC-AG_002388
- 036822 MC-AG_002389-MC-AG_002389
- 036823 MC-AG_002390-MC-AG_002390
- 036824 MC-AG_002391-MC-AG_002391
- 036825-036827 MC-AG_002392-MC-AG_002394
- 036828-036830 MC-AG_002395-MC-AG_002397
- 036831 MC-AG_002398-MC-AG_002398
- 036832-036834 MC-AG_002399-MC-AG_002401
- 036835 MC-AG_002402-MC-AG_002402
- 036836 MC-AG_002403-MC-AG_002403
- 036837 MC-AG_002404-MC-AG_002404
- 036838 MC-AG_002405-MC-AG_002405
- 036839-036840 MC-AG_002406-MC-AG_002407
- 036841 MC-AG_002408-MC-AG_002408
- 036842 MC-AG_002409-MC-AG_002409
- 036843-036845 MC-AG_002410-MC-AG_002412
- 036846 MC-AG_002413-MC-AG_002413
- 036847-036849 MC-AG_002414-MC-AG_002416
- 036850-036851 MC-AG_002417-MC-AG_002418
- 036852 MC-AG_002419-MC-AG_002419
- 036853-036854 MC-AG_002420-MC-AG_002421
- 036855 MC-AG_002422-MC-AG_002422
- 036856-036861 MC-AG_002423-MC-AG_002428
- 036862-036867 MC-AG_002429-MC-AG_002434
- 036868 MC-AG_002435-MC-AG_002435
- 036869 MC-AG_002436-MC-AG_002436
- 036870 MC-AG_002437-MC-AG_002437
- 036871 MC-AG_002438-MC-AG_002438

- 036872 MC-AG_002439-MC-AG_002439
- 036873 MC-AG_002440-MC-AG_002440
- 036874 MC-AG_002441-MC-AG_002441
- 036875 MC-AG_002442-MC-AG_002442
- 036876 MC-AG_002443-MC-AG_002443
- 036877 MC-AG_002444-MC-AG_002444
- 036878-036880 MC-AG_002445-MC-AG_002447
- 036881-036882 MC-AG_002448-MC-AG_002449
- 036883-036910 MC-AG_002450-MC-AG_002477
- 036911 MC-AG_002478-MC-AG_002478
- 036912-036913 MC-AG_002479-MC-AG_002480
- 036914-036915 MC-AG_002481-MC-AG_002482
- 036916-036943 MC-AG_002483-MC-AG_002510
- 036944-036971 MC-AG_002511-MC-AG_002538
- 036972 MC-AG_002539-MC-AG_002539
- 036973 MC-AG_002540-MC-AG_002540
- 036974 MC-AG_002541-MC-AG_002541
- 036975-036977 MC-AG_002542-MC-AG_002544
- 036978 MC-AG_002545-MC-AG_002545
- 036979-036983 MC-AG_002546-MC-AG_002550
- 036984-036985 MC-AG_002551-MC-AG_002552
- 036986 MC-AG_002553-MC-AG_002553
- 036987 MC-AG_002554-MC-AG_002554
- 036988 MC-AG_002555-MC-AG_002555
- 036999 MC-AG_002566-MC-AG_002566
- 037000 MC-AG_002567-MC-AG_002567
- 037001 MC-AG_002568-MC-AG_002568
- 037002-037004 MC-AG_002569-MC-AG_002571
- 037005-037007 MC-AG_002572-MC-AG_002574
- 037008-037010 MC-AG_002575-MC-AG_002577
- 037011-037013 MC-AG_002578-MC-AG_002580
- 037014-037019 MC-AG_002581-MC-AG_002586
- 037020 MC-AG_002587-MC-AG_002587
- 037021 MC-AG_002588-MC-AG_002588
- 037022 MC-AG_002589-MC-AG_002589
- 037023-037024 MC-AG_002590-MC-AG_002591
- 037025-037026 MC-AG_002592-MC-AG_002593
- 037027-037028 MC-AG_002594-MC-AG_002595
- 037029-037034 MC-AG_002596-MC-AG_002601
- 037035-037040 MC-AG_002602-MC-AG_002607

- 037041-037044 MC-AG_002608-MC-AG_002611
- 037045-037048 MC-AG_002612-MC-AG_002615
- 037049-037052 MC-AG_002616-MC-AG_002619
- 037053-037055 MC-AG_002620-MC-AG_002622
- 037056-037058 MC-AG_002623-MC-AG_002625
- 037059-037061 MC-AG_002626-MC-AG_002628
- 037062-037063 MC-AG_002629-MC-AG_002630
- 037064-037065 MC-AG_002631-MC-AG_002632
- 037066-037067 MC-AG_002633-MC-AG_002634
- 037068-037069 MC-AG_002635-MC-AG_002636
- 037070-037071 MC-AG_002637-MC-AG_002638
- 037072-037073 MC-AG_002639-MC-AG_002640
- 037074-037076 MC-AG_002641-MC-AG_002643
- 037077-037078 MC-AG_002644-MC-AG_002645
- 037079 MC-AG_002646-MC-AG_002646
- 037080 MC-AG_002647-MC-AG_002647
- 037081 MC-AG_002648-MC-AG_002648
- 037082 MC-AG_002649-MC-AG_002649
- 037083 MC-AG_002650-MC-AG_002650
- 037084 MC-AG_002651-MC-AG_002651
- 037085-037087 MC-AG_002652-MC-AG_002654
- 037088 MC-AG_002655-MC-AG_002655
- 037089-037091 MC-AG_002656-MC-AG_002658
- 037092-037094 MC-AG_002659-MC-AG_002661
- 037095 MC-AG_002662-MC-AG_002662
- 037096 MC-AG_002663-MC-AG_002663
- 037097-037098 MC-AG_002664-MC-AG_002665
- 037099 MC-AG_002666-MC-AG_002666
- 037100 MC-AG_002667-MC-AG_002667
- 037101-037103 MC-AG_002668-MC-AG_002670
- 037104 MC-AG_002671-MC-AG_002671
- 037105 MC-AG_002672-MC-AG_002672
- 037106 MC-AG_002673-MC-AG_002673
- 037107 MC-AG_002674-MC-AG_002674
- 037108-037110 MC-AG_002675-MC-AG_002677
- 037111 MC-AG_002678-MC-AG_002678
- 037112 MC-AG_002679-MC-AG_002679
- 037113 MC-AG_002680-MC-AG_002680
- 037114-037116 MC-AG_002681-MC-AG_002683
- 037117 MC-AG_002684-MC-AG_002684

- 037118 MC-AG_002685-MC-AG_002685
- 037119-037121 MC-AG_002686-MC-AG_002688
- 037122-037127 MC-AG_002689-MC-AG_002694
- 037128 MC-AG_002695-MC-AG_002695
- 037129 MC-AG_002696-MC-AG_002696
- 037130 MC-AG_002697-MC-AG_002697
- 037131 MC-AG_002698-MC-AG_002698
- 037132 MC-AG_002699-MC-AG_002699
- 037133 MC-AG_002700-MC-AG_002700
- 037134 MC-AG_002701-MC-AG_002701
- 037135 MC-AG_002702-MC-AG_002702
- 037136-037137 MC-AG_002703-MC-AG_002704
- 037138 MC-AG_002705-MC-AG_002705

Rosalind Helderman PRR 1294                     037139-037181

- 037139 MC-AG_002706-MC-AG_002706
- 037140 MC-AG_002707-MC-AG_002707
- 037141 MC-AG_002708-MC-AG_002708
- 037142 MC-AG_002709-MC-AG_002709
- 037143 MC-AG_002710-MC-AG_002710
- 037144 MC-AG_002711-MC-AG_002711
- 037145 MC-AG_002712-MC-AG_002712
- 037146 MC-AG_002713-MC-AG_002713
- 037147 MC-AG_002714-MC-AG_002714
- 037148 MC-AG_002715-MC-AG_002715
- 037149 MC-AG_002716-MC-AG_002716
- 037150 MC-AG_002717-MC-AG_002717
- 037151 MC-AG_002718-MC-AG_002718
- 037152 MC-AG_002719-MC-AG_002719
- 037153-037154 MC-AG_002720-MC-AG_002721
- 037155 MC-AG_002722-MC-AG_002722
- 037156 MC-AG_002723-MC-AG_002723
- 037157 MC-AG_002724-MC-AG_002724
- 037158 MC-AG_002725-MC-AG_002725
- 037159-037162 MC-AG_002726-MC-AG_002729
- 037163-037168 MC-AG_002730-MC-AG_002735
- 037169-037171 MC-AG_002736-MC-AG_002738
- 037172 MC-AG_002739-MC-AG_002739
- 037173 MC-AG_002740-MC-AG_002740
- 037174 MC-AG_002741-MC-AG_002741
- 037175 MC-AG_002742-MC-AG_002742

037176 MC-AG_002743-MC-AG_002743
037177 MC-AG_002744-MC-AG_002744
037178 MC-AG_002745-MC-AG_002745
037179 MC-AG_002746-MC-AG_002746
037180 MC-AG_002747-MC-AG_002747
037181 MC-AG_002748-MC-AG_002748

Yvonne's PRR 1079
   Chucri                             037182-037207

037182 MC-AG_001723-MC-AG_001723
037183 MC-AG_001724-MC-AG_001724
037184 MC-AG_001725-MC-AG_001725
037185 MC-AG_001726-MC-AG_001726
037186 MC-AG_001727-MC-AG_001727
037187 MC-AG_001728-MC-AG_001728
037188 MC-AG_001729-MC-AG_001729
037189 MC-AG_001730-MC-AG_001730
037190 MC-AG_001731-MC-AG_001731
037191 MC-AG_001732-MC-AG_001732
037192 MC-AG_001733-MC-AG_001733
037193 MC-AG_001734-MC-AG_001734
037194 MC-AG_001735-MC-AG_001735
037195 MC-AG_001736-MC-AG_001736
037196 MC-AG_001737-MC-AG_001737
037197 MC-AG_001738-MC-AG_001738
037198 MC-AG_001739-MC-AG_001739
037199 MC-AG_001740-MC-AG_001740
037200 MC-AG_001741-MC-AG_001741
037201 MC-AG_001742-MC-AG_001742
037202 MC-AG_001743-MC-AG_001743
037203 MC-AG_001744-MC-AG_001744
037204 MC-AG_001745-MC-AG_001745
037205 MC-AG_001746-MC-AG_001746
037206 MC-AG_001747-MC-AG_001747
037207 MC-AG_001748-MC-AG_001748

Gates                                 037208-037221

037208 MC-AG_001749-MC-AG_001749
037209 MC-AG_001750-MC-AG_001750
037210 MC-AG_001751-MC-AG_001751
037211 MC-AG_001752-MC-AG_001752
037212 MC-AG_001753-MC-AG_001753

037213 MC-AG_001754-MC-AG_001754
037214 MC-AG_001755-MC-AG_001755
037215 MC-AG_001756-MC-AG_001756
037216 MC-AG_001757-MC-AG_001757
037217 MC-AG_001758-MC-AG_001758
037218 MC-AG_001759-MC-AG_001759
037219 MC-AG_001760-MC-AG_001760
037220 MC-AG_001761-MC-AG_001761
037221 MC-AG_001762-MC-AG_001762

Hickman                                                 037222-037285

037222 MC-AG_001763-MC-AG_001763
037223 MC-AG_001764-MC-AG_001764
037224 MC-AG_001765-MC-AG_001765
037225 MC-AG_001766-MC-AG_001766
037226 MC-AG_001767-MC-AG_001767
037227 MC-AG_001768-MC-AG_001768
037228 MC-AG_001769-MC-AG_001769
037229 MC-AG_001770-MC-AG_001770
037230 MC-AG_001771-MC-AG_001771
037231 MC-AG_001772-MC-AG_001772
037232 MC-AG_001773-MC-AG_001773
037233 MC-AG_001774-MC-AG_001774
037234 MC-AG_001775-MC-AG_001775
037235 MC-AG_001776-MC-AG_001776
037236 MC-AG_001777-MC-AG_001777
037237 MC-AG_001778-MC-AG_001778
037238 MC-AG_001779-MC-AG_001779
037239 MC-AG_001780-MC-AG_001780
037240 MC-AG_001781-MC-AG_001781
037241 MC-AG_001782-MC-AG_001782
037242 MC-AG_001783-MC-AG_001783
037243 MC-AG_001784-MC-AG_001784
037244 MC-AG_001785-MC-AG_001785
037245 MC-AG_001786-MC-AG_001786
037246 MC-AG_001787-MC-AG_001787
037247 MC-AG_001788-MC-AG_001788
037248 MC-AG_001789-MC-AG_001789
037249 MC-AG_001790-MC-AG_001790
037250 MC-AG_001791-MC-AG_001791
037251 MC-AG_001792-MC-AG_001792

- 📄 037252 MC-AG_001793-MC-AG_001793
- 📄 037253 MC-AG_001794-MC-AG_001794
- 📄 037254 MC-AG_001795-MC-AG_001795
- 📄 037255 MC-AG_001796-MC-AG_001796
- 📄 037256 MC-AG_001797-MC-AG_001797
- 📄 037257 MC-AG_001798-MC-AG_001798
- 📄 037258 MC-AG_001799-MC-AG_001799
- 📄 037259 MC-AG_001800-MC-AG_001800
- 📄 037260 MC-AG_001801-MC-AG_001801
- 📄 037261 MC-AG_001802-MC-AG_001802
- 📄 037262 MC-AG_001803-MC-AG_001803
- 📄 037263 MC-AG_001804-MC-AG_001804
- 📄 037264 MC-AG_001805-MC-AG_001805
- 📄 037265 MC-AG_001806-MC-AG_001806
- 📄 037266 MC-AG_001807-MC-AG_001807
- 📄 037267 MC-AG_001808-MC-AG_001808
- 📄 037268 MC-AG_001809-MC-AG_001809
- 📄 037269 MC-AG_001810-MC-AG_001810
- 📄 037270 MC-AG_001811-MC-AG_001811
- 📄 037271 MC-AG_001812-MC-AG_001812
- 📄 037272 MC-AG_001813-MC-AG_001813
- 📄 037273 MC-AG_001814-MC-AG_001814
- 📄 037274 MC-AG_001815-MC-AG_001815
- 📄 037275 MC-AG_001816-MC-AG_001816
- 📄 037276 MC-AG_001817-MC-AG_001817
- 📄 037277 MC-AG_001818-MC-AG_001818
- 📄 037278 MC-AG_001819-MC-AG_001819
- 📄 037279 MC-AG_001820-MC-AG_001820
- 📄 037280 MC-AG_001821-MC-AG_001821
- 📄 037281 MC-AG_001822-MC-AG_001822
- 📄 037282 MC-AG_001823-MC-AG_001823
- 📄 037283 MC-AG_001824-MC-AG_001824
- 📄 037284 MC-AG_001825-MC-AG_001825
- 📄 037285 MC-AG_001826-MC-AG_001826

Sellers                                                      037286-037304
- 📄 037286-037298 MC-AG_001827-MC-AG_001839
- 📄 037299-037304 MC-AG_001840-MC-AG_001845

Yvonne's PRR 1140 and 1141
 Emails
  Chucri                                                      037305-037328

- 037305-037307 MC-AG_001846-MC-AG_001848
- 037308-037310 MC-AG_001849-MC-AG_001851
- 037311-037313 MC-AG_001852-MC-AG_001854
- 037314 MC-AG_001855-MC-AG_001855
- 037315-037319 MC-AG_001856-MC-AG_001860
- 037320 MC-AG_001861-MC-AG_001861
- 037321-037322 MC-AG_001862-MC-AG_001863
- 037323-037324 MC-AG_001864-MC-AG_001865
- 037325-037328 MC-AG_001866-MC-AG_001869

Gallardo                                    037329-037343
- 037329-037331 MC-AG_001870-MC-AG_001872
- 037332 MC-AG_001873-MC-AG_001873
- 037333 MC-AG_001874-MC-AG_001874
- 037334-037336 MC-AG_001875-MC-AG_001877
- 037337-037343 MC-AG_001878-MC-AG_001884

Gates                                       037344-037382
- 037344-037345 MC-AG_001885-MC-AG_001886
- 037346 MC-AG_001887-MC-AG_001887
- 037347-037350 MC-AG_001888-MC-AG_001891
- 037351-037353 MC-AG_001892-MC-AG_001894
- 037354 MC-AG_001895-MC-AG_001895
- 037355 MC-AG_001896-MC-AG_001896
- 037356-037357 MC-AG_001897-MC-AG_001898
- 037358 MC-AG_001899-MC-AG_001899
- 037359 MC-AG_001900-MC-AG_001900
- 037360-037362 MC-AG_001901-MC-AG_001903
- 037363-037367 MC-AG_001904-MC-AG_001908
- 037368-037369 MC-AG_001909-MC-AG_001910
- 037370-037376 MC-AG_001911-MC-AG_001917
- 037377-037382 MC-AG_001918-MC-AG_001923

Hickman                                     037383-037388
- 037383 MC-AG_001924-MC-AG_001924
- 037384-037386 MC-AG_001925-MC-AG_001927
- 037387-037388 MC-AG_001928-MC-AG_001929

Sellers                                     037389-037401
- 037389-037391 MC-AG_001930-MC-AG_001932
- 037392 MC-AG_001933-MC-AG_001933
- 037393-037394 MC-AG_001934-MC-AG_001935
- 037395-037396 MC-AG_001936-MC-AG_001937
- 037397-037401 MC-AG_001938-MC-AG_001942

Texts

### Chucri                                              037402-037416
📄 037402-037416 MC-AG_001943-MC-AG_001957

### Gates                                               037417-037437
📄 037417 MC-AG_001958-MC-AG_001958
📄 037418 MC-AG_001959-MC-AG_001959
📄 037419 MC-AG_001960-MC-AG_001960
📄 037420 MC-AG_001961-MC-AG_001961
📄 037421 MC-AG_001962-MC-AG_001962
📄 037422 MC-AG_001963-MC-AG_001963
📄 037423 MC-AG_001964-MC-AG_001964
📄 037424 MC-AG_001965-MC-AG_001965
📄 037425 MC-AG_001966-MC-AG_001966
📄 037426 MC-AG_001967-MC-AG_001967
📄 037427 MC-AG_001968-MC-AG_001968
📄 037428 MC-AG_001969-MC-AG_001969
📄 037429 MC-AG_001970-MC-AG_001970
📄 037430 MC-AG_001971-MC-AG_001971
📄 037431 MC-AG_001972-MC-AG_001972
📄 037432 MC-AG_001973-MC-AG_001973
📄 037433 MC-AG_001974-MC-AG_001974
📄 037434 MC-AG_001975-MC-AG_001975
📄 037435 MC-AG_001976-MC-AG_001976
📄 037436 MC-AG_001977-MC-AG_001977
📄 037437 MC-AG_001978-MC-AG_001978

### Hickman                                             037438-037727
📄 037438-037727 MC-AG_001979-MC-AG_002268

### Sellers                                             037728-037762
📄 037739 MC-AG_002280-MC-AG_002280
📄 037740 MC-AG_002281-MC-AG_002281
📄 037741 MC-AG_002282-MC-AG_002282
📄 037742 MC-AG_002283-MC-AG_002283
📄 037743 MC-AG_002284-MC-AG_002284
📄 037744 MC-AG_002285-MC-AG_002285
📄 037745 MC-AG_002286-MC-AG_002286
📄 037746 MC-AG_002287-MC-AG_002287
📄 037747 MC-AG_002288-MC-AG_002288
📄 037748 MC-AG_002289-MC-AG_002289
📄 037749 MC-AG_002290-MC-AG_002290
📄 037750 MC-AG_002291-MC-AG_002291

📄 037751 MC-AG_002292-MC-AG_002292
📄 037752 MC-AG_002293-MC-AG_002293
📄 037753 MC-AG_002294-MC-AG_002294
📄 037754 MC-AG_002295-MC-AG_002295
📄 037755 MC-AG_002296-MC-AG_002296
📄 037756 MC-AG_002297-MC-AG_002297
📄 037757 MC-AG_002298-MC-AG_002298
📄 037758 MC-AG_002299-MC-AG_002299
📄 037759 MC-AG_002300-MC-AG_002300
📄 037760 MC-AG_002301-MC-AG_002301
📄 037761 MC-AG_002302-MC-AG_002302
📄 037762 MC-AG_002303-MC-AG_002336

MC-AG_002749 - MC-AG_023089
    Emails
        D1-Sellers
            Bohan
                Inbox 1        037763-037895
📄 037763-037787 MC-AG_002749-MC-AG_002773
📄 037788-037809 MC-AG_002774-MC-AG_002795
📄 037810-037837 MC-AG_002796-MC-AG_002823
📄 037838-037858 MC-AG_002824-MC-AG_002844
📄 037859 MC-AG_002845-MC-AG_002845
📄 037860-037892 MC-AG_002846-MC-AG_002878
📄 037893-037894 MC-AG_002879-MC-AG_002880
📄 037895 MC-AG_002881-MC-AG_002881
                Inbox 2        037896-038269
📄 037896-037914 MC-AG_002882-MC-AG_002900
📄 037915-037947 MC-AG_002901-MC-AG_002923
📄 037948-037953 MC-AG_002924-MC-AG_002939
📄 037954-037981 MC-AG_002940-MC-AG_002967
📄 037982-038006 MC-AG_002968-MC-AG_002992
📄 038007-038024 MC-AG_002993-MC-AG_003010
📄 038025-038049 MC-AG_003011-MC-AG_003035
📄 038050-038073 MC-AG_003036-MC-AG_003059
📄 038074-038090 MC-AG_003060-MC-AG_003076
📄 038091-038118 MC-AG_003077-MC-AG_003104
📄 038119-038136 MC-AG_003105-MC-AG_003122
📄 038137-038149 MC-AG_003123-MC-AG_003135
📄 038150-038171 MC-AG_003136-MC-AG_003157
📄 038172-038173 MC-AG_003158-MC-AG_003159
📄 038174-038188 MC-AG_003160-MC-AG_003174

📕 038189-038205 MC-AG_003175-MC-AG_003191
📕 038206-038238 MC-AG_003192-MC-AG_003224
📕 038239 MC-AG_003225-MC-AG_003225
📕 038240 MC-AG_003226-MC-AG_003226
📕 038241-038261 MC-AG_003227-MC-AG_003247
📕 038262-038268 MC-AG_003248-MC-AG_003254
📕 038269 MC-AG_003255-MC-AG_003255

**Inbox COB emails**                                 038270-038271

📕 038270 MC-AG_003256-MC-AG_003256
📕 038271 MC-AG_003257-MC-AG_003257

**Inbox Communities**                              038272-038273

📕 038272-038273 MC-AG_003258-MC-AG_003259

**Inbox Covid 19 1**                               038274-038302

📕 038274-038302 MC-AG_003260-MC-AG_003288

**Inbox Covid 19 2**                               038303-038354

📕 038303-038325 MC-AG_003289-MC-AG_003311
📕 038326-038354 MC-AG_003312-MC-AG_003340

**Inbox Covid 19 Fields 1**                      038355-038539

📕 038355-038377 MC-AG_003341-MC-AG_003363
📕 038378-038402 MC-AG_003364-MC-AG_003388
📕 038403-038426 MC-AG_003389-MC-AG_003412
📕 038427-038450 MC-AG_003413-MC-AG_003436
📕 038451-038471 MC-AG_003437-MC-AG_003457
📕 038472-038490 MC-AG_003458-MC-AG_003476
📕 038491-038510 MC-AG_003477-MC-AG_003496
📕 038511-038539 MC-AG_003497-MC-AG_003525

**Inbox Covid 19 Fields 2**                      038540-038696

📕 038540-038562 MC-AG_003526-MC-AG_003548
📕 038563-038586 MC-AG_003549-MC-AG_003572
📕 038587-038610 MC-AG_003573-MC-AG_003596
📕 038611-038628 MC-AG_003597-MC-AG_003614
📕 038629-038647 MC-AG_003615-MC-AG_003633
📕 038648-038667 MC-AG_003634-MC-AG_003653
📕 038668-038696 MC-AG_003654-MC-AG_003682

**Inbox Election nonsense 1**                   038697-038715

📕 038697-038698 MC-AG_003683-MC-AG_003684
📕 038699 MC-AG_003685-MC-AG_003685
📕 038700-038701 MC-AG_003686-MC-AG_003687
📕 038702-038703 MC-AG_003688-MC-AG_003689
📕 038704 MC-AG_003690-MC-AG_003690

038705 MC-AG_003691-MC-AG_003691
038706 MC-AG_003692-MC-AG_003692
038707 MC-AG_003693-MC-AG_003693
038708-038709 MC-AG_003694-MC-AG_003695
038710 MC-AG_003696-MC-AG_003696
038711 MC-AG_003697-MC-AG_003697
038712 MC-AG_003698-MC-AG_003698
038713 MC-AG_003699-MC-AG_003699
038714-038715 MC-AG_003700-MC-AG_003701

**Inbox Election nonsense 2**                              038716-038747
038716 MC-AG_003702-MC-AG_003702
038717-038718 MC-AG_003703-MC-AG_003704
038719 MC-AG_003705-MC-AG_003705
038720-038721 MC-AG_003706-MC-AG_003707
038722-038723 MC-AG_003708-MC-AG_003709
038724-038725 MC-AG_003710-MC-AG_003711
038726 MC-AG_003712-MC-AG_003712
038727 MC-AG_003713-MC-AG_003713
038728 MC-AG_003714-MC-AG_003714
038729-038730 MC-AG_003715-MC-AG_003716
038731 MC-AG_003717-MC-AG_003717
038732-038734 MC-AG_003718-MC-AG_003720
038735-038736 MC-AG_003721-MC-AG_003722
038737-038738 MC-AG_003723-MC-AG_003724
038739 MC-AG_003725-MC-AG_003725
038740 MC-AG_003726-MC-AG_003726
038741-038742 MC-AG_003727-MC-AG_003728
038743 MC-AG_003729-MC-AG_003729
038744 MC-AG_003730-MC-AG_003730
038745 MC-AG_003731-MC-AG_003731
038746-038747 MC-AG_003732-MC-AG_003733

**Inbox Elections**                                        038748-038784
038748-038766 MC-AG_003734-MC-AG_003752
038767-038783 MC-AG_003753-MC-AG_003769
038784 MC-AG_003770-MC-AG_003770

**Inbox GR Email**                                         038785
038785 MC-AG_003771-MC-AG_003771

**Inbox P3 Covit Files Updates**                           038786
038786 MC-AG_003772-MC-AG_003772

**Sent 1**                                                 038787-038790

038787-038788 MC-AG_003773-MC-AG_003774
038789-038790 MC-AG_003775-MC-AG_003776
Sent 2                                              038791-038797
038791-038792 MC-AG_003777-MC-AG_003778
038793 MC-AG_003779-MC-AG_003779
038794-038795 MC-AG_003780-MC-AG_003781
038796-038797 MC-AG_003782-MC-AG_003783
Sellers
Archive 1                                           038798-038818
038798-038799 MC-AG_003784-MC-AG_003785
038800 MC-AG_003786-MC-AG_003786
038801 MC-AG_003787-MC-AG_003787
038802-038805 MC-AG_003788-MC-AG_003791
038806-038811 MC-AG_003792-MC-AG_003797
038812 MC-AG_003798-MC-AG_003798
038813 MC-AG_003799-MC-AG_003799
038814-038816 MC-AG_003800-MC-AG_003802
038817-038818 MC-AG_003803-MC-AG_003804
Archive 2                                           038819-038891
038819 MC-AG_003805-MC-AG_003805
038820 MC-AG_003806-MC-AG_003806
038821-038822 MC-AG_003807-MC-AG_003808
038823-038824 MC-AG_003809-MC-AG_003810
038825 MC-AG_003811-MC-AG_003811
038826-038827 MC-AG_003812-MC-AG_003813
038828 MC-AG_003814-MC-AG_003814
038829 MC-AG_003815-MC-AG_003815
038830-038831 MC-AG_003816-MC-AG_003817
038832 MC-AG_003818-MC-AG_003818
038833 MC-AG_003819-MC-AG_003819
038834 MC-AG_003820-MC-AG_003820
038835 MC-AG_003821-MC-AG_003821
038836 MC-AG_003822-MC-AG_003822
038837 MC-AG_003823-MC-AG_003823
038838 MC-AG_003824-MC-AG_003824
038839-038842 MC-AG_003825-MC-AG_003828
038843 MC-AG_003829-MC-AG_003829
038844 MC-AG_003830-MC-AG_003830
038845 MC-AG_003831-MC-AG_003831
038846 MC-AG_003832-MC-AG_003832
038847-038852 MC-AG_003833-MC-AG_003838

038853-038854 MC-AG_003839-MC-AG_003840
038855-038859 MC-AG_003841-MC-AG_003845
038860-038862 MC-AG_003846-MC-AG_003848
038863-038864 MC-AG_003849-MC-AG_003850
038865 MC-AG_003851-MC-AG_003851
038866 MC-AG_003852-MC-AG_003852
038867 MC-AG_003853-MC-AG_003853
038868 MC-AG_003854-MC-AG_003854
038869 MC-AG_003855-MC-AG_003855
038870 MC-AG_003856-MC-AG_003856
038871 MC-AG_003857-MC-AG_003857
038872-038873 MC-AG_003858-MC-AG_003859
038874 MC-AG_003860-MC-AG_003860
038875 MC-AG_003861-MC-AG_003861
038876-038878 MC-AG_003862-MC-AG_003864
038879 MC-AG_003865-MC-AG_003865
038880 MC-AG_003866-MC-AG_003866
038881 MC-AG_003867-MC-AG_003867
038882 MC-AG_003868-MC-AG_003868
038883 MC-AG_003869-MC-AG_003869
038884 MC-AG_003870-MC-AG_003870
038885 MC-AG_003871-MC-AG_003871
038886 MC-AG_003872-MC-AG_003872
038887 MC-AG_003873-MC-AG_003873
038888 MC-AG_003874-MC-AG_003874
038889 MC-AG_003875-MC-AG_003875
038890-038891 MC-AG_003876-MC-AG_003877

Deleted 1                                                                 038892-038897
038892-038897 MC-AG_003878-MC-AG_003883

Inbox COB Exec Emails                                          038898-038909
038898-038909 MC-AG_003884-MC-AG_003895

Inbox Covid 19 1                                                     038910-038938
038910-038938 MC-AG_003896-MC-AG_003924

Inbox Covid 19 2                                                     038939-038967
038939-038967 MC-AG_003925-MC-AG_003953

Inbox Covid 19 JIC Covid Updates 1                     038968-038988
038968-038988 MC-AG_003954-MC-AG_003974

Inbox Covid 19 JIC Covid Updates 2                     038989-039021
038989-039004 MC-AG_003975-MC-AG_003990
039005-039021 MC-AG_003991-MC-AG_004007

Inbox CSA                                                                039022-039023

039022-039023 MC-AG_004008-MC-AG_004009

Inbox Daily Covid Updates        039024-039094

039024-039041 MC-AG_004010-MC-AG_004027

039042-039059 MC-AG_004028-MC-AG_004045

039060-039072 MC-AG_004046-MC-AG_004058

039073-039094 MC-AG_004059-MC-AG_004080

Inbox Elections        039095-039103

039095 MC-AG_004081-MC-AG_004081

039096 MC-AG_004082-MC-AG_004082

039097-039098 MC-AG_004083-MC-AG_004084

039099 MC-AG_004085-MC-AG_004085

039100-039101 MC-AG_004086-MC-AG_004087

039102-039103 MC-AG_004088-MC-AG_004089

Inbox Elections Recount Votes 1        039104-039160

039104-039106 MC-AG_004090-MC-AG_004092

039107 MC-AG_004093-MC-AG_004093

039108 MC-AG_004094-MC-AG_004094

039109-039111 MC-AG_004095-MC-AG_004097

039112 MC-AG_004098-MC-AG_004098

039113-039118 MC-AG_004099-MC-AG_004104

039119 MC-AG_004105-MC-AG_004105

039120 MC-AG_004106-MC-AG_004106

039121 MC-AG_004107-MC-AG_004107

039122 MC-AG_004108-MC-AG_004108

039123-039124 MC-AG_004109-MC-AG_004110

039125-039127 MC-AG_004111-MC-AG_004113

039128 MC-AG_004114-MC-AG_004114

039129 MC-AG_004115-MC-AG_004115

039130 MC-AG_004116-MC-AG_004116

039131 MC-AG_004117-MC-AG_004117

039132-039133 MC-AG_004118-MC-AG_004119

039134-039136 MC-AG_004120-MC-AG_004122

039137 MC-AG_004123-MC-AG_004123

039138-039143 MC-AG_004124-MC-AG_004129

039144 MC-AG_004130-MC-AG_004130

039145-039146 MC-AG_004131-MC-AG_004132

039147-039149 MC-AG_004133-MC-AG_004135

039150 MC-AG_004136-MC-AG_004136

039151 MC-AG_004137-MC-AG_004137

039152-039154 MC-AG_004138-MC-AG_004140

039155 MC-AG_004141-MC-AG_004141

039156-039157 MC-AG_004142-MC-AG_004143
039158-039160 MC-AG_004144-MC-AG_004146
Inbox Elections Recount Votes 2                    039161-039218
039161 MC-AG_004147-MC-AG_004147
039162 MC-AG_004148-MC-AG_004148
039163 MC-AG_004149-MC-AG_004149
039164 MC-AG_004150-MC-AG_004150
039165 MC-AG_004151-MC-AG_004151
039166 MC-AG_004152-MC-AG_004152
039167 MC-AG_004153-MC-AG_004153
039168 MC-AG_004154-MC-AG_004154
039169-039174 MC-AG_004155-MC-AG_004160
039175 MC-AG_004161-MC-AG_004161
039176 MC-AG_004162-MC-AG_004162
039177 MC-AG_004163-MC-AG_004163
039178-039179 MC-AG_004164-MC-AG_004165
039180-039181 MC-AG_004166-MC-AG_004167
039182 MC-AG_004168-MC-AG_004168
039183 MC-AG_004169-MC-AG_004169
039184 MC-AG_004170-MC-AG_004170
039185-039190 MC-AG_004171-MC-AG_004176
039191-039192 MC-AG_004177-MC-AG_004178
039193-039200 MC-AG_004179-MC-AG_004186
039201 MC-AG_004187-MC-AG_004187
039202 MC-AG_004188-MC-AG_004188
039203-039204 MC-AG_004189-MC-AG_004190
039205 MC-AG_004191-MC-AG_004191
039206 MC-AG_004192-MC-AG_004192
039207 MC-AG_004193-MC-AG_004193
039208 MC-AG_004194-MC-AG_004194
039209 MC-AG_004195-MC-AG_004195
039210 MC-AG_004196-MC-AG_004196
039211 MC-AG_004197-MC-AG_004197
039212 MC-AG_004198-MC-AG_004198
039213-039214 MC-AG_004199-MC-AG_004200
039215 MC-AG_004201-MC-AG_004201
039216 MC-AG_004202-MC-AG_004202
039217 MC-AG_004203-MC-AG_004203
039218 MC-AG_004204-MC-AG_004204
Inbox Mandatory Face Masks 1                    039219-039220

039219-039220 MC-AG_004205-MC-AG_004206
Inbox Mandatory Face Masks 2      039221-039222
039221-039222 MC-AG_004207-MC-AG_004208
Inbox NACO 1      039223-039242
039223-039242 MC-AG_004209-MC-AG_004228
Inbox NACO 2      039243-039262
039243-039262 MC-AG_004229-MC-AG_004248
Inbox News Clips 1      039263-039502
039263-039287 MC-AG_004249-MC-AG_004273
039288-039316 MC-AG_004274-MC-AG_004302
039317-039339 MC-AG_004303-MC-AG_004325
039340-039364 MC-AG_004326-MC-AG_004350
039365-039386 MC-AG_004351-MC-AG_004372
039387-039414 MC-AG_004373-MC-AG_004400
039415-039438 MC-AG_004401-MC-AG_004424
039439-039462 MC-AG_004425-MC-AG_004448
039463-039483 MC-AG_004449-MC-AG_004469
039484-039502 MC-AG_004470-MC-AG_004488
Inbox News Clips 2      039503-040033
039503-039521 MC-AG_004489-MC-AG_004507
039522-039539 MC-AG_004508-MC-AG_004525
039540-039562 MC-AG_004526-MC-AG_004548
039563-039578 MC-AG_004549-MC-AG_004564
039579-039606 MC-AG_004565-MC-AG_004592
039607-039624 MC-AG_004593-MC-AG_004610
039625-039643 MC-AG_004611-MC-AG_004629
039644-039673 MC-AG_004630-MC-AG_004659
039674-039698 MC-AG_004660-MC-AG_004684
039699-039719 MC-AG_004685-MC-AG_004705
039720-039737 MC-AG_004706-MC-AG_004723
039738-039762 MC-AG_004724-MC-AG_004748
039763-039774 MC-AG_004749-MC-AG_004760
039775-039797 MC-AG_004761-MC-AG_004783
039798-039814 MC-AG_004784-MC-AG_004800
039815-039843 MC-AG_004801-MC-AG_004829
039844-039866 MC-AG_004830-MC-AG_004852
039867-039890 MC-AG_004853-MC-AG_004876
039891-039907 MC-AG_004877-MC-AG_004893
039908-039935 MC-AG_004894-MC-AG_004921
039936-039959 MC-AG_004922-MC-AG_004945
039960-039983 MC-AG_004946-MC-AG_004969

      040003-040017 MC-AG_004989-MC-AG_005003
      040018-040033 MC-AG_005004-MC-AG_005019
  Inbox Rose Law Group Newsletter      040034-040038
      040034-040038 MC-AG_005020-MC-AG_005024
  Inbox State Transp Board Law 360 New      040039-040044
      040039-040044 MC-AG_005025-MC-AG_005030
D2-Chucri
  Chucri
    Drafts 1      040045-040049
      040045-040049 MC-AG_005031-MC-AG_005035
    Drafts 2      040050-040054
      040050-040054 MC-AG_005036-MC-AG_005040
    Inbox 1      040055-041517
      040055-040073 MC-AG_005041-MC-AG_005059
      040074-040091 MC-AG_005060-MC-AG_005077
      040092-040114 MC-AG_005078-MC-AG_005100
      040115-040130 MC-AG_005101-MC-AG_005116
      040131-040158 MC-AG_005117-MC-AG_005144
      040159-040176 MC-AG_005145-MC-AG_005162
      040177-040195 MC-AG_005163-MC-AG_005181
      040196-040213 MC-AG_005182-MC-AG_005199
      040214-040238 MC-AG_005200-MC-AG_005224
      040239-040250 MC-AG_005225-MC-AG_005236
      040251-040273 MC-AG_005237-MC-AG_005259
      040274-040290 MC-AG_005260-MC-AG_005276
      040291-040319 MC-AG_005277-MC-AG_005305
      040320-040342 MC-AG_005306-MC-AG_005328
      040343-040366 MC-AG_005329-MC-AG_005352
      040367-040383 MC-AG_005353-MC-AG_005369
      040384-040411 MC-AG_005370-MC-AG_005397
      040412-040435 MC-AG_005398-MC-AG_005421
      040436-040459 MC-AG_005422-MC-AG_005445
      040460-040477 MC-AG_005446-MC-AG_005463
      040478-040495 MC-AG_005464-MC-AG_005481
      040496-040514 MC-AG_005482-MC-AG_005500
      040515-040525 MC-AG_005501-MC-AG_005511
      040526-040534 MC-AG_005512-MC-AG_005520
      040535-040547 MC-AG_005521-MC-AG_005533
      040548-040569 MC-AG_005534-MC-AG_005555
      040570-040585 MC-AG_005556-MC-AG_005571
      040586-040588 MC-AG_005572-MC-AG_005574

040589-040597 MC-AG_005575-MC-AG_005583
040598-040609 MC-AG_005584-MC-AG_005595
040610-040620 MC-AG_005596-MC-AG_005606
040621-040623 MC-AG_005607-MC-AG_005609
040624-040626 MC-AG_005610-MC-AG_005612
040627-040630 MC-AG_005613-MC-AG_005616
040631-040634 MC-AG_005617-MC-AG_005620
040635-040636 MC-AG_005621-MC-AG_005622
040637-040640 MC-AG_005623-MC-AG_005626
040641-040645 MC-AG_005627-MC-AG_005631
040646-040650 MC-AG_005632-MC-AG_005636
040651-040656 MC-AG_005637-MC-AG_005642
040657-040660 MC-AG_005643-MC-AG_005646
040661-040664 MC-AG_005647-MC-AG_005650
040665-040670 MC-AG_005651-MC-AG_005656
040671-040676 MC-AG_005657-MC-AG_005662
040677-040680 MC-AG_005663-MC-AG_005666
040681-040685 MC-AG_005667-MC-AG_005671
040686-040690 MC-AG_005672-MC-AG_005676
040691-040695 MC-AG_005677-MC-AG_005681
040696-040702 MC-AG_005682-MC-AG_005688
040703-040707 MC-AG_005689-MC-AG_005693
040708-040712 MC-AG_005694-MC-AG_005698
040713-040722 MC-AG_005699-MC-AG_005708
040723-040731 MC-AG_005709-MC-AG_005717
040732-040734 MC-AG_005718-MC-AG_005720
040735-040749 MC-AG_005721-MC-AG_005735
040750-040769 MC-AG_005736-MC-AG_005755
040770-040785 MC-AG_005756-MC-AG_005784
040786-040802 MC-AG_005785-MC-AG_005801
040803-040807 MC-AG_005802-MC-AG_005806
040808-040814 MC-AG_005807-MC-AG_005813
040815-040819 MC-AG_005814-MC-AG_005818
040820-040823 MC-AG_005819-MC-AG_005822
040824-040825 MC-AG_005823-MC-AG_005824
040826-040828 MC-AG_005825-MC-AG_005827
040829-040830 MC-AG_005828-MC-AG_005829
040831-040832 MC-AG_005830-MC-AG_005831
040833-040846 MC-AG_005832-MC-AG_005845
040847-040859 MC-AG_005846-MC-AG_005858

- 040860-040875 MC-AG_005859-MC-AG_005874
- 040876-040885 MC-AG_005875-MC-AG_005884
- 040886-040907 MC-AG_005885-MC-AG_005906
- 040908-040911 MC-AG_005907-MC-AG_005910
- 040912-040914 MC-AG_005911-MC-AG_005913
- 040915-040920 MC-AG_005914-MC-AG_005919
- 040921-040926 MC-AG_005920-MC-AG_005925
- 040927 MC-AG_005926-MC-AG_005926
- 040928-040931 MC-AG_005927-MC-AG_005930
- 040932-040940 MC-AG_005931-MC-AG_005939
- 040941-040943 MC-AG_005940-MC-AG_005942
- 040944-040948 MC-AG_005943-MC-AG_005947
- 040949-040954 MC-AG_005948-MC-AG_005953
- 040955-040964 MC-AG_005954-MC-AG_005963
- 040965-040966 MC-AG_005964-MC-AG_005965
- 040967-040972 MC-AG_005966-MC-AG_005971
- 040973-040976 MC-AG_005972-MC-AG_005975
- 040977-040978 MC-AG_005976-MC-AG_005977
- 040979-040982 MC-AG_005978-MC-AG_005981
- 040983-040985 MC-AG_005982-MC-AG_005984
- 040986-040990 MC-AG_005985-MC-AG_005989
- 040991-040992 MC-AG_005990-MC-AG_005991
- 040993-040994 MC-AG_005992-MC-AG_005993
- 040995-041001 MC-AG_005994-MC-AG_006000
- 041002-041005 MC-AG_006001-MC-AG_006004
- 041006-041009 MC-AG_006005-MC-AG_006008
- 041010-041012 MC-AG_006009-MC-AG_006011
- 041013-041016 MC-AG_006012-MC-AG_006015
- 041017-041025 MC-AG_006016-MC-AG_006024
- 041026-041035 MC-AG_006025-MC-AG_006034
- 041036-041046 MC-AG_006035-MC-AG_006045
- 041047-041050 MC-AG_006046-MC-AG_006049
- 041051-041054 MC-AG_006050-MC-AG_006053
- 041055-041070 MC-AG_006054-MC-AG_006069
- 041071-041074 MC-AG_006070-MC-AG_006073
- 041075-041078 MC-AG_006074-MC-AG_006077
- 041079-041084 MC-AG_006078-MC-AG_006083
- 041085-041104 MC-AG_006084-MC-AG_006103
- 041105-041107 MC-AG_006104-MC-AG_006106
- 041108-041110 MC-AG_006107-MC-AG_006109

041111-041130 MC-AG_006110-MC-AG_006129
041131-041150 MC-AG_006130-MC-AG_006149
041151-041165 MC-AG_006150-MC-AG_006164
041166-041180 MC-AG_006165-MC-AG_006179
041181-041193 MC-AG_006180-MC-AG_006192
041194-041207 MC-AG_006193-MC-AG_006206
041208-041220 MC-AG_006207-MC-AG_006219
041221-041225 MC-AG_006220-MC-AG_006224
041226-041229 MC-AG_006225-MC-AG_006228
041230-041232 MC-AG_006229-MC-AG_006241
041243-041255 MC-AG_006242-MC-AG_006254
041256-041273 MC-AG_006255-MC-AG_006272
041274-041291 MC-AG_006273-MC-AG_006290
041292-041305 MC-AG_006291-MC-AG_006304
041306-041319 MC-AG_006305-MC-AG_006318
041320-041334 MC-AG_006319-MC-AG_006333
041335-041349 MC-AG_006334-MC-AG_006348
041350-041370 MC-AG_006349-MC-AG_006369
041371-041391 MC-AG_006370-MC-AG_006390
041392-041412 MC-AG_006391-MC-AG_006411
041413-041434 MC-AG_006412-MC-AG_006433
041435-041444 MC-AG_006434-MC-AG_006443
041445-041454 MC-AG_006444-MC-AG_006453
041455-041465 MC-AG_006454-MC-AG_006464
041466-041480 MC-AG_006465-MC-AG_006479
041481-041487 MC-AG_006480-MC-AG_006486
041488-041497 MC-AG_006487-MC-AG_006496
041498-041501 MC-AG_006497-MC-AG_006500
041502 MC-AG_006501-MC-AG_006501
041503-041504 MC-AG_006502-MC-AG_006503
041505-041506 MC-AG_006504-MC-AG_006505
041507-041517 MC-AG_006506-MC-AG_006516
Inbox 2                                                           041518-041815
041518-041546 MC-AG_006517-MC-AG_006545
041547-041559 MC-AG_006546-MC-AG_006568
041570-041594 MC-AG_006569-MC-AG_006593
041595-041616 MC-AG_006594-MC-AG_006615
041617-041644 MC-AG_006616-MC-AG_006643
041645-041668 MC-AG_006644-MC-AG_006667
041669-041692 MC-AG_006668-MC-AG_006691

📄 041693-041713 MC-AG_006692-MC-AG_006712
📄 041714-041732 MC-AG_006713-MC-AG_006731
📄 041733-041753 MC-AG_006732-MC-AG_006752
📄 041754-041773 MC-AG_006753-MC-AG_006772
📄 041774-041802 MC-AG_006773-MC-AG_006801
📄 041803-041806 MC-AG_006802-MC-AG_006805
📄 041807-041815 MC-AG_006806-MC-AG_006814
Inbox 2020 General Election 1                           041816-041820
📄 041816-041818 MC-AG_006815-MC-AG_006817
📄 041819-041820 MC-AG_006818-MC-AG_006819
Inbox 2020 General Election 2                           041821-041823
📄 041821-041823 MC-AG_006820-MC-AG_006822
Inbox Election Emails 1                                 041824-042208
📄 041824-041853 MC-AG_006823-MC-AG_006852
📄 041858-041878 MC-AG_006853-MC-AG_006877
📄 041879-041899 MC-AG_006878-MC-AG_006898
📄 041900 MC-AG_006899-MC-AG_006899
📄 041901-041903 MC-AG_006900-MC-AG_006902
📄 041904 MC-AG_006903-MC-AG_006903
📄 041905 MC-AG_006904-MC-AG_006904
📄 041906 MC-AG_006905-MC-AG_006905
📄 041907 MC-AG_006906-MC-AG_006906
📄 041908 MC-AG_006907-MC-AG_006907
📄 041909 MC-AG_006908-MC-AG_006908
📄 041910-041911 MC-AG_006909-MC-AG_006910
📄 041912 MC-AG_006911-MC-AG_006911
📄 041913 MC-AG_006912-MC-AG_006912
📄 041914 MC-AG_006913-MC-AG_006913
📄 041915 MC-AG_006914-MC-AG_006914
📄 041916 MC-AG_006915-MC-AG_006915
📄 041917-041918 MC-AG_006916-MC-AG_006917
📄 041919-041924 MC-AG_006918-MC-AG_006923
📄 041925 MC-AG_006924-MC-AG_006924
📄 041926 MC-AG_006925-MC-AG_006925
📄 041927 MC-AG_006926-MC-AG_006926
📄 041928-041929 MC-AG_006927-MC-AG_006928
📄 041930-041931 MC-AG_006929-MC-AG_006930
📄 041932 MC-AG_006931-MC-AG_006931
📄 041933 MC-AG_006932-MC-AG_006932
📄 041934 MC-AG_006933-MC-AG_006933
📄 041935-041941 MC-AG_006934-MC-AG_006940

- 041942 MC-AG_006941-MC-AG_006941
- 041943-041959 MC-AG_006942-MC-AG_006958
- 041960 MC-AG_006959-MC-AG_006959
- 041961 MC-AG_006960-MC-AG_006960
- 041962 MC-AG_006961-MC-AG_006961
- 041963 MC-AG_006962-MC-AG_006962
- 041964 MC-AG_006963-MC-AG_006963
- 041965 MC-AG_006964-MC-AG_006964
- 041966 MC-AG_006965-MC-AG_006965
- 041967 MC-AG_006966-MC-AG_006966
- 041968 MC-AG_006967-MC-AG_006967
- 041969-041971 MC-AG_006968-MC-AG_006970
- 041972-041977 MC-AG_006971-MC-AG_006976
- 041978-041981 MC-AG_006977-MC-AG_006980
- 041982 MC-AG_006981-MC-AG_006981
- 041983 MC-AG_006982-MC-AG_006982
- 041984-041985 MC-AG_006983-MC-AG_006984
- 041986-041988 MC-AG_006985-MC-AG_006987
- 041989-041996 MC-AG_006988-MC-AG_006995
- 041997 MC-AG_006996-MC-AG_006996
- 041998 MC-AG_006997-MC-AG_006997
- 041999 MC-AG_006998-MC-AG_006998
- 042000 MC-AG_006999-MC-AG_006999
- 042001 MC-AG_007000-MC-AG_007000
- 042002-042003 MC-AG_007001-MC-AG_007002
- 042004 MC-AG_007003-MC-AG_007003
- 042005 MC-AG_007004-MC-AG_007004
- 042006 MC-AG_007005-MC-AG_007005
- 042007-042016 MC-AG_007006-MC-AG_007015
- 042017-042022 MC-AG_007016-MC-AG_007021
- 042023 MC-AG_007022-MC-AG_007022
- 042024-042025 MC-AG_007023-MC-AG_007024
- 042026-042030 MC-AG_007025-MC-AG_007029
- 042031-042032 MC-AG_007030-MC-AG_007031
- 042033 MC-AG_007032-MC-AG_007032
- 042034-042037 MC-AG_007033-MC-AG_007036
- 042038-042040 MC-AG_007037-MC-AG_007039
- 042041-042042 MC-AG_007040-MC-AG_007041
- 042043-042044 MC-AG_007042-MC-AG_007043
- 042045 MC-AG_007044-MC-AG_007044

042046 MC-AG_007045-MC-AG_007045
042047 MC-AG_007046-MC-AG_007046
042048 MC-AG_007047-MC-AG_007047
042049 MC-AG_007048-MC-AG_007048
042050 MC-AG_007049-MC-AG_007049
042051-042052 MC-AG_007050-MC-AG_007051
042053-042062 MC-AG_007052-MC-AG_007061
042063-042082 MC-AG_007062-MC-AG_007081
042083 MC-AG_007082-MC-AG_007082
042084-042087 MC-AG_007083-MC-AG_007086
042088 MC-AG_007087-MC-AG_007087
042089-042125 MC-AG_007088-MC-AG_007124
042126-042128 MC-AG_007125-MC-AG_007127
042129-042138 MC-AG_007128-MC-AG_007137
042139 MC-AG_007138-MC-AG_007138
042140 MC-AG_007139-MC-AG_007139
042141 MC-AG_007140-MC-AG_007140
042142-042143 MC-AG_007141-MC-AG_007142
042144 MC-AG_007143-MC-AG_007143
042145-042146 MC-AG_007144-MC-AG_007145
042147 MC-AG_007146-MC-AG_007146
042148 MC-AG_007147-MC-AG_007147
042149 MC-AG_007148-MC-AG_007148
042150 MC-AG_007149-MC-AG_007149
042151 MC-AG_007150-MC-AG_007150
042152-042153 MC-AG_007151-MC-AG_007152
042154 MC-AG_007153-MC-AG_007153
042155-042168 MC-AG_007154-MC-AG_007167
042169-042178 MC-AG_007168-MC-AG_007177
042179-042193 MC-AG_007178-MC-AG_007192
042194-042208 MC-AG_007193-MC-AG_007207

Inbox Election Emails 2                                    042209-042382

042209-042233 MC-AG_007208-MC-AG_007232
042234-042236 MC-AG_007233-MC-AG_007235
042237 MC-AG_007236-MC-AG_007236
042238 MC-AG_007237-MC-AG_007237
042239-042240 MC-AG_007238-MC-AG_007239
042241 MC-AG_007240-MC-AG_007240
042242-042247 MC-AG_007241-MC-AG_007246
042248 MC-AG_007247-MC-AG_007247

042249 MC-AG_007248-MC-AG_007248

042250 MC-AG_007249-MC-AG_007249

042251 MC-AG_007250-MC-AG_007250

042252 MC-AG_007251-MC-AG_007251

042253-042254 MC-AG_007252-MC-AG_007253

042255-042256 MC-AG_007254-MC-AG_007255

042257-042259 MC-AG_007256-MC-AG_007258

042260 MC-AG_007259-MC-AG_007259

042261 MC-AG_007260-MC-AG_007260

042262 MC-AG_007261-MC-AG_007261

042263-042264 MC-AG_007262-MC-AG_007263

042265-042266 MC-AG_007264-MC-AG_007265

042267 MC-AG_007266-MC-AG_007266

042268-042269 MC-AG_007267-MC-AG_007268

042270 MC-AG_007269-MC-AG_007269

042271 MC-AG_007270-MC-AG_007270

042272-042277 MC-AG_007271-MC-AG_007276

042278 MC-AG_007277-MC-AG_007277

042279-042280 MC-AG_007278-MC-AG_007279

042281-042284 MC-AG_007280-MC-AG_007283

042285-042290 MC-AG_007284-MC-AG_007289

042291-042292 MC-AG_007290-MC-AG_007291

042293-042295 MC-AG_007292-MC-AG_007294

042296 MC-AG_007295-MC-AG_007295

042297 MC-AG_007296-MC-AG_007296

042298 MC-AG_007297-MC-AG_007297

042299-042308 MC-AG_007298-MC-AG_007307

042309-042328 MC-AG_007308-MC-AG_007327

042329-042365 MC-AG_007328-MC-AG_007364

042366-042368 MC-AG_007365-MC-AG_007367

042369 MC-AG_007368-MC-AG_007368

042370-042377 MC-AG_007369-MC-AG_007376

042378-042379 MC-AG_007377-MC-AG_007378

042380-042382 MC-AG_007379-MC-AG_007381

Inbox Mask Mandates 1                                         042383-042398

042383-042386 MC-AG_007382-MC-AG_007385

042387-042388 MC-AG_007386-MC-AG_007387

042389-042398 MC-AG_007388-MC-AG_007397

Inbox Mask Mandates 2                                         042399-042400

042399-042400 MC-AG_007398-MC-AG_007399

Purges 1                                          042401-042409
  042401-042406 MC-AG_007400-MC-AG_007405
  042407-042409 MC-AG_007406-MC-AG_007408
Purges 2                                          042410-042415
  042410 MC-AG_007409-MC-AG_007409
  042411-042413 MC-AG_007410-MC-AG_007412
  042414-042415 MC-AG_007413-MC-AG_007414
Versions 2                                        042416-042438
  042416-042418 MC-AG_007415-MC-AG_007417
  042419-042425 MC-AG_007418-MC-AG_007424
  042426-042428 MC-AG_007425-MC-AG_007427
  042429-042434 MC-AG_007428-MC-AG_007433
  042435-042438 MC-AG_007434-MC-AG_007437
Versions 2                                        042439-042448
  042439-042444 MC-AG_007438-MC-AG_007443
  042445-042448 MC-AG_007444-MC-AG_007447
Gonzales
Inbox 1                                           042449-042854
  042449-042473 MC-AG_007448-MC-AG_007472
  042474 MC-AG_007473-MC-AG_007473
  042475-042503 MC-AG_007474-MC-AG_007502
  042504-042526 MC-AG_007503-MC-AG_007525
  042527-042551 MC-AG_007526-MC-AG_007550
  042552-042573 MC-AG_007551-MC-AG_007572
  042574-042601 MC-AG_007573-MC-AG_007600
  042602-042625 MC-AG_007601-MC-AG_007624
  042626-042649 MC-AG_007625-MC-AG_007648
  042650-042670 MC-AG_007649-MC-AG_007669
  042671-042689 MC-AG_007670-MC-AG_007688
  042690-042710 MC-AG_007689-MC-AG_007709
  042711 MC-AG_007710-MC-AG_007710
  042712-042713 MC-AG_007711-MC-AG_007712
  042714-042715 MC-AG_007713-MC-AG_007714
  042716-042722 MC-AG_007715-MC-AG_007721
  042723-042755 MC-AG_007722-MC-AG_007754
  042756-042775 MC-AG_007755-MC-AG_007774
  042776-042804 MC-AG_007775-MC-AG_007803
  042805-042806 MC-AG_007804-MC-AG_007805
  042807-042817 MC-AG_007806-MC-AG_007816
  042818-042819 MC-AG_007817-MC-AG_007818
  042820-042825 MC-AG_007819-MC-AG_007824

📄 042826-042830 MC-AG_007825-MC-AG_007829
📄 042831 MC-AG_007830-MC-AG_007830
📄 042832 MC-AG_007831-MC-AG_007831
📄 042833-042842 MC-AG_007832-MC-AG_007841
📄 042843-042844 MC-AG_007842-MC-AG_007843
📄 042845 MC-AG_007844-MC-AG_007844
📄 042846-042854 MC-AG_007845-MC-AG_007853

Inbox 2                                    042855-044442

📄 042855-042873 MC-AG_007854-MC-AG_007872
📄 042874-042891 MC-AG_007873-MC-AG_007890
📄 042892-042914 MC-AG_007891-MC-AG_007913
📄 042915-042930 MC-AG_007914-MC-AG_007929
📄 042931-042958 MC-AG_007930-MC-AG_007957
📄 042959-042976 MC-AG_007958-MC-AG_007975
📄 042977-042995 MC-AG_007976-MC-AG_007994
📄 042996-043025 MC-AG_007995-MC-AG_008024
📄 043026-043050 MC-AG_008025-MC-AG_008049
📄 043051-043071 MC-AG_008050-MC-AG_008070
📄 043072-043089 MC-AG_008071-MC-AG_008088
📄 043090-043114 MC-AG_008089-MC-AG_008113
📄 043115-043126 MC-AG_008114-MC-AG_008125
📄 043127-043149 MC-AG_008126-MC-AG_008148
📄 043150-043166 MC-AG_008149-MC-AG_008165
📄 043167-043195 MC-AG_008166-MC-AG_008194
📄 043196-043218 MC-AG_008195-MC-AG_008217
📄 043219-043242 MC-AG_008218-MC-AG_008241
📄 043243-043259 MC-AG_008242-MC-AG_008258
📄 043260-043287 MC-AG_008259-MC-AG_008286
📄 043288-043311 MC-AG_008287-MC-AG_008310
📄 043312-043335 MC-AG_008311-MC-AG_008334
📄 043336-043353 MC-AG_008335-MC-AG_008352
📄 043354-043371 MC-AG_008353-MC-AG_008370
📄 043372-043390 MC-AG_008371-MC-AG_008389
📄 043391-043401 MC-AG_008390-MC-AG_008400
📄 043402-043410 MC-AG_008401-MC-AG_008409
📄 043411-043423 MC-AG_008410-MC-AG_008422
📄 043424-043445 MC-AG_008423-MC-AG_008444
📄 043446-043461 MC-AG_008445-MC-AG_008460
📄 043462-043463 MC-AG_008461-MC-AG_008462
📄 043464-043472 MC-AG_008463-MC-AG_008471

043473-043484 MC-AG_008472-MC-AG_008483
043485-043495 MC-AG_008484-MC-AG_008494
043496-043501 MC-AG_008495-MC-AG_008500
043502-043507 MC-AG_008501-MC-AG_008506
043508 MC-AG_008507-MC-AG_008507
043509-043518 MC-AG_008508-MC-AG_008517
043519 MC-AG_008518-MC-AG_008518
043520 MC-AG_008519-MC-AG_008519
043521 MC-AG_008520-MC-AG_008520
043522-043524 MC-AG_008521-MC-AG_008523
043525-043526 MC-AG_008524-MC-AG_008525
043527-043533 MC-AG_008526-MC-AG_008532
043534-043548 MC-AG_008533-MC-AG_008547
043549-043565 MC-AG_008548-MC-AG_008564
043566-043681 MC-AG_008565-MC-AG_008680
043682-043701 MC-AG_008681-MC-AG_008700
043702-043730 MC-AG_008701-MC-AG_008729
043731-043747 MC-AG_008730-MC-AG_008746
043748 MC-AG_008747-MC-AG_008747
043749-043752 MC-AG_008748-MC-AG_008751
043753-043758 MC-AG_008752-MC-AG_008757
043759-043765 MC-AG_008758-MC-AG_008764
043766-043770 MC-AG_008765-MC-AG_008769
043771-043780 MC-AG_008770-MC-AG_008779
043781-043782 MC-AG_008780-MC-AG_008781
043783-043787 MC-AG_008782-MC-AG_008786
043788-043792 MC-AG_008787-MC-AG_008791
043793-043795 MC-AG_008792-MC-AG_008794
043796-043801 MC-AG_008795-MC-AG_008800
043802-043807 MC-AG_008801-MC-AG_008806
043808-043813 MC-AG_008807-MC-AG_008812
043814-043818 MC-AG_008813-MC-AG_008817
043819-043827 MC-AG_008818-MC-AG_008826
043828-043833 MC-AG_008827-MC-AG_008832
043834-043839 MC-AG_008833-MC-AG_008838
043840-043841 MC-AG_008839-MC-AG_008840
043842-043847 MC-AG_008841-MC-AG_008846
043848-043853 MC-AG_008847-MC-AG_008852
043854-043858 MC-AG_008853-MC-AG_008857
043859-043862 MC-AG_008858-MC-AG_008861

043863-043868 MC-AG_008862-MC-AG_008867
043869-043870 MC-AG_008868-MC-AG_008869
043871-043875 MC-AG_008870-MC-AG_008874
043876-043877 MC-AG_008875-MC-AG_008876
043878-043884 MC-AG_008877-MC-AG_008883
043885-043889 MC-AG_008884-MC-AG_008888
043890-043895 MC-AG_008889-MC-AG_008894
043896-043900 MC-AG_008895-MC-AG_008899
043901-043904 MC-AG_008900-MC-AG_008903
043905-043916 MC-AG_008904-MC-AG_008915
043917-043928 MC-AG_008916-MC-AG_008927
043929-043932 MC-AG_008928-MC-AG_008931
043933-043936 MC-AG_008932-MC-AG_008935
043937-043938 MC-AG_008936-MC-AG_008937
043939-043942 MC-AG_008938-MC-AG_008941
043943-043963 MC-AG_008942-MC-AG_008962
043964-043978 MC-AG_008963-MC-AG_008977
043979-043994 MC-AG_008978-MC-AG_008993
043995-044010 MC-AG_008994-MC-AG_009009
044011-044024 MC-AG_009010-MC-AG_009023
044025-044039 MC-AG_009024-MC-AG_009038
044040-044052 MC-AG_009039-MC-AG_009051
044053-044056 MC-AG_009052-MC-AG_009055
044057-044060 MC-AG_009056-MC-AG_009059
044061-044073 MC-AG_009060-MC-AG_009072
044074-044089 MC-AG_009073-MC-AG_009088
044090-044104 MC-AG_009089-MC-AG_009103
044105-044119 MC-AG_009104-MC-AG_009118
044120-044134 MC-AG_009119-MC-AG_009133
044135-044155 MC-AG_009134-MC-AG_009154
044156-044177 MC-AG_009155-MC-AG_009176
044178-044200 MC-AG_009177-MC-AG_009199
044201-044210 MC-AG_009200-MC-AG_009209
044211-044221 MC-AG_009210-MC-AG_009220
044222-044232 MC-AG_009221-MC-AG_009231
044233-044244 MC-AG_009232-MC-AG_009243
044245-044260 MC-AG_009244-MC-AG_009259
044261-044268 MC-AG_009260-MC-AG_009267
044269-044279 MC-AG_009268-MC-AG_009278
044280-044291 MC-AG_009279-MC-AG_009290

044292-044294 MC-AG_009291-MC-AG_009293
044295 MC-AG_009294-MC-AG_009294
044296 MC-AG_009295-MC-AG_009295
044297-044306 MC-AG_009296-MC-AG_009305
044307-044310 MC-AG_009306-MC-AG_009309
044311-044313 MC-AG_009310-MC-AG_009312
044314-044315 MC-AG_009313-MC-AG_009314
044316-044318 MC-AG_009315-MC-AG_009317
044319-044321 MC-AG_009318-MC-AG_009320
044322-044323 MC-AG_009321-MC-AG_009322
044324-044327 MC-AG_009323-MC-AG_009326
044328-044341 MC-AG_009327-MC-AG_009340
044342-044344 MC-AG_009341-MC-AG_009343
044345-044347 MC-AG_009344-MC-AG_009346
044348 MC-AG_009347-MC-AG_009347
044349-044354 MC-AG_009348-MC-AG_009353
044355-044356 MC-AG_009354-MC-AG_009355
044357-044366 MC-AG_009356-MC-AG_009365
044367-044375 MC-AG_009366-MC-AG_009374
044376-044385 MC-AG_009375-MC-AG_009384
044386-044396 MC-AG_009385-MC-AG_009395
044397-044401 MC-AG_009396-MC-AG_009400
044402-044417 MC-AG_009401-MC-AG_009416
044418-044425 MC-AG_009417-MC-AG_009424
044426 MC-AG_009425-MC-AG_009425
044427 MC-AG_009426-MC-AG_009426
044428-044442 MC-AG_009427-MC-AG_009441

Purges 1                                                044443-044444
044443-044444 MC-AG_009442-MC-AG_009443
Purges 2                                                044445
044445 MC-AG_009444-MC-AG_009444
Sent 1                                                  044446-044458
044446-044447 MC-AG_009445-MC-AG_009446
044448-044458 MC-AG_009447-MC-AG_009457
Sent 2                                                  044459-044566
044459-044473 MC-AG_009458-MC-AG_009472
044474-044488 MC-AG_009473-MC-AG_009487
044489-044504 MC-AG_009488-MC-AG_009503
044505 MC-AG_009504-MC-AG_009504
044506-044508 MC-AG_009505-MC-AG_009507
044509-044510 MC-AG_009508-MC-AG_009509

📄 044511-044514 MC-AG_009510-MC-AG_009513
📄 044515-044516 MC-AG_009514-MC-AG_009515
📄 044517-044522 MC-AG_009516-MC-AG_009521
📄 044523 MC-AG_009522-MC-AG_009522
📄 044524-044525 MC-AG_009523-MC-AG_009524
📄 044526 MC-AG_009525-MC-AG_009525
📄 044527-044529 MC-AG_009526-MC-AG_009528
📄 044530-044532 MC-AG_009529-MC-AG_009531
📄 044533-044535 MC-AG_009532-MC-AG_009534
📄 044536-044541 MC-AG_009535-MC-AG_009540
📄 044542-044553 MC-AG_009541-MC-AG_009552
📄 044554-044565 MC-AG_009553-MC-AG_009564
📄 044566 MC-AG_009565-MC-AG_009565
Versions 1                                          044567-044575
📄 044567-044575 MC-AG_009566-MC-AG_009574
D3-Gates
  Gates
    Deleted 1                                        044576-044604
📄 044576-044604 MC-AG_009575-MC-AG_009603
    Deleted 2                                        044605-045015
📄 044605-044633 MC-AG_009604-MC-AG_009632
📄 044634 MC-AG_009633-MC-AG_009633
📄 044635 MC-AG_009634-MC-AG_009634
📄 044636-044637 MC-AG_009635-MC-AG_009636
📄 044638-044648 MC-AG_009637-MC-AG_009647
📄 044649-044650 MC-AG_009648-MC-AG_009649
📄 044651 MC-AG_009650-MC-AG_009650
📄 044652-044653 MC-AG_009651-MC-AG_009652
📄 044654-044655 MC-AG_009653-MC-AG_009654
📄 044656-044672 MC-AG_009655-MC-AG_009671
📄 044673-044678 MC-AG_009672-MC-AG_009677
📄 044679-044684 MC-AG_009678-MC-AG_009683
📄 044685-044688 MC-AG_009684-MC-AG_009687
📄 044689-044694 MC-AG_009688-MC-AG_009693
📄 044695-044699 MC-AG_009694-MC-AG_009698
📄 044700-044703 MC-AG_009699-MC-AG_009702
📄 044704-044705 MC-AG_009703-MC-AG_009704
📄 044706 MC-AG_009705-MC-AG_009705
📄 044707-044710 MC-AG_009706-MC-AG_009709
📄 044711-044714 MC-AG_009710-MC-AG_009713

📄 044718-044737 MC-AG_009717-MC-AG_009736
📄 044738-044757 MC-AG_009737-MC-AG_009756
📄 044758-044771 MC-AG_009757-MC-AG_009770
📄 044772-044786 MC-AG_009771-MC-AG_009785
📄 044787-044801 MC-AG_009786-MC-AG_009800
📄 044802-044815 MC-AG_009801-MC-AG_009814
📄 044816-044828 MC-AG_009815-MC-AG_009827
📄 044829-044846 MC-AG_009828-MC-AG_009845
📄 044847-044860 MC-AG_009846-MC-AG_009859
📄 044861-044874 MC-AG_009860-MC-AG_009873
📄 044875-044889 MC-AG_009874-MC-AG_009888
📄 044890-044910 MC-AG_009889-MC-AG_009909
📄 044911-044931 MC-AG_009910-MC-AG_009930
📄 044932-044952 MC-AG_009931-MC-AG_009951
📄 044953-044962 MC-AG_009952-MC-AG_009961
📄 044963-044973 MC-AG_009962-MC-AG_009972
📄 044974-044988 MC-AG_009973-MC-AG_009987
📄 044989-044995 MC-AG_009988-MC-AG_009994
📄 044996-045005 MC-AG_009995-MC-AG_010004
📄 045006-045015 MC-AG_010005-MC-AG_010014
Inbox 1                                         045016-045308
📄 045016-045040 MC-AG_010015-MC-AG_010039
📄 045041-045063 MC-AG_010040-MC-AG_010062
📄 045064-045088 MC-AG_010063-MC-AG_010087
📄 045089-045110 MC-AG_010088-MC-AG_010109
📄 045111-045138 MC-AG_010110-MC-AG_010137
📄 045139-045162 MC-AG_010138-MC-AG_010161
📄 045163-045186 MC-AG_010162-MC-AG_010185
📄 045187-045207 MC-AG_010186-MC-AG_010206
📄 045208-045226 MC-AG_010207-MC-AG_010225
📄 045227-045247 MC-AG_010226-MC-AG_010246
📄 045248-045267 MC-AG_010247-MC-AG_010266
📄 045268-045296 MC-AG_010267-MC-AG_010295
📄 045297-045299 MC-AG_010296-MC-AG_010298
📄 045300-045301 MC-AG_010299-MC-AG_010300
📄 045302-045303 MC-AG_010301-MC-AG_010302
📄 045304-045308 MC-AG_010303-MC-AG_010307
Inbox 2                                         045309-046122
📄 045309-045327 MC-AG_010308-MC-AG_010326
📄 045328-045345 MC-AG_010327-MC-AG_010344

045346-045368 MC-AG_010345-MC-AG_010367
045369-045384 MC-AG_010368-MC-AG_010383
045385-045412 MC-AG_010384-MC-AG_010411
045413-045430 MC-AG_010412-MC-AG_010429
045431-045449 MC-AG_010430-MC-AG_010448
045450-045479 MC-AG_010449-MC-AG_010478
045480-045504 MC-AG_010479-MC-AG_010503
045505-045525 MC-AG_010504-MC-AG_010524
045526-045543 MC-AG_010525-MC-AG_010542
045544-045568 MC-AG_010543-MC-AG_010567
045569-045580 MC-AG_010568-MC-AG_010579
045581-045603 MC-AG_010580-MC-AG_010602
045604-045620 MC-AG_010603-MC-AG_010619
045621-045643 MC-AG_010620-MC-AG_010642
045644-045667 MC-AG_010643-MC-AG_010666
045668-045684 MC-AG_010667-MC-AG_010683
045685-045712 MC-AG_010684-MC-AG_010711
045713-045736 MC-AG_010712-MC-AG_010735
045737-045760 MC-AG_010736-MC-AG_010759
045761-045778 MC-AG_010760-MC-AG_010777
045779-045796 MC-AG_010778-MC-AG_010795
045797-045815 MC-AG_010796-MC-AG_010814
045816-045828 MC-AG_010815-MC-AG_010827
045829-045850 MC-AG_010828-MC-AG_010849
045851-045866 MC-AG_010850-MC-AG_010865
045867-045872 MC-AG_010866-MC-AG_010870
045873-045878 MC-AG_010871-MC-AG_010876
045879 MC-AG_010877-MC-AG_010877
045880-045881 MC-AG_010878-MC-AG_010879
045882-045883 MC-AG_010880-MC-AG_010881
045884-045892 MC-AG_010882-MC-AG_010890
045893 MC-AG_010891-MC-AG_010891
045894-045908 MC-AG_010892-MC-AG_010906
045909-045928 MC-AG_010907-MC-AG_010926
045929-045957 MC-AG_010927-MC-AG_010955
045958-045974 MC-AG_010956-MC-AG_010972
045975-045976 MC-AG_010973-MC-AG_010974
045977-045978 MC-AG_010975-MC-AG_010976
045979 MC-AG_010977-MC-AG_010977
045980 MC-AG_010978-MC-AG_010978

📄 045981 MC-AG_010979-MC-AG_010979
📄 045982 MC-AG_010980-MC-AG_010980
📄 045983 MC-AG_010981-MC-AG_010981
📄 045984-045985 MC-AG_010982-MC-AG_010983
📄 045986-045987 MC-AG_010984-MC-AG_010985
📄 045988-045996 MC-AG_010986-MC-AG_010994
📄 045997-046001 MC-AG_010995-MC-AG_010999
📄 046002 MC-AG_011000-MC-AG_011000
📄 046003-046004 MC-AG_011001-MC-AG_011002
📄 046005-046006 MC-AG_011003-MC-AG_011004
📄 046007-046008 MC-AG_011005-MC-AG_011006
📄 046009-046010 MC-AG_011007-MC-AG_011008
📄 046011 MC-AG_011009-MC-AG_011009
📄 046012 MC-AG_011010-MC-AG_011010
📄 046013 MC-AG_011011-MC-AG_011011
📄 046014 MC-AG_011012-MC-AG_011012
📄 046015 MC-AG_011013-MC-AG_011013
📄 046016 MC-AG_011014-MC-AG_011014
📄 046017 MC-AG_011015-MC-AG_011015
📄 046018 MC-AG_011016-MC-AG_011016
📄 046019 MC-AG_011017-MC-AG_011017
📄 046020-046032 MC-AG_011018-MC-AG_011030
📄 046033-046045 MC-AG_011031-MC-AG_011043
📄 046046-046058 MC-AG_011044-MC-AG_011056
📄 046059-046076 MC-AG_011057-MC-AG_011074
📄 046077-046091 MC-AG_011075-MC-AG_011089
📄 046092-046101 MC-AG_011090-MC-AG_011099
📄 046102-046111 MC-AG_011100-MC-AG_011109
📄 046112-046122 MC-AG_011110-MC-AG_011120
Purges                                                    046123-046146
📄 046123 MC-AG_011121-MC-AG_011121
📄 046124 MC-AG_011122-MC-AG_011122
📄 046125-046140 MC-AG_011123-MC-AG_011138
📄 046141-046142 MC-AG_011139-MC-AG_011140
📄 046143-046144 MC-AG_011141-MC-AG_011142
📄 046145-046146 MC-AG_011143-MC-AG_011144
Sent 1                                                    046147
📄 046147 MC-AG_011145-MC-AG_011145
Sent 2                                                    046148-046168
📄 046148 MC-AG_011146-MC-AG_011146
📄 046149 MC-AG_011147-MC-AG_011147

046150 MC-AG_011148-MC-AG_011148
046151-046166 MC-AG_011149-MC-AG_011164
046167-046168 MC-AG_011165-MC-AG_011166
Schira
    Archive                               046169-046273
046169-046186 MC-AG_011167-MC-AG_011184
046187-046205 MC-AG_011185-MC-AG_011203
046206-046221 MC-AG_011204-MC-AG_011219
046222-046228 MC-AG_011220-MC-AG_011226
046229-046230 MC-AG_011227-MC-AG_011228
046231-046242 MC-AG_011229-MC-AG_011240
046243-046258 MC-AG_011241-MC-AG_011256
046259-046269 MC-AG_011257-MC-AG_011267
046270-046273 MC-AG_011268-MC-AG_011271
    Inbox 1                              046274-046626
046274-046298 MC-AG_011272-MC-AG_011296
046299-046327 MC-AG_011297-MC-AG_011325
046328-046350 MC-AG_011326-MC-AG_011348
046351-046375 MC-AG_011349-MC-AG_011373
046376-046397 MC-AG_011374-MC-AG_011395
046398-046425 MC-AG_011396-MC-AG_011423
046426-046449 MC-AG_011424-MC-AG_011447
046450-046473 MC-AG_011448-MC-AG_011471
046474-046494 MC-AG_011472-MC-AG_011492
046495-046513 MC-AG_011493-MC-AG_011511
046514-046534 MC-AG_011512-MC-AG_011532
046535 MC-AG_011533-MC-AG_011533
046536-046541 MC-AG_011534-MC-AG_011539
046542-046543 MC-AG_011540-MC-AG_011541
046544-046545 MC-AG_011542-MC-AG_011543
046546 MC-AG_011544-MC-AG_011544
046547 MC-AG_011545-MC-AG_011545
046548-046567 MC-AG_011546-MC-AG_011565
046568-046596 MC-AG_011566-MC-AG_011594
046597-046598 MC-AG_011595-MC-AG_011596
046599-046604 MC-AG_011597-MC-AG_011602
046605-046610 MC-AG_011603-MC-AG_011608
046611-046616 MC-AG_011609-MC-AG_011614
046617 MC-AG_011615-MC-AG_011615
046618 MC-AG_011616-MC-AG_011616
046619-046620 MC-AG_011617-MC-AG_011618

046618 MC-AG_011616-MC-AG_011616
046619-046620 MC-AG_011617-MC-AG_011618
046621 MC-AG_011619-MC-AG_011619
046622 MC-AG_011620-MC-AG_011620
046623 MC-AG_011621-MC-AG_011621
046624-046625 MC-AG_011622-MC-AG_011623
046626 MC-AG_011624-MC-AG_011624

**Inbox 2**                                              06627-047806

046627-046645 MC-AG_011625-MC-AG_011643
046646-046663 MC-AG_011644-MC-AG_011661
046664-046686 MC-AG_011662-MC-AG_011684
046687-046702 MC-AG_011685-MC-AG_011700
046703-046730 MC-AG_011701-MC-AG_011728
046731-046760 MC-AG_011729-MC-AG_011758
046761-046785 MC-AG_011759-MC-AG_011783
046786-046806 MC-AG_011784-MC-AG_011804
046807-046824 MC-AG_011805-MC-AG_011822
046825-046849 MC-AG_011823-MC-AG_011847
046850-046861 MC-AG_011848-MC-AG_011859
046862-046884 MC-AG_011860-MC-AG_011882
046885-046901 MC-AG_011883-MC-AG_011899
046902-046930 MC-AG_011900-MC-AG_011928
046931-046953 MC-AG_011929-MC-AG_011951
046954-046977 MC-AG_011952-MC-AG_011975
046978-046994 MC-AG_011976-MC-AG_011992
046995-047022 MC-AG_011993-MC-AG_012020
047023-047046 MC-AG_012021-MC-AG_012044
047047-047070 MC-AG_012045-MC-AG_012068
047071-047088 MC-AG_012069-MC-AG_012086
047089-047106 MC-AG_012087-MC-AG_012104
047107-047125 MC-AG_012105-MC-AG_012123
047126 MC-AG_012124-MC-AG_012124
047127 MC-AG_012125-MC-AG_012125
047128-047132 MC-AG_012126-MC-AG_012130
047133-047134 MC-AG_012131-MC-AG_012132
047135-047136 MC-AG_012133-MC-AG_012134
047137 MC-AG_012135-MC-AG_012135
047138-047139 MC-AG_012136-MC-AG_012137
047140 MC-AG_012138-MC-AG_012138

- 047141 MC-AG_012139-MC-AG_012139
- 047142 MC-AG_012140-MC-AG_012140
- 047143 MC-AG_012141-MC-AG_012141
- 047144-047145 MC-AG_012142-MC-AG_012143
- 047146-047147 MC-AG_012144-MC-AG_012145
- 047148-047153 MC-AG_012146-MC-AG_012151
- 047154-047168 MC-AG_012152-MC-AG_012166
- 047169-047185 MC-AG_012167-MC-AG_012183
- 047186-047205 MC-AG_012184-MC-AG_012203
- 047206-047234 MC-AG_012204-MC-AG_012232
- 047235-047251 MC-AG_012233-MC-AG_012249
- 047252 MC-AG_012250-MC-AG_012250
- 047253-047256 MC-AG_012251-MC-AG_012254
- 047257-047262 MC-AG_012255-MC-AG_012260
- 047263-047269 MC-AG_012261-MC-AG_012267
- 047270-047279 MC-AG_012268-MC-AG_012277
- 047280-047281 MC-AG_012278-MC-AG_012279
- 047282-047286 MC-AG_012280-MC-AG_012284
- 047287-047292 MC-AG_012285-MC-AG_012290
- 047293-047298 MC-AG_012291-MC-AG_012296
- 047299-047307 MC-AG_012297-MC-AG_012305
- 047308-047313 MC-AG_012306-MC-AG_012311
- 047314-047319 MC-AG_012312-MC-AG_012317
- 047320-047321 MC-AG_012318-MC-AG_012319
- 047322-047326 MC-AG_012320-MC-AG_012324
- 047327-047330 MC-AG_012325-MC-AG_012328
- 047331-047336 MC-AG_012329-MC-AG_012334
- 047337-047341 MC-AG_012335-MC-AG_012339
- 047342-047347 MC-AG_012340-MC-AG_012345
- 047348-047352 MC-AG_012346-MC-AG_012350
- 047353-047364 MC-AG_012351-MC-AG_012362
- 047365-047368 MC-AG_012363-MC-AG_012366
- 047369-047372 MC-AG_012367-MC-AG_012370
- 047373-047374 MC-AG_012371-MC-AG_012372
- 047375-047395 MC-AG_012373-MC-AG_012393
- 047396-047410 MC-AG_012394-MC-AG_012408
- 047411-047426 MC-AG_012409-MC-AG_012424
- 047427-047440 MC-AG_012425-MC-AG_012438
- 047441-047455 MC-AG_012439-MC-AG_012453

- 047456-047468 MC-AG_012454-MC-AG_012466
- 047469-047472 MC-AG_012467-MC-AG_012470
- 047473-047476 MC-AG_012471-MC-AG_012474
- 047477-047489 MC-AG_012475-MC-AG_012487
- 047490-047505 MC-AG_012488-MC-AG_012503
- 047506-047520 MC-AG_012504-MC-AG_012518
- 047521-047535 MC-AG_012519-MC-AG_012533
- 047536-047550 MC-AG_012534-MC-AG_012548
- 047551-047571 MC-AG_012549-MC-AG_012569
- 047572-047593 MC-AG_012570-MC-AG_012591
- 047594-047616 MC-AG_012592-MC-AG_012614
- 047617-047626 MC-AG_012615-MC-AG_012624
- 047627-047637 MC-AG_012625-MC-AG_012635
- 047638-047648 MC-AG_012636-MC-AG_012646
- 047649-047660 MC-AG_012647-MC-AG_012658
- 047661-047676 MC-AG_012659-MC-AG_012674
- 047677-047684 MC-AG_012675-MC-AG_012682
- 047685-047690 MC-AG_012683-MC-AG_012688
- 047691-047696 MC-AG_012689-MC-AG_012694
- 047697-047702 MC-AG_012695-MC-AG_012700
- 047703-047708 MC-AG_012701-MC-AG_012706
- 047709-047714 MC-AG_012707-MC-AG_012712
- 047715-047720 MC-AG_012713-MC-AG_012718
- 047721-047726 MC-AG_012719-MC-AG_012724
- 047727-047732 MC-AG_012725-MC-AG_012730
- 047733-047738 MC-AG_012731-MC-AG_012736
- 047739-047744 MC-AG_012737-MC-AG_012742
- 047745-047750 MC-AG_012743-MC-AG_012748
- 047751-047756 MC-AG_012749-MC-AG_012754
- 047757-047762 MC-AG_012755-MC-AG_012760
- 047763-047764 MC-AG_012761-MC-AG_012762
- 047765-047776 MC-AG_012763-MC-AG_012774
- 047777 MC-AG_012775-MC-AG_012775
- 047778 MC-AG_012776-MC-AG_012776
- 047779-047780 MC-AG_012777-MC-AG_012778
- 047781 MC-AG_012779-MC-AG_012779
- 047782-047783 MC-AG_012780-MC-AG_012781
- 047784-047786 MC-AG_012782-MC-AG_012784
- 047787-047788 MC-AG_012785-MC-AG_012786

📄 047789-047790 MC-AG_012787-MC-AG_012788
📄 047791 MC-AG_012789-MC-AG_012789
📄 047792-047793 MC-AG_012790-MC-AG_012791
📄 047794 MC-AG_012792-MC-AG_012792
📄 047795 MC-AG_012793-MC-AG_012793
📄 047796-047797 MC-AG_012794-MC-AG_012795
📄 047798-047800 MC-AG_012796-MC-AG_012798
📄 047801 MC-AG_012799-MC-AG_012799
📄 047802 MC-AG_012800-MC-AG_012800
📄 047803-047804 MC-AG_012801-MC-AG_012802
📄 047805 MC-AG_012803-MC-AG_012803
📄 047806 MC-AG_012804-MC-AG_012804

Inbox 2020 Election Comments 1                     047807
📄 047807 MC-AG_012805-MC-AG_012805
Inbox 2020 Election Comments 2                     047808
📄 047808 MC-AG_012806-MC-AG_012806
Inbox Archive Issues Brian Duffy                   047809-047818
📄 047809-047813 MC-AG_012807-MC-AG_012811
📄 047814-047818 MC-AG_012812-MC-AG_012816
Inbox Old                                          047819-047853
📄 047819-047831 MC-AG_012817-MC-AG_012829
📄 047832-047853 MC-AG_012830-MC-AG_012851
Purges                                             047854-047873
📄 047854-047859 MC-AG_012852-MC-AG_012857
📄 047860-047865 MC-AG_012858-MC-AG_012863
📄 047866-047867 MC-AG_012864-MC-AG_012865
📄 047868 MC-AG_012866-MC-AG_012866
📄 047869-047870 MC-AG_012867-MC-AG_012868
📄 047871 MC-AG_012869-MC-AG_012869
📄 047872-047873 MC-AG_012870-MC-AG_012871
Sent 1                                             047874-047875
📄 047874-047875 MC-AG_012872-MC-AG_012873
Sent 2                                             047876-047888
📄 047876 MC-AG_012874-MC-AG_012874
📄 047877 MC-AG_012875-MC-AG_012875
📄 047878-047879 MC-AG_012876-MC-AG_012877
📄 047880-047881 MC-AG_012878-MC-AG_012879
📄 047882-047883 MC-AG_012880-MC-AG_012881
📄 047884 MC-AG_012882-MC-AG_012882
📄 047885-047886 MC-AG_012883-MC-AG_012884
📄 047887-047888 MC-AG_012885-MC-AG_012886

Versions                                          047889-047900
   047889-047900 MC-AG_012887-MC-AG_012898
D4-Hickman
  Hickman
  Election 1                                          047901-048026
   047901 MC-AG_012899-MC-AG_012899
   047902 MC-AG_012900-MC-AG_012900
   047903 MC-AG_012901-MC-AG_012901
   047904 MC-AG_012902-MC-AG_012902
   047905 MC-AG_012903-MC-AG_012903
   047906 MC-AG_012904-MC-AG_012904
   047907 MC-AG_012905-MC-AG_012905
   047908 MC-AG_012906-MC-AG_012906
   047909 MC-AG_012907-MC-AG_012907
   047910 MC-AG_012908-MC-AG_012908
   047911-047912 MC-AG_012909-MC-AG_012910
   047913 MC-AG_012911-MC-AG_012911
   047914 MC-AG_012912-MC-AG_012912
   047915 MC-AG_012913-MC-AG_012913
   047916-047917 MC-AG_012914-MC-AG_012915
   047918-047923 MC-AG_012916-MC-AG_012921
   047924 MC-AG_012922-MC-AG_012922
   047925 MC-AG_012923-MC-AG_012923
   047926 MC-AG_012924-MC-AG_012924
   047927 MC-AG_012925-MC-AG_012925
   047928-047929 MC-AG_012926-MC-AG_012927
   047930-047932 MC-AG_012928-MC-AG_012930
   047933-047934 MC-AG_012931-MC-AG_012932
   047935 MC-AG_012933-MC-AG_012933
   047936 MC-AG_012934-MC-AG_012934
   047937 MC-AG_012935-MC-AG_012935
   047938 MC-AG_012936-MC-AG_012936
   047939-047943 MC-AG_012937-MC-AG_012941
   047944 MC-AG_012942-MC-AG_012942
   047945 MC-AG_012943-MC-AG_012943
   047946 MC-AG_012944-MC-AG_012944
   047947 MC-AG_012945-MC-AG_012945
   047948 MC-AG_012946-MC-AG_012946
   047949-047952 MC-AG_012947-MC-AG_012950
   047953 MC-AG_012951-MC-AG_012951
   047954 MC-AG_012952-MC-AG_012952

- 047955 MC-AG_012953-MC-AG_012953
- 047956-047963 MC-AG_012954-MC-AG_012961
- 047964 MC-AG_012962-MC-AG_012962
- 047965 MC-AG_012963-MC-AG_012963
- 047966 MC-AG_012964-MC-AG_012964
- 047967 MC-AG_012965-MC-AG_012965
- 047968 MC-AG_012966-MC-AG_012966
- 047969-047970 MC-AG_012967-MC-AG_012968
- 047971 MC-AG_012969-MC-AG_012969
- 047972 MC-AG_012970-MC-AG_012970
- 047973 MC-AG_012971-MC-AG_012971
- 047974 MC-AG_012972-MC-AG_012972
- 047975 MC-AG_012973-MC-AG_012973
- 047976 MC-AG_012974-MC-AG_012974
- 047977-047982 MC-AG_012975-MC-AG_012980
- 047983 MC-AG_012981-MC-AG_012981
- 047984-047985 MC-AG_012982-MC-AG_012983
- 047986-047990 MC-AG_012984-MC-AG_012988
- 047991-047992 MC-AG_012989-MC-AG_012990
- 047993-047994 MC-AG_012991-MC-AG_012992
- 047995-047996 MC-AG_012993-MC-AG_012994
- 047997-047998 MC-AG_012995-MC-AG_012996
- 047999 MC-AG_012997-MC-AG_012997
- 048000 MC-AG_012998-MC-AG_012998
- 048001 MC-AG_012999-MC-AG_012999
- 048002 MC-AG_013000-MC-AG_013000
- 048003 MC-AG_013001-MC-AG_013001
- 048004 MC-AG_013002-MC-AG_013002
- 048005-048006 MC-AG_013003-MC-AG_013004
- 048007 MC-AG_013005-MC-AG_013005
- 048008 MC-AG_013006-MC-AG_013006
- 048009 MC-AG_013007-MC-AG_013007
- 048010-048012 MC-AG_013008-MC-AG_013010
- 048013 MC-AG_013011-MC-AG_013011
- 048014 MC-AG_013012-MC-AG_013012
- 048015 MC-AG_013013-MC-AG_013013
- 048016 MC-AG_013014-MC-AG_013014
- 048017-048018 MC-AG_013015-MC-AG_013016
- 048019 MC-AG_013017-MC-AG_013017

048020-048021 MC-AG_013018-MC-AG_013019
048022 MC-AG_013020-MC-AG_013020
048023 MC-AG_013021-MC-AG_013021
048024 MC-AG_013022-MC-AG_013022
048025 MC-AG_013023-MC-AG_013023
048026 MC-AG_013024-MC-AG_013024

Election 2                                              048027-048138

048027-048051 MC-AG_013025-MC-AG_013049
048052-048054 MC-AG_013050-MC-AG_013052
048055 MC-AG_013053-MC-AG_013053
048056 MC-AG_013054-MC-AG_013054
048057 MC-AG_013055-MC-AG_013055
048058 MC-AG_013056-MC-AG_013056
048059-048060 MC-AG_013057-MC-AG_013058
048061-048063 MC-AG_013059-MC-AG_013061
048064-048066 MC-AG_013062-MC-AG_013064
048067 MC-AG_013065-MC-AG_013065
048068 MC-AG_013066-MC-AG_013066
048069-048074 MC-AG_013067-MC-AG_013072
048075 MC-AG_013073-MC-AG_013073
048076-048079 MC-AG_013074-MC-AG_013077
048080 MC-AG_013078-MC-AG_013078
048081 MC-AG_013079-MC-AG_013079
048082 MC-AG_013080-MC-AG_013080
048083-048084 MC-AG_013081-MC-AG_013082
048085-048086 MC-AG_013083-MC-AG_013084
048087 MC-AG_013085-MC-AG_013085
048088-048090 MC-AG_013086-MC-AG_013088
048091-048093 MC-AG_013089-MC-AG_013091
048094-048096 MC-AG_013092-MC-AG_013094
048097 MC-AG_013095-MC-AG_013095
048098 MC-AG_013096-MC-AG_013096
048099 MC-AG_013097-MC-AG_013097
048100-048101 MC-AG_013098-MC-AG_013099
048102 MC-AG_013100-MC-AG_013100
048103 MC-AG_013101-MC-AG_013101
048104 MC-AG_013102-MC-AG_013102
048105-048108 MC-AG_013103-MC-AG_013106
048109-048114 MC-AG_013107-MC-AG_013112
048115-048117 MC-AG_013113-MC-AG_013115

048118 MC-AG_013116-MC-AG_013116
048119 MC-AG_013117-MC-AG_013117
048120 MC-AG_013118-MC-AG_013118
048121-048123 MC-AG_013119-MC-AG_013121
048124-048126 MC-AG_013122-MC-AG_013124
048127 MC-AG_013125-MC-AG_013125
048128-048135 MC-AG_013126-MC-AG_013133
048136-048138 MC-AG_013134-MC-AG_013136

Election District 4 1                                  048139-048143
048139 MC-AG_013137-MC-AG_013137
048140 MC-AG_013138-MC-AG_013138
048141 MC-AG_013139-MC-AG_013139
048142 MC-AG_013140-MC-AG_013140
048143 MC-AG_013141-MC-AG_013141

Election District 4 2                                  048144-048145
048144-048145 MC-AG_013142-MC-AG_013143

Inbox 1                                                048146-048512
048146-048163 MC-AG_013144-MC-AG_013161
048164-048179 MC-AG_013162-MC-AG_013177
048180-048198 MC-AG_013178-MC-AG_013196
048199-048221 MC-AG_013197-MC-AG_013219
048222-048238 MC-AG_013220-MC-AG_013236
048239-048267 MC-AG_013237-MC-AG_013265
048268-048290 MC-AG_013266-MC-AG_013288
048291-048314 MC-AG_013289-MC-AG_013312
048315-048331 MC-AG_013313-MC-AG_013329
048332-048349 MC-AG_013330-MC-AG_013347
048350-048368 MC-AG_013348-MC-AG_013366
048369 MC-AG_013367-MC-AG_013367
048370-048386 MC-AG_013368-MC-AG_013384
048387-048415 MC-AG_013385-MC-AG_013413
048416-048437 MC-AG_013414-MC-AG_013435
048438-048442 MC-AG_013436-MC-AG_013440
048443 MC-AG_013441-MC-AG_013441
048444-048449 MC-AG_013442-MC-AG_013447
048450-048453 MC-AG_013448-MC-AG_013451
048454-048459 MC-AG_013452-MC-AG_013457
048460-048461 MC-AG_013458-MC-AG_013459
048462-048463 MC-AG_013460-MC-AG_013461
048464-048470 MC-AG_013462-MC-AG_013468
048471-048472 MC-AG_013469-MC-AG_013470

048473-048482 MC-AG_013471-MC-AG_013480
048483-048484 MC-AG_013481-MC-AG_013482
048485-048492 MC-AG_013483-MC-AG_013490
048493 MC-AG_013491-MC-AG_013491
048494-048496 MC-AG_013492-MC-AG_013494
048497-048499 MC-AG_013495-MC-AG_013497
048500-048512 MC-AG_013498-MC-AG_013510

Inbox 2                                        048513-048760

048513-048541 MC-AG_013511-MC-AG_013539
048542-048564 MC-AG_013540-MC-AG_013562
048565-048585 MC-AG_013563-MC-AG_013583
048586-048604 MC-AG_013584-MC-AG_013602
048605-048720 MC-AG_013603-MC-AG_013718
048721-048749 MC-AG_013719-MC-AG_013747
048750-048753 MC-AG_013748-MC-AG_013751
048754 MC-AG_013752-MC-AG_013752
048755-048760 MC-AG_013753-MC-AG_013758

Inbox 2020 1                                   048761-049612

048761-048779 MC-AG_013759-MC-AG_013777
048800-048802 MC-AG_013778-MC-AG_013800
048803-048830 MC-AG_013801-MC-AG_013828
048831-048860 MC-AG_013829-MC-AG_013858
048861-048885 MC-AG_013859-MC-AG_013883
048886-048906 MC-AG_013884-MC-AG_013904
048907-048924 MC-AG_013905-MC-AG_013922
048925-048936 MC-AG_013923-MC-AG_013934
048937-048964 MC-AG_013935-MC-AG_013962
048965-048975 MC-AG_013963-MC-AG_013973
048976-048988 MC-AG_013974-MC-AG_013986
048989-049010 MC-AG_013987-MC-AG_014008
049011-049026 MC-AG_014009-MC-AG_014024
049027-049035 MC-AG_014025-MC-AG_014033
049036-049047 MC-AG_014034-MC-AG_014045
049048-049051 MC-AG_014046-MC-AG_014049
049052-049055 MC-AG_014050-MC-AG_014053
049056-049059 MC-AG_014054-MC-AG_014057
049060-049063 MC-AG_014058-MC-AG_014061
049064-049068 MC-AG_014062-MC-AG_014066
049069-049073 MC-AG_014067-MC-AG_014071
049074-049079 MC-AG_014072-MC-AG_014077
049080-049085 MC-AG_014078-MC-AG_014083

049086-049090 MC-AG_014084-MC-AG_014088
049091-049095 MC-AG_014089-MC-AG_014093
049096-049102 MC-AG_014094-MC-AG_014100
049103-049107 MC-AG_014101-MC-AG_014105
049108-049117 MC-AG_014106-MC-AG_014115
049118-049119 MC-AG_014116-MC-AG_014117
049120-049134 MC-AG_014118-MC-AG_014132
049135-049154 MC-AG_014133-MC-AG_014152
049155-049161 MC-AG_014153-MC-AG_014159
049162-049165 MC-AG_014160-MC-AG_014163
049166-049167 MC-AG_014164-MC-AG_014165
049168-049181 MC-AG_014166-MC-AG_014179
049182-049194 MC-AG_014180-MC-AG_014192
049195-049204 MC-AG_014193-MC-AG_014202
049205-049206 MC-AG_014203-MC-AG_014204
049207-049208 MC-AG_014205-MC-AG_014206
049209-049212 MC-AG_014207-MC-AG_014210
049213-049218 MC-AG_014211-MC-AG_014216
049219-049221 MC-AG_014217-MC-AG_014219
049222-049230 MC-AG_014220-MC-AG_014228
049231-049235 MC-AG_014229-MC-AG_014233
049236-049241 MC-AG_014234-MC-AG_014239
049242 MC-AG_014240-MC-AG_014240
049243-049246 MC-AG_014241-MC-AG_014244
049247-049251 MC-AG_014245-MC-AG_014249
049252-049261 MC-AG_014250-MC-AG_014259
049262-049269 MC-AG_014260-MC-AG_014267
049270-049276 MC-AG_014268-MC-AG_014274
049277-049282 MC-AG_014275-MC-AG_014280
049283-049290 MC-AG_014281-MC-AG_014288
049291-049299 MC-AG_014289-MC-AG_014297
049300-049303 MC-AG_014298-MC-AG_014301
049304-049308 MC-AG_014302-MC-AG_014306
049309-049312 MC-AG_014307-MC-AG_014310
049313-049317 MC-AG_014311-MC-AG_014315
049318-049322 MC-AG_014316-MC-AG_014320
049323-049342 MC-AG_014321-MC-AG_014340
049343-049346 MC-AG_014341-MC-AG_014344
049347-049351 MC-AG_014345-MC-AG_014349

049352-049371 MC-AG_014350-MC-AG_014369
049372-049391 MC-AG_014370-MC-AG_014389
049392-049405 MC-AG_014390-MC-AG_014403
049406-049420 MC-AG_014404-MC-AG_014418
049421-049433 MC-AG_014419-MC-AG_014431
049434-049447 MC-AG_014432-MC-AG_014445
049448-049452 MC-AG_014446-MC-AG_014450
049453-049456 MC-AG_014451-MC-AG_014454
049457-049474 MC-AG_014455-MC-AG_014472
049475-049492 MC-AG_014473-MC-AG_014490
049493-049506 MC-AG_014491-MC-AG_014504
049507-049527 MC-AG_014505-MC-AG_014525
049528-049548 MC-AG_014526-MC-AG_014546
049549-049563 MC-AG_014547-MC-AG_014561
049564-049573 MC-AG_014562-MC-AG_014571
049574-049583 MC-AG_014572-MC-AG_014581
049584-049598 MC-AG_014582-MC-AG_014596
049599-049608 MC-AG_014597-MC-AG_014606
049609-049612 MC-AG_014607-MC-AG_014610

Inbox 2020 2                                     049613-049689
049613-049637 MC-AG_014611-MC-AG_014635
049638-049665 MC-AG_014636-MC-AG_014663
049666-049667 MC-AG_014664-MC-AG_014665
049668-049687 MC-AG_014666-MC-AG_014685
049688-049689 MC-AG_014686-MC-AG_014687

Inbox 2020 Mask Mandate 1                        049690-049691
049690-049691 MC-AG_014688-MC-AG_014689

Inbox 2020 Mask Mandate 2                        049692-049693
049692-049693 MC-AG_014690-MC-AG_014691

Inbox 2021 1                                     049694-049714
049694-049703 MC-AG_014692-MC-AG_014701
049704-049714 MC-AG_014702-MC-AG_014712

Inbox 2021 2                                     049715-049744
049715-049735 MC-AG_014713-MC-AG_014733
049736-049744 MC-AG_014734-MC-AG_014742

News Clips for County 1                          049745-049769
049745-049769 MC-AG_014743-MC-AG_014767

News Clips for County 2                          049770-049794
049770-049794 MC-AG_014768-MC-AG_014792

Purges 1                                         049795-051300

049795-049813 MC-AG_014793-MC-AG_014811
049814-049836 MC-AG_014812-MC-AG_014834
049837-049864 MC-AG_014835-MC-AG_014862
049865-049882 MC-AG_014863-MC-AG_014880
049883-049912 MC-AG_014881-MC-AG_014910
049913-049937 MC-AG_014911-MC-AG_014935
049938-049958 MC-AG_014936-MC-AG_014956
049959-049976 MC-AG_014957-MC-AG_014974
049977-050001 MC-AG_014975-MC-AG_014999
050002-050013 MC-AG_015000-MC-AG_015011
050014-050041 MC-AG_015012-MC-AG_015039
050042-050065 MC-AG_015040-MC-AG_015063
050066-050089 MC-AG_015064-MC-AG_015087
050090-050107 MC-AG_015088-MC-AG_015105
050108 MC-AG_015106-MC-AG_015106
050109 MC-AG_015107-MC-AG_015107
050110 MC-AG_015108-MC-AG_015108
050111 MC-AG_015109-MC-AG_015109
050112 MC-AG_015110-MC-AG_015110
050113-050123 MC-AG_015111-MC-AG_015121
050124-050132 MC-AG_015122-MC-AG_015130
050133 MC-AG_015131-MC-AG_015131
050134 MC-AG_015132-MC-AG_015132
050135-050147 MC-AG_015133-MC-AG_015145
050148-050169 MC-AG_015146-MC-AG_015167
050170-050185 MC-AG_015168-MC-AG_015183
050186 MC-AG_015184-MC-AG_015184
050187 MC-AG_015185-MC-AG_015185
050188 MC-AG_015186-MC-AG_015186
050189 MC-AG_015187-MC-AG_015187
050190-050191 MC-AG_015188-MC-AG_015189
050192-050200 MC-AG_015190-MC-AG_015198
050201-050212 MC-AG_015199-MC-AG_015210
050213-050223 MC-AG_015211-MC-AG_015221
050224-050226 MC-AG_015222-MC-AG_015224
050227-050229 0MC-AG_015225-MC-AG_015227
050230-050233 MC-AG_015228-MC-AG_015231
050234-050237 MC-AG_015232-MC-AG_015235
050238-050241 MC-AG_015236-MC-AG_015239
050242-050243 MC-AG_015240-MC-AG_015241
050244-050247 MC-AG_015242-MC-AG_015245
050248-050252 MC-AG_015246-MC-AG_015250
050253 MC-AG_015251-MC-AG_015251

- 050254-050258 MC-AG_015252-MC-AG_015256
- 050259-050264 MC-AG_015257-MC-AG_015262
- 050265-050268 MC-AG_015263-MC-AG_015266
- 050269-050272 MC-AG_015267-MC-AG_015270
- 050273 MC-AG_015271-MC-AG_015271
- 050274 MC-AG_015272-MC-AG_015272
- 050275-050280 MC-AG_015273-MC-AG_015278
- 050281-050286 MC-AG_015279-MC-AG_015284
- 050287-050288 MC-AG_015285-MC-AG_015286
- 050289-050294 MC-AG_015287-MC-AG_015292
- 050295-050296 MC-AG_015293-MC-AG_015294
- 050297-050301 MC-AG_015295-MC-AG_015299
- 050302-050306 MC-AG_015300-MC-AG_015304
- 050307-050311 MC-AG_015305-MC-AG_015309
- 050312-050318 MC-AG_015310-MC-AG_015316
- 050319-050323 MC-AG_015317-MC-AG_015321
- 050324-050328 MC-AG_015322-MC-AG_015326
- 050329 MC-AG_015327-MC-AG_015327
- 050330 MC-AG_015328-MC-AG_015328
- 050331 MC-AG_015329-MC-AG_015329
- 050332-050341 MC-AG_015330-MC-AG_015339
- 050342 MC-AG_015340-MC-AG_015340
- 050343-050356 MC-AG_015341-MC-AG_015354
- 050357-050369 MC-AG_015355-MC-AG_015367
- 050370 MC-AG_015368-MC-AG_015368
- 050371-050372 MC-AG_015369-MC-AG_015370
- 050373-050375 MC-AG_015371-MC-AG_015373
- 050376-050377 MC-AG_015374-MC-AG_015375
- 050378-050379 MC-AG_015376-MC-AG_015377
- 050380-050388 MC-AG_015378-MC-AG_015386
- 050389 MC-AG_015387-MC-AG_015387
- 050390 MC-AG_015388-MC-AG_015388
- 050391 MC-AG_015389-MC-AG_015389
- 050392 MC-AG_015390-MC-AG_015390
- 050393 MC-AG_015391-MC-AG_015391
- 050394-050408 MC-AG_015392-MC-AG_015406
- 050409-050428 MC-AG_015407-MC-AG_015426
- 050429-050445 MC-AG_015427-MC-AG_015443
- 050446-050450 MC-AG_015444-MC-AG_015448
- 050451-050457 MC-AG_015449-MC-AG_015455
- 050458 MC-AG_015456-MC-AG_015456
- 050459-050462 MC-AG_015457-MC-AG_015460
- 050463 MC-AG_015461-MC-AG_015461

050464-050468 MC-AG_015462-MC-AG_015466
050469 MC-AG_015467-MC-AG_015467
050470-050471 MC-AG_015468-MC-AG_015469
050472 MC-AG_015470-MC-AG_015470
050473 MC-AG_015471-MC-AG_015471
050474-050476 MC-AG_015472-MC-AG_015474
050477-050478 MC-AG_015475-MC-AG_015476
050479-050480 MC-AG_015477-MC-AG_015478
050481-050482 MC-AG_015479-MC-AG_015480
050483-050496 MC-AG_015481-MC-AG_015494
050497-050509 MC-AG_015495-MC-AG_015507
050510-050525 MC-AG_015508-MC-AG_015523
050526-050535 MC-AG_015524-MC-AG_015533
050536-050537 MC-AG_015534-MC-AG_015535
050538-050539 MC-AG_015536-MC-AG_015537
050540-050543 MC-AG_015538-MC-AG_015541
050544-050547 MC-AG_015542-MC-AG_015545
050548-050550 MC-AG_015546-MC-AG_015548
050551-050556 MC-AG_015549-MC-AG_015554
050557-050562 MC-AG_015555-MC-AG_015560
050563 MC-AG_015561-MC-AG_015561
050564 MC-AG_015562-MC-AG_015562
050565-050567 MC-AG_015563-MC-AG_015565
050568 MC-AG_015566-MC-AG_015566
050569-050572 MC-AG_015567-MC-AG_015570
050573 MC-AG_015571-MC-AG_015571
050574 MC-AG_015572-MC-AG_015572
050575-050583 MC-AG_015573-MC-AG_015581
050584-050588 MC-AG_015582-MC-AG_015586
050589-050591 MC-AG_015587-MC-AG_015589
050592-050596 MC-AG_015590-MC-AG_015594
050597 MC-AG_015595-MC-AG_015595
050598-050605 MC-AG_015596-MC-AG_015603
050606-050615 MC-AG_015604-MC-AG_015613
050616-050617 MC-AG_015614-MC-AG_015615
050618 MC-AG_015616-MC-AG_015616
050619 MC-AG_015617-MC-AG_015617
050620 MC-AG_015618-MC-AG_015618
050621 MC-AG_015619-MC-AG_015619
050622-050623 MC-AG_015620-MC-AG_015621
050624 MC-AG_015622-MC-AG_015622
050625 MC-AG_015623-MC-AG_015623
050626-050627 MC-AG_015624-MC-AG_015625

- 050628-050631 MC-AG_015626-MC-AG_015629
- 050632-050635 MC-AG_015630-MC-AG_015633
- 050636-050637 MC-AG_015634-MC-AG_015635
- 050638 MC-AG_015636-MC-AG_015636
- 050639 MC-AG_015637-MC-AG_015637
- 050640-050644 MC-AG_015638-MC-AG_015642
- 050645 MC-AG_015643-MC-AG_015643
- 050646-050649 MC-AG_015644-MC-AG_015647
- 050650 MC-AG_015648-MC-AG_015648
- 050651 MC-AG_015649-MC-AG_015649
- 050652-050657 MC-AG_015650-MC-AG_015655
- 050658-050659 MC-AG_015656-MC-AG_015657
- 050660 MC-AG_015658-MC-AG_015658
- 050661 MC-AG_015659-MC-AG_015659
- 050662-050663 MC-AG_015660-MC-AG_015661
- 050664-050668 MC-AG_015662-MC-AG_015666
- 050669-050670 MC-AG_015667-MC-AG_015668
- 050671-050678 MC-AG_015669-MC-AG_015676
- 050679-050685 MC-AG_015677-MC-AG_015683
- 050686-050691 MC-AG_015684-MC-AG_015689
- 050692-050699 MC-AG_015690-MC-AG_015697
- 050700-050701 MC-AG_015698-MC-AG_015699
- 050702-050704 MC-AG_015700-MC-AG_015702
- 050705-050706 MC-AG_015703-MC-AG_015704
- 050707-050708 MC-AG_015705-MC-AG_015706
- 050709 MC-AG_015707-MC-AG_015707
- 050710 MC-AG_015708-MC-AG_015708
- 050711 MC-AG_015709-MC-AG_015709
- 050712 MC-AG_015710-MC-AG_015710
- 050713 MC-AG_015711-MC-AG_015711
- 050714 MC-AG_015712-MC-AG_015712
- 050715-050716 MC-AG_015713-MC-AG_015714
- 050717 MC-AG_015715-MC-AG_015715
- 050718-050721 MC-AG_015716-MC-AG_015719
- 050722-050731 MC-AG_015720-MC-AG_015729
- 050732-050740 MC-AG_015730-MC-AG_015738
- 050741-050750 MC-AG_015739-MC-AG_015748
- 050751-050761 MC-AG_015749-MC-AG_015759
- 050762-050765 MC-AG_015760-MC-AG_015763
- 050766 MC-AG_015764-MC-AG_015764
- 050767-050771 MC-AG_015765-MC-AG_015769
- 050772 MC-AG_015770-MC-AG_015770
- 050773-050776 MC-AG_015771-MC-AG_015774

050777-050781 MC-AG_015775-MC-AG_015779
050782-050787 MC-AG_015780-MC-AG_015785
050788-050792 MC-AG_015786-MC-AG_015790
050793-050795 MC-AG_015791-MC-AG_015793
050796-050799 MC-AG_015794-MC-AG_015797
050800-050803 MC-AG_015798-MC-AG_015801
050804 MC-AG_015802-MC-AG_015802
050805 MC-AG_015803-MC-AG_015803
050806 MC-AG_015804-MC-AG_015804
050807 MC-AG_015805-MC-AG_015805
050808-050827 MC-AG_015806-MC-AG_015825
050828-050829 MC-AG_015826-MC-AG_015827
050830 MC-AG_015828-MC-AG_015828
050831-050832 MC-AG_015829-MC-AG_015830
050833 MC-AG_015831-MC-AG_015831
050834 MC-AG_015832-MC-AG_015832
050835-050838 MC-AG_015833-MC-AG_015836
050839-050840 MC-AG_015837-MC-AG_015838
050841 MC-AG_015839-MC-AG_015839
050842-050844 MC-AG_015840-MC-AG_015842
050845 MC-AG_015843-MC-AG_015843
050846 MC-AG_015844-MC-AG_015844
050847 MC-AG_015845-MC-AG_015845
050848 MC-AG_015846-MC-AG_015846
050849-050853 MC-AG_015847-MC-AG_015851
050854-050858 MC-AG_015852-MC-AG_015856
050859-050878 MC-AG_015857-MC-AG_015876
050879-050898 MC-AG_015877-MC-AG_015896
050899-050912 MC-AG_015897-MC-AG_015910
050913-050927 MC-AG_015911-MC-AG_015925
050928-050942 MC-AG_015926-MC-AG_015940
050943-050955 MC-AG_015941-MC-AG_015953
050956-050969 MC-AG_015954-MC-AG_015967
050970-050974 MC-AG_015968-MC-AG_015972
050975-050978 MC-AG_015973-MC-AG_015976
050979-050982 MC-AG_015977-MC-AG_015980
050983-050995 MC-AG_015981-MC-AG_015993
050996-051008 MC-AG_015994-MC-AG_016006
051009-051026 MC-AG_016007-MC-AG_016024
051027-051044 MC-AG_016025-MC-AG_016042
051045-051058 MC-AG_016043-MC-AG_016056
051059-051072 MC-AG_016057-MC-AG_016070
051073-051087 MC-AG_016071-MC-AG_016085

051088-051102 MC-AG_016086-MC-AG_016100
051103-051123 MC-AG_016101-MC-AG_016121
051124-051144 MC-AG_016122-MC-AG_016142
051145-051165 MC-AG_016143-MC-AG_016163
051166-051187 MC-AG_016164-MC-AG_016185
051188-051197 MC-AG_016186-MC-AG_016195
051198-051212 MC-AG_016196-MC-AG_016210
051213-051222 MC-AG_016211-MC-AG_016220
051223-051232 MC-AG_016221-MC-AG_016230
051233-051243 MC-AG_016231-MC-AG_016241
051244-051258 MC-AG_016242-MC-AG_016256
051259-051265 MC-AG_016257-MC-AG_016263
051266-051275 MC-AG_016264-MC-AG_016273
051276-051285 MC-AG_016274-MC-AG_016283
051286-051289 MC-AG_016284-MC-AG_016287
051290-051300 MC-AG_016288-MC-AG_016298
Purges 2                                               051301-051613
051301-051325 MC-AG_016299-MC-AG_016323
051326-051350 MC-AG_016324-MC-AG_016348
051351-051372 MC-AG_016349-MC-AG_016370
051373-051400 MC-AG_016371-MC-AG_016398
051401-051424 MC-AG_016399-MC-AG_016422
051425-051448 MC-AG_016423-MC-AG_016446
051449-051469 MC-AG_016447-MC-AG_016467
051470-051472 MC-AG_016468-MC-AG_016470
051473 MC-AG_016471-MC-AG_016471
051474 MC-AG_016472-MC-AG_016472
051475 MC-AG_016473-MC-AG_016473
051476 MC-AG_016474-MC-AG_016474
051477-051478 MC-AG_016475-MC-AG_016476
051479-051481 MC-AG_016477-MC-AG_016479
051482-051484 MC-AG_016480-MC-AG_016482
051485 MC-AG_016483-MC-AG_016483
051486 MC-AG_016484-MC-AG_016484
051487-051492 MC-AG_016485-MC-AG_016490
051493-051494 MC-AG_016491-MC-AG_016492
051495 MC-AG_016493-MC-AG_016493
051496-051499 MC-AG_016494-MC-AG_016497
051500 MC-AG_016498-MC-AG_016498
051501 MC-AG_016499-MC-AG_016499

- 051502 MC-AG_016500-MC-AG_016500
- 051503 MC-AG_016501-MC-AG_016501
- 051504-051505 MC-AG_016502-MC-AG_016503
- 051506-051507 MC-AG_016504-MC-AG_016505
- 051508-051509 MC-AG_016506-MC-AG_016507
- 051510 MC-AG_016508-MC-AG_016508
- 051511-051513 MC-AG_016509-MC-AG_016511
- 051514-051516 MC-AG_016512-MC-AG_016514
- 051517-051518 MC-AG_016515-MC-AG_016516
- 051519-051538 MC-AG_016517-MC-AG_016536
- 051539-051541 MC-AG_016537-MC-AG_016539
- 051542 MC-AG_016540-MC-AG_016540
- 051543 MC-AG_016541-MC-AG_016541
- 051544 MC-AG_016542-MC-AG_016542
- 051545-051546 MC-AG_016543-MC-AG_016544
- 051547 MC-AG_016545-MC-AG_016545
- 051548-051549 MC-AG_016546-MC-AG_016547
- 051550-051551 MC-AG_016548-MC-AG_016549
- 051552 MC-AG_016550-MC-AG_016550
- 051553 MC-AG_016551-MC-AG_016551
- 051554-051557 MC-AG_016552-MC-AG_016555
- 051558-051563 MC-AG_016556-MC-AG_016561
- 051564-051566 MC-AG_016562-MC-AG_016564
- 051567 MC-AG_016565-MC-AG_016565
- 051568-051569 MC-AG_016566-MC-AG_016567
- 051570 MC-AG_016568-MC-AG_016568
- 051571-051580 MC-AG_016569-MC-AG_016578
- 051581 MC-AG_016579-MC-AG_016579
- 051582-051584 MC-AG_016580-MC-AG_016582
- 051585-051587 MC-AG_016583-MC-AG_016585
- 051588-051596 MC-AG_016586-MC-AG_016594
- 051597 MC-AG_016595-MC-AG_016595
- 051598 MC-AG_016596-MC-AG_016596
- 051599-051606 MC-AG_016597-MC-AG_016604
- 051607-051608 MC-AG_016605-MC-AG_016606
- 051609-051610 MC-AG_016607-MC-AG_016608
- 051611-051613 MC-AG_016609-MC-AG_016611

Versions 1                                        051614-051618

051614-051616 MC-AG_016612-MC-AG_016614
051617 MC-AG_016615-MC-AG_016615
051618 MC-AG_016616-MC-AG_016616
Isham
Archive 1                                          051619
051619 MC-AG_016617-MC-AG_016617
Archive 2                                          051620
051620 MC-AG_016618-MC-AG_016618
Deleted Items                                      051621-051622
051621-051622 MC-AG_016619-MC-AG_016620
Deleted Items 2                                    051623
051623 MC-AG_016621-MC-AG_016621
Inbox 1                                            051624-052189
051624-051642 MC-AG_016622-MC-AG_016640
051643-051660 MC-AG_016641-MC-AG_016658
051661-051679 MC-AG_016659-MC-AG_016677
051680-051709 MC-AG_016678-MC-AG_016707
051710-051734 MC-AG_016708-MC-AG_016732
051735-051755 MC-AG_016733-MC-AG_016753
051756-051773 MC-AG_016754-MC-AG_016771
051774-051798 MC-AG_016772-MC-AG_016796
051799-051810 MC-AG_016797-MC-AG_016808
051811-051833 MC-AG_016809-MC-AG_016831
051834-051850 MC-AG_016832-MC-AG_016848
051851-051873 MC-AG_016849-MC-AG_016871
051874-051890 MC-AG_016872-MC-AG_016888
051891-051908 MC-AG_016889-MC-AG_016906
051909-051926 MC-AG_016907-MC-AG_016924
051927-051945 MC-AG_016925-MC-AG_016943
051946 MC-AG_016944-MC-AG_016944
051947-051959 MC-AG_016945-MC-AG_016957
051960-051975 MC-AG_016958-MC-AG_016973
051976-051977 MC-AG_016974-MC-AG_016975
051978 MC-AG_016976-MC-AG_016976
051979 MC-AG_016977-MC-AG_016977
051980 MC-AG_016978-MC-AG_016978
051981 MC-AG_016979-MC-AG_016979
051982-051983 MC-AG_016980-MC-AG_016981
051984-051985 MC-AG_016982-MC-AG_016983
051986-051988 MC-AG_016984-MC-AG_016986

- 051989-052008 MC-AG_016987-MC-AG_017006
- 052009-052037 MC-AG_017007-MC-AG_017035
- 052038-052041 MC-AG_017036-MC-AG_017039
- 052042-052047 MC-AG_017040-MC-AG_017045
- 052048-052054 MC-AG_017046-MC-AG_017052
- 052055-052056 MC-AG_017053-MC-AG_017054
- 052057-052065 MC-AG_017055-MC-AG_017063
- 052066-052071 MC-AG_017064-MC-AG_017069
- 052072-052076 MC-AG_017070-MC-AG_017074
- 052077 MC-AG_017075-MC-AG_017075
- 052078-052098 MC-AG_017076-MC-AG_017096
- 052099-052114 MC-AG_017097-MC-AG_017112
- 052115-052128 MC-AG_017113-MC-AG_017126
- 052129-052143 MC-AG_017127-MC-AG_017141
- 052144-052153 MC-AG_017142-MC-AG_017151
- 052154-052157 MC-AG_017152-MC-AG_017155
- 052158 MC-AG_017156-MC-AG_017156
- 052159-052161 MC-AG_017157-MC-AG_017159
- 052162-052165 MC-AG_017160-MC-AG_017163
- 052166 MC-AG_017164-MC-AG_017164
- 052167-052173 MC-AG_017165-MC-AG_017171
- 052174-052181 MC-AG_017172-MC-AG_017179
- 052182-052183 MC-AG_017180-MC-AG_017181
- 052184-052185 MC-AG_017182-MC-AG_017183
- 052186-052188 MC-AG_017184-MC-AG_017186
- 052189 MC-AG_017187-MC-AG_017187

Inbox 2                                                                         052190-052317
- 052190-052214 MC-AG_017188-MC-AG_017212
- 052215-052237 MC-AG_017213-MC-AG_017235
- 052238-052256 MC-AG_017236-MC-AG_017254
- 052257 MC-AG_017255-MC-AG_017255
- 052258 MC-AG_017256-MC-AG_017256
- 052259-052278 MC-AG_017257-MC-AG_017276
- 052279-052307 MC-AG_017277-MC-AG_017305
- 052308-052310 MC-AG_017306-MC-AG_017308
- 052311-052314 MC-AG_017309-MC-AG_017312
- 052315-052316 MC-AG_017313-MC-AG_017314
- 052317 MC-AG_017315-MC-AG_017315

Purges 1                                                                        052318-053795

052318-052335 MC-AG_017316-MC-AG_017333
052336-052358 MC-AG_017334-MC-AG_017356
052359-052374 MC-AG_017357-MC-AG_017372
052375-052402 MC-AG_017373-MC-AG_017400
052403-052420 MC-AG_017401-MC-AG_017418
052421-052445 MC-AG_017419-MC-AG_017443
052446-052474 MC-AG_017444-MC-AG_017472
052475-052498 MC-AG_017473-MC-AG_017496
052499-052526 MC-AG_017497-MC-AG_017524
052527-052550 MC-AG_017525-MC-AG_017548
052551-052574 MC-AG_017549-MC-AG_017572
052575-052598 MC-AG_017573-MC-AG_017596
052599-052622 MC-AG_017597-MC-AG_017620
052623-052640 MC-AG_017621-MC-AG_017638
052641 MC-AG_017639-MC-AG_017639
052642 MC-AG_017640-MC-AG_017640
052643-052653 MC-AG_017641-MC-AG_017651
052654-052662 MC-AG_017652-MC-AG_017660
052663-052671 MC-AG_017661-MC-AG_017669
052672-052693 MC-AG_017670-MC-AG_017691
052694-052695 MC-AG_017692-MC-AG_017693
052696-052704 MC-AG_017694-MC-AG_017702
052705-052706 MC-AG_017703-MC-AG_017704
052707-052718 MC-AG_017705-MC-AG_017716
052719-052729 MC-AG_017717-MC-AG_017727
052730-052740 MC-AG_017728-MC-AG_017738
052741-052743 MC-AG_017739-MC-AG_017741
052744-052746 MC-AG_017742-MC-AG_017744
052747-052750 MC-AG_017745-MC-AG_017748
052751-052752 MC-AG_017749-MC-AG_017750
052753-052756 MC-AG_017751-MC-AG_017754
052757-052760 MC-AG_017755-MC-AG_017758
052761-052763 MC-AG_017759-MC-AG_017761
052764-052769 MC-AG_017762-MC-AG_017767
052770-052775 MC-AG_017768-MC-AG_017773
052776-052781 MC-AG_017774-MC-AG_017779
052782-052783 MC-AG_017780-MC-AG_017781
052784-052785 MC-AG_017782-MC-AG_017783
052786 MC-AG_017784-MC-AG_017784
052787-052788 MC-AG_017785-MC-AG_017786
052789-052790 MC-AG_017787-MC-AG_017788
052791-052795 MC-AG_017789-MC-AG_017793
052796-052800 MC-AG_017794-MC-AG_017798

052801-052810 MC-AG_017799-MC-AG_017808

052811-052824 MC-AG_017809-MC-AG_017822

052825-052837 MC-AG_017823-MC-AG_017835

052838 MC-AG_017836-MC-AG_017836

052839 MC-AG_017837-MC-AG_017837

052840 MC-AG_017838-MC-AG_017838

052841 MC-AG_017839-MC-AG_017839

052842-052843 MC-AG_017840-MC-AG_017841

052844-052852 MC-AG_017842-MC-AG_017850

052853 MC-AG_017851-MC-AG_017851

052854 MC-AG_017852-MC-AG_017852

052855-052856 MC-AG_017853-MC-AG_017854

052857-052871 MC-AG_017855-MC-AG_017869

052872-052888 MC-AG_017870-MC-AG_017886

052889 MC-AG_017887-MC-AG_017887

052890-052906 MC-AG_017888-MC-AG_017904

052907-052923 MC-AG_017905-MC-AG_017921

052924 MC-AG_017922-MC-AG_017922

052925-052929 MC-AG_017923-MC-AG_017927

052930-052939 MC-AG_017928-MC-AG_017937

052940-052944 MC-AG_017938-MC-AG_017942

052945-052949 MC-AG_017943-MC-AG_017947

052950-052954 MC-AG_017948-MC-AG_017952

052955-052960 MC-AG_017953-MC-AG_017958

052961-052966 MC-AG_017959-MC-AG_017964

052967-052971 MC-AG_017965-MC-AG_017969

052972-052977 MC-AG_017970-MC-AG_017975

052978-052983 MC-AG_017976-MC-AG_017981

052984-052991 MC-AG_017982-MC-AG_017989

052992-052997 MC-AG_017990-MC-AG_017995

052998-053001 MC-AG_017996-MC-AG_017999

053002-053007 MC-AG_018000-MC-AG_018005

053008-053010 MC-AG_018006-MC-AG_018008

053011-053015 MC-AG_018009-MC-AG_018013

053016-053021 MC-AG_018014-MC-AG_018019

053022-053026 MC-AG_018020-MC-AG_018024

053027-053030 MC-AG_018025-MC-AG_018028

053031-053042 MC-AG_018029-MC-AG_018040

053043-053046 MC-AG_018041-MC-AG_018044

053047-053050 MC-AG_018045-MC-AG_018048

053051-053053 MC-AG_018049-MC-AG_018051

053054-053057 MC-AG_018052-MC-AG_018055

053058-053061 MC-AG_018056-MC-AG_018059

053062-053076 MC-AG_018060-MC-AG_018074

053077-053092 MC-AG_018075-MC-AG_018090

053093-053107 MC-AG_018091-MC-AG_018105

053108-053120 MC-AG_018106-MC-AG_018118

053121-053124 MC-AG_018119-MC-AG_018122

053125-053128 MC-AG_018123-MC-AG_018126

053129-053141 MC-AG_018127-MC-AG_018139

053142-053157 MC-AG_018140-MC-AG_018155

053158-053172 MC-AG_018156-MC-AG_018170

053173-053187 MC-AG_018171-MC-AG_018185

053188-053208 MC-AG_018186-MC-AG_018206

053209-053230 MC-AG_018207-MC-AG_018228

053231-053253 MC-AG_018229-MC-AG_018251

053254-053264 MC-AG_018252-MC-AG_018262

053265-053275 MC-AG_018263-MC-AG_018273

053276-053287 MC-AG_018274-MC-AG_018285

053288-053303 MC-AG_018286-MC-AG_018301

053304-053311 MC-AG_018302-MC-AG_018309

053312-053322 MC-AG_018310-MC-AG_018320

053323-053326 MC-AG_018321-MC-AG_018324

053327-053338 MC-AG_018325-MC-AG_018336

053339 MC-AG_018337-MC-AG_018337

053340-053342 MC-AG_018338-MC-AG_018340

053343-053344 MC-AG_018341-MC-AG_018342

053345-053347 MC-AG_018343-MC-AG_018345

053348-053349 MC-AG_018346-MC-AG_018347

053350-053351 MC-AG_018348-MC-AG_018349

053352-053353 MC-AG_018350-MC-AG_018351

053354-053369 MC-AG_018352-MC-AG_018367

053370-053373 MC-AG_018368-MC-AG_018371

053374-053376 MC-AG_018372-MC-AG_018374

053377-053382 MC-AG_018375-MC-AG_018380

053383 MC-AG_018381-MC-AG_018381

053384-053385 MC-AG_018382-MC-AG_018383

053386-053388 MC-AG_018384-MC-AG_018386

053389-053391 MC-AG_018387-MC-AG_018389

053392-053396 MC-AG_018390-MC-AG_018394

053397 MC-AG_018395-MC-AG_018395

053398-053407 MC-AG_018396-MC-AG_018405

053408-053409 MC-AG_018406-MC-AG_018407

053410-053411 MC-AG_018408-MC-AG_018409

053412 MC-AG_018410-MC-AG_018410

053413-053414 MC-AG_018411-MC-AG_018412

- 053415-053418 MC-AG_018413-MC-AG_018416
- 053419-053420 MC-AG_018417-MC-AG_018418
- 053421-053422 MC-AG_018419-MC-AG_018420
- 053423-053424 MC-AG_018421-MC-AG_018422
- 053425-053428 MC-AG_018423-MC-AG_018426
- 053429-053430 MC-AG_018427-MC-AG_018428
- 053431-053432 MC-AG_018429-MC-AG_018430
- 053433-053438 MC-AG_018431-MC-AG_018436
- 053439-053446 MC-AG_018437-MC-AG_018444
- 053447-053448 MC-AG_018445-MC-AG_018446
- 053449-053451 MC-AG_018447-MC-AG_018449
- 053452-053453 MC-AG_018450-MC-AG_018451
- 053454-053455 MC-AG_018452-MC-AG_018453
- 053456-053458 MC-AG_018454-MC-AG_018456
- 053459-053462 MC-AG_018457-MC-AG_018460
- 053463-053467 MC-AG_018461-MC-AG_018465
- 053468-053472 MC-AG_018466-MC-AG_018470
- 053473-053474 MC-AG_018471-MC-AG_018472
- 053475-053484 MC-AG_018473-MC-AG_018482
- 053485 MC-AG_018483-MC-AG_018483
- 053486-053487 MC-AG_018484-MC-AG_018485
- 053488 MC-AG_018486-MC-AG_018486
- 053489 MC-AG_018487-MC-AG_018487
- 053490 MC-AG_018488-MC-AG_018488
- 053491-053492 MC-AG_018489-MC-AG_018490
- 053493-053496 MC-AG_018491-MC-AG_018494
- 053497-053506 MC-AG_018495-MC-AG_018504
- 053507-053516 MC-AG_018505-MC-AG_018514
- 053517-053525 MC-AG_018515-MC-AG_018523
- 053526-053535 MC-AG_018524-MC-AG_018533
- 053536-053545 MC-AG_018534-MC-AG_018543
- 053546-053556 MC-AG_018544-MC-AG_018554
- 053557-053567 MC-AG_018555-MC-AG_018565
- 053568 MC-AG_018566-MC-AG_018566
- 053569-053573 MC-AG_018567-MC-AG_018571
- 053574 MC-AG_018572-MC-AG_018572
- 053575-053579 MC-AG_018573-MC-AG_018577
- 053580-053585 MC-AG_018578-MC-AG_018583
- 053586-053591 MC-AG_018584-MC-AG_018589
- 053592-053596 MC-AG_018590-MC-AG_018594
- 053597-053598 MC-AG_018595-MC-AG_018596
- 053599-053602 MC-AG_018597-MC-AG_018600
- 053603-053606 MC-AG_018601-MC-AG_018604

053607-053608 MC-AG_018605-MC-AG_018606
053609 MC-AG_018607-MC-AG_018607
053610 MC-AG_018608-MC-AG_018608
053611-053612 MC-AG_018609-MC-AG_018610
053613 MC-AG_018611-MC-AG_018611
053614 MC-AG_018612-MC-AG_018612
053615 MC-AG_018613-MC-AG_018613
053616-053618 MC-AG_018614-MC-AG_018616
053619-053623 MC-AG_018617-MC-AG_018621
053624-053638 MC-AG_018622-MC-AG_018636
053639-053642 MC-AG_018637-MC-AG_018640
053643-053655 MC-AG_018641-MC-AG_018653
053656-053668 MC-AG_018654-MC-AG_018666
053669-053682 MC-AG_018667-MC-AG_018680
053683-053697 MC-AG_018681-MC-AG_018695
053698-053712 MC-AG_018696-MC-AG_018710
053713-053733 MC-AG_018711-MC-AG_018731
053734-053755 MC-AG_018732-MC-AG_018753
053756-053765 MC-AG_018754-MC-AG_018763
053766-053776 MC-AG_018764-MC-AG_018774
053777-053783 MC-AG_018775-MC-AG_018781
053784-053793 MC-AG_018782-MC-AG_018791
053794-053795 MC-AG_018792-MC-AG_018793
Purges 2                                        053796-054127
053796-053824 MC-AG_018794-MC-AG_018822
053825-053849 MC-AG_018823-MC-AG_018847
053850-053871 MC-AG_018848-MC-AG_018869
053872-053893 MC-AG_018870-MC-AG_018891
053894-053921 MC-AG_018892-MC-AG_018919
053922-053945 MC-AG_018920-MC-AG_018943
053946-053969 MC-AG_018944-MC-AG_018967
053970-053993 MC-AG_018968-MC-AG_018991
053994-054017 MC-AG_018992-MC-AG_019015
054018-054038 MC-AG_019016-MC-AG_019036
054039-054059 MC-AG_019037-MC-AG_019057
054060 MC-AG_019058-MC-AG_019058
054061-054062 MC-AG_019059-MC-AG_019060
054063-054064 MC-AG_019061-MC-AG_019062
054065-054066 MC-AG_019063-MC-AG_019064
054067 MC-AG_019065-MC-AG_019065

- 054068 MC-AG_019066-MC-AG_019066
- 054069-054070 MC-AG_019067-MC-AG_019068
- 054071-054072 MC-AG_019069-MC-AG_019070
- 054073-054074 MC-AG_019071-MC-AG_019072
- 054075 MC-AG_019073-MC-AG_019073
- 054076-054077 MC-AG_019074-MC-AG_019075
- 054078 MC-AG_019076-MC-AG_019076
- 054079 MC-AG_019077-MC-AG_019077
- 054080-054081 MC-AG_019078-MC-AG_019079
- 054082-054083 MC-AG_019080-MC-AG_019081
- 054084 MC-AG_019082-MC-AG_019082
- 054085-054086 MC-AG_019083-MC-AG_019084
- 054087 MC-AG_019085-MC-AG_019085
- 054088 MC-AG_019086-MC-AG_019086
- 054089 MC-AG_019087-MC-AG_019087
- 054090 MC-AG_019088-MC-AG_019088
- 054091 MC-AG_019089-MC-AG_019089
- 054092-054101 MC-AG_019090-MC-AG_019099
- 054102-054111 MC-AG_019100-MC-AG_019109
- 054112 MC-AG_019110-MC-AG_019110
- 054113-054114 MC-AG_019111-MC-AG_019112
- 054115-054123 MC-AG_019113-MC-AG_019121
- 054124 MC-AG_019122-MC-AG_019122
- 054125 MC-AG_019123-MC-AG_019123
- 054126-054127 MC-AG_019124-MC-AG_019125

Sent 1                                            054128-054164

- 054128 MC-AG_019126-MC-AG_019126
- 054129 MC-AG_019127-MC-AG_019127
- 054130 MC-AG_019128-MC-AG_019128
- 054131-054135 MC-AG_019129-MC-AG_019133
- 054136-054137 MC-AG_019134-MC-AG_019135
- 054138-054143 MC-AG_019136-MC-AG_019141
- 054144-054149 MC-AG_019142-MC-AG_019147
- 054150 MC-AG_019148-MC-AG_019148
- 054151-054152 MC-AG_019149-MC-AG_019150
- 054153-054156 MC-AG_019151-MC-AG_019154
- 054157-054162 MC-AG_019155-MC-AG_019160
- 054163-054164 MC-AG_019161-MC-AG_019162

D5-Gallardo
  Arzaga
    Archive 1                                  054165-054184

054165-054184 MC-AG_019163-MC-AG_019182

Archive 2                                          054185-054204

054185-054204 MC-AG_019183-MC-AG_019202

Deleted Items                                      054205-054212

054205-054212 MC-AG_019203-MC-AG_019210

Inbox  1                                           054213-054354

054213-054235 MC-AG_019211-MC-AG_019233

054236-054260 MC-AG_019234-MC-AG_019258

054261-054282 MC-AG_019259-MC-AG_019280

054283-054310 MC-AG_019281-MC-AG_019308

054311-054328 MC-AG_019309-MC-AG_019326

054329-054330 MC-AG_019327-MC-AG_019328

054331 MC-AG_019329-MC-AG_019329

054332 MC-AG_019330-MC-AG_019330

054333-054334 MC-AG_019331-MC-AG_019332

054335 MC-AG_019333-MC-AG_019333

054336-054337 MC-AG_019334-MC-AG_019335

054338 MC-AG_019336-MC-AG_019336

054339 MC-AG_019337-MC-AG_019337

054340 MC-AG_019338-MC-AG_019338

054341-054344 MC-AG_019339-MC-AG_019342

054345-054346 MC-AG_019343-MC-AG_019344

054347 MC-AG_019345-MC-AG_019345

054348 MC-AG_019346-MC-AG_019346

054349-054350 MC-AG_019347-MC-AG_019348

054351 MC-AG_019349-MC-AG_019349

054352 MC-AG_019350-MC-AG_019350

054353 MC-AG_019351-MC-AG_019351

054354 MC-AG_019352-MC-AG_019352

Inbox 2                                            054355-055038

054355-054373 MC-AG_019353-MC-AG_019371

054374-054391 MC-AG_019372-MC-AG_019389

054392-054414 MC-AG_019390-MC-AG_019412

054415-054430 MC-AG_019413-MC-AG_019428

054431-054458 MC-AG_019429-MC-AG_019456

054459-054476 MC-AG_019457-MC-AG_019474

054477-054506 MC-AG_019475-MC-AG_019504

054507-054524 MC-AG_019505-MC-AG_019522

054525-054549 MC-AG_019523-MC-AG_019547

054550-054561 MC-AG_019548-MC-AG_019559

054562-054583 MC-AG_019560-MC-AG_019581

054584-054606 MC-AG_019582-MC-AG_019604
054607-054634 MC-AG_019605-MC-AG_019632
054635-054652 MC-AG_019633-MC-AG_019650
054653-054708 MC-AG_019651-MC-AG_019706
054709 MC-AG_019707-MC-AG_019707
054710 MC-AG_019708-MC-AG_019708
054711-054712 MC-AG_019709-MC-AG_019710
054713 MC-AG_019711-MC-AG_019711
054714 MC-AG_019712-MC-AG_019712
054715-054730 MC-AG_019713-MC-AG_019728
054731-054732 MC-AG_019729-MC-AG_019730
054733-054734 MC-AG_019731-MC-AG_019732
054735 MC-AG_019733-MC-AG_019733
054736 MC-AG_019734-MC-AG_019734
054737-054751 MC-AG_019735-MC-AG_019749
054752-054768 MC-AG_019750-MC-AG_019766
054769 MC-AG_019767-MC-AG_019767
054770-054773 MC-AG_019768-MC-AG_019771
054774-054779 MC-AG_019772-MC-AG_019777
054780-054789 MC-AG_019778-MC-AG_019787
054790-054791 MC-AG_019788-MC-AG_019789
054792-054797 MC-AG_019790-MC-AG_019795
054798-054803 MC-AG_019796-MC-AG_019801
054804-054808 MC-AG_019802-MC-AG_019806
054809-054817 MC-AG_019807-MC-AG_019815
054818-054823 MC-AG_019816-MC-AG_019821
054824-054825 MC-AG_019822-MC-AG_019823
054826-054829 MC-AG_019824-MC-AG_019827
054830-054835 MC-AG_019828-MC-AG_019833
054836-054837 MC-AG_019834-MC-AG_019835
054838-054858 MC-AG_019836-MC-AG_019856
054859-054872 MC-AG_019857-MC-AG_019870
054873-054887 MC-AG_019871-MC-AG_019885
054888-054900 MC-AG_019886-MC-AG_019898
054901-054904 MC-AG_019899-MC-AG_019902
054905-054908 MC-AG_019903-MC-AG_019906
054909-054924 MC-AG_019907-MC-AG_019922
054925-054939 MC-AG_019923-MC-AG_019937
054940-054960 MC-AG_019938-MC-AG_019958
054961-054982 MC-AG_019959-MC-AG_019980
054983-055005 MC-AG_019981-MC-AG_020003
055006-055017 MC-AG_020004-MC-AG_020015
055018 MC-AG_020016-MC-AG_020016

055019 MC-AG_020017-MC-AG_020017
055020 MC-AG_020018-MC-AG_020018
055021-055022 MC-AG_020019-MC-AG_020020
055023 MC-AG_020021-MC-AG_020021
055024-055025 MC-AG_020022-MC-AG_020023
055026-055027 MC-AG_020024-MC-AG_020025
055028 MC-AG_020026-MC-AG_020026
055029-055030 MC-AG_020027-MC-AG_020028
055031 MC-AG_020029-MC-AG_020029
055032-055033 MC-AG_020030-MC-AG_020031
055034 MC-AG_020032-MC-AG_020032
055035 MC-AG_020033-MC-AG_020033
055036 MC-AG_020034-MC-AG_020034
055037 MC-AG_020035-MC-AG_020035
055038 MC-AG_020036-MC-AG_020036

Purges 1                                   055039-055516

055039-055063 MC-AG_020037-MC-AG_020061
055064-055088 MC-AG_020062-MC-AG_020086
055089-055117 MC-AG_020087-MC-AG_020115
055118-055146 MC-AG_020116-MC-AG_020144
055147-055171 MC-AG_020145-MC-AG_020169
055172-055193 MC-AG_020170-MC-AG_020191
055194-055221 MC-AG_020192-MC-AG_020219
055222-055245 MC-AG_020220-MC-AG_020243
055246-055269 MC-AG_020244-MC-AG_020267
055270-055293 MC-AG_020268-MC-AG_020291
055294-055317 MC-AG_020292-MC-AG_020315
055318-055338 MC-AG_020316-MC-AG_020336
055339-055357 MC-AG_020337-MC-AG_020355
055358-055376 MC-AG_020356-MC-AG_020374
055377-055397 MC-AG_020375-MC-AG_020395
055398-055418 MC-AG_020396-MC-AG_020416
055419-055422 MC-AG_020417-MC-AG_020420
055423-055455 MC-AG_020421-MC-AG_020453
055456-055475 MC-AG_020454-MC-AG_020473
055476-055504 MC-AG_020474-MC-AG_020502
055505-055508 MC-AG_020503-MC-AG_020506
055509-055512 MC-AG_020507-MC-AG_020510
055513-055516 MC-AG_020511-MC-AG_020514

Purges 2                                   055517-056287

- 055517-055520 MC-AG_020515-MC-AG_020518
- 055521-055538 MC-AG_020519-MC-AG_020536
- 055539-055556 MC-AG_020537-MC-AG_020554
- 055557-055575 MC-AG_020555-MC-AG_020573
- 055576-055594 MC-AG_020574-MC-AG_020592
- 055595-055624 MC-AG_020593-MC-AG_020622
- 055625-055649 MC-AG_020623-MC-AG_020647
- 055650-055674 MC-AG_020648-MC-AG_020672
- 055675-055695 MC-AG_020673-MC-AG_020693
- 055696-055716 MC-AG_020694-MC-AG_020714
- 055717-055734 MC-AG_020715-MC-AG_020732
- 055735-055759 MC-AG_020733-MC-AG_020757
- 055760-055771 MC-AG_020758-MC-AG_020769
- 055772-055783 MC-AG_020770-MC-AG_020781
- 055784-055805 MC-AG_020782-MC-AG_020803
- 055806-055822 MC-AG_020804-MC-AG_020820
- 055823-055839 MC-AG_020821-MC-AG_020837
- 055840-055868 MC-AG_020838-MC-AG_020866
- 055869-055897 MC-AG_020867-MC-AG_020895
- 055898-055921 MC-AG_020896-MC-AG_020919
- 055922-055945 MC-AG_020920-MC-AG_020943
- 055946-055962 MC-AG_020944-MC-AG_020960
- 055963-055979 MC-AG_020961-MC-AG_020977
- 055980-056007 MC-AG_020978-MC-AG_021005
- 056008-056031 MC-AG_021006-MC-AG_021029
- 056032-056055 MC-AG_021030-MC-AG_021053
- 056056-056079 MC-AG_021054-MC-AG_021077
- 056080-056103 MC-AG_021078-MC-AG_021101
- 056104-056121 MC-AG_021102-MC-AG_021119
- 056122-056139 MC-AG_021120-MC-AG_021137
- 056140-056158 MC-AG_021138-MC-AG_021156
- 056159-056177 MC-AG_021157-MC-AG_021175
- 056178-056190 MC-AG_021176-MC-AG_021188
- 056191-056203 MC-AG_021189-MC-AG_021201
- 056204-056225 MC-AG_021202-MC-AG_021223
- 056226-056247 MC-AG_021224-MC-AG_021245
- 056248-056263 MC-AG_021246-MC-AG_021261
- 056264-056267 MC-AG_021262-MC-AG_021265
- 056268-056270 MC-AG_021266-MC-AG_021268
- 056271-056275 MC-AG_021269-MC-AG_021273
- 056276 MC-AG_021274-MC-AG_021274
- 056277-056287 MC-AG_021275-MC-AG_021285

Sent 1                                                      056288-056294
📄 056288-056289 MC-AG_021286-MC-AG_021287
📄 056290 MC-AG_021288-MC-AG_021288
📄 056291-056292 MC-AG_021289-MC-AG_021290
📄 056293 MC-AG_021291-MC-AG_021291
📄 056294 MC-AG_021292-MC-AG_021292
Sent 2                                                      056295-056301
📄 056295-056296 MC-AG_021293-MC-AG_021294
📄 056297 MC-AG_021295-MC-AG_021295
📄 056298-056299 MC-AG_021296-MC-AG_021297
📄 056300 MC-AG_021298-MC-AG_021298
📄 056301 MC-AG_021299-MC-AG_021299
Sync Issues 1                                               056302
📄 056302 MC-AG_021300-MC-AG_021300
Versions 1                                                  056303-056315
📄 056303-056306 MC-AG_021301-MC-AG_021304
📄 056307-056309 MC-AG_021305-MC-AG_021307
📄 056310-056312 MC-AG_021308-MC-AG_021310
📄 056313 MC-AG_021311-MC-AG_021311
📄 056314 MC-AG_021312-MC-AG_021312
📄 056315 MC-AG_021313-MC-AG_021313
Gallardo
Purges 1                                                    056316-057708
📄 056316-056319 MC-AG_021314-MC-AG_021317
📄 056320-056323 MC-AG_021318-MC-AG_021321
📄 056324-056342 MC-AG_021322-MC-AG_021340
📄 056343-056360 MC-AG_021341-MC-AG_021358
📄 056361-056383 MC-AG_021359-MC-AG_021381
📄 056384-056399 MC-AG_021382-MC-AG_021397
📄 056400-056427 MC-AG_021398-MC-AG_021425
📄 056428-056445 MC-AG_021426-MC-AG_021443
📄 056446-056464 MC-AG_021444-MC-AG_021462
📄 056465-056494 MC-AG_021463-MC-AG_021492
📄 056495-056519 MC-AG_021493-MC-AG_021517
📄 056520-056540 MC-AG_021518-MC-AG_021538
📄 056541-056558 MC-AG_021539-MC-AG_021556
📄 056559-056583 MC-AG_021557-MC-AG_021581
📄 056584-056595 MC-AG_021582-MC-AG_021593
📄 056596-056618 MC-AG_021594-MC-AG_021616

056619-056635 MC-AG_021617-MC-AG_021633
056636-056664 MC-AG_021634-MC-AG_021662
056665-056687 MC-AG_021663-MC-AG_021685
056688-056711 MC-AG_021686-MC-AG_021709
056712-056728 MC-AG_021710-MC-AG_021726
056729-056756 MC-AG_021727-MC-AG_021754
056757-056780 MC-AG_021755-MC-AG_021778
056781-056804 MC-AG_021779-MC-AG_021802
056805-056822 MC-AG_021803-MC-AG_021820
056823-056840 MC-AG_021821-MC-AG_021838
056841-056859 MC-AG_021839-MC-AG_021857
056860-056872 MC-AG_021858-MC-AG_021870
056873-056894 MC-AG_021871-MC-AG_021892
056895-056910 MC-AG_021893-MC-AG_021908
056911-056914 MC-AG_021909-MC-AG_021912
056915-056917 MC-AG_021913-MC-AG_021915
056918-056922 MC-AG_021916-MC-AG_021920
056923-056927 MC-AG_021921-MC-AG_021925
056928-056932 MC-AG_021926-MC-AG_021930
056933-056937 MC-AG_021931-MC-AG_021935
056938-056944 MC-AG_021936-MC-AG_021942
056945-056949 MC-AG_021943-MC-AG_021947
056950-056954 MC-AG_021948-MC-AG_021952
056955-056963 MC-AG_021953-MC-AG_021961
056964-056965 MC-AG_021962-MC-AG_021963
056966-056980 MC-AG_021964-MC-AG_021978
056981-056997 MC-AG_021979-MC-AG_021995
056998-057030 MC-AG_021996-MC-AG_022028
057031-057050 MC-AG_022029-MC-AG_022048
057051-057079 MC-AG_022049-MC-AG_022077
057080-057096 MC-AG_022078-MC-AG_022094
057097 MC-AG_022095-MC-AG_022095
057098-057101 MC-AG_022096-MC-AG_022099
057102-057103 MC-AG_022100-MC-AG_022101
057104-057106 MC-AG_022102-MC-AG_022104
057107-057109 MC-AG_022105-MC-AG_022107
057110-057116 MC-AG_022108-MC-AG_022114
057117-057123 MC-AG_022115-MC-AG_022121
057124-057126 MC-AG_022122-MC-AG_022124
057127-057135 MC-AG_022125-MC-AG_022133
057136-057139 MC-AG_022134-MC-AG_022137
057140-057141 MC-AG_022138-MC-AG_022139
057142-057143 MC-AG_022140-MC-AG_022141

057144-057150 MC-AG_022142-MC-AG_022148
057151-057154 MC-AG_022149-MC-AG_022152
057155-057156 MC-AG_022153-MC-AG_022154
057157-057161 MC-AG_022155-MC-AG_022159
057162-057163 MC-AG_022160-MC-AG_022161
057164-057166 MC-AG_022162-MC-AG_022164
057167-057170 MC-AG_022165-MC-AG_022168
057171-057173 MC-AG_022169-MC-AG_022171
057174-057176 MC-AG_022172-MC-AG_022174
057177-057179 MC-AG_022175-MC-AG_022177
057180-057182 MC-AG_022178-MC-AG_022180
057183-057185 MC-AG_022181-MC-AG_022183
057186-057189 MC-AG_022184-MC-AG_022187
057190-057192 MC-AG_022188-MC-AG_022190
057193-057194 MC-AG_022191-MC-AG_022192
057195-057196 MC-AG_022193-MC-AG_022194
057197-057198 MC-AG_022195-MC-AG_022196
057199-057201 MC-AG_022197-MC-AG_022199
057202-057205 MC-AG_022200-MC-AG_022203
057206-057209 MC-AG_022204-MC-AG_022207
057210-057211 MC-AG_022208-MC-AG_022209
057212-057214 MC-AG_022210-MC-AG_022212
057215-057218 MC-AG_022213-MC-AG_022216
057219-057222 MC-AG_022217-MC-AG_022220
057223-057231 MC-AG_022221-MC-AG_022229
057232-057240 MC-AG_022230-MC-AG_022238
057241-057242 MC-AG_022239-MC-AG_022240
057243-057262 MC-AG_022241-MC-AG_022260
057263-057266 MC-AG_022261-MC-AG_022264
057267-057268 MC-AG_022265-MC-AG_022266
057269-057288 MC-AG_022267-MC-AG_022286
057289-057308 MC-AG_022287-MC-AG_022306
057309-057322 MC-AG_022307-MC-AG_022320
057323-057337 MC-AG_022321-MC-AG_022335
057338-057352 MC-AG_022336-MC-AG_022350
057353-057365 MC-AG_022351-MC-AG_022363
057366-057379 MC-AG_022364-MC-AG_022377
057380-057392 MC-AG_022378-MC-AG_022390
057393-057397 MC-AG_022391-MC-AG_022395
057398-057410 MC-AG_022396-MC-AG_022408
057411-057423 MC-AG_022409-MC-AG_022421
057424-057441 MC-AG_022422-MC-AG_022439
057442-057459 MC-AG_022440-MC-AG_022457

057460-057473 MC-AG_022458-MC-AG_022471
057474-057487 MC-AG_022472-MC-AG_022485
057488-057502 MC-AG_022486-MC-AG_022500
057503-057517 MC-AG_022501-MC-AG_022515
057518-057538 MC-AG_022516-MC-AG_022536
057539-057559 MC-AG_022537-MC-AG_022557
057560-057580 MC-AG_022558-MC-AG_022578
057581-057602 MC-AG_022579-MC-AG_022600
057603-057612 MC-AG_022601-MC-AG_022610
057613-057627 MC-AG_022611-MC-AG_022625
057628-057637 MC-AG_022626-MC-AG_022635
057638-057647 MC-AG_022636-MC-AG_022645
057648-057658 MC-AG_022646-MC-AG_022656
057659-057673 MC-AG_022657-MC-AG_022671
057674-057683 MC-AG_022672-MC-AG_022681
057684-057693 MC-AG_022682-MC-AG_022691
057694-057697 MC-AG_022692-MC-AG_022695
057698-057708 MC-AG_022696-MC-AG_022706

Purges 2                                                057709-058067
057709-057733 MC-AG_022707-MC-AG_022731
057734-057762 MC-AG_022732-MC-AG_022760
057763-057785 MC-AG_022761-MC-AG_022783
057786-057810 MC-AG_022784-MC-AG_022808
057811-057832 MC-AG_022809-MC-AG_022830
057833-057860 MC-AG_022831-MC-AG_022858
057861-057884 MC-AG_022859-MC-AG_022882
057885-057908 MC-AG_022883-MC-AG_022906
057909-057929 MC-AG_022907-MC-AG_022927
057930-057948 MC-AG_022928-MC-AG_022946
057949-057969 MC-AG_022947-MC-AG_022967
057970-057973 MC-AG_022968-MC-AG_022971
057974-058006 MC-AG_022972-MC-AG_023004
058007-058026 MC-AG_023005-MC-AG_023024
058027-058055 MC-AG_023025-MC-AG_023053
058056-058059 MC-AG_023054-MC-AG_023057
058060-058063 MC-AG_023058-MC-AG_023061
058064-058067 MC-AG_023062-MC-AG_023065

Texts
    Hickman Texts with Drew Sexton                      058068-058071

058068 MC-AG_023071-MC-AG_023071
058069 MC-AG_023072-MC-AG_023072
058070 MC-AG_023073-MC-AG_023073
058071 MC-AG_023074-MC-AG_023074

Hickman Texts with Jeff Dewitt                                    058072-058079

058072 MC-AG_023075-MC-AG_023075
058073 MC-AG_023076-MC-AG_023076
058074 MC-AG_023077-MC-AG_023077
058075 MC-AG_023078-MC-AG_023078
058076 MC-AG_023079-MC-AG_023079
058077 MC-AG_023080-MC-AG_023080
058078 MC-AG_023081-MC-AG_023081
058079 MC-AG_023082-MC-AG_023082

Hickman Texts with Wm Crozer of the Trump Campaign  058080-058086

058080 MC-AG_023083-MC-AG_023083
058081 MC-AG_023084-MC-AG_023084
058082 MC-AG_023085-MC-AG_023085
058083 MC-AG_023086-MC-AG_023086
058084 MC-AG_023087-MC-AG_023087
058085 MC-AG_023088-MC-AG_023088
058086 MC-AG_023089-MC-AG_023089

Giuliani - Trump White House voicemails to Board          058087-058091

058087 MC-AG_023066 New Recording 3
058088 MC-AG_023067 voicemail-2392
058089 MC-AG_023068 voicemail-2474
058090 MC-AG_023069  voicemail-4806
058091 MC-AG_023070 voicemail-561

MC-AG_023090 - MC-AG_026026

B Gates                                                            058092-059981

058092 MC-AG_023090-MC-AG_023090
058093 MC-AG_023091-MC-AG_023091
058094 MC-AG_023092-MC-AG_023092
058095-059981 MC-AG_023093-MC-AG_024979

C Hickman                                                          059982-060586

059982-060023 MC-AG_024980-MC-AG_025021
060024-060192 MC-AG_025022-MC-AG_025190
060193-060316 MC-AG_025191-MC-AG_025314
060317-060586 MC-AG_025315-MC-AG_025584

J Sellers                                                          0060587-061016

060587-060796 MC-AG_025585-MC-AG_025794
060797-060833 MC-AG_025795-MC-AG_025831
060834-060878 MC-AG_025832-MC-AG_025876
060879-061016 MC-AG_025877-MC-AG_026014

S Chucri                                                    061017-061020
061017 MC-AG_026015-MC-AG_026015
061018 MC-AG_026016-MC-AG_026016
061019 MC-AG_026017-MC-AG_026017
061020 MC-AG_026018-MC-AG_026018

MC-AG_026019-MC-AG_026026                                   061021-061028
061021-061028 MC-AG_026019-MC-AG_026026

MC-AG_000001 - 26026 Production Index                       061029-061129
061029-061129 MC-AG_000001 - 26026 Production Index

2.    *State's Request for Disclosure*

The State requests all disclosure required under Arizona Rule of Criminal

Procedure 15.2(a)(1)(A)(H) and (e)(7)(A)-(B).

3.    *Continuing Disclosure*

The State will continue to disclose evidence and/or witnesses it plans to use

at the trial in this matter, as required pursuant to Rule 15.6.

RESPECTFULLY SUBMITTED this 23rd day of July, 2024.

KRISTIN K. MAYES
Attorney General


*/s/Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General


Original of the foregoing e-filed this
23rd day of July, 2024, via:

Maricopa County Superior Court
efilingonline.clerkofcourt.maricopa.gov

A copy of the foregoing document
emailed, with attachments made available
via the AG fileshare server, this 23rd
day of July, 2024, to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
jzook@rrpklaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
criminalparalegals@attorneysforfreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik  / Lacy Cooper
diw@wb-law.com / lacy@azbarristers.com
admin@wb-law.com
*Counsel for J. Lamon 006*

Amanda Lauer
amanda_lauer@maricopa.gov
kay.nelson@maricopa.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
staff@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
Janeth.Lira@maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Mark Williams
markwilliamsesq@yahoo.com
*Counsel for R. Giuliani 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
vneumann@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittle.com
info@brownandlittle.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsazlaw.com
lmcondado3@gmail.com
*Counsel for C. Bobb 016*

Kurt Altman
admin@altmanaz.com
admin@altmanaz.com  patgitre@patriciagitre.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
Karissa@mscclaw.com
*Counsel for M. Meadows 018*

PHX #12116167



**Verification of True and Complete Copies**

# Attachment 6

Anne Chapman (#025965)
Lee Stein (#012368)
Kathleen E. Brody (#026331)
anne@mscclaw.com
lee@mscclaw.com
kathy@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0290
Facsimile: (602) 358-0291

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice

*Attorneys for Mark Meadows*

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| State of Arizona, | No. _____ |
|---|---|
| Plaintiff, | |
| v. | **LRCIV 3.6 VERIFICATION OF MOVING PARTY THAT TRUE AND COMPLETE COPIES OF ALL PLEADINGS AND OTHER DOCUMENTS FILED IN THE STATE COURT PROCEEDINGS HAVE BEEN FILED** |
| Mark Meadows, | |
| Defendant. | |

In accordance with LRCiv 3.6(b), I hereby verify that true and complete copies of all pleadings and other documents filed in the state court proceeding in Case No.

//

//

CR2024-006850-018, Superior Court of Arizona, in and for the County of Maricopa, are attached to the Notice of Removal filed in this case.

RESPECTFULLY SUBMITTED on July 26, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: /s/ Anne Chapman
Anne Chapman
Lee Stein
Kathleen E. Brody
George J. Terwilliger III*
* Pro Hac Vice

Attorneys for Defendant Mark Meadows

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2024, I electronically transmitted the attached Verification with the Clerk of the Court using the CM/ECF System, which will send notification of filing to all registered parties.

Peggy McClellan



ATTORNEYS AT LAW

**DOCUMENT SUBMITTED UDER SEAL**

<u>See</u> Defendant's Motion for Leave to File
Attachment 7 to Notice of Removal Under Seal

# Attachment 7