UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **State of Arizona , ;**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Nicholas Klingerman , Esq.**
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ  85004
602-542-8482

**Defendant**(s): **Mark Meadows , ;**

County of Residence: Outside the State of Arizona

Defendant's Atty(s):

**Anne Chapman ,**
Mitchell Stein Carey Chapman, PC
2600 North Central Ave, Suite 1000
Phoenix, Arizona  85004
602-388-1232

**Lee Stein ,**
Mitchell Stein Carey Chapman, PC
2600 North Central Ave, Suite 1000
Phoenix, Arizona  85004
602-358-0292

**Kathleen Brody ,**
Mitchell Stein Carey Chapman, PC
2600 North Central Ave
Phoenix, Arizona  85004
602-358-0290

**George Terwilliger ,**
Terwilliger Law PLLC
P.O. Box 74
Delaplane, VA  20144
202-255-0553

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CR2024-006850-018**

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| IV. Origin : | 2. Removed From State Court |
| V. Nature of Suit: | 1. Original Proceeding |
| VI. Cause of Action: | State criminal prosecution of federal official 28 U.S.C. 1442 (a) |
| VII. Requested in Complaint | |
| Class Action: | No |
| Dollar Demand: | |
| Jury Demand: | Yes |

VIII. This case **is not related** to another case.

---

**Signature:** /s/ Anne Chapman

　　Date: 07/26/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014