**STATE OF ARIZONA SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| STATE OF ARIZONA | Plaintiff | Nicholas Klingerman<br>State Bar No. 028231<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004<br>Telephone 602-542-3881<br>nicholas.klingerman@azag.gov<br>crmfraud@azag.gov |
| Mark Meadows | Defendant | Anne Chapman (#025965)<br>anne@mscclaw.com<br>Lee Stein (#012368)<br>lee@mscclaw.com<br>Kathleen E. Brody (#026331)<br>kathy@mscclaw.com<br>MITCHELL \| STEIN \| CAREY \| CHAPMAN, PC<br>2600 North Central Avenue, Suite 1000<br>Phoenix, AZ 85004<br>Telephone: (602) 358-0292<br><br>George Terwilliger*<br>George@gjt3law.com<br>TERWILLIGER LAW PLLC<br>P.O. Box 74<br>Delaplane, VA 20144<br>Telephone: 202-255-0553<br>*Pro Hac Vice Application Pending |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ☒   No ☐
   If "Yes," by which party and on what date?
   Defendant has a Sixth Amendment Right to trial by jury.

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ☐   No ☒
   If "Yes," by which party and on what date?
   No, however Mr. Meadows and other defendants have made initial appearances and been arraigned in Maricopa County Superior Court.

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| N/A | | |
| | | |
| | | |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| N/A | |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |
| | |
| | |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Meadows | The State is prosecuting Meadows, former Chief of Staff to President Trump, with alleged fraud connected to the 2020 election |
| Meadows | The conduct described in the indictment was undertaken, if at all, by Meadows in his role as Chief of Staff. |
| Meadows | Meadows has colorable federal defenses to the charges including Supremacy Clause immunity. |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**
Supp CV Cover Sheet (rev 8/20/2015)