# EXHIBIT B

Terwilliger Law PLLC

P.O. Box 74

Delaplane, VA 20144

July 22, 2024

Re : *State v. Meadows*, Superior Court, Maricopa County No. CR2024-006850-018-DT

*Via email*

Dear Mr. Klingerman,

When my co-counsel Ms. Chapman and I first spoke with you about the indictment in this case, I asked and you agreed that you would in good faith review a submission from us explaining why under the Supremacy Clause of the US Constitution the charges against Mr. Meadows in this case should be dismissed. We thank you for your agreement to do so and provide the attached submission for that purpose. We ask that you expeditiously review that paper and, if necessary, schedule as soon as possible a discussion with us about the issue because the immunity addressed, where applicable, is a bar not to conviction but rather immunity to being charged, which has already occurred in this matter.

As a courtesy, we also inform you herby that we will be filing in short order a notice of removal of this matter pursuant to 29 U.S.C. 1442 (a)(1). As you know, that statute provides that cases where state authorities charge federal officials with an offense arising from conduct related to their federal duties are subject to removal to federal court. Also, for your information, we will also in short order file a timely petition for *certiorari* requesting Supreme Court review of the 11th Circuit ruling in the matter of *State v. Meadows,* which held that the above removal statute does not cover *former* federal officials.

Sincerely yours,

George J. Terwilliger III

Counsel for Mr. Meadows

Cc: Anne Chapman, Esq.