| | |
|---|---|
| 1 | KRISTIN K. MAYES |
| | ATTORNEY GENERAL |
| 2 | (FIRM STATE BAR NO. 14000) |
| 3 | NICHOLAS KLINGERMAN (STATE BAR NUMBER 028231) |
| | KRISTA WOOD (STATE BAR NUMBER 025503) |
| 4 | CASEY D. BALL (STATE BAR NUMBER 034987) |
| | ASSISTANT ATTORNEYS GENERAL |
| 5 | 2005 N. CENTRAL AVENUE |
| | PHOENIX, ARIZONA 85004 |
| 6 | TELEPHONE 602-542-3881 |
| | CRMFRAUD@AZAG.GOV |
| 7 | CADOCKET@AZAG.GOV |
| 8 | ATTORNEYS FOR THE STATE OF ARIZONA |

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, | CV-24-02063-PHX-JJT |
| Plaintiff, | |
| -vs- | **NOTICE OF APPEARANCE** |
| Mark Meadows, | |
| Defendant. | |

Plaintiff, the State of Arizona, hereby notices the appearance of Assistant Attorneys General, NICHOLAS KLINGERMAN, KRISTA WOOD, and CASEY D. BALL as the State's counsel of record for these proceedings. Please send all future orders and other correspondence to undersigned counsel at the address indicated at the top of this page.

Respectfully submitted August 16, 2024.

                    Kristin K. Mayes
                    Attorney General

                    s/ Casey D. Ball
                    Assistant Attorney General
                    Attorneys for Respondents

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 16, 2024, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and served the attached document using ECF, who are registered participants of the ECF System:

Anne Chapman
Lee Stein
Kathleen E. Brody
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
anne@mscclaw.com
lee@mscclaw.com
kathy@mscclaw.com

George J. Terwilliger III*
P.O. Box 74
Delaplane, VA 20144
George@gjt3law.com
*Pro Hac Vice

Defendant's Counsel


s/ E.M.A.V.