# CIVIL MINUTES
# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** John J. Tuchi | **Date:** September 5, 2024 |
| **State of Arizona v. Mark Meadows** | **Case Number:** CV-24-02063-PHX-JJT |

**Attorney for Plaintiffs:** Krista Wood, Casey Ball and Haleigh Farrelly

**Attorney for Defendants:** Anne Chapman, George Terwilliger, III and Kathleen Brody


**EVIDENTIARY HEARING:**

9:01 a.m. Court convenes. This is the time set for Evidentiary Hearing re: Defendant's Notice of Removal (Doc. [1]). The Court provides the following directive to all participants: "Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited." Discussion held. **IT IS ORDERED** that the State of Arizona's response to Defendant's Bench Memorandum Regarding Evidentiary Standard for Removal Hearing (Doc. [9]) is due by no later than Wednesday, September 11, 2024. For reasons as stated on the record, **IT IS FURTHER ORDERED** denying Defendant's Motion in Limine to Preclude Testimony at Removal Hearing Regarding the Role and Responsibilities of Chiefs of Staff (Doc. [10]). **Plaintiff's case**: Jeffrey Ignowski is sworn and examined. Exhibits 1, 2, 3, 4, 5 and 6 are conditionally admitted. Per order of the Court, Exhibits 3, 4 and 5 are under seal. Witness is excused. Richard Painter is sworn and examined. Exhibit 7 is admitted. 10:15 a.m. Court is in recess.

10:27 a.m. Court reconvenes. Examination of Richard Painter continues. Witness is excused. **Defendant's case:** Pursuant to the parties' stipulation for the admission of exhibits, **IT IS ORDERED** exhibits 16 and 18 through 29 are admitted. Closing arguments held. Discussion held. For reasons as stated on the record, **IT IS ORDERED** taking this matter under advisement. Formal order to issue.

12:34 p.m. Court adjourned.


| | |
|---|---|
| **Court Reporter** Scott Coniam | **Start:** 9:01 AM |
| **Deputy Clerk** Julie Martinez | **Stop:** 12:34 PM |
| | **TOTAL:** 3 hrs. 7 mins. |