# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Mark Meadows,<br><br>　　　　Defendant(s). | No. CV-24-02063-PHX-JJT<br><br>**MINUTE ORDER RE: EXHIBITS** |

IT IS HEREBY ORDERED that the exhibits marked, whether or not received as evidence, in the above-entitled case at the time of the trial are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

DATED this 5th day of September, 2024.

　　　　　　　　　　　　　　　　　Debra Lucas, District Court
　　　　　　　　　　　　　　　　　Executive/~~Clerk~~ of Court

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　By: Julie Martinez, Courtroom Deputy

Exhibits returned to respective counsel/representative.

_____[signature] 9/5/24_____ Counsel for Plaintiff's signature/date

_____[signature]_____ ~~Counsel for Defendant's~~ signature/date
　　　　9/5/24