**DEBRA D. LUCAS**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**LENORE BENOIT**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010



September 16, 2024

Clerk's Office
Maricopa County Superior Court
175 W Madison St 12th Floor
Phoenix, AZ 85003

**ATTN:**     **Criminal File Counter**

**RE:**     **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

       **District Court Case Number: CV-24-02063-PHX-JJT**

       **Superior Court Case Numbers:  CR-24-01285-PHX-JJT**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on <u>September 16, 2024,</u> remanding the above case to Maricopa County Superior Court in the State of Arizona.

       Sincerely,

       Debra D. Lucas, DCE/Clerk of Court

       s/E. Aragon
       Deputy Clerk

cc: All Counsel of Record

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: _____  Dated: _____