<table>
<tr><td>**DEBRA D. LUCAS**<br>District Court Executive/Clerk of Court<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118</td><td>**UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA**<br>**OFFICE OF THE CLERK**</td><td>**LENORE BENOIT**<br>Chief Deputy Clerk<br>Evo A. Deconcini U.S. Courthouse<br>405 W. Congress, Suite 1500<br>Tucson, Arizona 85701-5010</td></tr>
</table>



September 16, 2024
**Amended Remand Letter**

Clerk's Office
Maricopa County Superior Court
175 W Madison St 12th Floor
Phoenix, AZ 85003

**ATTN:**     **Criminal File Counter**

**RE:**     **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

   **District Court Case Number: CV-24-02063-PHX-JJT**

   **Superior Court Case Numbers: CR2024-006580-018**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on September 16, 2024, remanding the above case to Maricopa County Superior Court in the State of Arizona.

   Sincerely,

   Debra D. Lucas, DCE/Clerk of Court

   s/E.Aragon
   Deputy Clerk

cc: All Counsel of Record

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: _____     Dated: _____