Anne Chapman (#025965)
Lee Stein (#012368)
Kathleen E. Brody (#026331)
anne@mscclaw.com
lee@mscclaw.com
kathy@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0290
Facsimile: (602) 358-0291

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice

*Attorneys for Mark Meadows*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,<br><br>        Plaintiff,<br><br>  v.<br><br>Mark Meadows,<br><br>        Defendant. | No. CV-24-02063-001-PHX-JJT<br><br>**NOTICE OF APPEAL** |

//

//

Notice is hereby given that Defendant Mark Meadows appeals to the U.S. Court of Appeals for the Ninth Circuit from the Order, Doc. 21, issued by Judge John J. Tuchi on September 16, 2024.

RESPECTFULLY SUBMITTED on September 20, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Anne Chapman*
    Anne Chapman
    Lee Stein
    Kathleen E. Brody

    George J. Terwilliger III*
    * *Pro Hac Vice*

*Attorneys for Defendant Mark Meadows*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically transmitted the attached Notice of Appeal with the Clerk of the Court using the CM/ECF System, which will send notification of filing to all registered parties.

*/s/ PLMcClellan*