UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF ARIZONA,

    Plaintiff - Appellee,

v.

MARK MEADOWS,

    Defendant - Appellant.

No. 24-5872

D.C. No. 2:24-cv-02063-JJT
District of Arizona,
Phoenix

ORDER

The parties' stipulated motion (Docket Entry No. 12) for voluntary dismissal is granted. This case is dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT